UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:19-mj-06087-MPK |
| | ) |
| GREGORY ABBOTT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE FOR THE GOVERNMENT

Please enter my appearance in the above-captioned case as counsel for the United States of America.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

Dated:  March 13, 2019

*/s/ Kristen Kearney*
KRISTEN A. KEARNEY
Assistant United States Attorney
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Tel:  (617) 748-3100
Kristen.Kearney@usdoj.gov

2

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

Date:  March 13, 2019　　　　　　　　　　By:　*/s/ Kristen A. Kearney*
　　　　　　　　　　　　　　　　　　　　　　　　Kristen A. Kearney
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney