UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 19-MJ-6087-MPK |
| | ) |
| GREGORY ABBOTT, *et al.*, | ) |
| | ) |
| Defendants | ) |

## NOTICE OF APPEARANCE FOR THE GOVERNMENT

To the Clerk of the Court and all parties of record, the undersigned counsel, Leslie A. Wright, Assistant United States Attorney, respectfully enters her notice of appearance on behalf of the United States of America.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

Dated:  March 13, 2019        By:    */s/ Leslie A. Wright*
                                                LESLIE A. WRIGHT
                                                Assistant United States Attorney
                                                John Joseph Moakley Courthouse
                                                One Courthouse Way, Suite 9200
                                                Boston, Massachusetts 02210
                                                Tel:  (617) 748-3367
                                                Leslie.Wright@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

Dated:  March 13, 2019          By:    */s/ Leslie A. Wright*
                                                     LESLIE A. WRIGHT
                                                   Assistant United States Attorney