10832422

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

United States of America
v.
ROBERT ZANGRILLO

)
) Case No. 19-MJ-6087-MPK
)
)
)
)

Defendant

SEALED

RECEIVED
U.S. MARSHALS SERVICE
BOSTON, MA
2019 MAR 11 P 1:23

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ROBERT ZANGRILLO,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

U.S. DISTRICT COURT
DISTRICT OF MASS
2019 MAR 14 AM 9:19
FILED IN CLERKS OFFICE

Date: 03/11/2019

*Issuing officer's signature*

City and state: Boston, MA

M. Page Kelley, US Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____. |

Date: _____

WARRANT EXECUTED BY FBI
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 3/12/19

*Arresting officer's signature*

*Printed name and title*