UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                          )
UNITED STATES OF AMERICA     )
                                          )
        v.                                )        CRIMINAL NO. 19-MJ-6087-MPK
                                          )
GREGORY ABBOTT, *et al.,*        )
                Defendants.          )
_____)

### NOTICE OF APPEARANCE

Now comes the undersigned counsel and hereby enters his appearance on behalf

of Robert Zangrillo, defendant in the above captioned matter.


                                          Respectfully Submitted,
                                          ROBERT ZANGRILLO,
                                          By His Attorney,


                                          **/s/ Martin G. Weinberg**
                                          Martin G. Weinberg, Esq.
                                          Mass. Bar No. 519480
                                          20 Park Plaza, Suite 1000
                                          Boston, MA 02116
                                          (617) 227-3700
                                          owlmgw@att.net


Dated: March 26, 2019

### CERTIFICATE OF SERVICE

I, Martin G. Weinberg, hereby certify that on this date, March 26, 2019, a copy of
the foregoing document has been served via Electronic Court Filing system on all
registered participants, including Eric S. Rosen, Assistant United States Attorney.


                                          **/s/ Martin G. Weinberg**
                                          Martin G. Weinberg, Esq.


1