UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROBERT ZANGRILLO,<br><br>*Defendant*. | MJ No. 19-6087-MPK |

### NOTICE OF APPEARANCE OF NICHOLAS C. THEODOROU

Please enter the appearance of Nicholas C. Theodorou, of Foley Hoag LLP, as counsel for Defendant Robert Zangrillo in the above-captioned matter.

        ROBERT ZANGRILLO.

        By his attorneys,

        /s/    *Nicholas C. Theodorou*
        Nicholas C. Theodorou (BBO# 495730)
        ntheodorou@foleyhoag.com
        FOLEY HOAG LLP
        155 Seaport Boulevard
        Boston, MA 02210
        Telephone: (617) 832-1000
        Facsimile: (617) 832-7000

        Matthew L. Schwartz (*pro hac vice*
        application to be submitted)
        mlschwartz@bsfllp.com
        BOIES SCHILLER FLEXNER LLP
        55 Hudson Yards
        New York, NY 10001
        212-303-3646 (Direct)
        Telephone: (202) 232-1200
Dated: March 26, 2019        Facsimile: (202) 785-6687

## **CERTIFICATE OF SERVICE**

   I, Nicholas C. Theodorou, counsel for the Plaintiff, do hereby certify that a true and accurate copy of the foregoing document, which was filed via the Court's ECF system on March 26, 2019, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants.

               /s/  *Nicholas C. Theodorou*
                  Nicholas C. Theodorou