UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROBERT ZANGRILLO,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)   MJ No. 19-6087-MPK<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION TO APPEAR PRO HAC VICE
## FOR MATTHEW L. SCHWARTZ, ESQ.

I, Nicholas C. Theodorou, a member of the bar of this Court, and counsel for Defendant, Robert Zangrillo, hereby move pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, that Matthew L. Schwartz, an attorney from the State of New York, be admitted to appear and practice in this Court for the purpose of representing Robert Zangrillo in the above-captioned matter.

I have been advised that Mr. Schwartz is admitted to practice, and a member of good standing, in the following Courts: all Courts of State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the District of Colorado, the United States Courts of Appeals for the Second Circuit and District of Columbia, and the United States Supreme Court. A Certificate of Good Standing, issued by the State of New York, is attached hereto as Exhibit 2.

I have been advised that Mr. Schwartz is not currently suspended or disbarred in any jurisdiction, and that there are no disciplinary proceedings pending against Mr. Schwartz in any jurisdiction. I have further been advised that Mr. Schwartz is familiar with the Local Rules of this Court.

Mr. Schwartz's Affirmation is attached hereto as Exhibit 1.

Respectfully submitted,
ROBERT ZANGRILLO.
By His Attorney,

/s/     *Nicholas C. Theodorou*
Nicholas C. Theodorou (BBO# 495730)
ntheodorou@foleyhoag.com
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000
Facsimile: (617) 832-7000

Dated: March 26, 2019

## CERTIFICATE OF SERVICE

I, Nicholas C. Theodorou, hereby certify that on this date, March 26, 2019, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants, including Eric S. Rosen, Assistant United States Attorney.

/s/     *Nicholas C. Theodorou*
Nicholas C. Theodorou, Esq.