UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> ROBERT ZANGRILLO, <br><br> *Defendant*. | MJ No. 19-6087-MPK |

## AFFIRMATION

**MATTHEW L. SCHWARTZ** affirms the following under penalty of perjury:

1. I am an attorney duly admitted to practice law in the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the District of Colorado, the United States Courts of Appeals for Second Circuit and District of Columbia, and the United States Supreme Court. I submit this Affirmation in support of a motion seeking my admission to the bar of this Court *pro hac vice* for the purpose of representing Defendant Robert Zangrillo in the above-captioned criminal case.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. Attached hereto is my certificate confirming my good standing to practice law in the State of New York.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I have read and agreed to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: March 25, 2019
New York, New York

_____
Matthew L. Schwartz, Esq.

B4968564.1