UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>GREGORY ABBOT et al., )<br>    Defendants )<br>) | No. 19-MJ-6087-MPK |

### DEFENDANT ROBERT ZANGRILLO'S MOTION TO WITHDRAW MOTION TO PERMIT TRAVEL (DKT. 212)

Now comes the defendant Robert Zangrillo, by and through undersigned counsel, who hereby withdraws his previously filed Motion to Permit Specific and Limited International Business Travel (Dkt. 212). As grounds and reasons therefor, Mr. Zangrillo states that he has determined his presence in Montreal on April 1-3, 2019 is no longer imperative.

**WHEREFORE**, the defendant respectfully requests that the instant motion be allowed.

Respectfully submitted,

Robert Zangrillo
By his Attorneys,

**/s/ Martin G. Weinberg**
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

1

/s/ **Nicholas Theodorou**
Nicholas Theodorou
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1163
ntheodorou@foleyhoag.com

/s/ **Matthew L. Schwartz**
Matthew L. Schwartz
Boies Schiller Flexner
55 Hudson Yards, 20th Floor
New York, NY 1001
(212) 303-3646
mlschwartz@bsfllp.com

Dated: March 28, 2019

## CERTIFICATE OF SERVICE

    I, Martin G. Weinberg, hereby certify that on this date, March 28, 2019, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

/s/ **Martin G. Weinberg**
Martin G. Weinberg