JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**     Category No.   **II**          Investigating Agency   **FBI**

City   **Boston**

County   **Middlesex**

**Related Case Information:**

Superseding Ind./ Inf.   X        Case No.   19-10080-NMG
Same Defendant   X        New Defendant
Magistrate Judge Case Number
Search Warrant Case Number   See additional information
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   David Sidoo                    Juvenile:      ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name

Address     (City & State)  Vancouver, CA

Birth date (Yr only): 1959  SSN (last4#):          Sex  M        Race: White        Nationality: CA

**Defense Counsel if known:**                          Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen                 Bar Number if applicable   NY4412326

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect:

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☐ Warrant Requested        ☑ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of                in                            .
☐ Already in State Custody at ————————— ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:                      on

**Charging Document:**   ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**   ☐ Petty ———      ☐ Misdemeanor ———      ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   04/09/2019        Signature of AUSA:

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant** _____ David Sidoo _____

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 1 |
| Set 4 | 18 USC 981(a)(1)(c) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**                    **Category No.**  _II_                    **Investigating Agency**  **FBI**

**City**  **Boston**                    **Related Case Information:**

**County**  **Middlesex**

Superseding Ind./ Inf.  ___X___    Case No.  _19-10080-NMG_
Same Defendant  ___X___   New Defendant  _____
Magistrate Judge Case Number  _19-MJ-6087-MPK_
Search Warrant Case Number  _See additional information_
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  _Gregory Colburn_                    Juvenile:     ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:     ☐ Yes  ☑ No

Alias Name  _____

Address  _(City & State)_ _Palo Alto, CA_

Birth date (Yr only): _1957_  SSN (last4#): _0184_  Sex _M_     Race: _White_     Nationality: _USA_

**Defense Counsel if known:**  _____     Address  _____

**Bar Number**  _____

**U.S. Attorney Information:**

**AUSA**  _Eric S. Rosen_                    Bar Number if applicable  _NY4412326_

**Interpreter:**     ☐ Yes  ☑ No          List language and/or dialect:  _____

**Victims:**     ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**     ☐ Yes  ☑ No

☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**  _____

☐ Already in Federal Custody as of  _____ in  _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:  _____  on _____

**Charging Document:**     ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:**     ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony  _2_

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  _04/09/2019_                    Signature of AUSA:  _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant** _____ Gregory Colburn _____

**U.S.C. Citations**

| | <u>**Index Key/Code**</u> | <u>**Description of Offense Charged**</u> | <u>**Count Numbers**</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____ 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf` 3/4/2013

JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:**            **Category No.** __II__          **Investigating Agency**  __FBI__

**City** __Boston__              **Related Case Information:**

**County** __Middlesex__         Superseding Ind./ Inf. __X__          Case No. __19-10080-NMG__
                                 Same Defendant __X__         New Defendant _____
                                 Magistrate Judge Case Number __19-MJ-6087-MPK__
                                 Search Warrant Case Number __See additional information__
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __Amy Colburn__                    Juvenile:     ☐ Yes  ☑ No

                Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address     __(City & State)  Palo Alto, CA__

Birth date (Yr only): __1969__  SSN (last4#): __5371__  Sex __W__   Race: __White__   Nationality: __USA__

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____                    _____

**U.S. Attorney Information:**

**AUSA**  __Eric S. Rosen__                         Bar Number if applicable  __NY4412326__

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

         ☐ Warrant Requested        ☑ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date: __04/09/2019__          Signature of AUSA: _(signature)_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant** _____ Amy Colburn _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 1 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____ 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

℀JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __FBI__

**City** __Boston__          **Related Case Information:**

**County** __Middlesex__          Superseding Ind./ Inf. __X__          Case No. __19-10080-NMG__
                                  Same Defendant __X__          New Defendant _____
                                  Magistrate Judge Case Number __19-MJ-6087-MPK__
                                  Search Warrant Case Number __See additional information__
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Gamal Abdelaziz__          Juvenile:     ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:     ☐ Yes  ☑ No

Alias Name _____

Address          _(City & State)_ Las Vegas, NV

Birth date (Yr only): __1956__  SSN (last4#): __4560__  Sex __M__     Race: __White__     Nationality: __USA__

