UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAVID SIDOO, *et al.*, )<br>Defendants. )<br>) | CRIMINAL NO. 19-CR-10080 |

### DEFENDANT ROBERT ZANGRILLO'S ENTRY OF A PLEA OF NOT GUILTY AND WAIVER OF APPEARANCE FOR ARRAIGNMENT AS TO THE SECOND SUPERSEDING INDICTMENT

I Robert Zangrillo, hereby acknowledge that I have received a copy of the second superseding indictment in this case. I understand that I have the right to appear personally at my arraignment pursuant to Rule 43 of the Fed. R. Crim. P. and that I have the right to have the indictment read to me in open court as well.

I have talked about the charges in the indictment with my attorneys and I understand the nature of the offenses I am charged with and also understand my right to be at an arraignment. I have chosen to waive my appearance for arraignment and request that my plea of NOT GUILTY be entered on my behalf under Fed. R. Crim. P. 10(b).

_____
Robert Zangrillo

1

Martin G. Weinberg, Esq.
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Nicholas Theodorou
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1163
ntheodorou@foleyhoag.com

Matthew L. Schwartz
Boies Schiller Flexner
55 Hudson Yards, 20th Floor
New York, NY 1001
(212) 303-3646
mlschwartz@bsfllp.com

Dated: April 12, 2019

### CERTIFICATE OF SERVICE

I, Martin G. Weinberg, hereby certify that on this date, April 12, 2019, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants, including Eric S. Rosen, Assistant United States Attorney.

/s/ **Martin G. Weinberg**
Martin G. Weinberg, Esq.

2