UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>DAVID SIDOO, *et al.*, )<br>)<br>Defendants. )<br>) | Criminal Case No. 19-CR-10080-NMG |

## DEFENDANTS' PRELIMINARY OPPOSITION TO PROPOSED PROTECTIVE ORDER

Defendants Michelle Janavs, Gamal Abdelaziz, Diane Blake and Todd Blake, I-Hsin "Joey" Chen, Amy Colburn and Gregory Colburn, Mossimo Giannulli, Elizabeth Henriquez and Manuel Henriquez, Elisabeth Kimmel, Lori Loughlin, William McGlashan, Jr., John Wilson, Dr. Homayoun Zadeh, and Robert Zangrillo (collectively as "Defendants"), through their undersigned counsel, hereby give notice that they oppose the government's motion for a protective order (the "Motion"). Dkt. No. 317. Defendants object to the substance of the government's proposed protective order as well as the government's failure to meet and confer with the Defendants prior to filing the Motion in violation of Local Rules 37.1(a). *See also* Local Rules 7.1 and 26.2(c).

Defendants respectfully request that the Court defer ruling on the Motion until all defendants have had an opportunity to be heard in opposition pursuant to Local Rules 37.1(c) and 116.3(i). Defendants will attempt to meet and confer with the government in an effort to narrow the areas of disagreement. In the absence of an agreement, Defendants will file an opposition to the Motion no later than April 23, 2019.

1

                              Respectfully Submitted,

                              MICHELLE JANAVS

                              By her attorneys,

Dated:  April 16, 2019          */s/ John L. Littrell*
                              Thomas H. Bienert, Jr. *(pro hac vice)*
                              John Littrell *(pro hac vice)*
                              Bienert | Katzman PC
                              903 Calle Amanecer, Suite 350
                              San Clemente, CA 92673
                              Tel: (949) 369-3700
                              tbienert@bienertkatzman.com
                              jlittrell@bienertkatzman.com

                              Jonathan L. Kotlier (BBO #545491)
                              Nutter, McClennen & Fish, LLP
                              155 Seaport Boulevard
                              Boston, MA 02210-2604
                              Tel: 617-439-2000
                              jkotlier@nutter.com


                              GAMAL ABDELAZIZ

                              By his attorneys,

Dated: April 16, 2019           */s/ Brian T. Kelly*
                              Brian T. Kelly (BBO #549556)
                              Joshua C. Sharp (BBO #681439)
                              Nixon Peabody LLP
                              53 State Street
                              Boston, MA 02109
                              Tel: (617) 345-1000
                              bkelly@nixonpeabody.com
                              jsharp@nixonpeabody.com

I-HSIN "JOEY" CHEN

By his attorneys,

Dated:  April 16, 2019        /s/ Reuben Camper Cahn
Reuben Camper Cahn (pro hac vice)
Jennifer L. Keller (pro hac vice)
Chase A. Scolnick (pro hac vice)
KELLER/ANDERLE LLP
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Tel: (949) 476-8700
rcahn@kelleranderle.com


AMY COLBURN AND GREGORY COLBURN

By their attorneys,

Dated: April 16, 2019        /s/ Jordan Kearney
Jordan Kearney (Pro Hac Vice)
HOOPER, LUNDY & BOOKMAN, P.C.
575 Market Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 875-8500
jkearney@health-law.com

David S. Schumacher (BBO #647917)
HOOPER, LUNDY & BOOKMAN, P.C.
470 Atlantic Avenue, Suite 1201
Boston, MA 02210
Tel: (617) 532-2700
dschumacher@health-law.com

Patric Hooper (Pro Hac Vice)
HOOPER, LUNDY & BOOKMAN, P.C.
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Tel: (310) 551-8111
phooper@health-law.com

ELIZABETH HENRIQUEZ

By her attorneys,

Dated: April 16, 2019

/s/ Aaron M. Katz
Aaron M. Katz (BBO #662457)
Ropes & Gray LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600
Tel: (617) 951-7117
aaron.katz@ropesgray.com

Laura G. Hoey *(pro hac vice)*
Ropes & Gray LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Tel: (312) 845-1200
laura.hoey@ropesgray.com

Colleen A. Conry *(pro hac vice)*
Ropes & Gray LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Tel: (202) 508-4600
colleen.conry@ropesgray.com

MANUEL HENRIQUEZ

By his attorneys,

Dated: April 16, 2019

*/s/ Walter Brown*
Walter Brown *(pro hac vice)*
Orrick, Herrington & Sutcliffe, LLP
405 Howard Street
San Fransciso, CA 94105
Tel: (415) 773-5700
wbrown@orrick.com

