**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Criminal Case No. 19-CR-10080-NMG |
| DAVID SIDOO, et al., | ) ) ) | |
| Defendants. | ) ) | |

**MOTION TO SUSPEND MOTION PRACTICE UNTIL**
**THE INITIAL STATUS CONFERENCE**

Defendants Gamal Abdelaziz, Diane Blake, Todd Blake, I-Hsin "Joey" Chen, Mossimo Giannulli, Elizabeth Henriquez, Manuel Henriquez, Douglas Hodge, Michelle Janavs, Elisabeth Kimmel, Lori Loughlin, William McGlashan, Jr., Marci Palatella, David Sidoo, John Wilson, Dr. Homayoun Zadeh, and Robert Zangrillo (collectively "Defendants"), through their undersigned counsel, hereby move for the court to suspend substantive motion practice and to address the issue of a briefing schedule for all substantive motions in this case at the initial status conference scheduled for June 3, 2019.

Defendants Amy and Gregory Colburn have filed a Motion to Dismiss Second Superseding Indictment (Doc. 341). In that Motion, the Colburns raise arguments that are relevant to all the defendants charged in the Second Superseding Indictment. At present, the Defendants have not yet received any discovery in this case and have been told by the government that it is extremely voluminous. Defendants would like an opportunity to review

discovery in a meaningful way before filing of substantive motions in this case. Litigating substantive motions in a piecemeal fashion and before Defendants have an opportunity to become familiar with the government's evidence could substantially prejudice the Defendants' ability to make proper legal arguments to contest the allegations.

The court has set a date for the initial status conference on June 3, 2019. The Defendants request that this court issue an Order suspending substantive motion practice (not including motion practice relating to a protective order) until the initial status conference, at which time a briefing schedule for substantive motions can be discussed with all parties present.

Counsel for the Colburns has stated that he will take no position on this motion. The government has also stated that it takes no position on this motion.

Respectfully Submitted,

**GAMAL ABDELAZIZ**

By his attorneys,

*/s/ Brian T. Kelly*
Brian T. Kelly (BBO #549556)
Joshua C. Sharp (BBO #681439)
Nixon Peabody LLP
53 State Street
Boston, MA 02109
Tel: (617) 345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com

**DIANE BLAKE AND TODD BLAKE**

By their attorneys,

*/s/ David E. Meier*
David E. Meier (BBO #341710)
Todd & Weld LLP
One Federal Street, 27th Floor
Boston, MA 02110
Tel: (617) 624-4732
dmeier@toddweld.com

Stephen H. Sutro, Esq.
Duane Morris LLP
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Tel: (415) 957-3008
shsutro@duanemorris.com

**I-HSIN "JOEY" CHEN**

By his attorneys,

*/s/ Reuben Camper Cahn*
Reuben Camper Cahn *(pro hac vice)*
Jennifer L. Keller *(pro hac vice)*
Chase A. Scolnick *(pro hac vice)*
KELLER/ANDERLE LLP
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Tel: (949) 476-8700
rcahn@kelleranderle.com

**MOSSIMO GIANNULLI**

By his attorneys,

*/s/ Sean M Berkowitz*
Sean M. Berkowitz *(admitted pro hac vice)*
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 777-7016
sean.berkowitz@lw.com

William J. Trach (BBO #661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
william.trach@lw.com

Perry J. Viscounty *(admitted pro hac vice)*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Tel: (714) 540-1235
perry.viscounty@lw.com

**ELIZABETH HENRIQUEZ**

By her attorneys,

*/s/ Aaron M. Katz*
Aaron M. Katz (BBO #662457)
Ropes & Gray LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600
Tel: (617) 951-7117
aaron.katz@ropesgray.com

Laura G. Hoey *(pro hac vice)*
Ropes & Gray LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Tel: (312) 845-1200
laura.hoey@ropesgray.com

Colleen A. Conry *(pro hac vice)*
Ropes & Gray LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Tel: (202) 508-4600
colleen.conry@ropesgray.com

**MANUEL HENRIQUEZ**

By his attorneys,

*/s/ Walter Brown*
Walter Brown *(pro hac vice)*
Melinda Hoag *(pro hac vice)*
Robin Linsenmayer *(pro hac vice)*
Orrick, Herrington & Sutcliffe, LLP
405 Howard Street
San Fransciso, CA 94105
Tel: (415) 773-5700
wbrown@orrick.com

**DOUGLAS HODGE**

By his attorneys

/s/ *Brien T. O'Connor*
Brien T. O'Connor (BBO# 546767)
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
brien.o'connor@ropesgray.com

5

Joan McPhee (BBO# 547869)
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
joan.mcphee@ropesgray.com

Miranda Hooker (BBO# 661569)
Pepper Hamilton LLP
125 High Street
Boston, MA 02110
Phone: (617) 204-5100
hookerm@pepperlaw.com

