**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **No. 19-CR-10080** |
| | ) | |
| **DAVID SIDOO, et al.,** | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | |

## DEFENDANT ELIZABETH HENRIQUEZ'S RESPONSE TO THE GOVERNMENT'S MOTION FOR A HEARING REGARDING CONFLICTS OF INTEREST

Neither Elizabeth Henriquez nor undersigned counsel object to the Government's motion

for a hearing under Federal Rule of Criminal Procedure 44(c). ████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

████████████████████████ ██████████████████████████████████████████

████████████████████████████████████ ██████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

---

[1] ████████████████████████████████████████████████████

[2] ██████████████████████████████████████████████████████████████
██████████████████████████████████████████



For the foregoing reasons, the Court should find that (1) there is good cause to believe that no conflict of interest is likely to arise between Ms. Henriquez and Mr. Hodge, and (2) undersigned counsel has, in any event, taken appropriate measures to ensure that Ms. Henriquez receives effective representation of her counsel of choice. Ms. Henriquez and undersigned counsel will be prepared to address at the June 17 hearing any additional questions that the Court may have regarding this issue.

---

[3] The Government's decision to join into a single superseding indictment Ms. Henriquez, her husband Manuel, and seventeen other "Varsity Blues" parents with whom the Henriquezes have no legally relevant connections is the reason why Ropes & Gray's simultaneous representation of Ms. Henriquez and Mr. Hodge implicates Rule 44(c) at all. The potential for prosecutors to manufacture "conflicts of interest," and thereby to interfere with a defendant's choice of counsel, is yet another reason why the Court should closely scrutinize the Government's tactic of superseding all of the non-pleading "Varsity Blues" parents into the indictment that originally charged only David Sidoo. The Government's misjoinder of the Henriquezes with these other parents will be addressed substantively in future motion practice.

Respectfully submitted,

*/s/ Aaron M. Katz*
Aaron M. Katz (BBO #662457)
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199
(617) 951-7000
aaron.katz@ropesgray.com

Laura G. Hoey (*pro hac vice*)
Ropes & Gray LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
(312) 845-1200
laura.hoey@ropesgray.com

Colleen A. Conry (*pro hac vice*)
Ropes & Gray LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
(202) 508-4600
colleen.conry@ropesgray.com

DATED: June 10, 2019