**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>DAVID SIDOO, *et al*,<br><br>　　　　　　　　Defendants. | No. 19-10080-NMG |

**Defendant Robert Zangrillo's Proposed *Foster* Hearing Questions**

**(Submitted in Response to the Court's Order, Docket No. 406)**

1. Introductory Matters

   - How old are you?

   - How far did you go in school?

   - Have you taken any alcohol, drugs, or medications recently that would impair your ability to understand today's hearing?

   - Do you have any medical conditions that might prevent you from understanding today's hearing?

   - Is there anything else that would interfere with your ability to understand what is happening today?

   - Is your mind clear today?

2. Current Representation

   - Are you currently represented by Martin Weinberg?

   - Are you also currently represented by Matthew Schwartz of the Boies Schiller Flexner LLP law firm?

   - Are you also currently represented by Nicholas Theodorou of the Foley Hoag LLP law firm?

   - Are Mr. Weinberg, Mr. Schwartz, and Mr. Theodorou retained or appointed?

3. Martin Weinberg

   a. *Circumstances of Representation*

- Are you aware that Mr. Weinberg also represents David Sidoo, who is a co-defendant in this case?

- Do you understand that while representing Mr. Sidoo, Mr. Weinberg may learn or have learned information that he cannot disclose to you?

- Are you aware that Mr. Sidoo is a defendant in the same case as you, and that the Government's current intention is to hold a joint trial of both of you, along with other defendants?

- Do you understand if there is a joint trial, Mr. Weinberg will withdraw from representing you at trial?

- Do you understand further that you will be unable to seek a continuance, or delay, based upon Mr. Weinberg's withdrawal, but instead will be required to go to trial with other counsel?

- Do you understand that Mr. Weinberg's representation of Mr. Sidoo could theoretically affect his advice to your regarding whether you should plead guilty, with or without cooperation, or go to trial?

- Do you understand that there may be other potential conflicts arising from Mr. Weinberg's representation of you and Mr. Sidoo that I have not mentioned to you?

  b. *Discussion with Counsel of Potential Conflicts*

- Have you discussed these potential conflict of interest matters with Mr. Weinberg and your other lawyers?

- Are you satisfied with his representation of you?

4. Matthew Schwartz / Boies Schiller Flexner LLP

   a. *Circumstances of Representation*

- Are you aware that other lawyers at the Boies Schiller Flexner LLP law firm represent Davina Isackson in a criminal matter charged by the United States Attorney's Office in Boston, Massachusetts entitled *United States v. Davina Isackson, et al.*, 19-mj-06087-MPK, filed March 11, 2019?

- Are you aware that Ms. Isackson entered a guilty plea on May 1, 2019, and has agreed to cooperate with the Government?

- Do you understand that the Government has indicated that it presently intends to seek to call Ms. Isackson as a witness in this case?

- Do you understand that BSF has taken steps to "wall off" its representation of you from its representation of Ms. Isackson?

- Among other things, do you understand that the BSF lawyers and other personnel working on your case are forbidden from working on Ms. Isackson's case, and vice versa?

- Do you understand that the BSF lawyers and other personnel working on your case are forbidden from discussing the case with or in front of the lawyers and other personnel working on Ms. Isackson's case, and vice versa?

- Do you understand that BSF has taken steps to ensure that the electronic files related to your representation and to Ms. Isackson's representation are accessible only to the people assigned to those matters?

- Do you understand that all of the BSF lawyers and other personnel working on your case are located in New York and Florida, while all of the BSF lawyers and other personnel working on Ms. Isackson's representation are located in California?

- Do you understand that while representing Ms. Isackson, her lawyers at the Boies Schiller Flexner LLP law firm may learn or have learned information that they cannot disclose to you, to Mr. Schwartz, or to anyone working on the BSF Zangrillo team?

- Do you understand that everyone working on the BSF Zangrillo team is walled off from receiving any information about Ms. Isackson's case whether it is helpful or harmful to your case?

- Do you understand that BSF's representation of Ms. Isackson could theoretically affect Mr. Schwartz's advice to your regarding whether you should plead guilty, with or without cooperation, or go to trial?

- Do you understand that BSF's representation of Ms. Isackson could theoretically affect Mr. Schwartz's advice to your regarding whether you should testify at trial, or what arguments, evidence, or witnesses to present at trial?

- Do you understand that there may be other potential conflicts arising from the Boies Schiller Flexner LLP law firm's representation of you and Ms. Isakson that I have not mentioned to you?

b. *Discussion with Counsel of Potential Conflicts*

- Have you discussed these conflict of interest matters with Mr. Schwartz?

- Are you satisfied with his representation of you?

5. <u>Waiver</u>

- Do you understand that you have a right to consult with a lawyer other than Mr. Weinberg and Mr. Schwartz in order to determine whether you wish any or all of them to represent you?

- Have you already discussed these matters with Mr. Theodorou?

- <u>Mr. Weinberg</u>, have you discussed the issues arising from your representation of Mr. Sidoo with Mr. Zangrillo?

- Do you feel that Mr. Zangrillo understands the possible risks?

- <u>Mr. Schwartz</u>, have you discussed with Mr. Zangrillo the issue arising from others within your firm representing Ms. Isackson?

- Do you feel that Mr. Zangrillo understands the possible risks?

- <u>Mr. Zangrillo</u>, is there anything that I have said today that you wish to have explained further?

- After considering all that I have said today, do you believe that it is in your best interest to continue with Mr. Weinberg as your attorney?

- Do you also believe that it is in your best interest to continue with Mr. Schwartz as your attorney?

- Do you agree to waive any and all future arguments, on appeal or otherwise, that you were denied effective assistance of counsel because of your representation by Mr. Weinberg, who also represents Mr. Sidoo?

- Do you agree to waive any and all future arguments, on appeal or otherwise, that you were denied effective assistance of counsel because of your representation by Mr. Schwartz, whose law firm also represents Ms. Isackson?

Respectfully Submitted,

ROBERT ZANGRILLO,

By His Attorneys,

/s/ Martin G. Weinberg
Martin G. Weinberg, Esq.
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

/s/ Nicholas Theodorou
Nicholas Theodorou
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1163
ntheodorou@foleyhoag.com

/s/ Matthew L. Schwartz
Matthew L. Schwartz
Boies Schiller Flexner LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
(212) 303-3646
mlschwartz@bsfllp.com

Dated: June 11, 2019

## **CERTIFICATE OF SERVICE**

I, Martin G. Weinberg, hereby certify that on this date, June 11, 2019, a copy of the foregoing document has been served via ECF on Eric S. Rosen, Assistant United States Attorney.

/s/ Martin G. Weinberg
Martin G. Weinberg, Esq.
