UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CRIMINAL NO. 19-CR-10080 |
| DAVID SIDOO, et al | ) | |
| Defendants | ) | |
| | ) | |
| _____ | ) | |

## DEFENDANT ROBERT ZANGRILLO'S MOTION FOR LEAVE TO FILE MOTION FOR RULE 17(c) SUBPOENA UNDER SEAL

Defendant Robert Zangrillo, by and through undersigned counsel, hereby respectfully moves this Honorable Court for leave to file under seal his Motion for Rule 17(c) Subpoena.  Mr. Zangrillo requests that the Motion be sealed for, at minimum, a period of fourteen days to allow the recipient of the subpoena the opportunity to review the Motion and, upon review, object to its unsealing.  Mr. Zangrillo further notes that the Motion discusses several attached Exhibits, some of which are required to be filed under seal pursuant to this Court's protective order.

**WHEREFORE**, Mr. Zangrillo respectfully requests that this Honorable Court allow him leave to file his Motion for Rule 17(c) Subpoena under seal.

## COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel conferred with counsel for the Government and the Government, by and through AUSA Eric Rosen, assents to Mr. Zangrillo's request to file his Motion for Rule 17(c) Subpoena under seal.

1

Respectfully Submitted,
Robert Zangrillo
By His Attorneys,

**/s/ Martin G. Weinberg**
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

**/s/ Nicholas Theodorou**
Nicholas Theodorou
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1163
ntheodorou@foleyhoag.com

**/s/ Matthew L. Schwartz**
Matthew L. Schwartz
Boies Schiller Flexner
55 Hudson Yards, 20th Floor
New York, NY 1001
(212) 303-3646
mlschwartz@bsfllp.com

Dated: June 19, 2019

**CERTIFICATE OF SERVICE**

I, Martin G. Weinberg, hereby certify that on this date, June 19, 2019, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.