UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>DAVID SIDOO et al.,  )<br>          Defendants )<br>) | No. 19-10080-NMG |

**DEFENDANT ROBERT ZANGRILLO'S MOTION TO PERMIT SPECIFIC AND LIMITED INTERNATIONAL BUSINESS TRAVEL TO VAVA'U, TONGA**

Now comes the defendant Robert Zangrillo, by and through undersigned counsel, and hereby respectfully moves this Honorable Court to permit him to attend business and partnership related meetings in from August 14-23 of this year in Vava'u, Tonga[1]. There are a series of corporate off-site meetings scheduled with a related portfolio company for Dragon Global, Mr. Zangrillo's company, which are designed to further existing investments and consider future investments with existing and potential investment partners.

On March 29, 2019, Mr. Zangrillo appeared in this Court in response to a complaint charging him with one count of conspiracy to commit mail fraud and honest services mail fraud. The Court released Mr. Zangrillo on the $500,000 bond that had been previously set in the Southern District of Florida and set conditions that required Mr. Zangrillo to surrender his passport to pretrial services which he has already done and to restrict his travel to the United States with leave to seek international travel for business reasons at the discretion of the Court. *United States v. Zangrillo*, No. 19-MJ-06087-MPK (DKT 268). On April 9, 2019 Mr. Zangrillo

---

[1] Approximately 3 of these days will be in transit. An itinerary has been produced to Pretrial Services.

1

along with others was the subject of a two-count Superseding Indictment in the above-captioned matter.

For the past five years, Mr. Zangrillo has been employed by a private investment firm, Dragon Global, which has focused on venture capital and real estate investments that are frequently made through separate partnership entities.  Mr. Zangrillo is presently involved with current and potential future strategic partners who will be attending the corporate off-site in Vava'u, Tonga.  More generally, Mr. Zangrillo, having received financing from investors in his venture capital company, has the obligation on behalf of his investors to personally attend meetings which Dragon Global or a related entity has regarding past investments or future investment opportunities.  The proposed planned trip to Vava'u, Tonga involves both meetings with a partner in a portfolio company of Dragon Global that will be aimed at budget and project objectives for the upcoming year and meetings with other potential future investors.  Mr. Zangrillo's personal attendance at these meetings is expected by his investors and is necessary to the continued success of his venture capital business.

Mr. Zangrillo does not present any flight or dangerousness risk.  He has lived in the Miami area since 2010 and currently owns a home in Miami Beach.  Mr. Zangrillo is fifty-two years old, has three daughters,  has had no prior convictions and no interactions with the criminal justice system for more than thirty years, has elderly parents both living in Connecticut, has retained the undersigned and additional co-counsel to contest the current allegations, and is fully aware of his obligations, if this business trip is allowed, to remain at all times accessible to Pretrial Services, and to report to Pretrial Services on his specific whereabouts by providing an itinerary of his flights and the specific location that he will be staying at while in Vava'u, Tonga,

and to abide by whatever other conditions are set by this Honorable Court. Mr. Zangrillo has twice before fully met his obligations on prior business-related international trips authorized by this Honorable Court.

Mr. Zangrillo would request leave, if necessary, to advise the Court of the specific identity of the portfolio company he has scheduled meetings/programs/engagements with and the specific partnership opportunities he is exploring while in Vava'u, Tonga Under Seal.

For the foregoing reasons, Mr. Zangrillo respectfully requests that he be permitted to attend meetings and participate in the programmed events in Vava'u, Tonga between August 14 and August 23, 2019. Before doing so, he would need to re-acquire his passport from Pretrial Services; after doing so, he will promptly re-surrender his passport to Pretrial Services as soon as he returns to the United States.

**WHEREFORE**, the defendant respectfully requests that the instant motion be allowed.

## Local Rule 7.1(a)(2) Certification

The undersigned counsel conferred with counsel for the Government and the Government takes no position. The undersigned counsel has also conferred with Pretrial Services, Boston, which has no objection to the allowing of this motion.

                                                  Respectfully submitted,

                                                  Robert Zangrillo
                                                  By his Attorney,

                                                  **/s/ Martin G. Weinberg**
                                                  Martin G. Weinberg
                                                  Mass. Bar No. 519480
                                                  20 Park Plaza, Suite 1000
                                                  Boston, MA 02116
                                                  (617) 227-3700
                                                  owlmgw@att.net

Dated: July 24, 2019

## **CERTIFICATE OF SERVICE**

     I, Martin G. Weinberg, hereby certify that on this date, July 24, 2019, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

                                                  **/s/ Martin G. Weinberg**
                                                  Martin G. Weinberg