IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Criminal No. 1:19-CR-10080-NMG |
| v. | ) |
| | ) |
| David Sidoo, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, Elizabeth Pignatelli, a member of the bar of this Court and attorney for the Nonparty University of Southern California ("USC"), moves to admit attorney Douglas Fuchs to the bar of this Court *pro hac vice*.

In support of this Motion, the movant relies on the following:

The Affidavit of Douglas Fuchs (attached as Exhibit A), which states that he:

(a) is a member in good standing of the bar of the District of California and numerous federal courts;

(b) is not currently the subject of any disciplinary proceedings as a member of the bar;

(c) has not previously had a *pro hac vice* admission to this Court revoked for misconduct; and

(d) has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

\\BOS - 999999/000045 - 1118173 v1

**WHEREFORE**, movant Elizabeth Pignatelli, counsel for USC, requests that the Court grant this Motion to admit attorney Douglas Fuchs *pro hac vice*.

> Respectfully submitted,
>
> UNIVERSITY OF SOUTHERN CALIFORNIA,
>
> By its attorney,
>
> */s/ Elizabeth Pignatelli*
> Elizabeth Pignatelli (BBO# 677923)
> HOGAN LOVELLS US LLP
> 100 High Street, 20th Floor
> Boston, MA  02110
> 617-371-1000
> elizabeth.pignatelli@hoganlovells.com

## LOCAL RULE 7.1 CERTIFICATION

I, Elizabeth Pignatelli, hereby certify that I conferred with Plaintiff's counsel pursuant to the Local Rules. Plaintiff's counsel indicated that Plaintiff objects to the relief requested herein.

/*s/ Elizabeth Pignatelli*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified in the Notice of Electronic Filing (NEF) on July 30, 2019.

/*s/ Elizabeth Pignatelli*