# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| United States of America,             )<br>                                       )<br>        Plaintiff,                    )<br>                                       )<br>v.                                     )<br>                                       )<br>David Sidoo, et al.,                  )<br>                                       )<br>        Defendants.                    )<br>                                       ) | Criminal No. 1:19-CR-10080-NMG |

### **AFFIDAVIT OF DOUGLAS FUCHS**

I, Douglas Fuchs, on my oath swear and depose:

1. I am a principal in the law firm of Gibson Dunn, 333 South Grand Avenue, Los Angeles, CA 90071.

2. I am a member in good standing of the bar of the State of California.

3. I am in good standing in every jurisdiction where I have been admitted to practice. I am not currently suspended or disbarred in any jurisdiction. No disciplinary proceedings are pending against me in any jurisdiction.

4. I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

6. My firm represents the University of Southern California, a nonparty in the above-captioned action, and I respectfully request admission to the Bar of this Court *pro hac vice*.

\\BOS - 999999/000045 - 1118179 v1

Signed under the penalties of perjury this 30th day of July 2019.

                                              */s/ Douglas Fuchs*
                                              Douglas Fuchs