UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) Criminal Number 1:19-cr-10080-NMG ) |
| DAVID SIDOO, et al. | ) ) ) |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel on behalf of non-party movant University of Southern California in the above-captioned matter.

Respectfully submitted,

*/s/ Elizabeth C. Pignatelli*
Elizabeth C. Pignatelli (BBO #677923)
HOGAN LOVELLS US LLP
125 High Street, Suite 2010
Boston, MA  02110
617-371-1000
elizabeth.pignatelli@hoganlovells.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on August 21, 2019.

*/s/ Elizabeth C. Pignatelli*