IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| United States of America, | ) ) ) | |
| v. | ) ) | Criminal No. 1:19-CR-10080-NMG |
| David Sidoo, et al., | ) ) ) ) | |

### MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, Elizabeth Pignatelli, a member of the bar of this Court and attorney for the Nonparty University of Southern California ("USC"), moves to admit attorney Debra Wong Yang to the bar of this Court *pro hac vice*.

In support of this Motion, the movant relies on the following:

The Affidavit of Debra Wong Yang (attached as Exhibit A), which states that she:

(a) is a member in good standing of the bar of the States of California, New York, and Illinois, as well as multiple federal courts;

(b) is not currently the subject of any disciplinary proceedings as a member of the bar;

(c) has not previously had a *pro hac vice* admission to this Court revoked for misconduct; and

(d) has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

**WHEREFORE**, movant Elizabeth Pignatelli, counsel for USC, requests that the Court grant this Motion to admit attorney Debra Wong Yang *pro hac vice*.

\\BOS - 999999/000045 - 1118173 v1

Respectfully submitted,

UNIVERSITY OF SOUTHERN CALIFORNIA,

By its attorney,

*/s/ Elizabeth Pignatelli*
Elizabeth Pignatelli (BBO# 677923)
HOGAN LOVELLS US LLP
125 High Street, Suite 2010
Boston, MA  02110
617-371-1000
elizabeth.pignatelli@hoganlovells.com

Dated:  August 22, 2019

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified in the Notice of Electronic Filing (NEF) on August 22, 2019.

*/s/ Elizabeth Pignatelli*