# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| v. | ) | Criminal No. 1:19-CR-10080-NMG |
| | ) | |
| David Sidoo, et al., | ) | |
| | ) | |
| | ) | |

### AFFIDAVIT OF DEBRA WONG YANG

I, Debra Wong Yang, on my oath swear and depose:

1. I am a principal in the law firm of Gibson Dunn, 333 South Grand Avenue, Los Angeles, CA 90071.

2. I am a member in good standing of the bar of the States of California, New York, and Illinois, as well as multiple federal courts.

3. I am in good standing in every jurisdiction where I have been admitted to practice. I am not currently suspended or disbarred in any jurisdiction. No disciplinary proceedings are pending against me in any jurisdiction.

4. I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

6. My firm represents the University of Southern California, a nonparty in the above-captioned action, and I respectfully request admission to the Bar of this Court *pro hac vice*.

Signed under the penalties of perjury this 21st day of August 2019.

_____
Debra Wong Yang