UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

———————————————————————————
                                                        )
UNITED STATES OF AMERICA                                )
                                                        )
              v.                                        )  Criminal Number 1:19-cr-10080-NMG
                                                        )
DAVID SIDOO, et al.                                     )
                                                        )
———————————————————————————)

### NON-PARTY UNIVERSITY OF SOUTHERN CALIFORNIA'S MOTION TO QUASH

Pursuant to Federal Rule of Criminal Procedure 17(c)(2), the University of Southern California ("USC") hereby moves this court to quash the subpoena ("the Subpoena") to produce documents issued by one of the defendants, Robert Zangrillo ("Defendant Zangrillo"), in the above-captioned matter.

The Subpoena is overbroad, improperly conceived, and inconsistent with the purpose of Federal Rule of Criminal Procedure 17(c).  It does not seek production of specific documents, but rather asks USC to identify and compile a sweeping amount of information that either does not exist at all or would require an unreasonably time-consuming and expensive effort to collect. Moreover, to the extent USC could prepare materials responsive to Defendant Zangrillo's requests, the information contained therein would be neither relevant nor admissible at trial.

For all of these reasons and those set forth in the accompanying memorandum of law, USC requests that this Court quash the Subpoena, except to the extent that it requests communications specifically regarding Defendant Zangrillo's daughter found in an email review of all senior employees in the Athletics Department and the Office of Admission.

## LOCAL RULE 7.1(a)(2) and 116.3(f) CERTIFICATION

Undersigned counsel certifies that counsel for the parties have conferred in good faith in an effort to narrow the issues raised by this Motion.

Respectfully submitted,
UNIVERSITY OF SOUTHERN CALIFORNIA,
By its attorneys,

*/s/ Debra Wong Yang*
Debra Wong Yang (*Pro Hac Vice* Admission Pending)
Douglas M. Fuchs (Admitted *Pro Hac Vice*)
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213)229-7000
dwongyang@gibsondunn.com
dfuchs@gibsondunn.com

*/s/ Anthony E. Fuller*
Anthony E. Fuller (BBO #633246)
Elizabeth C. Pignatelli (BBO #677923)
HOGAN LOVELLS US LLP
125 High St., Suite 2010
Boston, MA  02110
(617) 371-1000
anthony.fuller@hoganlovells.com
elizabeth.pignatelli@hoganlovells.com

Dated: August 22, 2019

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants.

*/s/ Anthony E. Fuller*
Anthony E. Fuller