UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,

-against-                    No. 1:19-cr-10080-NMG

DAVID SIDOO, ET AL

                Defendant.

-----------------------------------------------------------x

## DECLARATION OF TRACEY VRANICH IN SUPPORT OF NON-PARTY UNIVERSITY OF SOUTHERN CALIFORNIA MOTION TO QUASH

I, Tracey Vranich, declare as follows:

1. I have worked in University Advancement at the University of Southern California ("USC") since January 2011. I oversee advancement operations services, including gift reporting and processing, advancement information systems and applications, and database integrity. I graduated with a bachelor's degree from Bridgewater College and received an MBA from Temple University.

2. I am not aware of any document containing or tracking the amount of donations made by the parents of prospective students who received a special interest tag. In order to determine whether the parents of any prospective students with a special interest tag made a donation to USC, USC would need to work with the Office of Admission to identify all students who received a special interest tag over the period in question, determine whether those students received identification numbers, and then run searches in the Advancement database for each student to see if we could match them to particular donations. This would be a difficult and time-consuming process. This task is further complicated by the fact that many students have

common names, and we would not have unique IDs for them. The compiled information would also inevitably be incomplete, as donations made anonymously or by corporate entities are not easily attributable to a particular student. Furthermore, it would be impossible to match donations from parents of students with special interest tags who did not matriculate to USC because there is no data linking those donations to the particular applicants.

3.      USC's database of donations does not have the capability of providing a snapshot of the database as of a June 17, 2018. Identifying what donations were made to USC as of June 17, 2018, would involve the burdensome process of searching and compiling information on an individualized basis.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 21, 2019, at Los Angeles, California.

_____
Tracey Vranich