UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAVID SIDOO, et al )<br>       Defendants )<br>) | CRIMINAL NO. 19-CR-10080 |

**DEFENDANT ROBERT ZANGRILLO'S ASSENTED-TO MOTION FOR A HEARING ON NONPARTY UNIVERSITY OF SOUTHERN CALIFORNIA'S MOTION TO QUASH**

Now comes the Defendant Robert Zangrillo, by and through undersigned counsel, and hereby respectfully requests that the Court order a hearing on the University of Southern California's ("USC") Motion to Quash Mr. Zangrillo's Rule 17(c) Subpoena.

This Court granted Mr. Zangrillo's Motion for Rule 17(c) Subpoena on July 10, 2019, and the subpoena was served on USC the following day. On August 22, 2019, USC filed a motion, and an 18-page supporting memorandum, requesting that the Court quash the subpoena.

Mr. Zangrillo respectfully requests a hearing in this matter. He intends to file a written response to USC's motion no later than Tuesday, September 3. Counsel for USC assents to Mr. Zangrillo's request for a hearing. The parties are in the process of discussing mutually agreeable dates for the hearing and will provide those dates to the Court once they are identified.

                                                                                                  Respectfully Submitted,

          Robert Zangrillo
By His Attorneys,

**/s/ Martin G. Weinberg**
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

**/s/ Nicholas Theodorou**
Nicholas Theodorou
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1163
ntheodorou@foleyhoag.com

**/s/ Matthew L. Schwartz**
Matthew L. Schwartz
Boies Schiller Flexner
55 Hudson Yards, 20th Floor
New York, NY 1001
(212) 303-3646
mlschwartz@bsfllp.com

Dated: August 23, 2019

### CERTIFICATE OF SERVICE

    I, Martin G. Weinberg, hereby certify that on this date, August 23, 2019, a copy of the foregoing document has been served on all registered participants through its filing with this Court's CM/ECF system.

**/s/ Martin G. Weinberg**