UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAVID SIDOO, et al )<br>        Defendants ) | CRIMINAL NO. 19-10080 |

**ASSENTED TO MOTION FOR LEAVE TO FILE EXTRA PAGE RESPONSE IN OPPOSITION TO NONPARTY UNIVERSITY OF SOUTHERN CALIFORNIA'S MOTION TO QUASH**

Now comes the defendant Robert Zangrillo, by and through undersigned counsel, and hereby respectfully moves this Honorable Court for leave to file his 29-page Response in Opposition to Nonparty University of Southern California's ("USC") Motion to Quash. As grounds and reasons therefor, Mr. Zangrillo states that additional pages are necessary to fully address the many factual and legal issues raised by USC's motion, including responding to the factual representations contained in two declarations appended to the USC Motion to Quash as well as many arguments made therein some of which implicate essential aspects of Mr. Zangrillo's legal defenses and necessitate detailed discussion of the existence of and relevance of the many documents that are the subject of the subpoena.

**WHEREFORE**, the defendant respectfully requests that the instant motion be allowed.

1

## Local Rule 7.1(a)(2) Certification

The undersigned counsel conferred with Anthony Fuller, counsel for USC, who does not oppose this request for leave to file conditioned on Mr. Zangrillo not opposing USC's future right to seek leave to file a reply to which Mr. Zangrillo assents.

Respectfully Submitted,
Robert Zangrillo
By His Attorneys,

**/s/ Martin G. Weinberg**
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

**/s/ Nicholas Theodorou**
Nicholas Theodorou
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1163
ntheodorou@foleyhoag.com

**/s/ Matthew L. Schwartz**
Matthew L. Schwartz
Boies Schiller Flexner
55 Hudson Yards, 20th Floor
New York, NY 10001
(212) 303-3646
mlschwartz@bsfllp.com

Dated: September 3, 2019

## **CERTIFICATE OF SERVICE**

I, Martin G. Weinberg, hereby certify that on this date, September 3, 2019, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

**/s/ Martin G. Weinberg**