| | |
|---|---|
| From: | ▮ |
| To: | Donna Heinel |
| Sent: | 9/3/2015 6:31:52 PM |
| Subject: | Cumulative SI 2012-2015 |
| Attachments: | CumulativeSpecialInterest 2012-2015.xlsx |

Hi Donna,

Here is the cumulative Special Interest list from 2012-2015.

Thanks!

--

▮  Athletic Assistant for Dr. Donna Heinel

**UNIVERSITY OF SOUTHERN CALIFORNIA**

3501 Watt Way

Los Angeles, California 90089

O: (213) 821-4559  C: (760) 271-0877

▮@usc.edu

| Last | First | Enroll | Sport | Recommend | Status | GPA | SAT/ACT | Notes | Decision | ID |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Freshman | W Track | Ron Orr | SUBCO | 3.94 | 314 | 500,000 for Galen | Fall | |
| | | Freshman | Letter of Rec | Ron Orr | Watch | 3.45 | N/A | no ask | Summer | |
| | | Freshman | Transfer | Donna Heinel | Bruce | | | potential donor | not transferring | |
| | | Freshman | Met w/ Tim | Donna Heinel | VIP | 3.5 | 1480 | next year pledge | Contract | |
| | | Freshman | | Don Winston | VIP | | | Donor-met with Tim | approved | |
| | | Freshman | Donor | Don Winston | VIP | 4.2 | 29 | 25-50,000-no ask as of yet | Fall | |
| | | Freshman | MFOO | Ron Orr | Subco | 3.9 | 32 | Walk on football | Fall | |
| | | Freshman | | Ron Orr | VIP | 3.2 | 32 | PPD Dean interest-Not Coded | Spring | |
| | | Freshman | Trojan Family | Ron Orr | watch | 4.27 | | Friend of Bashor | Fall | |
| | | Freshman | Soccer | Donna Heinel | SUBCO | 3.3 | 31/ 1990 | 250,000 signed pledge | Fall | |
| | | Freshman | SVB | Donna Heinel | Subco | 3.6 | | donors | approved | |
| | | Freshman | Walk-on Tennis | Pat Haden | Subco | | | | approved | |
| | | Freshman | Development | Pat/Ron | VIP | 4 | | Dean interview | Fall | |
| | | Freshman | Football | Ron Orr | Subco | | | | contract | |
| | | Freshman | MFB | Ron Orr | Subco | 3.53 | | friend of Muller/donor? | approved | |
| | | Freshman | Scholarship Club | Donna Heinel | VIP | 3.7 | 1870 | long time donors | Fall | |
| | | Transfer | | Jen Noreiga | Bruce | | | Donor | approved | |
| | | Freshman | | Steve Lopes | Watch | 4.1 | 32 | | Fall | |
| | | Freshman | MFOO | Pat Haden | Subco | | | Walk on football from Andy Barth | Fall | |
| | | Transfer | | Pat Haden | VIP | 3.1 | | Andy Barth | | |
| | | Freshman | Trojan Family | JK McKay | VIP | 3.41 | 1770 | cousin | Spring | |
| | | Freshman | MGLF | PCH/Alex | VIP/Subco | 3.2 | | Family | Fall | |
| | | Freshman | | Pat Haden | Watch | | 28 | Low Priority- No Code | deny | |
| | | Freshman | Football-Nelson | Lane Kiffin | Watch | | | | contract | |
| | | Freshman | | | Watch | 3.5 | | god son | spring | |
| | | Freshman | WVOL | Ron Orr | Subco | 3.9 | | Donated to Utengsyu | approved | |
| | | Freshman | | Pat Haden | Watch | 3.8 | 30 | Softball | spring | |
| | | Freshman | | Karen Bowman | Watch | | | Employee | approved | |
| | | M | WVB | | Subco | 3.92 | | linebauck grandfather | approved | |
| | | M | Transfer-FB | Pat Haden | Bruce | | | Pat Haden | approved | |
| | | Freshman | Transfer | Steve Lopes | Watch | 3.6 | | potential donor | approved | |
| | | Transfer | | Football | Watch | 3.1 | | FB hire | | |
| | | Freshman | Soccer | Ron Lane | Subco | | | | approved | |
| | | Freshamn | Football-Nelson | Lane Kiffin | Watch | | | | spring | |
| | | Transfer | MTRK | Ron Orr | Subco | 3.38 | | | Fall | |
| | | Freshman | International | Donna Heinel | VIP | 3.5 | 1570 | 500,000 pledge | Spring | |
| | | Freshman | MVB | Hank Gordan | Subco | 3.2 | | Hank Gordan | denied | |

