| | |
|---|---|
| **From:** | Stevi Robinson <sbrobins@usc.edu> |
| **To:** | Donna Heinel |
| **Sent:** | 1/7/2014 4:18:04 PM |
| **Subject:** | Special Interest |
| **Attachments:** | Special Interest- Edit.xlsx |

Red- No information in folder
Green- In folder with info
Yellow- In folder, but missing info on excel sheet

USAO-VB-01319142

| First | Last | Designation | Reference | VIP/Subco | SAT CR/M/W/Total | ACT | GPA | Notes | USC ID | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Transfer | Donna Heinel | Bruce | | | | potential donor | | |
| | | SVB | Donna Heinel | Subco | 530/600/740/1870 | | | Potential donor | | |
| | | Development | Pat/Ron | VIP | X/X/X/2030 | 32 | | Dean interview | | |
| | | MFB | Ron Orr | Subco | | | | friend of Muller/donor? | | |
| | | Scholarship Club | Donna Heinel | VIP | 710/590/660/1960 | | 3.7 | long time donors | | |
| | | Trojan Family | | VIP | | | | cousin | | |
| | | MGLF | PCH/Alex | Subco | | | | Family | | |
| | | donors/ Scion | Ron Orr | watch | | | | Donated to Utengsyu | | |
| | | WVB | | Subco | | 31 | | inebauck grandfather | | |
| | | Transfer MFB | Pat Haden | Subco | | | | Pat Haden | | |
| | | MVB | Hank Gordan | Subco | | 24 | | Hank Gordan | | |
| | | Donor | Don Winston | VIP | | | | Galen Center donor | | |
| | | MVOL | Alexandra | Subco | | | | potential donor | | |
| | | WVB | Pat Haden | Subco | | | | father is surgeon | | |
| | | Cyber Coders | Pat Haden | VIP | | | | Dean interview | | |
| | | potential donor | Ron Orr | watch | | | | Connie Matthew's rec | | |
| | | Transfer | Mara | Bruce | | | | friend of Mara | | |
| | | potential donor? | Ron Orr | watch | | | | Daughter | | |
| | | potential donor | Donna Heinel | watch | | | | granddaughter | | |
| | | MBSK | Andy | Subco | 1820c | 27 | | Andy Enfield friend | | approved |
| | | WVOL | DCH/Alex | Subco | | | | Souel Korea | | |
| | | WLAX | Ron Orr | Subco | | | | potential donor | | Steve Sample/trustee |
| | | WROW | Steve Lopes | | 28 | | | Pledge 10,000 | | |
| | | Scholarship Club | | VIP | | | | long time donors | | |
| | | MFOO | Donna Heinel | | | | | potential donor | | |
| | | WBSK | Donna Heinel | Subco | | | | employee transfer | | |
| | | Transfer | Ron Orr | watch | | | | Granddaughter | | |
| | | Radio Show | | VIP | | | | Dean interview-Kirk | | |
| | | Swim with Mike | Ron Orr | watch | | | | SWM candidate | | |
| | | Rowing | Donna Heinel | Subco | | | | Potential Donor-Scott Brittingham | | |
| | | pot.donor-golf | Kurt Schuette | VIP? | | | | potential donor | | |
| | | Transfer | Ron Orr | Watch | | | | son | | |
| | | Transfer | | Bruce | | | | daughter | | |
| | | Transfer | Donna Heinel | VIP | | | | Dodgers | | |
| | | MBA | Greg | Subco | | | | car dealer | | |
| | | Coca Cola | Jose | VIP | | | | Dean interview | | |
| | | MGO | Kurt | Subco | | | | potential donor | | |
| | | potential donor | Pat Haden | VIP | | | | Wintraub recommendation | | |
| | | WVB | Pat Haden | Subco | | | | | | |
| | | WVB | Chevron | Subco | | | | corporate sponsor | | |
| | | pot donor | Karen Bowman | watch | | | | Bruce is territory/ animation major | | |
| | | MVB | Hank Gordan | Subco | 26/28/27/29=28 | | | Hank Gordan | | |
| | | | | | | | | Helene Galen | | |