| | |
|---|---|
| From: | Tim Brunold </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=909699F2DBD44EA7B6BE60B76723A129-SCSH3QV6> |
| To: | Donna Heinel |
| Sent: | 3/11/2016 12:22:40 AM |
| Subject: | Re: VIP athlete recruits |

Thank you Donna!

Sent from my iPad

On Mar 10, 2016, at 7:16 PM, Donna Heinel <dheinel@usc.edu> wrote:

Tim
Thank you for all that you manage and do for USC.

Sent from my iPhone

On Mar 10, 2016, at 3:56 PM, Tim Brunold <brunold@usc.edu> wrote:

Hi folks,

I have just gone back through today's subco. docket and cross-referenced it with my university-wide VIP spreadsheet. Here's the scoop:

▇▇▇▇▇▇: she hadn't withdrawn, but we were waiting for subco. Since we agreed on a contract today, then we'll stick with that.
▇▇▇▇▇▇: approved for spring by the president (so we can remove the crew code)

The following are on my VIP spreadsheet as "wait for subco". I haven't cross-referenced these with the docket spreadsheet (sorry), so perhaps we've already decided on them. If so, please report our decision back to me so that I can update the VIP spreadsheet:


▇▇▇▇▇ (WSOC)
▇▇▇▇▇ (WCRW)
▇▇▇▇▇ (WTRA)
▇▇▇▇▇ (WSVB)
▇▇▇▇▇ (WH2O)

Thanks,

Tim

==========================================
Timothy E. Brunold
Dean of Admission

University of Southern California
700 Childs Way – JHH 216
Los Angeles, California 90089-0911
Tel: 213.740.6753
Executive assistant: Brenda Mallory (mallory@usc.edu)