| From: | Timothy Brunold <brunold@usc.edu> |
|---|---|
| To: | Donna Heinel |
| CC: | Katharine Harrington |
| Sent: | 2/10/2014 10:16:14 AM |
| Subject: | RE: VIP list from Athletics-Thank you for everything!!! |

Thank you Donna – we'll be sure to track these and handle them with care.

I expect that by the second week of March, we'll have a good sense of what's going on with these cases.

Tim

==========================================
Timothy E. Brunold
Dean of Admission

University of Southern California
700 Childs Way – JHH 216
Los Angeles, California 90089-0911
Tel: 213.740.6753
Executive assistant: Brenda Mallory (mallory@usc.edu)

---

**From:** Donna Heinel [mailto:dheinel@usc.edu]
**Sent:** Friday, February 07, 2014 4:21 PM
**To:** Timothy Brunold
**Cc:** Katharine Harrington
**Subject:** VIP list from Athletics-Thank you for everything!!!

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Radio Show |  | VIP | 1710 | 3 | Dean interview-Kirk |
| Trojan Family | Don Winston | VIP | 2030 | 4.3 | Galen Center donor |
| Trojan Family | Don Winston | VIP/Subco | 1820 | 3.8 | 3 sons played FB here FOOTBALL-Manager |
| Trojan Family | Don Winston | VIP | | 27 | 3.75 | Valley Fever |
| Scholarship Club | Donna Heinel | VIP | 1960 | 3.7 | long time donors |
| Transfer | Donna Heinel | VIP | | 3.9 | Dodgers- |
| Trojan Family | JK McKay | VIP | | 3.41 | |
| Coca Cola | Jose | VIP | 1770 | 3.9 | Dean interview |
| Friends of Pat | Pat Haden | VIP | | 28 | 3.65 | Dean interview |
| UCLA | Pat Haden | VIP | | 30 | 3.9 | |
| Trojan Family | Pat Haden | VIP | | 3.9 | every code known to man |
| Trojan Family | Pat Haden | VIP | | 4.2 | Wintraub recommendation |
| Development | Pat/Ron | VIP | 2030 | 32 | 4 | Dean interview |
| Scholarship Club | Ron Orr | VIP | 1940 | 4.3 | long time donors |
| Transfer | Ron Orr | VIP | | | nephew-admitted by Kirk-Thank you |
| WROW | Steve Lopes | VIP/Subco | | 28 | 3.6 | Neice |
| Trojan Family | Ron Orr | VIP | | 30 | 4 | Daughter |
| Trojan Family | Pat Haden | VIP | | 29 | 3.63 | close friend of Pat |
| MGLF | PCH/Alex | VIP/Subco | | 35 | 3.2 | Family |
| MBAS | Ron Orr | VIP/Subco | | 24 | 2.8 | long shot |

Donna C. Heinel Ed.D
Senior Associate Athletic Director/SWA
Associate Professer-Rossier School of Education

USAO-VB-01321317

University of Southern California

USAO-VB-01321318