| | |
|---|---|
| From: | |
| To: | Tim Brunold |
| Sent: | 1/26/2015 2:14:33 PM |
| Subject: | |
| Attachments: | PatVIPList.xlsx |

Tim,
As the pressure mounts, Pat would like to humbly submit his requests for admissions. He personally knows and highly recommends all of these individuals for Fall admission to USC. This is a comprehensive and complete list. As always thank you for everything that you do for us, Pat is forever appreciative.

Donna C. Heinel Ed.D
Senior Associate Athletic Director/SWA
Associate Professor-Rossier School of Education
University of Southern California

| LAST | FIRST | Enroll | Year | Sport | Recommend | Status | GPA | TS | Thoughts | Decision | USC ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Fall | Transfer | | Donna Heinel | Bruce | 3.3 | | Northeastern-Peter Uberroth | | |
| | | Fall | Transfer | | Pat Haden | Bruce | 2.9 | 29 | NYU-previously admitted as Freshman | | |
| | | Fall | Transfer | | Scott Wandzilak | Bruce | 3.5 | 1770 | potential donor- works with Noel Viramontes | | |
| | | Fall | Transfer | | Don Winston | Bruce | | | SMU, 2014 applied, needs to reapply | | |
| | | Fall | Transfer | | Gregg Millward | Bruce | x | x | $100k gift-GeorgeWashington, longshot | | |
| | | Fall | Transfer | | Aaron Price | Bruce | 2.8 | | Remind Bruce to admit in June | | |
| | | Fall | Transfer | | Don Winston | Bruce | 3.6 | 19 | WSWM scholarship-$1 million | | |
| | | Fall | Freshman | MFOO | Ron Orr | Subco | 3.9 | 32 | Walk on football | | |
| | | Fall | Freshman | MFOO | Pat Haden | Subco | | | Walk on football | | |
| | | Fall | Freshman | MVOL | | Subco | 3.85 | | Potential Donors-Twins | | |
| | | Fall | Freshman | MVOL | | Subco | 2.13 | | Potential Donors-Twins | | |
| | | Fall | Freshman | MFOO | Donna Heinel | Subco | 3.67 | 1080 | Soccer, Ge.D | | |
| | | Fall | Freshman | MBAS | JK McKay | Subco | 3.7 | 29 | Baseball | | |
| | | Fall | Freshman | | Scott Brittingham | Subco | 3.67 | 1820 | Potential Donor-Diversity | | |
| | | Fall | Freshman | WSWM | Dave Salo | Subco | 3.14 | 1420 | | | |
| | | Fall | Freshman | MGLF | Pat Haden | Subco | 3 | 1410 | $3 mil to Men's Golf-Thailand, has met w/ Tim | | |
| | | Fall | Freshman | WTRA | Ron Orr | Subco | 3.4 | 27 | Twin | | |
| | | Fall | Freshman | WVOL | Ron Orr | Subco | 3.8 | 1820 | | | |
| | | Fall | Freshman | MTEN | Ron Orr | Subco | | | son | | |
| | | Fall | Freshman | MFOO | Scott Wandzilak | Subco | 3.7 | 27 | Father Stanford Fball, LA Rams | approved | |
| | | Fall | Freshman | MFOO | Ron Orr | SWM | 4.3 | | SWM with mike-Long snapper | | |
| | | Fall | Freshman | | Ron Orr | VIP | 3.2 | 32 | PPD Dean interest | | |
| | | Fall | Freshman | | Pat Haden | VIP | 3.8 | 30 | Softball | | |
| | | Fall | Freshman | | Peter Smith | VIP | | 1800 | MTE, $250,000, International | | |
| | | Fall | Freshman | | Steve Lopes | VIP | 3.8 | 2140 | Essay 10, Meet with Tim | | |
| | | Fall | Freshman | | Ron Orr | VIP | 3.86 | 2130 | -son | | |
| | | Fall | Freshman | | Hank Gordon | VIP | 4.09 | 33 | Presidential Code | | |
| | | Fall | Freshman | | Pat Haden | VIP | 3.32 | 1850 | Potential Donor | | |
| | | Fall | Freshman | | Pat Haden | VIP | 3.58 | 30 | | | |
| | | Fall | Freshman | | Andy Enfield | VIP | 3.5 | 2090 | Potential Donor | | |
| | | Fall | Freshman | | Alexandra Bitterlin | VIP | 4 | 30 | funding WBSK Europe trip | | |
| | | Fall | Freshman | | | VIP | 4.13 | 30 | daughter | | |
| | | Fall | Freshman | | Donna Heinel | VIP | 4 | 2050 | Granddaughter | | |
| | | Fall | PH.D | | Donna Heinel | VIP | 3.78 | x | Art History Ph.D | | |
| | | Fall | Freshman | | steve lopes | VIP | 3.49 | 1840 | 1 mil pledge- son | | |
| | | Fall | Freshman | | Scott Jacobson | VIP | 3.9 | 2110 | BOC 100k | | |
| | | Fall | Freshman | | Pat Haden | VIP | 3.29 | 1500 | Grandaughter | | |
| | | Fall | Freshman | | Gregg Millward | VIP | 3.8 | 2050 | Inst 3 school | | |
| | | Fall | Freshman | MBAS | Pat Haden | VIP | 3.52 | | $15 mil | approved | |

