| From: | Tim Brunold </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=909699F2DBD44EA7B6BE60B76723A129-SCSH3QV6> |
|---|---|
| To: | Donna Heinel |
| CC: | Katharine Harrington |
| Sent: | 2/9/2016 7:54:38 PM |
| Subject: | Re: special interest to Pat Haden |

Thanks Donna -- we will track these and give each one every consideration. In about month, I should be able to give you a sense of what we'll be doing in each case.

Tim

================================================

Timothy E. Brunold
Dean of Admission
University of Southern California

executive assistant: Brenda Mallory (mallory@usc.edu)
(213) 740-6753

---

**From:** Donna Heinel
**Sent:** Tuesday, February 9, 2016 4:49 PM
**To:** Tim Brunold; Katharine Harrington
**Subject:** special interest to Pat Haden

Tim and Katharine,
Pat would like to forward on this list of recommendations for admission to USC. As always any consideration for a Fall or Spring admission would be appreciated. Unfortunately for everyone in the athletic department, this will be Pat's last list as athletic director. Pat and I understand the job that you have to do. Appreciate your time and consideration.

| LAST | FIRST | USC ID | SEM | YEAR | SP | RECOMMEND | GPA | SAT | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| | | | Fall | Freshman | VIP | Pat Haden | 2.38 | 20 | ▓father SouthPark |
| | | | Fall | Freshman | VIP | Pat Haden | 3.28 | 118 | 118 on Tolfl, upward trend, interview notes |
| | | | Fall | Transfer | VIP | Pat Haden | 2.8 | * | |
| | | | Fall | Freshman | VIP | Pat Haden | 3.7 | 1770 | ▓ Ron Lane |
| | | | Fall | Freshman | VIP | Pat Haden | 3.5 | 1920 | ▓/AP 5, Ron Lane |
| | | | Fall | Freshman | VIP | Pat Haden | 3.54 | 18 | ▓Sr for Coliseum, VIP coded, |
| | | | Fall | Freshman | VIP | Pat Haden | 3.9 | 32 | **interview 11/20,coded** |
| | | | Fall | Transfer | VIP | Pat Haden | 4 | * | 4.0 in Fall term |

USAO-VB-01197704

| | | | | | | Notes |
|---|---|---|---|---|---|---|
| Fall | Freshman | VIP | Pat Haden | 4.22 | 2210 | **Interview with Tim 10/9,** ▮ son |
| Fall | Freshman | VIP | Pat Haden | 2.88 | 28 | ▮ ▮ dad well known ortho surgeon **Interview with Tim 11/12** |
| Fall | Freshman | VIP | Pat Haden | 3.78 | 2170 | Boca Rotan Florida |
| Fall | Freshman | VIP | Pat Haden | 3.55 | 29 | Boca Rotan Florida |
| Fall | Freshman | VIP | Pat Haden | 3.85 | 32 | pledged 1 million, **interview w/Tim** |
| Fall | Freshman | VIP | Pat Haden | 3.8 | 2020 | **Interview w/Tim-11/20- parent rough divorce** |
| Fall | Freshman | VIP | Pat Haden | 4.17 | 32 | Personal Friend |
| Fall | Freshman | VIP | Pat Haden | 3.91 | 24 | ▮ nephew, **interview 11/20**, Cinema |
| Fall | Freshman | VIP | Pat Haden | 3.7 | 28 | adopted 50% american indian, singer |
| Fall | Freshman | VIP | Pat Haden | 3.5 | 1800 | Fall grades 6 A's and 1 B, First generation |
| Fall | Freshman | VIP | Pat Haden | 4.1 | 30 | ▮ daughter, Associate's President, coded by Kirk |
| Fall | Freshman | VIP | Pat Haden | 4.02 | 29 | Met with Donna, Bishop Gorman, took APEX courses, sickness |
| Fall | Freshman | VIP | Pat Haden | 3.4 | 1950 | ▮ grandson, **Interview with Tim 10/28** |
| Fall | Freshman | VIP | Pat Haden | 3.55 | 29 | Father is MLB owner, **Interview 11/13** |
| Fall | Freshman | VIP | Pat Haden | 3.1 | 31 | ▮ grandson |
| Fall | Freshman | VIP | Pat Haden | 3.8 | 28 | Andy Barth priority |
| Fall | Freshman | VIP | Pat Haden | 3.5 | 30 | AP 4 |
| Fall | Freshman | VIP | Pat Haden | 4.05 | 31 | Massachusetts girl |
| Fall | Freshman | VIP | Pat Haden | 4.2 | 33 | ▮ Daughter |

USAO-VB-01197705

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Fall | Freshman | VIP | Pat Haden | 3.8 | 28 | equestrian, Ben Lau, coded |
| Fall | Freshman | VIP | Pat Haden | 4.2 | 32 | realtor in Aspen, CO/ IB diploma |
| Fall | Freshman | VIP | Pat Haden | 3.9 | 29 | Personal Friend |
| Fall | Freshman | VIP | Pat Haden | 4.1 | 31 | **interview with Tim Brunold 11/13** |
| Fall | Freshman | VIP | Pat Haden | 3.6 | 1840 | grandson |
| Fall | Freshman | VIP | Pat Haden | 3.94 | 1880 | Crossroads, **Kirk 12/10, coded** |

*Donna C. Heinel Ed.D*
*Senior Associate Athletic Director/SWA*
*Associate Professor-Rossier School of Education*
*University of Southern California*

CONFIDENTIALITY NOTICE: This communication and any documents, files, or previous e-mail messages attached to it, constitute an electronic communication within the scope of the Electronic Communication Privacy Act, 18 USCA 2510. This communication may contain non-public, confidential, or legally privileged information intended for the sole use of the designated recipient(s). The unlawful interception, use, or disclosure of such information is strictly prohibited under 18 USCA 2511 and any applicable laws.