| | |
|---|---|
| From: | Timothy Brunold <brunold@usc.edu> |
| To: | Donna Heinel |
| Sent: | 3/18/2014 10:17:53 AM |
| Subject: | RE: VIP list from Athletics |

▇▇▇ will be fall.

TB
==========================
Timothy E. Brunold
Dean of Admission
University of Southern California
(213) 740-6753
www.usc.edu/admission

_____
From: Donna Heinel [dheinel@usc.edu]
Sent: Tuesday, March 18, 2014 1:16 AM
To: Timothy Brunold
Subject: Re: VIP list from Athletics

▇▇▇ is a name that Pat added to VIP list in early February. Any news on her application?

Sent from my iPhone

> On Mar 17, 2014, at 9:12 PM, "Donna Heinel" <dheinel@usc.edu> wrote:
>
> ▇▇▇ will be presented on Monday.
> Has Kirk found any info about ▇▇▇ test scores?
> I don't feel ▇▇▇ is strong enough as a baseball pitcher to qualify as a high caliber walk-on. I believe ▇▇▇ had the code removed
> I think Pat would really like to push on ▇▇▇ but don't know if that is possible.
> Thanks again.
>
> Sent from my iPhone
>
>> On Mar 17, 2014, at 8:20 PM, "Timothy Brunold" <brunold@usc.edu> wrote:
>>
>> Hi Donna,
>>
>> We're coming down to the wire over here, but I think that we're finally far enough along that I have reads on all of the (freshman) cases you listed below. Many of these cases had other interested parties as well. When that is the case, we have typically discussed these decisions with them. This year's admission rate will be the lowest in USC's history -- 18%! Transfers will come later in the spring.
>>
>> ▇▇▇ = fall
>> ▇▇▇ = fall
>> ▇▇▇ = spring
>> ▇▇▇ = spring
>> ▇▇▇ = fall
>> ▇▇▇ = spring
>> ▇▇▇ = spring
>> ▇▇▇ = deny
>> ▇▇▇ = fall
>> ▇▇▇ = spring
>> ▇▇▇ = fall
>> ▇▇▇ = fall
>> ▇▇▇ = fall
>> ▇▇▇ = this guy was a 2014 spring admit and is currently enrolled at USC

```
>>  ▇▇▇▇▇   = deny▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
>>  ▇▇▇▇▇   = spring
>>  ▇▇▇▇▇   = fall
>>  ▇▇▇▇▇   = spring
>>  ▇▇▇▇▇   = leaning towards deny, but waiting for subco
>>
>>
>> ==========================================
>> Timothy E. Brunold
>> Dean of Admission
>>
>> University of Southern California
>> 700 Childs Way - JHH 216
>> Los Angeles, California 90089-0911
>> Tel: 213.740.6753
>> Executive assistant: Brenda Mallory (mallory@usc.edu<mailto:mallory@usc.edu>)
>>
>> From: Donna Heinel [mailto:dheinel@usc.edu]
>> Sent: Monday, February 10, 2014 8:09 AM
>> To: Timothy Brunold
>> Cc: Katharine Harrington
>> Subject: Re: VIP list from Athletics-Thank you for everything!!!
>>
>> Thanks for all that you do. Hope your speech at Rossier. Ii hope Dan Hubbs has contacted you already.
>>
>> Sent from my iPhone
>>
>> On Feb 10, 2014, at 7:16 AM, "Timothy Brunold" <brunold@usc.edu<mailto:brunold@usc.edu>> wrote:
>> Thank you Donna - we'll be sure to track these and handle them with care.
>>
>> I expect that by the second week of March, we'll have a good sense of what's going on with these cases.
>>
>> Tim
>>
>> ==========================================
>> Timothy E. Brunold
>> Dean of Admission
>>
>> University of Southern California
>> 700 Childs Way - JHH 216
>> Los Angeles, California 90089-0911
>> Tel: 213.740.6753
>> Executive assistant: Brenda Mallory (mallory@usc.edu<mailto:mallory@usc.edu>)
>>
>> From: Donna Heinel [mailto:dheinel@usc.edu]
>> Sent: Friday, February 07, 2014 4:21 PM
>> To: Timothy Brunold
>> Cc: Katharine Harrington
>> Subject: VIP list from Athletics-Thank you for everything!!!
>>
>> ▇▇▇▇▇
>> ▇▇▇▇▇
>> ▇▇▇▇▇
>>
>> Radio Show
>>
>> ▇▇▇▇▇
>>
>> VIP
>>
```

