| | |
|---|---|
| **From:** | Timothy Brunold <brunold@usc.edu> |
| **To:** | Donna Heinel |
| **Sent:** | 3/13/2015 7:56:53 PM |
| **Subject:** | RE: |
| **Attachments:** | PatVIPList with decisions.xlsx |

Hi Donna,

I have attached our decisions for the students you sent (these are all the freshmen from your spreadsheet's "ALL" tab). There are a few cases where the decision is blank—those are subco cases and I didn't have immediate access to see whether or if we had yet seen those cases or if they'd even been presented. This is pretty much our best shot. I don't have much maneuvering room this year as we're reducing the number of fall admits by several hundred and I really need to protect the SAT.

Have a nice weekend.

Tim

===========================================
Timothy E. Brunold
Dean of Admission

University of Southern California
700 Childs Way – JHH 216
Los Angeles, California 90089-0911
Tel: 213.740.6753
Executive assistant: Brenda Mallory (mallory@usc.edu)

---

**From:** Donna Heinel [mailto:dheinel@usc.edu]
**Sent:** Monday, March 09, 2015 12:42 PM
**To:** Timothy Brunold
**Subject:**

Tim,
Just wanted to check in.  Just looking for some guidance on timelines.  No pressure, just an inquiry.

Donna C. Heinel Ed.D
Senior Associate Athletic Director/SWA
Associate Professor-Rossier School of Education
University of Southern California

| LAST | FIRST | USC ID | DECISION |
|---|---|---|---|
| ▮ | ▮ | ▮ | FALL ADMIT |
| ▮ | ▮ | ▮ | SPRING ADMIT |
| ▮ | ▮ | ▮ | FALL ADMIT |
| ▮ | ▮ | ▮ | DENY |
| ▮ | ▮ | ▮ | SPRING ADMIT |
| ▮ | ▮ | ▮ | SPRING ADMIT |
| ▮ | ▮ | ▮ | DENY |
| ▮ | ▮ | ▮ | DENY |
| ▮ | ▮ | ▮ | SPRING ADMIT |
| ▮ | ▮ | ▮ | Kirk has worked out plan with ▮ for fall 15 transfer |
| ▮ | ▮ | ▮ | SPRING ADMIT |
| ▮ | ▮ | ▮ | SPRING ADMIT |
| ▮ | ▮ | ▮ | FALL ADMIT |
| ▮ | ▮ | ▮ | FALL ADMIT |
| ▮ | ▮ | ▮ | FALL ADMIT |
| ▮ | ▮ | ▮ | FALL ADMIT |
| ▮ | ▮ | ▮ | CONTRACT |
| ▮ | ▮ | ▮ | SPRING ADMIT |
| ▮ | ▮ | ▮ | FALL ADMIT |
| ▮ | ▮ | ▮ | FALL ADMIT |
| ▮ | ▮ | ▮ | SPRING ADMIT |
| ▮ | ▮ | ▮ | FALL ADMIT |
| ▮ | ▮ | ▮ | FALL ADMIT |
| ▮ | ▮ | ▮ | SPRING ADMIT |
| ▮ | ▮ | ▮ | FALL ADMIT |
| ▮ | ▮ | ▮ | DENY |
| ▮ | ▮ | ▮ | CONTRACT |
| ▮ | ▮ | ▮ | FALL ADMIT |
| ▮ | ▮ | ▮ | FALL ADMIT |
| ▮ | ▮ | ▮ | SPRING ADMIT |
| ▮ | ▮ | ▮ | DENY |
| ▮ | ▮ | ▮ | DENY |
| ▮ | ▮ | ▮ | FALL ADMIT |
| ▮ | ▮ | ▮ | FALL ADMIT |
| ▮ | ▮ | ▮ | FALL ADMIT |
| ▮ | ▮ | ▮ | CONTRACT |
| ▮ | ▮ | ▮ | FALL ADMIT |
| ▮ | ▮ | ▮ | DENY |
| ▮ | ▮ | ▮ | FALL ADMIT |
| ▮ | ▮ | ▮ | FALL ADMIT |
| ▮ | ▮ | ▮ | FALL ADMIT |
| ▮ | ▮ | ▮ | DENY |



| | SPRING ADMIT |
| --- | --- |
| | SPRING ADMIT |
| | FALL ADMIT |
| | SPRING ADMIT |
| | FALL ADMIT |