**From:** Donna Heinel </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2BF62813E2894234A74A0DFD90C81487-SCHV8RH5>
**To:** Tim Brunold
**Sent:** 3/11/2016 3:08:08 PM
**Subject:** RE: Pat's List

Thanks again. May I tell Pat about the decisions prior to the 23rd?

**From:** Tim Brunold
**Sent:** Friday, March 11, 2016 11:55 AM
**To:** Donna Heinel <dheinel@usc.edu>
**Subject:** RE: Pat's List

Everything will be put in the mail on March 23rd and also posted to the applicant portal on Saturday the 26th.

Tim

================================================

Timothy E. Brunold
Dean of Admission

University of Southern California
700 Childs Way – JHH 216
Los Angeles, California 90089-0911
Tel: 213.740.6753
Executive assistant: Brenda Mallory (mallory@usc.edu)

**From:** Donna Heinel
**Sent:** Friday, March 11, 2016 11:54 AM
**To:** Tim Brunold
**Subject:** Re: Pat's List

Thank you Tim. May I ask what date the decisions will be sent?

Sent from my iPhone

On Mar 11, 2016, at 11:35 AM, Tim Brunold <brunold@usc.edu> wrote:

Hi Donna,

I am writing to share our plans for each of the students in which Pat has expressed some interest.

As you know, there are often multiple parties interested in these cases and we've done our best balancing everything with the fact that we'll be turning away more than 40,000 applicants. This year's admission rate will be 17% and I expect the average SAT/GPA of fall admits to be 2150/4.20. We plan to mail decisions on Wednesday, March 23rd and of course nothing is final until mailed. Note that in the case of denied students, they will receive letters that invite them to meet one-on-one with one of my staff in June to discuss the Trojan Transfer Plan. Contract cases will receive a special letter telling guaranteeing them admission for fall 2017, if they fulfill certain academic requirements at another institution.

Of course, I am always happy to discuss if you have any questions or pushback on any of these decisions. I am traveling next Tuesday through Thursday, but always reachable by e-mail.

Hope all is well!

Tim

| | |
|---|---|
| | CONTR |
| | SPRING |
| | FALL |
| | SPRING |
| | SPRING |
| | DENY |
| | SPRING |
| | CONTR |
| | FALL |
| | FALL |
| | FALL |
| | FALL |
| | SPRING |
| | FALL |
| | FALL |
| | FALL |
| | FALL |
| | SPRING |
| | FALL |
| | FALL |
| | FALL |
| | SPRING |
| | DENY |
| | SPRING |
| | FALL |
| | SPRING (UNDL) |
| | FALL |
| | FALL |
| | SPRING |
| | SPRING |
| | FALL |
| | SPRING |
| | FALL |
| | FALL |
| | FALL |
| | APP WITHDRAWN |
| | SPRING |
| | FALL |
| | FALL |
| | FALL |
| | SPRING |
| | DENY |
| | FALL |
| | FALL |
| | FALL |
| | FALL |
| | SPRING |
| | FALL |
| | DENY |
| | FALL |
| | FALL |
| | SPRING |
| | FALL |

| |
|---|
| DENY |
| DENY |
| FALL |
| FALL |
| SPRING |
| FALL |
| FALL |
| FALL |
| FALL |
| FALL |
| FALL |
| CONTR |
| FALL |
| SPRING |
| FALL |
| FALL |
| FALL |

Timothy E. Brunold
Dean of Admission

University of Southern California
700 Childs Way – JHH 216
Los Angeles, California 90089-0911
Tel: 213.740.6753
Executive assistant: Brenda Mallory (mallory@usc.edu)

---

**From:** Donna Heinel
**Sent:** Wednesday, March 09, 2016 10:07 AM
**To:** Tim Brunold
**Subject:** Pat's List

Tim,
Thank you for taking time to meet ▓▓▓▓. Really appreciate it. I just wanted to say again that you do look good. You look thinner—don't know if you have been working out but I just wanted to let you know---hope it's not stress. Pat is in and out these days but wanted me to reach out regarding his list. Although all are priorities, ▓▓▓▓ ▓▓▓▓ ▓▓▓▓ and ▓▓▓▓ are at the top. I'm sorry to be one of these people but ▓▓▓▓ and ▓▓▓▓ are very close friends and in all transparency the ▓▓▓▓ have been donors for decades and are heavily involved in the Founder's Suites at the Coliseum. I don't envy you right now. Appreciate all that you do Tim.

**Donna C. Heinel Ed.D**
*Senior Associate Athletic Director/SWA*
*Associate Professor-Rossier School of Education*
*University of Southern California*

CONFIDENTIALITY NOTICE: This communication and any documents, files, or previous e-mail messages attached to it, constitute an electronic communication within the scope of the Electronic Communication Privacy Act, 18 USCA 2510. This communication may contain non-public, confidential, or legally privileged information intended for the sole use of the designated recipient(s). The unlawful interception, use, or disclosure of such information is strictly prohibited under 18 USCA 2511 and any applicable laws.

USAO-VB-01428142