**From:** dheinel@usc.edu
**To:** Tim Brunold
**Sent:** 3/17/2017 6:15:40 PM
**Subject:** Re: Special Interest Students in the Freshman Applicant Pool

I don't know what to say. Thank you so much Tim. I will stay close to ▉ during her first two years as to ensure that she is successful. Thanks again.

Sent from my iPhone

On Mar 17, 2017, at 2:55 PM, Tim Brunold <brunold@usc.edu> wrote:

There is no need to apologize—that's actually a pretty reasonable approach, I think.

Anyway, thanks for the info on ▉ and ▉ – we had that they were both admitted for fall, I had just forgotten to update the spreadsheet that was source of what I sent you. They're both good for fall.
You right that ▉ was from last year, but she actually deferred her admission a year, and we are admitting her again, which is why she's showed up here.

I was really impressed by ▉ when I met and interviewed her, but the committee just didn't agree. Of course, I can over-ride the committee, which I will do in this case. I think she's risky, but I know that you all have a strong interest in her success. She's in for fall.

I am going to go ahead and finalize everything else.

Have a great weekend! And how about men's hoops?!?!?!

Fight on!

T

==========================================
Timothy E. Brunold
Dean of Admission

University of Southern California
700 Childs Way – JHH 216
Los Angeles, California 90089-0911
Tel: 213.740.6753
Executive assistant: Brenda Mallory (mallory@usc.edu)

**From:** Donna Heinel
**Sent:** Friday, March 17, 2017 2:31 PM
**To:** Tim Brunold <brunold@usc.edu>
**Subject:** Re: Special Interest Students in the Freshman Applicant Pool

Tim
I apologize for my last email regarding trading a spot for ▉  That was insensitive of me of the process. Just under pressure. If anything can be done great but if not I respect your judgement.

Sent from my iPhone

On Mar 17, 2017, at 11:36 AM, Tim Brunold <brunold@usc.edu> wrote:

Dear Donna,

As you know, we are nearing the completion of our months-long process of selecting the incoming freshman class. We're now pretty much done with our committee review and I wanted to share the results of all of the freshman files we've been tracking for athletics:

| | |
|---|---|
| ▮ | FALL |
| ▮ | FALL |
| ▮ | DENY |
| ▮ | DENY |
| ▮ | DENY |
| ▮ | CONTR |
| ▮ | FALL |
| ▮ | FALL |
| ▮ | FALL |
| ▮ | FALL |
| ▮ | FALL |
| ▮ | SPRING |
| ▮ | FALL |
| ▮ | FALL |
| ▮ | SPRING |
| ▮ | FALL |
| ▮ | CONTR |
| ▮ | SPRING |
| ▮ | SPRING |
| ▮ | FALL |
| ▮ | CONTR |
| ▮ | FALL |
| ▮ | FALL |
| ▮ | SPRING |
| ▮ | SPRING |
| ▮ | SPRING |
| ▮ | DENY |
| ▮ | SPRING |
| ▮ | DENY |
| ▮ | FALL |
| ▮ | FALL |
| ▮ | DENY |
| ▮ | DENY |
| ▮ | DENY |
| ▮ | FALL |
| ▮ | FALL |
| ▮ | FALL |
| ▮ | SPRING |
| ▮ | FALL |
| ▮ | SPRING |
| ▮ | FALL |
| ▮ | FALL |

As is always the case, there are often multiple parties interested in these students and we've done our best balancing everything with the fact that this year we'll be turning away more than 45,000 applicants. Our admission

rate will be less than 17% (about 11%), and we believe that the average SAT/GPA of our fall admits will land around 1450 (the 97th percentile)/4.20. As you can imagine, we will be denying thousands of stellar candidates whose quantitative and qualitative characteristics are quite impressive.

We plan to mail all freshman admission decisions next Thursday, March 23rd, and will post decisions via our online applicant portal on the 26th. Although I don't expect anything to change with these students between now and then, please note that no decisions are considered final until mailed.

Finally, I know you can appreciate that it is best for students to hear their decision directly from the admission office, regardless of the outcome. That said, I am providing these decisions to you with the understanding that you will keep them in confidence. I don't want you to be surprised and I hope that knowing ahead of time will help you to manage relationships and expectations.

Thank you for your understanding and support. There are some great candidates that you've brought to my attention and we've done our best to do what we can for them.

Best regards,

Tim

===========================================
Timothy E. Brunold
Dean of Admission

University of Southern California
700 Childs Way – JHH 216
Los Angeles, California 90089-0911
Tel: 213.740.6753
Executive assistant: Brenda Mallory (mallory@usc.edu)