| | |
|---|---|
| **Message** | |
| **From:** | admission-counselors-l-request@usc.edu [admission-counselors-l-request@usc.edu] |
| on behalf of | Aaron Brown [aaronbro@usc.edu] |
| **Sent:** | 2/22/2018 12:09:41 AM |
| **To:** | admission-counselors-l@mymaillists.usc.edu |
| **Subject:** | VIP Files |
| **Attachments:** | VIP Files for Ref Cats.xlsx |

Hi Everyone,

As mentioned in the meeting yesterday, Tim is beginning his meetings with various campus constituencies about VIP files next week. As such we would like you to add a referral category of 1, 4, or D **_only_** to the attached files ideally by the end of the day on Friday. If this is not going to be feasible, please let me know ASAP.

As you'd have to do a 2nd review on these students anyway you aren't doing any extra work that you wouldn't be doing otherwise. If you do add a 1 or 4 please also add referral notations. Be sure to lack for fall grades if they haven't been submitted yet and let me know if you have any questions!

Aaron Brown

Associate Director
USC Office of Admission

700 Childs Way
Los Angeles, CA 90089
Tel: 213.821.1882
Fax: 213.821.0291