| | |
|---|---|
| From: | Timothy Brunold <brunold@usc.edu> |
| To: | Donna Heinel |
| Sent: | 12/16/2014 5:15:42 PM |
| Subject: | RE: |

I have just been directed to admit this student to the spring semester. Someone on my team will put that decision on today and the ball will get rolling for her.

Tim

===========================================
Timothy E. Brunold
Dean of Admission

University of Southern California
700 Childs Way – JHH 216
Los Angeles, California 90089-0911
Tel: 213.740.6753
Executive assistant: Brenda Mallory (mallory@usc.edu)

---

**From:** Donna Heinel [mailto:dheinel@usc.edu]
**Sent:** Tuesday, December 16, 2014 10:22 AM
**To:** Timothy Brunold
**Cc:** Katharine Harrington
**Subject:**

Tim,
This is a follow-up to the email below. She has received her Fall grades. She has the backing of Pat and I believe there is interest from the President's office with regard to the grandmother. Appreciate it...they came through Athletics due to father endowing our community service position for 5 mil.

---

**From:** Donna Heinel
**Sent:** Monday, November 24, 2014 1:48 PM
**To:** Tim Brunold
**Subject:**

Tim,
Is there any room for mid-year transfer who does not need housing? To be transparent--Our community service initiative is funded by the ███████ foundation-this is the daughter. I feel ███████ is a good academic school or I would never ask. She has the full support of Pat. Appreciate any input.

Donna C. Heinel Ed.D
Senior Associate Athletic Director/SWA
Associate Professor-Rossier School of Education
University of Southern California

USAO-VB-01231814