| | |
|---|---|
| From: | Donna Heinel </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2BF62813E2894234A74A0DFD90C81487-SCHV8RH5> |
| To: | Tim Brunold |
| Sent: | 1/26/2015 4:25:37 PM |
| Subject: | RE: |

Appreciate it....I forgot to note that I believe there is presidential interest on ▮▮▮▮▮, ▮▮▮▮▮▮ and ▮▮▮▮▮▮ (he is truly a very talented golfer). Hope you and your family are doing well, staying healthy. On another note...are you going to do another baseball tour and game for your son's team...Alex and I are available.

-----Original Message-----
From: Timothy Brunold [mailto:brunold@usc.edu]
Sent: Monday, January 26, 2015 1:20 PM
To: Donna Heinel
Subject: RE:

Thanks Donna. I will be sure to flag all of these applications and will make sure that Pat's interest and support is considered as we're making decisions.

Tim

==========================
Timothy E. Brunold
Dean of Admission
University of Southern California
(213) 740-6753
www.usc.edu/admission
_____
From: Donna Heinel [dheinel@usc.edu]
Sent: Monday, January 26, 2015 11:25 AM
To: Timothy Brunold
Subject:

Tim,
As the pressure mounts, Pat would like to humbly submit his requests for admissions. He personally knows and highly recommends all of these individuals for Fall admission to USC. This is a comprehensive and complete list. As always thank you for everything that you do for us, Pat is forever appreciative.

Donna C. Heinel Ed.D
Senior Associate Athletic Director/SWA
Associate Professor-Rossier School of Education University of Southern California

USAO-VB-01442931