**Message**

| | |
|---|---|
| From: | ▮▮▮▮▮ |
| Sent: | 9/21/2007 3:12:51 PM |
| To: | 'rick.singer@comcast.net' [rick.singer@comcast.net]; ▮▮▮▮▮ |
| BCC: | ▮▮▮▮▮; 'rick.singer@comcast.net' [rick.singer@comcast.net] |
| Subject: | meeting with USC President Steve Sample |

▮▮▮, Rick Singer is setting up a meeting for me with Steve Sample, President of USC. Can you e-mail to Rick my bio. and cc me on it? Thanks ▮▮▮

**Rick W. Singer**
The Singer Group
(916) 489-8802 (o)
(916) 384-8802 (c)
www.thesingergrp.com