Message

**From:** Kirk Brennan [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B84398E5670542D2921F644677CA873F-SCZR7RR9]
**Sent:** 6/2/2018 12:23:52 AM
**To:** Tim Brunold [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=909699f2dbd44ea7b6be60b76723a129-scsh3qv6]
**Subject:** RE: FW: USC status

..where's that beavis/butthead wav...

**From:** Tim Brunold
**Sent:** Friday, June 1, 2018 5:18 PM
**To:** Kirk Brennan <kbrennan@usc.edu>
**Subject:** RE: FW: USC status

Heheh you said balls

On Jun 1, 2018 5:16 PM, Kirk Brennan <kbrennan@usc.edu> wrote:
Apart from his English, yeah!

Good enough to shag balls for the tennis team anyway. :o

**From:** Tim Brunold
**Sent:** Friday, June 1, 2018 5:14 PM
**To:** Kirk Brennan <kbrennan@usc.edu>
**Subject:** Re: FW: USC status

Thanks .... Cleary a well-qualified lad



FOIA Confidential Treatment Requested

USC-00008426
VB-RECORDS-00124755

On Jun 1, 2018 5:12 PM, Kirk Brennan <kbrennan@usc.edu> wrote:

"apart"

▉▉▉▉ is handled. :)

Kirk

**From:** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
**Sent:** Friday, June 1, 2018 4:58 PM
**To:** Kirk Brennan <kbrennan@usc.edu>
**Subject:** Re: USC status

Dear Dean Brennan,

Thank you very much for your email and reconsidering my application. I should have my official transcript with my spring semester grades by mid June.

I really appreciate the opportunity to attend USC and be apart of the Trojan family.

Best,

▉▉▉▉▉

On Jun 1, 2018, at 4:27 PM, Kirk Brennan <kbrennan@usc.edu> wrote:

> ▉▉▉▉,
>
> Please disregard our prior notification on you fall 2018 application. We would like to see the results of your spring semester before we act on your application. I'll send more details in the mail on how to submit those marks. I apologize for the confusion.
>
> Best regards,
>
> Kirk
>
> ---
>
> Kirk Brennan
> Associate Dean
> Director of Undergraduate Admission
> University of Southern California
> 213-740-6753
> kbrennan@usc.edu