| | |
|---|---|
| From: | Donna Heinel </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2BF62813E2894234A74A0DFD90C81487-SCHV8RH5> |
| To: | Ron Orr |
| Sent: | 1/8/2014 3:57:22 PM |
| Subject: | RE: Admissions |

I would need thorough athletic resumes for ▮▮▮▮ by next Thursday. ▮▮ says he doesn't have one for ▮▮, just academics.  Football is being presented during the month of January.  I will code both as MFOO so they will not get evaluate through the regular process—is this OK with the ▮▮ family?

**From:** Ron Orr [mailto:rorr@usc.edu]
**Sent:** Wednesday, January 08, 2014 9:35 AM
**To:** Donna Heinel; ▮▮▮▮
**Subject:** Admissions

Here is my admissions wish list with note level of importance: Sorry I have been giving you in piece mail

▮▮▮▮ – Preferred Football walk on ▮▮ met with

▮▮▮▮ .. Daughter of Scholarship Club member and major gift to Heritage Hall

▮▮▮▮ … Swim With Mike applicant….

▮▮▮▮ … Scholarship Club member daughter

▮▮▮▮ … Committee Member grandson… possible walk on for Football

▮▮▮▮ … Dad Major Donor to Uytengsu Aquatic Center

▮▮ Daughter and I forget her first name …think I gave to you earlier.

*Ron Orr*
*Senior Associate Athletic Director/Development*
*Heritage Hall, 203A | Los Angeles, CA 90089*
*P 213-740-4155 | F 213-740-1306*



**Stay Connected With USC Athletics**

