UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) )<br>)<br>v.  )<br>)<br>DAVID SIDOO, et al )<br>Defendants )<br>) | Criminal No. 19-10080-NMG |

**DEFENDANT ROBERT ZANGRILLO'S MOTION TO PERMIT SPECIFIC AND LIMITED INTERNATIONAL BUSINESS TRAVEL TO SINGAPORE/THAILAND/LAOS**

Now comes the defendant Robert Zangrillo, by and through undersigned counsel, and hereby respectfully moves this Honorable Court to permit him to attend investor related meetings and to visit potential investment locations from September 19-29 of this year in Singapore/Thailand/Laos.  There are a series of meetings scheduled in these locations with several potential strategic partners and investors for Dragon Global over this ten-day period.

On March 29, 2019, Mr. Zangrillo appeared in this Court in response to a complaint charging him with one count of conspiracy to commit mail fraud and honest services mail fraud. The Court released Mr. Zangrillo on the $500,000 bond that had been previously set in the Southern District of Florida and set conditions that required that Mr. Zangrillo to surrender his passport to Pretrial Services which he has already done and to restrict his travel to the United States with leave to seek international travel for business reasons at the discretion of the Court. Dkt. 268.  On April 9, 2019, Mr. Zangrillo along with others, was the subject of a two-count Superseding Indictment in the above-captioned matter.

For the past five years, Mr. Zangrillo has been employed by a private investment firm, Dragon Global, which has focused on venture capital and real estate investments that are frequently made through separate partnership entities.  Mr. Zangrillo is currently involved with potential strategic partners who will be in Singapore during the specified timeframe.  Mr. Zangrillo, having received financing from investors in his venture capital company, has the obligation to attend the meetings on behalf of his current investors.  His personal attendance at those meetings is in part to meet with potential future investors and in part to personally view and assess certain investment opportunities in the specific countries identified above.  More specifically, Mr. Zangrillo has meetings scheduled to visit potential investment related properties in Thailand and Laos on behalf of one of Dragon Global's related entities.  Mr. Zangrillo's attendance as CEO of Dragon Global is also necessary to continue to seek new partnership and investment/investor opportunities.

Mr. Zangrillo does not present any flight or dangerousness risk.  He has lived in the Miami area since 2010 and currently owns a home in Miami Beach.  Mr. Zangrillo is fifty-three years old, has three daughters, has had no prior convictions and no interactions with the criminal justice system for more than thirty years, has elderly parents both living in Connecticut, has retained the undersigned and additional co-counsel to contest the current allegations, and is fully aware of his obligations, if this business trip is allowed, to remain at all times accessible to Pretrial Services, to report to Pretrial Services on his specific whereabouts by providing an itinerary of his flights and the specific hotels that he will be staying at while in Singapore/Thailand/Laos, and to abide by whatever other conditions are set by this Honorable Court.  Mr. Zangrillo has fully met his obligations on prior court-approved business related

international trips, returning his passport each time to Pretrial Services as ordered.

Mr. Zangrillo would request leave, if necessary, to advise the Court of the specific identity of the potential future strategic partners he is meeting with, the investor meetings he has scheduled, and the multiple specific partnership opportunities he is exploring while in Singapore/Thailand/Laos Under Seal.

For the foregoing reasons, Mr. Zangrillo respectfully requests that he be permitted to attend the meetings scheduled in Singapore/Thailand/Laos between September 19 and September 29, 2019. Before doing so, he would need to re-acquire his passport; after doing so, he will promptly return his passport to Pretrial Services.

**WHEREFORE**, the defendant respectfully requests that the instant motion be allowed.

## Local Rule 7.1(a)(2) Certification

The undersigned counsel conferred with counsel for the Government and the Government takes no position this motion. Counsel for the defendant is waiting for Pretrial Services to advise as to its position but in the past it has not objected to international business travel by Mr. Zangrillo.

> Respectfully submitted,
>
> Robert Zangrillo
> By his Attorney,
>
> **/s/ Martin G. Weinberg**
> Martin G. Weinberg
> Mass. Bar No. 519480
> 20 Park Plaza, Suite 1000
> Boston, MA 02116
> (617) 227-3700
> owlmgw@att.net

Dated: September 13, 2019

## **CERTIFICATE OF SERVICE**

I, Martin G. Weinberg, hereby certify that on this date, September 13, 2019, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

          **/s/ Martin G. Weinberg**
          Martin G. Weinberg