UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Criminal No. 19-10080-NMG |
| DAVID SIDOO, et al | ) | |
| Defendants | ) | |

**DEFENDANT ROBERT ZANGRILLO'S SUPPLEMENT IN SUPPORT OF HIS MOTION TO PERMIT SPECIFIC AND LIMITED INTERNATIONAL BUSINESS TRAVEL TO SINGAPORE/THAILAND/LAOS**

Now comes the defendant Robert Zangrillo, by and through undersigned counsel, and supplements his previously filed Motion for Travel (Dkt. 553) to advise this Honorable Court that Pretrial Services has advised counsel for the defendant that it has no objection to the allowing of this business-related international travel request.

Respectfully submitted,

Robert Zangrillo
By his Attorney,

**/s/ Martin G. Weinberg**
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Dated: September 13, 2019

1

## CERTIFICATE OF SERVICE

      I, Martin G. Weinberg, hereby certify that on this date, September 13, 2019, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

                                              **/s/ Martin G. Weinberg**
                                              Martin G. Weinberg