UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Number 1:19-cr-10080-NMG |
| ) | |
| DAVID SIDOO, et al. ) | |

**NONPARTY UNIVERSITY OF SOUTHERN CALIFORNIA'S (ASSENTED TO) MOTION FOR LEAVE TO FILE REPLY BRIEF**

Nonparty University of Southern California ("USC") hereby moves the Court for leave to file a Reply Brief in Support of its Motion to Quash the subpoena to produce documents issued by one of the defendants, Robert Zangrillo, in the above-captioned matter (the "Motion to Quash").

In support of this Motion, USC states that it wishes to respond to certain arguments and assertions contained in Zangrillo's Opposition to the Motion to Quash in order to narrow and focus the issues before the Court. To that end, USC proposes to file a reply brief, a copy of which is attached hereto as Exhibit A.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Undersigned counsel hereby certifies that he has conferred with counsel for Defendant Robert Zangrillo, who assents to this Motion.

Respectfully submitted,
UNIVERSITY OF SOUTHERN CALIFORNIA,
By its attorneys,

*/s/ Debra Wong Yang*
Debra Wong Yang (Admitted *Pro Hac Vice*)
Douglas M. Fuchs (Admitted *Pro Hac Vice*)
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213)229-7000
dwongyang@gibsondunn.com
dfuchs@gibsondunn.com

*/s/ Anthony E. Fuller*
Anthony E. Fuller (BBO #633246)
Elizabeth C. Pignatelli (BBO #677923)
HOGAN LOVELLS US LLP
125 High St., Suite 2010
Boston, MA 02110
(617) 371-1000
anthony.fuller@hoganlovells.com
elizabeth.pignatelli@hoganlovells.com

Dated: September 13, 2019

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Anthony E. Fuller*
Anthony E. Fuller