UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAVID SIDOO, et al )<br>         Defendants ) | CRIMINAL NO. 19-CR-10080 |

**DEFENDANT ROBERT ZANGRILLO'S ASSENTED TO MOTION FOR LEAVE TO FILE SUR-REPLY REGARDING NONPARTY UNIVERSITY OF SOUTHERN CALIFORNIA'S MOTION TO QUASH**

Now comes the Defendant Robert Zangrillo, by and through undersigned counsel, and hereby respectfully requests leave to file a sur-reply regarding the University of Southern California's ("USC") Motion to Quash Mr. Zangrillo's Rule 17(c) Subpoena. Mr. Zangrillo filed a detailed response in opposition to USC's motion on September 3, 2019. Among other things, Mr. Zangrillo's opposition contested the reliability of certain of the factual representations relied upon in USC's motion based in part on exhibits that Mr. Zangrillo attached to his opposition. On September 13, 2019, USC filed a new declaration by Admissions Director Brunold as an attachment to its Reply to Mr. Zangrillo's opposition. *See* Dkt. 557-2. The new Brunold declaration, executed and filed about ten days after Mr. Zangrillo filed his opposition, provides additional facts that USC relies upon in asking the Court to grant its motion to quash. Mr. Zangrillo respectfully requests leave to file a sur-reply specifically responding to the new Brunold declaration and corresponding factual assertions offered by USC

1

in reliance on said declaration.

## COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel conferred with counsel for USC who assents to the allowing of the filing of the sur-reply

                                  Respectfully Submitted,
                                  Robert Zangrillo
                                  By His Attorneys,

**/s/ Martin G. Weinberg**
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

**/s/ Nicholas Theodorou**
Nicholas Theodorou
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1163
ntheodorou@foleyhoag.com

**/s/ Matthew L. Schwartz**
Matthew L. Schwartz
Boies Schiller Flexner
55 Hudson Yards, 20th Floor
New York, NY 10001
(212) 303-3646
mlschwartz@bsfllp.com

Dated: September 17, 2019

## **CERTIFICATE OF SERVICE**

I, Martin G. Weinberg, hereby certify that on this date, September 17, 2019, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

**/s/ Martin G. Weinberg**