UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAVID SIDOO, et al )<br>Defendants ) | CRIMINAL NO. 19-CR-10080 |

## NOTICE OF APPEARANCE

Now comes the undersigned and hereby enters his appearance as co-counsel with Martin G. Weinberg for the Defendant, Robert Zangrillo, in the above-captioned matter.

                        Respectfully Submitted,

                        **/s/ Michael Pabian**
                        Michael Pabian
                        Mass. Bar No. 684589
                        20 Park Plaza, Suite 1000
                        Boston, MA 02116
                        (617) 227-3700
                        pabianlaw38@gmail.com

Dated: September 18, 2019

## **CERTIFICATE OF SERVICE**

I, Michael Pabian, hereby certify that on this date, September 18, 2019, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

**/s/ Michael Pabian**