UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) | Criminal No. 19-10080-NMG |
| DAVID SIDOO, et al<br>Defendants | ) ) ) ) ) | |

**DEFENDANT ROBERT ZANGRILLO'S NOTICE REGARDING MOTION TO PERMIT SPECIFIC AND LIMITED INTERNATIONAL BUSINESS TRAVEL TO SINGAPORE/THAILAND/LAOS**

Now comes the defendant Robert Zangrillo, by and through undersigned counsel, and hereby respectfully notifies this Honorable Court that the Court-approved international travel to Singapore/Thailand/Laos will not occur on September 19-29 as initially requested and approved, *see* Dkt. 553 and 555, due to a need to reschedule certain of the conferences.  A new motion will be filed seeking future permission when the trip again becomes necessary.

Respectfully submitted,

Robert Zangrillo
By his Attorney,

**/s/ Martin G. Weinberg**
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Dated: September 19, 2019

## **CERTIFICATE OF SERVICE**

I, Martin G. Weinberg, hereby certify that on this date, September 19, 2019, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

**/s/ Martin G. Weinberg**
Martin G. Weinberg