UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

DAVID SIDOO, *et al.*,

Defendants.

Crim. No. 19-cr-10080-NMG-MPK

**JOINT INTERIM STATUS REPORT**

Pursuant to Local Rule 116.5(b), the parties hereby file the following status report prepared in connection with the Interim Status Conference that is currently scheduled for October 2, 2019.

**(1)  Automatic Discovery & Pending Discovery Requests**

The Government mailed automatic discovery in this case to Defendant Sidoo on or about April 25, 2019, the Colburn Defendants on or about April 30, 2019, and the remaining Defendants on or about May 17, 2019. The Government produced supplemental discovery to all Defendants on or about May 29, 2019, July 1, 2019, and August 30, 2019. The discovery was provided on hard drives, DVDs, and thumb drives. The Government provided Defendants with indices where required and some, but not all discovery has been produced as databases in load-ready forms. Defendants are currently reviewing this discovery.

The Government has received discovery requests from Defendants Abdelaziz and McGlashan. The Government believes it has addressed Defendants Abdelaziz and McGlashan's requests. Defendants Abdelaziz and McGlashan do not believe the Government has properly addressed their requests, although Defendant McGlashan is still in continuing communications with the Government. The parties continue to agree to hold in abeyance the deadlines associated with discovery motions, including with respect to Defendants Abdelaziz and McGlashan's

requests, so that discovery motions can be consolidated to the extent practical. There are no other pending discovery requests.

Defendants anticipate sending the Government rolling discovery requests as issues are identified during Defendants' ongoing review of the material provided to date. Defendants anticipate requesting additional documents required to be produced under Fed. R. Crim. P. 16, Local Rules 116.1 and 116.2 and a table of contents that complies with the requirements of Local Rule 116.10.

Defendants have not yet produced any discovery to the Government despite Government requests because the Defendants believe that it is premature to do so at this time. The Government disagrees with the Defendants' assertion that it is "premature" to provide their own discovery pursuant to Rule 16(b) and Local Rule 116.1(d). Those rules clearly state Defendants must provide reciprocal Rule 16 discovery to the Government within 28 days of arraignment. The Government has complied with its discovery obligations and continues to comply with them. The Defendants have now had approximately 5 months to review the Government's discovery, confer with their clients, and strategize regarding potential defenses. It is not premature to provide discovery, which they can later supplement, to the Government as required by the rules.

**(2)    Additional Discovery**

The Government anticipates providing additional discovery as it comes in and is processed by the Government pursuant to Local Rule 116.7. The Government has indicated that it has reviewed all material in its possession and that "the Government is aware of no information or materials relating to this case of the types described in 116.2(b)(1)" – *i.e.*, there is no material required to be produced now pursuant to *Brady v. Maryland*. However, the Government is still reviewing discovery as it is produced to determine whether any such discovery, with respect to the

charged Defendants, is information that would tend directly to negate the Defendants' guilt concerning any count in the indictment, and will produce said discovery. Defendants expect to continue to confer and exchange letters with the Government regarding materials the Government is obligated to produce pursuant to Local Rules 116.1(c)(1)(A)-(F) and 116.2(b)(1)(A)-(F) and with a particular focus on the subject of core *Brady* material, required to be produced now under Rule 16 and the Local Rules. If no agreement can be reached, Defendants will file a motion to compel production of such material and, if necessary, request *in camera* inspection. Further, the Government is aware of its obligations and will produce discovery—including *Brady* material—as it is reviewed and processed by counsel.

Defendants anticipate providing discovery to the Government when they have determined what evidence, if any, to introduce in their cases-in-chief, as required by Rule 16(b)(1)(A)(ii).

### (3) Timing of Additional Discovery Requests

The parties previously agreed to hold in abeyance the deadlines associated with the discovery motion and bill of particulars provisions of Local Rule 116.3 until the forthcoming status conference, given the large volume of discovery produced by the Government. In the interim, Defendants Abdelaziz and McGlashan have made letter requests to the Government for additional discovery. Although Defendants remain free to request additional discovery from the Government as part of the meet and confer process, Defendants propose, given Defendants' ongoing review of the voluminous materials produced to date and the need to review additional materials yet to be produced by the Government, that the Court not set deadlines for discovery requests or bills of particulars at this time.

The Government, in contrast, proposes the following briefing schedule for discovery motions, while recognizing that additional discovery issues may arise after these dates as

Defendants continue to review and determine what is included (or not included) in the material already provided:

- Motions and opening memoranda    November 12, 2019
- Opposition memoranda    December 20, 2019
- Reply briefs    January 10, 2019

**(4)** **Protective Orders**

There is a protective order currently in place. Should a party seek modification of any existing protective order, a motion will be filed with the Court to address any issue.

