UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 19-10080-NMG |
| ) | |
| DAVID SIDOO, et al ) | |
|       Defendants ) | |

**DEFENDANT ROBERT ZANGRILLO'S MOTION TO PERMIT SPECIFIC AND LIMITED INTERNATIONAL BUSINESS TRAVEL**

Now comes the defendant Robert Zangrillo, by and through undersigned counsel, and hereby respectfully moves this Honorable Court to permit him to attend investor & investment related meetings from November 17-27 of this year in French Polynesia. There are a series of meetings that have been scheduled with several potential and existing strategic partners and investors for Dragon Global and portfolio companies over this ten-day period.

On March 29, 2019, Mr. Zangrillo appeared in this Court in response to a complaint charging him with one count of conspiracy to commit mail fraud and honest services mail fraud. The Court released Mr. Zangrillo on the $500,000 bond that had been previously set in the Southern District of Florida and set conditions that required that Mr. Zangrillo to surrender his passport to Pretrial Services which he has already done and to restrict his travel to the United States with leave to seek international travel for business reasons at the discretion of the Court. Dkt. 268. On April 9, 2019, Mr. Zangrillo along with others, was the subject of a two-count Superseding Indictment in the above-captioned matter.

For the past five years, Mr. Zangrillo has been employed by a private investment firm, Dragon Global, which has focused on venture capital and real estate investments that are frequently made through separate partnership entities.  Mr. Zangrillo is currently involved with potential strategic partners who will be in French Polynesia during the specified timeframe.  Mr. Zangrillo, having received financing from investors in his venture capital company, has the obligation to attend the meetings on behalf of his current investors.  His personal attendance at those meetings is in part to meet with potential future investors as well as to personally attend a series of business meetings during these dates.  Mr. Zangrillo's attendance as CEO of Dragon Global is also necessary to continue to seek new partnership and investment/investor opportunities.

Mr. Zangrillo does not present any flight or dangerousness risk.  He has lived in the Miami area since 2010 and currently owns a home in Miami Beach.  Mr. Zangrillo is fifty-three years old, has three daughters, has had no prior convictions and no interactions with the criminal justice system for more than thirty years, has elderly parents both living in Connecticut, has retained the undersigned and additional co-counsel to contest the current allegations, and is fully aware of his obligations, if this business trip is allowed, to remain at all times accessible to Pretrial Services, to report to Pretrial Services on his specific whereabouts by providing an itinerary of his flights and the specific location where he will be staying and to abide by whatever other conditions are set by this Honorable Court.  Mr. Zangrillo has a history of fully complying with all of his obligations on prior court-approved business related international trips, returning his passport each time to Pretrial Services as ordered, as well as canceling court approved international business travel when the travel became unnecessary.

Mr. Zangrillo would request leave, if necessary and requested, to advise the Court of the specific identity of the potential future strategic partners he is meeting with, the investor meetings he has scheduled, and the multiple specific partnership opportunities he is exploring while in French Polynesia Under Seal.

For the foregoing reasons, Mr. Zangrillo respectfully requests that he be permitted to attend the meetings scheduled in French Polynesia between November 17 and November 27, 2019.  Before doing so, he would need to re-acquire his passport; after doing so, he will promptly return his passport to Pretrial Services.

**WHEREFORE**, the defendant respectfully requests that the instant motion be allowed.

### Local Rule 7.1(a)(2) Certification

The undersigned counsel conferred with counsel for the Government and the Government takes no position this motion.  Pretrial Services in Boston takes no position on this motion.

>
> Respectfully submitted,
>
> Robert Zangrillo
> By his Attorney,
>
> **/s/ Martin G. Weinberg**
> Martin G. Weinberg
> Mass. Bar No. 519480
> 20 Park Plaza, Suite 1000
> Boston, MA 02116
> (617) 227-3700
> owlmgw@att.net

Dated: October 16, 2019

## **CERTIFICATE OF SERVICE**

  I, Martin G. Weinberg, hereby certify that on this date, October 16, 2019, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

                **/s/ Martin G. Weinberg**
                Martin G. Weinberg