%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**  Category No. __II__    Investigating Agency __FBI__

**City** __Boston__          **Related Case Information:**

**County** __Middlesex__     Superseding Ind./ Inf. __X__      Case No. __19-10080-NMG__
                             Same Defendant __X__          New Defendant _____
                             Magistrate Judge Case Number _____
                             Search Warrant Case Number __See additional information__
                             R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __David Sidoo__                    Juvenile:    ☐ Yes  ☑ No

  Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name _____

Address __(City & State) Vancouver, CA__

Birth date (Yr only): __1959__  SSN (last4#): _____  Sex __M__    Race: __White__    Nationality: __CA__

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__          Bar Number if applicable __NY4412326__

**Interpreter:** ☐ Yes  ☑ No      List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

  ☐ Warrant Requested      ☑ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
   accurately set forth above.

Date: __10/22/2019__          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):     19-10080-NMG

**Name of Defendant**     David Sidoo

## U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 3 | 18 USC 981(a)(1)(c) | Forfeiture | |
| Set 4 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**        Category No.   **II**        Investigating Agency   **FBI**

**City**   Boston        **Related Case Information:**

**County**   Middlesex        Superseding Ind./ Inf.   X        Case No.   19-10080-NMG
Same Defendant   X        New Defendant
Magistrate Judge Case Number   19-MJ-6087-MPK
Search Warrant Case Number   See additional information
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Gregory Colburn        Juvenile:        ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:        ☐ Yes   ☑ No

Alias Name

Address        (City & State) Palo Alto, CA

Birth date (Yr only): 1957   SSN (last4#): 0184   Sex M        Race: White        Nationality: USA

**Defense Counsel if known:**        Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen        Bar Number if applicable   NY4412326

**Interpreter:**   ☐ Yes   ☑ No        List language and/or dialect:

**Victims:**   ☑ Yes   ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**        ☐ Yes   ☑ No

☐ Warrant Requested        ☑ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of        in        .
☐ Already in State Custody at        ☐ Serving Sentence        ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:        on

**Charging Document:**   ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**   ☐ Petty        ☐ Misdemeanor        ☑ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   10/22/2019        Signature of AUSA:

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): ___ 19-10080-NMG ___

**Name of Defendant** ___ Gregory Colburn ___

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 3 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 4 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ___ 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK ___

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM - Criminal Case Cover Sheet.pdf* 3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**      Category No. **II**      Investigating Agency **FBI**

**City**   Boston

**Related Case Information:**

**County**   Middlesex

Superseding Ind./ Inf.   X     Case No.   19-10080-NMG
Same Defendant   X     New Defendant _____
Magistrate Judge Case Number   19-MJ-6087-MPK
Search Warrant Case Number   See additional information
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Amy Colburn     Juvenile:    ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes   ☑ No

Alias Name _____

Address   (City & State) Palo Alto, CA

Birth date (Yr only): 1969   SSN (last4#): 5371   Sex W    Race: White     Nationality: USA

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen     Bar Number if applicable   NY4412326

**Interpreter:**   ☐ Yes   ☑ No     List language and/or dialect: _____

**Victims:**   ☑ Yes   ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**    ☐ Yes   ☑ No

   ☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/22/2019     Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant** _____ Amy Colburn _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 3 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 4 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**          Category No.   II          Investigating Agency   FBI

**City**   Boston

**County**   Middlesex

**Related Case Information:**

Superseding Ind./ Inf.   X          Case No.   19-10080-NMG
Same Defendant   X          New Defendant
Magistrate Judge Case Number   19-MJ-6087-MPK
Search Warrant Case Number   See additional information
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Gamal Abdelaziz          Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name

Address   (City & State)  Las Vegas, NV

Birth date (Yr only):  1956   SSN (last4#):  4560   Sex  M   Race:  White   Nationality:  USA

**Defense Counsel if known:**          Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen          Bar Number if applicable   NY4412326

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect:

**Victims:**   ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of          in          .
☐ Already in State Custody at          ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:          on

