UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) )  ) |
| v. | ) CRIMINAL NO. 19-CR-10080 ) |
| DAVID SIDOO, *et al.*, <br> Defendants. | ) ) ) ) |

## DEFENDANT ROBERT ZANGRILLO'S ENTRY OF A PLEA OF NOT GUILTY AND WAIVER OF APPEARANCE FOR ARRAIGNMENT AS TO THE THIRD SUPERSEDING INDICTMENT

I Robert Zangrillo, hereby acknowledge that I have received a copy of the third superseding indictment in this case. I understand that I have the right to appear personally at my arraignment pursuant to Rule 43 of the Fed. R. Crim. P. and that I have the right to have the indictment read to me in open court as well.

I have talked about the charges in the indictment with my attorneys and I understand the nature of the offenses I am charged with and also understand my right to be at an arraignment. I have chosen to waive my appearance for arraignment and request that my plea of NOT GUILTY be entered on my behalf under Fed. R. Crim. P. 10(b).

_/s/ Robert Zangrillo_
Robert Zangrillo

1

Respectfully Submitted,

ROBERT ZANGRILLO,

By His Attorneys,

/s/ Martin G. Weinberg
Martin G. Weinberg, Esq.
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

/s/ Nicholas Theodorou
Nicholas Theodorou
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1163
ntheodorou@foleyhoag.com

/s/ Matthew L. Schwartz
Matthew L. Schwartz
Boies Schiller Flexner LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
(212) 303-3646
mlschwartz@bsfllp.com

Dated: October 29, 2019

# CERTIFICATE OF SERVICE

I, Martin G. Weinberg, hereby certify that on this date, October 29, 2019, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

/s/ Martin G. Weinberg
Martin G. Weinberg, Esq.