UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAVID SIDOO, et al )<br>Defendants ) | CRIMINAL NO. 19-10080 |

**NONPARTY UNIVERSITY OF SOUTHERN CALIFORNIA'S
MOTION FOR LEAVE TO FILE BRIEF UNDER SEAL AND *EX PARTE***

Nonparty University of Southern California ("USC"), by and through undersigned counsel, hereby respectfully moves this Honorable Court for leave to file under seal its Brief Regarding Defendant Zangrillo's Request for Production of Documents. USC also moves for leave to file a portion of its brief and the attachments thereto *ex parte.* USC requests that its filing remain sealed and *ex parte* until further order of this Court.

In support of this motion, USC states that its brief contains a detailed discussion of Protected USC Material, as defined in the Parties' Agreed upon Order of Confidentiality, which was endorsed by this Court on October 24, 2019. *See* Dkt. No. 617. Additionally, USC seeks to file *ex parte* a portion of its brief which refers to and describes certain documents that USC contends should not be produced to Defendant Zangrillo, and USC seeks a ruling from the Court that it not be required to do so. In light of the foregoing, USC requests that it be permitted to file *ex parte* the documents in question, that the Court review them *in camera,* and that any hearing concerning the documents be conducted *in camera.*

## COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel conferred with the Government and Defense counsel, who assent to USC filing its brief under seal and submitting a portion of it and the attachments thereto *ex parte*. Counsel for the Government and Defendant Zangrillo further assent to the Court conducting any portion of the hearing discussing the USC Protected Material *in camera*.

Respectfully submitted,

**NON-PARTY UNIVERSITY OF SOUTHERN CALIFORNIA**

By its Attorneys,

/s/ *Anthony E. Fuller*
Anthony E. Fuller (BBO No. 633246)
Elizabeth C. Pignatelli (BBO No. 677923)
Hogan Lovells US, LLP
125 High Street, Suite 2010
Boston, MA  02110
(617) 371-1000
anthony.fuller@hoganlovells.com
elizabeth.pignatelli@hoganlovells.com


/s/ *Douglas M. Fuchs*
Douglas M. Fuchs (admitted *Pro Hac Vice*)
Debra Wong Yang (admitted *Pro Hac Vice*)
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071
(213) 229-7000
dfuch@gibsondunn.com
dwongyang@gibsondunn.com

November 20, 2019