UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        )<br>v.        )<br>        )<br>DAVID SIDOO, et al        )<br>        Defendants    )<br>        ) | CRIMINAL NO. 19-CR-10080 |

**DEFENDANT ROBERT ZANGRILLO'S ASSENTED-TO MOTION FOR LEAVE TO FILE RESPONSE TO NONPARTY UNIVERSITY OF SOUTHERN CALIFORNIA'S BRIEF REGARDING REQUEST FOR PRODUCTION OF DOCUMENTS UNDER SEAL**

Defendant Robert Zangrillo, by and through undersigned counsel, hereby respectfully moves this Honorable Court for leave to file under seal his Response to Nonparty University of Southern California's ("USC") Brief regarding Mr. Zangrillo's Rule 17(c) Subpoena. As grounds and reasons therefor, Mr. Zangrillo states that this Court granted USC's motion to seal its brief, *see* Dkt. 655, and that the Response discusses materials subject to the confidentiality agreement between Mr. Zangrillo and USC, *see* Dkt. 604. Mr. Zangrillo intends to file his Response and accompanying exhibits tomorrow.

**WHEREFORE**, Mr. Zangrillo respectfully requests that this Honorable Court allow him leave to file his Response to USC's Brief regarding Mr. Zangrillo's Rule 17(c) Subpoena under seal.

**COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Undersigned counsel conferred with counsel for USC and USC, by and through Douglas

1

Fuchs, assents to Mr. Zangrillo's request to file his Response to USC's Brief regarding Mr. Zangrillo's Rule 17(c) Subpoena under seal.

                                                               Respectfully Submitted,
                                                               Robert Zangrillo
                                                               By His Attorney,

                                                               **/s/ Martin G. Weinberg**
                                                               Martin G. Weinberg
                                                               Mass. Bar No. 519480
                                                               20 Park Plaza, Suite 1000
                                                               Boston, MA 02116
                                                               (617) 227-3700
                                                               owlmgw@att.net

Dated: November 21, 2019

## CERTIFICATE OF SERVICE

     I, Martin G. Weinberg, hereby certify that on this date, November 21, 2019, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

2