# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA

v.

DAVID SIDOO, et al
Defendants

_____

CRIMINAL NO. 19-10080

## NONPARTY UNIVERSITY OF SOUTHERN CALIFORNIA'S ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY BRIEF UNDER SEAL

Nonparty University of Southern California ("USC"), by and through undersigned counsel, hereby respectfully moves this Honorable Court for leave to file under seal a motion for leave to file a reply brief in support of its Brief Regarding Defendant Zangrillo's Request for Production of Documents ("USC's Rule 17 Brief"). In support of this motion, USC states that on November 20, 2019, the Court granted USC's assented-to motion to file its Rule 17 Brief under seal and to file a portion of the brief *ex parte*. Dkt. Nos. 653, 655. Accordingly, USC filed its Rule 17 Brief under seal and *ex parte* that same day. On November 22, 2019, the Court granted defense counsel's assented-to motion for leave to file Defendant Zangrillo's response to USC's Rule 17 Brief under seal. Dkt. Nos. 658, 659. Defendant's response was then filed with the Court under seal.

**WHEREFORE**, USC respectfully requests that this Court allow it leave to file under seal a motion pursuant to Local Rule 7.1(b)(3) for leave to file a reply to the Defendant's response to USC's Rule 17 Brief.

## COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel conferred with the Government and Defense counsel, who assent to this motion.

Respectfully submitted,

**NON-PARTY UNIVERSITY OF SOUTHERN CALIFORNIA**

By its Attorneys,

/s/ *Anthony E. Fuller*
Anthony E. Fuller (BBO No. 633246)
Elizabeth C. Pignatelli (BBO No. 677923)
Hogan Lovells US, LLP
125 High Street, Suite 2010
Boston, MA  02110
(617) 371-1000
anthony.fuller@hoganlovells.com
elizabeth.pignatelli@hoganlovells.com

/s/ *Douglas M. Fuchs*
Douglas M. Fuchs (admitted *Pro Hac Vice*)
Debra Wong Yang (admitted *Pro Hac Vice*)
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071
(213) 229-7000
dfuch@gibsondunn.com
dwongyang@gibsondunn.com

November 25, 2019