UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | CRIMINAL NO. 19-10080 |
| DAVID SIDOO, et al ) | |
| Defendants ) | |

## DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO REDACT MOTION FOR PRODUCTION OF EXCULPATORY EVIDENCE

Now come the Defendants, by and through undersigned counsel, and hereby respectfully request that this Honorable Court permit them to publicly file a redacted copy of their Motion for Production of Exculpatory Evidence Regarding Title III Interceptions and Consensual Recordings. As grounds and reasons therefor, the defendants state that the redactions will protect the privacy of third-parties, including well-known business people, athletes, coaches, and actors, with whom Mr. Singer claimed to have been associated. As will be explained in more detail in the forthcoming Motion for Production of Exculpatory Evidence, the defense believes that many such claims made by Singer were false. In the event this motion is granted, the defendants will provide a full copy of their Motion for Production of Exculpatory Evidence to the Court under seal.

**WHEREFORE**, the defendants respectfully request that this Honorable Court allow them to publicly file a redacted copy of their Motion for Production of Exculpatory Evidence.

1

## COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel has confirmed with counsel for the government, and the government, by and through AUSA Rosen, assents to the defendants' request to publicly file a redacted copy of their Motion for Production of Exculpatory Evidence. The government, however, opposes the relief requested in the underlying Motion for Production of Exculpatory Evidence.

Respectfully Submitted,
DAVID SIDOO
By His Attorneys,

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

**/s/ David Z. Chesnoff**
David Z. Chesnoff, Esq.
Chesnoff & Schonfeld
520 S. 4th Street
Las Vegas, NV 89101
(702) 384-5563
dzchesnoff@cslawoffice.net

**/s/ Richard A. Schonfeld**
Richard A. Schonfeld, Esq.
Chesnoff & Schonfeld
520 South Fourth Street
Las Vegas, NV 89101
(702) 384-5563
rschonfeld@cslawoffice.net

ROBERT ZANGRILLO
By His Attorneys,

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

**/s/ Matthew L. Schwartz**
Matthew L. Schwartz, Esq.
Boies Schiller Flexner
55 Hudson Yards, 20th Floor
New York, NY 10001
(212) 303-3646
mlschwartz@bsfllp.com

**/s/ Nicholas C. Theodorou**
Nicholas C. Theodorou, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA 02210
(617) 832-1163
ntheodorou@foleyhoag.com


JOHN WILSON
By His Attorneys,

**/s/ Michael Kendall**
Michael Kendall, Esq.
Yakov Malkiel, Esq.
White & Case, LLP
75 State Street
Boston, MA 02109
(617) 939-9310
michael.kendall@whitecase.com

HOMAYOUN ZADEH
By His Attorney,

**/s/ Tracy A. Miner**
Tracy A. Miner, Esq.
Miner Orkand Siddall LLP
470 Atlantic Ave, 4th Floor
Boston, MA 02210
(617) 273-8421
tminer@mosllp.com


DIANE BLAKE
By Her Attorney,

**/s/ David E. Meier**
David E. Meier, Esq.
Todd & Weld
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
dmeier@toddweld.com


TODD BLAKE
By His Attorney,

**/s/ David E. Meier**
David E. Meier, Esq.
Todd & Weld
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
dmeier@toddweld.com


GAMAL ABDELAZIZ
By His Attorneys,

**/s/ Brian T. Kelly**
Brian T. Kelly, Esq.
Joshua C.H. Sharp, Esq.

4

>Nixon Peabody LLP
>100 Summer Street
>Boston, MA 02110
>(617) 345-1000
>bkelly@nixonpeabody.com
>
>
>MARCI PALATELLA
>By Her Attorney,
>
>**/s/ Michael K. Loucks**
>Michael K. Loucks, Esq.
>Skadden, Arps, Slate, Meagher & Flom LLP
>500 Boylston Street
>Boston, MA 02116
>(617) 573-4840
>michael.loucks@skadden.com

Dated: December 9, 2019

## CERTIFICATE OF SERVICE

    I, Martin G. Weinberg, hereby certify that on this date, December 9, 2019, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

>**/s/ Martin G. Weinberg**
>Martin G. Weinberg, Esq.