**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-10080-NMG |
| Plaintiff, | |
| vs. | |
| DAVID SIDOO, *et al.* | |
| Defendants. | |

**ELISABETH KIMMEL'S UNOPPOSED MOTION**
**TO JOIN MOTION FOR DISCLOSURE OF EXCULPATORY EVIDENCE**

Defendant Elisabeth Kimmel ("Mrs. Kimmel") moves to join the Motion for Disclosure of Exculpatory Evidence filed by defendant David Sidoo (ECF No. 681) (the "*Brady* Motion"). Mr. Sidoo requests that the Court order the government to produce all non-minimized interceptions resulting from the Title III Orders, as well as consensual recordings and text messages initiated or received by Rick Singer after he began to cooperate with the government, that have not yet been produced to the defendants. Mrs. Kimmel agrees with and adopts the reasoning of and relief sought in the *Brady* Motion. Therefore, Mrs. Kimmel requests permission to join in the *Brady* Motion. No prejudice to the government would arise from the allowance of this Motion, and the government consents to this request.

Wherefore, Mrs. Kimmel respectfully requests that the Court allow the instant Motion and permit Mrs. Kimmel to join the *Brady* Motion filed by Mr. Sidoo.

Respectfully submitted,

/s/ *Cory S. Flashner*
Cory S. Flashner (BBO # 629205)
R. Robert Popeo (BBO # 403360)
Mark E. Robinson (BBO # 423080)
Eóin P. Beirne (BBO # 660885)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA  02111
(617) 348-1605 (telephone)
(617) 542-2241 (fax)
csflashner@mintz.com
rpopeo@mintz.com
mrobinson@mintz.com
ebeirne@mintz.com

**Counsel for Elisabeth Kimmel**

DATED: December 11, 2019

## RULE 7.1 CERTIFICATION

Undersigned counsel certifies that, on December 10, 2019, he conferred with counsel for the government, and the government assents to the Motion.

## **CERTIFICATE OF SERVICE**

      I, Cory S. Flashner, counsel for the Defendant, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on December 11, 2019.

/s/ *Cory S. Flashner*
Cory S. Flashner (BBO # 629205)

94534951v.1