IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>DAVID SIDOO, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)  Criminal No. 1:19-CR-10080-NMG<br>)<br>)<br>)<br>)<br>)<br>) |

**NONPARTY UNIVERSITY OF SOUTHERN CALIFORNIA'S MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF**

Nonparty University of Southern California ("USC") respectfully requests that the Court grant it a short extension of time (from December 23, 2019 to December 26, 2019) to file the supplemental brief ordered by the Court on December 18, 2019.  USC seeks the additional time in light of the religious holidays occurring this week.

Respectfully submitted,

**NON-PARTY UNIVERSITY OF SOUTHERN CALIFORNIA**

By its Attorneys,

/s/ *Anthony E. Fuller*
Anthony E. Fuller (BBO No. 633246)
Elizabeth C. Pignatelli (BBO No. 677923)
Hogan Lovells US, LLP
125 High Street, Suite 2010
Boston, MA  02110
(617) 371-1000
anthony.fuller@hoganlovells.com
elizabeth.pignatelli@hoganlovells.com

2

|  | /s/ *Douglas M. Fuchs* |
|---|---|
|  | Douglas M. Fuchs (admitted *Pro Hac Vice*) |
|  | Gibson Dunn & Crutcher LLP |
|  | 333 South Grand Avenue |
|  | Los Angeles, CA  90071 |
|  | (213) 229-7000 |
|  | dfuch@gibsondunn.com |

December 23, 2019

## CERTIFICATE OF SERVICE

I, hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent those indicated as nonregistered participants on December 23, 2019.

/s/ *Anthony E. Fuller*

2

\\BOS - 061612/000047 - 1213177 v1