UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAVID SIDOO et al., )<br>          Defendants )  | Criminal No. 19-10080-NMG |

**DEFENDANT ROBERT ZANGRILLO'S MOTION TO PERMIT SPECIFIC AND LIMITED INTERNATIONAL BUSINESS TRAVEL TO YUCATAN PENINSULA AND MEXICO CITY, MEXICO**

Now comes the defendant Robert Zangrillo, by and through undersigned counsel, and hereby respectfully moves this Honorable Court to permit him to attend business and investment-related meetings and to seek new investment opportunities in various locations in the Yucatan Peninsula of Mexico and Mexico City between January 8 and January 18, 2020.

On March 29, 2019, Mr. Zangrillo appeared in this Court in response to a complaint charging him with one count of conspiracy to commit mail fraud and honest services mail fraud. The Court released Mr. Zangrillo on the $500,000 bond that had been previously set in the Southern District of Florida and set conditions that required that Mr. Zangrillo to surrender his passport to pretrial services which he has already done and to restrict his travel to the United States with leave to seek international travel for business reasons at the discretion of the Court. Dkt. 268. On April 9, 2019 Mr. Zangrillo along with others was the subject of a two-count Superseding Indictment in the above-captioned matter. Another Superseding Indictment issued on October 22, 2019.

For the past five years, Mr. Zangrillo has been employed by a private investment firm, Dragon Global, which has focused on venture capital and real estate investments that are frequently made through separate partnership entities. Mr. Zangrillo is currently involved in meetings with current and potential future investors as well as with investment partners relating to existing businesses located in Mexico and relating to the seeking of additional investment opportunities in Mexico. More generally, Mr. Zangrillo, having received financing from investors in his venture capital company, has the obligation to do due diligence on behalf of his investor partners to personally visit companies and investment locations which have received financing from Dragon Global or a related entity, to provide guidance to certain of these companies, and to seek new investment opportunities some of which are with companies already doing significant business in Mexico. The proposed planned trip to Mexico involves meetings and site visits in relation to current Dragon Global portfolio investments and involve opportunities for further investments in various companies or properties in Mexico. Mr. Zangrillo's personal attendance is expected by his investors and is necessary to the continued success of his venture capital business.

Mr. Zangrillo does not present any flight or dangerousness risk. He has with the Court's permission successfully completed several prior international business-related trips in full compliance with his pretrial obligations. He has lived in the Miami area since 2010 and currently owns a home in Miami Beach. Mr. Zangrillo is fifty-three years old, has three daughters, has had no prior convictions and no interactions with the criminal justice system for more than thirty years, has elderly parents both living in Connecticut, has retained the undersigned and additional co-counsel to contest the current allegations, and is fully aware of his

obligations, if this business trip is allowed, to remain at all times accessible to Pretrial Services, to report to Pretrial Services on his specific whereabouts by providing an itinerary of his flights and the specific hotels that he will be staying at while in Mexico, and to abide by whatever other conditions are set by this Honorable Court.

Mr. Zangrillo would request leave, if necessary, to advise the Court of the specific identity of the current large scale investors with whom he has scheduled meetings and the specific investment opportunities as to which he is doing due diligence on in Mexico Under Seal.

For the foregoing reasons, Mr. Zangrillo respectfully requests that he be permitted to attend business meetings and review business opportunities in Mexico between January 8 and January 18, 2020.  Before doing so, he would need to re-acquire his passport; after doing so, he will promptly return his passport to Pretrial Services consistent with the protocol established on prior international court approved business travels.

**WHEREFORE**, the defendant respectfully requests that the instant motion be allowed.

## Local Rule 7.1(a)(2) Certification

The undersigned counsel conferred with counsel for the Government and the Government takes no position on this matter.  Probation through Probation Officer Maureen Curran also takes no position on the motion.

Respectfully submitted,

Robert Zangrillo
By his Attorney,

**/s/ Martin G. Weinberg**
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Dated: January 3, 2020

## CERTIFICATE OF SERVICE

I, Martin G. Weinberg, hereby certify that on this date, January 3 , 2020, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

**/s/ Martin G. Weinberg**
Martin G. Weinberg