JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. X Case No. 19-10080-NMG
Same Defendant X New Defendant ______
Magistrate Judge Case Number ______
Search Warrant Case Number See additional information
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name David Sidoo Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ______

Address (City & State) Vancouver, CA

Birth date (Yr only): 1959 SSN (last4#): ______ Sex M Race: White Nationality: CA

**Defense Counsel if known:** ______ Address ______

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** Eric S. Rosen Bar Number if applicable NY4412326

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested ☑ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ______

☐ Already in Federal Custody as of ______ in ______.
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 13

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 01/14/2020 Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-10080-NMG

**Name of Defendant** David Sidoo

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting. | 4-10 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding and Abetting | 11, 12 |
| Set 6 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 13 |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 9 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK 18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK 19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK 18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. X Case No. 19-10080-NMG
Same Defendant X New Defendant
Magistrate Judge Case Number 19-MJ-6087-MPK
Search Warrant Case Number See additional information
R 20/R 40 from District of

**Defendant Information:**

Defendant Name Gregory Colburn Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name

Address (City & State) Palo Alto, CA

Birth date (Yr only): 1957 SSN (last4#): 0184 Sex M Race: White Nationality: USA

**Defense Counsel if known:** Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA** Eric S. Rosen Bar Number if applicable NY4412326

**Interpreter:** ☐ Yes ☑ No List language and/or dialect:

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested ☑ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of in .
☐ Already in State Custody at ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: on

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 13

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 01/14/2020 Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-10080-NMG

**Name of Defendant** Gregory Colburn

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting. | 4-10 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding and Abetting | 11,12 |
| Set 6 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 13 |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 9 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK 18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK 19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK 18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. X Case No. 19-10080-NMG
Same Defendant X New Defendant
Magistrate Judge Case Number 19-MJ-6087-MPK
Search Warrant Case Number See additional information
R 20/R 40 from District of

**Defendant Information:**

Defendant Name Amy Colburn Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name

Address (City & State) Palo Alto, CA

Birth date (Yr only): 1969 SSN (last4#): 5371 Sex W Race: White Nationality: USA

**Defense Counsel if known:** Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA** Eric S. Rosen Bar Number if applicable NY4412326

**Interpreter:** ☐ Yes ☑ No List language and/or dialect:

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested ☑ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of in .
☐ Already in State Custody at ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: on

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 13

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 01/14/2020 Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-10080-NMG

**Name of Defendant** Amy Colburn

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting | 4-10 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding and Abetting | 11,12 |
| Set 6 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 13 |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 9 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK 18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK 19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK 18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. X Case No. 19-10080-NMG
Same Defendant X New Defendant ______
Magistrate Judge Case Number 19-MJ-6087-MPK
Search Warrant Case Number See additional information
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Gamal Abdelaziz Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ______

Address (City & State) Las Vegas, NV

Birth date (Yr only): 1956 SSN (last4#): 4560 Sex M Race: White Nationality: USA

**Defense Counsel if known:** ______ Address ______

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** Eric S. Rosen Bar Number if applicable NY4412326

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested ☑ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ______

☐ Already in Federal Custody as of ______ in ______.
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 13

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 01/14/2020 Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-10080-NMG

**Name of Defendant** Gamal Abdelaziz

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting. | 4-10 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding and Abetting | 11,12 |
| Set 6 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 13 |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 9 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. X Case No. 19-10080-NMG
Same Defendant X New Defendant ______
Magistrate Judge Case Number 19-MJ-6087-MPK
Search Warrant Case Number See additional information
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Diane Blake Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ______

Address (City & State) San Francisco, CA

Birth date (Yr only): 1965 SSN (last4#): 0175 Sex W Race: White Nationality: USA

**Defense Counsel if known:** ______ Address ______

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** Eric S. Rosen Bar Number if applicable NY4412326

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested ☑ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ______

☐ Already in Federal Custody as of ______ in ______.
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 13

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 01/14/2020 Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-10080-NMG

**Name of Defendant** Diane Blake

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting. | 4-10 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding and Abetting | 11,12 |
| Set 6 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 13 |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 9 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. X Case No. 19-10080-NMG
Same Defendant X New Defendant
Magistrate Judge Case Number 19-MJ-6087-MPK
Search Warrant Case Number See additional information
R 20/R 40 from District of

