UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No.: 19-10080-NMG |
| | ) |
| DAVID SIDOO et. al. | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | |

ASSENTED TO MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS TO COMPEL

The United States of America, by Andrew E. Lelling, United States Attorney, and Eric S. Rosen, Assistant United States Attorney for the District of Massachusetts, respectfully files this assented to motion to file a consolidated oversized brief in opposition to the Defendants' motions to compel filed at Dkts. 693, 697 and 699.

As grounds for this motion, counsel for the Government states that the briefing submitted by the Defendants in support of their motions to compel amounted to approximately 61 pages. To address the numerous issues raised by the Defendants, the Government intends to file a single consolidated brief of approximately 41 pages. As further grounds for this motion, the Government states that the Defendants do not oppose this motion.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney


By:     /s/ Eric S. Rosen
        Eric S. Rosen
        Assistant United States Attorney
        617/748-3412

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                                                _s/Eric S. Rosen_____
                                                Eric S. Rosen
                                                Assistant United States Attorney

Local Rule 7.1 Certification

      I hereby certify that the government has conferred with counsel for the defendants as set forth above, who consent to this motion.

Date: January 14, 2020

3