UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 19-CR-10080 |
| ) | |
| DAVID SIDOO, *et al.*, ) | |
| Defendants. ) | |

### DEFENDANT ROBERT ZANGRILLO'S ENTRY OF A PLEA OF NOT GUILTY AND WAIVER OF APPEARANCE FOR ARRAIGNMENT AS TO THE FOURTH SUPERSEDING INDICTMENT

I Robert Zangrillo, hereby acknowledge that I have received a copy of the fourth superseding indictment in this case. I understand that I have the right to appear personally at my arraignment pursuant to Rule 43 of the Fed. R. Crim. P. and that I have the right to have the indictment read to me in open court as well.

I have talked about the charges in the indictment with my attorneys and I understand the nature of the offenses I am charged with and also understand my right to be at an arraignment. I have chosen to waive my appearance for arraignment and request that my plea of NOT GUILTY be entered on my behalf under Fed. R. Crim. P. 10(b).

_____
Robert Zangrillo

1

        **/s/ Martin G. Weinberg**
        Martin G. Weinberg, Esq.
        Mass. Bar No. 519480
        20 Park Plaza, Suite 1000
        Boston, MA 02116
        (617) 227-3700
        owlmgw@att.net


        **/s/ Nicholas Theodorou**
        Nicholas Theodorou
        Foley Hoag LLP
        155 Seaport Boulevard
        Boston, MA 02210
        (617) 832-1163
        ntheodorou@foleyhoag.com


        **/s/ Matthew L. Schwartz**
        Matthew L. Schwartz
        Boies Schiller Flexner
        55 Hudson Yards, 20th Floor
        New York, NY 1001
        (212) 303-3646
        mlschwartz@bsfllp.com


Dated: January 28, 2020


## CERTIFICATE OF SERVICE

     I, Martin G. Weinberg, hereby certify that on this date, January 28, 2020, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants, including Eric S. Rosen, Assistant United States Attorney.

        **/s/ Martin G. Weinberg**
        Martin G. Weinberg, Esq.