UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAVID SIDOO, et al )<br>Defendants ) | CRIMINAL NO. 19-10080 |

**DEFENDANT ROBERT ZANGRILLO'S MOTION FOR LEAVE TO FILE 2-PAGE SUR-SUR-REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR PRODUCTION OF EXCULPATORY EVIDENCE REGARDING TITLE III INTERCEPTIONS AND CONSENSUAL RECORDINGS AND FOR OTHER APPROPRIATE RELIEF**

Now comes the Defendant Robert Zangrillo, by and through undersigned counsel, and hereby respectfully requests that this Honorable Court grant him leave to file a Sur-Sur-Reply in support of Defendants' Motion for Production of Exculpatory Evidence Regarding Title III Interceptions and Consensual Recordings. As grounds and reasons therefor, Mr. Zangrillo states that he wants to bring to the Court's attention several non-produced Title III interceptions that are material. His proposed 2-page filing, attached hereto as Exhibit 1, identifies text messages with a prospective tutor expressly referencing potential assistance for Mr. Zangrillo's daughter, a call relating to Singer's efforts to get students admitted to college through athletics, and powerful impeachment evidence highly probative of Singer's dishonesty and disrespect for the law.

**WHEREFORE**, Mr. Zangrillo respectfully requests that this Honorable Court grant him leave to file his Sur-Sur-Reply in support of Defendants' Motion for Production of Exculpatory

1

Evidence Regarding Title III Interceptions and Consensual Recordings.

## COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel has conferred with counsel for the government, and the government, by and through AUSA Rosen, objects to Mr. Zangrillo's request for leave to file a sur-sur-reply.

> Respectfully Submitted,
> ROBERT ZANGRILLO
> By His Attorney,
>
> **/s/ Martin G. Weinberg**
> Martin G. Weinberg, Esq.
> Mass. Bar No. 519480
> 20 Park Plaza, Suite 1000
> Boston, MA 02116
> (617) 227-3700
> owlmgw@att.net

Dated: February 6, 2020

## CERTIFICATE OF SERVICE

I, Martin G. Weinberg, hereby certify that on this date, February 6, 2020, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

> **/s/ Martin G. Weinberg**
> Martin G. Weinberg, Esq.