UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) ) | CRIMINAL NO. 19-10080 |
| DAVID SIDOO, et al<br>Defendants | ) ) ) ) ) | |

**DEFENDANT ROBERT ZANGRILLO'S MEMORANDUM REGARDING TRIAL GROUPINGS**

Defendant Robert Zangrillo respectfully files this memorandum in response to the Court's Order directing the parties to propose groupings of defendants for trial in this matter and in response to the government's proposed trial groupings. Dkt. 705, 799.

Should the Court determine that it is in the interests of justice to schedule trials now in advance of any rulings on substantive motions, including motions by the defendants relevant to severance and dismissal, Mr. Zangrillo joins the proposal for groupings of the Defendant Elizabeth Kimmel. Dkt. 847.

Respectfully Submitted,
ROBERT ZANGRILLO
By His Attorney,

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
Mass. Bar No. 519480
20 Park Plaza, Suite 1000

1

                                                 Boston, MA 02116
                                                 (617) 227-3700
                                                 owlmgw@att.net

Dated: February 12, 2020

## **CERTIFICATE OF SERVICE**

      I, Martin G. Weinberg, hereby certify that on this date, February 12, 2020, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

                                                **/s/ Martin G. Weinberg**
                                               Martin G. Weinberg, Esq.