United States District Court
District of Massachusetts

|  |  |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | |
| ) | Criminal Action No. |
| v. ) | 19-10080-NMG |
| Sidoo et al., ) | |
| Defendants. ) | |

NOTICE

GORTON, J.

With respect to the pre-trial phase of this case, the Court hastens to add a prohibition to the forewarning expressed at the recent status conference. Henceforth, counsel shall not send correspondence to the Court about activities of opposing counsel. If counsel become aware of alleged objectionable conduct, they will file appropriate pleadings in the case or bring it to the Court's attention at scheduled status conferences, not address letters to the presiding judicial officer.

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

DATED: March 2, 2020