UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID SIDOO, ET AL.<br>　　　　　Defendant. | )<br>)<br>)<br>) CRIMINAL NO.  19-cr-10080-NMG<br>)<br>)<br>) |

NOTICE OF ATTORNEY APPEARANCE

Please include the undersigned as counsel for the plaintiff, United States of America, for the purposes of notification of filings in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA
　　　　　　　　　　　　　　　　　　　By its attorneys

　　　　　　　　　　　　　　　　　　　ANDREW E. LELLING
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　By:　　 */s/ Karin M. Bell*
　　　　　　　　　　　　　　　　　　　KARIN M. BELL
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　1 Courthouse Way, Suite 9200
　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　(617) 748-3100

DATE: March 2, 2020

CERTIFICATE OF SERVICE

　　　I hereby certify that on this day, this document was filed through the ECF system and sent electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

　　　　　　　　　　　　　　　　　　　 */s/ Karin M. Bell*
　　　　　　　　　　　　　　　　　　　KARIN M. BELL
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney