UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAVID SIDOO, et al )<br>          Defendants ) | CRIMINAL NO. 19-10080 |

**JOINT STATUS REPORT**

Now come the Defendants and the Government, by and through undersigned counsel, and respectfully submit the following jointly proposed discovery schedule in anticipation of the trial in this matter set to begin on September 29, 2020:

- **July 17, 2020**: Government exhibits and witness lists, FRE 404(b), and *Giglio*/impeachment evidence as required by L.R.116.2(b)(2) will be produced at this time as will reciprocal discovery from the defendants who are scheduled for trial at this time.

- With regards to *Giglio*/impeachment material, the Government intends to disclose as part of upcoming productions as much *Giglio*/impeachment material as it can, and will have ongoing productions throughout the pendency of the case as it prepares for trial.

- **August 14, 2020**: Defense exhibit and witness lists will be produced from the defendants who are scheduled for trial at this time.

- **August 21, 2020**: The parties will meet and confer on issues regarding authenticity and admissibility to attempt to minimize calling document custodians and the like.

- **September 1, 2020**: Motions *in limine*, *voir dire*, and jury instructions, with responses due on September 8, 2020.

- The parties reserve the right to supplement their exhibit lists as we get closer to trial.

Respectfully Submitted,
ROBERT ZANGRILLO
By His Attorney,

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

On behalf of all Defendants currently scheduled to commence trial on September 29, 2020

ANDREW E. LELLING
United States Attorney

By: **/s/ Eric S. Rosen**
ERIC S. ROSEN
JUSTIN D. O'CONNELL
LESLIE A. WRIGHT
KRISTEN A. KEARNEY
Assistant United States Attorneys

Dated: March 9, 2020

## CERTIFICATE OF SERVICE

I, Martin G. Weinberg, hereby certify that on this date, March 9, 2020, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.