IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>SIDOO, et al.,<br><br>        Defendants. | Criminal No. 1:19-CR-10080 |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel on behalf of the non-party University of Southern California in the above-captioned matter.

                                              Respectfully submitted,

                                              UNIVERSITY OF SOUTHERN CALIFORNIA,

                                              By its attorney,

                                              */s/ William H. Kettlewell*
                                              William H. Kettlewell (BBO# 270320)
                                              HOGAN LOVELLS US LLP
                                              125 High Street, Suite 2010
                                              Boston, MA  02110
                                              617-371-1000
                                              bill.kettlewell@hoganlovells.com

March 12, 2020

2

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on March 12, 2020.

                                           */s/ William H. Kettlewell*