THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. 1:19-CR-10080 |
| v. ) | |
| ) | |
| SIDOO, et al., ) | |
| ) | |
| Defendants. ) | |

**NONPARTY UNIVERSITY OF SOUTHERN CALIFORNIA'S
MOTION FOR ADDITIONAL TIME TO OBJECT TO MAGISTRATE JUDGE KELLEY'S
RULING ON REDACTIONS OF STUDENT INFORMATION**

Nonparty University of Southern California ("USC"), by and through undersigned counsel, moves this Honorable Court for a two week extension of time within which to file its Objections to Magistrate Judge Kelley's Order concerning Defendant Zangrillo's Rule 17(c) subpoena. In support of this motion, USC states that on March 3, 2020, Magistrate Judge Kelley issued an Order requiring USC, among other things, to produce certain documents and materials, unrelated to any students involved in the Varsity Blues scandal, which it had previously redacted of student identifying information pursuant to The Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. § 1232g.  Dkt. No. 913.  USC is considering filing objections to the Order on the narrow issue of protecting the students' information. Rule 59 of the Federal Rules of Criminal Procedure requires USC to file such objections with 14 days of the Order.

Because of the unprecedented crisis the Covid-19 pandemic has posed to USC, which is responsible for the health and well-being of approximately 44,000 students and thousands of employees, the administration has been unable to dedicate the necessary time to considering fully the issues raised by the Magistrate Judge's Order.  The response to Covid-19 is understandably occupying the administration full time, as USC grapples with numerous complex operational issues, including, among other things, transitioning to online learning for all courses, determining whether to cancel hundreds of events,

cancelling study abroad programs and ensuring those students can return to the U.S. to resume their studies, and determining appropriate support measures for USC's work force, including student workers who depend on their university employment to pay for their education. Accordingly, USC respectfully requests an additional 14 days to file its Objections to Magistrate Judge Kelley's Order concerning Defendant Zangrillo's Rule 17(c) subpoena.

## COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel has conferred with the Government and Defense counsel. The Government assents to the requested relief, while Defense counsel opposes.

Respectfully submitted,

**NON-PARTY UNIVERSITY OF SOUTHERN CALIFORNIA**

By its Attorneys,

/s/ *Anthony E. Fuller*
Anthony E. Fuller (BBO No. 633246)
William H. Kettlewell (BBO No. 270320)
Elizabeth C. Pignatelli (BBO No. 677923)
Hogan Lovells US, LLP
125 High Street, Suite 2010
Boston, MA  02110
(617) 371-1000
anthony.fuller@hoganlovells.com
elizabeth.pignatelli@hoganlovells.com


/s/ *Douglas M. Fuchs*
Douglas M. Fuchs (admitted *Pro Hac Vice*)
Debra Wong Yang (admitted *Pro Hac Vice*)
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071
(213) 229-7000
dfuch@gibsondunn.com
dwongyang@gibsondunn.com

March 12, 2020