UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)    CRIMINAL NO. 19-10080<br>DAVID SIDOO, et al )<br>        Defendants ) | |

**DEFENDANT ROBERT ZANGRILLO'S RESPONSE TO NONPARTY UNIVERSITY OF SOUTHERN CALIFORNIA'S MOTION FOR ADDITIONAL TIME TO OBJECT TO MAGISTRATE JUDGE KELLEY'S RULING ON REDACTIONS OF STUDENT INFORMATION**

Now comes the Defendant Robert Zangrillo, by and through undersigned counsel, and hereby submits this Response in Opposition to Nonparty University of Southern California's ("USC") Motion for Additional Time to Object to Magistrate Judge Kelley's Ruling on Redactions of Student Information.  Ordinarily, undersigned counsel would assent to this request, but feels compelled to oppose it here given USC's past delays and misleading representations in connection with this litigation, (*see* Dkt. 913 at 3 where the Magistrate Judge found that USC "made misleading representations about its admissions practices and the redactions to the materials.").  The defense is sensitive to USC's obligations to its students regarding the Covid-19 pandemic, but the signatories to the motion have represented USC throughout the nine months of litigation and have more than sufficient resources and experience to frame objections and litigate any appeal without seeking more time to file a legal pleading.

1

USC indicates that it is considering pursuit of a limited appeal, focused on the "narrow issue of protecting the students' information." Dkt. 935 at 1. If this Honorable Court determines that an extension is warranted, and in order to avoid further and unnecessary delays in USC's responding to the Court's Order of March 3, 2020 (Dkt. 913) (hereinafter "Order"), the Defendant requests USC be required to produce forthwith, any documents, in whole or in part, that are currently redacted but would not be the subject of USC's limited appeal which, as stated, would be limited to that portion of the Order that includes academic information or information identifying a specific student.

        Respectfully Submitted,
        Robert Zangrillo
        By His Attorney,

        **/s/ Martin G. Weinberg**
        Martin G. Weinberg
        Mass. Bar No. 519480
        20 Park Plaza, Suite 1000
        Boston, MA 02116
        (617) 227-3700
        owlmgw@att.net

Dated: March 13, 2019

## CERTIFICATE OF SERVICE

I, Martin G. Weinberg, hereby certify that on this date, March 13, 2019, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.