United States District Court
District of Massachusetts

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Sidoo et al.,<br><br>Defendants. | Criminal Action No.<br>19-10080-NMG |

ORDER

GORTON, J.

Motion of Nonparty University of Southern California ("the nonparty") for additional time (Docket No. 935) is allowed, in part, and denied, in part. The nonparty's objections to Magistrate Judge Kelley's ruling, if any, shall be filed on or before Tuesday, March 24, 2020, at which time the nonparty shall also produce documents that are currently redacted but are not subject to its limited appeal.

So ordered.

_____
Nathaniel M. Gorton
United States District Judge

Dated March 17, 2020

- 1 -