**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

------------------------------------------------------------x
                             :

UNITED STATES OF AMERICA,       :

           Plaintiff,     :

                       :  Criminal No. 1:19-cr-10080-NMG
     v.                :  Granted November 20, 2019, November 25,
                       :  2019 and November 26, 2019
DAVID SIDOO, ET AL,         :

           Defendants.   :

                       :
------------------------------------------------------------x

### NON-PARTY UNIVERSITY OF SOUTHERN CALIFORNIA'S OBJECTION AND MOTION TO MODIFY ORDER ON DEFENDANT ZANGRILLO'S RULE 17 (c) SUBPOENA

Non-party University of Southern California ("USC"), pursuant to Rule 59(a) of the Federal Rules of Criminal Procedure, hereby objects to Magistrate Judge Kelley's Order of March 3, 2020 (Dkt. 913) ("the Order") to the extent it requires USC to produce materials to Defendant Zangrillo that contain the names and identifying information of USC students. As set forth more fully in its accompanying Memorandum, USC requests that the Order be modified so that USC may redact students' names and other identifying information in documents produced to the defense and so that all parties to this criminal case are prohibited from disclosing the names and other identifying information of USC students named in any unredacted documents that USC produced to the Government during its investigation of this matter and which were subsequently produced to the Defendants.

## LOCAL RULE 7.1(a)(2) and 116.3(f) CERTIFICATION

Undersigned counsel certifies that counsel for the parties have conferred in good faith in an effort to narrow the issues raised by this Motion.

Respectfully submitted,
UNIVERSITY OF SOUTHERN CALIFORNIA,
By its attorneys,


*/s/ Debra Wong Yang*
Debra Wong Yang (Admitted *Pro Hac Vice*)
Douglas M. Fuchs (Admitted *Pro Hac Vice*)
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213)229-7000
dwongyang@gibsondunn.com
dfuchs@gibsondunn.com

*/s/ Anthony E. Fuller*
Anthony E. Fuller (BBO #633246)
William H. Kettlewell (BBO# 270320)
Elizabeth C. Pignatelli (BBO #677923)
HOGAN LOVELLS US LLP
125 High St., Suite 2010
Boston, MA  02110
(617) 371-1000
anthony.fuller@hoganlovells.com
bill.kettlewell@hoganlovells.com
elizabeth.pignatelli@hoganlovells.com

Dated: March 18, 2020