UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAVID SIDOO, et al )<br>Defendants )<br>)<br>) | CRIMINAL NO. 19-CR-10080 |

**DEFENDANT ROBERT ZANGRILLO'S ASSENTED-TO MOTION FOR LEAVE TO FILE EXTRA-LONG AND PARTIALLY SEALED RESPONSE IN OPPOSITON TO NONPARTY UNIVERSITY OF SOUTHERN CALIFORNIA'S OBJECTION AND MOTION TO MODIFY ORDER ON HIS RULE 17(c) SUBPOENA**

Defendant Robert Zangrillo, by and through undersigned counsel, hereby respectfully moves this Honorable Court for leave to file partially under seal his Response in Opposition to Nonparty University of Southern California's ("USC") Objection and Motion to Modify Order on his Rule 17(c) Subpoena. As grounds and reasons therefor, Mr. Zangrillo states that USC's objection and accompanying exhibits were filed partially under seal and that certain portions of his Response require redaction under the operative Protective Order in this case, *see* Dkt. 377, and other portions require redaction or sealing under the Confidentiality Order governing materials produced by USC, *see* Dkt. 604. Mr. Zangrillo intends to file a redacted copy of his Response and accompanying exhibits in the public record and deliver a full copy of the materials to the Court for filing under seal.

Mr. Zangrillo further respectfully requests leave to file an extra-long Response of approximately twenty-nine pages. As grounds and reasons therefor, Mr. Zangrillo states that

1

additional pages are necessary to provide the Court with required context regarding the more than nine months of litigation on Mr. Zangrillo's Rule 17(c) Subpoena and the hundreds of pages of documents that have been produced to date.

**WHEREFORE**, Mr. Zangrillo respectfully requests that this Honorable Court allow him leave to file his extra-long Response to USC's Objection and Motion to Modify partially under seal.

## COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel conferred with counsel for USC, and USC assents to both Mr. Zangrillo's request to file his Response partially under seal and his request to exceed the applicable page limit.

> Respectfully Submitted,
> Robert Zangrillo
> By His Attorney,
>
> **/s/ Martin G. Weinberg**
> Martin G. Weinberg
> Mass. Bar No. 519480
> 20 Park Plaza, Suite 1000
> Boston, MA 02116
> (617) 227-3700
> owlmgw@att.net

Dated: March 23, 2020

## CERTIFICATE OF SERVICE

I, Martin G. Weinberg, hereby certify that on this date, March 23, 2020, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.