# Exhibit 1

| | |
|---|---|
| **From:** | Rick Singer ███████████ |
| **To:** | Donna Heinel ███████████ |
| **Sent:** | 6/26/2018 12:57:41 PM |
| **Subject:** | Re: USC!!! |

Thx

Sent from my iPhone

On Jun 26, 2018, at 12:14 PM, Donna Heinel ███████████ wrote:

No I didn't get her through subculture I got her through the transfer process. She was not presented as an athlete we just advocated for her with Tim and Kirk as a transfer. She went over on our VIP list for transfers

Sent from my iPhone

On Jun 26, 2018, at 9:09 AM, Rick Singer ███████████ wrote:

Thank you

Sent from my iPhone

On Jun 26, 2018, at 11:57 AM, Donna Heinel ███████████ wrote:

I couldn't get her in for the fall term because of her movement to different colleges but I was able to get her into the spring

Sent from my iPhone

On Jun 26, 2018, at 7:39 AM, Rick Singer ███████████ wrote:

Was ████ accepted through athletics

Sent from my iPhone

Begin forwarded message:

**From:** Bob Zangrillo ███████████
**Date:** June 26, 2018 at 9:09:19 AM EDT
**To:** Rick Singer ███████████
**Subject: Fwd: USC!!!**

FYI

**DRAGON** | GLOBAL
**Robert Zangrillo**
*Chairman & CEO*

NOTICE TO RECIPIENT: This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation

Begin forwarded message:

**From:** █████ Zangrillo █████
**Date:** June 17, 2018 at 2:53:49 PM EDT
**To:** Bob Zangrillo █████
**Subject: USC!!!**

# Exhibit 2

| **From:** | Rick Singer |
| **Sent:** | Monday, August 28, 2017 4:09 PM |
| **To:** | Donna Heinel |
| **Subject:** | Re: These are the athletes I have from you |

      Zangrillo- transfer

Sent from my iPhone

On Aug 28, 2017, at 12:47 PM, Donna Heinel            wrote:

|  | Donna Heinel | Rowing | FR |
|---|---|---|---|
|  | Donna Heinel | Baseball | FR |
|  | Donna Heinel | MVB | FR |
| Zangrillo | Donna Heinel | ___ | TR |
|  | Donna Heinel | WVB | FR |
|  | Donna Heinel | Baseball | FR |
|  | Donna Heinel | MTEN | FR |
|  | Donna Heinel | MWP | FR |
|  | Donna Heinel | MFB | FR |
|  | Donna Heinel | WBSK | FR |
|  | Donna Heinel | MTK | FR |

*Donna C. Heinel Ed.D*
*Senior Associate Athletic Director/SWA*
*Associate Professor-Rossier School of Education*
*University of Southern California*

CONFIDENTIALITY NOTICE: This communication and any documents, files, or previous e-mail messages attached to it, constitute an electronic communication within the scope of the Electronic Communication Privacy Act, 18 USCA 2510. This communication may contain non-public, confidential, or legally privileged information intended for the sole use of the designated recipient(s). The unlawful interception, use, or disclosure of such information is strictly prohibited under 18 USCA 2511 and any applicable laws.

# Exhibit 3

# FILED UNDER SEAL

# Exhibit 4

# FILED UNDER SEAL

# Exhibit 5

# FILED UNDER SEAL

# Exhibit 6
# FILED UNDER SEAL

# Exhibit 7
# FILED UNDER SEAL

# Exhibit 8

# FILED UNDER SEAL

# Exhibit 9
# FILED UNDER SEAL

# Exhibit 10
# FILED UNDER SEAL

# Exhibit 11
# FILED UNDER SEAL

# Exhibit 12



# Transfer Student Profile and Admission Information 2018 - 2019

## Fall 2018 Entering Transfer Class

| | |
|---|---|
| New undergraduate transfer students | 1,448 |
| | |
| From California Community Colleges | 49% |
| From UC or CSU | 9% |
| From California Independent Institutions | 7% |
| From U.S. Colleges Outside California | 31% |
| From Colleges Outside U.S. | 3% |
| | |
| From preferred European Institutions | 7% |
| | |
| Average age on first day of USC classes | 21 |
| | |
| Scions (legacy students) | 30% |
| First generation college goers | 28% |
| | |
| U.S. Military Veteran | 22 |
| U.S. Military Active Service | 2 |
| U.S. Military Reservist / National Guard | 4 |
| U.S. Military Dependent | 10 |

### Gender

| | |
|---|---|
| Female | 51% |
| Male | 49% |

### Race/Ethnicity

| | |
|---|---|
| African American | 4% |
| Latino / Hispanic | 19% |
| Native American / Pacific Islander | <1% |
| Asian / Asian American | 21% |
| Caucasian | 38% |
| Multi-ethnic | 5% |
| International (student visa holders) | 11% |
| Ethnicity not reported | 2% |

