UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAVID SIDOO, et al )<br>Defendants ) | CRIMINAL NO. 19-CR-10080 |

**DEFENDANT ROBERT ZANGRILLO'S ASSENTED-TO MOTION FOR LEAVE TO FILE EXTRA-LONG AND PARTIALLY SEALED RESPONSE IN OPPOSITON TO NONPARTY UNIVERSITY OF SOUTHERN CALIFORNIA'S OBJECTION AND MOTION TO MODIFY ORDER ON HIS RULE 17(c) SUBPOENA**

Defendant Robert Zangrillo, by and through undersigned counsel, hereby respectfully moves this Honorable Court for leave to file partially under seal his Response in Opposition to Nonparty University of Southern California's ("USC") Objection and Motion to Modify Order on his Rule 17(c) Subpoena. As grounds and reasons therefor, Mr. Zangrillo states that USC's objection and accompanying exhibits were filed partially under seal and that certain portions of his Response require redaction under the operative Protective Order in this case, *see* Dkt. 377, and other portions require redaction or sealing under the Confidentiality Order governing materials produced by USC, *see* Dkt. 604. Mr. Zangrillo intends to file a redacted copy of his Response and accompanying exhibits in the public record and deliver a full copy of the materials to the Court for filing under seal.

Mr. Zangrillo further respectfully requests leave to file an extra-long Response of approximately twenty-nine pages. As grounds and reasons therefor, Mr. Zangrillo states that

1

*Motion allowed.* /s/ NMGorton, USDJ 3/24/20