# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID SIDOO, et al.,<br><br>Defendants. | Case No. 19-cr-10080-NMG |

## DEFENDANTS' MOTION TO DISMISS INDICTMENT WITH PREJUDICE OR, IN THE ALTERNATIVE, FOR SUPPRESSION OF EVIDENCE BASED ON GOVERNMENTAL MISCONDUCT AND FOR DISCOVERY AND AN EVIDENTIARY HEARING

Pursuant to Federal Rule of Criminal Procedure 12(b)(3)(C) and Local Rule 7.1, and for the reasons explained in the memorandum of law filed herewith, Defendants move to dismiss the indictment with prejudice or, in the alternative, for suppression of evidence based on governmental misconduct and for discovery and an evidentiary hearing.

## ORAL ARGUMENT REQUESTED

Pursuant to Local Rule 7.1(d), Defendants respectfully request to be heard at oral argument on this motion.

Dated: March 25, 2020

Sean M. Berkowitz (*admitted pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Phone: 312.777.7700
Fax: 312.993.9767
sean.berkowitz@lw.com

Respectfully submitted,

*/s/ William J. Trach*
William J. Trach (BBO #661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Phone: 617.948.6000
Fax: 312.993.9767
william.trach@lw.com

| | |
|---|---|
| Perry J. Viscounty (*admitted pro hac vice*)<br>LATHAM & WATKINS LLP<br>650 Town Center Drive<br>20th Floor<br>Costa Mesa, CA 92626<br>Phone: 714.540.1235<br>perry.viscounty@lw.com | Roman Martinez (*admitted pro hac vice*)<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC 20004<br>Phone: 202.637.2200<br>roman.martinez@lw.com |

*Counsel for Mossimo Giannulli and Lori Loughlin*

| | |
|---|---|
| George W. Vien (BBO #547411)<br>Joshua N. Ruby (BBO #679113)<br>DONNELLY, CONROY & GELHAAR, LLP<br>260 Franklin Street, Suite 1600<br>Boston, MA 02110<br>Phone: 617.720.2880<br>Fax: 617.720.3554<br>gwv@dcglaw.com<br>jnr@dcglaw.com | David C. Scheper (*admitted pro hac vice*)<br>SCHEPER KIM & HARRIS LLP<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>Phone: 213.613.4655<br>Fax: 213.613.4656<br>dscheper@scheperkim.com<br><br>*Counsel for Lori Loughlin* |
| Mark E. Beck (*admitted pro hac vice*)<br>Mark Beck Law, A Professional Corporation<br>350 West Colorado Boulevard<br>Suite 200<br>Pasadena, CA 91105<br>Phone: 213.596.7828<br>mbeck@markbecklaw.com<br><br>*Counsel for Mossimo Giannulli* | /s/ David E. Meier<br>David E. Meier (BBO #341710)<br>Todd & Weld LLP<br>One Federal Street, 27th Floor<br>Boston, MA 02110<br>(617) 720-2626<br>dmeier@toddweld.com |
| /s/ Brian T. Kelly<br>Brian T. Kelly (BBO No. 549566)<br>Joshua C. Sharp (BBO No. 681439)<br>Lauren M. Maynard (BBO No. 698742)<br>NIXON PEABODY LLP<br>53 State Street<br>Boston, MA 02109<br>617-345-1000<br>bkelly@nixonpeabody.com<br>jsharp@nixonpeabody.com<br>lmaynard@nixonpeabody.com | /s/ Stephen H. Sutro<br>Stephen H. Sutro, Esq.<br>Duane Morris, LLP<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105-1127<br>(415) 957-3008<br>SHSutro@duanemorris.com<br><br>*Counsel for Diane Blake and Todd Blake* |
| Robert Sheketoff (BBO No. 457340)<br>One McKinley Square<br>Boston, MA 02109<br>617-367-3449<br><br>*Counsel for Gamal Abdelaziz* | /s/ Reuben Camper Cahn<br>Reuben Camper Cahn (*pro hac vice*)<br>KELLER/ANDERLE LLP<br>18300 Von Karman Avenue, Suite 930<br>Irvine, CA 92612<br>Tel. (949) 476-8700<br>rcahn@kelleranderle.com<br><br>*Counsel for I-Hsen "Joey" Chen* |

2

*/s/ David S. Schumacher*
David S. Schumacher (BBO #647917)
HOOPER, LUNDY & BOOKMAN, P.C.
470 Atlantic Avenue, Suite 1201
Boston, MA 02210
(617) 532-2700
(617) 345-3927 (fax)
dschumacher@health-law.com

Patric Hooper (*pro hac vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
(310) 551-8111
(310) 551-8181 (fax)
phooper@health-law.com

Jordan Kearney (*pro hac vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
575 Market Street, Suite 2300
San Francisco, CA 94105
(415) 875-8500
(415) 875-8519 (fax)
jkearney@health-law.com

*Counsel for Amy and Gregory Colburn*

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO # 564879)
jpirozzolo@sidley.com
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
(617) 223-0304

John C. Hueston (*pro hac vice*)
jhueston@hueston.com
Marshall Camp (*pro hac vice*)
mcamp@hueston.com
HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
Los Angeles, CA 90014
(213) 788-4340

*Counsel for William McGlashan, Jr.*

*/s/ R. Robert Popeo*
R. Robert Popeo (BBO # 403360)
Mark E. Robinson (BBO # 423080)
Eóin P. Beirne (BBO # 660885)
Cory S. Flashner (BBO # 629205)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1605 (telephone)
(617) 542-2241 (fax)
rpopeo@mintz.com
mrobinson@mintz.com
ebeirne@mintz.com
csflashner@mintz.com

*Counsel for Elisabeth Kimmel*

*/s/ Michael K. Loucks*
Michael K. Loucks (BBO #305520)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
500 Boylston Street
Boston, MA 02116
(617) 573-4800
michael.loucks@skadden.com

Jack P. DiCanio (*pro hac vice*)
Allen J. Ruby (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
525 University Avenue
Palo Alto, CA 94301
(650) 470-4500
jack.dicanio@skadden.com
allen.ruby@skadden.com

*Counsel for Defendant Marci Palatella*

3

*/s/ Michael Kendall*
Michael Kendall (BBO # 544866)
Yakov Malkiel (BBO # 689137)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com
yakov.malkiel@whitecase.com

Andrew E. Tomback (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8428
andrew.tomback@whitecase.com

*Counsel for John Wilson*

*/s/ Tracy A. Miner*
Tracy A. Miner (BBO No. 547137)
Megan A. Siddall (BBO No. 568979)
Miner Orkand Siddall LLP
470 Atlantic Ave, 4th Floor
Boston, MA 02110
Tel.: (617) 273-8377
Fax: (617) 273-8004
tminer@mosllp.com
msiddall@mosllp.com

*Counsel for Homayoun Zadeh*

*/s/ Martin G. Weinberg*
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Matthew L. Schwartz (*admitted pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Tel.: (212) 446-2300
Fax: (212) 446-2350
E-mail:  mlschwartz@bsfllp.com

*Counsel for Robert Zangrillo*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Undersigned counsel certifies that, on March 24, 2020, he conferred with counsel for the Government in an attempt to resolve or narrow the issues raised in this motion.  The Government opposes this motion.

*/s/ William J. Trach*
William J. Trach

4

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those identified as non-registered participants.

*/s/ William J. Trach*
William J. Trach