# EXHIBIT R

1  **Call Date:**      10/25/2018

2  **Call Duration:** 06:06

3  **Call Begin [] Call End []**

4  **Call Participants:**

5      Rick Singer

6      Gamal Abdelaziz

7  **File Name:**      ▇▇▇8802 2018-10-25 18-03-21 10712-001

8  **Bates No.:**

9

10 ABDELAZIZ:    [00:00] Rick.

11 SINGER:   Gamal, tell me something good.

12 ABDELAZIZ:    Uh, (laughter) So ▇▇▇ (sp?) is loving USC.

13     Thank you so much.  How are you doing?

14 SINGER:   I'm -- I'm living life like you, big guy.

15 ABDELAZIZ:    (laughter)  It's good to hear from you.

16 SINGER:   Going well.

17 ABDELAZIZ:    How can I be of help, my friend?

18 SINGER:   Well, I -- what I want to do is I want to just --

19     one, I wanted to find out -- I'm sure she's doing great

20     because everybody loves it.  Have you -- did you guys go

21     to parents weekend last weekend or 2 weekends ago?

22 ABDELAZIZ:    Yes, we did.  We loved it.  We absolutely loved

23     it.  Got to meet a lot of people.

24 SINGER:   And has ▇▇▇ been on campus yet to see ▇▇▇

```
 1  ABDELAZIZ:     He has not.  He's got his own universe, uh,
 2       Rick, as you know.
 3  SINGER:   (laughter)  OK.  Are you still funding the universe?
 4  ABDELAZIZ:     Uh, you know, I have not because ███ has been
 5       in and out [01:00] of the school, um, because...  You
 6       know, you're talking about Columbia?
 7  SINGER:   Yeah.
 8  ABDELAZIZ:     Yeah.  He's been out more than he's been in.
 9       I've had, uh, uh, somewhat of a challenge with ███  He
10       came up with an idea and unfortunately I was too busy in
11       China and he didn't follow through on it and we ended up
12       -- he ended up, according to him, losing a $1,000,000,000
13       company.  So...
14  SINGER:   OK.  Wow.  We'll see.
15  ABDELAZIZ:     Uh, I know it's -- I know it's hard to digest
16       but he came up with an idea that Facebook has acquired
17       for -- about 3 or 4 years ago he came up with an idea.  I
18       had just landed in China.  We didn't have time to discuss
19       it.  And he claims, and I know he's not making up stuff,
20       that it's now worth a lot of money.  So we are --
21  SINGER:   OK.
22  ABDELAZIZ:     -- we've got a challenge with him.  I need to
23       get him to realize that life has [02:00] many, you know,
24       uh, setbacks and he needs to learn to just dust himself
```

