# EXHIBIT S

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION** CHS REPORTING DOCUMENT | OFFICIAL RECORD Document participants have digitally signed. All signatures have been verified by a certified FBI information system |
|---|---|---|

## HEADER

**Source ID:** [redacted]
**Date:** 11/08/2018
**Case Agent Name:** CEDRONE, KAITLYN
**Field Office/Division:** Boston
**Squad:** C 10

## SOURCE REPORTING

**Date of Contact:** 10/31/2018

**List all present including yourself (do not include the CHS):**
SA Laura Smith
SA Elizabeth Keating
SA Kaitlyn Cedrone
AUSA Eric Rosen
AUSA Justin O'Connell
Don Heller, Attny for CHS

**Type of Contact:** In Person

**Country:** UNITED STATES
**City:** Boston
**State:** Massachusetts

**Date of Report:** 11/08/2018

| **Substantive Case File Number** |
|---|
| [redacted] |

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
CHS was interviewed at the United States Attorney's Office in Santa Ana, California. Present during the interview were FBI Special Agents Laura Smith and Kaitlyn Cedrone, IRS Special Agent, Elizabeth Keating, and Assistant United States Attorneys Eric Rosen and Justin O'Connell. Also present during the interview was CHS's attorney, Don Heller. After being advised of the identity of the interviewing Agents and the nature of the interview, CHS provided the following information:

[redacted]

[redacted]

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION** <br> CHS REPORTING DOCUMENT |  |
|---|---|---|

[large redacted block]

ABDELAZIZ- CHS was unsure how s/he met GAMAL ABDELAZIZ (ABDELAZIZ) but recalled ABDELAZIZ called CHS regarding his son, ▓▓ ABDELAZIZ ▓▓. CHS flew to their house. ▓▓ was a phenomenal student but ▓▓ played basketball at ▓▓ in Nevada. ▓▓ also played on the ▓▓ for one week. CHS worked with ▓▓ legitimately got into Columbia by himself. At the same time, ▓▓ sister, ABDELAZIZ ▓▓, was applying to schools. ABDELAZIZ had connections at USC. ▓▓ applied to USC but was denied. ▓▓ ended up going to ▓▓. ABDELAZIZ called CHS because he should have done the side door at USC with ▓▓. ABDELAZIZ knew it would have cost $250,000 for the side-door at USC. ABDELAZIZ worked for Steve Wynn and transferred to China to open a hotel. ▓▓ ABDELAZIZ ▓▓ did poorly in school in China. ABDELAZIZ called CHS saying ▓▓ was doing summers at USC. ABDELAZIZ promised ▓▓ h/she'd get USC done for her because of the sacrifice she made in moving to China. ▓▓ played basketball but CHS made her a better basketball player. ▓▓ was not a Division 1 basketball player. CHS told ABDELAZIZ USC would be $300,000. CHS charged $300,000 for ▓▓ because CHS knew s/he had to give DONNA HEINEL (HEINEL) more money because ▓▓ would be a difficult (less strong) student for HEINEL to get through. HEINEL, or the program received approximately $200,000 of the $300,000. Someone at USC, who was from China, was a member of the sub-committee that reviewed student athletes presented by HEINEL. This Chinese person said ▓▓ went to a tough school in China. HEINEL had to explain ▓▓ profile to the sub-committee. ABDELAZIZ knew ▓▓ was not strong enough to be recruited by USC. ABDELAZIZ knew there was an exchange of money to someone/USC to get ▓▓ into USC. HEINEL diverted some of the money to a particular part of USC. ABDELAZIZ did not know about HEINEL specifically, but knew someone at USC was pulling strings. The money from ABDELAZIZ went to KWF and then went to USC program, which was directed to a specific area. The mom never talked with CHS. Both parents knew the money was going to the school, not KWF.

HEINEL- HEINEL knew the players CHS brought her were not recruitable athletes at USC. CHS had not told HEINEL they were not strong players. HEINEL knew CHS was producing profiles. There was an implicit understanding that they were not strong enough athletes to play for USC. HEINEL knew the profiles were created to look like the student athletes can play at USC. HEINEL told CHS not to send money to USC from KWF because the payments could be flagged.

▓▓ CHS did not recall how s/he met ▓▓ played lacrosse at ▓▓ and was not getting along with the kids at school and wanted to transfer. CHS recommended ▓▓ transfer to Georgetown and CHS made him a tennis and lacrosse player. ▓▓ was a good lacrosse player. CHS did not believe ▓▓ played tennis. The ▓▓ went to CHS' home because they bought a home nearby. ▓▓ and GORDIE ERNST (ERNST) have since become friends. ▓▓ did not know the money was going to ERNST; he believed it was going to the Georgetown tennis program. ▓▓ knew ▓▓ did not play tennis. ▓▓ knew he was getting into Georgetown through the tennis program.

[large redacted block]

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD<br>Document participants have digitally signed. All signatures have been verified by a certified FBI information system |
|---|---|---|

BIZZAK- JEFF BIZZAK (BIZZAK) was the father to CHS met BIZZAK and through ). was on BIZZAK's Board- Surf League. CHS met and his mother in California. CHS did not meet BIZZAK. was a great athlete; he was a surfer, volleyball player (both indoor and sand), and a water polo player. was a setter in volleyball. BIZZAK's big thing was to get to work harder. did do better in school. BIZZAK and CHS had a conversation regarding USC. USC called BIZZAK a lot because of the wave technology BIZZAK had developed. BIZZAK did not want to know that he got into USC through friends at USC. CHS suggested using water polo or volleyball to get into USC. CHS had both a water polo and volleyball profile created for which CHS sent to HEINEL. Most of the information on athletic profile was real. Even though was a good volleyball player, he was not good enough to be recruited by USC. CHS got into USC early. was not told he got into USC through the side door until he received his acceptance letter. The reason they did not tell about the side door was because his parents wanted him to continue working hard in school. did his own tests; they were not taken by RIDDELL. BIZZAK knew was getting into USC through athletics. parents did not review athletic profile, CHS just sent it to USC. The BIZZAK's discussed Georgetown as another option for but wanted to be near water. was involved in USC; he helped build surf technology at the school.

**UNCLASSIFIED**

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD |
|---|---|---|

[Page content redacted]

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION** <br> CHS REPORTING DOCUMENT | OFFICIAL RECORD |
|---|---|---|

[Page content redacted]

**Synopsis:**
CHS proffer- Day 4

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

**SIGNATURE**

| | | |
|---|---|---|
| Submitted By | LCSMITH (undefined undefined) | Mon, 31 Dec 2018 09:20:28 -0500 |
| First Level Approved By | JPKEELAN (John Keelan) | Wed, 2 Jan 2019 16:50:48 -0500 |