# EXHIBIT U

1   **Call Date:**     2019-03-04

2   **Call Duration:** 5:24

3   **Call Begin [] Call End []**

4   **Call Participants:**

5       Rick Singer

6       Laurie (sp?)

7   **File Name:**     ███8802 2019-03-04 21-33-58 16410-001.wav

8   **Bates No.:**

9   SINGER:   [00:00] Laurie (sp?).

10  LAURIE:   Hi, Rick, I'm sorry to bother you.  I know Moss

11      (sp?) talked to you.  But --

12  SINGER:   No problem.

13  LAURIE:   I just had (inaudible) I just had a question because

14      Moss didn't recall this conversation.  Remember when you

15      called us and you said (inaudible) someone was going to

16      be calling us and -- but no one ever did?  What was

17      (inaudible) what was that all about?

18  SINGER:   Yeah, we were -- there was, uh, we had an audit of

19      our foundation.

20  LAURIE:   (inaudible) an audit, OK.

21  SINGER:   So we went through the audit.  The audit is done.

22      They haven't gotten back to me as what's -- if there's

23      anything.  But yeah.  The reason why I was calling you

| | |
|---|---|
| 1 | because in case they called you, uh, you would be |
| 2 | prepared.  I didn't want you just to all of a sudden get |
| 3 | a call from somebody from the IRS and be like, "Whoa, |
| 4 | what's that all about?" |
| 5 | LAURIE:  Oh (inaudible). |
| 6 | SINGER:  So yeah, that was, uh, I called all our families. |
| 7 | Uh, because we were going through this audit. |
| 8 | LAURIE:  (inaudible) did that -- did that ever [01:00] wrap |
| 9 | up?  Is that -- is that -- is that done? |
| 10 | SINGER:  Yeah, we're done.  We've been done, yeah. |
| 11 | LAURIE:  OK.  So why w-- in your best guess, Rick, why would |
| 12 | the government be subpoenaing the girls' records?  And I |
| 13 | know it's not just our girls.  But it's both of our |
| 14 | girls.  And there's some other girls (inaudible). |
| 15 | SINGER:  Uh, frankly, I have, uh, uh, I have no idea.  I mean |
| 16 | a lot of this could be governmental stuff.  You know, |
| 17 | there's the Harvard lawsuit.  Uh, for discrimination. |
| 18 | LAURIE:  No, what -- what is -- OK. |
| 19 | SINGER:  So that's been going on for 2 years.  The In-- the |
| 20 | Indians and the Asians are suing, uh, Harvard for |
| 21 | discrimination because they're taking minority students |
| 22 | over them who are much more qualified.  So that's been |
| 23 | going on for 2 years.  Uh. |

1  LAURIE:   But the Indians and the Asians are minorities.

2            They're suing Harvard?

3  SINGER:   They're considered in this process like white

4            people.

5  LAURIE:   OK.  So their -- their -- so their beef is Harvard

6            is [02:00] taking African Americans over them?

7  SINGER:   And Latinos that have 24s and 25s on their ACT and

8            they have 35s and 36s.

9  LAURIE:   Got it.  OK.

10 SINGER:   So they think they're being discriminated against.

11 LAURIE:   So OK.  I just find it so odd that both of our girls

12           got subpoenaed.  Like I don't -- their records got

13           subpoenaed.  I don't -- I really don't understand why

14           both of our girls.  Like are they looking at wealthy

15           families in California?  Like I'm -- I'm just so

16           confused.  And then I'm worried.  Like are they going to

17           try to take our girls out of USC?

18 SINGER:   Well, I think -- I think right now you're way over

19           on the whatever, right- or left-hand side.  Because th--

20           I mean nothing's -- I haven't heard a single thing.  And

21           nobody's even --

22 LAURIE:   Yeah.

| | | |
|---|---|---|
| 1 | SINGER: | There's no conjecture about any of this.  So, uh, |
| 2 | | and they took the high school records which nothing was |
| 3 | | fudged.  [03:00] |
| 4 | LAURIE: | I know that.  But are they going to (inaudible). |
| 5 | SINGER: | Right, so they got their test score, they got their |
| 6 | | grades.  That's all, uh, so -- so I couldn't tell you.  I |
| 7 | | really have no idea.  Because the records are c-- are |
| 8 | | pure.  I mean nobody's touched them. |
| 9 | LAURIE: | No, I -- no, I know that.  So is it -- I wonder if |
| 10 | | it's that guy at Marymount again that -- is he trying to |
| 11 | | cause trouble? |
| 12 | SINGER: | Uh, I mean I have no idea. Mean if I -- like I said |
| 13 | | to Moss.  If I hear anything I'll let you know.  But this |
| 14 | | is the first I've heard of anything. |
| 15 | LAURIE: | Yeah.  OK.  Well, all right, I just wanted to -- I |
| 16 | | was just curious what the, uh, the -- so that was an |
| 17 | | audit for you.  I just couldn't remember (inaudible). |
| 18 | SINGER: | Yeah.  We were -- our foundation was getting |
| 19 | | audited. |
| 20 | LAURIE: | OK, OK, so are you -- so you're just continuing as - |
| 21 | | - as with business as usual, uh, at your foundation, |
| 22 | | you're just doing what you're doing. |
| 23 | SINGER: | (inaudible) yeah, that's -- we're doing what we |
| 24 | | [04:00] always do, yeah.  Absolutely. |

1   LAURIE:   OK, all right.  So -- so, uh.

2   SINGER:   So if you guys hear anything (inaudible).

3   LAURIE:   Yeah, no, no, I -- I had questions about SC.  I was

4             like, "Well, maybe the way they got in you're not

5             supposed to get in like that, I don't know, like can

6             you," but Moss was like, "No, you can make a donation,

7             it's OK, like I don't know."  Uh, yeah I don't know.  But

8             it's all on the up-and-up (inaudible) right?

9   SINGER:   (inaudible) yeah, I have no idea.  I mean, uh, I

10            have no idea because I don't know why they would go after

11            the kids' high school records.

12  LAURIE:   (inaudible).

13  SINGER:   Uh, and if they -- I mean because the transcript is

14            the s-- you know, transcript is right, the test scores

15            are right.

16  LAURIE:   Right.  OK.  All right, well, I -- I'm confused by

17            it.  And -- and you don't think it has anything to do

18            with -- it's [05:00] nothing at SC or how they got in or

19            anything or --

20  SINGER:   You know, uh, I would think that it would come from

21            SC if it was a problem.

22  LAURIE:   Yeah.  OK.  Yeah.  OK.

23  SINGER:   OK.

1  LAURIE:   All right.  Well, I have a headache because I've
2            just been so confused.  OK.
3  SINGER:   (inaudible) sorry.
4  LAURIE:   All right.  Thanks, Rick.  OK, thank you.
5  SINGER:   Take care.  OK.  Good night.
6  LAURIE:   OK, thanks (inaudible) bye.
7  SINGER:   (inaudible).  [05:24]
8                          END OF AUDIO FILE