# EXHIBIT W

1  **Call Date:** 2018-10-25

2  **Call Duration:** 3:09

3  **Call Begin [ ] Call End [ ]**

4  **Call Participants:**

5      Rick Singer

6      Robert Zangrillo

7  **File Name:** ███8802 2018-10-25 19-48-37 10726-001

8  **Bates No.:**

9

10 SINGER:    [00:00] Bob, how are you?

11 ZANGRILLO:   Hey, Rick, how are you?

12 SINGER:    Good, I just wanted to touch base and see how things

13     are going.

14 ZANGRILLO:   Uh.

15 SINGER:   (inaudible) good?

16 ZANGRILLO:   Uh, you know, work in progress (inaudible).

17 SINGER:   Does it ever end for you?

18 ZANGRILLO:   No, it does not ever end.  As long as you

19     aren't calling me saying there's any drama.  Just make

20     sure that all of, uh, ███ (sp?) work is getting done

21     (inaudible).

22 SINGER:   Absolutely.

23 ZANGRILLO:   OK, yeah (inaudible).

```
1    SINGER:    (inaudible) all of the -- all the work we're doing

2          for ██████ right now (inaudible) getting done absolutely

3          (inaudible).

4    ZANGRILLO:    OK, great, that's the only thing I was worried

5          about.  ██████ (sp?) is good, she -- she took a semester

6          off.  She's working here in Miami.  And as she's doing

7          great she's, you know, going to graduate close to ██.

8          And (inaudible).

9    SINGER:  Good.

10   ZANGRILLO:    Looking for a place so that she's, uh, ready to

11         start in January.

12   SINGER:    OK, good, because I know that the classes that

13         ██████ took for her in, uh, uh, d-- at the beginning of

14         the year [01:00] when she left Santa Monica and now these

15         classes, uh, everything will be perfect.  So we'll have

16         no issues.

17   ZANGRILLO:    Awesome.  Awesome.  Is there anything else you

18         need?

19   SINGER:    Yeah.  The only other thing I just want you to know

20         is that so my foundation is being, uh, audited now.

21   ZANGRILLO:    OK.

22   SINGER:    Like every foundation.  And we got hundreds of

23         families that have been through our foundation.

24   ZANGRILLO:    Yeah.
```

```
 1   SINGER:    So I just wanted to make sure that you know that I'm
 2       not going to t--, uh, tell the IRS that essentially we
 3       got ███ in and -- and essentially paid Donna Heinel
 4       (sp?) at USC to help ███ get in.  We're not even going
 5       to talk about that.  All I'm going to say to the IRS is
 6       that, uh, essentially the moneys that you paid, uh, all
 7       went to, uh, our foundation.
 8   ZANGRILLO:    Yeah.
 9   SINGER:    And because essentially they're also looking at -- I
10       think we have a total payments of over 500,000 --
11   ZANGRILLO:    Mm-hmm.
12   SINGER:    Which would have -- would have -- would have
13       included, uh, early on with, uh, ███ and NYU.
14   ZANGRILLO:    Yeah, yeah, yeah.
15   SINGER:    So I'm just going to say that, you know, [02:00] n--
16       nothing really happened, uh, from that perspective.
17       Essentially that she d-- that ███ didn't get in NYU and
18       no payment was made to my contact at NYU --
19   ZANGRILLO:    Mm-hmm.
20   SINGER:    Which we know it was.
21   ZANGRILLO:    Right.
22   SINGER:    Uh, and then we -- and then ███, I won't say
23       that the, uh, the moneys went to go pay Donna Heinel
```

1      (sp?) for USC to get her in.  And the other part is when
2      (inaudible) audit --
3  ZANGRILLO:    What -- what -- what -- what -- what will be
4      the thing -- what was the ████ payment for?  Just so I
5      know so we have the story straight.
6  SINGER:    So the ████ payment is all the same thing.  All
7      your moneys including the classes that████ took for -
8      -
9  ZANGRILLO:    Yeah, yeah.
10 SINGER:    Uh, ████, all will show they're f-- to our
11     foundation.
12 ZANGRILLO:    Yeah.
13 SINGER:    And will all show that she, uh, that they were given
14     to -- for, uh, our programs that handle underserved kids.
15 ZANGRILLO:    OK, great, perfect.
16 SINGER:    OK?
17 ZANGRILLO:    OK, I got it.
18 SINGER:    I just want to make sure that we're on the same
19     page.  Uh, they may never call but just so you know
20     (inaudible).
21 ZANGRILLO:    Yeah, OK, just in case they do.
22 SINGER:    Yeah, because I'm -- I'm in Boston now.
23 ZANGRILLO:    OK.

```
1   SINGER:    And I haven't been back to LA for a while so I just
2              want to make sure I [03:00] connected before it got too
3              late.
4   ZANGRILLO:    OK, perfect.  Thank you, Rick.
5   SINGER:    All right, take care.
6   ZANGRILLO:    OK, bye.
7   SINGER:    OK, bye-bye.  [03:09]
8
9                         END OF AUDIO FILE
```