# **EXHIBIT FF**







