# EXHIBIT HH

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION** <br> CHS REPORTING DOCUMENT |  |
|---|---|---|

### HEADER

| | |
|---|---|
| **Source ID:** | ▮▮▮▮▮ |
| **Date:** | 10/30/2018 |
| **Case Agent Name:** | CEDRONE, KAITLYN |
| **Field Office/Division:** | Boston |
| **Squad:** | C 10 |

### SOURCE REPORTING

**Date of Contact:** 10/23/2018

**List all present including yourself (do not include the CHS):**
Kaitlyn Cedrone
Laura Smith
Elizabeth Keating
Eric Rosen
Justin O'Connell
Donald Heller

| | |
|---|---|
| **Type of Contact:** | Other |
| **Other Contact Type:** | In person/Telephonic |

**Date of Report:** 10/30/2018

**Substantive Case File Number**

▮▮▮▮▮

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
CHS was interviewed on October 23 and 24, 2018 at the USAO, Boston, MA. After being advised of the identity of the interviewing Agents and the nature of the interview, CHS provided the following information:

<u>October 23, 2018:</u>
CHS purchased an unauthorized phone, ▮▮▮-5704, at the end of September, following the advice of his attorney, DON HELLER. CHS used this unauthorized phone to call DON HELLER, CLIFF SINGER, and BILL MCGLASHAN. CHS had no other phones. CHS used a taxi driver's phone on CHS' way home on September 24, 2018 to call CLIFF SINGER. CHS also noted that CHS' American Express card and Zoosk account were potentially compromised.

The six families CHS told about an FBI investigation CHS was involved in were as follows:

1. ▮▮▮▮▮ - CHS met with ▮▮▮▮▮ to go over her applications. CHS went outside to talk to ▮▮▮▮▮ parents. ▮▮▮ did most of the talking, while ▮▮▮ was quieter. CHS told ▮▮▮▮▮ parents that CHS had a problem and that they potentially had a problem as well, in regards to families that had made a donation. ▮▮▮ did not feel like he did anything wrong because he was a donor and has given donations all the time. CHS informed the parents that this was a bribe. The parents asked if CHS was wired, to which CHS responded no. CHS warned the parents that eventually CHS would call them and ask questions about the situation. The parents did not know the money went to MICHAEL CENTER. CHS advised the parents not to tell anybody. CHS believed ▮▮▮ was the one who initially called CHS to start the process. ▮▮▮ and ▮▮▮ were connected to ▮▮▮ and ▮▮▮▮▮. CHS had both ▮▮▮▮▮ kids as clients, but no one did the side door. One student went to ▮▮▮▮▮.

2. ▮▮▮▮▮ wife, was late coming home on October 4, 2018. Prior to ▮▮▮ return and

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

turning the recording device on, CHS told ▌ that CHS was wired, and that everyone who donated would be pulled into the FBI investigation. ▌ was not alarmed. CHS told ▌ not to tell anyone. CHS believed ▌ did not tell ▌ The ▌ were connected to the ▌ and ▌ families. CHS was sure that ▌ did not tell either of these families.

3. ▌ - On October 19, 2018 CHS texted ▌ from phone number ▌-8802 to meet up in person in Santa Monica. The two met at ▌ rental house on the beach. CHS and ▌ turned their phones off. CHS told ▌ that CHS was picked up in Boston by the USAO and FBI for the SAT scam and "donations." CHS told ▌ about the SAT portion because CHS almost did the scam for ▌ CHS will still go to CHAPMAN to use CHS' connections to help ▌ at no cost. CHS told ▌ to not talk about YALE, and that CHS was wired for the past eight months. ▌ response was that he was use to this sort of thing because he was a drug dealer. CHS told ▌ not to talk to anyone, and to stay away from this. CHS told ▌ A to contact ▌ and ▌ to inform them about CHS' involvement in this investigation. CHS wanted ▌ to explain to the ▌ that they would get a call from CHS regarding the schemes. ▌ and ▌ were divorced. CHS got ▌ into UC SANTA BARBARA for a $250,000 donation. Nothing went to UC. ▌ also helped get ▌ in to UC. CHS and ▌ agreed that their code word when they needed to talk was to bring up their business ventures.

