# EXHIBIT MM

FD-941 (2-26-01)

# CONSENT TO SEARCH COMPUTER(S)

I, _Fin_____, have been asked by Special Agents of the

Federal Bureau of Investigation (FBI) to permit a complete search by the FBI or its designees of any and all computers,

any electronic and/or optical data storage and/or retrieval system or medium, and any related computer peripherals,

described below:

_IPhone 7+ serial# ███████ HFYK_____
CPU Make, Model & Serial Number (if available)

_IMEI ████████ 8088_____
Storage or Retrieval Media, Computer Peripherals

_____

_____

and located at _____, which I own, possess,

control, and/or have access to, for any evidence of a crime or other violation of the law.  The required passwords, logins,

and/or specific directions for computer entry are as follows: _____.

I have been advised of my right to refuse to consent to this search, and I give permission for this search, freely

and voluntarily, and not as the result of threats or promises of any kind.

I authorize those Agents to take any evidence discovered during this search, together with the medium in/on which

it is stored, and any associated data, hardware, software and computer peripherals.

_01/03/2019_____
Date

_01/03/2019_____
Date

_Fin_____
Signature

_Kaitlyn Cedrone_____
Signature of Witness

_Kaitlyn Cedrone_____
Printed Full Name of Witness

_Boston, MA_____
Location

SINGER-VOL002-000346

This is to certify that on _01/03/2019_ at _Residence Inn, Chelsea, MA_

Special Agents of the Federal Bureau of Investigation, U.S. Department of Justice, conducted a complete search of any

and all computers, any electronic and/or optical data storage and/or retrieval system, and any related computer peripherals.

I certify that ~~nothing~~ was removed from my custody by those Agents.

only iphone
7+

(Signed) _Jen_

_Laura Servthis_

Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

Witnessed:

_Kaitlyn Cedrone_

Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

SINGER-VOL002-000347

GPO U.S.GOVERNMENT PRINTING OFFICE: 2015-391-063

FD-597 (Rev. 4-13-2015)                                                   Page ___1___ of ___1___

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: _____

On (date) 01/03/2019 _____          item (s) listed below were:
☐ Collected/Seized
☑ Received From
☐ Returned To
☐ Released To

(Name) Fin _____

(Street Address) _____

(City) _____

Description of Item (s): iphone 7 +

serial # [redacted] HFYK

IMEI [redacted] 8088

01/03/19
KC

Received By: _Kaitlyn Cedrone_          Received From: _Fin_
                    (Signature)                                    (Signature)

Printed Name/Title: Kaitlyn Cedrone          Printed Name/Title: FiN

SINGER-VOL002-000348

G PO U.S.GOVERNMENT PRINTING OFFICE: 2015-391-063

FD-597 (Rev. 4-13-2015)                                                    Page   1   of   1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ███████████████

On (date)  01/03/2019                    item (s) listed below were:
                                          ☐ Collected/Seized
                                          ☐ Received From
                                          ☑ Returned To
                                          ☐ Released To

(Name)  Firt

(Street Address)

(City)

Description of Item (s):  Iphone 7+
                          serial #  ████████  HFYK
                          IMEI  ████████  8088

                                         01/03/2019
                                            KC

Received By:  _Fin_                      Received From:  _Kaitlyn Cedrone_
                (Signature)                                    (Signature)

Printed Name/Title:  Fin                 Printed Name/Title:  Kaitlyn Cedrone
                                                              Special Agent

**SINGER-VOL002-000349**

FD-941 (2-26-01)

# CONSENT TO SEARCH COMPUTER(S)

I, _Fin_ , have been asked by Special Agents of the

Federal Bureau of Investigation (FBI) to permit a complete search by the FBI or its designees of any and all computers,

any electronic and/or optical data storage and/or retrieval system or medium, and any related computer peripherals,

described below:

_Iphone 7t imei_ ████████ _8088_

CPU Make, Model & Serial Number (if available)

_serial #_ ████████ _HFYK_

Storage or Retrieval Media, Computer Peripherals

and located at _Residence Inn, Chelsea, MA_ , which I own, possess,

control, and/or have access to, for any evidence of a crime or other violation of the law. The required passwords, logins,

and/or specific directions for computer entry are as follows: _09/8_ .

I have been advised of my right to refuse to consent to this search, and I give permission for this search, freely

and voluntarily, and not as the result of threats or promises of any kind.

