# EXHIBIT OO



U.S. Department of Justice

*Andrew E. Lelling*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*   *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

March 19, 2020

VIA EMAIL

George Vien
Donnelly, Conroy & Gelhaar, LLP
260 Franklin Street, Suite 1600
Boston, MA 02110

Re:   United States v. David Sidoo, et al
      19-cr-10090-NMG

Dear George:

On March 9, 2020, the government provided counsel for the defendants with a detailed chronology concerning the government's production of the Singer Notes. On March 13, 2020, counsel responded with nearly three dozen follow-up questions and several document requests. The government believes it has provided sufficient information regarding the production of the Notes. If you believe there is a legal basis for us to provide the requested information, please let us know, so that we may review it and respond accordingly.

Sincerely,

ANDREW E. LELLING
United States Attorney

By:   */s/ Karin M. Bell*
      Eric S. Rosen
      Justin D. O'Connell
      Kristen A. Kearney
      Leslie A. Wright
      Karin M. Bell
      Stephen E. Frank
      Assistant U.S. Attorneys