# EXHIBIT UU

FD-340c (4-11-03)

File Number __S-00091023__

Field Office Acquiring Evidence __BS__

Serial # of Originating Document __S-00091023-A-31__

Date Received __10/31/2018__

From _____
(Name of Contributor/Interviewee)

_____
(Address)

_____
(City and State)

By __SA Laura Smith__

To Be Returned ☐ Yes ☑ No
Receipt Given ☐ Yes ☑ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e) Federal Rules of Criminal Procedure
☐ Yes ☑ No
Federal Taxpayer Information (FTI)
☐ Yes ☑ No

Title: __CHS proffer - Day 4__

Reference: __CHS proffer - Day 4__
(Communication Enclosing Material)

Description: ☐ Original notes re interview of
__318A-BS-2885343__

IA-19



Rick does not have anyone on the inside of SAT or ACT.

Abdelaziz - RS unsure how they met. Dad called RS for ▇. RS flew to house, ▇ phenominal student but didn't get ▇. Played Bask. B. at ▇ in Nevada. RS worked w/ ▇ (legit) got into Columbia. At same time sister ▇ was applying to schools. Dad had connections at USC. ▇ denied from USC, went to GW. Dad called b/c should have done side door w/ ▇. Dad knew it would have been $250k for SD to use. ▇ got into Columbia, ninelete ▇ played on strides Dad for 1 week. ▇ works for Steve Wynn + then ffr to China to open hotel. ▇ did poorly at school ▇ in China. Dad called saying ▇ was doing summer at USC. Dad promised ▇ he'd get USC done for her b/c sacrifice to go to China. RS made her a better basket ball player, was not a D1 bask-ball player.

Donna knows players aren't recruitable to USC. RS has not told Donna they are not strong players. Donna knows RS is Donna knows profiles created to producing proxies. Implicit understanding look like they are not strong enough to play for USC.

RS told dad $300K → RS knew he had to give Donna more b/c this would be difficult (less strong student). Donna/prog. received ≈ $200K. USC Person from China was in subco meeting. Donna had to explain ▇▇▇ profile. USC China contact said ▇▇▇ went to tough school in China. Gamal knew ▇▇ was not strong enough to be recruited. Gamal knew there was an exchange of money to someone/USC to get ▇▇▇ in. Donna directed some of the money. Gamal didn't know about Donna; he knew someone at USC pulling strings. $ → foundation → USC program which was directed by someone to a specific area. Mom never talked to RS. Parents knew $ going to school, not the foundation.

9