# EXHIBIT WW

| | | | |
|---|---|---|---|
| 14 | Created:<br>1/30/2019<br>22:26(UTC-5)<br>Modified:<br>1/30/2019<br>22:39(UTC-5) | **Title:** Peter Sartorio In 2014total 15k did not work with them in 2014 - shows...<br>**Summary:** up twice<br>**Source:** Notes<br>**Body:** Peter Sartorio In 2014total 15k did not work with them in 2014 - shows up twice<br><br>Manuel Henriquez 15k twice why<br><br>▇▇▇▇ paid for help guidance off waitlist<br><br>▇▇▇▇ just help with younger daughter pulling out of regular school ▇▇▇▇<br><br>Sidoo investment 99,990 twice<br><br>▇▇ 75 in and 72,350 taken out??<br><br>John Wilson 20k nothing to do with USC plus dona ion to USC program for real polo player<br>Joey chen twice on list<br><br>▇▇▇▇ - 50k never went or got into Gtown - why 50 should be 300k<br><br>▇▇▇▇ 50k no testing or college bribe<br><br>Pelstring water polo player to USC polo<br><br>▇▇▇▇ 250k Gtown manager great grades scores 2.5 years manageraaaw | |
| 15 | Created:<br>1/30/2019<br>18:30(UTC-5)<br>Modified:<br>1/30/2019<br>18:30(UTC-5) | **Title:** New Note<br>**Source:** Notes<br>**Body:** | Yes |
| 16 | Created:<br>1/30/2019<br>10:58(UTC-5)<br>Modified:<br>1/30/2019<br>18:31(UTC-5) |  | |
| 17 | Created:<br>1/30/2019<br>10:19(UTC-5)<br>Modified:<br>1/30/2019<br>10:20(UTC-5) | | |
| 18 | Created:<br>1/29/2019<br>14:47(UTC-5)<br>Modified:<br>1/29/2019<br>14:49(UTC-5) | **Title:** Clearwater<br>**Summary:** St Petersburg<br>**Source:** Notes<br>**Body:** Clearwater<br><br>St Petersburg<br><br>Eckerd-close to downtown | |
| 19 | Created:<br>1/29/2019<br>14:45(UTC-5)<br>Modified:<br>1/29/2019<br>15:01(UTC-5) | **Title:** Grafton hotel<br>**Summary:** Delta in at 9:15am from Tampa<br>**Source:** Notes<br>**Body:** Grafton hotel<br>Delta in at 9:15am from Tampa<br>Monday 10:30yuy | |
| 20 | Created:<br>1/27/2019<br>23:44(UTC-5)<br>Modified:<br>1/27/2019<br>23:59(UTC-5) | | |
| 21 | Created:<br>1/23/2019<br>01:06(UTC-5)<br>Modified:<br>1/23/2019<br>01:07(UTC-5) | **Title:** Bio Tech Pro<br>**Source:** Notes<br>**Body:** Bio Tech Pro | |
| 22 | Created:<br>1/22/2019<br>00:17(UTC-5)<br>Modified:<br>1/22/2019<br>00:17(UTC-5) | **Title:** Netflix Same Kind of Difference<br>**Source:** Notes<br>**Body:** Netflix Same Kind of Difference | |
| 23 | Created:<br>1/16/2019<br>23:45(UTC-5)<br>Modified:<br>1/16/2019<br>23:52(UTC-5) | **Title:** You found the light in me I could not find<br>**Body:** You found the light in me I could not find<br><br>It is buried in my soul | |