UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
:
UNITED STATES OF AMERICA,                                :
:
                     Plaintiff,                     :
:
        -against-                              :  Criminal No. 1:19-cr-10080-NMG
:
DAVID SIDOO, ET AL,                                      :
:
                     Defendant.                    :
:
:
---------------------------------------------------------x

## NONPARTY UNIVERSITY OF SOUTHERN CALIFORNIA'S (ASSENTED TO) MOTION FOR LEAVE TO FILE REPLY BRIEF

Nonparty University of Southern California ("USC") hereby moves the Court for leave to file a Reply Brief in Support of its Objection to and Motion to Modify Magistrate Judge Kelley's Order of March 3, 2020 ("the Motion") pursuant to Local Rule 7.1(b)(3). In support of this request, USC states as follows:

1. USC filed its 20 page Motion on March 18, 2020, after having been granted an extension by the Court to file on March 24, 2020.

2. USC assented to Defendant Zangrillo's request to file an opposition in excess of the 20 page limit. On March 24, 2020, the Court granted Zangrillo leave to file his 29 page brief.

3. In order to adequately address the voluminous arguments and factual averments that Zangrillo has made in his 29 page brief, UCS seeks leave of this Court to file a Reply, a copy of which is attached hereto as Exhibit A.

4. USC contends that the privacy interests of its students and applicants that are at issue in this litigation are paramount and deserving of the Court's consideration.

2

WHEREFORE, USC requests that the Court grant its leave to file the attached Reply.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel hereby certifies that he has conferred with counsel for Defendant Robert Zangrillo, who assents to this Motion.

Respectfully submitted,
UNIVERSITY OF SOUTHERN CALIFORNIA,
By its attorneys,


*/s/ Debra Wong Yang*
Debra Wong Yang (Admitted *Pro Hac Vice*)
Douglas M. Fuchs (Admitted *Pro Hac Vice*)
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213)229-7000
dwongyang@gibsondunn.com
dfuchs@gibsondunn.com

*/s/ Anthony E. Fuller*
Anthony E. Fuller (BBO #633246)
William H. Kettlewell (BBO# 270320)
Elizabeth C. Pignatelli (BBO #677923)
HOGAN LOVELLS US LLP
125 High St., Suite 2010
Boston, MA  02110
(617) 371-1000
anthony.fuller@hoganlovells.com
bill.kettlewell@hoganlovells.com
elizabeth.pignatelli@hoganlovells.com

Dated: March 27, 2020


**CERTIFICATE OF SERVICE**

I, hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent those indicated as nonregistered participants on March 27, 2020.

*/s/ Anthony E. Fuller*
Anthony E. Fuller