UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 19-CR-10080 |
| ) | |
| DAVID SIDOO, et al ) | |
| Defendants ) | |

### DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE PARTIALLY SEALED MOTION TO SUPPRESS TITLE III INTERCEPTIONS OR ALTERNATIVELY FOR A *FRANKS* HEARING

Defendants, by and through undersigned counsel, hereby respectfully move this Honorable Court for leave to file partially under seal their Motion to Suppress Title III Interceptions or Alternatively for a *Franks* Hearing. As grounds and reasons therefor, defendants state that certain portions of their Motion require redaction under the operative Protective Order in this case, *see* Dkt. 377, and that the Protective Order requires that the exhibits to their Motion be filed under seal. Defendants intend to file a redacted copy of their Motion in the public record and deliver a full copy of the materials to the Court for filing under seal.

**WHEREFORE**, the defendants respectfully request that this Honorable Court allow them leave to file their Motion to Suppress Title III Interceptions or Alternatively for a *Franks* Hearing partially under seal.

### COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel conferred with counsel for the government, and government assents

1

to the defendants' request to file their Motion partially under seal. The government, however, objects to the relief requested in the defendants' underlying Motion to Suppress.

Respectfully Submitted,
Robert Zangrillo
By His Attorney,

**/s/ Martin G. Weinberg**
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Dated: March 31, 2020

## CERTIFICATE OF SERVICE

    I, Martin G. Weinberg, hereby certify that on this date, March 31, 2020, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.