UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID SIDOO, *et al.*,<br><br>　　　　Defendants. | Case No. 19-CR-10080-NMG<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' MOTION TO DISMISS COUNT ONE
INSOFAR AS IT ALLEGES CONSPIRACY TO DEFRAUD TESTING COMPANIES
<u>OF PROPERTY AND HONEST SERVICES</u>**

　　Defendants William McGlashan, Elizabeth Kimmel, Mossimo Giannulli, Lori Loughlin, Diane Blake, Todd Blake, Gamal Abdelaziz, I-Hsin "Joey" Chen, Amy Colburn, Gregory Colburn, Marci Palatella, Robert Zangrillo, Homayoun Zadeh, and John Wilson (collectively, the "Defendants") hereby move to dismiss Count One of the Fourth Superseding Indictment ("FSI") insofar as it alleges a conspiracy to defraud college admissions testing companies of property and honest services.

　　As grounds for this motion, the Defendants state that the FSI fails to allege a conspiracy to defraud testing companies, ACT, Inc. and the College Board, of any cognizable property or honest services under federal law.  Test scores, as a matter of law, cannot constitute "money or property" for purposes of the mail and wire fraud statutes and the FSI fails to allege a conspiracy to defraud testing companies of any item that could constitute "money or property" under those statutes. Further, the FSI fails to allege any facts establishing that any individual allegedly bribed by the Defendants owed a fiduciary duty to the testing companies, which is an essential element of the theft of honest services.  The reasons for this motion are set forth more fully in the Defendants' memorandum in support of this motion which is filed simultaneously herewith and incorporated

fully herein.

WHEREFORE, for the reasons stated in this motion and in its accompanying memorandum in support, the Defendants respectfully request that this Court dismiss Count One of the FSI insofar as it alleges conspiracy to defraud testing companies of property and honest services.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), the Defendants hereby respectfully request that the Court hear oral argument on this motion, as they believe it will assist the Court in its consideration of this motion.

Dated:  April 1, 2020

Respectfully submitted,

John C. Hueston (*pro hac vice*)
jhueston@hueston.com
Marshall Camp (*pro hac vice*)
mcamp@hueston.com
HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
Los Angeles, CA 90014
(213) 788-4340

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO # 564879)
jpirozzolo@sidley.com
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
(617) 223-0304

Joan M. Loughnane (*pro hac vice*)
jloughnane@sidley.com
SIDLEY AUSTIN LLP
787 7th Avenue
New York, NY 10019
(212) 839-5567

*Attorneys for Defendant
William McGlashan, Jr.*

/s/ R. Robert Popeo
R. Robert Popeo (BBO # 403360)
Mark E. Robinson (BBO # 423080)
Eóin P. Beirne (BBO # 660885)
Cory S. Flashner (BBO # 629205)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1605 (telephone)
(617) 542-2241 (fax)
rpopeo@mintz.com
mrobinson@mintz.com
ebeirne@mintz.com
csflashner@mintz.com

*Attorneys for Defendant
Elisabeth Kimmel*

Sean M. Berkowitz (*pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Phone: 312.777.7700
Fax: 312.993.9767
sean.berkowitz@lw.com

Perry J. Viscounty (*pro hac vice*)
LATHAM & WATKINS LLP
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626
Phone: 714.540.1235
perry.viscounty@lw.com

/s/ William J. Trach
William J. Trach (BBO #661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Phone: 617.948.6000
Fax: 312.993.9767
william.trach@lw.com

Roman Martinez (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Phone: 202.637.2200
roman.martinez@lw.com

*Attorneys for Defendants
Mossimo Giannulli and Lori Loughlin*

David C. Scheper (*pro hac vice*)
SCHEPER KIM & HARRIS LLP
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071
Phone: 213.613.4655
Fax: 213.613.4656
dscheper@scheperkim.com

*Attorney for Defendant*
*Lori Loughlin*

Mark E. Beck (*pro hac vice*)
Mark Beck Law, A Professional Corporation
350 West Colorado Boulevard
Suite 200
Pasadena, CA 91105
Phone: 213.596.7828
mbeck@markbecklaw.com

George W. Vien (BBO #547411)
Joshua N. Ruby (BBO #679113)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
Phone: 617.720.2880
Fax: 617.720.3554
gwv@dcglaw.com
jnr@dcglaw.com

