UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID SIDOO, *et al.*,<br><br>        Defendants. | Case No. 19-CR-10080-NMG<br>(Leave to file granted 4/1/2020)<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' MOTION TO SUPRESS EVIDENCE
DERIVED FROM THE GOVERNMENT'S FOUR WIRETAPS**

Defendants Robert Zangrillo, Amy Colburn, John Wilson, Elizabeth Kimmel, Marci Palatella, I-Hsin "Joey" Chen, and William E. McGlashan, Jr. (collectively, "Defendants") hereby move to suppress wiretap evidence pursuant to 18 U.S.C. §§ 2515 and 2518(10) or, in the alternative, for an evidentiary hearing pursuant to *Franks v. Delaware*, 438 U.S. 154 (1978). Specifically, Defendants seek the suppression of evidence derived from the Government's wiretapping of Rick Singer's phone and e-mail accounts. As grounds for this motion, Defendants state that the Government failed to meet its statutory obligation of necessity in each of its wiretap applications and any evidence derived therefrom must therefore be suppressed. Further, the Government either dismissed or omitted material facts regarding the necessity of the wiretaps in each of its wiretap applications thereby warranting suppression of any evidence derived therefrom under *Franks v. Delaware*.

In its initial wiretap application and subsequent three renewal applications, the Government failed to meet its required showing that beyond the use of traditional investigative techniques, wiretaps were necessary to further its investigation. In fact, at the time of its wiretap applications, the Government's investigation was proceeding without impediment through traditional investigative techniques, such as the collection of emails via search warrant. Apart

from wiretaps, the Government could have pursued other traditional investigative techniques, such as interviews with cooperating witnesses. As such, the use of wiretaps was not a necessity as required by 18 U.S.C. § 2518 and any evidence derived therefrom must be suppressed. Additionally, in each of its four wiretap affidavits, the Government either dismissed or omitted material facts regarding its collection of evidence through traditional investigative tactics or its ability to do so. These representations were either intentionally or recklessly false, thus warranting suppression under *Franks v. Delaware*.

The grounds for this motion are set forth in further detail in the Defendants' accompanying memorandum, which is incorporated herein by reference.

WHEREFORE, for the reasons stated in this motion and in its accompanying memorandum in support, the Defendants respectfully request that this Court issue an order suppressing evidence derived from the Government's wiretaps of Singer's phone, or in the alternative order an evidentiary hearing pursuant to *Franks v. Delaware*.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants hereby respectfully request that the Court hear oral argument on this motion, as they believe it will assist the Court in its consideration of this motion.

Dated:  April 1, 2020                                       Respectfully submitted,

John C. Hueston (*pro hac vice*)
jhueston@hueston.com
Marshall Camp (*pro hac vice*)
mcamp@hueston.com
HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
Los Angeles, CA 90014
(213) 788-4340

/s/ Jack W. Pirozzolo
Jack W. Pirozzolo (BBO # 564879)
jpirozzolo@sidley.com
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
(617) 223-0304

Joan M. Loughnane (*pro hac vice*)
jloughnane@sidley.com
SIDLEY AUSTIN LLP
787 7th Avenue
New York, NY 10019
(212) 839-5567

*Attorneys for Defendant*
*William McGlashan, Jr.*


/s/ R. Robert Popeo
R. Robert Popeo (BBO # 403360)
Mark E. Robinson (BBO # 423080)
Eóin P. Beirne (BBO # 660885)
Cory S. Flashner (BBO # 629205)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1605 (telephone)
(617) 542-2241 (fax)
rpopeo@mintz.com
mrobinson@mintz.com
ebeirne@mintz.com
csflashner@mintz.com

*Attorneys for Defendant*
*Elisabeth Kimmel*


/s/ Reuben Camper Cahn
Reuben Camper Cahn (*pro hac vice*)
Jennifer L. Keller (*pro hac vice*)
Chase A. Scolnick (*pro hac vice*)

KELLER/ANDERLE LLP
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Tel: (949) 476-8700
rcahn@kelleranderle.com

*Attorneys for Defendant*
*I-Hsin "Joey" Chen*

Jordan Kearney (*pro hac vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
575 Market Street, Suite 2300
San Francisco, CA 94105
(415) 875-8500
(415) 875-8519 (fax)
jkearney@health-law.com

*/s/ David S. Schumacher*
David S. Schumacher (BBO #647917)
HOOPER, LUNDY & BOOKMAN, P.C.
470 Atlantic Avenue, Suite 1201
Boston, MA 02210
(617) 532-2700
(617) 345-3927 (fax)
dschumacher@health-law.com

Patric Hooper (*pro hac vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
(310) 551-8111
(310) 551-8181 (fax)
phooper@health-law.com

*Attorneys for Defendant*
*Amy Colburn*

Jack P. DiCanio (*pro hac vice*)
Allen J. Ruby (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301
(650) 470-4500
jack.dicanio@skadden.com
allen.ruby@skadden.com

*/s/ Michael K. Loucks*
Michael K. Loucks (BBO #305520)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
500 Boylston Street
Boston, MA 02116
(617) 573-4800
michael.loucks@skadden.com

*Attorneys for Defendant*
*Marci Palatella*

- 5 -

Matthew L. Schwartz (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Tel.: (212) 446-2300
Fax: (212) 446-2350
E-mail:  mlschwartz@bsfllp.com

*/s/ Martin G. Weinberg*
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

*Attorneys for Defendant*
*Robert Zangrillo*

Andrew E. Tomback (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8428
andrew.tomback@whitecase.com

*/s/ Michael Kendall*
Michael Kendall (BBO # 544866)
Yakov Malkiel (BBO # 689137)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com
yakov.malkiel@whitecase.com

*Attorneys for Defendant*
*John Wilson*

## RULE 7.1 AND 116.3(f) CERTIFICATION

I hereby certify that I conferred with Eric Rosen, counsel for the Government, on March 30, 2020 regarding this motion, and Rosen, on behalf of the government, stated that he opposes the motion.

/s/ *Jack W. Pirozzolo*
Jack W. Pirozzolo

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2020, I filed this document through the CM/ECF system and a copy will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Jack W. Pirozzolo*
Jack W. Pirozzolo