UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> DAVID SIDOO, et al ) <br>     Defendants ) | CRIMINAL NO. 19-CR-10080 |

**DEFENDANT ROBERT ZANGRILLO'S ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL THE EXHIBITS TO HIS MEMORANDUM IN SUPPORT OF HIS MOTION TO DISMISS COUNTS ONE AND FOUR**

Defendant Robert Zangrillo, by and through undersigned counsel, hereby respectfully moves this Honorable Court for leave to file under seal the exhibits to his Memorandum in Support of his Motion to Dismiss Counts One and Four. As grounds and reasons therefor, Mr. Zangrillo states that sealing of the exhibits is required under the operative Protective Order in this case, *see* Dkt. 377, and/or Fed. R. Crim. P. 49.1.

**WHEREFORE**, Mr. Zangrillo respectfully requests that this Honorable Court allow him leave to file the exhibits to his Memorandum in Support of his Motion to Dismiss Counts One and Four under seal.

**COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Undersigned counsel conferred with counsel for the government, and government assents to Mr. Zangrillo's request to file the exhibits under seal. The government, however, objects to the relief requested in the Motion to Dismiss.

1

Respectfully Submitted,
Robert Zangrillo
By His Attorney,

**/s/ Martin G. Weinberg**
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Dated: April 1, 2020

## CERTIFICATE OF SERVICE

    I, Martin G. Weinberg, hereby certify that on this date, April 1, 2020, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.