UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

DAVID SIDOO, *et al.*,

Defendants.

Case No. 1:19-CR-10080-NMG

**DEFENDANTS' MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE 8 AND 12(B)(3)(B)(i), (iv), AND (v)**

The defendants hereby move to dismiss the Fourth Superseding Indictment (the "Indictment") pursuant to Federal Rules of Criminal Procedure 8 and 12(b)(3)(B)(i), (iv), and (v).[1] As grounds for this motion, the defendants state that the government has charged a single, general "conspiracy" where none exists. For the reasons set forth in more detail in the accompanying memorandum in support of this motion, the government's charging decision is improper under the Federal Criminal Rules in at least the following respects and the Indictment must be dismissed.

First, the government has joined improperly several putative offenses in each of the three conspiracy counts in the Indictment. Each of the conspiracy counts depends on the existence of a single conspiracy, knowingly joined by all of the defendants, but the factual allegations in the Indictment do not demonstrate in any way that such a conspiracy existed. Instead, the facts alleged show that the individual defendants did business only with Rick Singer, the mastermind of the alleged scheme, and none of the defendants knew their current co-defendants or agreed to combine

---

[1] All the defendants join in this motion.

1

with them for any purpose. The government's charging tactics thus violate the rule against "rimless wheel" conspiracies, and the conspiracy counts fail to state the offense (a single conspiracy) charged in them. These counts must be dismissed under Federal Rule of Criminal Procedure 12(b)(3)(B)(v).

Second, the Indictment as a whole violates the prohibition against improper joinder under Federal Rules of Criminal Procedure 8 and 12(b)(3)(B)(iv). The defendants are not alleged to have participated in the same act, transaction, or series of acts or transactions, constituting an offense or offenses. Three discrete genres of conspiracies are alleged, across three substantive conspiracy counts, and there is neither meaningful identity of participants across the schemes nor identity in the acts charged against each defendant. In such circumstances, a joint trial would severely prejudice each defendant's rights to have to have her own guilt considered separately with no real benefit to the government.

Accordingly, for the reasons stated in this motion and in the accompanying memorandum in support, the defendants respectfully request that this Court dismiss the Indictment.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rules 7.1(d) and 112.1, the defendants respectfully request oral argument on this motion.

DATED: April 1, 2020                                Respectfully submitted,

/s/ Eóin P. Beirne
R. Robert Popeo (BBO # 403360)
Mark E. Robinson (BBO # 423080)
Eóin P. Beirne (BBO # 660885)
Cory S. Flashner (BBO # 629205)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1605 (telephone)
(617) 542-2241 (fax)
rpopeo@mintz.com
mrobinson@mintz.com
ebeirne@mintz.com
csflashner@mintz.com

*Counsel for Elisabeth Kimmel*

| | |
|---|---|
| Sean M. Berkowitz (*admitted pro hac vice*) | /s/ William J. Trach |
| LATHAM & WATKINS LLP | William J. Trach (BBO #661401) |
| 330 North Wabash Avenue | LATHAM & WATKINS LLP |
| Suite 2800 | 200 Clarendon Street |
| Chicago, IL 60611 | Boston, MA 02116 |
| Phone: 312.777.7700 | Phone: 617.948.6000 |
| Fax: 312.993.9767 | Fax: 312.993.9767 |
| sean.berkowitz@lw.com | william.trach@lw.com |
| | |
| Perry J. Viscounty (*admitted pro hac vice*) | Roman Martinez (*admitted pro hac vice*) |
| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
| 650 Town Center Drive | 555 Eleventh Street, NW |
| 20th Floor | Suite 1000 |
| Costa Mesa, CA 92626 | Washington, DC 20004 |
| Phone: 714.540.1235 | Phone: 202.637.2200 |
| perry.viscounty@lw.com | roman.martinez@lw.com |

*Counsel for Mossimo Giannulli and Lori Loughlin*

| | |
|---|---|
| George W. Vien (BBO #547411) | David C. Scheper (*admitted pro hac vice*) |
| Joshua N. Ruby (BBO #679113) | SCHEPER KIM & HARRIS LLP |
| DONNELLY, CONROY & GELHAAR, LLP | 601 West Fifth Street, 12th Floor |
| 260 Franklin Street, Suite 1600 | Los Angeles, CA 90071 |
| Boston, MA 02110 | Phone: 213.613.4655 |
| Phone: 617.720.2880 | Fax: 213.613.4656 |
| Fax: 617.720.3554 | dscheper@scheperkim.com |
| gwv@dcglaw.com | |

