

UNCLASSIFIED

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

| **HEADER** |
|---|

**Source ID:** ██████████

**Date:** 01/09/2019

**Case Agent Name:** CEDRONE, KAITLYN

**Field Office/Division:** Boston

**Squad:** C 10

| **SOURCE REPORTING** |
|---|

**Date of Contact:** 12/13/2018

**List all present including yourself (do not include the CHS):**
SA Laura Smith
SA Elizabeth Keating
SA Kaitlyn Cedrone
FoA Nicholas Savona
AUSAs Eric Rosen, Justin O'Connell, Kristen Kearney, Leslie Wright

**Type of Contact:** Telephonic

**Date of Report:** 01/09/2019

| **Substantive Case File Number** |
|---|
| ██████████ |

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
CHS was asked to clarify various points regarding individuals s/he worked with through his/her business.

DONNA HEINEL (HEINEL)- Of the $400,000 owed to HEINEL, $200,000 was related to HEINEL helping the ABDELAZIZ family: $50,000 from the ██████████████████); $100,000 for the ████████ family (because ████████ was hard to get in) and $50,000 from the ISACKSON family (for ████████).

████████████████████████████████████
██████████

██████████████████████████████████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████

████████████████████████████████

██████████████████████████████

| FD-1023 | Page 1 of 2 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

UNCLASSIFIED

SINGER-REPORTS-000067

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---------|---------|---------|

**Synopsis:**
12/12/18 Call with CHS to clarify some points regarding families

| SIGNATURE | | |
|---|---|---|
| Submitted By | **LCSMITH (undefined undefined)** | **Wed, 9 Jan 2019 11:46:00 -0500** |
| First Level Approved By | **JPKEELAN (John Keelan)** | **Thu, 10 Jan 2019 09:42:17 -0500** |

| FD-1023 | Page 2 of 2 | FEDERAL BUREAU OF INVESTIGATION |
|---------|-------------|--------------------------------|

UNCLASSIFIED

SINGER-REPORTS-000068