# G

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

## HEADER

**Source ID:**
**Date:** 10/12/2018
**Case Agent Name:** CEDRONE, KAITLYN
**Field Office/Division:** Boston
**Squad:** C 10

## SOURCE REPORTING

**Date of Contact:** 09/26/2018

**List all present including yourself (do not include the CHS):**
SA Laura Smith
SA Katie Cedrone
SA Elizabeth Keating
AUSA Eric Rosen
AUSA Justin O'Connell
FoA Nicholas Savona
Don Heller, CHS' attorney

**Type of Contact:** In Person

**Country:** UNITED STATES
**City:** Santa Ana
**State:** California

**Date of Report:** 10/12/2018

| Substantive Case File Number |
|---|
| |

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
CHS was interviewed at the United States Attorney's Office in Santa Ana, California. Present during the interview were FBI Special Agents Laura Smith and Kaitlyn Cedrone, IRS Special Agent, Elizabeth Keating, FBI Forensic Accountant Nicholas Savona and Assistant United States Attorneys Eric Rosen and Justin O'Connell. Also present during the interview was CHS's attorney, Don Heller. After being advised of the identity of the interviewing Agents and the nature of the interview, CHS provided the following information:



UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD |
|---|---|---|

[Page content redacted]

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT | Official Record |
|---|---|---|

[Page content redacted]

| FD-1023 | Page 3 of 10 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

UNCLASSIFIED

SINGER-REPORTS-000009

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION** <br> CHS REPORTING DOCUMENT | Official Record |

[Page content redacted]

UNCLASSIFIED

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD<br>Document participants have digitally signed. All signatures have been verified by a certified FBI information system. |
| --- | --- | --- |

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

| FD-1023 | Page 5 of 10 | FEDERAL BUREAU OF INVESTIGATION |
| --- | --- | --- |

UNCLASSIFIED

SINGER-REPORTS-000011

UNCLASSIFIED

FD-1023

**FEDERAL BUREAU OF INVESTIGATION**
CHS REPORTING DOCUMENT

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

| FD-1023 | Page 6 of 10 | FEDERAL BUREAU OF INVESTIGATION |
| --- | --- | --- |

UNCLASSIFIED

SINGER-REPORTS-000012



| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

CHS believed that the payments s/he made to ERNST were going to the tennis program at Georgetown

UNCLASSIFIED

FD-1023 | FEDERAL BUREAU OF INVESTIGATION
CHS REPORTING DOCUMENT
OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

until ERNST began talking about buying a house on the Cape.

FD-1023 | Page 8 of 10 | FEDERAL BUREAU OF INVESTIGATION

UNCLASSIFIED

SINGER-REPORTS-000014

UNCLASSIFIED

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |
| --- | --- |

Official Record

**Synopsis:**
CHS proffer- Day 1

| FD-1023 | Page 9 of 10 | FEDERAL BUREAU OF INVESTIGATION |
| --- | --- | --- |

UNCLASSIFIED

SINGER-REPORTS-000015

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

## SIGNATURE

| | | |
|---|---|---|
| Submitted By | LCSMITH (undefined undefined) | Mon, 10 Dec 2018 15:07:08 -0500 |
| First Level Approved By | JPKEELAN (John Keelan) | Wed, 12 Dec 2018 14:55:48 -0500 |