UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-10080-NMG |
| Plaintiff, | |
| vs. | |
| DAVID SIDOO, *et al.* | |
| Defendants. | |

DEFENDANTS' MOTION TO DISMISS
THE MONEY LAUNDERING CONSPIRACY (COUNT III)

Pursuant to Federal Rule of Criminal Procedure 12(b)(3)(B)(v), the defendants[1] move to dismiss the money laundering conspiracy count of the indictment (Count III) with prejudice. Count III must be dismissed because the indictment does not allege a transaction involving proceeds generated by a specified unlawful activity. For this reason, and for the reasons set forth in the accompanying memorandum of law, this Court should dismiss Count III of the indictment with prejudice.

REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rules 7.1(d) and 112.1, the defendants respectfully request oral argument on this motion.

---

[1] All of the defendants join in this motion.

1

DATED: April 1, 2020                                                      Respectfully submitted,

/s/ *Cory S. Flashner*
R. Robert Popeo (BBO # 403360)
Cory S. Flashner (BBO # 629205)
Mark E. Robinson (BBO # 423080)
Eóin P. Beirne (BBO # 660885)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C.
One Financial Center
Boston, MA  02111
(617) 348-1605 (telephone)
(617) 542-2241 (fax)
rpopeo@mintz.com
csflashner@mintz.com
mrobinson@mintz.com
ebeirne@mintz.com

*Counsel for Elisabeth Kimmel*

| | |
|---|---|
| Sean M. Berkowitz (*admitted pro hac vice*) | /s/ *William J. Trach* |
| LATHAM & WATKINS LLP | William J. Trach (BBO #661401) |
| 330 North Wabash Avenue | LATHAM & WATKINS LLP |
| Suite 2800 | 200 Clarendon Street |
| Chicago, IL 60611 | Boston, MA 02116 |
| Phone: 312.777.7700 | Phone: 617.948.6000 |
| Fax: 312.993.9767 | Fax: 312.993.9767 |
| sean.berkowitz@lw.com | william.trach@lw.com |
| | |
| Perry J. Viscounty (*admitted pro hac vice*) | |
| LATHAM & WATKINS LLP | Roman Martinez (*admitted pro hac vice*) |
| 650 Town Center Drive | LATHAM & WATKINS LLP |
| 20th Floor | 555 Eleventh Street, NW |
| Costa Mesa, CA 92626 | Suite 1000 |
| Phone: 714.540.1235 | Washington, DC 20004 |
| perry.viscounty@lw.com | Phone: 202.637.2200 |
| | roman.martinez@lw.com |

*Counsel for Mossimo Giannulli and Lori Loughlin*

George W. Vien (BBO #547411)
Joshua N. Ruby (BBO #679113)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
Phone: 617.720.2880
Fax: 617.720.3554
gwv@dcglaw.com
jnr@dcglaw.com

Mark E. Beck (*admitted pro hac vice*)
Mark Beck Law, A Professional Corporation
350 West Colorado Boulevard
Suite 200
Pasadena, CA 91105
Phone: 213.596.7828
mbeck@markbecklaw.com

*Counsel for Mossimo Giannulli*

/s/ Brian T. Kelly
Brian T. Kelly (BBO No. 549566)
Joshua C. Sharp (BBO No. 681439)
Lauren M. Maynard (BBO No. 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
617-345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

Robert Sheketoff (BBO No. 457340)
One McKinley Square
Boston, MA 02109
617-367-3449

*Counsel for Gamal Abdelaziz*

David C. Scheper (*admitted pro hac vice*)
SCHEPER KIM & HARRIS LLP
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071
Phone: 213.613.4655
Fax: 213.613.4656
dscheper@scheperkim.com

*Counsel for Lori Loughlin*

/s/ David E. Meier
David E. Meier (BBO #341710)
Todd & Weld LLP
One Federal Street, 27th Floor
Boston, MA  02110
(617) 720-2626
dmeier@toddweld.com

/s/ Stephen H. Sutro
Stephen H. Sutro, Esq.
Duane Morris, LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
(415) 957-3008
SHSutro@duanemorris.com

*Counsel for Diane Blake and Todd Blake*

/s/ Reuben Camper Cahn
Reuben Camper Cahn *(pro hac vice)*
Jennifer L. Keller *(pro hac vice)*
Chase A. Scolnick *(pro hac vice)*
KELLER/ANDERLE LLP
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Tel: (949) 476-8700
rcahn@kelleranderle.com

*Counsel for I-Hsen "Joey" Chen*

*/s/ David S. Schumacher*
David S. Schumacher (BBO #647917)
HOOPER, LUNDY & BOOKMAN, P.C.
470 Atlantic Avenue, Suite 1201
Boston, MA 02210
(617) 532-2700
(617) 345-3927 (fax)
dschumacher@health-law.com

Patric Hooper (*pro hac vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
(310) 551-8111
(310) 551-8181 (fax)
phooper@health-law.com

Jordan Kearney (*pro hac vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
575 Market Street, Suite 2300
San Francisco, CA 94105
(415) 875-8500
(415) 875-8519 (fax)
jkearney@health-law.com

*Counsel for Amy and Gregory Colburn*

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO # 564879)
jpirozzolo@sidley.com
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
(617) 223-0304

John C. Hueston (*pro hac vice*)
jhueston@hueston.com
Marshall Camp (*pro hac vice*)
mcamp@hueston.com
HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
Los Angeles, CA 90014
(213) 788-4340

*Counsel for William McGlashan, Jr.*

*/s/ Michael K. Loucks*
Michael K. Loucks (BBO #305520)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
500 Boylston Street
Boston, MA 02116
(617) 573-4800
michael.loucks@skadden.com

Jack P. DiCanio (*pro hac vice*)
Allen J. Ruby (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301
(650) 470-4500
jack.dicanio@skadden.com
allen.ruby@skadden.com

*Counsel for Defendant Marci Palatella*

*/s/ Martin G. Weinberg*
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Matthew L. Schwartz (*admitted pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Tel.: (212) 446-2300
Fax: (212) 446-2350
E-mail:  mlschwartz@bsfllp.com

*Counsel for Robert Zangrillo*

| | |
|---|---|
| */s/ Tracy A. Miner* | */s/ Michael Kendall* |
| Tracy A. Miner (BBO No. 547137) | Michael Kendall (BBO # 544866) |
| Megan A. Siddall (BBO No. 568979) | Yakov Malkiel (BBO # 689137) |
| Miner Orkand Siddall LLP | WHITE & CASE LLP |
| 470 Atlantic Ave, 4th Floor | 75 State Street |
| Boston, MA 02110 | Boston, MA 02109-1814 |
| Tel.: (617) 273-8377 | Telephone: (617) 979-9310 |
| Fax: (617) 273-8004 | michael.kendall@whitecase.com |
| tminer@mosllp.com | yakov.malkiel@whitecase.com |
| msiddall@mosllp.com | |
| | Andrew E. Tomback (*pro hac vice*) |
| *Counsel for Homayoun Zadeh* | WHITE & CASE LLP |
| | 1221 Avenue of the Americas |
| | New York, NY 10020 |
| | Telephone: (212) 819-8428 |
| | andrew.tomback@whitecase.com |
| | |
| | *Counsel for John Wilson* |

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I conferred with counsel for the government in an attempt to resolve or narrow the issues raised by this motion. The government opposes this motion.

*/s/ Cory S. Flashner*
Cory S. Flashner

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing was filed electronically on April 1, 2020, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Cory S. Flashner*
Cory S. Flashner