# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID SIDOO et al.,<br><br>Defendants. | Case No. 19-cr-10080-NMG |

## DEFENDANTS' MOTION TO DISMISS COUNT ONE INSOFAR AS IT ALLEGES CONSPIRACY TO DEFRAUD UNIVERSITIES OF PROPERTY

Pursuant to Federal Rule of Criminal Procedure 12(b)(3)(B) and Local Rule 7.1, and for the reasons explained in the memorandum of law filed herewith, Defendants move this Court to dismiss Count One of the Fourth Superseding Indictment, ¶¶ 369-70, ECF No. 732, insofar as it alleges Defendants conspired to obtain "property" in violation of the mail and wire fraud statutes. 18 U.S.C. §§ 1341, 1343, 1349.

## REQUEST FOR ORAL ARGUMENT

To assist the Court in resolving this motion, Defendants respectfully request to be heard at oral argument on this motion pursuant to Local Rule 7.1(d).

Dated:  April 1, 2020

Sean M. Berkowitz (*admitted pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Phone: 312.777.7700
Fax: 312.993.9767
sean.berkowitz@lw.com

Respectfully submitted,

*/s/ William J. Trach*
William J. Trach (BBO #661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Phone: 617.948.6000
Fax: 312.993.9767
william.trach@lw.com

Perry J. Viscounty (*admitted pro hac vice*)  
LATHAM & WATKINS LLP  
650 Town Center Drive  
20th Floor  
Costa Mesa, CA 92626  
Phone: 714.540.1235  
perry.viscounty@lw.com  

Roman Martinez (*admitted pro hac vice*)  
LATHAM & WATKINS LLP  
555 Eleventh Street, NW  
Suite 1000  
Washington, DC 20004  
Phone: 202.637.2200  
roman.martinez@lw.com  

*Counsel for Mossimo Giannulli and Lori Loughlin*

George W. Vien (BBO #547411)  
Joshua N. Ruby (BBO #679113)  
DONNELLY, CONROY & GELHAAR, LLP  
260 Franklin Street, Suite 1600  
Boston, MA 02110  
Phone: 617.720.2880  
Fax: 617.720.3554  
gwv@dcglaw.com  
jnr@dcglaw.com  

David C. Scheper (*admitted pro hac vice*)  
SCHEPER KIM & HARRIS LLP  
601 West Fifth Street, 12th Floor  
Los Angeles, CA 90071  
Phone: 213.613.4655  
Fax: 213.613.4656  
dscheper@scheperkim.com  

*Counsel for Lori Loughlin*

Mark E. Beck (*admitted pro hac vice*)  
Mark Beck Law, A Professional Corporation  
350 West Colorado Boulevard  
Suite 200  
Pasadena, CA 91105  
Phone: 213.596.7828  
mbeck@markbecklaw.com  

*/s/ David E. Meier*  
David E. Meier (BBO #341710)  
Todd & Weld LLP  
One Federal Street, 27th Floor  
Boston, MA 02110  
(617) 720-2626  
dmeier@toddweld.com  

*Counsel for Mossimo Giannulli*

*/s/ Brian T. Kelly*  
Brian T. Kelly (BBO No. 549566)  
Joshua C. Sharp (BBO No. 681439)  
Lauren M. Maynard (BBO No. 698742)  
NIXON PEABODY LLP  
53 State Street  
Boston, MA 02109  
617-345-1000  
bkelly@nixonpeabody.com  
jsharp@nixonpeabody.com  
lmaynard@nixonpeabody.com  

*/s/ Stephen H. Sutro*  
Stephen H. Sutro, Esq.  
Duane Morris, LLP  
Spear Tower  
One Market Plaza, Suite 2200  
San Francisco, CA 94105-1127  
(415) 957-3008  
SHSutro@duanemorris.com  

*Counsel for Diane Blake and Todd Blake*

Robert Sheketoff (BBO No. 457340)  
One McKinley Square  
Boston, MA 02109  
617-367-3449  

*Counsel for Gamal Abdelaziz*

*/s/ David S. Schumacher*
David S. Schumacher (BBO #647917)
HOOPER, LUNDY & BOOKMAN, P.C.
470 Atlantic Avenue, Suite 1201
Boston, MA 02210
(617) 532-2700
(617) 345-3927 (fax)
dschumacher@health-law.com

Patric Hooper (*pro hac vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
(310) 551-8111
(310) 551-8181 (fax)
phooper@health-law.com

Jordan Kearney (*pro hac vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
575 Market Street, Suite 2300
San Francisco, CA 94105
(415) 875-8500
(415) 875-8519 (fax)
jkearney@health-law.com

*Counsel for Amy and Gregory Colburn*

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO # 564879)
jpirozzolo@sidley.com
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
(617) 223-0304

John C. Hueston (*pro hac vice*)
jhueston@hueston.com
Marshall Camp (*pro hac vice*)
mcamp@hueston.com
HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
Los Angeles, CA 90014
(213) 788-4340

*Counsel for William McGlashan, Jr.*

*/s/ Reuben Camper Cahn*
Reuben Camper Cahn (*pro hac vice*)
Jennifer L. Keller (*pro hac vice*)
Chase A. Scolnick (*pro hac vice*)
KELLER/ANDERLE LLP
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Tel: (949) 476-8700
rcahn@kelleranderle.com

*Counsel for I-Hsen "Joey" Chen*

*/s/ R. Robert Popeo*
R. Robert Popeo (BBO # 403360)
Mark E. Robinson (BBO # 423080)
Eóin P. Beirne (BBO # 660885)
Cory S. Flashner (BBO # 629205)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1605 (telephone)
(617) 542-2241 (fax)
rpopeo@mintz.com
mrobinson@mintz.com
ebeirne@mintz.com
csflashner@mintz.com

*Counsel for Elisabeth Kimmel*

/s/ Michael Kendall
Michael Kendall (BBO # 544866)
Yakov Malkiel (BBO # 689137)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com
yakov.malkiel@whitecase.com

Andrew E. Tomback (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8428
andrew.tomback@whitecase.com

*Counsel for John Wilson*

/s/ Tracy A. Miner
Tracy A. Miner (BBO No. 547137)
Megan A. Siddall (BBO No. 568979)
Miner Orkand Siddall LLP
470 Atlantic Ave, 4th Floor
Boston, MA 02110
Tel.: (617) 273-8377
Fax: (617) 273-8004
tminer@mosllp.com
msiddall@mosllp.com

*Counsel for Homayoun Zadeh*

/s/ Michael K. Loucks
Michael K. Loucks (BBO #305520)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
500 Boylston Street
Boston, MA 02116
(617) 573-4800
michael.loucks@skadden.com

Jack P. DiCanio (*pro hac vice*)
Allen J. Ruby (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301
(650) 470-4500
jack.dicanio@skadden.com
allen.ruby@skadden.com

*Counsel for Defendant Marci Palatella*

/s/ Martin G. Weinberg
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Matthew L. Schwartz (*admitted pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Tel.: (212) 446-2300
Fax: (212) 446-2350
E-mail: mlschwartz@bsfllp.com

*Counsel for Robert Zangrillo*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Undersigned counsel certifies that, on March 31, 2020, he conferred with counsel for the Government in an attempt to resolve or narrow the issues raised in this motion. The Government opposes this motion.

*/s/ William J. Trach*
William J. Trach

## CERTIFICATE OF SERVICE

I certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those identified as non-registered participants.

*/s/ William J. Trach*
William J. Trach
