UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ROBERT ZANGRILLO, )<br>        Defendant )<br>) | CRIMINAL NO. 19-CR-10080 |

**DEFENDANT ROBERT ZANGRILLO'S MOTION TO DISMISS COUNTS ONE AND FOUR INSOFAR AT THEY ALLEGE CHEATING IN ONLINE COURSES**

Defendant Robert Zangrillo, by and through undersigned counsel, hereby respectfully moves this Honorable Court to dismiss Counts One and Four of the Fourth Superseding Indictment insofar as those counts allege a scheme to cheat on online classes. As grounds and reasons therefor, Mr. Zangrillo relies on the accompanying Memorandum in Support of his motion.

                                Respectfully Submitted,
                                Robert Zangrillo
                                By His Attorney,

                                **/s/ Martin G. Weinberg**
                                Martin G. Weinberg
                                Mass. Bar No. 519480
                                20 Park Plaza, Suite 1000
                                Boston, MA 02116
                                (617) 227-3700
                                owlmgw@att.net

Dated: April 1, 2020

## **CERTIFICATE OF SERVICE**

      I, Martin G. Weinberg, hereby certify that on this date, April 1, 2020, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.