UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ROBERT ZANGRILLO, )<br>      Defendant )<br>) | CRIMINAL NO. 19-CR-10080 |

**DEFENDANT ROBERT ZANGRILLO'S MOTION TO STRIKE THE CLASS-TAKING ALLEGATIONS OR, IN THE ALTERNATIVE, TO SEVER COUNTS ONE AND FOUR, AND TO SEVER HIS TRIAL**

Defendant Robert Zangrillo, by and through undersigned counsel, hereby respectfully moves this Honorable Court to strike the Indictment's allegations that a Key Worldwide employee helped his daughter complete certain high school and college courses or, in the alternative, to sever Counts One and Four insofar as they allege a class-taking scheme, and to sever his trial from those of his co-defendants. As grounds and reasons therefor, Mr. Zangrillo relies on the accompanying Memorandum in Support of his motion.

Respectfully Submitted,
Robert Zangrillo
By His Attorney,

**/s/ Martin G. Weinberg**
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116

1

(617) 227-3700
owlmgw@att.net

Dated: April 1, 2020

## **CERTIFICATE OF SERVICE**

      I, Martin G. Weinberg, hereby certify that on this date, April 1, 2020, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.