## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROBERT ZANGRILLO,<br><br>Defendant. | Case No. 19-cr-10080 |

### MOTION FOR ADMISSION TO APPEAR PRO HAC VICE FOR SARA K. WINIK, ESQ.

I, Martin G. Weinberg, a member of the bar of this Court, and local counsel for Defendant, Robert Zangrillo, hereby move pursuant to Rule 83.5.3 of the Local Rules of the United States District Court of Massachusetts, that Sara K. Winik, an attorney from the State of New York, be admitted to appear and practice in this Court for the purpose of representing Robert Zangrillo in the above-captioned matter.

I have been advised that Ms. Winik is admitted to practice, and a member in good standing, in the following Courts: all Courts of the State of New York, all Courts of the State of Massachusetts, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York. A Certificate of Good Standing, issued by the State of New York, is attached hereto as exhibit 2.

I have been advised that Ms. Winik is not currently suspended or disbarred in any jurisdiction, and that there are no disciplinary proceedings pending against Ms. Winik in any jurisdiction. I have further been advised that Ms. Winik is familiar with the Local Rules of this Court.

Ms. Winik's Affirmation is attached hereto as Exhibit 1.

2

Dated:  April 1, 2020                                  Respectfully,

                                           **/s/ *Martin G. Weinberg***
                                           Martin G. Weinberg, Esq.
                                           20 Park Plaza, Suite 1000
                                           Boston, MA 02116
                                           Tel: (617) 227-3700
                                           Fax: (617) 338-9538
                                           owlmgw@att.net

                                           *Counsel for Robert Zangrillo*

## CERTIFICATE OF SERVICE

     I, Martin G. Weinberg, hereby certify that on this date, April 1, 2020, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants, including Eric S. Rosen, Assistant United States Attorney.

                                           **/s/ Martin G. Weinberg**
                                           Martin G. Weinberg, Esq.