**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROBERT ZANGRILLO,<br><br>Defendant. | **AFFIRMATION**<br>Case No. 19-cr-10080 |

**SARA K. WINIK**, affirms the following under penalty of perjury:

1. I am an attorney duly admitted to practice law in the State of New York and Massachusetts and the United States District Court for the Southern District of New York as well as the United States District Court for the Eastern District of New York.

2. I submit this Affirmation in support of a motion seeking my admission to the bar of this Court *pro hac vice* for the purpose of representing defendant Robert Zangrillo in the above-captioned criminal case.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice. Attached hereto is my certificate confirming my good standing to practice law in New York.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of United States District Court for the District of Massachusetts.

2

Dated:  April 1, 2020                                      Respectfully,

                                           */s/ Sara K, Winik*
                                           Sara K. Winik
                                           BOIES SCHILLER FLEXNER LLP
                                           55 Hudson Yards, 20th Floor
                                           New York, NY 10001
                                           Tel: (212) 446-2300
                                           swinik@bsfllp.com

                                           *Counsel for Robert Zangrillo*