**Defense Counsel if known:** _____     Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__          Bar Number if applicable __NY4412326__

**Interpreter:**     ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**     ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)     ☑ Yes  ☐ No

**Matter to be SEALED:**     ☐ Yes  ☑ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:     Ordered by: _____ on _____

**Charging Document:**     ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**     ☐ Petty ———— ☐ Misdemeanor ———— ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑     **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __04/09/2019__          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ___19-10080-NMG___

**Name of Defendant** ___Gamal Abdelaziz___

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 1 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf 3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                         **U.S. District Court - District of Massachusetts**

| | | | | |
|---|---|---|---|---|
| **Place of Offense:** | | **Category No.** II | **Investigating Agency** | FBI |

**City**   Boston

**County**   Middlesex

**Related Case Information:**

Superseding Ind./ Inf.   X                Case No.   19-10080-NMG
Same Defendant   X                New Defendant _____
Magistrate Judge Case Number   19-MJ-6087-MPK
Search Warrant Case Number   See additional information
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Diane Blake                Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address   (City & State)   San Francisco, CA

Birth date (Yr only): 1965   SSN (last4#): 0175   Sex W   Race: White   Nationality: USA

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen                Bar Number if applicable   NY4412326

**Interpreter:**   ☐ Yes  ☑ No      List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☐ Warrant Requested      ☑ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   04/09/2019                Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant** _____ Diane Blake _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 1 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.** II              **Investigating Agency** FBI

**City**   Boston                      **Related Case Information:**

**County**   Middlesex                 Superseding Ind./ Inf.   X              Case No.   19-10080-NMG
                                       Same Defendant   X              New Defendant _____
                                       Magistrate Judge Case Number   19-MJ-6087-MPK
                                       Search Warrant Case Number   See additional information
                                       R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Todd Blake                          Juvenile:   ☐ Yes  ☑ No

          Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address          (City & State)  San Francisco, CA

Birth date (Yr only): 1965   SSN (last4#): 4272   Sex M      Race: White      Nationality: USA

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen                      Bar Number if applicable   NY4412326

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.**

Date:   04/09/2019          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant** _____ Todd Blake _____

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 1 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____ 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf 3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**      Category No. **II**      Investigating Agency **FBI**

**City**   Boston

**County**   Middlesex

**Related Case Information:**

Superseding Ind./ Inf.   **X**      Case No.   19-10080-NMG
Same Defendant   **X**      New Defendant
Magistrate Judge Case Number   19-MJ-6087-MPK
Search Warrant Case Number   See additional information
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   I-Hsin "Joey" Chen      Juvenile:   ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

Alias Name

Address    (City & State)   Newport Beach, CA

Birth date (Yr only): 1954   SSN (last4#): 1777   Sex M    Race: Asian    Nationality: USA

**Defense Counsel if known:**      Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen      Bar Number if applicable   NY4412326

**Interpreter:**   ☐ Yes ☑ No      List language and/or dialect:

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes ☐ No

**Matter to be SEALED:**   ☐ Yes ☑ No

     ☐ Warrant Requested      ☑ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of      in
☐ Already in State Custody at      ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:      on

**Charging Document:**   ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**   ☐ Petty      ☐ Misdemeanor      ☑ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   04/09/2019      Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): ___19-10080-NMG_____

**Name of Defendant**  __I-Hsin "Joey" Chen_____

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| | | Conspiracy to Commit Mail & Wire Fraud | |
| Set 1 | 18 U.S.C. 1349 | | 1 |
| | | and Honest Services Mail & Wire Fraud | |
| Set 2 | | | |
| | | Money Laundering Conspiracy | |
| Set 3 | 18 U.S.C. 1956(h) | | 1 |
| | | Forfeiture | |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | | |
| | | Money Laundering Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

%JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  _II_          **Investigating Agency**  _FBI_

**City**   _Boston_                    **Related Case Information:**

**County**   _Middlesex_              Superseding Ind./ Inf.   _X_          Case No.   _19-10080-NMG_
                                      Same Defendant   _X_          New Defendant _____
                                      Magistrate Judge Case Number   _19-MJ-6087-MPK_
                                      Search Warrant Case Number   See additional information
                                      R 20/R 40 from District of