ELISABETH KIMMEL

By her attorneys,

Dated: April 16, 2019 /s/ Eóin P. Beirne
R. Robert Popeo (BBO #403360)
Mark E. Robinson (BBO #423080)
Eóin P. Beirne (BBO #660885)
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 348-02111
ebeirne@mintz.com


JOHN WILSON

By his attorneys,

Dated: April 16, 2019 /s/ Michael Kendall
Michael Kendall (BBO #544866)
Yakov Malkiel (BBO #689137)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Tel: (617) 979-9310
michael.kendall@whitecase.com

Andrew E. Tombak *(pro hac vice)*
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 819-8428
Andrew.tomback@whitecase.com


DR. HOMAYOUN ZADEH

By his attorneys,

Dated: April 16, 2019 /s/ Tracy A. Miner
Tracy A. Miner (BBO #547137)
Megan A. Siddall (BBO #568979)
Seth B. Qrkand (BBO #669810)
Miner Qrkand Siddall LLP
470 Atlantic Ave, 4th Floor
Boston, MA 02110
Tel.: (617) 273-83 77
tminer@mosllp.com

5

                        msiddall@mosllp.com
                        sorkand@mosllp.com

ROBERT ZANGRILLO

By his attorneys,

Dated: April 16, 2019

*/s/ Nicholas Theodorou*
Nicholas Theodorou (BBO #495730)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
Tel: (617) 832-1163
ntheodorou@foleyhoag.com

Martin G. Weinberg, Esq. (BBO #519480)
20 Park Plaza, Suite 1000
Boston, MA 02116
Tel: (617) 227-3700
owlmgw@att.net

Matthew L. Schwartz
Boies Schiller Flexner
55 Hudson Yards, 20th Floor
New York, NY 1001
Tel: (212) 303-3646
mlschwartz@bsfllp.com

LORI LOUGHLIN

By her attorneys,

Dated: April 16, 2019

*/s/ William J. Trach*
William J. Trach (BBO #661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Tel: (617) 948-6000
william.trach@lw.com

Sean M. Berkowitz (*admitted pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 777-7016
sean.berkowitz@lw.com

                    Perry J. Viscounty (*admitted pro hac vice*)
                    LATHAM & WATKINS LLP
                    650 Town Center Drive, 20th Floor
                    Costa Mesa, CA 92626
                    Tel:  (714) 540-1235
                    perry.viscounty@lw.com


                    MOSSIMO GIANNULLI

                    By his attorneys,

Dated: April 16, 2019         */s/ Sean M. Berkowitz*
                    Sean M. Berkowitz (*admitted pro hac vice*)
                    LATHAM & WATKINS LLP
                    330 North Wabash Avenue, Suite 2800
                    Chicago, IL 60611
                    Tel: (312) 777-7016
                    sean.berkowitz@lw.com

                    William J. Trach (BBO #661401)
                    LATHAM & WATKINS LLP
                    200 Clarendon Street
                    Boston, MA  02116
                    Telephone:  (617) 948-6000
                    william.trach@lw.com

                    Perry J. Viscounty (*admitted pro hac vice*)
                    LATHAM & WATKINS LLP
                    650 Town Center Drive, 20th Floor
                    Costa Mesa, CA 92626
                    Tel:  (714) 540-1235
                    perry.viscounty@lw.com


                    WILLIAM MCGLASHAN, JR.

                    By his attorneys,

Dated: April 16, 2019         */s/ Jack W. Pirozzolo*
                    Jack W. Pirozzolo (BBO #564879)
                    jpirozzolo@sidley.com
                    SIDLEY AUSTIN LLP
                    60 State Street, 36th Floor
                    Boston, MA 02109
                    Tel: (617) 223-0304

Joan M. Loughnane (*pro hac vice*)
jloughnane@sidley.com
SIDLEY AUSTIN LLP
787 7th Avenue
New York, NY 10019
Tel: (212) 839-5567

*/s/ John C. Hueston*
John C. Hueston (*pro hac vice*)
Marshall Camp (*pro hac vice*)
HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
Los Angeles, CA 90014
Tel: (213) 788-4340
jhueston@hueston.com
mcamp@hueston.com


DIANE BLAKE AND TODD BLAKE

By their attorneys,

Dated: April 16, 2019

*/s/ David E. Meier*
David E. Meier (BBO #341710)
Todd & Weld LLP
One Federal Street, 27th Floor
Boston, MA 02110
Tel: (617) 624-4732
dmeier@toddweld.com

Stephen H. Sutro, Esq.
Duane Morris LLP
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Tel: (415) 957-3008
shsutro@duanemorris.com


**CERTIFICATE OF SERVICE**

I, John Littrell, hereby certify that on April 16, 2019, this document, filed through the CM/ECF system, will be sent electronically to all registered participants in this matter as identified on the Notice of Electronic Filing (NEF).

*/s/ John L. Littrell*
John L. Littrell