**MICHELLE JANAVS**

By her attorneys,

*/s/ John L. Littrell*
Thomas H. Bienert, Jr. *(pro hac vice)*
John Littrell *(pro hac vice)*
Bienert I. Katzman PC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Tel: (949) 369-3700
tbienert@bienertkatzman.com
jlittrell@bienertkatzman.com

Jonathan L. Kotlier (BBO #545491)
Nutter, McClennen & Fish, LLP
155 Seaport Boulevard
Boston, MA 02210-2604
Tel: 617-439-2000
jkotlier@nutter.com

6

**ELISABETH KIMMEL**

By her attorneys,

*/s/ Eóin P. Beirne*
R. Robert Popeo (BBO #403360)
Mark E. Robinson (BBO #423080)
Eóin P. Beirne (BBO #660885)
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 348-02111
ebeirne@mintz.com


**LORI LOUGHLIN**

By her attorneys,

*/s/ William J. Trach*
William J. Trach (BBO #661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Tel: (617) 948-6000
william.trach@lw.com

Sean M. Berkowitz *(admitted pro hac vice)*
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 777-7016
sean.berkowitz@lw.com

Perry J. Viscounty *(admitted pro hac vice)*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Tel: (714) 540-1235
perry.viscounty@lw.com


**WILLIAM McGLASHAN, JR.**

By his attorneys,

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO #564879)
jpirozzolo@sidley.com
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
Tel: (617) 223-0304

Joan M. Loughnane *(pro hac vice)*
jloughnane@sidley.com
SIDLEY AUSTIN LLP
787 7th Avenue
New York, NY 10019
Tel: (212) 839-5567

*/s/ John C. Hueston*
John C. Hueston *(pro hac vice)*
Marshall Camp *(pro hac vice)*
HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
Los Angeles, CA 90014
Tel: (213) 788-4340
jhueston@hueston.com
mcamp@hueston.com

**MARCI PALATELLA**

By her attorneys

*/s/ Michael K. Loucks*
Michael K. Loucks (BBO #305520)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
michael.loucks@skadden.com

Jack P. DiCanio (pro hac vice)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
(650) 470-4500
jack.dicanio@skadden.com

Allen J. Ruby (pro hac vice)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
(650) 470-4500
allen.ruby@skadden.com


**DAVID SIDOO**

By his attorneys,

*/s/ Martin G. Weinberg*
Martin S. Weinberg (BBO #
David Z. Chesnoff *(pro hac vice)*
Richard Schonfeld *(pro hac vice)*
Chesnoff & Schonfeld, PC
520 S. Fourth Street
Las Vegas, NV  89101

9

**JOHN WILSON**

By his attorneys,

*/s/ Michael Kendall*
Michael Kendall (BBO #544866)
Yakov Malkiel (BBO #689137)
WHITE *&* CASE LLP
75 State Street
Boston, MA 02109-1814
Tel: (617) 979-9310
michael.kendall@whitecase.com

Andrew E. Tombak *(pro hac vice)*
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 819-8428
Andrew.tomback@whitecase.com

**DR. HOMAYOUN ZADEH**

By his attorneys,

*/s/ Tracy A. Miner*
Tracy A. Miner (BBO #547137)
Megan A. Siddall (BBO #568979)
Seth B. Orkand (BBO #669810)
Miner Orkand Siddall LLP
470 Atlantic Ave, 4th Floor
Boston, MA 02110
Tel.: (617) 273-83 77
tminer@mosllp.com
msiddall@mosllp.com sorkand@mosllp.com

        **ROBERT ZANGRILLO**

        By his attorneys,

        */s/ Nicholas Theodorou*
        Nicholas Theodorou (BBO #495730)
        Foley Hoag LLP
        155 Seaport Boulevard
        Boston, MA 02210
        Tel: (617) 832-1163
        ntheodorou@foleyhoag.com

        Martin G. Weinberg, Esq. (BBO #519480)
        20 Park Plaza, Suite 1000
        Boston, MA 02116
        Tel: (617) 227-3700
        owlmgw@att.net

        Matthew L. Schwartz
        Boies Schiller Flexner
        55 Hudson Yards, 20th Floor
        New York, NY 1001
        Tel: (212) 303-3646
        mlschwartz@bsfllp.com

**CERTIFICATE OF SERVICE**

    I, Jonathan L. Kotlier, hereby certify that on April 21, 2019, this document, filed through the CM/ECF system, will be sent electronically to all registered participants in this matter as identified on the Notice of Electronic Filing (NEF).

        /s/ Jonathan L. Kotlier
        Jonathan L. Kotlier

## RULE 7.1 CERTIFICATION

I hereby certify that on April 19, 2019, counsel for Defendants conferred with counsel for defendants Amy and Gregory Colburn and he stated he will take no position on this motion. Counsel for Defendants also conferred with counsel for the United States and he stated that it will take no position on this motion.

    /s/ Jonathan L. Kotlier
Jonathan L. Kotlier

4474787.3