| Type | Category | Contact | Status | GPA | SAT | Notes | Term |
|---|---|---|---|---|---|---|---|
| Freshman | | Steve Lopes | Watch | | 26 | Scholarship member, year transfer, Trustee Romona Capello | Spring |
| Freshman | Pres of ▮ | Don Winston | VIP | 3.5 | 2060 | 50-100,000-no ask as of yet | Fall |
| Freshman | Trojan Family | Don Winston | VIP | 4.3 | 1820 | Galen Center donor | Fall |
| Freshman | MVOL | Alexandra | Subco | 3.1 | 1820c | potential donor | approved |
| Freshman | Football | Ron Orr | Subco | | | | approved |
| Freshman | Water Polo | Donna Heinel | SUBCO | 2.9 | 1460 | 50,000 in trade | Denied |
| T: Texas Tech | | Teresa Verbeck | Bruce | | | Donor | pending |
| Transfer | | Donna Heinel | Watch | 4 | | | Fall |
| Transfer | | Pat Haden | VIP | 3.6 | | Emory brother Law | Fall |
| Transfer | | Donna | Bruce | | | Employee | pending |
| Freshman | MH20 | Tim Tessalone | subco | 2.7 | | Fresno state SID | denied |
| Freshman | Football- Donor | Pat Haden | SUBCO | 3.85 | 1790 | 25,000 FOP plus committee | Fall |
| Freshman | MFOO | Donna Heinel | Subco | 3.67 | 1080 | Soccer, Ge.D | Fall |
| Freshman | | Scott Jacobson | VIP | 3.62 | 1780 | 100,000-no ask yet | Fall |
| Freshman | WLAX | Donna Heinel | Subco | 4.2 | | Nike | Fall |
| Freshman | MBAS | JK McKay | Subco | 3.7 | 29 | Baseball | Fall |
| Transfer | | Donna Heinel | Bruce | x | x | Potential Donor- Northeastern | Fall |
| Freshman | Personal | Pat Haden | VIP | 3.53 | 2040 | ? | Fall |
| Freshman | | Peter Smith | VIP | | 1800 | MTE, $250,000, International | Spring |
| Freshman | | Don Winston | VIP | 3.3 | 2210 | going somewhere else | Spring |
| Freshman | | Scott Jacobson | Bruce | 3 | 30 | 50,000 ask | Fall |
| Freshman | | Steve Lopes | VIP | 3.8 | 2140 | Essay 10, Meet with Tim | Fall |
| Freshman | | Ron Orr | VIP | 3.86 | 2130 | ▮-son | Fall |
| Transfer-LMU | | Ron Orr/DH | Provost | | | Donor | pending |
| Freshman | Swim with Mike | Ron Orr | watch | 4 | | SWM candidate | approved |
| Freshman | MFOO | Ron Orr | watch | 4 | | friends of Pat | deny |
| Freshman | Volleyball | Ron Orr | SUBCO | 3.96 | 2120 | 25000 UAC | Fall |
| Freshman | Water Polo | Ron Orr | Subco | | | | approved |
| Freshman | Swimming | Don Winston | Subco | | | | approved |
| Freshman | | Pat Haden | VIP | | | Donor | spring |
| Freshman | Football | Pat Haden | SUBCO | 4.2 | 29 | ? | Fall |
| Transfer | | Steve Lopes | Watch | 3.3 | | LOR from Denise Austin | denied |
| Transfer | Cyber Coders | Pat Haden | VIP | 3.65 | | Dean interview | contract |
| Freshman | | Hank Gordon | VIP | 4.09 | 33 | Presidential Code | Fall |
| Freshman | Car dealer | Ron Orr | Watch | 4 | | did not meet conditions | on track |