| Term | Year | | Contact | Status | GPA | Test | Notes | Approval |
|---|---|---|---|---|---|---|---|---|
| Fall | Freshman | | Pat Haden | VIP | 3.83 | 23 | Max Nikias | |
| Spring | Transfer | | Pat Haden | VIP | 3 | x | ▮, granddaughter of ▮ -needs good Fall term | approved |
| Fall | Freshman | | ▮ | VIP | 3.97 | 1780 | ▮ daughter | |
| Fall | Freshman | | Gregg Millward | VIP | 3.97 | 29 | Previously donated $25k to Heritage Hall | |
| Fall | Freshman | | Pat Haden | VIP | 2.7 | 26 | | |
| Fall | Freshman | | Mark Jackson | VIP | 3.84 | 30 | | |
| Fall | Freshman | | Steve Lopes | VIP | 3.6 | 25 | ▮, Potential Donor, Met with Tim Brunold | |
| Fall | Freshman | | Alexandra Bitterlin | VIP | 3.07 | 2030 | Potential Donor, Meet with Tim Brunold | |
| Fall | Freshman | | Steve Lopes | Watch | 4.1 | 32 | | |
| Fall | Freshman | | Pat Haden | Watch | | 28 | Low Priority- No Code | |
| Fall | Freshman | | ▮ | Watch | 3.5 | | ▮ god son | |
| Fall | Freshman | | Steve Lopes | Watch | | 26 | Scholarship member, year transfer, Trustee Romona Capello | |
| Fall | Ph.D | | Donna Heinel | Watch | 4 | | Doctoral student-branding Sand VB | |
| Spring | Transfer | | Steve Lopes | Watch | 3.3 | | LOR from Denise Austin | |
| Fall | Freshman | | Don Winston | Watch | 3.5 | 25 | Donated $15k-Tennis Walk on | |
| Fall | Freshman | | Mark Jackson | Watch | 3.75 | 29 | Spring | |
| Fall | Freshman | | Steve Lopes | Watch | 3.79 | 1920 | Kiffin's agent | |
| Fall | Freshman | | Mark Jackson | Watch | 3.2 | 24 | 1st gen SCION | |
| Fall | Freshman | | Ron Orr | Watch | 4.3 | 28 | Twin of ▮ | |
| Fall | Freshman | | Alexandra Bitterlin | Watch | 4 | 23 | Potential Donor | |
| Fall | Freshman | | Gregg Millward | Watch | 3.8 | | Car Dealer | |
| Fall | Transfer | | Andy Enfield | Watch | 3.38 | 2010 | MBB manager, Univ. of Illinois, all leisure studies, need Fall grades | |
| Fall | Freshman | | Gregg Millward | Watch | 3.97 | 30 | Car Donor | |
| Fall | Freshman | | Karen Bowman | Watch | 3.4 | 31 | Trustee referral-Lisa Barkett, met w/ Tim | |
| Fall | Freshman | | Kurt Schuette | | 4.15 | 2060 | | |