USAO-VB-01328891

```
>> 1710
>>
>>
>>
>> 3
>>
>> Dean interview-Kirk
>> ▮
>> Trojan Family
>>
>> Don Winston
>>
>> VIP
>>
>> 2030
>>
>>
>>
>> 4.3
>>
>> Galen Center donor
>> ▮
>> Trojan Family
>>
>> Don Winston
>>
>> VIP/Subco
>>
>> 1820
>>
>>
>>
>> 3.8
>>
>> 3 sons played FB here FOOTBALL-Manager
>> ▮
>> Trojan Family
>>
>> Don Winston
>>
>> VIP
>>
>>
>>
>> 27
```

```
>>
>> 3.75
>>
>> Valley Fever
>>
>> [redacted]
>>
>> Scholarship Club
>>
>> Donna Heinel
>>
>> VIP
>>
>> 1960
>>
>>
>>
>> 3.7
>>
>> long time donors
>>
>> [redacted]
>>
>> Transfer
>>
>> Donna Heinel
>>
>> VIP
>>
>>
>>
>>
>>
>> 3.9
>>
>> Dodgers-[redacted]
>>
>> [redacted]
>>
>> Trojan Family
>>
>> JK McKay
>>
>> VIP
>>
>>
>>
>>
>>
>> 3.41
>>
```

```
>> ▓▓▓▓▓▓▓
>> Coca Cola
>>
>> Jose
>>
>> VIP
>>
>> 1770
>>
>>
>>
>> 3.9
>>
>> Dean interview
>>
>> ▓▓▓▓▓
>>
>>
>>
>>
>>
>> Friends of Pat
>>
>> Pat Haden
>>
>> VIP
>>
>>
>>
>> 28
>>
>> 3.65
>>
>> Dean interview
>>
>> ▓▓▓▓▓
>>
>>
>>
>>
>>
>> UCLA
>>
>> Pat Haden
>>
>> VIP
>>
>>
>>
>> 30
>>
>> 3.9
>>
>> ▓▓▓▓▓
>>
>>
>>
```

>>
>> [redacted]
>>
>> Trojan Family
>>
>> Pat Haden
>>
>> VIP
>>
>>
>>
>>
>>
>> 3.9
>>
>> every code known to man
>>
>> [redacted]
>>
>> Trojan Family
>>
>> Pat Haden
>>
>> VIP
>>
>>
>>
>>
>>
>> 4.2
>>
>> Wintraub recommendation
>>
>> [redacted]
>>
>> Development
>>
>> Pat/Ron
>>
>> VIP
>>
>> 2030
>>
>> 32
>>
>> 4
>>
>> Dean interview
>>
>> [redacted]
>>

\>\> ▮

\>\> ▮

\>\> Scholarship Club

\>\>

\>\> Ron Orr

\>\>

\>\> VIP

\>\>

\>\> 1940

\>\>

\>\>

\>\>

\>\> 4.3

\>\>

\>\> long time donors

\>\>

\>\> ▮

\>\> ▮

\>\> ▮

\>\> ▮

\>\> ▮

\>\> ▮

\>\> Transfer

\>\>

\>\> Ron Orr

\>\>

\>\> VIP

\>\>

\>\>

\>\>

\>\>

\>\>

\>\>

\>\>

\>\> ▮ nephew-admitted by Kirk-Thank you

\>\>

\>\> ▮

\>\> ▮

\>\> ▮

\>\> ▮

\>\> ▮

\>\> ▮

\>\>

\>\> WROW

\>\>

\>\> ▮

\>\>

\>\> VIP/Subco

\>\>

\>\>

\>\>

\>\> 28

\>\>

\>\> 3.6

\>\>

\>\> ▮ Neice

\>\>

\>\> ▮

\>\> ▮

\>\> ▮

\>\> ▮

\>\> ▮

\>\>

\>\> Trojan Family

```
>>
>> Ron Orr
>>
>> VIP
>>
>>
>>
>> 30
>>
>> 4
>>
>> [REDACTED]      Daughter
>>
>>
>>
>>
>>
>>
>>
>> Trojan Family
>>
>> Pat Haden
>>
>> VIP
>>
>>
>>
>> 29
>>
>> 3.63
>>
>> close friend of Pat
>>
>> [REDACTED]
>>
>>
>>
>>
>>
>>
>> [REDACTED]   MGLF
>>
>> PCH/Alex
>>
>> VIP/Subco
>>
>>
>>
>> 35
>>
>> 3.2
>>
>> [REDACTED]
>>
>>
>>
>>
>>
>>
>>
>>
>> MBAS
>>
>> Ron Orr
>>
```

USAO-VB-01328897

```
>> VIP/Subco
>>
>>
>>
>> 24
>>
>> 2.8
>>
>> long shot
>>
>> ▮▮▮▮▮▮▮
>>
>>
>>
>> Donna C. Heinel Ed.D
>> Senior Associate Athletic Director/SWA
>> Associate Professer-Rossier School of Education
>> University of Southern California
>>
```

USAO-VB-01328898