**(5)** **Pretrial Motions under Fed. R. Crim. P. 12(b)**

The parties previously requested that the Court set a schedule for Defendants to file pretrial motions under Fed. R. Crim. P. 12(b) after Defendants had an opportunity to review all discovery provided by the Government. Defendants renew that request. The Government, in contrast, requests that the Court order that the Rule 12(b) motions be filed concurrently with discovery motion schedule proposed above or at some other date as ordered by the Court.

With respect to the motion to dismiss filed by Defendants Amy and Gregory Colburn (Dkt. 341), all parties previously agreed and requested that resolution of that motion be stayed until the other Defendants had an opportunity to review the discovery materials from the Government to determine whether to join the motion filed by the Colburn Defendants or to file their own separate or consolidated motions. Defendants also renew this request. The Government, in contrast, requests that the Colburn Defendants' motion be treated as having been filed on November 12, 2019, consistent with the proposed briefing schedule, and any Defendant seeking to join that motion do so by November 12, 2019.

**(6)     Expert Discovery**

The Government agrees to provide any expert witness disclosures 90 days prior to trial. Defendants agree to provide any expert witness disclosures 30 days prior to trial.

Defendants also request that the Government agree to disclose, 6 months before trial, the names and general subject-matters of its experts. Further, Defendants believe that the final expert disclosures should be similar in scope to those required in civil actions. The Government opposes this request, believing that there is no need to deviate from the standard time frames here with respect to expert discovery.

**(7)     Defenses of Insanity, Public Authority, or Alibi**

No Defendant presently intends to offer defenses of insanity, public authority, or alibi.

**(8)     Speedy Trial Act**

The 70-day period specified in 18 U.S.C. § 3161(c)(1) commenced on March 15, 2019 as to Defendant Sidoo, April 3, 2019 as to the Colburn Defendants, and April 9, 2019 as to the remaining Defendants. In Orders entered March 18, 2019, April 3, 2019, April 9, 2019, April 29, 2019, and June 3, 2019, the Court has excluded all time between March 15, 2019 and October 2, 2019 under the Speedy Trial Act. *See* Dkts. 25, 124, 129, 370, & 394.

The parties have conferred and ask that the Court exclude the period of time from the time of the interim status conference on October 2, 2019 to the time of the next status conference, under 18 U.S.C. § 3161(h)(7)(A), to permit Defendants time to review discovery and confer with their respective counsel. The ends of justice served by this exclusion outweigh the interests of the public and each Defendant in a speedy trial.

**(9)     Status of Plea Discussions and Likelihood and Estimated Length of Trial**

The parties will be prepared to discuss additional relevant matters with the Court at the conference on October 2. Depending on the number of Defendants remaining for trial and absent severances, the Government currently estimates that its case-in-chief would take approximately three to six weeks, assuming half-day sessions.

**(10)    Interim Status Conference**

The parties request an interim status conference the week of January 13, 2020, or at such time as is convenient to the Court.

Respectfully Submitted,

| | |
|---|---|
| **ANDREW E. LELLING**<br>**UNITED STATES ATTORNEY**<br><br>*/s/ Eric S. Rosen*<br>ERIC S. ROSEN<br>JUSTIN D. O'CONNELL<br>LESLIE A. WRIGHT<br>KRISTEN A. KEARNEY<br>Assistant United States Attorneys<br>John Joseph Moakley Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, Massachusetts  02210<br>Tel: (617)-748-3100<br>Eric.Rosen@usdoj.gov<br>Justin.O'Connell@usdoj.gov<br>Leslie.Wright@usdoj.gov<br>Kristen.Kearney@usdoj.gov | **GAMAL ABDELAZIZ**<br><br>By his attorneys,<br><br>*/s/ Brian T. Kelly*<br>Brian T. Kelly (BBO # 549556)<br>Joshua C. Sharp (BBO # 681439)<br>Nixon Peabody LLP<br>53 State Street<br>Boston, MA  02109<br>Tel: (617) 345-1000<br>bkelly@nixonpeabody.com<br>jsharp@nixonpeabody.com |

**DIANE BLAKE AND TODD BLAKE**

By their attorneys,

*/s/ David E. Meier*
David E. Meier (BBO #341710)
Todd & Weld LLP
One Federal Street, 27th Floor
Boston, MA  02110
Tel: (617) 624-4732
dmeier@toddweld.com

Stephen H. Sutro, Esq.
Duane Morris LLP
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Tel: (415) 957-3008
shsutro@duanemorris.com

**AMY COLBURN AND GREGORY COLBURN**

By their attorneys,

*/s/ David S. Schumacher*
David S. Schumacher (BBO # 647917)
HOOPER, LUNDY & BOOKMAN, P.C.
470 Atlantic Avenue, Suite 1201
Boston, MA  02210
(617) 532-2700
dschumacher@health-law.com