**Charging Document:**   ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**   ☐ Petty          ☐ Misdemeanor          ☑ Felony   3

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   10/22/2019          Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ___19-10080-NMG___

**Name of Defendant** ___Gamal Abdelaziz___

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 6 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK
18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK
19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK
18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**          **Category No.** ___II___          **Investigating Agency** ___FBI___

**City** __Boston__

**County** __Middlesex__

**Related Case Information:**

| | |
|---|---|
| Superseding Ind./ Inf. ___X___ | Case No. __19-10080-NMG__ |
| Same Defendant ___X___ | New Defendant _____ |
| Magistrate Judge Case Number | __19-MJ-6087-MPK__ |
| Search Warrant Case Number | See additional information |
| R 20/R 40 from District of | _____ |

**Defendant Information:**

Defendant Name __Diane Blake__          Juvenile:          ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:          ☐ Yes  ☑ No

Alias Name _____

Address          (City & State) __San Francisco, CA__

Birth date (Yr only): __1965__  SSN (last4#): __0175__  Sex __W__          Race: __White__          Nationality: __USA__

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__          Bar Number if applicable __NY4412326__

**Interpreter:**          ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**          ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)          ☑ Yes  ☐ No

**Matter to be SEALED:**          ☐ Yes  ☑ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.

☐ Already in State Custody at _____ ☐ Serving Sentence          ☐ Awaiting Trial

☐ On Pretrial Release:  Ordered by: _____ on _____

| **Charging Document:** | ☐ Complaint | ☐ Information | ☑ Indictment |
|---|---|---|---|
| **Total # of Counts:** | ☐ Petty _____ | ☐ Misdemeanor _____ | ☑ Felony __3__ |

Continue on Page 2 for Entry of U.S.C. Citations

☑          I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   04/09/2019          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant** _____ Diane Blake _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 6 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     **Category No.** __II__     **Investigating Agency** __FBI__

**City** __Boston__

**County** __Middlesex__

**Related Case Information:**

Superseding Ind./ Inf. __X__    Case No. __19-10080-NMG__
Same Defendant __X__    New Defendant _____
Magistrate Judge Case Number __19-MJ-6087-MPK__
Search Warrant Case Number __See additional information__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Todd Blake__    Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name _____

Address    (City & State) __San Francisco, CA__

Birth date (Yr only): __1965__   SSN (last4#): __4272__   Sex __M__   Race: __White__   Nationality: __USA__

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__    Bar Number if applicable __NY4412326__

**Interpreter:**   ☐ Yes   ☑ No    List language and/or dialect: _____

**Victims:**   ☑ Yes   ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony __3__

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/22/2019__    Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant**     Todd Blake _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 6 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**     **Category No.**  II_____     **Investigating Agency**  FBI_____

**City**  Boston_____

**County**  Middlesex_____     **Related Case Information:**

Superseding Ind./ Inf.  X_____     Case No.  19-10080-NMG
Same Defendant  X_____     New Defendant _____
Magistrate Judge Case Number  19-MJ-6087-MPK
Search Warrant Case Number  See additional information
R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  I-Hsin "Joey" Chen_____     Juvenile:     ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:     ☐ Yes  ☑ No

Alias Name _____

Address     (City & State)  Newport Beach, CA

Birth date (Yr only):  1954   SSN (last4#):  1777   Sex  M     Race:  Asian_____     Nationality:  USA_____

**Defense Counsel if known:** _____     Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**  Eric S. Rosen_____     Bar Number if applicable  NY4412326_____

**Interpreter:**     ☐ Yes  ☑ No     List language and/or dialect: _____

**Victims:**     ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)     ☑ Yes  ☐ No

**Matter to be SEALED:**     ☐ Yes  ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**     ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:**     ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony  3_____

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  04/09/2019     Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant**   I-Hsin "Joey" Chen

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 3 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting | 5 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 6 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                     **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  FBI