**Defendant Information:**

Defendant Name Todd Blake Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name

Address (City & State) San Francisco, CA

Birth date (Yr only): 1965 SSN (last4#): 4272 Sex M Race: White Nationality: USA

**Defense Counsel if known:** Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA** Eric S. Rosen Bar Number if applicable NY4412326

**Interpreter:** ☐ Yes ☑ No List language and/or dialect:

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested ☑ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of in .
☐ Already in State Custody at ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: on

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 13

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 01/14/2020 Signature of AUSA:

**District Court Case Number** (To be filled in by deputy clerk): 19-10080-NMG

**Name of Defendant** Todd Blake

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting. | 4-10 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding and Abetting | 11, 12 |
| Set 6 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 13 |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 9 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK 18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK 19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK 18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** — **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. X Case No. 19-10080-NMG
Same Defendant X New Defendant
Magistrate Judge Case Number 19-MJ-6087-MPK
Search Warrant Case Number See additional information
R 20/R 40 from District of

**Defendant Information:**

Defendant Name I-Hsin "Joey" Chen Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name

Address (City & State) Newport Beach, CA

Birth date (Yr only): 1954 SSN (last4#): 1777 Sex M Race: Asian Nationality: USA

**Defense Counsel if known:** Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA** Eric S. Rosen Bar Number if applicable NY4412326

**Interpreter:** ☐ Yes ☑ No List language and/or dialect:

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested ☑ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of in .
☐ Already in State Custody at ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: on

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 13

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 01/14/2020 Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-10080-NMG

**Name of Defendant** I-Hsin "Joey" Chen

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting. | 4-10 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding and Abetting | 11,12 |
| Set 6 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 13 |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 9 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. X Case No. 19-10080-NMG
Same Defendant X New Defendant ______
Magistrate Judge Case Number 19-MJ-6087-MPK
Search Warrant Case Number See additional information
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Mossimo Giannulli Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ______

Address (City & State) Los Angeles, CA

Birth date (Yr only): 1966 SSN (last4#): 8718 Sex M Race: White Nationality: USA

**Defense Counsel if known:** ______ Address ______

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** Eric S. Rosen Bar Number if applicable NY4412326

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested ☑ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ______

☐ Already in Federal Custody as of ______ in ______ .
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 13

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 01/14/2020 Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-10080-NMG

**Name of Defendant** Mossimo Giannulli

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Birbery | 2 |
| Set 3 | 18 U.S.C. § 1956(h) | Mondey Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting. | 4-10 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding and Abetting | 11,12 |
| Set 6 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 13 |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 9 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK 18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK 19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK 18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** — **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. X Case No. 19-10080-NMG
Same Defendant X New Defendant ______
Magistrate Judge Case Number 19-MJ-6087-MPK
Search Warrant Case Number See additional information
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Lori Loughlin Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ______

Address (City & State) Los Angeles, CA

Birth date (Yr only): 1964 SSN (last4#): 7715 Sex W Race: White Nationality: USA

**Defense Counsel if known:** ______ Address ______

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** Eric S. Rosen Bar Number if applicable NY4412326

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested ☑ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ______

☐ Already in Federal Custody as of ______ in ______.
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 13

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 01/14/2020 Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-10080-NMG

**Name of Defendant** Lori Loughlin

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting. | 4-10 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding and Abetting | 11,12 |
| Set 6 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 13 |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 9 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK 18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK 19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK 18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. X Case No. 19-10080-NMG
Same Defendant X New Defendant ______
Magistrate Judge Case Number 19-MJ-6087-MPK
Search Warrant Case Number See additional information
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Elisabeth Kimmel Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ______

Address (City & State) Las Vegas, NV

Birth date (Yr only): 1964 SSN (last4#): 8114 Sex W Race: White Nationality: USA

**Defense Counsel if known:** ______ Address ______

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** Eric S. Rosen Bar Number if applicable NY4412326

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested ☑ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ______

☐ Already in Federal Custody as of ______ in ______.
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 13

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 01/14/2020 Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-10080-NMG

**Name of Defendant** Elisabeth Kimmel

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundrering Conspiracy | 3 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting. | 4-10 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding and Abetting | 11,12 |
| Set 6 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 13 |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 9 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. X Case No. 19-10080-NMG
Same Defendant X New Defendant ______
Magistrate Judge Case Number 19-MJ-6087-MPK
Search Warrant Case Number See additional information
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name William McGlashan, Jr. Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ______