### Most Represented Sending Institutions

| | |
|---|---|
| Santa Monica College, CA | 146 |
| Pasadena City College, CA | 70 |
| The American University of Paris, France | 51 |
| El Camino College, CA | 41 |
| Moorpark College, CA | 38 |
| Glendale Community College, CA | 26 |
| L.A. Pierce College, CA | 26 |
| College of the Canyons, CA | 24 |
| Irvine Valley College, CA | 22 |
| Mount San Antonio College, CA | 22 |

### Academic Distribution

| | |
|---|---|
| Dornsife College of Letters, Arts and Sciences | 38% |
| Marshall School of Business | 22% |
| Viterbi School of Engineering | 10% |
| USC's Arts Schools | 9% |
| (Architecture, Cinematic Arts, Kaufman School of Dance, Dramatic Arts, Roski School of Art and Design, Thornton School of Music) | |
| Annenberg School for Comm. & Journalism | 8% |
| Undeclared | 5% |
| Price School of Public Policy | 3% |
| Ostrow School of Dentistry (Dental Hygiene) | 2% |
| Keck School of Medicine (Health Studies) | 1% |
| Davis School of Gerontology | <1% |

### Pre-Professional Emphases

| | |
|---|---|
| Pre-Accounting | 7% |
| Pre-Law | 9% |
| Pre-Medicine | 8% |
| Pre-Health (Dentistry, Pharmacy, PT, etc.) | 4% |
| Pre-Teaching | 2% |

| | Fall Enrolls | Fall Admits | Fall Applicants |
|---|---|---|---|
| | 1,448 | 2,338 | 9,673 |
| | 62% yield | 24% admit rate | |
| Mean transferable college GPA | 3.70 | 3.74 | 3.46 |
| Mean transferable semester units | 45 | 46 | 46 |
| From 2-year institution | 53% | 55% | 58% |
| From 4-year institution | 47% | 45% | 41% |
| From public institution | 74% | 75% | 79% |
| From private institution | 26% | 25% | 21% |
| From colleges in California | 66% | 64% | 63% |
| From colleges outside CA, but in U.S. | 31% | 34% | 34% |
| From colleges outside of the U.S. | 3% | 2% | 3% |
| Different colleges represented | 330 | 458 | 1,294 |

## Cost and Financial Aid

USC practices need-blind admission. A student's ability to pay has no bearing on his or her admission.

USC has a long tradition of fully meeting the USC-determined need of undergraduates through a combination of need-based grants, Federal Work-Study and loans.

Over 60% of the incoming class received some form of financial assistance.

Although international students are not eligible to receive federal or USC need-based financial aid, they may be awarded merit scholarships and/or other departmental awards. Financial assistance is available for undocumented students who meet certain criteria; AB 540 students may be eligible to receive a Cal Grant.

### Info Used to Determine Financial Aid Eligibility
- CSS Profile
- FAFSA
- Other specific information may be required, depending upon family's situation

### 2018-19 Undergraduate Annual Cost of Attendance

| | |
|---|---|
| Tuition and fees | $56,225 |
| Room and board | $15,395 |
| Miscellaneous expenses and transportation | $2,005 |
| Books and supplies | $1,200 |
| **Annual Total** | **$74,825** |

## 2019 Transfer Application Process

USC accepts the Common Application exclusively.

### Required Application Materials
- Completed Common Application form
- Official transcripts from all colleges attended
- Official high school transcripts
- Essay and responses to short answer topics

### Optional Application Materials
- Supplemental materials and/or auditions, depending upon major
- TOEFL, IELTS or PTE-Academic results required of international applicants whose native language is not English
- SAT or ACT results, if fewer than 30 transferable semester units have been completed

### Important Dates and Deadlines

**December 1, 2018**
Application deadline for Cinematic Arts, Dance, Dramatic Arts, Iovine and Young Academy, and Music applicants

**February 1, 2019**
Application deadline for all other majors

**February 13, 2019**
FAFSA and CSS Profile due by this date for priority financial aid consideration

**March 2, 2019**
Deadline for Cal Grant application (CA residents only)

**May 31, 2019**
Transfer applicants receive a final decision, or a request for spring 2019 grades, by this date

**August 21, 2019**
New student move-in day

**August 26, 2019**
First day of fall 2019 classes

**University of Southern California, Office of Admission · 700 Childs Way, Los Angeles, California 90089-0911**

**Web and E-Mail: admission.usc.edu · Facebook: AdmitUSC · Twitter, Snapchat: @USCAdmission · Telephone: (213) 740-1111**

USC admits students of any race, color, national origin, ancestry, religion, gender identity, sexual orientation, age, physical disability or mental disability. USC's full non-discrimination policy can be found online at policies.usc.edu.