1      off and start all over.  But, uh, he's stuck a little
2      bit.
3  SINGER:   OK.  Well, I'm sorry to hear that.
4  ABDELAZIZ:    Yeah, yeah.  He's -- he's in college.
5  SINGER:   So --
6  ABDELAZIZ:    I mean, he's -- he's taking his exams and he's
7      doing his thing.
8  SINGER:  OK, OK.  Well, cool.  Well, I'm in Boston.  It's
9      freezing here.
10 ABDELAZIZ:    Oh, I'm sure.  Yeah.
11 SINGER:   I just -- I had to go out and buy a jacket today.
12 ABDELAZIZ:    Oh, my God.  Yeah.  My team was there and they
13     were watching the game last night and they were telling
14     me they were freezing their butt off.
15 SINGER:  Oh, absolutely.  Absolutely.  So the reason for my
16     call is I just wanted to make sure that you knew.  So my
17     foundation, which happens to all these foundations,
18     especially as we got -- we've gotten bigger.  So we're
19     getting audited right now.
20 ABDELAZIZ:    Yes.
21 SINGER:   So -- which is typical, right.  And so they're
22     looking at all my payments --
23 ABDELAZIZ:    Yes.

```
 1   SINGER:    -- that have come into our foundation and so they

 2              asked me, you know, about the $300,000 payment, um --

 3   ABDELAZIZ:    Yes.

 4   SINGER:    -- that was made.

 5   ABDELAZIZ:    Yes.

 6   SINGER:    And so I just want you to know from the IRS, you

 7              know, I'm not going to tell the IRS anything about the

 8              fact that your $300,000, um, was paid to Donna -- Donna

 9              Heinel at USC to get ███████ into school even though she

10              wasn't a legitimate basketball player at that level.  So

11              I'm not going to -- I'm not going to say that to the IRS

12              obviously.  Are you --

13   ABDELAZIZ:    OK.

14   SINGER:    You're OK with that, right?

15   ABDELAZIZ:    Of course.

16   SINGER:    OK.  I just -- I just want to make sure.  I never

17              know with families, right.  But here's the funny thing.

18   ABDELAZIZ:    No, I -- I mean, I -- you know, I mean, I -- I

19              -- my intention was to, uh, donate the money to the

20              foundation and, uh, what -- you know, and then from there

21              obviously, uh...  I don't think...  Uh, do they have the

22              intention of reaching out to the people that sent those

23              [04:00] payments?  Is that what you're saying?
```

```
 1   SINGER:    Uh, I don't know.  You know, we have hundreds and
 2          hundreds of them.
 3   ABDELAZIZ:    Yeah.
 4   SINGER:    And I'm just in the point where I just -- you know,
 5          the way I am, I just want to make sure everybody's aware.
 6          I wanted to make sure our stories are correct.
 7   ABDELAZIZ:    But -- but Rick, you're -- you're a friend.
 8          You've been a friend of my family for many years.  Is
 9          there anything I can do to help?  Uh, I'm just --
10   SINGER:  Well, no.  No.  You -- I'm in great shape.  So what
11          --
12   ABDELAZIZ:    Good.
13   SINGER:  What I want -- but I just want to make sure -- our
14          books are great.  Everything's great.  But, you know,
15          when you deal with the IRS, you never know where they're
16          going to go.  But I'll tell you --
17   ABDELAZIZ:    Absolutely.
18   SINGER:  I'll tell you a funny story.  Is that Donna Heinel,
19          who is the senior women's administrator, she actually
20          called me and said -- sorry, I'm in a -- a hotel right
21          now and they're doing a fire alarm.
22   ABDELAZIZ:    Yeah.
23   SINGER:  Uh, they -- she called me and says, "Hey, Rick, that
24          profile that you did for ▮▮▮▮▮▮ I loved it.  It was
```

1       really well done and going forward, anybody [05:00] who
2       isn't a real basketball player that's a female, I want
3       you to use that profile going forward."
4   ABDELAZIZ:    I love it.
5   SINGER:    But -- yeah, it was great. Absolutely great. So I
6       just want to make sure our stories are together. I'm
7       going to essentially say that your $300,000 payment, um,
8       was made to our foundation to help underserved kids.
9   ABDELAZIZ:    OK.
10  SINGER:    And we should be in good shape. I just want to make
11      sure you're OK with that, too.
12  ABDELAZIZ:    I am.
13  SINGER:    OK. Terrific. And if there's anything else I can
14      do for you, just let me know.
15  ABDELAZIZ:    Rick, I appreciate it, as always, and, uh, you
16      know, if you ever have the time for a quick call to ███
17      I would really appreciate it. He loves you and looks up
18      to you and, uh, I think this is a moment were you to
19      reach out to 5 minutes to the kid, uh, I think he would
20      appreciate it.
21  SINGER:    I -- I'll do that. I'll do that this weekend.
22  ABDELAZIZ:    I -- I -- I'll text you his number in case you
23      have time this weekend.
24  SINGER:    OK, I appreciate that. I'll do that.

1   ABDELAZIZ:     [06:00] Thank you, Rick.  Take care.

2   SINGER:    OK.  Take care of yourself.  All right, bye-bye.

3   ABDELAZIZ:     Bye.  Bye. [06:03]

4

5                         END OF AUDIO FILE

6