4. BILL MCGLASHAN - CHS called MCGLASHAN on the unauthorized phone, ▌-5704. CHS told MCGLASHAN that CHS' regular phone was wired, but did not give any details. MCGLASHAN asked if it was bad, to which CHS responded yes. CHS was supposed to meet MCGLASHAN at the Santa Monica airport on October 23, 2018 at approximately 1300 PST. ▌ MCGLASHAN's son, was "friends" with ▌ HUNEEUS. ▌ received a score of ▌ on his ACT. CHS told MCGLASHAN they did not need to talk about the athletic side of ▌ deal to be a kicker at USC for $250,000. ▌ real first name is ▌ but he but goes by "▌ ▌ did not know about this.

5. ▌ - The day both ▌ and CHS were supposed to meet the President of Lainey College, CHS told ▌ that CHS was pulled in by the FBI, and CHS' phone and email were wired. The two pulled the car over and had a conversation about it on the side of the road. CHS told ▌ the FBI was going after the SAT scam and the Foundation. CHS told ▌ that the Foundation could be shut down. ▌ was involved in the investigation too because of the Harvard deal with $400,000 to the Soldier's team. ▌ used this money to scholarship his daughter. CHS let ▌ know CHS could not move money now. ▌ was very scared and worried, and wondered what was his biggest problem. CHS said ▌ biggest problem was the $60,000, and that ▌ should say that it was a part of income for Soldier Town. Soldier Town could also be shut down.

6. ▌ - On October 17, 2018, CHS met the ▌ at their home. On October 21, 2018, CHS met ▌ at McDonald's, where CHS told ▌ that CHS was picked up in Boston by the FBI for an investigation regarding the ACT/SAT and donations made to CHS' Foundation. ▌ took the test. ▌ responded by saying they did nothing wrong. ▌ stated his $25,000 donation to the Foundation was for all the hassle that occurred in getting extra time for ▌ CHS stated that eventually CHS will call ▌ to discuss everything. ▌ wanted to clean ▌ application, so CHS told ▌ not to use the score of 31 then. CHS never told the ▌ that the $25,000 was for getting the score of 31 at West Hollywood College Prep School. MARK RIDDELL took multiple tests at West Hollywood on the same day, potentially when ▌ was there. The ▌ were not connected to the ▌ but ▌ did date ▌ ▌ went to USC, and CHS was able to get ▌ denied from LMU.

CHS told the aforementioned six families about the investigation because CHS had loyalty to all of them and wanted to help them. CHS did not tell the HUNEEUS family because they were already "nailed," and CHS had no loyalty to them. CHS did not tell ▌ because she was new and CHS therefore had no loyalty to her. CHS did not tell the ▌ family because ▌ was already a sure thing at SMU. USC will not happen because ▌ did not want to work hard.

October 24, 2018
The following responses were provided by CHS:

CHS' email, ▌@gettingintocollege.com, was not being used by CHS. The email address was for ▌ ▌ business, but was not sure if anyone sent any emails to it. CHS did not use any other email accounts, except CHS might have one for Map4Life, and CHS' yahoo email to communicate with DON HELLER.

| FD-1023 | Page 2 of 3 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

CLIFF SINGER knew about the FBI investigation as soon as CHS was home on September 24, 2018. CHS asked CLIFF what it was like to be in "camp," referring to prison. CLIFF explained his experience to CHS while CHS used the taxi driver's phone on CHS' way home that day. CHS talked to CLIFF at length on an unauthorized phone, ▓▓▓-5704.

The following responses were provided by DON HELLER:

DON confirmed that he told CHS to purchase the unauthorized phone, ▓▓▓-5704, to be used for DON and CHS' family. DON stated his reasoning for allowing CHS to purchase a new phone were as follows: he had trouble reaching CHS on the authorized phone, ▓▓▓-5816, there was bad reception, and he thought the authorized phone was monitored/maybe having to or from information received. DON was very leery about computer protections. DON did not trust the Agents, and has had prior experience of abuse of attorney/client privilege information. DON felt he developed a level of trust with the Agents over time.

[Agent Note: On numerous occasions throughout the investigation both CHS and DON were told that the authorized phone, ▓▓▓-5816, was not monitored and was to only be used by CHS for contact with DON, the Agents, and the AUSA's. Despite DON later developing trust with the Agents, the unauthorized phone was only discovered through specifically asking the CHS if CHS owned or used any other phones.]

**Synopsis:**
Interview 10/23/2018 - 10/24/2018

| SIGNATURE | | |
|---|---|---|
| Submitted By | KCEDRONE (undefined undefined) | Mon, 10 Dec 2018 13:06:58 -0500 |
| First Level Approved By | JPKEELAN (John Keelan) | Wed, 12 Dec 2018 14:57:41 -0500 |