I authorize those Agents to take any evidence discovered during this search, together with the medium in/on which

it is stored, and any associated data, hardware, software and computer peripherals.

_2/15/19_
Date

_02/15/2019_
Date

_[signature]_
Signature

_Kaitlyn Cedrone_
Signature of Witness

_Kaitlyn Cedrone_
Printed Full Name of Witness

_Chelsea, MA_
Location

SINGER-VOL002-000350

This is to certify that on _02/15/2019_       at _Residence Inn Chelsea, MA_

Special Agents of the Federal Bureau of Investigation, U.S. Department of Justice, conducted a complete search of any

and all computers, any electronic and/or optical data storage and/or retrieval system, and any related computer peripherals.

I certify that ~~nothing~~ was removed from my custody by those Agents.

_only iphone 7+_

(Signed) _[signature]_

_Kaitlyn Cedrone_
Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

Witnessed: "

_[signature]_
Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

SINGER-VOL002-000351

G▪O⬦ U.S.GOVERNMENT PRINTING OFFICE:2015-391-063

FD-597 (Rev. 4-13-2015)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ▇▇▇▇▇▇▇▇▇▇

On (date) 02/15/2019

item (s) listed below were:
- ☐ Collected/Seized
- ☑ Received From
- ☐ Returned To
- ☐ Released To

(Name) Fin

(Street Address)

(City)

Description of Item (s): Iphone 7+

Imei ▇▇▇▇▇ 88088

Serial # ▇▇▇▇▇ HFYK

KC
02/15/2019

Received By: _Kaitlyn Cedrone_
(Signature)

Received From: _Fin_
(Signature)

Printed Name/Title: Kaitlyn Cedrone
Special Agent

Printed Name/Title: Fin

SINGER-VOL002-000352

G:2O U.S.GOVERNMENT PRINTING OFFICE: 2015-391-063

FD-597 (Rev. 4-13-2015)                                                          Page __1__ of __1__

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ▓▓▓▓▓▓▓▓▓▓▓▓

On (date) _02/15/2019_                    item (s) listed below were:
☐ Collected/Seized
☐ Received From
☑ Returned To
☐ Released To

(Name) _Fin_

(Street Address) _____

(City) _____

Description of Item (s):  _Iphone 7+_
_Imei ▓▓▓▓▓▓▓ 8088_
_serial # ▓▓▓▓▓▓▓ HFYK_

KC
02/15/2019

Received By: _Fin_                        Received From: _Kaitlyn Cedrone_
         (Signature)                                    (Signature)

Printed Name/Title: _Fin_                 Printed Name/Title: _Kaitlyn Cedrone_
                                                          _Special Agent_

SINGER-VOL002-000353

FD-941 (2-26-01)

# CONSENT TO SEARCH COMPUTER(S)

I, _Fin_ , have been asked by Special Agents of the

Federal Bureau of Investigation (FBI) to permit a complete search by the FBI or its designees of any and all computers,

any electronic and/or optical data storage and/or retrieval system or medium, and any related computer peripherals,

described below:

_Iphone 7+ : Imei_ ███████ _8088_
CPU Make, Model & Serial Number (if available)

_Serial #_ ███████ _HFYK_
Storage or Retrieval Media, Computer Peripherals

and located at _Residence Inn, Chelsea, MA_ , which I own, possess,

control, and/or have access to, for any evidence of a crime or other violation of the law.  The required passwords, logins,

and/or specific directions for computer entry are as follows: _____ .

I have been advised of my right to refuse to consent to this search, and I give permission for this search, freely

and voluntarily, and not as the result of threats or promises of any kind.

I authorize those Agents to take any evidence discovered during this search, together with the medium in/on which

it is stored, and any associated data, hardware, software and computer peripherals.

_2/28/2019_
Date

_02/28/2019_
Date

_Fin_
Signature

_Kaitlyn Cedrone_
Signature of Witness

_Kaitlyn Cedrone_
Printed Full Name of Witness

_Chelsea, MA_
Location

SINGER-VOL002-000354

This is to certify that on ___02/28/2019_____ at __9:30 am__

Special Agents of the Federal Bureau of Investigation, U.S. Department of Justice, conducted a complete search of any

and all computers, any electronic and/or optical data storage and/or retrieval system, and any related computer peripherals.