*Attorneys for Defendant*
*Mossimo Giannulli*

/s/ David E. Meier
David E. Meier (BBO #341710)
Todd & Weld LLP
One Federal Street, 27th Floor
Boston, MA  02110
(617) 720-2626
dmeier@toddweld.com

/s/ Stephen H. Sutro
Stephen H. Sutro, Esq.
Duane Morris, LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
(415) 957-3008
SHSutro@duanemorris.com

*Attorneys for Defendants*
*Diane Blake and Todd Blake*

Robert Sheketoff (BBO No. 457340)
One McKinley Square
Boston, MA 02109
617-367-3449

/s/ Brian T. Kelly
Brian T. Kelly (BBO No. 549566)
Joshua C. Sharp (BBO No. 681439)
Lauren M. Maynard (BBO No. 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
617-345-1000

bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

*Attorneys for Defendant*
*Gamal Abdelaziz*

*/s/ Reuben Camper Cahn*
Reuben Camper Cahn (*pro hac vice*)
Jennifer L. Keller (*pro hac vice*)
Chase A. Scolnick (*pro hac vice*)
KELLER/ANDERLE LLP
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Tel: (949) 476-8700
rcahn@kelleranderle.com

*Attorneys for Defendant*
*I-Hsin "Joey" Chen*

*/s/ David S. Schumacher*
Jordan Kearney (*pro hac vice*)          David S. Schumacher (BBO #647917)
HOOPER, LUNDY & BOOKMAN, P.C.            HOOPER, LUNDY & BOOKMAN, P.C.
575 Market Street, Suite 2300            470 Atlantic Avenue, Suite 1201
San Francisco, CA 94105                  Boston, MA 02210
(415) 875-8500                           (617) 532-2700
(415) 875-8519 (fax)                     (617) 345-3927 (fax)
jkearney@health-law.com                  dschumacher@health-law.com

Patric Hooper (*pro hac vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
(310) 551-8111
(310) 551-8181 (fax)
phooper@health-law.com

*Attorneys for Defendants*
*Amy and Gregory Colburn*

*/s/ Michael K. Loucks*
Jack P. DiCanio (*pro hac vice*)         Michael K. Loucks (BBO #305520)
Allen J. Ruby (*pro hac vice*)           SKADDEN, ARPS, SLATE, MEAGHER &
SKADDEN, ARPS, SLATE, MEAGHER &          FLOM LLP
FLOM LLP                                 500 Boylston Street
525 University Avenue                    Boston, MA 02116

- 5 -

Palo Alto, CA 94301
(650) 470-4500
jack.dicanio@skadden.com
allen.ruby@skadden.com

Matthew L. Schwartz (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Tel.: (212) 446-2300
Fax: (212) 446-2350
E-mail: mlschwartz@bsfllp.com

Andrew E. Tomback (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8428
andrew.tomback@whitecase.com

(617) 573-4800
michael.loucks@skadden.com

*Attorneys for Defendant
Marci Palatella*

/s/ Martin G. Weinberg
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

*Attorneys for Defendant
Robert Zangrillo*

/s/ Tracy A. Miner
Tracy A. Miner (BBO No. 547137)
Megan A. Siddall (BBO No. 568979)
Miner Orkand Siddall LLP
470 Atlantic Ave, 4th Floor
Boston, MA 02110
Tel.: (617) 273-8377
Fax: (617) 273-8004
tminer@mosllp.com
msiddall@mosllp.com

*Attorneys for Defendant
Homayoun Zadeh*

/s/ Michael Kendall
Michael Kendall (BBO # 544866)
Yakov Malkiel (BBO # 689137)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com
yakov.malkiel@whitecase.com

*Attorneys for Defendant
John Wilson*

## RULE 7.1 AND 116.3(f) CERTIFICATION

I hereby certify that I conferred with Eric Rosen, counsel for the Government, on March 30, 2020 regarding this motion, and Rosen, on behalf of the government, stated that he opposes the motion.

/s/ *Jack W. Pirozzolo*
Jack W. Pirozzolo

## CERTIFICATE OF SERVICE

      I hereby certify that on April 1, 2020, I filed this document through the CM/ECF system and a copy will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                            /s/ *Jack W. Pirozzolo*
                                            Jack W. Pirozzolo