3

jnr@dcglaw.com

Mark E. Beck (*admitted pro hac vice*)
Mark Beck Law, A Professional Corporation
350 West Colorado Boulevard
Suite 200
Pasadena, CA 91105
Phone: 213.596.7828
mbeck@markbecklaw.com

*Counsel for Mossimo Giannulli*

/s/ *Brian T. Kelly*
Brian T. Kelly (BBO No. 549566)
Joshua C. Sharp (BBO No. 681439)
Lauren M. Maynard (BBO No. 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
617-345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

Robert Sheketoff (BBO No. 457340)
One McKinley Square
Boston, MA 02109
617-367-3449

*Counsel for Gamal Abdelaziz*

/s/ *David S. Schumacher*
David S. Schumacher (BBO #647917)
HOOPER, LUNDY & BOOKMAN, P.C.
470 Atlantic Avenue, Suite 1201
Boston, MA 02210
(617) 532-2700
(617) 345-3927 (fax)
dschumacher@health-law.com

Patric Hooper (*pro hac vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
(310) 551-8111
(310) 551-8181 (fax)

*Counsel for Lori Loughlin*

/s/ *David E. Meier*
David E. Meier (BBO #341710)
Todd & Weld LLP
One Federal Street, 27th Floor
Boston, MA  02110
(617) 720-2626
dmeier@toddweld.com

/s/ *Stephen H. Sutro*
Stephen H. Sutro, Esq.
Duane Morris, LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
(415) 957-3008
SHSutro@duanemorris.com

*Counsel for Diane Blake and Todd Blake*

/s/ *Reuben Camper Cahn*
Reuben Camper Cahn (*pro hac vice*)
Jennifer L. Keller (*pro hac vice*)
Chase A. Scolnick (*pro hac vice*)
KELLER/ANDERLE LLP
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Tel: (949) 476-8700
rcahn@kelleranderle.com

*Counsel for I-Hsen "Joey" Chen*

/s/ *Michael K. Loucks*
Michael K. Loucks (BBO #305520)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
500 Boylston Street
Boston, MA 02116
(617) 573-4800
michael.loucks@skadden.com

Jack P. DiCanio (*pro hac vice*)
Allen J. Ruby (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue

4

phooper@health-law.com

Jordan Kearney (*pro hac vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
575 Market Street, Suite 2300
San Francisco, CA 94105
(415) 875-8500
(415) 875-8519 (fax)
jkearney@health-law.com

*Counsel for Amy and Gregory Colburn*

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO # 564879)
jpirozzolo@sidley.com
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
(617) 223-0304

John C. Hueston (*pro hac vice*)
jhueston@hueston.com
Marshall Camp (*pro hac vice*)
mcamp@hueston.com
HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
Los Angeles, CA 90014
(213) 788-4340

*Counsel for William McGlashan, Jr.*

*/s/ Tracy A. Miner*
Tracy A. Miner (BBO No. 547137)
Megan A. Siddall (BBO No. 568979)
Miner Orkand Siddall LLP
470 Atlantic Ave, 4th Floor
Boston, MA 02110
Tel.: (617) 273-8377
Fax: (617) 273-8004
tminer@mosllp.com
msiddall@mosllp.com

*Counsel for Homayoun Zadeh*

Palo Alto, CA 94301
(650) 470-4500
jack.dicanio@skadden.com
allen.ruby@skadden.com

*Counsel for Defendant Marci Palatella*

*/s/ Martin G. Weinberg*
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Matthew L. Schwartz (*admitted pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Tel.: (212) 446-2300
Fax: (212) 446-2350
E-mail:  mlschwartz@bsfllp.com

*Counsel for Robert Zangrillo*

*/s/ Michael Kendall*
Michael Kendall (BBO # 544866)
Yakov Malkiel (BBO # 689137)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com
yakov.malkiel@whitecase.com

Andrew E. Tomback (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8428
andrew.tomback@whitecase.com

*Counsel for John Wilson*

5

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I hereby certify that I conferred with counsel for the government in an attempt to resolve or narrow the issues raised by this motion. The government opposes this motion.

            */s/ Eóin P. Beirne*
            Eóin P. Beirne (BBO # 660885)

**CERTIFICATE OF SERVICE**

I, Eóin P. Beirne, hereby certify that on April 1, 2020, this document, filed through the CM/ECF system, will be sent electronically to all registered participants in this matter as identified on the Notice of Electronic Filing (NEF).

            */s/ Eóin P. Beirne*
            Eóin P. Beirne (BBO # 660885)