**Defendant Information:**

Defendant Name   _Mossimo Giannulli_                    Juvenile:          ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name _____

Address       _(City & State)_  Los Angeles, CA

Birth date (Yr only): _1966_  SSN (last4#): _8718_   Sex _M_      Race: _White_      Nationality: _USA_

**Defense Counsel if known:**   _____          Address  _____

**Bar Number**   _____                          _____

**U.S. Attorney Information:**

**AUSA**   _Eric S. Rosen_                    Bar Number if applicable   _NY4412326_

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**   _____

☐ Already in Federal Custody as of   _____  in  _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____  on  _____

**Charging Document:**   ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony  _2_

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.**

Date:   04/09/2019          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):  19-10080-NMG

**Name of Defendant**   Mossimo Giannulli

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 1 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf` 3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** __II__ | **Investigating Agency** __FBI__ |

**City** __Boston__          **Related Case Information:**

**County** __Middlesex__

Superseding Ind./ Inf. __X__          Case No. __19-10080-NMG__
Same Defendant __X__          New Defendant _____
Magistrate Judge Case Number __19-MJ-6087-MPK__
Search Warrant Case Number __See additional information__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Elizabeth Henriquez__          Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address          (City & State) __Atherton, CA__

Birth date (Yr only): __1962__  SSN (last4#): __1740__  Sex __W__          Race: __White__          Nationality: __USA__

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__          Bar Number if applicable __NY4412326__

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

   ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: __04/09/2019__          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant** _____ Elizabeth Henriquez _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____ 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK _____

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**   Category No. __II__   Investigating Agency __FBI__

**City** __Boston__

**County** __Middlesex__

**Related Case Information:**

Superseding Ind./ Inf. __X__   Case No. __19-10080-NMG__
Same Defendant __X__   New Defendant _____
Magistrate Judge Case Number __19-MJ-6087-MPK__
Search Warrant Case Number   See additional information
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Manuel Henriquez__   Juvenile:   ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

Alias Name _____

Address   (City & State) __Atherton, CA__

Birth date (Yr only): __1963__  SSN (last4#): __3827__   Sex __M__   Race: __White__   Nationality: __USA__

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__   Bar Number if applicable __NY4412326__

**Interpreter:**   ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes ☐ No

**Matter to be SEALED:**   ☐ Yes ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __04/09/2019__   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): ___19-10080-NMG_____

**Name of Defendant**   ___Manuel Henriquez_____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 1 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK
18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK
19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK
18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf` 3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  FBI

**City**  Boston          **Related Case Information:**

**County**  Middlesex          Superseding Ind./ Inf.  X          Case No.  19-10080-NMG
                               Same Defendant  X          New Defendant _____
                               Magistrate Judge Case Number  19-MJ-6087-MPK
                               Search Warrant Case Number  See additional information
                               R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Douglas Hodge          Juvenile:      ☐ Yes  ☑ No

               Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address          (City & State)  Laguna Beach, CA

Birth date (Yr only):  1957   SSN (last4#):  6554   Sex  M   Race:  White   Nationality:  USA

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen          Bar Number if applicable   NY4412326

**Interpreter:**    ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**    ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**    ☐ Yes  ☑ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:   04/09/2019          Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant** _____ Douglas Hodge _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 1 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____ 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    **Category No.** __ll__                **Investigating Agency** __FBI__

**City** __Boston__                      **Related Case Information:**

**County** __Middlesex__                 Superseding Ind./ Inf. __X__          Case No. __19-10080-NMG__
                                         Same Defendant __X__               New Defendant _____
                                         Magistrate Judge Case Number __19-MJ-6087-MPK__
                                         Search Warrant Case Number __See additional information__
                                         R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Michelle Janavs__                      Juvenile:          ☐ Yes  ☑ No

                Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address          __(City & State)__ Newport Coast, CA

Birth date (Yr only): __1970__  SSN (last4#): __5558__  Sex __W__     Race: __White__      Nationality: __USA__

**Defense Counsel if known:** _____              Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__                     Bar Number if applicable __NY4412326__

**Interpreter:**     ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**     ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**     ☐ Yes  ☑ No

        ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**     ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**     ☐ Petty ——  ☐ Misdemeanor ——  ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:  04/09/2019                Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant**      Michelle Janavs _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 1 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

__Criminal Case Cover Sheet__                                  __U.S. District Court - District of Massachusetts__

**Place of Offense:**              Category No.  __II__          **Investigating Agency**  __FBI__

**City**  __Boston__

**County**  __Middlesex__                **Related Case Information:**

Superseding Ind./ Inf.  __X__          Case No.  __19-10080-NMG__
Same Defendant  __X__          New Defendant  _____
Magistrate Judge Case Number  __19-MJ-6087-MPK__
Search Warrant Case Number  __See additional information__
R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  __Elisabeth Kimmel__          Juvenile:     ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name  _____

Address          __(City & State)  Las Vegas, NV__

Birth date (Yr only): __1964__  SSN (last4#): __8114__  Sex __W__      Race: __White__      Nationality: __USA__

**Defense Counsel if known:**  _____      Address  _____

**Bar Number**  _____                    _____

**U.S. Attorney Information:**

**AUSA**  __Eric S. Rosen__                    Bar Number if applicable  __NY4412326__

**Interpreter:**     ☐ Yes  ☑ No          List language and/or dialect:  _____

**Victims:**     ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**     ☐ Yes  ☑ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**  _____

☐ Already in Federal Custody as of  _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:     Ordered by:  _____ on _____

**Charging Document:**     ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**     ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑     **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  __04/09/2019__          Signature of AUSA:  _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant**     Elisabeth Kimmel _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 1 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**            **Category No.**  II            **Investigating Agency**  FBI

**City**   Boston              **Related Case Information:**

**County**   Middlesex         Superseding Ind./ Inf.   X            Case No.   19-10080-NMG
                               Same Defendant   X            New Defendant _____
                               Magistrate Judge Case Number   19-MJ-6087-MPK
                               Search Warrant Case Number   See additional information
                               R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   Lori Loughlin                    Juvenile:        ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name   _____

Address      (City & State)  Los Angeles, CA

Birth date (Yr only): 1964   SSN (last4#): 7715   Sex W      Race: White      Nationality: USA

**Defense Counsel if known:**   _____      Address   _____

**Bar Number**   _____      _____

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen                    Bar Number if applicable   NY4412326

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect:   _____

**Victims:**   ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

            ☐ Warrant Requested      ☑ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date**   _____

☐ Already in Federal Custody as of   _____   in   _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:   _____   on   _____

**Charging Document:**   ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:   04/09/2019          Signature of AUSA:   _____

JS 45 (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant** _____ Lori Loughlin _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 1 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.** __II__ | **Investigating Agency** __FBI__ | |

**City** __Boston__

**County** __Middlesex__

**Related Case Information:**

Superseding Ind./ Inf.   __X__           Case No.   __19-10080-NMG__
Same Defendant   __X__              New Defendant _____
Magistrate Judge Case Number   __19-MJ-6087-MPK__
Search Warrant Case Number   __See additional information__
R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   __William McGlashan__          Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name _____

Address   __(City & State)__ __Mill Valley, CA__

Birth date (Yr only): __1963__   SSN (last4#): __8399__   Sex __M__   Race: __White__   Nationality: __USA__

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__          Bar Number if applicable   __NY4412326__

**Interpreter:**   ☐ Yes   ☑ No          List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   __04/09/2019__          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):    19-10080-NMG

**Name of Defendant**    William McGlashan

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 1 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**    18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     Category No. __II__     Investigating Agency __FBI__

City __Boston__

County __Middlesex__

**Related Case Information:**

Superseding Ind./ Inf. __X__     Case No. __19-10080-NMG__
Same Defendant __X__     New Defendant _____
Magistrate Judge Case Number __19-MJ-6087-MPK__
Search Warrant Case Number __See additional information__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Marci Palatella__     Juvenile:     ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address     __(City & State)__ __Hillsborough, CA__

Birth date (Yr only): __1955__  SSN (last4#): __5012__  Sex __W__     Race: __White__     Nationality: __USA__

**Defense Counsel if known:** _____     Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA __Eric S. Rosen__     Bar Number if applicable __NY4412326__