USAO-VB-01210808

Case 1:19-cr-10080-NMG   Document 546-1   Filed 09/03/19   Page 4 of 8

| Level | Category | Contact | Type | GPA | SAT | Notes | Status |
|---|---|---|---|---|---|---|---|
| Freshman | potential donor | Ron Orr | watch | 3.86 | 1940 | Connie Matthew's rec | Deny |
| Freshman |  | Scott Brittingham | Subco | 3.67 | 1820 | Potential Donor-Diversity | Fall |
| Freshman |  | Ron Orr | Tim |  |  | Swim With Mike | approved |
| Freshman |  | Pat Haden | VIP | 3.32 | 1850 | Potential Donor | Contract |
| Freshman |  | Kurt Shuette | VIP |  |  | Donor | approved |
| Transfer | Trojan Family | Don Winston | watch | 4.37 |  | Dedeaux | Fall |
| Freshman |  | Pat Haden | VIP | 3.58 | 30 |  | Spring |
| Freshman |  | Don Winston | Watch | 3.5 | 25 | Donated $15k-Tennis Walk on | Fall |
| Freshman | W Track | Pat Haden | SUBCO | 3.97 | 1940 | ? | Fall |
| Freshman | Transfer | Donna Heinel | Bruce |  |  | Orange Coast | moving to spring |
| Freshman |  | JK McKay | VIP |  |  | Donor | approved |
| Freshman |  | Andy Enfield | VIP | 3.5 | 2090 | Potential Donor | Fall |
| Transfer | ASU SWA | Donna Heinel | watch |  |  | Dawn Rodgers | Fall |
| Freshman | Donor | Ron Orr | VIP | 3.94 | 29/ 1970 | 100,000 dive tower | Fall |
| Freshman | Sand | Scott Jacobson | SUBCO | 3.5 | 1950 | 150,000 for sand/no reply | Fall 2012 |
| Freshman | WSWM | Dave Salo | Subco | 3.14 | 1420 |  | denied |
| Transfer |  | Steve Lopes | VIP | 3.5 |  | William and Mary |  |
| Freshman | Transfer | Donna Heinel | Bruce |  |  |  |  |
| Freshman | Basketball | Ron Orr | Subco |  |  |  | approved |
| Transfer |  | Pat Haden | Bruce | 2.9 | 29 | NYU-previously admitted as Freshman | Fall |
| Freshman | Employee | Donna Heinel | Bruce | 3.7 | 1700 | nothing- | Fall |
| Freshman | Football | Mark Jackson | VIP |  |  |  | contract |
| Freshman |  | Ron Orr | Watch |  |  | Donor | approved |
| Freshman | potential donor | Ron Orr | VIP | 4 |  | Daughter | Spring |
| Freshman | Donor | Don Winston | VIP | 3.7 | 24/ 1750 | 75,000 ask--Slight match funding | Spring |
| Freshman |  | Alexandra Bitterlin | VIP | 4 | 30 | WBSK Europe trip | Spring |
| Freshman | Provost Code | Pat Haden | VIP | 3.8 | 30 | ? | Fall |
| Freshman | Car Dealer | Greg Millward | watch | 3.63 |  | Car Dealer | Spring |
| Freshman |  | Don Winston | VIP | 4.12 | 29 | 25,000 check and more later | Fall |
| Transfer |  | JK McKay | VIP |  |  | Sony Pictures | Spring |
| Freshman |  |  | VIP | 4.13 | 30 | daughter | Fall |
| Freshman |  | Pat Haden | VIP |  |  | Donor-Wine | deny |
| Freshman | Trojan Family | Don Winston | VIP | 3.8 |  | 3 sons can here FOOTBALL | Spring |
| Freshman |  | Donna Heinel | VIP | 4 | 2050 | Granddaughter | Fall |
| Law School |  | Pat Haden | VIP |  |  | Donor | pending |
| Freshman | MBSK | Andy | Subco | 3.5 | 2030 | Andy Enfield friend | approved |