| Term | Year | Sport | Requestor | Category | GPA | Score | Notes | Status |
|---|---|---|---|---|---|---|---|---|
| Fall | Freshman | MFOO | Pat Haden | Subco | | | Walk on football from Andy Barth | |
| Fall | Freshman | | Pat Haden | Watch | | 28 | Low Priority- No code | |
| Fall | Freshman | | Pat Haden | VIP | 3.8 | 30 | Softball | |
| Fall | Freshman | MBAS | Pat Haden | Subco | 3.7 | 29 | Baseball | |
| Fall | Freshman | | Pat Haden | VIP | 3.32 | 1850 | Potential Donor | |
| Fall | Freshman | | Pat Haden | VIP | 3.58 | 30 | ▓▓▓▓▓▓ | |
| Fall | Transfer | | Pat Haden | Bruce | 2.9 | 29 | NYU-previously admitted as Freshman | |
| Fall | Freshman | | Pat Haden | VIP | 3.29 | 1500 | ▓▓▓▓▓▓ Grandaughter | |
| Fall | Freshman | MBAS | Pat Haden | VIP | 3.52 | | $15 mil | approved |
| Fall | Freshman | | Pat Haden | VIP | 3.83 | 23 | Potential donor- ▓▓▓▓▓▓ -need help from Max Nikias | |
| Spring | Transfer | | Pat Haden | VIP | 3 | x | ▓▓▓▓▓▓, Granddaughter of ▓▓▓▓▓▓ - needs good Fall term | approved |
| Fall | Freshman | MGLF | Pat Haden | Subco/VIP | 3 | 1410 | $3 mil to Men's Golf-Thailand, has met w/ Tim | |
| Fall | Freshman | | Pat Haden | VIP | 2.7 | 26 | | |

| Term | Year | | Counselor | List | GPA | SAT | Notes | | |
|---|---|---|---|---|---|---|---|---|---|
| Fall | Freshman | | Steve Lopes | Watch | 4.1 | 32 | | | |
| Fall | Freshman | | Steve Lopes | VIP | 3.8 | 2140 | Essay 10, Meet with Tim | | |
| Spring | Transfer | | Steve Lopes | Watch | 3.3 | | LOR from Denise Austin | | |
| Fall | Freshman | | Steve lopes | VIP | 3.49 | 1840 | 1 mil pledge- ▇▇▇ son | | |
| Fall | Freshman | | Steve Lopes | Watch | 3.79 | 1920 | Kiffin's agent | | |
| Fall | Freshman | | Steve Lopes | VIP | 3.6 | 25 | Deaf, potential donor, met with Tim Brunold | | |
| Fall | Freshman | | Steve Lopes | Watch | | 26 | Scholarship member, Year transfer, Trustee Romona Capello | | |

| Term | Class | Sport | Name | Category | GPA | Score | Notes | Status |
|---|---|---|---|---|---|---|---|---|
| Fall | Freshman | | Alexandra Bitterlin | VIP | 4 | 30 | funding WBSK Europe trip | |
| Fall | Freshman | | Alexandra Bitterlin | Watch | 4 | 23 | Potential Donor | |
| Fall | Freshman | | Alexandra Bitterlin | VIP | 3.07 | 2030 | Potential Donor-Meet with Tim Brunold | |
| Fall | Transfer | | Don Winston | Bruce | | | SMU, 2014 applied, needs to reapply | |
| Fall | Transfer | | Don Winston | Bruce | 3.6 | 19 | WSWM scholarship-$1 million | |
| Fall | Freshman | | Gregg Millward | VIP | 3.8 | 2050 | Inst 3 school | |
| Fall | Freshman | | Gregg Millward | Watch | 3.8 | | Car Dealer, No App | |
| Fall | Freshman | | Gregg Millward | VIP | 3.97 | 29 | Previously donated $25k to Heritage Hall | |
| Fall | Transfer | | Gregg Millward | Bruce | x | x | $100k gift-GeorgeWashington, longshot | |
| fall | Freshman | | Gregg Millward | Watch | 3.97 | 30 | Car Donor | |
| Fall | Freshman | | Karen Bowman | Watch | 3.4 | 31 | Trustee Referral-Lisa Barkett, Met w/ Tim | |
| Fall | Freshman | MFOO | Ron Orr | Subco | 3.9 | 32 | Walk on football | |
| Fall | Freshman | | Ron Orr | VIP | 3.2 | 32 | PPD Dean interest-no coded | |
| Fall | Freshman | | Ron Orr | VIP | 3.86 | 2130 | -son | |
| Fall | Freshman | MFOO | Ron Orr | SWM | 4.3 | | SWM with mike-Long snapper | |
| Fall | Freshman | | Ron Orr | Watch | 4.3 | 28 | Twin of | |
| Fall | Freshman | WVOL | Ron Orr | Subco | 3.8 | 1820 | | |
| Fall | Freshman | MTEN | Ron Orr | Subco | | | son | |
| Fall | Freshman | | Scott Brittingham | Watch | 3.67 | 1820 | Potential Donor-Diversity | |
| Fall | Freshman | | Scott Jacobson | VIP | 3.9 | 2110 | BOC 100k | |
| Fall | Transfer | | Scott Wandzilak | Bruce | 3.5 | 1770 | Potential Donor- works with Noel Viramontes | |
| Fall | Freshman | MFOO | Scott Wandzilak | Subco | 3.7 | 27 | Father Stanford Fball, LA Rams | approved |