Patric Hooper (*Pro Hac Vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
1875 Century Park East, Suite 1600
Los Angeles, California  90067-2517
(310) 551-8111
phooper@health-law.com

Jordan Kearney (*Pro Hac Vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
575 Market Street, Suite 2300
San Francisco, CA  94105
(415) 875-8500
jkearney@health-law.com

**I-HSIN "JOEY" CHEN**

By his attorneys,

*/s/ Reuben Camper Cahn*
Reuben Camper Cahn (*pro hac vice*)
Jennifer L. Keller (*pro hac vice*)
Chase A. Scolnick (*pro hac vice*)
KELLER/ANDERLE LLP
18300 Von Karman Avenue, Suite 930
Irvine, CA  92612
Tel: (949) 476-8700
rcahn@kelleranderle.com

**MOSSIMO GIANNULLI**

By his attorneys,

*/s/ Sean M. Berkowitz*
Sean M. Berkowitz (*admitted pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Phone: 312.777.7700
Fax: 312.993.9767
sean.berkowitz@lw.com

William J. Trach (BBO #661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Phone: 617.948.6000
william.trach@lw.com

Perry J. Viscounty (*admitted pro hac vice*)
LATHAM & WATKINS LLP
650 Town Center Drive
20th Floor

Costa Mesa, CA 92626
Phone: 714.540.1235
perry.viscounty@lw.com

Roman Martinez (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Phone: 202.637.2200
roman.martinez@lw.com

*/s/ George W. Vien*
George W. Vien (BBO #547411)
Joshua N. Ruby (BBO #679113)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street
Suite 1600
Boston, MA 02110
Phone: 617.720.2880
Fax: 617.720.3554
gwv@dcglaw.com
jnr@dcglaw.com

*/s/ Mark E. Beck*
Mark E. Beck  (*admitted pro hac vice*)
Mark Beck Law, A Professional Corporation
350 West Colorado Boulevard
Suite 200
Pasadena, CA 91105
Phone: 213.596.7828
mbeck@markbecklaw.com

| **ELIZABETH HENRIQUEZ** | **MANUEL HENRIQUEZ** |
|---|---|
| By her attorneys, | By his attorneys, |
| */s/ Aaron M. Katz* | */s/ Walter Brown* |
| Aaron M. Katz (BBO # 662457) | Walter Brown (*pro hac vice*) |
| Ropes & Gray LLP | Melinda Haag (*pro hac vice*) |
| Prudential Tower | Robin Linsenmayer (*pro hac vice*) |
| 800 Boylston St. | Orrick, Herrington & Sutcliffe, LLP |

8

Boston, MA  02199-3600
Tel: (617) 951-7117
aaron.katz@ropesgray.com

Laura G. Hoey (*pro hac vice*)
Ropes & Gray LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL  60606
Tel: (312) 845-1200
laura.hoey@ropesgray.com

Colleen A. Conry (*pro hac vice*)
Ropes & Gray LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC  20006-6807
Tel: (202) 508-4600
colleen.conry@ropesgray.com

405 Howard Street
San Francisco, CA  94105
Tel: (415) 773-5700
wbrown@orrick.com

**DOUGLAS HODGE**

By his attorneys,

*/s/ Joan McPhee*
Brien T. O'Connor (BBO # 546767)
Joan McPhee (BBO # 547869)
Ropes & Gray - MA
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
617-951-7385
boconnor@ropesgray.com
jmcphee@ropesgray.com

Miranda Hooker (BBO # 661569)
Pepper Hamilton LLP
125 High Street
19th Floor, High Street Tower
Boston, MA  02110
617-204-5160
hookerm@pepperlaw.com

**MICHELLE JANAVS**

By her attorneys,

*/s/ John L. Littrell*
Thomas H. Bienert, Jr. (*pro hac vice*)
John Littrell (*pro hac vice*)
Bienert I. Katzman PC
903 Calle Amanecer, Suite 350
San Clemente, CA  92673
Tel: (949) 369-3700
tbienert@bienertkatzman.com
jlittrell@bienertkatzman.com

Jonathan L. Kotlier (BBO # 545491)
Nutter, McClennen & Fish, LLP
155 Seaport Boulevard
Boston, MA  02210-2604
Tel: 617-439-2000
jkotlier@nutter.com

**ELISABETH KIMMEL**

By her attorneys,

*/s/ Eóin P. Beirne*
R. Robert Popeo (BBO # 403360)
Mark E. Robinson (BBO # 423080)

**LORI LOUGHLIN**

By her attorneys,

*/s/ Sean M. Berkowitz*
Sean M. Berkowitz (*admitted pro hac vice*)
LATHAM & WATKINS LLP