**City**  Boston                    **Related Case Information:**

**County**  Middlesex          Superseding Ind./ Inf.   X          Case No.   19-10080-NMG
                               Same Defendant   X          New Defendant _____
                               Magistrate Judge Case Number   19-MJ-6087-MPK
                               Search Warrant Case Number   See additional information
                               R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Mossimo Giannulli                    Juvenile:      ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address          (City & State)  Los Angeles, CA

Birth date (Yr only): 1966   SSN (last4#): 8718   Sex  M      Race: White      Nationality: USA

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen                    Bar Number if applicable   NY4412326

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony   3

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/22/2019          Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): ___19-10080-NMG___

**Name of Defendant**   Mossimo Giannulli

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Birbery | 2 |
| Set 3 | 18 U.S.C. § 1956(h) | Mondey Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 6 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     Category No. __II__     **Investigating Agency** __FBI__

**City** __Boston__

**Related Case Information:**

**County** __Middlesex__

Superseding Ind./ Inf. __X__    Case No. __19-10080-NMG__
Same Defendant __X__    New Defendant _____
Magistrate Judge Case Number __19-MJ-6087-MPK__
Search Warrant Case Number __See additional information__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Elisabeth Kimmel__    Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name _____

Address __(City & State) Las Vegas, NV__

Birth date (Yr only): __1964__   SSN (last4#): __8114__   Sex __W__   Race: __White__   Nationality: __USA__

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__    Bar Number if applicable __NY4412326__

**Interpreter:**   ☐ Yes   ☑ No    List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony __3__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/22/2019__    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-10080-NMG

**Name of Defendant**   Elisabeth Kimmel

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundrering Conspiracy | 3 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 6 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**        **Category No.**  II        **Investigating Agency**  FBI

**City**  Boston

**County**  Middlesex        **Related Case Information:**

Superseding Ind./ Inf.  X        Case No.  19-10080-NMG
Same Defendant  X        New Defendant
Magistrate Judge Case Number    19-MJ-6087-MPK
Search Warrant Case Number    See additional information
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  Lori Loughlin        Juvenile:    ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name

Address    (City & State) Los Angeles, CA

Birth date (Yr only): 1964   SSN (last4#): 7715   Sex W    Race: White    Nationality: USA

**Defense Counsel if known:**        Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**  Eric S. Rosen        Bar Number if applicable   NY4412326

**Interpreter:**    ☐ Yes  ☑ No        List language and/or dialect:

**Victims:**    ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**    ☐ Yes  ☑ No

   ☐ Warrant Requested        ☑ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of        in        .
☐ Already in State Custody at        ☐ Serving Sentence        ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:        on

**Charging Document:**    ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**    ☐ Petty        ☐ Misdemeanor        ☑ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☑    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   10/22/2019        Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): ____19-10080-NMG____

**Name of Defendant**    Lori Loughlin

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 6 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**    18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**   II          **Investigating Agency**   FBI

**City**   Boston          **Related Case Information:**

**County**   Middlesex          Superseding Ind./ Inf.   X          Case No.   19-10080-NMG
                              Same Defendant   X          New Defendant
                              Magistrate Judge Case Number   19-MJ-6087-MPK
                              Search Warrant Case Number   See additional information
                              R 20/R 40 from District of

**Defendant Information:**

Defendant Name   William McGlashan, Jr.          Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name

Address   (City & State)   Mill Valley, CA

Birth date (Yr only):   1963   SSN (last4#):   8399   Sex   M   Race:   White   Nationality:   USA

**Defense Counsel if known:**          Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen          Bar Number if applicable   NY4412326

**Interpreter:**   ☐ Yes   ☑ No          List language and/or dialect:

**Victims:**   ☑ Yes   ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of          in          .
☐ Already in State Custody at          ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:          on

**Charging Document:**   ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**   ☐ Petty          ☐ Misdemeanor          ☑ Felony   4

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   10/22/2019          Signature of AUSA:

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant** _____ William McGlashan _____

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting | 7 |
| Set 5 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 6 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 7 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**          Category No. __II__          Investigating Agency __FBI__