Address (City & State) Mill Valley, CA

Birth date (Yr only): 1963 SSN (last4#): 8399 Sex M Race: White Nationality: USA

**Defense Counsel if known:** ______ Address ______

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** Eric S. Rosen Bar Number if applicable NY4412326

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested ☑ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ______

☐ Already in Federal Custody as of ______ in ______.
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 13

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 01/14/2020 Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-10080-NMG

**Name of Defendant** William McGlashan

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail &Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting | 4-10 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding and Abetting | 11,12 |
| Set 6 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 13 |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 9 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK 18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK 19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK 18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. X Case No. 19-10080-NMG
Same Defendant X New Defendant
Magistrate Judge Case Number 19-MJ-6087-MPK
Search Warrant Case Number See additional information
R 20/R 40 from District of

**Defendant Information:**

Defendant Name Marci Palatella Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name

Address (City & State) Hillsborough, CA

Birth date (Yr only): 1955 SSN (last4#): 5012 Sex W Race: White Nationality: USA

**Defense Counsel if known:** Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA** Eric S. Rosen Bar Number if applicable NY4412326

**Interpreter:** ☐ Yes ☑ No List language and/or dialect:

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested ☑ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of in .
☐ Already in State Custody at ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: on

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 13

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 01/14/2020 Signature of AUSA: [signature]

**District Court Case Number** (To be filled in by deputy clerk): 19-10080-NMG

**Name of Defendant** Marci Palatella

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting. | 4-10 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding and Abetting | 11, 12 |
| Set 6 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 13 |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 9 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK 18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK 19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK 18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. X Case No. 19-10080-NMG
Same Defendant X New Defendant ______
Magistrate Judge Case Number 19-MJ-6087-MPK
Search Warrant Case Number See additional information
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name John Wilson Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ______

Address (City & State) Hyannis Port, MA

Birth date (Yr only): 1959 SSN (last4#): 0685 Sex M Race: White Nationality: USA

**Defense Counsel if known:** ______ Address ______

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** Eric S. Rosen Bar Number if applicable NY4412326

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested ☑ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ______

☐ Already in Federal Custody as of ______ in ______.
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 13

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 01/14/2020 Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-10080-NMG

**Name of Defendant** John Wilson

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting | 4-10 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding and Abetting | 11, 12 |
| Set 6 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 13 |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 9 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK 18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK 19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK 18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. X Case No. 19-10080-NMG
Same Defendant X New Defendant ______
Magistrate Judge Case Number 19-MJ-6087-MPK
Search Warrant Case Number See additional information
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Homayoun Zadeh Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ______

Address (City & State) Calabasas, CA

Birth date (Yr only): 1961 SSN (last4#): 4306 Sex M Race: White Nationality: USA

**Defense Counsel if known:** ______ Address ______

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** Eric S. Rosen Bar Number if applicable NY4412326

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested ☑ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ______

☐ Already in Federal Custody as of ______ in ______ .
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 13

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 01/14/2020 Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-10080-NMG

**Name of Defendant** Homayoun Zadeh

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Program Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting. | 4-10 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding and Abetting | 11,12 |
| Set 6 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 13 |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 9 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK 18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK 19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK 18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. X Case No. 19-10080-NMG
Same Defendant X New Defendant ______
Magistrate Judge Case Number 19-MJ-6087-MPK
Search Warrant Case Number See additional information
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Robert Zangrillo Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ______

Address (City & State) Miami Beach, FL

Birth date (Yr only): 1966 SSN (last4#): 8400 Sex M Race: White Nationality: USA

**Defense Counsel if known:** ______ Address ______

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** Eric S. Rosen Bar Number if applicable NY4412326

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested ☑ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ______

☐ Already in Federal Custody as of ______ in ______.
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 13

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 01/14/2020 Signature of AUSA: [signature]

**District Court Case Number** (To be filled in by deputy clerk): 19-10080-NMG

**Name of Defendant** Robert Zangrillo

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting. | 4-10 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding and Abetting | 11,12 |
| Set 6 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 13 |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 9 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK 18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK 19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK 18-7227-MPK, 19-6029-MPK, 19-6030-MPK