I certify that ~~nothing~~ was removed from my custody by those Agents.

Iphone 7+

(Signed) ___Jun_____

Witnessed: ¯

_Kaitlyn Cedrone_____
Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

_Laura Smith_____
Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

SINGER-VOL002-000355

G2O° U.S.GOVERNMENT PRINTING OFFICE:2015-391-063

FD-597 (Rev. 4-13-2015)                                                    Page ___1___ of ___1___

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: _____

On (date) __02/28/2019__                item (s) listed below were:
☐ Collected/Seized
☑ Received From
☐ Returned To
☐ Released To

(Name) Fin _____

(Street Address) _____

(City) _____

Description of Item (s): __Iphone 7⁺__

Imei ███████ 8088

serial # ███████ HFYK

KC
02/28/2019

**Received By:** *Kaitlyn Cedrone*          **Received From:** *Jim*
(Signature)                                                    (Signature)

**Printed Name/Title:** Kaitlyn Cedrone          **Printed Name/Title:** Fin
Special Agent

SINGER-VOL002-000356

FD-597 (Rev. 4-13-2015)

Page ___1___ of ___1___

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ██████████████████

On (date)  02/28/2019

item (s) listed below were:
☐ Collected/Seized
☐ Received From
☑ Returned To
☐ Released To

(Name)  Fin

(Street Address)  _____

(City)  _____

Description of Item (s):  Iphone 7+

Imei  ██████████  8088

Serial #  ██████████  HFYK

KC
02/28/2019

Received By: _Fin_ (Signature)

Printed Name/Title: _Fin_

Received From: _Kaitlyn Cedrone_ (Signature)

Printed Name/Title: _Kaitlyn Cedrone_
_Special Agent_

SINGER-VOL002-000357

FD-941 (2-26-01)

# CONSENT TO SEARCH COMPUTER(S)

I, _Fin_ _____, have been asked by Special Agents of the

Federal Bureau of Investigation (FBI) to permit a complete search by the FBI or its designees of any and all computers,

any electronic and/or optical data storage and/or retrieval system or medium, and any related computer peripherals,

described below:

_Iphone 7+ ; imei_ ▓▓▓▓▓ _8088_
CPU Make, Model & Serial Number (if available)

_serial #_ ▓▓▓▓▓ _+FYK_
Storage or Retrieval Media, Computer Peripherals

and located at _Residence Inn, chelsea, MA_ _____, which I own, possess,

control, and/or have access to, for any evidence of a crime or other violation of the law.  The required passwords, logins,

and/or specific directions for computer entry are as follows: _____.

I have been advised of my right to refuse to consent to this search, and I give permission for this search, freely

and voluntarily, and not as the result of threats or promises of any kind.

I authorize those Agents to take any evidence discovered during this search, together with the medium in/on which

it is stored, and any associated data, hardware, software and computer peripherals.

_____          _Fin_ _____
Date                           Signature

_03/11/2019_                   _Kaitlyn Cedrone_ _____
Date                           Signature of Witness

                               _Kaitlyn Cedrone_ _____
                               Printed Full Name of Witness

                               _Chelsea, MA_ _____
                               Location

This is to certify that on __03/11/2019__ at __8:40 am__

Special Agents of the Federal Bureau of Investigation, U.S. Department of Justice, conducted a complete search of any

and all computers, any electronic and/or optical data storage and/or retrieval system, and any related computer peripherals.

I certify that nothing was removed from my custody by those Agents.

Iphone 7+

(Signed) _____

Witnessed:

Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

Special Agent IRS - CI
Federal Bureau of Investigation
U.S. Department of Justice

SINGER-VOL002-000359

FD-597 (Rev. 4-13-2015)

Page __1__ of __1__

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ████████████████

On (date)  03/11/2019

item (s) listed below were:
- ☐ Collected/Seized
- ☑ Received From
- ☐ Returned To
- ☐ Released To

(Name)  Fin

(Street Address)

(City)

Description of Item (s):  Iphone 7+, imei  ████████  88088

serial #  ████████  HFYK

KC
03/11/2019

Received By: _Kaitlyn Cedrone_
(Signature)

Received From: _Fin_
(Signature)

Printed Name/Title: _Kaitlyn Cedrone_
Special Agent

Printed Name/Title: _Fin_

FD-597 (Rev. 4-13-2015)