Interpreter:   ☐ Yes  ☑ No     List language and/or dialect: _____

Victims:   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

Matter to be SEALED:   ☐ Yes  ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:**   ☐ Petty ———— ☐ Misdemeanor ———— ☑ Felony  __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __04/09/2019__     Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant** _____ Marci Palatella _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 1 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  FBI

**City**  Boston          **Related Case Information:**

**County**  Middlesex          Superseding Ind./ Inf.  X          Case No.  19-10080-NMG
Same Defendant  X          New Defendant _____
Magistrate Judge Case Number  19-MJ-6087-MPK
Search Warrant Case Number  See additional information
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  John Wilson          Juvenile:          ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:          ☐ Yes  ☑ No

Alias Name _____

Address          (City & State)  Hyannis Port, MA

Birth date (Yr only):  1959   SSN (last4#):  0685   Sex  M          Race:  White          Nationality:  USA

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**  Eric S. Rosen          Bar Number if applicable  NY4412326

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**   ☐ Petty ———          ☐ Misdemeanor ———          ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   04/09/2019          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant** _____ John Wilson _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 1 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**&JS 45** (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**　　　　**Category No.**　__II__　　　**Investigating Agency**　__FBI__

**City**　__Boston__

**County**　__Middlesex__　　**Related Case Information:**

Superseding Ind./ Inf.　__X__　　Case No.　__19-10080-NMG__
Same Defendant　__X__　　New Defendant _____
Magistrate Judge Case Number　__19-MJ-6087-MPK__
Search Warrant Case Number　See additional information
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name　__Homayoun Zadeh__　　　Juvenile:　☐ Yes　☑ No

Is this person an attorney and/or a member of any state/federal bar:　☐ Yes　☑ No

Alias Name _____

Address　__(City & State) Calabasas, CA__

Birth date (Yr only): __1961__　SSN (last4#): __4306__　Sex __M__　　Race: __White__　　Nationality: __USA__

**Defense Counsel if known:** _____　　Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**　__Eric S. Rosen__　　　Bar Number if applicable　__NY4412326__

**Interpreter:**　☐ Yes　☑ No　　List language and/or dialect: _____

**Victims:**　☑ Yes ☐ No　If yes, are there multiple crime victims under 18 USC§3771(d)(2)　☑ Yes　☐ No

**Matter to be SEALED:**　☐ Yes　☑ No

　　☐ Warrant Requested　　☑ Regular Process　　☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence　☐ Awaiting Trial
☐ On Pretrial Release:　Ordered by: _____ on _____

**Charging Document:**　☐ Complaint　☐ Information　☑ Indictment

**Total # of Counts:**　☐ Petty ———　☐ Misdemeanor ———　☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑　I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:　__04/09/2019__　　Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant** _____ Homayoun Zadeh _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 1 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK
18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK
19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK
18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  FBI

**City**  Boston          **Related Case Information:**

**County**  Middlesex          Superseding Ind./ Inf.  X          Case No.  19-10080-NMG
                              Same Defendant  X          New Defendant
                              Magistrate Judge Case Number  19-MJ-6087-MPK
                              Search Warrant Case Number  See additional information
                              R 20/R 40 from District of

**Defendant Information:**

Defendant Name  Robert Zangrillo          Juvenile:     ☐ Yes  ☑ No

          Is this person an attorney and/or a member of any state/federal bar:     ☐ Yes  ☑ No

Alias Name

Address          (City & State)  Miami Beach, FL

Birth date (Yr only):  1966  SSN (last4#):  8400  Sex  M          Race:  White          Nationality:  USA

**Defense Counsel if known:**          Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**  Eric S. Rosen          Bar Number if applicable  NY4412326

**Interpreter:**     ☐ Yes  ☑ No          List language and/or dialect:

**Victims:**     ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)     ☑ Yes  ☐ No

**Matter to be SEALED:**     ☐ Yes  ☑ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of          in          .
☐ Already in State Custody at          ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by:          on

**Charging Document:**     ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**     ☐ Petty          ☐ Misdemeanor          ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  04/09/2019          Signature of AUSA:

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant**    Robert Zangrillo _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 1 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013