USAO-VB-01210808

| Year | Sport/Tag | Referrer | Category | GPA | Score | Notes | Status |
|---|---|---|---|---|---|---|---|
| Freshman | Baseball | Pat Haden | Subco | | | | approved |
| M | WVOL | Kurt | Subco | 3.9 | | Souel Korea | approved |
| Freshman | WLAX | Ron Orr | Subco | 4.2 | | potential donor | approved |
| Freshman | | Steve Lopes | VIP | 3.49 | 1840 | 1 mil pledge- ███ son | spring |
| Freshman | Friend | Steve Lopes | VIP | 4.2 | | friend of Steve Lopes-no ask | Fall |
| Freshman | Trojan Family | Don Winston | VIP | 3.75 | | Valley Fever | Spring |
| Transfer | | Pat Haden | VIP | 3.1 | 2040 | SMU transfer | Fall |
| Freshman | Golf | Ron Orr | Subco | | | | approved |
| Freshman | | Scott Jacobson | VIP | 3.9 | 2110 | BOC 100k | Fall |
| Freshman | Trojan Family | Pat Haden | VIP | 3.63 | | close friend of Pat | Fall |
| Freshman | | ███ | Watch | | | Employee | approved |
| Freshman | | Mark Jackson | Watch | 3.75 | 29 | Spring | deny |
| Freshman | | Kurt Schuette | Bruce | | | Donor | approved |
| Freshman | WROW | Steve Lopes | VIP | 3.6 | | Pledge 10,000 | approved |
| Freshman | Football | Steve Lopes | SUBCO | 3.8 | 34 | McKay training room | Fall |
| Freshman | Track | Pat Murphy | Subco | | | | approved |
| Freshman | | Pat Haden | VIP | 3.29 | 1500 | ███ Grandaughter | contract |
| Freshman | | Gregg Millward | VIP | 3.8 | 2050 | Inst 3 school | Fall |
| Freshman | | Ron Orr | VIP | 4.3 | 28 | scholarship club, long time donors | Fall |
| Transfer | | ███ | VIP | 3.5 | | ███ wife | |
| T: Duke | | Don Winston | Bruce | | | Donor | approved |
| Freshman | ███ Sister | Lane Kiffin | VIP | | | | approved |
| Freshman | MBAS | Pat Haden | VIP | 3.52 | | $15 mil | Fall |
| Freshman | | Scott Jacobsen | watch | 3.2 | | potential donor | Deny |
| Freshman | | Pat Haden | VIP | 3.83 | 23 | Potential donor- ███ -need help from Max Nikias | spring |
| Freshman | | Steve Lopes | Watch | 3.79 | 1920 | Kiffin's agent | deny |
| Freshman | | Ron Orr | VIP | 3.3 | 28/ 1870 | Donor, Greg meeting at Orientation-Leadership | Spring |
| Transfer | | Scott Wandzilak | Bruce | 3.5 | 1770 | potential donor- works with Noel Viramontes | never applied |
| T: Cal State LA | | David Scott | Bruce | | | | pending |
| Freshman | | Donna Heinel | Bruce | 3.7 | 1450 | Employee, nothing-community interest | Fall |
| Transfer | | Donna Heinel | Subco | | | Donor | approved |
| Transfer | | Peter Smith | Bruce | | | Donor | approved |
| Freshman | Soccer | Laura Janke | Subco | | | | approved |
| Freshman | UCLA | Pat Haden | VIP | 3.9 | 2030 | ███ | Fall |
| Freshman | MTRK | Donna Heinel | Subco | 4.28 | | son of ███ | approved |