| Term | Type | | Referral | Category | GPA | Test | Notes | Status |
|---|---|---|---|---|---|---|---|---|
| Fall | Transfer | | Donna Heinel | Bruce | 3.29 | x | Peter Uberroth, Potential Donor | |
| Spring | Transfer | | Steve Lopes | Watch | 3.3 | | LOR from Denise Austin | |
| Fall | Transfer | | Pat Haden | Bruce | 2.9 | 29 | NYU-Previously admitted as Freshman | |
| Fall | Transfer | | Scott Wandzilak | Bruce | 3.5 | 1770 | Potential Donor- Works with Noel Viramontes | |
| Spring | Transfer | | Pat Haden | VIP | 3 | x | ▮▮▮, granddaughter of ▮▮▮- Needs good Fall term | approved |
| Fall | Transfer | | Andy Enfield | watch | 3.38 | 2010 | MBB manager, Univ. of Illinois, all leisure studies, need Fall grades | |
| Fall | Transfer | | Gregg Millward | Bruce | x | x | $100k gift-GeorgeWashington, longshot | |
| Fall | Transfer | | Aaron Price | Bruce | 2.8 | | Remind Bruce to admit in June | |

| Term | Type | Sport | Counselor | List | GPA | SAT | Notes |
|---|---|---|---|---|---|---|---|
| Fall | Transfer | | Aaron Price | Bruce | 2.8 | | Remind Bruce to admit in June |
| Fall | Freshman | | Andy Enfield | VIP | 3.5 | 2090 | Potential Donor |
| Fall | Transfer | | Andy Enfield | Watch | 3.38 | 2010 | MBB manager, Univ. of Illinois, all leisure studies, need Fall grades |
| Fall | Freshman | | ■ | Watch | 3.5 | | ■ god son |
| Fall | Freshman | MVOL | ■ | Subco | 3.85 | | Potential Donors-Twins |
| Fall | Freshman | MVOL | ■ | Subco | 2.13 | | Potential Donors-Twins |
| Fall | Freshman | WSWM | Dave Salo | Subco | 3.14 | 1420 | |
| Fall | Ph.D | | Donna Heinel | Watch | 4 | | Doctoral student-branding Sand VB |
| Fall | Freshman | FB | Donna Heinel | Subco | 3.67 | 1080 | Soccer, Ge.D |
| Fall | Transfer | | Donna Heinel | Bruce | x | x | Potential Donors-Northeastern |
| Fall | Freshman | | Donna Heinel | VIP | 4 | 2050 | ■ Granddaughter |
| Fall | Ph.D | | Donna Heinel | VIP | 3.78 | x | Art History Ph.D |
| Fall | Freshman | | ■ | VIP | 3.97 | 1780 | ■ daughter |
| Fall | Freshman | | Hank Gordon | VIP | 4.09 | 33 | Presidential Code |
| Fall | Freshman | | Kurt Schuette | Watch | 4.15 | 2060 | |
| Fall | Freshman | | ■ | VIP | 4.13 | 30 | ■ daughter |
| Fall | Freshman | | Mark Jackson | Watch | 3.75 | 29 | Spring |
| Fall | Freshman | | Mark Jackson | Watch | 3.2 | 24 | 1st gen SCION |
| Fall | Freshman | | Mark Jackson | VIP | 3.84 | 30 | |
| Fall | Freshman | | Peter Smith | VIP | | 1800 | MTE, $250,000, International |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Fall | Freshman | | Ron Orr | VIP | 3.2 | 32 | PPD Dean interest | |
| Fall | Freshman | | Peter Smith | VIP | | 1800 | MTE, $250,000 | |
| Fall | Freshman | | Steve Lopes | VIP | 3.8 | 2140 | Essay 10, Meet with Tim | |
| Fall | Freshman | | Ron Orr | VIP | 3.86 | 2130 | ▮ son | |
| Fall | Freshman | | Hank Gordon | VIP | 4.09 | 33 | Presidential Code | |
| Fall | Freshman | | Pat Haden | VIP | 3.32 | 1850 | Potential Donor | |
| Fall | Freshman | | Pat Haden | VIP | 3.58 | 30 | ▮ | |
| Fall | Freshman | | Andy Enfield | VIP | 3.5 | 2090 | Potential Donor | |
| Fall | Freshman | | Alexandra Bitterlin | VIP | 4 | 30 | ▮ funding WBSK Europe trip | |
| Fall | Freshman | | ▮ | VIP | 4.13 | 30 | ▮ daughter | |
| Fall | Freshman | | Donna Heinel | VIP | 4 | 2050 | ▮ Granddaughter | |
| Fall | Freshman | | Steve Lopes | VIP | 3.49 | 1840 | 1 mil pledge-▮ son | |
| Fall | Freshman | | Scott Jacobson | VIP | 3.9 | 2110 | BOC 100k | |
| Fall | Freshman | | Pat Haden | VIP | 3.29 | 1500 | ▮ Grandaughter | |
| Fall | Freshman | | Gregg Millward | VIP | 3.8 | 2050 | Inst 3 school | |
| Fall | Freshman | | Pat Haden | VIP | 3.83 | 24 | Potential donor-▮-need help from Max Nikias | |
| Fall | Freshman | | ▮ | VIP | 3.97 | 1780 | ▮ daughter | |
| Fall | Freshman | | Gregg Millward | VIP | 3.97 | 29 | donated $25k to Heritage Hall | |
| Fall | Freshman | | Pat Haden | VIP | 2.7 | 26 | will need help | |
| Fall | Freshman | | Mark Jackson | VIP | 3.84 | 30 | owner minor league, ▮ Tennis Stadium | |
| Fall | Freshman | | Steve Lopes | VIP | 3.6 | 25 | ▮ student | |
| Fall | Freshman | | Alexandra Bitterlin | VIP | 3.07 | 2030 | Potential Donor, Met with Tim Brunold | |