9

Eóin P. Beirne (BBO # 660885)
Cory S. Flashner (BBO # 629205)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1707 (telephone)
(617) 542-2241 (fax)
rpopeo@mintz.com
mrobinson@mintz.com
ebeirne@mintz.com
cflashner@mintz.com

330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Phone: 312.777.7700
Fax: 312.993.9767
sean.berkowitz@lw.com

William J. Trach (BBO #661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Phone: 617.948.6000
william.trach@lw.com

Perry J. Viscounty (*admitted pro hac vice*)
LATHAM & WATKINS LLP
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626
Phone: 714.540.1235
perry.viscounty@lw.com

Roman Martinez (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Phone: 202.637.2200
roman.martinez@lw.com

*/s/ David C. Scheper*
David C. Scheper (*admitted pro hac vice*)
SCHEPER KIM & HARRIS LLP
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071
Phone: 213.613.4655
Fax: 213.613.4656
dscheper@scheperkim.com

10

**WILLIAM McGLASHAN, JR.**

By his attorneys,

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO #564879)
jpirozzolo@sidley.com
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA  02109
Tel: (617) 223-0304

Joan M. Loughnane (*pro hac vice*)
jloughnane@sidley.com
SIDLEY AUSTIN LLP
787 7th Avenue
New York, NY  10019
Tel: (212) 839-5567

*/s/ John C. Hueston*
John C. Hueston (*pro hac vice*)
Marshall Camp (*pro hac vice*)
HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
Los Angeles, CA  90014
Tel: (213) 788-4340
jhueston@hueston.com
mcamp@hueston.com

**DAVID SIDOO**

By his attorneys,

/s/ Martin G. Weinberg
Martin G. Weinberg, Esq. (BBO # 519480)
Martin G. Weinberg, PC
20 Park Plaza
Suite 1000
Boston, MA 02116
617-227-3700
Fax: 617-338-9538
owlmcb@att.net

/s/ David Z. Chesnoff (*Pro Hac Vice)*
David Z. Chesnoff, Esq.
Chesnoff & Schonfeld
520 S. 4th Street

**MARCI PALATELLA**

By her attorneys,

*/s/ Michael K. Loucks*
Michael K. Loucks (BBO # 305520)
Skadden, Arps, Slate, Meagher & Flom LLP
500 Boylston Street
Boston, MA  02116
617-573-4840
michael.loucks@skadden.com

Jack P. DiCanio (*pro hac vice*)
Allen J. Ruby (*pro hac vice*)
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Palo Alto, CA  94301
650-470-4500
allen.ruby@skadden.com
jack.dicanio@skadden.com

**JOHN WILSON**

By his attorneys,

*/s/ Michael Kendall*
Michael Kendall (BBO #544866)
Yakov Malkiel (BBO #689137)
WHITE & CASE LLP
75 State Street
Boston, MA  02109-1814
Tel: (617) 979-9310
michael.kendall@whitecase.com

Andrew E. Tombak (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020
Tel: (212) 819-8428

<div style="display: flex;">

Las Vegas, NV 89101
702-384-5563
dzchesnoff@cslawoffice.net

/s/ Richard A. Schonfeld (*Pro Hac Vice*)
Richard A. Schonfeld
Chesnoff & Schonfeld
520 South Fourth Street
Las Vegas, NV 89101
702-384-5563
rschonfeld@cslawoffice.net

**DR. HOMAYOUN ZADEH**

By his attorneys,

*/s/ Tracy A. Miner*
Tracy A. Miner (BBO # 547137)
Megan A. Siddall (BBO # 568979)
Seth B. Orkand (BBO # 669810)
Miner Orkand Siddall LLP
470 Atlantic Ave, 4th Floor
Boston, MA  02110
Tel.: (617) 273-83 77
tminer@mosllp.com
msiddall@mosllp.com
sorkand@mosllp.com

</div>

Andrew.tomback@whitecase.com

**ROBERT ZANGRILLO**

By his attorneys,

*/s/ Nicholas Theodorou*
Nicholas Theodorou (BBO # 495730)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA  02210
Tel: (617) 832-1163
ntheodorou@foleyhoag.com

Martin G. Weinberg, Esq. (BBO # 519480)
20 Park Plaza, Suite 1000
Boston, MA  02116
Tel: (617) 227-3700
owlmgw@att.net

Matthew L. Schwartz
Boies Schiller Flexner
55 Hudson Yards, 20th Floor
New York, NY  10001
Tel: (212) 303-3646
mlschwartz@bsfllp.com

**CERTIFICATE OF SERVICE**

    I, Kristen A. Kearney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 25, 2019.

                                                           /s/ *Kristen A. Kearney*
                                                           KRISTEN A. KEARNEY
                                                           Assistant United States Attorney