**City** __Boston__

**County** __Middlesex__          Related Case Information:

Superseding Ind./ Inf. __X__          Case No. __19-10080-NMG__
Same Defendant __X__          New Defendant _____
Magistrate Judge Case Number __19-MJ-6087-MPK__
Search Warrant Case Number __See additional information__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Marci Palatella__          Juvenile:          ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:          ☐ Yes  ☑ No

Alias Name _____

Address          (City & State) __Hillsborough, CA__

Birth date (Yr only): __1955__  SSN (last4#): __5012__  Sex __W__     Race: __White__     Nationality: __USA__

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__          Bar Number if applicable __NY4412326__

**Interpreter:**     ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**     ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)     ☑ Yes  ☐ No

**Matter to be SEALED:**     ☐ Yes  ☑ No

☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**     ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**     ☐ Petty ——     ☐ Misdemeanor ——     ☑ Felony __3__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/22/2019__          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): 19-10080-NMG

**Name of Defendant**    Marci Palatella

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 6 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**  Category No. __II__   **Investigating Agency** __FBI__

**City** __Boston__

**County** __Middlesex__   **Related Case Information:**

Superseding Ind./ Inf. __X__  Case No. __19-10080-NMG__
Same Defendant __X__  New Defendant _____
Magistrate Judge Case Number __19-MJ-6087-MPK__
Search Warrant Case Number __See additional information__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __John Wilson__   Juvenile:  ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes ☑ No

Alias Name _____

Address __(City & State) Hyannis Port, MA__

Birth date (Yr only): __1959__ SSN (last4#): __0685__ Sex __M__  Race: __White__  Nationality: __USA__

**Defense Counsel if known:** _____  Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__   Bar Number if applicable __NY4412326__

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested  ☑ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony __8__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/22/2019__   Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):   ___19-10080-NMG___

**Name of Defendant**      John Wilson

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting | 6, 8, 9 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding & Abetting | 11, 12 |
| Set 6 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**      Category No. __II__      Investigating Agency __FBI__

**City**   __Boston__

**County**   __Middlesex__      **Related Case Information:**

Superseding Ind./ Inf.   __X__      Case No.   __19-10080-NMG__
Same Defendant   __X__      New Defendant _____
Magistrate Judge Case Number   __19-MJ-6087-MPK__
Search Warrant Case Number   __See additional information__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Homayoun Zadeh      Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name _____

Address   (City & State)   Calabasas, CA

Birth date (Yr only): __1961__   SSN (last4#): __4306__   Sex __M__   Race: __White__   Nationality: __USA__

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen      Bar Number if applicable   __NY4412326__

**Interpreter:**   ☐ Yes   ☑ No      List language and/or dialect: _____

**Victims:**   ☑ Yes   ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

☐ Warrant Requested      ☑ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**   ☐ Petty ——   ☐ Misdemeanor ——   ☑ Felony   __3__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/22/2019      Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):   19-10080-NMG

**Name of Defendant**   Homayoun Zadeh

## U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Program Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 28 U.S.C. § 2461(c)) | Forfeiture | |
| Set 6 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**     **Category No.**   II     **Investigating Agency**   FBI

**City**   Boston

**County**   Middlesex

**Related Case Information:**

Superseding Ind./ Inf.   X     Case No.   19-10080-NMG
Same Defendant   X     New Defendant
Magistrate Judge Case Number   19-MJ-6087-MPK
Search Warrant Case Number   See additional information
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Robert Zangrillo     Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name

Address   (City & State) Miami Beach, FL

Birth date (Yr only): 1966   SSN (last4#): 8400   Sex M   Race: White   Nationality: USA

**Defense Counsel if known:**     Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen     Bar Number if applicable   NY4412326

**Interpreter:**   ☐ Yes   ☑ No     List language and/or dialect:

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of     in     .
☐ Already in State Custody at     ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:     on

**Charging Document:**   ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:**   ☐ Petty     ☐ Misdemeanor     ☑ Felony   5

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/22/2019     Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):     19-10080-NMG

**Name of Defendant**     Robert Zangrillo

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting | 4, 10 |
| Set 5 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 6 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 7 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf 3/4/2013