Page ___1___ of ___1___

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ██████████

On (date) 03/11/2019

item (s) listed below were:
- ☐ Collected/Seized
- ☐ Received From
- ☑ Returned To
- ☐ Released To

(Name) Fin

(Street Address) _____

(City) _____

Description of Item (s): iPhone 7+, imei ████████ 8088
serial # ████████ HFYK

KC
03/11/2019

Received By: _Fin_ (Signature)

Received From: _Kaitlyn Cedrone_ (Signature)

Printed Name/Title: _Fin_

Printed Name/Title: Kaitlyn Cedrone
Special Agent

SINGER-VOL002-000361

FD-26 (Rev. 7-20-94)

## DEPARTMENT OF JUSTICE

## FEDERAL BUREAU OF INVESTIGATION

### CONSENT TO SEARCH

1. I have been asked by Special Agents of the Federal Bureau of Investigation to permit a complete search of:

(Describe the person(s), place(s), or thing(s) to be searched.)



Iphone 7 plus
serial number ▮▮▮▮▮ HFYK
IMEI ▮▮▮▮▮ 808 8
▮▮▮▮▮▮▮▮▮

KC
10/05/2018

2. I have been advised of my right to refuse consent.

3. I give this permission voluntarily.

4. I authorize these agents to take any items which they determine may be related to their investigation.

Oct 5 2018
_____
Date

Rick Singer
_____
Signature

Witness

Kaitlyn Cedrone
_____

SINGER-VOL002-000362

This is to certify that on _____ at _____
Special Agents of the Federal Bureau of Investigation, U. S. Department of Justice, conducted a
search of _____ .
I certify that nothing was removed from my custody by Special Agents of the Federal Bureau of
Investigation, U. S. Department of Justice.

(Signed) _____

**Witnessed:**

_____
Special Agent
Federal Bureau of Investigation
U. S. Department of Justice

_____
Special Agent
Federal Bureau of Investigation
U. S. Department of Justice

SINGER-VOL002-000363

FD-597 (Rev. 4-13-2015)                                                                    Page __1__ of __1__

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property

Case ID: ███████████████

On (date) 10/5/2018 _____     item (s) listed below were:
                                    ☐ Collected/Seized
                                    ☑ Received From
                                    ☐ Returned To
                                    ☐ Released To

(Name) Rick Singer _____

(Street Address) _____

(City) _____

Description of Item (s):   Iphone 7 plus
                           serial number  ███████████  HFYK
                           IMEI  ███████████  808 8

KC
10/5/2018

Received By:  _Kaitlyn Cedrone_          Received From:  _____
                   (Signature)                                (Signature)

Printed Name/Title:  Kaitlyn Cedrone     Printed Name/Title:  Rick Singer
                     Special Agent

**SINGER-VOL002-000364**

SINGER-VOL002-000365

FD-597 (Rev. 4-13-2015)

Page ___1___ of ___1___

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property

Case ID: ██████████████████████

On (date) _10/5/2018_

item (s) listed below were:
- [ ] Collected/Seized
- [ ] Received From
- [✓] Returned To
- [ ] Released To

(Name) _Rick Singer_

(Street Address) _____

(City) _____

Description of Item (s):   _Iphone 7 plus_
_serial number_ ██████ _HFYK_
_IMEI_ ██████████ _808  8_

_KC_
_10/5/2018_

| | |
|---|---|
| Received By: _Rick Sing_ | Received From: _Kaitlyn Cedrone_ |
| (Signature) | (Signature) |
| Printed Name/Title: _Rick Singer_ | Printed Name/Title: _Kaitlyn Cedrone_ |
| | Special Agent |

SINGER-VOL002-000366

SINGER-VOL002-000367

FD-941 (2-26-01)

# CONSENT TO SEARCH COMPUTER(S)

I, _Fin_ , have been asked by Special Agents of the

Federal Bureau of Investigation (FBI) to permit a complete search by the FBI or its designees of any and all computers,

any electronic and/or optical data storage and/or retrieval system or medium, and any related computer peripherals,

described below:

_iphone 7 plus serial #_ ▮▮▮▮ _HFYK_

CPU Make, Model & Serial Number (if available)

_IMEI_ ▮▮▮▮ _3088_

Storage or Retrieval Media, Computer Peripherals

and located at _Marriott Residence Inn Chelsea_ , which I own, possess,

control, and/or have access to, for any evidence of a crime or other violation of the law. The required passwords, logins,

and/or specific directions for computer entry are as follows: _0918_ .