| Year | Sport/Note | Recommender | List | GPA | Test | Notes | Status |
|---|---|---|---|---|---|---|---|
| Freshman | On Contract | Donna Heinel | Bruce | 3.33 | 1560 | nothing-employee | Fall |
| Freshman | Golf | Pat Haden | SUBCO | 4.83 | 29 | Brittingham recommendation | Fall |
| Freshman | Volleyball | Ron Orr | Subco | | | | approved |
| Freshman | WBSK | Donna Heinel | Subco | | | transfer-contract | Fall 2015 |
| Transfer | Military | Mark Jackson | Bruce | | | | pending |
| Transfer | | Pat Haden | VIP | 3 | x | granddaughter of ▮ ▮ -needs good Fall term | Spring-here |
| Transfer | | Rick | Bruce | | | Employee | deny |
| Freshman | | Mark Jackson | Watch | 3.2 | 24 | 1st gen SCION | deny |
| Transfer | | Alexandra Bitterlin | Watch | 3.1 | | | |
| Freshman | MFOO | Ron Orr | SWM | 4.3 | | SWM with mike-Long snapper | Fall |
| Freshman | | Ron Orr | Watch | 4.3 | 28 | Twin of ▮ | Fall |
| Freshman | | DCH/Kurt | | 4.15 | 2060 | | Fall |
| Freshman | | Pat Haden | VIP | 3 | | Radio Show, Dean interview-Kirk | Fall |
| Transfer | | ▮ | Watch | | | ▮ Cousin | |
| Freshman | | Ron Orr | watch | 3.9 | | Swim with Mike, SWM candidate | approved |
| Freshman | Friend | Pat Haden | Watch | | | | approved |
| Freshman | Trojan Family | Hank Gordan | watch | 3.7 | | no chance | contract |
| Freshman | Rowing | Donna Heinel | Subco | 3.85 | 1960 | Potential Donor-Scott Brittingham | approved |
| Freshman | MGLF | Pat Haden | Subco | 3 | 1410 | $3 mil to Men's Golf-Thailand, has met w/ Tim | Fall |
| Transfer | Transfer | Tim Tessalone | Bruce | 3.1 | 2080 | Saddleback | deny |
| Freshman | pot.donor-golf | Kurt Schuette | watch | 3.9 | | potential donor | Fall |
| Freshman | WTRA | Ron Orr | Subco | 3.4 | 27 | Twin | Fall |
| Freshman | | Ron Orr | VIP | 4.2 | 1360 | 150,000 Heritage | Fall |
| Transfer | | Ron Orr | Bruce | | | ▮ son | approved |
| Freshman | | Alexandra Bitterlin | Watch | 4 | 23 | Potential Donor | deny |
| Freshman | | Gregg Millward | Watch | 3.8 | | Car Dealer | Fall |
| Freshman | | ▮ | VIP | 3.97 | 1780 | ▮ daughter | Fall |
| Freshman | Transfer | ▮ | Bruce | 4 | | ▮ daughter | admitted |
| Freshman | | Donna Heinel | VIP | 3.125 | 1570 | Employee, contract | Contract |
| Freshman | Transfer | Donna Heinel | VIP | 3.9 | | Dodgers-▮ | approved |
| Transfer | | Andy Enfield | Watch | 3.38 | 2010 | MBB manager, Univ. of Illinois, all leisure studies, need Fall grades | withdrew |
| Transfer | | Donna Heinel | Bruce | 3 | | Car Dealer | on track |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| T:LMU | | Kurt Schuette | Bruce | | | Donor | approved |
| Transfer | | Don Winston | Bruce | | | SMU, 2014 applied, needs to reapply | Fall |
| Freshman | | Gregg Millward | VIP | 3.97 | 29 | Previously donated $25k to Heritage Hall | Fall |
| Transfer | | Ron Orr | VIP | | 1980 | ▇ nephew | approved |
| Freshman | | Ron Orr | Tim | | | Swim With Mike | deny |
| Transfer | | Gregg Millward | Bruce | 2.4 | | $100k gift-GeorgeWashington, longshot | denied |
| Freshman | | Ron Orr | watch | 4.13 | | Trojan Family | Deny |
| Freshman | | Ron Orr | Watch | 3.8 | 1820 | | denied |
| Freshman | Alumni | Kennedy Polamalu | Watch | | | | approved |
| Freshman | | Pat Haden | VIP | | | Donor | approved |
| Freshman | | Jose | VIP | 3.9 | | Coca Cola, Dean interview | Spring |
| Freshman | Trojan Family | Pat Haden | VIP | 3.9 | | every code known to man | Fall |
| Freshman | Lots of Codes | Ron Orr | Watch | 3.88 | 1300 | given 2 million already | Spring |
| Freshman | MTEN | Ron Orr | Subco | | | ▇ son | Fall |
| Freshman | | Pat Haden | VIP | 3.4 | 1990 | Navy Seal Paratrooper, Friends with Jim Ellis | Fall |
| Transfer | | Pat Haden | VIP | 3.55 | | Jon Brooks | Fall |
| Freshman | | Pat Haden | VIP | 2.7 | 26 | | deny |
| Freshman | | Gregg Millward | Watch | 3.97 | 30 | Car Donor | Spring |
| Freshman | Transfer | Kurt Scheutte | Bruce | 3.75 | 2000 | potential donor | approved |
| Freshman | MFOO | Scott Wandzilak | Subco | 3.7 | 27 | Father ▇ Stanford Fball, LA Rams | Fall |
| Freshman | MBAS | Ron Orr | VIP/Subco | 2.8 | | long shot | deny |
| Transfer | | Aaron Price | Bruce | 2.8 | | Remind Bruce to admit in June | Fall |
| Freshman | Trojan Family | Ron Orr | watch | 4.3 | | middle name ▇ | Fall |
| Freshman | | Mark Jackson | VIP | 3.84 | 30 | car dealer | Spring |
| Freshman | | Steve Lopes | VIP | 3.6 | 25 | ▇ Potential Donor, Met with Tim Brunold | Fall |
| Freshman | Met w/ Tim | Donna Heinel | VIP | 3.23 | 1850 | 250,000 signed pledge | Sp▇ |
| Freshman | | Alexandra Bitterlin | VIP | 3.07 | 2030 | Potential Donor, Meet with Tim Brunold | Spring |
| Freshman | Football | Lane Kiffin | Subco | | | | approved |
| Freshman | potential donor | Pat Haden | VIP | 4.2 | 1710 | Wintraub recommendation | Fall |
| Freshman | Football | Ron Orr | Subco | | | | approved |
| Freshman | | Karen Bowman | Watch | 3.4 | 31 | Trustee referral-Lisa Barkett, met w/ Tim | Fall |