| Fall | Freshman |      | Pat Haden | VIP       | 3.2  | 32   |
|------|----------|------|-----------|-----------|------|------|
| Fall | Freshman |      | Pat Haden | VIP       |      | 1800 |
| Fall | Freshman |      | Pat Haden | VIP       | 3.8  | 2140 |
| Fall | Freshman |      | Pat Haden | VIP       | 3.86 | 2130 |
| Fall | Freshman |      | Pat Haden | VIP       | 4.09 | 33   |
| Fall | Freshman |      | Pat Haden | VIP       | 3.32 | 1850 |
| Fall | Freshman |      | Pat Haden | VIP       | 3.58 | 30   |
| Fall | Freshman |      | Pat Haden | VIP       | 3.5  | 2090 |
| Fall | Freshman |      | Pat Haden | VIP       | 4    | 30   |
| Fall | Freshman |      | Pat Haden | VIP       | 4.13 | 30   |
| Fall | Freshman |      | Pat Haden | VIP       | 4    | 2050 |
| Fall | Freshman |      | Pat Haden | VIP       | 3.49 | 1840 |
| Fall | Freshman |      | Pat Haden | VIP       | 3.9  | 2110 |
| Fall | Freshman |      | Pat Haden | VIP       | 3.29 | 1500 |
| Fall | Freshman |      | Pat Haden | VIP       | 3.8  | 2050 |
| Fall | Freshman |      | Pat Haden | VIP       | 3.83 | 24   |
| Fall | Freshman | MGLF | Pat Haden | Subco/VIP | 3    | 1410 |
| Fall | Freshman |      | Pat Haden | VIP       | 3.97 | 1780 |
| Fall | Freshman |      | Pat Haden | VIP       | 3.97 | 29   |
| Fall | Freshman |      | Pat Haden | VIP       | 2.7  | 26   |
| Fall | Freshman |      | Pat Haden | VIP       | 3.84 | 30   |
| Fall | Freshman |      | Pat Haden | VIP       | 3.6  | 25   |
| Fall | Freshman |      | Pat Haden | VIP       | 3.07 | 2030 |