I have been advised of my right to refuse to consent to this search, and I give permission for this search, freely

and voluntarily, and not as the result of threats or promises of any kind.

I authorize those Agents to take any evidence discovered during this search, together with the medium in/on which

it is stored, and any associated data, hardware, software and computer peripherals.

_11/1/2018_
Date

_[signature]_
Signature

Date

Signature of Witness

Printed Full Name of Witness

Location

SINGER-VOL002-000368

This is to certify that on _November 1, 2018_ at _8:17am_

Special Agents of the Federal Bureau of Investigation, U.S. Department of Justice, conducted a complete search of any

and all computers, any electronic and/or optical data storage and/or retrieval system, and any related computer peripherals.

I certify that ~~nothing~~ my iphone 7 plus was removed from my custody by those Agents.

(Signed) _____

_____
Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

Witnessed:

_____
Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

SINGER-VOL002-000369

GPO U.S. GPO: 2016-395-373

FD-597 (Rev. 4-13-2015)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ▮▮▮▮▮▮▮▮▮▮▮

On (date) 11 | 1 | 2018

item (s) listed below were:
- ☐ Collected/Seized
- ☑ Received From
- ☐ Returned To
- ☐ Released To

(Name) Fin

(Street Address) Marriott Residence Inn

(City) Chelsea, MA

Description of Item (s):  iPhone 7 plus
Charger for phone
serial # ▮▮▮▮▮▮ 7HFYK
IMEI ▮▮▮▮▮▮ 8088

Nothing Further
Laura Smith

Received By: _Laura Smith_ (Signature)

Received From: _Fin_ (Signature)

Printed Name/Title: Laura Smith, Special Agent

Printed Name/Title: Fin

SINGER-VOL002-000370

G2O U.S. GPO: 2016-395-373

FD-597 (Rev. 4-13-2015)                                                      Page ___1___ of ___1___

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: █████████████████

On (date) __11/1/2018__                     item (s) listed below were:
                                            ☐ Collected/Seized
                                            ☐ Received From
                                            ☑ Returned To
                                            ☐ Released To

(Name) __Fin__

(Street Address) __Marriott Residence Inn__

(City) __Chelsea, MA__

Description of Item (s): __iphone 7 plus__
__Charger for iphone__
__Serial # ████████ 7HFYK__
__IMEI ████████████ 8088__

_Nothing Further_
_Laura Smith_

Received By: __Fin__                        Received From: _(signature)_
                    (Signature)                              (Signature)
Printed Name/Title: __Fin__                 Printed Name/Title: __Laura Smith__

**SINGER-VOL002-000371**



FD-941 (2-26-01)

# CONSENT TO SEARCH COMPUTER(S)

I, ___Fin_____, have been asked by Special Agents of the

Federal Bureau of Investigation (FBI) to permit a complete search by the FBI or its designees of any and all computers,

any electronic and/or optical data storage and/or retrieval system or medium, and any related computer peripherals,

described below:

___Iphone 7 plus, serial ▮▮▮▮ HFYK___

CPU Make, Model & Serial Number (if available)

___IMEI ▮▮▮▮ 8088___

Storage or Retrieval Media, Computer Peripherals

and located at ___Residence Inn, Chelsea, MA_____, which I own, possess,

control, and/or have access to, for any evidence of a crime or other violation of the law. The required passwords, logins,

and/or specific directions for computer entry are as follows: _____.

   I have been advised of my right to refuse to consent to this search, and I give permission for this search, freely

and voluntarily, and not as the result of threats or promises of any kind.

   I authorize those Agents to take any evidence discovered during this search, together with the medium in/on which

it is stored, and any associated data, hardware, software and computer peripherals.

___11/29/18___
Date

___11/29/2018___
Date

___Fin___
Signature

___Kaitlyn Cedrone___
Signature of Witness

___Kaitlyn Cedrone___
Printed Full Name of Witness

___Residence Inn, Chelsea, MA___
Location

SINGER-VOL002-000372

This is to certify that on _____11/29/2018_____ at Residence Inn, Chelsea, MA

Special Agents of the Federal Bureau of Investigations, U.S. Department of Justice, conducted a complete search of any

and all computers, any electronic and/or optical data storage and/or retrieval system, and any related computer peripherals.