| Status | Note | Contact | Category | GPA | SAT | Notes | Decision |
|---|---|---|---|---|---|---|---|
| Freshman | Possible M Golf | Scott Jacobson | SUBCO | 4.2 | 2080 | 100,000-no ask yet | Fall |
| Freshman | Tennis | Peter Smith | Watch | | | | approved |
| Transfer | MWP | Donna Heinel | Bruce | | | ▮ | on track |
| Freshman | | Ron Orr | Tim | | | Swim With Mike | approved |
| Freshman | Don't use bullet | Pat Haden | Watch | 3.46 | 1940 | ? | Spring |
| Freshman | Donor | Donna Heinel | SUBCO | 3.5 | 1700 | 150,000 signed pledge | Fall |
| Freshman | Personal | Pat Haden | VIP | 3.83 | 30 | ? | Fall |
| Freshman | | Karen Bowman | watch | 3.8 | | Pot Donor- Bruce is territory/ animation major | spring |
| Freshman | MVB | Hank Gordan | Subco | | 24 | Hank Gordan | approved |
| T: Arizona State | Golf | Kurt Schuette | Bruce | | | | pending |
| Transfer | Trojan Family | Don Winston | watch | | 1870 | Helene Galen/Charles Mostov | Spring |
| Freshman | | Pat Haden | Watch | | | Donor | approved |

USAO-VB-01210808