I certify that ~~nothing~~ was removed from my custody by those Agents.

Iphone 7 plus

(Signed) _____

Katelyn Cedrone
Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

_____
Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

Witnessed:

SINGER-VOL002-000373

G2O U.S. GPO: 2016-395-373

FD-597 (Rev. 4-13-2015)                                                                    Page ___1___ of ___1___

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: _____

On (date) __11/29/18__                          item (s) listed below were:
                                                ☐ Collected/Seized
                                                ☑ Received From
                                                ☐ Returned To
                                                ☐ Released To

(Name) _____

(Street Address) _____

(City) _____

Description of Item (s): __Iphone 7 plus__

Serial ███████████ HFYK

IMEI ███████████ 8088

KC
11/29/18

Received By: _Kaitlyn Cedrone_          Received From: _Dan_
                  (Signature)                              (Signature)

Printed Name/Title: Kaitlyn Cedrone      Printed Name/Title: Fin

SINGER-VOL002-000374

G͟P͟O͟ U.S. GPO: 2016-395-373

FD-597 (Rev. 4-13-2015)

Page __1__ of __1__

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ███████████████████████

On (date) ___11/29/18___

item (s) listed below were:
☐ Collected/Seized
☐ Received From
☑ Returned To
☐ Released To

(Name) _____

(Street Address) _____

(City) _____

Description of Item (s):   Iphone 7 plus
                  Serial ██████████ HFYK
                  IMEI ████████████ 8088

KC
11/29/18

Received By: Fin Yun
(Signature)

Received From: Kaitlyn Cedrone
(Signature)
Kaitlin Cedrone

**SINGER-VOL002-000375**

G⅖O: U.S. GPO: 2016-395-373

FD-597 (Rev. 4-13-2015)                                      Page __1__ of __1__

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ██████████████████

On (date) _10/31/2018_            item (s) listed below were:
                                  ☑ Collected/Seized
                                  ☐ Received From
                                  ☐ Returned To
                                  ☐ Released To

(Name) _____

(Street Address) _____

(City) _____

Description of Item (s): _LG Black cell phone_
_IMEI_ ███████████ _6533_
_Model # LG-M150_

KC
11/27/2018

Received By: _Kaitlyn Cedrone_          Received From: _Jim_
                  (Signature)                            (Signature)

Printed Name/Title: _Kaitlyn Cedrone_   Printed Name/Title: _Fin_

SINGER-VOL002-000376

September 20, 2018

Re:   Consensual Monitoring of Wireless Phone by Law Enforcement

Dear:

Kindly accept this correspondence as confirmation of representations made by the Department
of Justice (DOJ) and the **Federal Bureau of Investigation (FBI)** regarding the consensual
monitoring of mobile phones for law enforcement purposes pursuant to 18 U.S.C.§ 2511 (2)(c).
The specific phone referenced in this letter for AT&T's assistance in conducting consensual
monitoring is an AT&T cellular telephone assigned telephone number ▮▮▮▮ 8802          .

Pursuant to 18 U.S.C. § 2501 *et seq.*, the law enforcement agencies of the Department of Justice
sometimes consensually monitor the wire and electronic communications of confidential
informants and other parties in order to gather information for their criminal investigations. As
you know, consent of one of the parties to a communication is sufficient under the law to
permit monitoring without court order. Even though consensual monitoring does not require a
judge's authorization, given the portability of cellular phones and possibility of civil liability
arising from someone other than the consenting party using the phone, AT&T has been
requiring prosecutors to obtain a court order before permitting consensual monitoring.

Since we are aware of your concerns regarding the portability, and correspondingly the
common transfer of mobile phones to non-consenting third parties, the **DOJ/FBI** propose that
with consensual monitoring under 18 U.S. C. § 2511, consenting parties will be required to
sign a consent and acknowledgment form pledging that the target phone will not be used by
anyone else, including the uses of cell phone photography and text messaging. A sample copy
of this form is attached.

After a thorough review of current applicable law, it is the position of the **DOJ/FBI** that an
order is not required when a party to a communication consents to the monitoring, even when
that phone used is inherently mobile; however, since the **DOJ/FBI** also recognizes the rights
of third parties should be protected, the consenting party will be required to read and sign a
statement pledging that the phone shall not be used by any other party.

We hope that this information assuages AT&T's concerns. Should you have any additional
questions, please do not hesitate to contact us. Thank you for your anticipated cooperation in this
matter.

Sincerely yours,

**AUSA Signature**

ERIC S. ROSEN

**AUSA Printed Name**

SINGER-VOL002-000377

## CONSENT AND ACKNOWLEDGEMENT

I, RICK SINGER , hereby state that:

1.    I consent to the interception and recording of any and all communications made by me over all telephones, cellular or otherwise, provided to or made available to me by law enforcement agents in connection with actions taken by me in connection with law enforcement agents.  My consent extends to all communications over any such phone, whether or not that communication relates to a criminal investigation, to any and all messages left on any voicemail feature of any such phone, photographs taken using the phone, and text messaging.  I further consent to the disclosure of any information or records regarding such communications to law enforcement agents.

2.    I acknowledge that I have been instructed that any cellular telephones provided to me in the course of my activities are to be used only by me, and that I am not authorized to allow any other person to make, receive or participate in telephone calls involving those telephones as defined above in which I am not a participant.

Date: 9/27/18

Signature

Rick Singer
Printed Name

Witness/Interpreter Signature

Donald H. Heller
Witness/Interpreter Printed Name

SINGER-VOL002-000378

December 17, 2018

Re:     Consensual Monitoring of Wireless Phone by Law Enforcement

Dear AT&T:

Kindly accept this correspondence as confirmation of representations made by the Department of Justice (DOJ) and the **Federal Bureau of Investigation (FBI)** regarding the consensual monitoring of mobile phones for law enforcement purposes pursuant to 18 U.S.C.§ 2511 (2)(c). The specific phone referenced in this letter for AT&T's assistance in conducting consensual monitoring is an AT&T cellular telephone assigned telephone number ▮▮▮▮ 8802

Pursuant to 18 U.S.C. § 2501 *et seq.,* the law enforcement agencies of the Department of Justice sometimes consensually monitor the wire and electronic communications of confidential informants and other parties in order to gather information for their criminal investigations. As you know, consent of one of the parties to a communication is sufficient under the law to permit monitoring without court order. Even though consensual monitoring does not require a judge's authorization, given the portability of cellular phones and possibility of civil liability arising from someone other than the consenting party using the phone, AT&T has been requiring prosecutors to obtain a court order before permitting consensual monitoring.

Since we are aware of your concerns regarding the portability, and correspondingly the common transfer of mobile phones to non-consenting third parties, the **DOJ/FBI** propose that with consensual monitoring under 18 U.S.C. § 2511, consenting parties will be required to sign a consent and acknowledgment form pledging that the target phone will not be used by anyone else, including the uses of cell phone photography and text messaging. A sample copy of this form is attached.

After a thorough review of current applicable law, it is the position of the **DOJ/FBI** that an order is not required when a party to a communication consents to the monitoring, even when that phone used is inherently mobile; however, since the **DOJ/FBI** also recognizes the rights of third parties should be protected, the consenting party will be required to read and sign a statement pledging that the phone shall not be used by any other party.

We hope that this information assuages AT&T's concerns. Should you have any additional questions, please do not hesitate to contact us. Thank you for your anticipated cooperation in this matter.

Sincerely Yours

*Eric S. Rosen*

**AUSA Signature**            **Eric S. Rosen**

**AUSA Printed Name**

SINGER-VOL002-000379

## CONSENT AND ACKNOWLEDGEMENT

I, _Rick Singer_ hereby state that:

    1.    I consent to the interception and recording of any and all communications made by me over all telephones, cellular or otherwise, provided to or made available to me by law enforcement agents in connection with actions taken by me in connection with law enforcement agents. My consent extends to all communications over any such phone, whether or not that communication relates to a criminal investigation, to any and all messages left on any voicemail feature of any such phone, photographs taken using the phone, and text messaging. I further consent to the disclosure of any information or records regarding such communications to law enforcement agents.

    2.    I acknowledge that I have been instructed that any cellular telephones provided to me in the course of my activities are to be used only by me, and that I am not authorized to allow any other person to make, receive or participate in telephone calls involving those telephones as defined above in which I am not a participant.

Date: _12/29/2018_

_____
Signature

_Rick Singer_
Printed Name

_____
Witness

_____
Witness/Interpreter

SINGER-VOL002-000380