# Exhibit A

| | |
|---|---|
| **From:** | ███████████████████ |
| **Sent:** | Saturday, October 21, 2017 8:44 PM |
| **To:** | ████ McGlashan |
| **Cc:** | McGlashan, Bill; ████████████████ |
| **Subject:** | ACT decision |
| **Attachments:** | DecisionNotificationDocument1859150100165200001.pdf.pdf |

Hi ██████

You are all set for double time and a computer for ACT.  So glad it worked out!

Because of your accommodations, you must be proctored at school so you have to notify ██████████ (cc:ed here) at least 4 weeks before any test that you register to take so she can set up a proctor for you.  Are you planning to take the Dec 9 ACT that you registered for?  Either way, please email me and ██████ asap to let us know your plans.

Have a great Sunday.  Best, ██████████

1

 **Decision Notification**

10/21/2017



TAA Personal Identification Number (PIN):
█████████

Dear █████████████ :

Your request for accommodations and/or English learner (EL) supports has been reviewed. This notification is your record of the decisions that were made. Please work with the test coordinator at your school to resolve any questions you may have, or if applicable, to submit a request for reconsideration.

**Accommodations/EL Supports Approved**

The following accommodations and/or EL supports are approved.
  - Computer (Essay or short answer for Paper Testing only)
  - TC 2 - Double Time (over multiple days)
  - The approved accommodations are offered only through Special Testing. Testing materials will be shipped in advance of the three week Special testing window to the test coordinator or test accommodations coordinator at your school who submitted your request for accommodations.  The three week Special testing window begins on the National test date that you are registered for.  Testing may be scheduled on days and at times mutually agreed to by you and the test coordinator.
  - The use of a computer is approved for the writing test only. Testing staff must certify that all tools such as spell check and grammar check are turned off on the word processing program.  The examinee's essay must be printed in 12-point type on standard 8 1/2 x 11 paper with the following margins: 2 inches for the top margin and 1.5 inches for the bottom margin and 1 inch on both sides. The entire essay must be deleted from the computer.

This notification includes all requested accommodations and EL supports the examinee is eligible to receive. Not all of these accommodations and/or EL supports may be compatible and, thus, cannot be utilized together during the scheduled test administration (e.g. 50% extended time and double time). If you have questions about what accommodations and supports can be used together for the upcoming administration, please contact ACT at ████████ .

No additional approved accommodations or EL supports are authorized. Testing with accommodations or EL supports that are not approved by ACT will result in a voided score for the examinee.

# Exhibit B

| | |
|---|---|
| **From:** | ███████████████████ |
| **Sent:** | Monday, November 20, 2017 1:53 PM |
| **To:** | Rick Singer ███████████████ |
| **Subject:** | RE: The forms for ████ |
| **Attach:** | 0539_001.pdf |

Hi Rick,

I help support Bill here at TPG. Please find the form attached. Let me know if you have any questions.

Thanks!

███████

_____



**From:** Rick Singer [mailto:█████████████]
**Sent:** Monday, November 20, 2017 10:25 AM
**To:** McGlashan, Bill
**Subject:** The forms for ████

Bill the forms are attached. Please fill out the section for ████ including his schools CEEB code. Then send back to me as a pdf file and I will forward to West Hollywood College Prep to fill in their portion.

Thanks

This message is intended only for the person(s) to which it is addressed and may contain privileged, confidential and/or insider information. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Any disclosure, copying, distribution, or the taking of any action concerning the contents of this message and any attachment(s) by anyone other than the named recipient(s) is strictly prohibited.

# The ACT
## Request for Arranged Testing 2017–2018

### General Information

- The test coordinator is responsible for completing this form.
- Incomplete and/or unsigned forms will delay processing.
- Faxed or emailed forms will not be accepted.
- Do not register online.

### A. Examinee Information (print or type)



### B. Test Coordinator Information (print or type)

Name (Last, First, Middle Initial)                                   Title

School Name (attach explanation if not the examinee's school)

Street Address of School (required for shipping materials)           PO Box

City                            State/Province        ZIP/Postal Code        Country

Email Address (required)                              10 Digit Daytime Phone Number

### C. Testing Window (select one)

- Mark only one testing window.
- Send this request no later than the deadline for the selected testing window.
- Postmark deadlines are receipt deadlines for locations outside the US and Canada.

| Testing Window | Postmark Deadline |
|---|---|
| ☐ September 9–October 1, 2017 | August 4 |
| ☐ October 28–November 19, 2017 | September 22 |
| ☒ December 9–31, 2017 | November 3 |
| ☐ February 10–March 4, 2018* | January 12 |
| ☐ April 14–May 6, 2018 | March 9 |
| ☐ June 9–July 1, 2018 | May 4 |
| ☐ July 14–August 5, 2018* | June 15 |

*No test centers are scheduled in New York for the February and July test dates. February and July testing is available only in the United States, US Territories, Puerto Rico, or Canada.

### D. Test Option (select one)

☐ ACT (no writing)
☒ ACT with writing

### E. Reason for Arranged Testing

Check one and include any required documentation.

1. ☐ (04)  Religious faith prohibits Saturday testing and no non-Saturday test center established for **any test date** within 75 miles. *Include a letter from a cleric (not a relative) or a notarized statement to verify the prohibition.*

2. ☐ (05)  No test center in the country for **any test date.**

3. ☐ (08)  **Within the United States or Canada only:** No test center established for **any test date** within 75 miles.

4. ☐ (10)  Confined to a correctional institution from September 2017 through July 2018.

Confidential Restricted when data present.

Effective June 2017

## F. Test Coordinator's Statement

I certify that I have read and understand the *Policies for ACT Arranged Testing*. I further certify that I personally meet all requirements to be a test coordinator as specified in the *Policies for ACT Arranged Testing* and that I, or a member of my staff who also meets the same requirements, will administer the tests in accordance with the *ACT Administration Manual* sent with the test materials. I will ensure that the test materials are kept secure and confidential, used only for the examinee identified on this form, not transferred to another individual or location, and returned to ACT immediately after testing. I understand that by agreeing to be a test coordinator, I consent to the *ACT Privacy Policy* (**www.act.org/privacy.html**), which is incorporated into these *Policies for ACT Arranged Testing* by reference, including consent to the collection of my personally identifying information and its subsequent use and disclosure.

**International Test Coordinators:** By submitting this form, I am also providing my consent to ACT to transfer my personally identifying information to the United States to ACT or a third party service provider for processing, where it will be subject to use and disclosure under the laws of the United States. I acknowledge and agree that it may also be accessible to law enforcement and national security authorities in the United States.

_____            _____
Signature                                                                                                                                                   Date

## G. Examinee Statement

I certify that I am the person whose information is submitted in accordance with the *Policies for ACT Arranged Testing* on this form and in the attached documentation, if any, and that the information provided is true and accurate to the best of my knowledge. I understand that by submitting this form, I consent to the *ACT Privacy Policy* (**www.act.org/privacy.html**), which is incorporated into these *Policies for ACT Arranged Testing* by reference, including consent to the collection of personally identifying information and its subsequent use and disclosure. Without limiting the above statement, I specifically authorize the release to ACT of diagnostic information by school officials, physicians, or others having such information, and full documentation, if requested. I understand that any documentation provided to ACT will remain with the application and will not become part of my examinee score record.

**International Examinees:** By submitting this form, I am also providing my consent to ACT to transfer my personally identifying information to the United States to ACT or a third party service provider for processing, where it will be subject to use and disclosure under the laws of the United States. I acknowledge and agree that it may also be accessible to law enforcement and national security authorities in the United States.

_____            *11-20-17*
Examinee's Signature (Parent or guardian must also sign if examinee is under 18.)                                     Date

## H. Fees

- Payments must be in the form of a check* or money order payable to ACT in US dollars and drawn on a United States or US affiliate bank.
- If eligible, examinees may pay with a fee waiver.

| Description | Fee | Location(s) |
|---|---|---|
| ACT (no writing) | $46.00 | Within the United States, US territories, Puerto Rico, or Canada |
| | $93.50 | All other locations |
| ACT with writing | $62.50 | Within the United States, US territories, Puerto Rico, or Canada |
| | $110.00 | All other locations |
| **Late Registration | $29.50 | Only available within the United States, US territories, Puerto Rico, or Canada |
| Test Date Change | $26.00 | All locations |
| Test Center Change | $26.00 | All locations |

*This is notification that when you pay by check you are authorizing ACT, Inc., to convert your check to an electronic entry. When we use this information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day you make your payment, and you will not receive your check back from your financial institution. If your check is returned to us due to insufficient or uncollected funds, it may be re-presented electronically and your account will be debited.

**If a Request is postmarked after the regular deadline but received before the late deadline, it will be processed for the preferred test date IF the late registration fee is included.

## I. Return of Request Form.

Detach and mail this completed form, all required supporting documentation, and payment to:

**ACT Arranged Testing**
**301 ACT Drive (PO Box 168)**
**Iowa City, IA 52243-0168**

© 2017 by ACT, Inc. All rights reserved.          FT01001.OPS2316

| | |
|---|---|
| **From:** | Rick Singer ███████████████████████ |
| **Sent:** | Monday, November 20, 2017 4:43 PM |
| **To:** | Bill McGlashan ████████████████████ |
| **Subject:** | Fwd: The forms for █████ |
| **Attach:** | ACT_McGlashan.pdf; Untitled attachment 46532.htm |

Bill the forms are attached. Please send into ACT

Sent from my iPhone

Begin forwarded message:

> **From:** Igor Dvorskiy ████████████████████████
> **Date:** November 20, 2017 at 1:33:42 PM PST
> **To:** Rick Singer ████████████████████
> **Subject: Re: Fwd: The forms for** █████
>
> Please see attached.
>
> Thanks
>
> On November 20, 2017 at 3:52 PM Rick Singer ███████████████████ wrote:
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> > **From:** ████████████████████████
> > **Date:** November 20, 2017 at 10:53:08 AM PST
> > **To:** Rick Singer ████████████████
> > **Subject: RE: The forms for** ████████
> >
> > Hi Rick,
> >
> > I help support Bill here at TPG. Please find the form attached. Let me know if you have any questions.
> >
> > Thanks!
> > ████



**From:** Rick Singer ██████████████████
**Sent:** Monday, November 20, 2017 10:25 AM
**To:** McGlashan, Bill
**Subject:** The forms for ████████

Bill the forms are attached. Please fill out the section for ████████ including his schools CEEB code. Then send back to me as a pdf file and I will forward to West Hollywood College Prep to fill in their portion.

Thanks

........................................................................................................

This message is intended only for the person(s) to which it is addressed and may contain privileged, confidential and/or insider information.
If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.
Any disclosure, copying, distribution, or the taking of any action concerning
the contents of this message and any attachment(s) by anyone other than the named recipient(s) is strictly prohibited.

 The**ACT**®                    **Request for Arranged Testing 2017–2018**

### General Information

- The test coordinator is responsible for completing this form.
- Incomplete and/or unsigned forms will delay processing.

- Faxed or emailed forms will not be accepted.
- Do not register online.

### A. Examinee Information (print or type)

[REDACTED]

### B. Test Coordinator Information (print or type)

*Dvorskiy   Igor*                    *Director*
Name (Last, First, Middle Initial)                    Title

*West Hollywood  College  Preparatory School*
School Name (attach explanation if not the examinee's school)

[REDACTED]
Street Address of School (required for shipping materials)

*West Hollywood*          *CA*          *90046*          *USA*
City          [REDACTED]          ZIP/Postal Code          Country

Email [REDACTED]          10 Digit Daytime Phone Number

### C. Testing Window (select one)

- Mark only one testing window.
- Send this request no later than the deadline for the selected testing window.
- Postmark deadlines are receipt deadlines for locations outside the US and Canada.

| Testing Window | Postmark Deadline |
| --- | --- |
| ☐ September 9–October 1, 2017 | August 4 |
| ☐ October 28–November 19, 2017 | September 22 |
| ☒ December 9–31, 2017 | November 3 |
| ☐ February 10–March 4, 2018* | January 12 |
| ☐ April 14–May 6, 2018 | March 9 |
| ☐ June 9–July 1, 2018 | May 4 |
| ☐ July 14–August 5, 2018* | June 15 |

*No test centers are scheduled in New York for the February and July test dates. February and July testing is available only in the United States, US Territories, Puerto Rico, or Canada.

Confidential Restricted when data present.

### D. Test Option (select one)

☐ ACT (no writing)
☒ ACT with writing

### E. Reason for Arranged Testing

Check one and include any required documentation.

1. ☐ (04)   Religious faith prohibits Saturday testing and no non-Saturday test center established for **any test date** within 75 miles. *Include a letter from a cleric (not a relative) or a notarized statement to verify the prohibition.*

2. ☐ (05)   No test center in the country for **any test date**.

3. ☐ (08)   **Within the United States or Canada only:** No test center established for **any test date** within 75 miles.

4. ☐ (10)   Confined to a correctional institution from September 2017 through July 2018.

Effective June 2017

## F. Test Coordinator's Statement

I certify that I have read and understand the *Policies for ACT Arranged Testing*. I further certify that I personally meet all requirements to be a test coordinator as specified in the *Policies for ACT Arranged Testing* and that I, or a member of my staff who also meets the same requirements, will administer the tests in accordance with the *ACT Administration Manual* sent with the test materials. I will ensure that the test materials are kept secure and confidential, used only for the examinee identified on this form, not transferred to another individual or location, and returned to ACT immediately after testing. I understand that by agreeing to be a test coordinator, I consent to the *ACT Privacy Policy* (**www.act.org/privacy.html**), which is incorporated into these *Policies for ACT Arranged Testing* by reference, including consent to the collection of my personally identifying information and its subsequent use and disclosure.

**International Test Coordinators:** By submitting this form, I am also providing my consent to ACT to transfer my personally identifying information to the United States to ACT or a third party service provider for processing, where it will be subject to use and disclosure under the laws of the United States. I acknowledge and agree that it may also be accessible to law enforcement and national security authorities in the United States.

_____     11/20/17
Signature                                                     Date

## G. Examinee Statement

I certify that I am the person whose information is submitted in accordance with the *Policies for ACT Arranged Testing* on this form and in the attached documentation, if any, and that the information provided is true and accurate to the best of my knowledge. I understand that by submitting this form, I consent to the *ACT Privacy Policy* (**www.act.org/privacy.html**), which is incorporated into these *Policies for ACT Arranged Testing* by reference, including consent to the collection of personally identifying information and its subsequent use and disclosure. Without limiting the above statement, I specifically authorize the release to ACT of diagnostic information by school officials, physicians, or others having such information, and full documentation, if requested. I understand that any documentation provided to ACT will remain with the application and will not become part of my examinee score record.

**International Examinees:** By submitting this form, I am also providing my consent to ACT to transfer my personally identifying information to the United States to ACT or a third party service provider for processing, where it will be subject to use and disclosure under the laws of the United States. I acknowledge and agree that it may also be accessible to law enforcement and national security authorities in the United States.

_____     11-20-17
Examinee's Signature (Parent or guardian must also sign if examinee is under 18.)     Date

## H. Fees

- Payments must be in the form of a check* or money order payable to ACT in US dollars and drawn on a United States or US affiliate bank.
- If eligible, examinees may pay with a fee waiver.

| Description | Fee | Location(s) |
|---|---|---|
| ACT (no writing) | $46.00 | Within the United States, US territories, Puerto Rico, or Canada |
| | $93.50 | All other locations |
| ACT with writing | $62.50 | Within the United States, US territories, Puerto Rico, or Canada |
| | $110.00 | All other locations |
| **Late Registration | $29.50 | Only available within the United States, US territories, Puerto Rico, or Canada |
| Test Date Change | $26.00 | All locations |
| Test Center Change | $26.00 | All locations |

*This is notification that when you pay by check you are authorizing ACT, Inc., to convert your check to an electronic entry. When we use this information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day you make your payment, and you will not receive your check back from your financial institution. If your check is returned to us due to insufficient or uncollected funds, it may be re-presented electronically and your account will be debited.

**If a Request is postmarked after the regular deadline but received before the late deadline, it will be processed for the preferred test date IF the late registration fee is included.

## I. Return of Request Form.

Detach and mail this completed form, all required supporting documentation, and payment to:

**ACT Arranged Testing**
**301 ACT Drive (PO Box 168)**
**Iowa City, IA 52243-0168**

© 2017 by ACT, Inc. All rights reserved.     FT01001.OPS2316

# Exhibit C

**From**:    McGlashan, Bill █████████████
**Sent**:    12/4/2017 10:00:32 PM
**To**:    ████████████████████

**This message has been archived. <u>View the original item</u>**

Can you book me flight to LA. If commercial, needs to be about 6:30 Friday and return at 2pm on Sat. If not possible: NetJets, can do LA Friday at 5:30 and return Sat at 1pm.  Please book us a table on the roof of Waldorf for dinner, and ask for heater.  If you have to, go through ████'s office.

---

Bill McGlashan
Founder & Managing Partner | TPG Growth
Co-Founder & CEO | The Rise Fund

**NETJETS**®   Flight Itinerary    Reservation:    Departing:
**Friday Dec 08, 2017**

# Tarrant NJ LLC

REQUEST #: ▮▮▮▮



**SAN FRANCISCO INTL**
SAN FRANCISCO, CA

# KSFO ✈ KSMO

**SANTA MONICA MUN**
SANTA MONICA, CA

**Friday Dec 08, 2017**          **Friday Dec 08, 2017**

17:30 (5:30 PM)                18:30 (6:30 PM)

11111111
Other

Phenom 300

Phenom 300

DISTANCE: 332 SM   EST. TRAVEL: 1 H 0 M        FLIGHT RULE: PART 135

## PASSENGER MANIFEST                                    TOTAL PASSENGERS: 2

1.  **William McGlashan**

2.  ▮▮▮▮

Prior to boarding, each adult passenger must present a government-issued identification such as a current passport or driver's license. This is required by the Transportation Security Administration.

## DEPARTURE SERVICES                              AIRPORT: SAN FRANCISCO INTL

### Catering: 🍴
2      **Wall Street Journal (Not Available on Sundays)**
1      **New York Times**

### Ground: 🚗

Please let us know if we may assist you with any ground transportation.

TPG-MA-00006684

## ARRIVAL SERVICES                                              AIRPORT: SANTA MONICA MUN

**Ground:** 

Please let us know if we may assist you with any ground transportation.

## COMMENTS

**Request Instructions:**

Code: ████

Contract Tail: ██████

## ADVISORY NOTES

Security The The Transportation Security Administration prohibits carriage of certain items on commercial aircraft. The list of such items can be found at www.tsa.gov.

Hazardous Materials Federal law prohibits carriage of hazardous materials aboard the aircraft (whether in luggage or on person). Violation of these laws may result in five-year imprisonment and penalties of $250,000 or more.

Restricted hazardous materials include any quantity of explosives, flammable liquids or solids, compressed gases, oxidizers, poisons, corrosives, and radioactive substances.

Spare lithium batteries for electronic devices may be carried on person, but not in luggage that is placed in designated baggage or cargo compartments. However, devices with installed batteries may be carried in luggage placed in designated baggage or cargo compartments. Furthermore, e-cigarettes and vaping devices may be carried on person, but not in luggage placed in designated baggage or cargo compartments.

Oxygen Federal law prohibits carriage of compressed oxygen cylinders aboard the aircraft. However, Portable Oxygen Concentrators (POC) may be used during flight. The device must bear a label on the exterior, with the following statement in red lettering: "The manufacturer of this POC has determined this device conforms to all applicable FAA acceptance criteria for POC carriage and use on board aircraft." This label is not required on certain concentrators that had been previously approved by the FAA, for carriage.

If you have any doubt regarding an item you intend to carry aboard the aircraft, please contact your Owner Services Team, or advise the Captain, prior to boarding the aircraft.

The U.S. Department of Transportation (DOT), with the Federal Aviation Administration (FAA) and the Pipeline and Hazardous Materials Safety Administration (PHMSA), has issued an emergency order to ban all Samsung Galaxy Note7 smartphone devices from air transportation in the United States. Effective Saturday, October 15, 2016, the Samsung Galaxy Note7 device may no longer be transported on one's person, in carry-on baggage, or in checked baggage on flights to, from, or within the United States. This prohibition includes all Samsung Galaxy Note7 devices.

## SUMMARY OF RESERVATION NO. ██████

| | | | | | | |
|---|---|---|---|---|---|---|
| ████████ | Dec 08, 2017 | Phenom 300 Signature | KSFO | KSMO | 17:30 - 18:30 PST | 18:30 - 19:30 PST |

**MedAire: Medical and travel support for NetJets Owners and Marquis Jet Card Owners worldwide**
In the event of a medical incident while traveling, NetJets Owners and Marquis Jet Card Owners can call MedAire at ██████████ for immediate, detailed, expert medical information and assistance anywhere in the world, 24 hours per day. For more information about MedAire services, please contact your Owner Services Team.

Report Created On: Thursday, 07 Dec 2017 18:05 Z                                              2 of 2

TPG-MA-00006685

| | |
|---|---|
| **From:** | NetJets ███████ |
| on behalf of | NetJets ███████ |
| **Sent:** | 12/9/2017 1:21:38 PM |
| **To:** | ███████████████ |
| **CC:** | ███████████████ |
| **Subject:** | NetJets itinerary: Sat Dec 09, 2017 - KBUR to KSFO - Reservation ████ |

**This message has been archived. <u>View the original item</u>**

Hello again ██████,

I have added ██████ to the flight home for today and have attached an updated itinerary. Please let me know if there is anything more I can do.


Sincerely,
██████████


Tarrant NJ LLC


Reservation:████████


Saturday Dec 09, 2017

Request: ████████


BURBANK
KBUR

████████████████████████████████

SAN FRANCISCO
KSFO


2:45 PM


3:57 PM


████████████████

[https://www.netjets.com/Resources/img/itinerary/email-map-icon.png]
<https://urldefense.proofpoint.com/v2/url?u=http-3A__maps.google.com_-3Fq-3D2800-2520North-
2520Clybourn-2520Avenue-2520Burbank-2C-2520CA-
252091505&d=DwMCaQ&c=QbuapHRvbn0JdC8vTVkPHg&r=DZSf3A2HmIhHYlRr2RpnTQzcoYv6LPhqL5WFu
sAdEo0&m=o-
qVMdHifgFVOGP8tbVa6yhPocgI3ISLfb2MNAJNpB4&s=5qTjLLZlgzLI5v57t5K33z_KyLo_g8XDQlRO9x80L9g&
e=>

Million Air

████████████

Signature Flight Support
████████████
                    [https://www.netjets.com/Resources/img/itinerary/email-map-
icon.png]  <https://urldefense.proofpoint.com/v2/url?u=http-3A__maps.google.com_-3Fq-3D1052-
2520North-2520Access-2520Road-2520San-2520Francisco-2C-2520CA-
252094128&d=DwMCaQ&c=QbuapHRvbn0JdC8vTVkPHg&r=DZSf3A2HmIhHYlRr2RpnTQzcoYv6LPhqL5WFu
sAdEo0&m=o-
qVMdHifgFVOGP8tbVa6yhPocgI3ISLfb2MNAJNpB4&s=LHWSFxbTiIOJJPmjjQK25C_Sn8jik_rfg-
vf7Dlb7O8&e=>

Travel Details

Travel Time: 1H 12M

Requested Aircraft: Citation Excel/XLS *

* This Citation Excel/XLS upgrade is subject to availability on the day of your departure. The Citation
Excel/XLS is guaranteed for this flight.

Passenger Info

2     ████████████████████████

████████████████

Lead Passenger: William McGlashen

Contact Person: William McGlashen

Phone #: ██████████

Inflight Catering / Ground Transportation

[https://www.netjets.com/Resources/img/itinerary/catering_off.png]      No Catering R

**Attachments:**

Tarrant NJ LLC ██████.pdf                                                        (27 KB)

████████ KBUR to KSFO.ics                                                 (1 KB)

ATT00001.txt                                                                            (1 KB)

**From:**
on behalf of
**Sent:**     12/9/2017 3:25:00 PM
**To:**
**CC:**
**Subject:**    NetJets Flight Status Notification

**This message has been archived. <u>View the original item</u>**

NetJets Flight Status Notification

To ensure delivery, add ████████████████████ to your contacts.


[NetJets]<https://urldefense.proofpoint.com/v2/url?u=https-
3A__www.netjets.com&d=DwMCaQ&c=QbuapHRvbn0JdC8vTVkPHg&r=DZSf3A2HmIhHYlRr2RpnTQzcoYv6
LPhqL5WFusAdEo0&m=2dfK1iktVaCUeJR5Y55Jd0zdILg38jqSc5W24E159qs&s=A8pie4NOTZGsGymihjII_ES
pRImB_UFX8dKU-tVfil4&e=>
        Request #: ██████


        Dear ████████,

Tail number ██████ has departed from BURBANK, CA.



        ACTUAL DEPARTURE
Saturday Dec 9, 2017
3:21 PM local



        ENROUTE TO [http://image.e.netjets.com/lib/fe9613727563027c77/m/1/ArrowGrey.png]
SAN FRANCISCO, CA
KSFO



        ARRIVAL
Saturday Dec 9, 2017
4:33 PM estimated
3:57 PM requested



        Signature Flight Support

# Exhibit D

**From:** ████████████████████
**Sent:** 12/4/2017 12:20:07 PM
**To:** McGlashan, Bill ████████████
**Subject:** RE:

I will check on Waldorf.

I have the check taken care of, already confirmed it will be sent via Fed-Ex.



**From:** McGlashan, Bill
**Sent:** Monday, December 04, 2017 12:18 PM
**To:** ████████████
**Subject:**

Can you go through ████████ 's office to book me a room at the Waldorf Astoria for Friday night. Need two beds.

Also, please make sure they fedexed the check to Key Foundation.

Bill McGlashan
Founder & Managing Partner | TPG Growth
Co-Founder & CEO | The Rise Fund

# Exhibit E



To YOU
Date : 11/30/2017 09:47:57 AM
Steve from Bill McGlashan to fund our foundation for testing at West Hollywood College Prep-
for son

Can you send me details where I send the 50

To YOU
Date : 11/30/2017 09:47:58 AM
payment and who I make it out to etc?

To : Rick Singer

SM_0000002141
VB-RECORDS-00334160

# Exhibit F

| | |
|---|---|
| **From:** | Steve Masera |
| **Sent:** | Thursday, November 30, 2017 10:30 AM |
| **To:** | McGlashan, Bill |
| **Subject:** | West Hollywood Prep |
| **Attachments:** | scan0001.pdf |

Hi Bill,

Attached is your invoice and information or payment regarding West Hollywood Prep. You are welcome to wire the funds or remit a check.

Thanks,

Steve R. Masera

Director of Finance

The Key



1

TPG-MA-00002224

# Invoice

## The Key Worldwide Foundation

█████████████

| Date | Invoice # |
|------|-----------|
| 11/30/2017 | 1149 |

**Bill To**

Bill McGlashan

| Description | Amount |
|-------------|--------|
| Regarding West Hollywood College Prep | 50,000.00 |
| | |
| Wire Instructions : The Key Worldwide Foundation | |
| Routing #: ████████ | |
| Account #: ████████ | |
| Swift Code: ████████ | |
| Bank Information: ██████████████████ | |
| Tax ID : ████████ | |

**501c3 FEIN** ████████

| **Total** | $50,000.00 |
|-----------|------------|

TPG-MA-00002225

# Exhibit G



SCHWAB
CHARITABLE
fund™

Bank of America
Northbrook, IL.

Check: 19 44165

$ ********50,000.00***

Date: DECEMBER 06, 2017
Memo:2301994
PAY    ***FIFTY THOUSAND DOLLARS AND NO CENTS***

TO THE
ORDER     KEY WORLDWIDE FOUNDATION
OF

WARNING: BACKGROUND OF CHECK IS BLUE WITH MICROPRINTING
BK, READ SPECIAL ENDORSEMENT INSTRUCTIONS ON BACK

THE KEY WORLDWIDE FOUND.

378632







**Statement Period**
**October 1, 2017 to December 31, 2017**

**Investment Advisor**
AJ WEALTH

**Special Account Name**
MCGLASHAN FAMILY CHARITABLE FUND

**Donors**

WILLIAM E MCGLASHAN JR

**Donor Relations and Account Information**

**Call Donor Relations**

**E-Mail**

**Fax**

**Visit Our Web Site**
www.schwabcharitable.org

26r12-CPCA1951-00798-SM...1004400000  15395* *
WILLIAM E MCGLASHAN JR
MCGLASHAN FAMILY CHARITABLE FUND





**Statement Period**
**October 1, 2017 to December 31, 2017**

## Investment Detail - Other Assets (continued)

| Description | Quantity | Price | Value | % of Account Assets |
|---|---|---|---|---|

## Grant Distribution Detail

| Payment Issued | Payment Cleared | Recipient Organization | Amount |
|---|---|---|---|
| 12/06/2017 | 12/13/2017 | Key Worldwide Foundation | $50,000.00 |
| **Total Amount of Grants Distributed** | | | **$107,500.00** |

## Transaction Detail

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|





# Exhibit H

Case 1:19-cr-10080-NMG Document 1063 Filed 04/26/20 Page 33 of 387

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF MASSACHUSETTS

 3


 4
        * * * * * * * * * * * *    19CR10074-NMG
 5   UNITED STATES OF AMERICA*
                             *
 6   VS.                     *    APRIL 12, 2019
                             *    2:38 P.M.
 7   MARK RIDDELL            *
                             *
 8    * * * * * * * * * * * *    BOSTON, MA

 9


10         BEFORE THE HONORABLE NATHANIEL M. GORTON

11                    DISTRICT JUDGE

12                  (Rule 11 Hearing)

13


14   APPEARANCES:

15

     FOR THE GOVERNMENT:     ERIC S. ROSEN, AUSA
16                           JUSTIN D. O'CONNELL, AUSA
                             LESLIE WRIGHT, AUSA
17                           United States Attorney's Office
                             1 Courthouse Way
18                           Suite 9200
                             Boston, MA 02210
19
     FOR THE DEFENDANT:      BENJAMIN STECHSCHULTE, ESQ.
20                           Stechschulte Nell, PL
                             1105 W. Swann Ave.
21                           Tampa, FL  33601

22   Court Reporter:         Debra D. Lajoie, RPR-FCRR-CRI-RMR
                             1 Courthouse Way
23                           Boston, MA  02210

24

25              Proceeding reported and produced
                by computer-aided stenography
```

1    answers on the SAT.  After the exam, Elizabeth

2    Henriquez picked up Riddell and her daughter, and they

3    celebrated their successful cheating in the car ride to

4    Riddell's hotel.  These scores helped the Henriquezes'

5    daughter gain admission to and enrollment at Georgetown

6    University.

7         The cheating scheme then evolved.  Singer

8    bribed test administrators at two testing sites,

9    one in Los Angeles and one in Houston, Texas,

10   charged Defendants Igor Dvorskiy in Los Angeles and

11   Niki Williams in Houston.  Essentially, the scheme

12   worked as follows:  Riddell would fly to Los Angeles or

13   Houston, proctor the students' exams, and then after

14   the student had left, Riddell would correct the

15   students' answers.  Riddell was paid approximately

16   $10,000 each time.

17        As an example, in December of 2017, Riddell flew

18   to Los Angeles where he proctored the ACT exam of the

19   son of charged Defendant Bill McGlashan.  Riddell

20   corrected the student's exam answers after the ACT

21   test, earning the student a 34, which is a score in the

22   top one or two percent in the nation.  These scores

23   were then sent to a variety of colleges as part of the

24   admissions process, including Northeastern.

25        As another example, in February, 2019, Riddell

# Exhibit I

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM

2009

**THE KEY WORLDWIDE FOUNDATION**

WELLS FARGO BANK, N.A.
www.wellsfargo.com
11-4288/1210

12/15/2017

PAY TO THE
ORDER OF   West Hollywood College Prep.

$   **40,000.00

Forty Thousand and 00/100*************************************************************************************

DOLLARS

West Hollywood College Prep.
C/O Igor Dvorskiy

VALID VAL
VALID VAL
VALID VAL
VALID VAL

AUTHORIZED SIGNATURE

MEMO

Details on Back. Security Features Included



THE KEY WORLDWIDE FOUNDATION

WELLS FARGO BANK, N.A.
www.wellsfargo.com
11-4286/1210

2010

12/16/2017

PAY TO THE ORDER OF    Mark Riddell

$   **35,000.00

Thirty-Five Thousand and 00/100************************************************************************

DOLLARS

Mark Riddell

AUTHORIZED SIGNATURE

MEMO



# Exhibit J

**07/30/2018 15:04:47 Incoming Call, Rick Singer and ▆▆▆▆▆▆▆ (Bill MCGLASHAN)**

**[Session 4146]**

| | |
|---|---|
| **SINGER** | Bill. |
| **MCGLASHAN** | Hey Rick, how are you? |
| **SINGER** | Great, how about yourself? |
| **MCGLASHAN** | I'm good.  How go the wars? |
| **SINGER** | Uh, things are good.  We are all we got rid of a couple of the ideas and companies. |
| **MCGLASHAN** | [Laughter] |
| **SINGER** | And, we are, we made some amazing traction in some areas we never thought, um, of doing, and it impacts more people than anybody on the planet. |
| **MCGLASHAN** | Wow. |
| **SINGER** | Um, we're involved in this now.  We signed a deal with ▆▆▆▆ and uh, we created a platform called the recovery platform. |
| **MCGLASHAN** | Mmmm. |
| **SINGER** | And now we're doing a whole, we create, I took, I hired six addicts, and we created seven month mobile app for addiction after they leave rehab. |
| **MCGLASHAN** | Wow. |
| **SINGER** | And then the state of North Carolina hired us, so they were the first state to do the opioid program. Every state has it, which is to take on all of the um, opioid abusers through the courts. |
| **MCGLASHAN** | That's awesome.  As a, as an attempt to keep them off opioids [OV] and, |
| **SINGER** | Yes, they're going to force them into doing... you know, they got to go get their testing, and then here's their seven month program.  It's online.  That we created a counseling program for them.  For a group of individuals [UI] on a daily basis and, then we're all the silver living homes all over.  We've already started in Sacramento and Orange County to test it. It's pretty amazing because this issue is huge in not only opioids, but alcohol, drugs, everything. |
| **MCGLASHAN** | No, it's uh, it's uh, it's uh, a devastating problem for society.  I mean it's incredible. |

| | |
|---|---|
| SINGER | But yeah, and we got the, you know, we got the ████, partnership, and we've got the first state partnerships [IA] ability. Um, now we just got to get everybody enrolled and then get started. |
| MCGLASHAN | That is so cool, Rick. That's a, that's a, that's a fairly dramatic pivot from what you've been doing. |
| SINGER | Well that's one of them, yeah. And then the ████, so that's ████. And then the job business is actually changed too, because that became a talent aggregation. I bought a company called ████. Which they have all the PhDs coming out of the 80 top colleges in America, and none of those People can get academic jobs, so right away they've got to get a real job. |
| MCGLASHAN | Mmm. |
| SINGER | And they don't even know what the hell to do. They have no idea. So, we got a subscription with all these universities, and then we go after individually helping these people, and they pair, so now I just created a virtual grad school, because the masters population is three times as big as the PhD population. |
| MCGLASHAN | Mmm. |
| SINGER | So when I met with the ████ people, I said, how about if I can give you a list of all the masters candidates from these schools and here's their stats. Here's the behavior. Here's your skill. Here's the PhD candidates. I got 'em all. What do you say? They're like, well shit, then we don't have to go find them? |
| MCGLASHAN | Gotta love that. |
| SINGER | Right, and I got all the... |
| MCGLASHAN | They'll pay them very big origination fee on that. |
| SINGER | Right, so I figured, that's the best way to get them. Just own the talent. |
| MCGLASHAN | Mmhmm. |
| SINGER | So that business is going well. And then ████ business to getting into colleges, just about ready to launch the beta test, so we're ready to start there. So you know, I learn a lot. I get my ass kicked a lot. But that's okay. |
| MCGLASHAN | You keep entrepreneuring. I love it. |
| SINGER | [Laughs] |
| MCGLASHAN | It's awesome. Did you, have you followed all the education |

| | |
|---|---|
| | stuff we've done at this point. |
| SINGER | No I haven't, no. |
| MCGLASHAN | So we're now the largest education investor in the world at Rise. |
| SINGER | Okay. |
| MCGLASHAN | From a zero start, as you know. |
| SINGER | Right. |
| MCGLASHAN | A year and a half ago.  Um so it, it ranges from, you know K through 12 tools.  We just bought... It'll be public as of, I think, I think the press is tomorrow, but um, ▮▮▮▮▮▮ which is the company that, um math, math company run by this woman, ▮▮ that does um, uh, completely customized, uses algorithms to completely customize the math learning journey for students. |
| SINGER | Okay, that's cool. |
| MCGLASHAN | Amazing outcomes, you know data behind it.  ▮▮▮▮▮▮ was the original investor in it. |
| SINGER | Okay. |
| MCGLASHAN | And it's become a big company, um, and by far the most, um, interesting on the spectrum of , of um, you know tools that allow you to deliver.  You know, it's a little like a ▮▮▮▮▮ ▮▮▮▮▮ except that... |
| SINGER | Right. |
| MCGLASHAN | ▮▮▮ doesn't actually give you a customized path, it just responds.  It just allows you to sort of create your own path. |
| SINGER | Right. |
| MCGLASHAN | Um, there, it's used in the schools instead of as an adjunct um, program.  We bought ▮▮▮▮▮ . |
| SINGER | Okay. |
| MCGLASHAN | Um, um, with ▮▮▮▮▮ We and they partnered to buy the company.  We just closed that deal. |
| SINGER | Okay. |
| MCGLASHAN | Um, obviously you already knew about ▮▮▮▮▮▮ and what we're... |
| SINGER | Yup. |
| MCGLASHAN | Our sorry, if we ever find what we're doing there.  Um, we bought, funded ▮▮▮▮▮▮ , which is a, um, a company that's leading technical coding platform in Latin America. |
| SINGER | That's great. |
| MCGLASHAN | Um, which is really cool, because, it's, it uh, it's sort of |

| | |
|---|---|
| | partnered with all the big, uh, employers, uh to get these folks trained up, 'cause they need 'em, in that, in that environment. Um, we did ███████ with India, which is a, school in a box solution, focused on creating affordable private schools in India.   We're actually doing a platform in, in uh, Africa.   Which buying eight schools to start with in Nigeria, but doing it with a blended finance model with philanthropy. |
| **SINGER** | That's great. |
| **MCGLASHAN** | [OV] to make economics work. |
| **SINGER** | That's great. |
| **MCGLASHAN** | And then, we're, we, finally got agreement from ████.  I don't know if you know ██████ over at ███? |
| **SINGER** | Yeah, we, uh, uh, he's actually after me really hard, because we're opening 24 universities in China. |
| **MCGLASHAN** | Oh, interesting. |
| **SINGER** | And, so, uh, ████████ called me from █████████ ██████.  He wants to be our partner there.  Because you can't put university [IA], a family that has the, um, that has the license. |
| **MCGLASHAN** | Mmm. |
| **SINGER** | So I need, I have to have an American partner that can give me... I don't need a degree, I need to create a certificate program. |
| **MCGLASHAN** | Mmmhmm. |
| **SINGER** | So that the Chinese can actually do it in hospitality, digital media, um, and then service oriented stuff, like nursing.  And there's between five and twenty million people in each part of the second and third tier cities in China, right? |
| **MCGLASHAN** | Mmhmm. |
| **SINGER** | And our partner in China is ██████  And ████████ is one of the biggest companies in China, so they're going to be all the real estate stuff, and it's all online.  So, we may end up... |
| **MCGLASHAN** | I love it. |
| **SINGER** | Going, to, we may end up going to ████████ with ██████ ████████ from ██████.  Because you know, they won a public battle with the ██████. |
| **MCGLASHAN** | Mmhmm. |
| **SINGER** | But, ██████████ quite a guy. He's got a [OV] |
| **MCGLASHAN** | Yeah, he is. |

| SINGER | He's got a, he's done an amazing job. |
| MCGLASHAN | Well, so what, so what he's done with us, is you know the program, the four year degree program, that he, that you know is the ███████ program. |
| SINGER | Yup. |
| MCGLASHAN | That's, again this is just between you and me, for now, but that's, we're privatizing that, and we're the shareholder, alongside ████. Um, we've gotten his commitment that we bring four, three other universities in, so they're four to start with, um, ██████████... |
| SINGER | Okay. |
| MCGLASHAN | ...is one. Um, there's one in Australia. Leading program in Australia, I forget the name of it. But anyway, it's a platform of universities. Um, we're way down the track with ██████ and a few others now as well, to launch the same program, you know as an employee benefit offer [OV] as a four year degree. 15 |
| 13 | 07 to 15 |
| 13 | 11 [IA] |
| MCGLASHAN | Rick |
| 15: 13: 11 to 15:13:15 [IA] | |
| SINGER | ████████ program that you guys are doing. There's 70,000 kids behind. |
| MCGLASHAN | Mmhmm. |
| SINGER | So he asked me if we could do this across the country for them, so that we could get to the number they want to get to. So, I know they're not getting to the numbers, um... |
| MCGLASHAN | No, they're not. |
| SINGER | [UI] made of steel. And so they asked. |
| MCGLASHAN | That's right. |
| SINGER | They asked me to go, I help them with that. So... |
| MCGLASHAN | All this, all this sort of says, we've got to get, you, me and ████████ together in a room. And probably, you know, ██████, um, and just have a conversation together. We should just air out, here's exactly where we are, and what we're doing. |
| SINGER | Yup. |
| MCGLASHAN | You should do the same, and just figure out how we get aligned here. |
| SINGER | I would love to do that. That would be great, because all |

| | |
|---|---|
| | these things, we, like, maybe some of your colleges could be the ones we use in China. |
| **MCGLASHAN** | Yup, totally. |
| **SINGER** | Right, right, because. |
| **MCGLASHAN** | Totally. |
| **SINGER** | I got, I got to have this cheap way of approaching this certificate program which does not affect their cert... their accreditation, that's what makes it so great. |
| **MCGLASHAN** | Mmhmm. |
| **SINGER** | They can pretty much do whatever they want because I'm partnering with, the hospitality, I got is the certificates going to be called the intercontinental certificate.  So that in China, now you feel like you got...because the American university doesn't mean diddly to them. |
| **MCGLASHAN** | Yeah. |
| **SINGER** | And those right, and those places. |
| **MCGLASHAN** | That's right. |
| **SINGER** | Yeah, we should do that, absolutely. |
| **MCGLASHAN** | I love it.  I love it.  Um, jumping, so I'll have Jess coordinate for us to do the meeting. |
| **SINGER** | Okay, okay.  What's going with ▮▮▮▮? |
| **MCGLASHAN** | It's very timely, because the momentum couldn't be better. |
| **SINGER** | Absolutely. |
| **MCGLASHAN** | So just quick on ▮▮▮▮.  He feels really good. |
| **SINGER** | Good. |
| **MCGLASHAN** | I mean he's, he's, you've probably saw his grades have been sort of dramatically improving. |
| **SINGER** | Yeah, yes. |
| **MCGLASHAN** | I mean, he's actually working, which is sort of amazing how boys.  It just takes them a while I think to... |
| **SINGER** | Yup. |
| **MCGLASHAN** | Clue in. |
| **SINGER** | And he's got the confidence, he's got a score, he's got confidence. |
| **MCGLASHAN** | Yup, totally.  I mean it's sort of miraculous.  He's engaging.  His internships have been brilliant.  You know, he was at ▮▮▮▮▮▮▮▮ you know for the first two weeks. |
| **SINGER** | Right. |
| **MCGLASHAN** | And then ▮▮▮▮ went really well.  That was his second round at ▮▮▮▮.  They love him.  Um, and then um, and |

6

| | |
|---|---|
| | then he's now down at ▅▅▅▅ you know, working.  Um I, I've set up through the, you know friends of mine who are involved there this lunch on Friday with... |
| SINGER | Yup. |
| MCGLASHAN | Um, the dean of the, of the Iovine and Young [PH] Academy. |
| SINGER | Right. |
| MCGLASHAN | Um, he's already met the, the number two dean, the vice dean, ▅▅▅▅ |
| SINGER | Okay. |
| MCGLASHAN | This dean asked if, if, we could have lunch, uh, or a meeting.  And I sort of thought, shit, I don't have the time, but I figured, you know, lunch is a better... |
| SINGER | Absolutely. |
| MCGLASHAN | ...engagement model, right.  Uh [OV] you had said to me before, do a meal, get to know these people. |
| SINGER | Always. |
| MCGLASHAN | So, yeah, so we're, well we'll have lunch on Friday, and then she'll give us a tour, a couple hours with her.  Um, what they ask, I went through a buddy of mine on the board there.  I've got a number of friends, quite a few friends that are of the board.  Um, and I, basically said the following, I wanted to run this by you and get your instinct on it.  But I said, look, the issue is with early admission, with these schools like a Brown, the only way I can really lean on my friends there, et cetera, is if he applies early. |
| SINGER | Correct, and applies... |
| MCGLASHAN | Um, yeah, so it's bind... The problem is it's binding.  And all else being equal, if he were to get into Iovine and Young, he would go to SC over Brown. |
| SINGER | Right. |
| MCGLASHAN | The clear sense I'm getting.  You should have your own discussion with him. |
| SINGER | He, that's the way it felt last time I was with him. |
| MCGLASHAN | Yeah, so, what I said to ▅▅▅ and he's the guy that helped me. ▅▅▅▅▅ on the board there.  Is I said, and he's not had this explicit conversation with her, but he said, um, I would need, you know, he's basically the manage of we need to know that ▅▅▅ is going to get in.  In other words, other wise he's better off applying to Brown.  It's not that you need to contractually agree or anything, but basically, he's getting |

| | |
|---|---|
| | in.  So, that's that's what I'm trying to angle for, is that after, she has his, his uh, [OV], self cores and, uh, and his grades. |
| SINGER | Right. |
| MCGLASHAN | Already.  ███ get, sent them over to her.  And so she wanted those, because she said I need to know if he's going to get into SC.  I, I said to ███, look, I really have a hard time imagining he can't get into SC, generically. |
| SINGER | Now his grades are not good enough to get into SC. |
| MCGLASHAN | Is that right? |
| SINGER | Oh yeah, oh yeah. |
| MCGLASHAN | That's amazing.  Wow, okay. |
| SINGER | [OV] Because the issue is not [UI] that his grades aren't good enough.  The number of kids applying from schools that are stronger than him. |
| MCGLASHAN | Yup. |
| SINGER | [IA] That [UI] the issue.  So, she's, that's why she's, she's so, she's probably going to tell you, is, think about this.  Here's some strategies. |
| MCGLASHAN | Yup. |
| SINGER | The department, each department has a VIP list. |
| MCGLASHAN | Mmhmm. |
| SINGER | And, essentially what they do, is they can walk a kid through admissions with Tim, and say we want this family.  The problem occurs... |
| 15:18: 16 to 15:18:20 [IA] | |
| MCGLASHAN | Rick, you're breaking up. |
| SINGER | Oh, sorry. |
| MCGLASHAN | Yup... |
| SINGER | [IA] |
| MCGLASHAN | You said the problem occurs and I lost you. |
| SINGER | Yup, so let me...  I'm going to go to a different place, one second.  So what happens is they have a VIP list.  Each department, each dean, has their own VIP list.  And essentially at some point they get the opportunity to go to Tim, and say, here's my list.  This is what I want.  That's how they... that may not happen until January, February. |
| MCGLASHAN | Mmhmm. |
| SINGER | They may give us a nod, saying, hey, it looks good.  It looks good.  But, you haven't really, you haven't really sat in front of Tim and said, it's done. |

| | |
|---|---|
| MCGLASHAN | Yup. |
| SINGER | Okay.  So, I was thinking about this for you.  I don't know how you want to handle it.  I would just give you some.  Here's some approaches maybe.  Okay. |
| MCGLASHAN | Yup. |
| SINGER | I don't know if this makes sense.  So, one is to go just down that path, and my guess is you'll get accepted, and it'll happen, but you won't know, until you know, mid-spring, and/or right before they get the admissions letter right before March 25th.  Which is not a good... |
| MCGLASHAN | Yup. Yup. |
| SINGER | Not a good, not a good feeling for you guys, not knowing. |
| MCGLASHAN | Yup. |
| SINGER | Right, 'cause they're going to say, it's looking good, it's looking good, well, how about like let's get it done. |
| MCGLASHAN | Yeah. |
| SINGER | Okay, so, another way some people have done it, is, I told you I have a side door there.  There is a financial thing in there, but what happens is we get them accepted in the fall, earlier.  Latest is first week of February, or January because they want to see first semester grades.  But let's just say it happens in the fall, then what would have to happen, would make it much easier, is your department says, we'll take that kid, because, what will happen is, when we apply like that, they're going to say, yeah, we'll admit him, but we can't say he's getting into that program.  But if the program already said we'll take him. |
| MCGLASHAN | That's great. |
| SINGER | Right.  So you would go... |
| MCGLASHAN | That's great. |
| SINGER | You would go through athletics. |
| MCGLASHAN | The, the, the, the interesting thing is the side door at, that ███ is working at the Iovine and Young academy is, which doesn't apply to overall admissions to your point.  But even here, I'm going to have to play games.  They're saying, ███ said, look, you've got to be willing to join the board of Iveen and Young, you personally.  [OV] And, you know, I told her you'll write, a one to three million dollar check.  And, and uh, that's, you know, I said, wow, okay.  The only awkward thing for me is I don't want... I said if I, even if I agree to do that, I |

| | |
|---|---|
| | would want to join the board a year after ▮▮▮▮ gets in or something, so I don't create a weird dynamic for him, you know. |
| SINGER | Sure, so, so, in this path, you'd pay 250, you'd get accepted. Uh, let me get his stuff and I'll take it to them.  If they can accept him in the fall. |
| MCGLASHAN | Yup. |
| SINGER | He may be... It may be before he even applies. |
| MCGLASHAN | See that would be great. |
| SINGER | Right. |
| MCGLASHAN | I would do that in a heartbeat. |
| SINGER | Right, and then you get this unofficial, official letter. |
| MCGLASHAN | Now does he, here's the only question, does he know?  Is there a way to do it in a way that he doesn't know that happened? |
| SINGER | Oh yeah.  Oh he... |
| MCGLASHAN | Great. |
| SINGER | What he would know is, that I'm going to take his stuff, and I'm going to get him some help, okay. |
| MCGLASHAN | So that, that he would have no issue with.  You lobbying for him.  You helping use your network.  No issue. |
| SINGER | That letter, that letter comes to you. |
| MCGLASHAN | Yup. |
| SINGER | So, my families want to know this is done. |
| MCGLASHAN | Yup. |
| SINGER | Right, so they want this letter to come to them, so I have them, I have admissions, and that's why I extend the letter to you, you hold it. |
| MCGLASHAN | Right. |
| SINGER | You don't have to tell him a thing. |
| MCGLASHAN | Yup. |
| SINGER | At that, at that point, that, as soon as you get that letter, then they expect just a $50,000 check, and it goes to Women's Athletics. |
| MCGLASHAN | Great. |
| SINGER | And then the other 200 comes in March after you get your official, official letter, but the letter you're actually getting is the same letter you're getting in March. |
| MCGLASHAN | I love it. |
| SINGER | Right, and they just do it that way. |

| MCGLASHAN | But again, he wouldn't, he wouldn't, have to see any of these letters. |
|---|---|
| SINGER | He wouldn't see any of them. |
| MCGLASHAN | Correct, what he would know... |
| SINGER | None of them. |
| MCGLASHAN | ...is Rick would say, hey, I had a great conversation, ▮▮▮, things are looking great. You know. |
| SINGER | Correct. |
| MCGLASHAN | Keep your grades up, work hard, but things are looking great. That kind of thing. |
| SINGER | Correct. I have to keep, I have to do a profile for him in a sport, which is fine, I'll create it. You know, I just need him... I'll pick a sport and we'll do a picture of him, or he can, we'll put his face on the picture whatever. Just so that he plays whatever. I've already done that a million times. So... |
| MCGLASHAN | Well we have images of him in Lacrosse. I don't know if that matters. |
| SINGER | They don't have a lacrosse team. [OV] But as long as I can see him doing something, that would be fine. |
| MCGLASHAN | Yeah. |
| SINGER | And then what happens is then what you have to do, because this would be a specialty program, is that you have to then talk to the department and say, hey listen, can you take him in the department, we've gotten him accepted into the university. |
| MCGLASHAN | Yup. Well I can handle, I think I, I mean I'll know after this lunch. I think I can handle them at Iovine and Young. |
| SINGER | Right. |
| MCGLASHAN | Yeah. Which is where he really wants to go. |
| SINGER | Right. So you're saying, hey listen, I think I can get him into this school. |
| MCGLASHAN | Yup. |
| SINGER | Now, now, can you, 'cause they're going to come to you and say, this is selective program, would you want this kid? And he's quote an athlete who's coming to you. In fact, would you take him? And the department says yes. |
| MCGLASHAN | Now would she see that, 'cause, that, he's going to be fairly well seen at the school, because half the board knows me, and I'm going to be sort of calling in and asking people to help, you know ▮▮▮▮▮▮▮▮▮▮ all those guys. |
| SINGER | But, so, so, what I would suggest is have you called them? |

| | Any of them yet? |
|---|---|
| MCGLASHAN | No |
| SINGER | Good, don't. |
| MCGLASHAN | Okay. |
| SINGER | Because you don't need, because when this, the way this, the quieter it, the quieter this is, the better it's so, people don't say well, okay, this guy, why are all these people calling us. The kid's already been accepted.  He's coming here as an athlete.  He's already in.  What you just want, is the person you're meeting with on Friday to say, you know what we want this kid. |
| MCGLASHAN | So she doesn't have to know how he got in.  Is that the case? |
| SINGER | What I would say to her, if you want to have that discussion now with ███████ there, that we have friends in Athletics they are going to help us, because ███████ is an athlete, and they're going to help us.   From the... |
| MCGLASHAN | But I can't say that in front of ███████, 'cause he knows he's not. |
| SINGER | No, no, right. |
| MCGLASHAN | Yeah. |
| SINGER | And just say, you know what, we're going to get, we're going to get some, we're going to get people to help us. |
| MCGLASHAN | Why wouldn't, why wouldn't I say look, leave it to me to worry about getting him in, 'cause I have a lot of friends involved in the school. |
| SINGER | Perfect, perfect. |
| MCGLASHAN | And, I feel confident, I can figure out a way to get the school to help us. ████████████████████ board's a friend. |
| SINGER | Correct. |
| MCGLASHAN | And, uh. |
| SINGER | Correct. |
| MCGLASHAN | You know what I mean. |
| SINGER | Correct, right, so you could you, what is going to happen when they see his application, he'll be flagged as an athlete. |
| MCGLASHAN | Okay. |
| SINGER | But once he gets, once he gets here, he just goes, he doesn't go to the athletic orientation.  He goes to the regular orientation like all my other kids just did.  They all got home, and everything's fine.  The issue is the specialty program.  And he could do... |

| | |
|---|---|
| **MCGLASHAN** | So how does he... just as a, just as a, just as this plays out, my worry on this is, ██████ starts getting letters at home from the athletics program  and... |
| **SINGER** | He won't. |
| **MCGLASHAN** | Okay. |
| **SINGER** | He won't.  What he will get in the summer, is a letter saying come to the athletic orientation.  Okay, but here's what I would... |
| **MCGLASHAN** | What, yeah, what do we do about that. |
| **SINGER** | Here's what I would do.  I would just tell him.  I would tell him, listen I got lots of friends in athletics.  You're an athlete kind of guy, and my friends in athletics are going to help you.  So I'm letting you know. They're going to help you get in.  Because they have the easiest way in.  And, [OV] all the coaches, I'm friends with all the coaches.  So, they're going to help you get in.  And, um, but maybe here's a better idea.  Maybe this is a better idea.  We go this path.  You work with the dean, but, but, how, how would you feel about, if you already know that he's going to get into the program, but we apply to letters and sciences as a regular student. |
| **MCGLASHAN** | Yup. |
| **SINGER** | Once he's there, when he goes to orientation, you, they, you switch him.  Because the department's already said it's okay, you can switch him.  Then... |
| **MCGLASHAN** | So what am I... I'm switching him from what to what? |
| **SINGER** | From letters and sciences, undeclared, to the program. |
| **MCGLASHAN** | To the Iovine and Young? |
| **SINGER** | Yes. |
| **MCGLASHAN** | But what if he's able to get into the Iovine and Young program out of the gates? |
| **SINGER** | Well if he gets into the program out of the gate, [OV] |
| **MCGLASHAN** | I think you have to... Don't you have to get in anyway to one of the other... |
| **SINGER** | You do, but you are all have a relationship with these people, and they're already know that he's one of the spots.  All I'm trying to do is cut away any other people looking in. |
| **MCGLASHAN** | Yeah, yeah. So I guess, what I'm wondering, I think normally the way it works is you have to apply to the school period. |
| **SINGER** | Correct, correct. |
| **MCGLASHAN** | And then you separately apply to Iovine and Young.  So they |

| | expect you to get admitted to both places right. |
|---|---|
| SINGER | No, what happens is, when they see you, he's applying to Iovine and Young now, but you have to first be admitted to USC before Iovine and Young can take you. |
| MCGLASHAN | Right. |
| SINGER | But his application will actually say, and he'll write his essays to fit Iovine and Young. |
| MCGLASHAN | Okay. |
| SINGER | Does that make sense? |
| MCGLASHAN | Yeah, but they have a separate, what they have is a... |
| SINGER | A supplement. |
| MCGLASHAN | A, well it's a, it's his pitch he has to do.  To come down and present to ▓▓▓▓▓▓▓ and everybody for this idea that he has. |
| SINGER | Correct, it's a sup... it's their supplement.  It's that department's supplement. |
| MCGLASHAN | Yup. |
| SINGER | Yup, so let me do, my own, I'll do... Let me take some of this week and do my own research. |
| MCGLASHAN | Yup. |
| SINGER | As to what is the best way that it keeps him, nobody knows, he doesn't know anything, and it can flow much easier. |
| MCGLASHAN | Perfect. |
| SINGER | Let me do that, and then that way, hopefully by Friday I'll have some answers so that you can at least be poised to um, have a discussion after that, with them. |
| MCGLASHAN | Exactly, exactly, that's perfect.  That Friday, the focus of Friday'll be you know... |
| SINGER | Intro. |
| MCGLASHAN | You know, intro, tell us about the school, vision, |
| SINGER | Yes. |
| MCGLASHAN | You know, where you going with this.  Um... |
| SINGER | Yes. |
| MCGLASHAN | Yeah, perfect.  Um, that's great.  And then I guess the part that was new news to me is that in order to use the, the uh, athletic sort of, you know, department side door if you will, he has to actually apply to letters and arts, he can't be applying to Iovine and Young? |
| SINGER | No, that's not true.  I just was trying to figure out the easiest way. |

| | |
|---|---|
| MCGLASHAN | Got it. |
| SINGER | That, because it's a guarantees in letters and sciences.  To get into Iovine and Young you need them to take him. |
| MCGLASHAN | What's, what's interesting, with the, friends of ours that went into the, that applied to film school, uh, that's friends with their [UI] daughter applied.  She did not get in, but then she was pushed over to a generic, you know get into SC.  So she got into SC, but she didn't get into the film school. |
| SINGER | [UI] |
| MCGLASHAN | What, where would she have gotten in? Was it, would it have been like letters and sciences or something?  Where would they put her? |
| SINGER | Yeah, yeah, in letters and sciences.  Absolutely. |
| MCGLASHAN | Got it.  Got it. |
| SINGER | Because that's the big school.  That's anthropology, the zoology, biology, economics, everything. The whole planet is in there.  And that's where normally people start. |
| MCGLASHAN | Yup. |
| SINGER | Because they're not sure what they want to do. |
| MCGLASHAN | And then you go onto a new more, yup. |
| SINGER | Yes. |
| MCGLASHAN | Got it, yeah, because they have people transfer into Iovine and Young their sophomore year, but they make them start over and take the full... |
| SINGER | Sure. |
| MCGLASHAN | ...program, even including the freshman courses. |
| SINGER | Sure. |
| MCGLASHAN | That are required at Iovine and Young.  They want them to have the full four year... |
| SINGER | Sure. |
| MCGLASHAN | ...program.  Which is, which is, whatever it is, you know 60% of your course work, 'cause it covers so many different departments. |
| SINGER | Correct. |
| MCGLASHAN | In that, in that program.  Okay, well, so you'll, you'll, you'll give me a heads up [OV] and then one other, just family question, with ██████ now entering his sophomore year, and sort of, the process is beginning, we have him on time and a half.  I told ████ yesterday, and ████ by the way, who is the, who I think is the one who needs the most time, has no |

| | |
|---|---|
| | extra time currently.  And, ██'s talking to the doctor that assessed them, to get her to ask, to request time for ██.  I told her she should be requesting double time for all of them. |
| SINGER | 100% multiple days.  No matter what, multiple days.  So, even if it's 50% time and a half, multiple days. |
| MCGLASHAN | So is that a different ask to get multiple days versus... |
| SINGER | Well the 100%. |
| MCGLASHAN | [OV] And if they get time and a half, can they use your facility to take the test? |
| SINGER | No, not unless it's multiple days. |
| MCGLASHAN | So as long as it's multiple days, we're in. |
| SINGER | Correct, correct.  Like it could be [OV] |
| MCGLASHAN | And they, that's a separate filing? |
| SINGER | Overall it's the same.  Well, so, you're saying ██'s got a, time and a half. |
| MCGLASHAN | Yeah. |
| SINGER | So, what has to happen, is there has to be an appeal to get the multiple days.  The doc's got to come up with stuff discrepancies to show why he needs multiple days.  That he can't sit six and a half hours taking one test. |
| MCGLASHAN | Perfect. |
| SINGER | And so if he gets multiple days, then I can control the center. |
| MCGLASHAN | Thank you. |
| SINGER | Yes. |
| MCGLASHAN | And then what about...  If you get a, if you get double time, you automatically get multiple days? |
| SINGER | Automatically, yes. |
| MCGLASHAN | Oh, so it's either multiple days with 1.5 or um, double, 2X time. |
| SINGER | Correct. |
| MCGLASHAN | Got it, okay, I'll make sure ██ goes to work. |
| SINGER | And we don't care if it's SAT or ACT. |
| MCGLASHAN | Yup, yup. |
| SINGER | Because, we're just going to take it one time and be done anyway. |
| MCGLASHAN | Yup, exactly.  The ██ is going through the stress of her SSATs, which is totally cute and sad to watch.  But it's like Jesus Christ.  This whole testing thing is such a nightmare for kids. |
| SINGER | It is. |

| MCGLASHAN | It's awful.  It really is. |
| SINGER | Agreed. |
| MCGLASHAN | Awful.  Yeah.  Alright, my brother. |
| SINGER | [OV] Okay, I'll talk to you [UI] |
| MCGLASHAN | My follow ups are to get us together with the group.  And then you're going to let me know what the right plan of action would be.  And I'm totally open to that if that's the right, uh, what the right approach is. |
| SINGER | Exactly, yeah, let me find out. |
| MCGLASHAN | Awesome. |
| SINGER | You got it. |
| MCGLASHAN | Okay. |
| SINGER | Take care. |
| MCGLASHAN | Thanks a lot. |
| SINGER | Yup, take care, buh bye. |

# Exhibit K

08/22/2018 19:38:16 Outgoing Call, William MCGLASHAN and Rick SINGER
**[Session 6574]**

| Voicemail | Hello this is Bill McGlashan, leave a message at the tone. |
|---|---|
| RS | Hey Bill, so we're gonna um met with SC, um, because the school does not have a football team um, I'm gonna make him a kicker/punter and uh they're gonna walk him through with football and I'll get  picture and figure out how to photoshop and stuff so it looks like it and um, the guy who runs the biggest kicking camp is a good friend, so we'll put a bunch of stuff about that uh, on his profile and we should be uh in pretty good shape to get that uh done uh, it's just a matter of when I get the profile done, get it to them and figure out when they're gonna have a sub-committee meeting, so I'll let you know. Stanford said no, um too tough, grades too low um just don't want to uh make that an exception right now um for him, so I wanted you to know that as well and then I think I'm seeing you next Tuesday so if there's anything you need from me just let me know, see ya, buh-bye. |

# Exhibit L

08/22/2018 19:46:25 Outgoing call from Rick SINGER (RS) to William MCGLASHAN (WM)
**[Session 6577]**

| | |
|---|---|
| WM | Rick. |
| RS | Hey so you got an NFL punter huh? |
| WM | You there Rick? |
| RS | Yes. |
| WM | Oh there you are, perfect. Lost ya. |
| RS | You got an NFL punter. |
| WM | I I did. That's just totally hilarious. So he...so this is for, so, the one part you were garbled at the beginning is the school doesn't have a football team, meaning, obv- obviously SC does. What does that mean? |
| RS | Your high school. |
| WM | Oh the high school. yes of course. Got it. |
| RS | So they asked me what sport could we put him through. And I said well, I don't want, you know, cause your school doesn't have football it's easy because I can say, because they have all these kicking camps and these kickers always get picked up outside of the school... |
| WM | Yeah perfect. perfect. |
| RS | So I'm gonna make him a kicker. Um... |
| WM | (laughs) He does have really strong legs. |
| RS | (laughs) Well, this will be for...this will be good for one of the... |
| WM | Maybe he'll...maybe he'll become a kicker. You never know. |
| RS | Yeah! Absolutely. |
| WM | You could inspire him Rick. You may actually turn him into something. I love it. |
| RS | I know. Well I had a boy last year, I made him a a long snapper. And |
| WM | I love it |
| RS | He was 145 pounds. Long snapper. So. |
| WM | I love it. I love it. That is so funny. So so um, and then, just remind me again, we get all these done and the the the obvious deal you and I talked about the $50K and the $200K. And...and then uh, do we know he's in? You and I at least know he's in? |
| RS | Yeah, yeah. Beacause when he gets in they'll send me a letter which will be the |

| | and you... |
|---|---|
| WM | Yup |
| RS | The same letter that he's going to get later on. |
| WM | Yup. |
| RS | But it'll just be in your hands. It's always (OV) |
| WM | Perfect |
| RS | For the parents to know that everything's cool. |
| WM | Perfect. And then, cause I, by the way I've had...I've had a ton of kids friends who's, uh, friends who's kids have gotten in already to all these schools. It's amazing how, you know, they'll take them as early as sophomore years you know in these sports programs now where they tell them they're in. |
| RS | Well yeah but they're not really in. So they de-committ them, you know that. Eighty percent... |
| WM | Oh I didn't know that. |
| RS | Decommit rate. |
| WM | Wow...So these kids all think they're in, and then they may not be. |
| RS | They're not. They're not. Especially, especially if it's a girl. |
| WM | Yep. |
| RS | Because they recruit the girls early and what happens is... |
| WM | It is girls, these are friends of ours who's girls have said no they were admitted to like all these top schools as like sophomores. |
| RS | And they weren't admitted. |
| WM | Wow. |
| RS | Nothing's happened. It's not a commitment, it's not a for sure thing, as them "Do you have it in writing?" and they'll say no. |
| WM | Wow. |
| RS | Because it's not in writing. |
| WM | Fascinating. |
| RS | So they all take themselves off the market. And then... |
| WM | Yeah, totally well and they also stop worrying about their grades cause they're |

|  | already in. |
| RS | That's right and they're not...and they're not in...because they have not done their applications. They have not.. |
| WM | That's actually terrible, they shouldn't be doing that. |
| RS | Well, what happens is it's because the parents have been pushing this for so...so hard... |
| WM | Yeah. |
| RS | And they want to be able to tell their families they got in here and here. So what happens is the 10th grade girl commits and then what happens is she doesn't get any better. |
| WM | Yup. Yup. |
| RS | And now the kid who grows later and gets better later... |
| WM | And the kid who's hungrier...cause they don't think they've got a shoe in yet. They're still fighting. And trying and, yeah. |
| RS | That's exactly right. |
| WM | Wow. So, so...um, I had an exchange, I forwarded you that email. I had an exchange with uh, with um, ███████ the Dean over at the academy, and she was very positive about him. He still has to get obviously get his...he's gotta actually do the work on his pitch. Uh... |
| RS | Right. |
| WM | Which I think he's got a pretty clever concept, but he's..he's sorta needing to all the work to put it into a compelling, you know, package. He's gonna run that by when. he meets you next by the way...Um...uh |
| RS | And he sent me stuff already, I just sent him back edits. |
| WM | Perfect. For his application? |
| RS | Yeah. |
| WM | Yeah that's on the general application right?  No the um |
| RS | Correct. |
| WM | I don't think he's done with the pitch yet. |
| RS | No. |
| WM | I mean he's he's  getting..uh, he's doing graphic design, getting you know, uh, |

3

| | |
|---|---|
| | screenshots done...and he's..you know..a guy, a blockchain guy helping him. And...I think he'll do a good job but we'll see. Um, but that's on the academy side so either way we can target getting him in, and then he can get in or not on the academy beyond that. |
| RS | Right. So... |
| WM | Perfect. |
| RS | So you know essentially she told me when I get all the paperwork together, and I gotta create this profile pic. So what I'll probably need if you guys have any pictures of him, um playing multiple sports or something where you can kind of see his face a little bit in action? |
| WM | Umhm. |
| RS | It would be helpful because I will photoshop him onto a kicker. |
| WM | (laughs) Ok. Ok. Let me look through what I have. Pretty funny. The way the world works these days is unbelievable. |
| RS | It's totally cra...like last year I had a boy who did the water polo, and when the dad sent me the picture, he was way too high out of the water. That nobody would believe that anybody could get that high. |
| WM | Yeah (OV) |
| RS | So I told that dad. I said "What happened?"  He said...he was standing on the bottom! I said "No no no no no." |
| WM | Yeah exactly. You gotta be swimming. Exactly. |
| RS | That's right. |
| WM | That's funny. That's great. Ok well yeah, it's too bad that she doesn't have a uh lacrosse program with scholarship positions. That'd be easy. |
| RS | I know. It'd be much easier. But she said, that's cool, let's do it that way. So, that's the path we're gonna go. |
| WM | Okay perfect. And then what are you sense of the odds at this point if we, once you get the package in and everything? |
| RS | Uh, 90%. |
| WM | Ok. Great. Great. Well, I'll get you some photos and um, obviously I'll see you on |

| | |
|---|---|
| | the broader, the other matters on Tuesday on the business matters. And and uh and I'm gonna keep pushing him on the uh on the uh, you know the pitch. Uh.. |
| RS | Good. |
| WM | But that's a project. The other thing I guess, a question for you is on, on um, on the Brown process. I did a uh conversation with uh █████████ and ████████████ two of board members and they both, I was very open with them about his grades, showed the positive trend, it didn't really bother them. Brown has an interesting philosophy where they don't care as much about the earlier grades if he's showing he can do it now, and is getting good grades now,  they call them slow risers. |
| RS | Right. |
| WM | It's a term they use for boys. Um, so they were actually intrigued...they wanted him to submit the same pitch he's doing for for the academy to Brown because they have a similar social um, you know, entrepreneurship program. Um, I...I actually think, I'd love your help on this, next time you talk to █████, I actually think he doesn't...it bums me out but I don't think he loves Brown. I think he loves SC. I don't know if you've had that conversation, but, um, I don't....I don't think there's any chance he would go to Brown over SC. If he had the choice. |
| RS | No. |
| WM | Is that your read? |
| RS | Yeah. And part of the reason, um, Bill is that he believes the program at SC he has much more liberty and choices of things he can do? |
| WM | Umhm. |
| RS | And he is a little worried about the other academic stuff at Brown. |
| WM | Umhm. |
| RS | That the caliber... |
| WM | Which I which I find..I I find hilarious cause there's no easier program to get |

5

| | |
|---|---|
| | through than Brown. Frankly it'll be alot easier than SC, academically. |
| RS | Right. |
| WM | I mean it's it's the most grade inflated program in the country. They call them gentlemen's B. I mean you don't have to do anything and you get a B. |
| RS | (laughs) |
| WM | You know? So I I I think it's I I think I think he would be surrounded by people that are generally more academic than he is. But you know, his his uh his actually ability to perform when he actually knuckles down is great (OV) |
| RS | Oh it's great |
| WM | And he can actually focus. He has a hard time focusing obviously but when he does it's it's he's plenty bright enough to be in that crew. (OV) |
| RS | He has grown up a lot |
| WM | So I would hate... |
| RS | Right..he's grown up alot. |
| WM | What's that? No he has, it's amazing how he's changing. I mean it's almost like his frontal lobes grew or something yeah. |
| RS | (UI) But here's the other thing, uh, I just sent ███████ do you know ███ ? |
| WM | Uhh I feel like I do, why do I know that name? |
| RS | She used to run ████████, she just took over ████. |
| WM | Yeah I I I actually just met with her. What a weird coincidence. With her and ███, her boss. |
| RS | Ok so, so, I have ███ kids of course. She's dropping off the oldest right now but they just got done meeting the president at Brown.. |
| WM | Uh huh. |
| RS | Because if you're gonna do this, I know you have the two, but him being in front of her is important just so that she knows...cause she knows him and pushes everything through. If that's what you guys end up... |
| WM | So so so, these guys said the same thing. And I, and she's quite excited about |

| | |
|---|---|
| | what we're doing and wants to meet. I...I worry a little bit that she wants to meet because of uh, she wants to sit down with me as opposed to having any desire to meet ████. But uh you know, they they were suggesting I go and have dinner with ███ and her, or lunch, with you know ███ and her. |
| RS | Yep. (OV) |
| WM | Um, my worry is I don't want to lean on these guys. I'd love your wisdom on this. But I don't want to lean on these guys cause I can certainly (OV) do that and push and pry them with a big donation (OV) and stuff but if ████ doesn't want to go there anyway. And by the way he doesn't have to apply early, in fact they they said that they probably shouldn't apply early to Brown (OV), cause he's not you know, one of those candidates. |
| RS | No they...and they defer everybody. So let's wait for that for December January. (OV) If we don't have the letter by then. And and then you go. But I, that is the path because, and you're right, she wants to meet with...like wanted to meet with ████ more than she wanted to meet with the two girls, and... |
| WM | Yup. |
| RS | But I said ███, this is what you gotta do. |
| WM | Yep. |
| RS | And so...so so yeah. I'd wait til December January. |
| WM | And do we...when do you think...what's the timing on the letter from, from SC, once we actually submit everything? (OV) |
| RS | So it either either comes in two waves. So it'll either happen sometime um mid-late November or it'll happen, which I don't want to have happen, it'll happen on the next recruiting period, which will be January February. |
| WM | Umhm. |
| RS | My goal is to get his picture and everything into her now... |
| WM | Yep. |
| RS | So that in that first wave we can get it |

| | |
|---|---|
| | done, so you can have it by Thanksgiving. Or earlier. Even before his application goes in. |
| WM | Perfect. Ok. Ok. Great. Alright, that would be good. Alright brother. |
| RS | Alright. Hang in there. |
| WM | I will see you Tuesday. Thanks for everything. |
| RS | Yup. You got it my friend. Take care. |
| WM | Ok yup bye bye. |
| RS | Alright bye bye. |

# Exhibit M

**From:**      Rick Singer ███████████████████████

**Sent:**      Friday, April 22, 2016 2:51 PM

**To:**        Mossimo Giannulli ███████████████████████

**Cc:**        Lori Giannulli ███████████████████

**Subject:**   Re: new address

___

If you want SC I have the game plan ready to go into motion. Call me to discuss- ███████████

Sent from my iPhone

On Apr 22, 2016, at 9:46 AM, Mossimo Giannulli ███████████████████████ wrote:

> Rick,
>
> We just met with ██████'s college counselor this am. I'd like to maybe sit with you after your session with the girls as I have some concerns and want to fully understand the game plan and make sure we have a roadmap for success as it relates to ██████and getting her into a school other than ASU!
> Thanks,
> M/.
>
>
> Mossimo Giannulli



> On Apr 22, 2016, at 9:43 AM, Rick Singer ████████████████████ wrote:
>
> Terrific Thx
>
> Sent from my iPhone
>
> > On Apr 22, 2016, at 9:31 AM, Lori Giannulli ████████████████████ wrote:
> >
> > Hi Rick,
> >
> > Our new address is ████████████████. See you tomorrow.
> >
> > Best,
> > Lori

USAO-VB-00413205

# Exhibit N

**From:**          Mossimo Giannulli █████████████████

**Sent:**          Friday, August 19, 2016 1:42 AM

**To:**            Rick Singer

**Cc:**            Lori Giannulli

**Subject:**       Re: USC

Fantastic. Will get all.

Sent from cup and string

> On Aug 18, 2016, at 4:23 PM, Rick Singer ████████████████ wrote:
>
> Lori and Moss, I met with USC today about ████ I need a PDF of her transcript and test scores very soon while I create a coxswain portfolio for her. It would probably help to get a picture with her on an ERG in workout clothes like a real athlete too.
>
> Sent from my iPhone

1

PM-00001020

PM-00001020

# Exhibit O

**From:**      Mossimo Giannulli ██████████████

**Sent:**       Wednesday, September 7, 2016 11:14 PM

**To:**         Rick Singer ██████████████

**Cc:**         ██████████████████████

**Subject:**   ██████ rowing

**Attach:**     IMG_4534.JPG; Untitled attachment 73432.txt



# Exhibit P

**From:**     Rick Singer ███████████████

**Sent:**     Tuesday, November 1, 2016 3:13 PM

**To:**       Mossimo Giannulli ██████████████

**Subject:**  Re: Please send 50K payment to the person below

---

Yes

Sent from my iPhone

On Nov 1, 2016, at 10:56 AM, Mossimo Giannulli ████████████ wrote:

> For accounting purposes would I categorize this as a donation?
>
> M/
> Mossimo Giannulli
>
> 
>
> 
>
> On Oct 29, 2016, at 9:36 AM, Rick Singer ██████████████ wrote:
>
>> Donna Heinel
>> Senior Womens Associate Atheltic Director
>> c/o of USC Athletics
>>
>> 
>>
>> Check should be made out to USC Athletics
>>
>> Please let me know when sent

# Exhibit P-1

**From:** Mossimo Giannulli █████████████
**Sent:** Tuesday, September 27, 2016 6:18 PM
**To:** Lori Giannulli
**Subject:** Fwd: USC Admissions

The nicest I've been at blowing off somebody.
Mossimo Giannulli
████████████████

**Mossimo**Giannulli
Capo



**Modern** Amusement®

Begin forwarded message:

**From:** ████████████  █████████████████
**Subject: RE: USC Admissions**
**Date:** September 27, 2016 at 11:10:13 AM PDT
**To:** Mossimo Giannulli ██████████████

That's great!  If you'd ever like to discuss the impact your philanthropy or participation in our mentorship programs might have on our students and community, please let me know.  Alumni support of cancer research, climate science, social justice programs, and the arts and humanities, among other areas, is critical.

Here's an interesting video on the Renaissance Scholars program, inspired by da Vinci:  https://dornsife.usc.edu/videos/featured/141/renaissance-scholars/.  I think you'll find it interesting.

Best,



1

PM-00002944

VB-RECORDS-00360228

THE
CAMPAIGN
*for the*
University
of Southern
California

FAS REGNA TROJAE

**From:** Mossimo Giannulli ███████████
**Sent:** Tuesday, September 27, 2016 10:57 AM
**To:** ███████████
**Subject:** Re: USC Admissions

She will be applying. I've been to the school a few times and have some folks that keep me abreast of the latest and greatest!
Thanks for reaching out,
M/

Mossimo Giannulli

███████████

**Mossimo** Giannulli
Capo

**Modern** Amusement®

On Sep 27, 2016, at 10:53 AM, ███████████   ███████████ wrote:

Thanks for the quick reply, Mossimo.  I'm glad to hear that you're all set.  Will she indeed be applying?

On another note, would you be interested in connecting to discuss your own involvement with USC? So much has changed since you were a student.  I'd love to be able to update you on the amazing stuff that's happening.  How about meeting in your area on Oct. 3rd, 4th, or 5th?

Best,

███

2



PM-00002945

VB-RECORDS-00360229

███████████████████████

&lt;image001.png&gt;

**From:** Mossimo Giannulli [██████████████████]
**Sent:** Tuesday, September 27, 2016 10:49 AM
**To:** ██████████████████
**Subject:** Re: USC Admissions

Thanks so much, I think we are squared away.

Best,
M/


Mossimo Giannulli
████████████████


&lt;image002.jpg&gt;


On Sep 27, 2016, at 10:47 AM, ████████████
████████████ wrote:

Hi Mossimo,

It's been a while and fall has now arrived so I just wanted to check in
and see if your daughter is continuing with the admissions process at
USC.  I know when we last connected you mentioned she was a junior
so I imagine she'll be submitting her application this fall.  Please let me
know if I can be at all helpful in setting up a 1:1 opportunity for her,
customized tour of campus for the family, and/or classroom visit?  I'd
also be happy to flag her application.

I look forward to hearing from you.

Best,
██



&lt;image001.png&gt;

3

PM-00002946

VB-RECORDS-00360230

# Exhibit Q



DO NOT CASH THIS CHECK UNLESS YOU CAN SEE THE TRUE WATERMARK. HOLD UP TO LIGHT TO SEE "SAFE" AND VERIFY FIRST
THIS DOCUMENT HAS A NANOCOPY SECURITY BACKGROUND.

**MOSSIMO GIANNULLI TRUST**        -s|c-  900118

| | | |
|---|---|---|
| Date | 11-02-16 | Check No. **16774** |
| 162 | SAB | |

Los Angeles, CA 90024

5G2

# FIFTY THOUSAND DOLLARS EXACTLY

****$50,000.00

Pay to the
order of   USC ATHLETICS

DONNA HEINEL
SENIOR OF WOMENS ASSOCIATE ATHLETIC DIRE
C/O USC ATHLETICS

DO NOT CASH THIS CHECK UNLESS YOU CAN SEE THE TRUE WATERMARK. HOLD UP TO LIGHT TO SEE "SAFE" AND VERIFY FIRST
THIS DOCUMENT HAS A NANOCOPY SECURITY BACKGROUND.

**MOSSIMO GIANNULLI TRUST**

Los Angeles, CA 90024

Date 12-05-17     Check No.
162   AKC

3K9

# FIFTY THOUSAND DOLLARS EXACTLY

****$50,000.00

Pay to the
order of      GALEN CENTER GIFT - USC

DONNA HEINEL
SENIOR WOMENS ATHLETIC DIRECTOR

# Exhibit R

| | |
|---|---|
| **From:** | Rick Singer ███████████ |
| **To:** | Mossimo Giannulli ██████████████ ;Lori Giannulli ████████████ |
| **Sent:** | 11/28/2016 10:11:40 PM |
| **Subject:** | Fwd: |
| **Attachments:** | ██████.pdf |

FYI attached is the letter you can hold on to. As long as ███ doers what she is doing all is good.

---------- Forwarded message ----------
From: **Donna Heinel** ████████████
Date: Mon, Nov 7, 2016 at 11:21 AM
Subject:
To: "████████████████████████████

Here you go…

**_Donna C. Heinel Ed.D_**

_Senior Associate Athletic Director/SWA_

_Associate Professor-Rossier School of Education_

_University of Southern California_

CONFIDENTIALITY NOTICE:  This communication and any documents, files, or previous e-mail messages attached to it, constitute an electronic communication within the scope of the Electronic Communication Privacy Act, 18 USCA 2510.  This communication may contain non-public, confidential, or legally privileged information intended for the sole use of the designated recipient(s).  The unlawful interception, use, or disclosure of such information is strictly prohibited under 18 USCA 2511 and any applicable laws.

 **USC**University of Southern California

OFFICE OF ADMISSION

November 4, 2016

 Giannulli

Dear █████

Congratulations!  I am pleased to inform you that the Admission Committee, after careful review of your credentials, has approved your admission to the University of Southern California for the fall 2017 semester.  Your records indicate that you have the potential to make a significant contribution to the intercollegiate athletic program as well as to the academic life of the university.  I can assure you that the faculty and staff will do all that we can to support you in achieving your goals as a student-athlete at USC.

Please be advised that this letter of acceptance is based upon a preliminary review of your academic records.  In order to validate this acceptance you must:

1. Complete in full an Undergraduate Application by January 15, 2017.
2. Send official college entrance exam scores (SAT or ACT) to USC directly from the appropriate testing agency.
3. Register with the NCAA Eligibility Center.
4. Meet all NCAA test score and core course initial-eligibility requirements.
5. Send USC a final, official transcript which verifies high school graduation by August 1, 2017.
6. Avoid academic and behavioral misconduct.

If these conditions are not met, your approval will be revoked.

On behalf of the university, I would like to express our pleasure with your commitment to USC.  We are delighted to welcome you to our community of scholars and to our athletic program.  We look forward to seeing you on campus next year.

Sincerely,



Dean of Admission

TEB: akb

# Exhibit S

**From:** Mossimo Giannulli ██████████████
**Sent:** Monday, April 10, 2017 4:12 PM
**To:** ████████████
**Subject:** Fwd: Invoice 1132 from The Key Worldwide Foundation
**Attachments:** Moss e-sig.jpg; �; Inv_1132_from_The_Key_Worldwide_Foundation_9272.pdf; �

Good news my daughter ██████ is in SC.... bad is I had to work the system.

M/

Mossimo Giannulli



> Begin forwarded message:
>
> From: ██████████████
> Subject: Fwd: Invoice 1132 from The Key Worldwide Foundation
> Date: April 10, 2017 at 9:00:08 AM PDT
> To: Mossimo Giannulli ████████████
>
>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> From: "Steve Masera" ████████████████████████
>> Date: March 30, 2017 at 7:43:30 AM PDT
>> To: ██████████████
>> Cc: ████████████████
>> Subject: Invoice 1132 from The Key Worldwide Foundation
>>
>> Hello Mossimo and Lori,
>> Thank you for your pledge to The Key Worldwide Foundation.  Your pledge is now due and our courtesy invoice is attached to this email.  Wire instructions are on the invoice and in the body of this email.

1

Begin forwarded message:

**From:** ███████████████

**Subject: Fwd: Invoice 1132 from The Key Worldwide Foundation**

**Date:** April 10, 2017 at 9:00:08 AM PDT

**To:** Mossimo Giannulli ███████████████


Sent from my iPhone

Begin forwarded message:


> **From:** "Steve Masera" ███████████████████████
>
> **Date:** March 30, 2017 at 7:43:30 AM PDT
>
> **To:** ████████████████
>
> **Cc:** ████████████████
>
> **Subject: Invoice 1132 from The Key Worldwide Foundation**


Hello Mossimo and Lori,

Thank you for your pledge to The Key Worldwide Foundation.  Your pledge is now due and our courtesy invoice is attached to this email.  Wire instructions are on the invoice and in the body of this email.

Our receipt letter will go out to you upon full payment.

Thank you both.

Wire Instructions :  **The Key Worldwide Foundation**

Routing #: ███████████

Account #: ███████████

Swift Code: ███████████

Bank Information: ██████████████████████████

Tax ID : ███████████

*Steve R. Masera*

*The Key Worldwide Foundation*

███████████████████████

████████████████████████████

# Invoice

*The Key Worldwide Foundation*

| Date | Invoice # |
|------|-----------|
| 3/30/2017 | 1132 |

**Bill To**

Mossimo & Lori Giannulli

| Description | Amount |
|-------------|--------|
| Private Contribution - Letter of receipt will be provided upon payment. | 200,000.00 |
| | |
| Wire Instructions :  The Key Worldwide Foundation | |
| Routing #: ███ | |
| Account #: ███ | |
| Swift Code: ███ | |
| Bank Information: ███ | |
| Tax ID : ███ | |

| **501c3 FEIN** ███ | **Total** | $200,000.00 |
|---|---|---|

PM-00000706

PM-00000706

# Exhibit T

**From:**           Rick Singer ███████████████
**Sent:**           Sunday, July 16, 2017 5:23 PM
**To:**             Mossimo Giannulli;Mossimo Giannulli;Lori Giannulli
**Subject:**        For Me to build an athletic profile for USC -

High School - ███████████
Cumulative unweighted and weighted GPA & test score (SAT or ACT and Subject Tests if available) Home Address Email phone number Parents Birthdate

If they play the sport- Crew
Position - Coxswain
Club - LA Marina
Accolades if they have them
Action Picture

PM-00000441

VB-RECORDS-00246945

# Exhibit U

**From:** laura janke █████████████
**To:** Rick Singer █████████████████████
**Sent:** 8/6/2017 11:58:11 PM
**Subject:** Re:

I need all the other information on her so I can finish her resume and add a rowing club to her profile based off where she lives.

On 28 July 2017 at 11:11, Rick Singer ██████████████████ wrote:

███████████

Sent from my iPhone

Begin forwarded message:

**From:** Mossimo Giannulli ████████████████
**Date:** July 28, 2017 at 10:47:22 AM PDT
**To:** Rick Singer █████████████
**Cc:** Lori Giannulli ███████████████████



Sent from cup and string

# Exhibit V

**From:** ▮▮▮▮▮
**To:** Mossimo Giannulli ▮▮▮▮▮
**Sent:** 8/7/2017 7:14:18 AM
**Subject:** Re: Fwd: Re:

Oh shoot. Can you call ▮▮▮▮ today and get her transcripts. Tell ▮▮ to walk over to ▮▮▮▮ and see if she can get them. Or maybe you could call first. I think school might be closed at the moment.

Sent from my iPhone

On Aug 7, 2017, at 12:42 AM, Mossimo Giannulli ▮▮▮▮▮ wrote:

Do you have the transcripts?

Sent from cup and string

Begin forwarded message:

**From:** Rick Singer ▮▮▮▮▮
**Date:** August 6, 2017 at 9:34:54 PM PDT
**To:** laura janke ▮▮▮▮▮, Mossimo Giannulli ▮▮▮▮▮, Giannulli Mossimo ▮▮▮▮▮
**Subject: Re:**

Mossimo- I need ▮▮▮'s transcript,  test scores, email address, cell phone number,  and home address asap

Sent from my iPhone

On Aug 6, 2017, at 10:58 PM, laura janke ▮▮▮▮▮ wrote:

I need all the other information on her so I can finish her resume and add a rowing club to her profile based off where she lives.

On 28 July 2017 at 11:11, Rick Singer ▮▮▮▮▮ wrote:
▮▮▮▮▮

Sent from my iPhone

Begin forwarded message:

**From:** Mossimo Giannulli ▮▮▮▮▮
**Date:** July 28, 2017 at 10:47:22 AM PDT
**To:** Rick Singer ▮▮▮▮▮
**Cc:** Lori Giannulli ▮▮▮▮▮

Sent from cup and string

USAO-VB-01607347

# Exhibit W

| | |
|---|---|
| **From:** | Mossimo Giannulli ███████████████ |
| **Sent:** | Wednesday, November 29, 2017 7:21 PM |
| **To:** | Rick Singer |
| **Cc:** | Lori Giannulli |
| **Subject:** | Re: USC |
| **Attachments:** | Moss e-sig.jpg |

Will get this handled this week.

M/


Mossimo Giannulli
████████████████████████

████
██████████████
████████████
████████████████████
██████████████████████████
████████████████

> On Nov 29, 2017, at 11:10 AM, Rick Singer ██████████████████ wrote:
>
> Mossimo can you send a 50K check to USC and the address is below. Additionally the rest of the 200K will be paid to our foundation a 501 3C after ██████ receives his final letter in March.
>
>
> Made Payable to:
>
> USC Womens Athletics
>
> Send to:
>
> Donna Heinel
> Senior Womens Athletic Director
> ████████████████
> █████████████████████████████
>
> Please confirm when sent
> --
> Rick Singer
> ████████████████

1

PM-00000293

PM-00000293

# Exhibit WW-1

Messages - Marcy



Rick was amazing though.

Messages - Marcy

Glad we stumbled on him

Oh really... so you liked "who the fuck does he think he is??!!!" Rick. You'll be great working with him. I forgot. Best thoughts!!

We did not pay your price.  That was ridiculous

You were sworn to secrecy!!!!!! Do not tell a soul!!

But I can only think the money was spent wisely for school or else wise

I don't think most of it went to the school between us only

Please never ever repeat anything.

Ya of course.  I'm so excited for ███  And he is so happy!!!

I worry you're going to blurt this out. Swear you did not tell ███.

That is all that's inprotant

Keeping it confidential is just as important to me.

I told no one else.. no one other than one cousin.

Rick is the kid whisperer.

That's what my cousin calls him

Of course.  You should know our kids talk

Still

And my son knows ZERO!!! Zero. That's why I don't want anyone to know.

I'm happy they are close. But I pray you didn't tell 

You're not replying and that makes me nervous.

I'm sorry, I have to be honest.  She does know that Rick "helped"... like a college counselor should

Did you discuss money with her?

He has helped her as well

Messages - Marcy

We don't have a lot of secrets here.  She has been an integral part of all discussion.  Start to finish.

Whatever you  do with ████ is your business. I told no one about us for a VERY big reason.

Sounds like you shared that with or around her

I found rick on my own

He brought your name up in his own

On

Not to mention many others

████ I told you about rick before you met him through ████s contact. Bottom line is I shared a highly confidential secret with you never to be repeated. I don't care what you do but that was a big deal to ME

He is the one who brought up all the families he's working with.  I had no idea.  He is welcoming business

Listen ████ was a part of the first pricing/strategy convo (on speaker with ████ and I).  He brought up ██c of how close we live. ████ talked about how close she is to ██. And we (████ and I) said we weren't prepared to pay that price.  Things went through as follows

My son knew zero. Zero.Other than Rick had connections. What you tell your child is up to you, but I shared a highly highly confidential secret with you that was only mine to ever tell. Of course I wanted you to work with Rick!! That is insane. But most of the families I know contributed big time. We donated a lot while ████ was in ████████ and to ████, it's what we do. This was different and again, only mine to share. I was under the clear impression from people we know well that Rick has a very high threshold and shared that with you. Best of luck, I'll be thrilled for her wherever ████ ends up.

This wasn't about ████. it's about me asking you to not ever say anything.

Oven before that talking about pricing we had no idea RICK was your guy!

1/10/19, 12:00 AM

That's not the point. I shared what was to me a huge secret with you about the money and you shared it.

Messages - Marcy

Rick is simply not as exclusive as u think

That's not the point here. It's about you and me, not Rick

I stumbled on him.  When I found out he was you guy.., of course the questions arose

Are u on a plane?

Btw- bigger question is why did you tell me Rick would cost $200k or over when that is not actually his pricing at all.... ■ He works with tons of kids all over the country.

I see u typing.  Can u talk?

Keep telling yourself that's the bigger question. You betrayed a big secret of mine. You've been a highly trusted friend. I don't play games.  I told you what I new to be true and stand by it 100%.

You told me ███ introduced you. It doesn't matter at all to me. I hoped ███ would get in a fabulous school. But what I told you was not to be shared.

Marci- when I found out he was your guy i wanted to let him kno right away that we were not going to be able to follow suit

My flight is taking off. I'm crushed you betrayed this confidence to anyone. There are discussions that can take place without others present.  It's too late now but I don't trust easily.

Well whatever, I don't trust easily either.

We need to talk..

1/12/19, 11:02 PM

I think about you everyday.  Our convo is not finished.  Rick is one to be discussed.   Ive gone back to analyze our text ... about a 100times!!! I promise it's not what you think.

Where the are u?

I meant, where are u?  Sorry if it came of slang...

# Exhibit X

1   **Call Date:**      2017-12-04

2   **Call Duration:** 1:17

3   **Call Begin [] Call End []**

4   **Call Participants:**

5       Donna Heinel

6   **File Name:**      726

7   **Bates No.:**

8   HEINEL:   [00:00] Hey, Rick, it's Donna.  Uh, I got to talk to

9            you pretty quickly.  Uh, I need some of those checks

10           written to a, uh, a different way.  Uh, so if you could,

11           uh, stop.  ████, uh, I received ████.  But for the

12           rest of the people that owe money, uh, could you please,

13           uh, I need it to go to Galen Center, uh, gift account.

14           Uh, it just makes it better.  So if they've already

15           written the check, uh, when I get it I can tear it up.

16           And if they could issue a new one.  But everything is --

17           has to go to, uh, Galen Center gift account.  OK?  Uh,

18           call me with any issues.  And I think we're going to do

19           that with ████ (sp?) [01:00] too and that could be a

20           1, uh, that would be a 1 check going to Galen Center.

21           Uh, gift account.  All right?  For 200,000.  All right,

22           thanks, bye-bye.  [01:17]

23

1                          END OF AUDIO FILE

**From:**            Rick Singer ███████████████
**Sent:**            Tuesday, December 5, 2017 12:19 AM
**To:**              ███████████ [Mossimo Giannulli (owner)]"
**Subject:**         [Chat #71922]

Please send your USC check to Donna Heinel and the same address but instead of Women's Athletic Board please make out to the Galen Center Gift Account Please confirm

**-----METADATA INFORMATION-----**
**Device Owner:**
████████ Mossimo Giannulli
**ICCID:**
█████████████

PM-00002752

VB-RECORDS-00360036

# Exhibit Y

| | |
|---|---|
| **From:** | ██████████████ |
| **Sent:** | Tuesday, January 30, 2018 2:25 AM |
| **To:** | ██████████ |
| **Subject:** | Fwd: Invoice 1166 from The Key Worldwide Foundation |
| **Attachments:** | Inv_1166_from_The_Key_Worldwide_Foundation_9516.pdf; ⬦ |

FYI

Sent from my iPhone

Begin forwarded message:

> From: ████████████████████████
> Date: January 29, 2018 at 2:26:59 PM PST
> To: ████████████████
> Cc: ██████████████████
> Subject: Invoice 1166 from The Key Worldwide Foundation
>
> Dear Mossimo & Lori Giannulli,
>
> Thank you for your generous donation.
>
> Our courtesy invoice is attached hereto and contains wire information should you prefer to wire the funds.
>
> Thank you again,
>
>
> █████████
>
> The Key Worldwide Foundation
> ████████████████
> Sacramento, CA 95825
> ██████████████
████████████████████████
████████████████████████████████████
>
>
>

1

██████████████████████████████████████
██████████████████████    ██████████████

PM-00000154

VB-RECORDS-00246658

# Invoice

## The Key Worldwide Foundation

| Date | Invoice # |
|------|-----------|
| 1/29/2018 | 1166 |

**Bill To**

Mossimo & Lori Giannulli

| Description | Amount |
|-------------|--------|
| Private Contribution - Letter of receipt will be provided upon payment. | 200,000.00 |

| **501c3 FEIN** | **Total** | $200,000.00 |
|----------------|-----------|-------------|

PM-00000155

VB-RECORDS-00246659

# Exhibit Z

**From:** Mossimo Giannulli ███████████████████

**Sent:** Tuesday, February 6, 2018 4:58 PM

**To:** ████████████

**Subject:** Re: Merrill Lynch Transfer Update

**Attachments:** Moss e-sig.jpg

Rick Singer may also work.   ████████ ████████

Mossimo Giannulli

███████████████████████████

G/FORE

████████████████.

██████████████

█████████████████████

████████████████████████████████

██████████████████

> On Feb 6, 2018, at 8:52 AM, ██████████████████████████ wrote:

>

> Do you have a specific name and number of a contact at the Key?  I've left a couple messages with no response.  Just want to confirm the wire transfer instructions before sending out your funds.

>

> From: Mossimo Giannulli [mailto██████████████████████

> Sent: Monday, February 5, 2018 9:39 AM

> To: ████████████████████████████████████

> Subject: Re: Merrill Lynch Transfer Update

>

> Matt was gone this am and left word. Happy to send and send back when I receive.

>

>

> Also the last college "donation" for ██████ Can't I write this off?

>

>

>

>

>

>

>

>

> Mossimo Giannulli

> ████████████████████████

1

PM-00000146

VB-RECORDS-00246650

>
>
> G/FORE
> ███████████████████
> ██████████████
> ████████████████████████
████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████
██████████████████████████████████████
███████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████
████████████████████████████████████
██████████████████████████████████████████
███████████████████████████████████████████████████
█████████████████████████████████
██████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████████████████████████
████████████████████████████████████
>
>
>
> <image001.jpg>
>
>
> On Feb 2, 2018, at 10:10 AM, ████████████████████████████████████
wrote:
>
> Hey Moss,
>
> Just a quick update on where we stand and what I still need.  First, your trust account at UBS has you listed as Trustee
and not ██████ (██████ is only trustee of the ████████████) so I need to send you a trust certification form that needs
to be notarized.  Can I UPS the form to your work address for Monday delivery and can I also schedule a mobile notary
to meet your office to do a quick 10 minute signing?  Any day is fine as long as you give me some lead time to schedule
the notary.  Let me know what would work best for you.
>
> Second, I still need these documents from UBS as well as them setting up duplicate statements going forward so I
don't have to bother you every month.  UBS is requiring that you call ████████████ to request these be sent to me. ██████
can be reached at ████████████
>
> 1.)   Copy of your Dec 31st UBS Statement
> 2.)   Copy of your Jan 31st UBS Statement
> 3.)   Copy of the Dec 31st 529 Account Statements
> 4.)   Copy of your December 31st performance report (PMR Report) both for the personal accounts and the 529
accounts.
> 5.)   Request that duplicate statements be sent going forward to ██████████████████████████████████
████████████████████████
>
> All of the above UBS documents can be sent direct to me via secure email.
>

2

PM-00000147

VB-RECORDS-00246651

> Let me know if you have any questions otherwise I will wait to hear from you on what works best for the notarization of the Trust Certification Form.
>
> Thanks,
>
> ███
>

>
> <image001.png>
>
> This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at http://www.bankofamerica.com/emaildisclaimer <http://www.bankofamerica.com/emaildisclaimer>. If you are not the intended recipient, please delete this message.
>
> This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at http://www.bankofamerica.com/emaildisclaimer <http://www.bankofamerica.com/emaildisclaimer>. If you are not the intended recipient, please delete this message.

PM-00000148

VB-RECORDS-00246652

# Exhibit AA

Resume:
Blank

Jr Survey:
See Attached

Sr Questionnaire:
Blank

Parent Questionnaire:
Blank

Journal Notes:

| Notes | | |
|---|---|---|
| ████████ | **Date:** | September 12, 2015 10:59 PM |
| N/A | **Access:** | private |

████████████████████████████████████

| Scheduling | | |
|---|---|---|
| ████████ | **Date:** | March 2, 2016 2:01 PM |
| N/A | **Access:** | private |

████████████████████████████████████

| Scheduling | | |
|---|---|---|
| ████████ | **Date:** | March 10, 2017 10:16 AM |
| N/A | **Access:** | private |

████████████████████████████████████

| Development | | |
|---|---|---|
| ████████ | **Date:** | May 23, 2017 2:35 PM |
| N/A | **Access:** | private |

████████████████████████████████████

VB-RECORDS-00129395



Account of Counselor Call and days to follow:

3/13/2018 – Conducted routine counselor call with USC to check up on the dozens of applicants, again, that year. When we got to ████ our representative, ████ said she was "flagged" as a recruit for the crew team. I told him I had no knowledge of ████ involvement in crew and based on what I knew of her video blogging schedule highly doubted she was involved in crew. ████ then confirmed that ████ is ████'s sister, which is true, and that we had discussed ████ as a crew recruit in 2017. We had discussed this. I told ████ that I had knowledge of the Giannulli Family working with an independent college counselor who had some other clients at ████ who caught the attention of another admission office because there were inconsistencies or seemingly false claims in their applications. ████ said he was going to look into the situation further with his supervisors and the Athletics Department.

4/11/2018 – ████ called me to inquire about the independent college counselor the Giannulli Family was working with, who I identified as Rick Singer of The Key, because ████ had encountered another situation where an applicant from the Bay Area was flagged as an athletic recruit, but there was no evidence of prior serious or exceptional participation in the sport they were recruited to play.

4/12/2018 – I received a call from the front desk that Mr. Giannulli was downstairs looking for ███████████, our Head of School, who was off campus, and wanted to talk to me.  I had a feeling this was regarding the conversation I had with ███ the day before.  I had not seen Mr. or Mrs. Giannulli in my office since we had our family meeting for ███ two years prior.  I went down to receive him and bring him upstairs to my office.  While we were headed to my office I asked if he had walked over or drove, they live very close to campus.  Mr. Giannulli replied, "What does it matter?" in a curt tone.  I said I was just making conversation, he replied, "Let's not."  When we sat down in my office he aggressively asked what I was telling USC about his daughters and why I was trying to ruin or get in the way of their opportunities.  I asked him to clarify what he meant.

Mr. Giannulli backed up and asked what I had told USC in 2017 about ███  His tone made me visibly nervous.  I told him that I had conducted a routine counselor call with USC, I was informed that ███ was identified and admitted as a recruited athlete for crew, had replied that I had no knowledge of ███ being a rower, but did not in any way contest her admission decision.  He then asked if I had said ███ was not a good admit for USC and said she was currently thriving at USC.  I told him I was happy to hear that, but had never told USC she was a bad candidate for admission, just that I had no knowledge of her being a rower.

It was around this time that my Co-Director of College Counseling, ████████████, came in from her office next door to close my office door because our voices were carrying down the hall.

Mr. Giannulli then had me recount what I had told USC about ███  I told him I conducted the same routine counselor call with USC a few weeks prior, they had ███ identified as a recruit for crew too, and I said I had no knowledge of her involvement as a rower.  Mr. Giannulli then interrupted and bluntly stated that ███ was a coxswain.  I told him I was unaware of that and I would have to inform them.  He then asked about my conversation with USC the day before.  I told him that USC had called me to inquire about an independent counselor who was seemingly making false claims about applicants' athletic involvements to leverage positive admission decisions for them.

Mr. Giannulli then went into an agitated stream of consciousness stating he could not believe I had put ███'a admission to USC at risk in 2017 and how annoyed he still was that I could not combine her ████████ grades with ████████ grades for a recalculated GPA on her ████████ transcript. (This is not the practice of ████████ or any other private school I know of; only classes taken at the school which generates the transcript appear on that transcript.  A separate transcript from each high school attended is sent to the colleges to which a student applies.)  Mr. Giannulli said he let that go though, but was astounded when I had endangered ███'s admission to USC this year.  He then said ███ had no idea about this situation and would be crushed if she had any knowledge of it.  He then asked me if I had any idea who ███ was and what she had going for her.  I told him I was well aware of her YouTube channel and video blogs regarding style, make-up and fashion.  I then went on to affirm that I had been a champion for ███ and if he were to read my letter of recommendation he would

see that I portrayed ▮▮▮ as a guru in her field with a bright future and any school would be happy to have her.

Mr. Giannulli went on to say he still did not "get it," I was his daughters' counselor, I was supposed to help them. He then stated he "knows lots of people" and had delivered a couple admits for me to include on my school profile that I would not have had otherwise, and asked why would I want to negate that by talking to USC negatively about his daughters. I then firmly stated that I had not done any such thing, I had not put his daughters in jeopardy, and insinuated that the person presenting them as rowers had done that. Given Mr. Giannulli's angered state I did not want to say that outright making an accusation. Mr. Giannulli still pushed on why I acted as I had and I stated that "it was my job to ensure there is integrity in this process," referring to the college admission process. I have my professional reputation, that of ▮▮▮▮▮▮ and of every past or future graduate on the line when I make a statement or claim.

Mr. Giannulli then asked what I was going to do now, I told him I was going to have to contact USC to let them know he had told me that ▮▮▮ was a coxswain. He stood up, shook my hand and walked out.

I immediately reached out to ▮▮▮ ▮▮▮ to let her know about the interaction I just had with Mr. Giannulli. ▮▮▮ had me contact our Athletics Department to look for records of either Giannulli girl being a rower, we had none. I then also tried to call ▮▮▮ ▮▮▮ at USC, he was unavailable, so I emailed him saying I had new information about ▮▮▮ Giannulli. ▮▮▮ called me back after an event concluded, 30-40 minutes later. I told ▮▮▮ that Mr. Giannulli paid me a visit that morning concerned about his daughter ▮▮▮ admission status at USC and to affirm to me that ▮▮▮ was a coxswain. I asked ▮▮▮ how the family may have known about what was transpiring or being questioned in his office. ▮▮▮ said he had emailed his supervisors about the situation and they may have passed it on to Athletics. Maybe Athletics had informed the family or someone else who had told the family.

After that phone call with ▮▮▮ I emailed Mr. Giannulli to let him know: I had spoken to ▮▮▮ at USC and shared what Mr. Giannulli had told me earlier about ▮▮▮ being a coxswain, to assure Mr. Giannulli that ▮▮▮ admission to USC was never in danger, provide him with ▮▮▮ contact information if he had any other questions. I received a quick reply saying, "Thank you very much."

Email Records:
See Attached

# Exhibit BB

**From:**      Mossimo Giannulli ███████████████████

**Sent:**      Thursday, April 12, 2018 3:15 PM

**To:**        Rick Singer ███████████████████████

**Subject:**   Fwd: ████ and USC

___

Here we go.....


Mossimo Giannulli

███████████████████

███████████████████████████
███████████████████████████
███████████████████████



Begin forwarded message:

**From:** ████████████████████████████
**Subject:** ████ and USC
**Date:** April 12, 2018 at 12:08:35 PM PDT
**To:** Mossimo Giannulli ██████████████████
**Cc:** ██████████████████████████

Mr. Giannulli,

I wanted to provide you with an update on the status of ████'s admission offer to USC. First and foremost, they have <u>no</u> intention of rescinding ████'s admission and were surprised to hear that was even a concern for you and your family.  You can verify that with ███████, Senior Assistant Director of Admission and the ██████████ representative for the last five years: ██████████████ or ███████████████, if you would like.

I also shared with ████ that you had visited this morning and affirmed for me that ████ is truly a coxswain.  Again, I think so highly of all that ████ has done as a student and entrepreneur.  I know USC will only add to her success and she to the Trojan Family.

Best,

████████

--
███████████████████



# Exhibit CC

| From: | ██████████████████████ |
|-------|------------------------|
| **Sent:** | Thursday, February 28, 2013 1:40 PM |
| **To:** | Rick Singer ████████████████ |
| **Subject:** | RE: Potential trip - meet coaches if possible |

Hi Rick,
Is this spot still available for USC – should we decide before our Easter trip.  It would be such a shame to lose it because we didn't decide fast enough.
Thanks,
██████

**From:** Rick Singer [mailto██████████████]
**Sent:** Tuesday, February 12, 2013 6:44 AM
**To:** John Wilson
**Cc:** ██████
**Subject:** Re: Potential trip - meet coaches if possible

Same situation as now one slot first come first

Sent from my iPhone

On Feb 12, 2013, at 6:42 AM, "John Wilson" ████████████████████████wrote:

> R
>
> Thx - how would that change in two years?
>
> Sent from my iPhone
>
> On Feb 12, 2013, at 3:39 PM, "Rick Singer" ████████████████ wrote:
>
>> Gpa ISC is 3.8 plus and 1950+ is low solid burnout where near for sure on his own. Jovan is giving me 1 boys slot and as of yet no one has stepped up to commit that is why it is later
>>
>> Sent from my iPhone
>>
>> On Feb 12, 2013, at 1:57 AM, "John Wilson" ████████████████████████ wrote:
>>
>>> R
>>>
>>> Thx. I thought the USC deadline was much earlier.
>>>
>>> Also,  what is chance of USC or BC if he goes to Europe for two years at international school and gets 3.4 and 1900 SATs?
>>>
>>> Thx
>>>
>>> J
>>>
>>> Sent from my iPhone

On Feb 10, 2013, at 12:19 PM, "Rick Singer" < ████████████████ > wrote:

> USC and BC by mid July. USC 95 percent chance- BC 50 until I have a face to face and his test scores are in, Georgetown need very good grades and no more than one B this semester and 1950+ by mid June then depending on commitment 90 percent if all in -
>
> Sent from my iPhone
>
> On Feb 10, 2013, at 2:01 AM, "John Wilson" ████████████████ wrote:
>
>> Rick
>>
>> What is the deadline to decide on side door for USC or BC or Georgetown etc this year? (Also pls confirm for which schools is side door option really viable)
>>
>> Also, if ██████ went to ██████ school for two years and played club water polo there what is probability side door at USC or other locations would be a realistic option then?
>>
>> John
>>
>> Sent from my iPhone
>>
>> On Feb 10, 2013, at 2:29 AM, "Rick Singer" ████████████████ wrote:
>>
>>> **Spring Break Trip**
>>>
>>> Tuesday -- April 2nd -- USD & SDSU
>>>
>>> Wednesday -- April 3rd -- LMU & UCLA
>>>
>>> Thursday -- April 4th -- Pepperdine & OR UCSB
>>>
>>> Friday -- April 5th -- Cal Poly
>>>
>>>
>>> --
>>> Rick Singer
>>> ████████████

# Exhibit DD

| | |
|---|---|
| **From:** | Rick Singer |
| **To:** | John Wilson < |
| **Sent:** | 3/27/2013 3:23:24 AM |
| **Subject:** | Re: John Wilson |

Travel is only if he is playing so No- the commitment is to be on the roster not attend all practices but he will have to attend drug tests and other mandatory functions for 1 year then walk away/ frankly after the 1st semester he can move on

Sent from my iPhone

On Mar 26, 2013, at 11:50 PM, "John Wilson" ███████████████████ wrote:

R

████████ also was wondering if he did the side door at USC is it year round commitment ?for two years min? Or one?  Will he be traveling w team or stay home for road meets etc.

What would a bench warmer position mean?  Would the other kids know he was a bench warmer side door person?

J


Sent from my iPhone

On Mar 27, 2013, at 7:10 AM, "Rick Singer" <████████████████> wrote:

Smu TCU LMU, SDSU, uCSC, cal poly SLO CU Boulder, indiana, oregon arizona  rollins

Harder- u miami, Santa Clara,Usd, northeastern BU, GW u Wisconsin Tulane USC

Sent from my iPhone

On Mar 26, 2013, at 10:19 PM, "John Wilson" <████████████████████wrote:

R

If water polo and swimming are nit realistic for ████████ then What are the schools that he has a realistic shot at (without help) in SoCal area, southwest and east coast?



Sent from my iPhone

On Mar 27, 2013, at 12:26 AM, ████████████████████████ wrote:

██

I followed up w/Rick about our school visits - I'll connect w/████████ tonight about finalizing the list.
Xxoo
██

Sent from my iPhone

Begin forwarded message:

**From:** Rick Singer <███████████████████████
**Date:** March 26, 2013, 3:07:22 PM PDT
**To:** ███████████████████████
**Subject: Re:** ███ **Wilson**

The division3 schools are pitzer and chapman which he can get I and are considered lower level. Santa Clara is slightly lower than LMU in polo, UCSD is very academic and they would take ████ but cannot help get in.

Jovan just texted me he will meet you all at 3:30pm on Tuesday on the pool deck. You will have to leave LMU early.

Sent from my iPhone

On Mar 26, 2013, at 2:38 PM, ███████████████ " ████████████████████ > wrote:

Hi Rick,
Did you & ██████ discuss the 2nd & 3rd tier schools that ██████ & his wpolo discussed?
What schools would you suggest that we see while in S. CA next week?
Thx

Sent from my iPhone

On Mar 26, 2013, at 2:17 PM, "Rick Singer" <███████████████ wrote:

They are in the top 8 in the country. They want totally dedicated polo players - ██████ has to put in more time and decide he really wants to play or when they meet him they will be disappointed and make my relationship sour.

Please let me know if ██████ is going to be totally on board. LMU may be delayed if Jovan comes to campus to meet at noon on Tuesday as well.

Sent from my iPhone

On Mar 26, 2013, at 2:14 PM, "John Wilson" <████████████████████████ wrote:

R

So, none of the teams really even LMU want to even meet with him on their campus?

Sent from my iPad

On Mar 26, 2013, at 22:09, "Rick Singer" <████████████████ wrote:

There are no offices on campus at usc. I asked Jovan to come to campus to meet. At LMU they are not very interested in ██████ more get in and then we can speak same for others. I can ask again but be prepared for their outlook.

Sent from my iPhone

On Mar 26, 2013, at 1:27 PM, "John Wilson" <████████████████████ wrote:

Rick

These are generic tours? I thought we might be meeting w assistant water polo coaches etc.

John

Sent from my iPhone

On Mar 26, 2013, at 8:03 PM, "Rick Singer <█████████████████> wrote:

All in tact. I sent an email to Jovan to see if he is on campus to meet.

---------- Forwarded message ----------
From: <███████████████████>
Date: Tue, Mar 26, 2013 at 11:27 AM
Subject: John Wilson
To: Rick Singer ███████████████ >

***Itinerary for*** ███ ***Wilson***

*Tuesday, April 2*

· USC

- 9:00 am – Campus Tour
- Confirmation Number: CT0402201309002101467310
- Please arrive at least 15 minutes prior to the start of the program.
- Driving directions and a campus map can be found on our website at http://web-app.usc.edu/maps/

· LMU

- 1:00 pm – 2:30 pm – Campus Tour
- For directions to the campus, please click on the following link: Directions and Map

*Wednesday, April 3*

· UCSB

- 12:00 pm Campus Tour, 3:00 pm Information Session
- Find detailed directions and campus maps at: www.admissions.ucsb.edu/VisitUCSB.asp
- Upon arrival, be sure to purchase and display a parking permit in your vehicle. It is recommended that you select a daily permit rather than an hourly permit in order to maximize your time at UCSB and avoid a parking citation should you decide to stay on-campus for lunch or to visit the bookstore.

*Thursday, April 4*

· USD

- 1:30 pm – Campus Tour
- Tour Location: Admissions Office - Serra Hall 201
  University of San Diego, ████████████████████

--
Rick Singer
████████████

# Exhibit EE

| | |
|---|---|
| **From:** | Wilson, John ███████████████ |
| **Sent:** | Saturday, August 24, 2013 11:20 AM |
| **To:** | Rick Singer ███████████████ |
| **Subject:** | Re: Update on applications |

Thx

Sent from my iPhone

On Aug 24, 2013, at 3:25 PM, "Rick Singer" ███████████████ wrote:

> Will do
>
> Sent from my iPhone
>
> On Aug 24, 2013, at 5:14 AM, "Wilson, John" ███████████████ wrote:
>
>> R
>>
>> Great - let me know when u have verified u have it all completed and into Jovan. Also when and where to wire money.
>>
>> Can u also pls help push ████ on the core applications process (pls let us know which apps. e.g. common, USC, USD, BC etc. and where he stands on completeness - hasn't started, started essay. Everything done but essays etc thx)
>>
>> J
>> Sent from my iPhone
>>
>> On Aug 24, 2013, at 1:24 PM, "Rick Singer" ███████████████ wrote:
>>
>>> I believe I have everything. Transcript test scores and a player profile so he can add ████ to his recruit list and present him to admissions in October
>>>
>>> Sent from my iPhone
>>>
>>> On Aug 24, 2013, at 12:16 AM, "Wilson, John" ███████████████ wrote:
>>>
>>>> R
>>>>
>>>> I meant i assumed that the applications are available.
>>>>
>>>> Sounds like some are. Balance over next 6 weeks.
>>>>
>>>> Worry ████ keeps blowing things off.
>>>>
>>>> What does Jovan need by sept 20?  Do u have what we need?  Do I make the first payment to u then?
>>>>
>>>> J
>>>>
>>>> Sent from my iPhone
>>>>
>>>> On Aug 24, 2013, at 9:08 AM, "Rick Singer" ███████████████ wrote:
>>>>
>>>>> Absolutely not. The apps became available at the beginning of August. The common is registered and uploaded to where it can be until meeting with ████ tomorrow. Most all schools Siemens are not out till September 1-15. A final list of schools has to be prepared. I as stated in several other communications have never seen what he has done with ████ Hopefully I will get it tomorrow. UC app not out till October 1. As they become available we will input but need to see ████ for info and a final list of schools. Jovan is in Greece. He texted me yesterday that he wants ████'s material not app around September 20th.
>>>>>
>>>>> Sent from my iPhone
>>>>>
>>>>> On Aug 23, 2013, at 11:44 PM, "Wilson, John" ███████████████ wrote:

SINGER-00203491

>>>>>
>>>>>> R
>>>>>>
>>>>>> Where do we stand on applications ? I assume they are all out and can u pls send me electronic copies.  What progress is  making on the essays etc? Back up schools and USC?
>>>>>>
>>>>>> When do I make first donation?
>>>>>>
>>>>>> J
>>>>>>
>>>>>> Sent from my iPhone
>

SINGER-00203491

# Exhibit FF

**From:**       John Wilson █████████████████████████
**To:**         Rick Singer █████████████████████
**Sent:**       10/13/2013 8:20:40 AM
**Subject:**    Re: ██████ apps and USC etc

R

Do u have  his latest personal statement draft?  Can u forward it and I will talk with him about it.

Does he have all your feedback and clear on what additional improvements u suggest?

Thx

J

Sent from my iPhone

On Oct 13, 2013, at 2:11 PM, "Rick Singer" ██████████████████ wrote:

First is to finalize the Personal Statement- this is all about ██████ putting in time not me- my work is done quickly or is done. The profile I am assuming you are speaking about Naviance? I have attached the common to Naviance filled in schools etc- all done. The teacher Rec part he will do this week.

Jovan will provide ██████'s info to admission when he does his other guys over the next month. No payment of money till he gets a verbal and written from admissions and then 50 percent to a savings account I set up.
Then the remainder upon an acceptance letter in March with everyone else.
Sent from my iPhone

On Oct 13, 2013, at 1:59 AM, "John Wilson" ████████████████████████ wrote:

R
Thx.  When is ██████ going to have his profile and teacher recs done?  What about other essays?

Also When is Jovan going to be able to give us decision on USC? And when do I pay u ? Was it 50% in nov? 50% in feb when we get final official notice?

Thx

J


Sent from my iPhone

On Oct 13, 2013, at 8:46 AM, "Rick Singer" ██████████████████ wrote:

Common application will be submitted between Dec 1-15th after next test dates and apps done. Jovan has ██████'s stuff and asked me to embellish his profile more, which I am doing. ACT signed up for October 26th, SAT Nov 2nd.

On Sat, Oct 12, 2013 at 12:50 PM, John Wilson ███████████████ wrote:
R

Hope all is well.  I wanted to catch up on where the college app process stands (personal statement , USC, other essays, the total application status, when ▌is taking the new SAT and ACTs etc.  Is there a time we can chat today or tmrw?

John

Sent from my iPhone


--
Rick Singer
███████████

# Exhibit GG

| | |
|---|---|
| **From:** | Rick Singer ███████████████ |
| **Sent:** | Saturday, October 19, 2013 7:30 PM |
| **To:** | John Wilson ████████████████████ |
| **Subject:** | Fwd: WILSON |
| **Attach:** | WILSON.pdf |

fyi

---------- Forwarded message ----------
From:██████████████████████
Date: Sat, Oct 19, 2013 at 4:26 PM
Subject: WILSON
To: Rick Singer ████████████████

--
Rick Singer
███████████████

2014





**Awards & Honors:**

**Water Polo**
2010,2011,2012, 2013 -- Varsity Letterman
2011,2012,2013-- Co Captain
Central Coast Section - 2011,2012,2013 All Section

**Team**
CCS - 2012 Offensive Most Valuable Player
California Scholar Athlete Award - 2011,2012, 2013
US National Water Polo Qualifier- 2013
Pacific Zone Water Polo Qualifier 2011, 2012, 2013
Junior Olympics Pacific Team 2010,2011,2012,2013
Asics National Sports Youth Leadership Council - 2012, 2013

**Swimming**
2010,2011,2012, 2013 Varsity Letterman
2011,2012, 2013 - Co Captain
All American Swimmer - 2012, 2013
Central Coast Section - High Point Scorer- 2012
US Junior Olympic National Swimming Championships

█████████:           6'1 / 180lbs
Position:            Driver-- #6

Swimming Times --   50 Freestyle 20.12 short course
                    100 Freestyle 43.98 short course

████████
Water Polo

████████
Water Polo Club

# Exhibit HH

**From:**      John Wilson █████████████████████████

**Sent:**      Wednesday, October 23, 2013 8:40 PM

**To:**        Rick Singer█████████████████████

**Cc:**        ████████████████████████████████

**Subject:**   Re: quick q on ██████ spring/summer

---

R

Thx we are encouraging ██████ to focus on water polo this spring and he will do ██████ and ██████ club. (Not varsity swimming - As that requires him to skip all senior trips - off)

That way he can take senior trip to Spain for a week and also spend two weeks in the spring coming to Europe to visit w us.

I strongly prefer he plays as hard as he can and at least suits up and scrimmages w the team.  Would it also make sense for him to try a week of camp at USC ?

When would he need to start this August? Or September?

Sent from my iPhone

On Oct 23, 2013, at 3:12 PM, "Rick Singer" ████████████████████wrote:

> Just be ready for practice in the fall as a player on the roster or just a member of the squad but not get in the pool. he has to be on the roster for a year one way or another.

> On Wed, Oct 23, 2013 at 3:10 PM, John Wilson ██████████████████████ wrote:

>> R

>> What are the expectations if ██████ gets into USC thru this WP approach?

>> Does he have to play ██████ club in addition to ██████ club and or varsity swim team?

>> We want to know to start planning spring and summer commitments.  His preference is to take senior trip for a week to Spain (which he can't do if he is on varsity swimming).  He also doesn't want to do ██████ club this summer but would rather come to Europe and cape cod with us.

>> Is this going to be a problem? look bad?

john

&lt;image001.jpg&gt;

John B. Wilson
Hyannis Port Capital

--
Rick Singer

# Exhibit II

**From:**       John Wilson ███████████████████

**Sent:**       Saturday, March 1, 2014 9:54 AM

**To:**         Rick Singer ████████████████

**Cc:**         █████████████████████████████

**Subject:**    Re: USC fees

R

Awesome!

Hyannis Port
Capital, Inc

████████████

C/O ██████████

John

Sent from my iPhone

> On Mar 1, 2014, at 3:11 PM, "Rick Singer" ████████████████wrote:
>
> Yes we can send you an invoice for business consulting fees and you may write off as an expense. What is the name address etc you
want the invoice to be made out to?
>
> Sent from my iPhone
>
>> On Mar 1, 2014, at 4:51 AM, John Wilson <█████████████████ wrote:
>>
>> Rick
>>
>> Thanks again for making this happen!  Pls give me the invoice.  What are the options for the payment?  Can we make it for
consulting or whatever from the key so that I can pay it from the corporate account ?
>>
>> J
>>
>> Sent from my iPhone

SINGER-00193228

# Exhibit JJ

**From:**     Steve Masera ██████████████████████
**Sent:**     Tuesday, April 1, 2014 12:33 PM
**To:**       ███████████████████████████████
**Subject:**  Requested Documents
**Attach:**   scan0001.pdf

Good morning ██████
Attached are the documents that we promised yesterday.  Please send me your mailing address if you prefer hard copy.
Best to you.
Steve

Steve R. Masera
*Accounting*
**The Key**

The Key Worldwide Foundation – FEIN ███████████

Date April 01, 2014

John & ████ Wilson


Dear John and ████:

Thank you for your contribution of $100,000.00 to The Key Worldwide Foundation.  Your generosity will allow us to move forward with our plans to provide educational and self-enrichment programs to disadvantaged youth.  We are very excited about the impact that these programs will have in the communities in which we will engage.

This letter shall serve as formal acknowledgement of your contribution or, for which no goods or services were exchanged.

The Key Worldwide Foundation, Inc., was incorporated in the State of California on December 14, 2012 as a non-profit, public benefit charitable organization and tax-exemption applications for recognition as 501(c)3 charitable status have been filed with the Internal Revenue Service and the California Franchise Tax Board.  While we have been fully authorized by the state of California, we are currently awaiting final authorization from the Federal Government.

Donations received while the applications are pending may be treated as tax-deductible contributions to the extent allowed by law retroactive to the date of the organization's formation assuming the applications are approved.  We do not foresee any reason why our applications will not be approved, but should there be any issue with the progress of our pending applications, we will immediately inform you.

We will forward you a copy of the formal letter from the IRS confirming the organization's status as a tax-exempt, 501(c)3 charitable organization as soon as we receive it.

Thank you again for your generous support of our new foundation.

Sincerely,

Steve Masera
The Key Worldwide Foundation



Wire Instructions :  **The Key Worldwide Foundation**

Routing #: ██████████

Account #: ██████████████

Swift Code: ██████████████

Bank Information:  **US Bank,** ██████████████████ **Sacramento, CA 95825**

# *Invoice*

April 1, 2014

**The Key**

████████████████

**Office:** ████████████

**Invoice No. : 6431**

To:

**Ship to (if different address):**

**_Hyannis Port Capital_**

████████████████

| Representative | Your P.O. No. | Date Shipped | Shipped Via | F.O.B. Point | Terms |
|---|---|---|---|---|---|
| Rick Singer | | | | | Due on Receipt |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | Business Consulting- August through June 2014 | | $100,000.00 |
| | | | 0.00 |
| | | | 0.00 |
| | | | 0.00 |
| | | | 0.00 |
| | | | 0.00 |
| | | | 0.00 |
| | Subtotal | | 0.00 |
| | Sales Tax | | 0.00 |
| | Shipping & Handling | | 0.00 |
| | Total Due | | $100,000.00 |

**Make all checks payable to:**

**The Key**



**If you have any questions concerning this invoice, call:**
Steve Masera, ████████████
████████████████████

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

Give Form to the
requester. Do not
send to the IRS.

Name (as shown on your income tax return)

*The Edge College + Career Network, LLC - DBA   The Key*

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

☐ Individual/sole proprietor   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

☐ Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any) _____

Exemption from FATCA reporting
code (if any) _____

Address (number, street, and apt. or suite no.)

City, state, and ZIP code

List account number(s) here (optional)

Requester's name and address (optional)

### Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line
to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a
resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other
entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a
TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose
number to enter.

Social security number

Employer identification number

### Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding
because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage
interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and
generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the
instructions on page 3.

Sign
Here

Signature of
U.S. person ▶

Date ▶ 3/31/14

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information
about Form W-9, at *www.irs.gov/w9*. Information about any future developments
affecting Form W-9 (such as legislation enacted after we release it) will be posted
on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your
correct taxpayer identification number (TIN) to report, for example, income paid to
you, payments made to you in settlement of payment card and third party network
transactions, real estate transactions, mortgage interest you paid, acquisition or
abandonment of secured property, cancellation of debt, or contributions you made
to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to
provide your correct TIN to the person requesting it (the requester) and, when
applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number
to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If
applicable, you are also certifying that as a U.S. person, your allocable share of
any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are
exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form
W-9 to request your TIN, you must use the requester's form if it is substantially
similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S.
person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the
United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in
the United States are generally required to pay a withholding tax under section
1446 on any foreign partners' share of effectively connected taxable income from
such business. Further, in certain cases where a Form W-9 has not been received,
the rules under section 1446 require a partnership to presume that a partner is a
foreign person, and pay the section 1446 withholding tax. Therefore, if you are a
U.S. person that is a partner in a partnership conducting a trade or business in the
United States, provide Form W-9 to the partnership to establish your U.S. status
and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 8-2013)

Wiring Instructions: "The Key"

To:  US Bank – Campus Commons Branch, ███████████████████████████████

Acct. #: ████████████
Routing #: ██████████
**Swift Code :** ███████████████

Rick Singer

# Invoice



| Date | Invoice # |
|------|-----------|
| 4/1/2014 | 110761 |

**Bill To**

Hyannis Port Capital

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | Special Consulting Income<br>Planning and Consulting - August through June 2014 | 20,000.00 | 20,000.00 |

| | Total | $20,000.00 |
|--|-------|------------|

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer
Identification Number and Certification**

Give Form to the
requester. Do not
send it to the IRS.

Name (as shown on your income tax return)

Rick W. Singer

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

[X] Individual/sole proprietor   [ ] C Corporation   [ ] S Corporation   [ ] Partnership   [ ] Trust/estate

[ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶

[ ] Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any)

Exemption from FATCA reporting code (if any)

Address (number, street, and apt. or suite no.)

City, state, and ZIP code

Requester's name and address (optional)

List account number(s) here (optional)

## Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

Employer identification number

## Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

Sign
Here

Signature of
U.S. person ▶

Date ▶ 4/1/2014

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at www.irs.gov/w9. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 8-2013)

To:  US Bank – Campus Commons Branch, ████████████ ████████████████

Acct. #: ████████████
Routing #: ████████

Rick Singer – Checking Account

# Exhibit KK



**usbank**   **CASHIER'S CHECK**   No. █████████

90-3582
1222

DATE:   APRIL 16, 2014

PAY   ONE HUNDRED THOUSAND DOLLARS AND 00 CENTS

$   100,000.00

TO THE
ORDER OF:   USC MENS WATER POLO

PURPOSE/REMITTER: WILSON FAMILY

Location: █████████

U S Bank National Association

AUTHORIZED SIGNATURE

APR 2 2 2014

# Exhibit LL



Actioned by :-                          A701107    INWARD PAYMENT REPORT              RPT1107    PAGE 78001
DEPARTMENT :- US                        ----------------------------------          04/07/2014  19:21   CST

                          COPE Details
                          ============

PAR            :
MAR            :
Direction      : RECEIVE                 Priority           :
Payment Method: FEDWIRE                  Department         : CA
Nash Amt       : USD 100,000.00          Charges For        : NO CHARGE
                 USD 100,000.00          Original Amt   :
Amt            : 100000.00               Value Date         : 04/07/2014
Date Rcvd      : 04/07/2014 14:32:42     Payment Date       : 04/07/2014
BFN :          CTR
Fed Type:      1000                      SWIFT Address      :
Advise Ben     : NO                      Advise 3rd Party Ben : NO
Payment Ref    :                         Repair Level       : NO REPAIR
Reference :
Charges        :       0.00

Receiver                                 Debit1:
Sort Code : NOT AVAILABLE                Sort Code :
                                         A/c: USB
                                         Originator :
                                         HYANNIS PORT CAPITAL INC


Beneficiary :                            BSA

THE KEY WORLDWIDE FOUNDATION             D - Demand Deposit Account Number


Hogan Reason (DR/CR)                     Payee Account :
//HY00/

Suspense Account :


                          FEDWIRE Text Details
                          ====================

FEDWIRE TEXT = :
FTR811XFT811
(1100)30P N



Actioned by :-                          A701108    PAYMENT REPORT                    RPT1108    PAGE 184689
DEPARTMENT :-                           ==========================                  04/07/2014  19:31    CST

                        COPE Details
                        ============

PAR            :  ████████
MAR            :
Direction      : RECEIVE              Priority          :
Payment Method: FEDWIRE               Department        : CA
Hash Amt       : USD 100,000.00       Charges For       : NO CHARGE
                 USD 100,000.00       Original Amt      :
Amt            : 100000.00            Value Date        : 04/07/2014
Date Rcvd      : 04/07/2014 14:38:48  Payment Date      : 04/07/2014
BFN :            CTR
Fed Type:        1000                 SWIFT Address     :
Advise Ben     : NO                   Advise 3rd Party Ben : NO
Payment Ref    : ███████████          Repair Level      : NO REPAIR
Reference :      ███████████
Charges        :      0.00

Receiver                              Debit1:
Sort Code : NOT AVAILABLE             Sort Code :
                                      A/c: USB ████████████
                                      Originator :
A/c: ████████████                     HYANNIS PORT CAPITAL INC
████████████                          ████████████████

Beneficiary :                         BSA
████████                              D - Demand Deposit Account Number
THE KEY                               ████████

Hogan Reason (DR/CR)                  Payee Account :  ████████████
//B 00/                               ███████████████

Suspense Account :
████████████


                        FEDWIRE Text Details
                        ====================

FEDWIRE TEXT = :
FTR811XFT811
{1100}30P N



Actioned by :-                    A701108    PAYMENT REPORT                    RPT1108    PAGE 182672
DEPARTMENT :-                     ==========================                  04/07/2014  19:31    CST

                    COPE Details
                    ============

PAR          : ███████
MAR          :
Direction    : RECEIVE              Priority          :
Payment Method: FEDWIRE            Department        : CA
Nash Amt     : USD 20,000.00        Charges For       : NO CHARGE
               USD 20,000.00        Original Amt  :
Amt          : 20000.00             Value Date        : 04/07/2014
Date Rcvd    : 04/07/2014 14:35:59  Payment Date      : 04/07/2014
BFN :          CTR
Fed Type:      1000                 SWIFT Address     :
Advise Ben   : NO                   Advise 3rd Party Ben : NO
Payment Ref  : ██████████           Repair Level      : NO REPAIR
Reference :
Charges      :      0.00

Receiver                           Debit1:
Sort Code : NOT AVAILABLE          Sort Code :
                                   A/c: USD ██████████████
                                   Originator :
A/c: 000153498334835               HYANNIS PORT CAPITAL INC
██████████                         ████████████████

Beneficiary :                      BSA
                                   D - Demand Deposit Account Number
RICK SINGER                        ███████████

Hogan Reason (DR/CR)               Payee Account :
//HY00/                            ████████████████

Suspense Account :
██████████████


                    FEDWIRE Text Details
                    ====================

FEDWIRE TEXT = :
FTRS11XPT811
{1100}30P N

# Exhibit MM



USC Department of Athletics

trojanathleticfund.com

July 28, 2014

John & ▮▮▮ Wilson
▮▮▮▮▮▮▮
▮▮▮▮▮▮▮

Dear John & ▮▮▮,

Thank you for your generous gift to USC Athletics Men's Water Polo in the amount of $100,000. Maintaining state-of-the-art facilities is an essential part of USC's commitment to excellence. Through your contribution, you are helping the University achieve this important goal.

On behalf of the young student-athletes that will benefit from your anonymous gift, thank you.

Fight On!

Associate Athletic Director

cc:    Jovan Vavic

# Exhibit NN

06/11/2018 17:44:38 Outgoing call to CONFERENCE CALL (⬛⬛⬛ ⬛⬛⬛ MIKAELA, BOB) from Rick SINGER . ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
**[Session 514]**

| | | |
|---|---|---|
| ⬛⬛ | ⬛⬛ | |
| UM: | Hello. | |
| UM: | Hello. | |
| UF: | Hello.  Rick? | |
| RS: | Yes, Rick Singer. | |
| MS: | [OV] This is Mikaela. | |
| ⬛⬛ | Hi Rick, this is ⬛⬛ and Mikaela? | |
| MS: | Yes. | |
| ⬛⬛ | Hi, are you with ⬛⬛? | |
| RS: | No.  Why would we be with ⬛⬛ | |
| ⬛⬛ | Ok, so we're still waiting for ⬛⬛.  Ok. | |
| RS: | [OV] No. | |
| ⬛⬛ | No, no, no I just knew that she was on the phone with ⬛⬛ earlier I didn't know if they were calling in together.  Ok, so let's see if ⬛⬛ jumps on and then I'll connect Bob. | |
| AZ: | ⬛⬛ | |
| ⬛⬛ | Here she is.  Hold on one second I'll put Bob on. | |
| AZ: | Hello? | |
| RS: | Ok. | |
| AZ: | How are you- | |
| RS: | [OV] ⬛⬛, hi it's Mikaela and Rick and um ⬛⬛ is trying to get [IA] on the phone. | |
| AZ: | Ok. | |
| ⬛⬛ | Bob's on. | |
| RS: | Bob you're joined? | |
| BZ: | Hey Rick, I'm here. | |
| RS: | Ok, so we got ⬛⬛, Mikaela, you and I. | |
| BZ: | Yes. | |
| RS: | So, ⬛⬛ the meeting's yours. | |
| BZ: | So I- | |
| AZ: | So I just wanted to make sure cuz I know there's been like a lot going on for everything and I'm just like super anxious I guess cuz I only like applied to USC and I just- I don't know what's really exactly happening, but I did talk to Mikaela quite a bit today.  And I feel like um I feel a little bit better about it I was just really anxious cuz I- I had no idea what I'm doing.  Like its- like what's going on. | |
| RS: | Well- well none of us have any idea. | |
| BZ: | [IA] | |
| AZ: | Yea. | |
| BZ: | Right, so, so Rick my assumption I just want to make sure we're all on the same page is that we were splitting, if ⬛⬛ was able to complete the 15 credits and have over a 3.0 grade average, that she was going to be accepted into the school.  Is that correct or not correct? | |
| RS: | That's- that's not correct.  The- the fact is that she had to do well, they didn't never say 3.0.  They said that she needed to do all the classes, do all the things- So here's- here's- here's the hurdles that we've already jumped | |

| | |
|---|---|
| | through.  The original application which she applied when she came out of high school had in the application that there was a VIP application.  Cuz we weren't involved in that part of it. Yanno I think you may have asked somebody to help you. |
| AZ: | Yea.  I had um ▮▮▮▮▮ (sp) write me a letter of recommendation last year. |
| RS: | Ok.  So it's in her file that the VIP was- was tried to help you get in but you weren't um you- you weren't even close.  They denied you in the first read even with her- with his letter.  So when we tried to do this we went through- |
| BZ: | [OV] -was home schooled. |
| RS: | Right.  Well it didn't matter.  Her whole record, the whole thing just they- they were confused and were scared to admit her because if- all the things that went on.  Ok, and that's USC's issue not anybody else's issue.  So, we went through athletics, went through this deal and they came back to me and said there's all these comments in her file blah blah blah blah blah she's- rides horses, does all this stuff so I convinced them that she's at Santa Monica City, she's gunna do well, would you guys help her get in, we'll put her as though she's been um sculling and rowing and then will you get- will you put me on the phone with the crew coach- crew coach got on the phone with me, said ok I will take her, you guys help us, we'll help you, I'll take her, I just need her to finish all these credits and all the all of her classes.  If she needs to do well there, so she can get A's and B's that's great, and she finishes all the units then I- then we can help her get in, I've already coded her, flagged her, and she's already just sitting in the system waiting for all the stuff to get done.  Then we had the issue of us leaving Santa Monica, essentially, and then I had to go back in and have another discussion with them about why because- and then I explained that is ▮▮▮▮ issue, and you're um- you're ▮▮▮ and blah blah blah so that is already in- in the process, it's in the system, it's already there and they have not pushed back on that.  So all that's left is for you to finish all your classes now.  That we have stated that we would take already, which includes those classes you dropped out of  Santa Monica City. |
| AZ: | [OV] Ok. |
| RS: | They have not finished transfer admission yet, so I have another boy who's actually really strong student who's trying to transfer in and they would not transfer him in even though we've shown them in progress grades, first semester grades, everything until he actually finishes, which is at Santa Monica and he'll finish ah next week, and then when they get the grades then they'll admit him, he's been coded as well just like you. So it's all about finishing the race. |
| AZ: | So, that's what I'm worried about is because these courses are eight weeks then how do I- how would I be accepted if the courses aren't complete? That's- that's what I was wondering. |
| RS: | Am I correct in assuming that besides the class that Mikaela's engaged in with you this bio class is the only class that's left? |
| AZ: | Yea. |
| RS: | Ok.  And- [OV] |
| BZ: | Would that push her above the 30 required credits or is the bio class- |
| RS: | [OV] I don't know. |
| BZ: | required? Since- |
| RS: | [OV]  Mikaela, do you know? How many- how many credits do we have already?  Or where we will finish at? |

| MS: | Um, sorry that's gunna take a sec for me to calculate, but just give me a moment. |
| RS: | But either way she doesn't have a science and that will be an issue to them too.  So we got the math covered, we got the English covered, the science may be an issue, they always ask me to finish all the little requirements that they ask.  But let's say um so I'm gunna still go in to my person and say ok we did everything we need to do um you'll write- you'll write an acceptance there will be a conditional acceptance with her finishing her biology class um my guess is they'll say B- and above.  And that'll be- um but she'll get a conditional admission. |
| AZ: | Ok. |
| RS: | Which everybody gets anyways cuz you have to finish the race to be able to get admitted.  And so final- |
| BZ: | [OV] And the rate- the right amou- the rate [IA] is there a chance they might admit her anyway and they just know that she's taking that class?  If she- |
| RS: | [OV] It would- it'd be- |
| BZ: | [OV] -credits, or is it- |
| RS: | It'd be a condition admit.  If we got it, it'd be a conditional admit with the finishing of the class. |
| BZ: | Cuz she didn't have the science, not because she didn't have enough credits? |
| RS: | Well we have two- two issues. |
| BZ: | Cuz I just- I- |
| RS: | We ha- we have two issues.  She already- she already signed up for the class at Santa Monica City. And I promised them that she would finish everything that she took there um this the way they were doing it.  Cuz they wanted everything done- |
| AZ: | [OV] Ok. |
| RS: | Because she had already enrolled in that class at Santa Monica. |
| AZ: | The only thing that I was worried about is on the letter I got from USC it says that um in order to be um considered all my grades would have to be in like to the school by June 30th. |
| BZ: | [OV]  By June 30th. |
| RS: | Right but you're- |
| AZ: | [OV]  [IA] -Rio Salado.  What? |
| RS: | Right but remember that- that you're going in under athletics and not under the regular admission. |
| AZ: | So I don't need to worry about that? |
| RS: | Well not that we don't- they want to push- they want to get you admitted.  They want to get this thing done.  They want to finish the class.  That's- that's why they're pushing everybody. |
| AZ: | Um I just don't think we had sent them the Rio Salado transcripts because of the um- |
| RS: | [OV]  Correct, we're waiting for the class.  Correct.  Correct.  And I haven't even had that discussion with them yet because all the Santa Monica City kids haven't finished yet either. |
| AZ: | Um, but my concern is that they can't send my Rio Salado transcript with the F on it. |
| RS: | That's correct.  And we won't send it unless- if they change the grade that's great, and if not we have another alternative to to to fix that to. |
| AZ: | Ok. |

| | |
|---|---|
| BZ: | What is that? |
| RS: | Um essentially that I had Mikaela retake the class in the meantime right now and so we're trying to get- she's already got the class almost done they just won't- they won't take the class any faster than six weeks, not eight- so like she's already done with all the work again.  We just re-enrolled and did it again.  So then that way if they said no to this change of grade, then we've- but we've already got the class done. That make sense? |
| BZ: | Yes. |
| AZ: | Yes. |
| RS: | We didn't wanna wait because they friggin could take forever and we don't wanna wait we just- so I had to re-enroll in the class and take it.  And get it all done.  And they tol- and we got everything done, but we can't submit all the final stuff um it's a six week period not an eight week period so, they'll do it two weeks early but not any faster than that. |
| BZ: | And Mikaela do you know when that grade would be posted? |
| MS: | That grade would be posted with the six week um at like probably the last day of June. Um or the first couple days of July. |
| RS: | I would hope we have an answer- |
| BZ: | [OV] [IA] |
| RS: | Before that. |
| BZ: | Right so at least when you go back you can say might say F, but it's gunna say A or whatever it is? |
| RS: | Right, cuz she- we re-took [IA] and I'll explain the situation about what happened at the school blah blah blah.  But we gotta re-take and she took it and she got the A.  We- we're good to go.  I just haven't brought that to the attention until we get an answer from them. |
| BZ: | [OV]  Ok, and then- and Mikaela did you run the calculation on the number of units she currently has? |
| MS: | Right now it's looking like 46.  Between um Santa Monica City, all the work at Rio Salado, this includes the bio class as well as the math class. |
| AZ: | [IA] -from here? |
| BZ: | And what was- Rick what was she requiring?  So did the- in terms of credits or units? |
| RS: | They didn't ask for credits- they just need her to be a sophomore. |
| BZ: | Ok.  So there- there wasn't a 30 unit- |
| RS: | No. |
| BZ: | Test to- |
| AZ: | [OV]  Dad, dad I- I definitely have enough credits, but Rick is saying they want me to have the science class done because- |
| RS: | Yea |
| BZ: | [OV]  ok. |
| AZ: | [OV]  -Santa Monica. |
| BZ: | Ok, so I guess then the last question is I was sending, by the way just so you know ah ███ (sp) got a ██ grade average. |
| RS: | That's awesome. |
| BZ: | If that helps. So you- I think now she's got a ███ and ██'s got a 4.0.  Um ah ah so is it possible because I had ████ leaving tomorrow to go to Europe to take care of ████ ████████ in Switzerland, yanno is it possible to have Mikaela assist on the biology class? |
| RS: | You have- you have to ask Mikaela.  It's not my gig. |

| | |
|---|---|
| BZ: | Yea, yea no I'm asking.  I mean- I- that's why I have everybody on the call. |
| MS: | Yea, that's- I'm happy to- I'm happy to assist. |
| BZ: | Ok.  Ok.  And then that grade would be due when?  When will that grade come back?  Is that gunna be a July- |
| MS: | [OV]  -the same as. |
| RS: | [OV]   -unless she can do it in six weeks. |
| MS: | Yea, that one's gunna be um the start date for the class is today um let me log in to see the last possible date for the class.  Right now, sorry just bear with me again. |
| BZ: | Ok.  So you'd have to explain that the science would be a contingency of admission?  And this- [IA] |
| RS: | [OV]  Right. |
| BZ: | [OV]  Additional admission- |
| MS: | So, with the biology class the last the last end date possible is um August 4th.  So we would say about two weeks ahead of that um so that would bring us to July July 21st. |
| BZ: | Ok. |
| RS: | So I would tell USC that we- that we have one class left.  We've been taking all of our classes, here are our grades.  And that one class will be in by around July 21st we have a commissional- conditional admission now and based on that grade.  And if she does well in the class then we're all set.  If she doesn't then it's our fault.  But we want a conditional admission. |
| BZ: | Ok, and then when do you think Rick or Mikaela, we're gunna hear back on the art history class being over turned and not having to rely on the new grade? |
| MS: | You know, that unfortunat- I would have liked to- it was supposed to be two weeks um- |
| BZ: | [OV] Right. |
| MS: | -and I've been in communication with Rio Salado and they haven't given me any insight in into where they are in the process.  So I'm still keeping at it.  I'm still answering their questions as needed um and as soon as we have an update I will get back to you. |
| BZ: | Ok, so we need either that- |
| RS: | [OV]  - finish the class. |
| BZ: | -is that or the other grades? |
| RS: | Correct.  To be able to go to conditional admission.  Correct.  You're correct. |
| BZ: | Right.  So we really won't know when ████ can relax and say ok I think I've got it.  I mean with what you're laying out it should be that if Mikaela takes biology class and gets a B- or better and the art history crass- class either gets reversed or they take the new grade assuming she gets a a B or better, she should be able to get in through what you have set up. |
| RS: | There should be a conditional admit, yes. |
| BZ: | Right, and she should fulfill the conditional obligation and everything should work out. |
| RS: | That- that's  our hope. |
| BZ: | That's your hope. |
| RS: | [OV] Nobody's pushed Nobody's |
| BZ: | [OV] probability on that? |
| RS: | No, I dont' have a probability.  I just would say that there's been push back.  The boy, we're waiting for the grade, he actually got a denial letter already. |

5

| | |
|---|---|
| | And then ▓▓, the Dean, called him up and told him we made a mistake.  So, there- there are- you- you haven't gotten anything, which is good because you're on board of getting everything accepted.  There's been no issues. |
| AZ: | Ok. |
| RS: | Well, you would've already gotten a letter with it- |
| BZ: | [OV]  Ok. |
| RS: | [OV] -with all these other- there- there like 30 kids who got the wrong letter. So you're not one of em, which is great. |
| AZ: | I can't even imagine how much anxiety that was. |
| RS: | Well, but at least they reversed it right away so that was good. |
| BZ: | [OV] So- |
| AZ: | That's good. |
| BZ: | Ok.  Alright.  So we- we'll know when you get that grade.  Hopefully we get it this week and if not then we won't know until the end of the month.  So she's not gunna know for at least a week to- |
| RS: | [OV] -two weeks. |
| BZ: | [OV] -sometime in mid July. |
| RS: | Well a couple weeks. |
| BZ: | Right. |
| RS: | By the end of this month, that's our goal. |
| BZ: | Ok. |
| AZ: | I just want to make sure that you know that my- my grades for Rio Salado have not been sent, any of them because of the one class. |
| RS: | Because when we do then there- all that'll be on there. |
| AZ: | Yea. |
| RS: | That's why we want it all at one time. |
| AZ: | Yea.  Ok. |
| BZ: | Ok.  Alright.  So we have a plan.  Mikaela if you can do the biology thing just makes sure it gets done as quickly as possible, so we have a backup plan for the conditional and then you do the best you can to overturn the art history and ah ▓▓ you're just gunna have to trust the process.  Rick do you think ▓▓ should be thinking about a backup plan?  Or are you highly confident this is gunna work out? |
| RS: | I mean I'm confident but yanno you never know what's gunna happen right?  So, what would- if she had a backup plan what- where would you want to go? Or what would you want to do?  Would you still- |
| AZ: | [OV]  I mean I didn't apply anywhere anywhere else. |
| RS: | [OV]  That's not, that's not- |
| AZ: | [OV]  So I don't know where- |
| RS: | [OV]  That's not the problem.  I can handle [IA].  If you were would you go another semester to yanno like what we're doing or SMC or whatever it is- gunna go to a four year right now what school would you want to go to? |
| AZ: | I have no idea. |
| RS: | Ok, well think about it. |
| BZ: | [OV] If she doesn't get acceptance though.  Does- |
| AZ: | [OV]  Something I've got to think about. |
| BZ: | Isn't it highly unlikely she would get in to USC in the future, or is it not the case? |
| RS: | No, no, no.  No, it just, we're time is- time is becoming.  It's a matter of how many kids- the worse case scenario I'm gunna go to them and I'm gunna say |

| | |
|---|---|
| | listen they don't need housing, just take this as an admit, don't worry about the housing part of it, we'll cover that because that'll become after awhile we'll throw that back at me and I'll just say we don't need housing cuz right ███ you're gunna stay with your sister? |
| AZ: | Yup.  [IA] As long as I'm in the school |
| RS: | Right, right, right. |
| AZ: | I don't care where I live. [Laughing] |
| RS: | But that's- that's what they'll throw back at me Bob, and I'll just say don't worry about it we got that covered just admit her.  I got the- I don't need a I don't need a spot. |
| BZ: | Ok.  Alright.  So ███ I think you should go with your sister to Europe, relax don't worry about it, and we'll just be patient and trust that this works out. |
| AZ: | Ok. |
| BZ: | Ok?  Alright.  Thank you guys. |
| AZ: | [OV]  Mikaela I'll keep in touch with you.  Thank you so much Rick. |
| RS: | Ok guys. |
| BZ: | [OV]  Ok, thank you. |
| RS: | [OV]  Take care. |
| MS: | [OV]  Ok, ███ I'll touch base with you later. |
| BZ: | [OV] Ok, bye. |

# Exhibit OO

| | |
|---|---|
| **From:** | Rick Singer ███████████ |
| **To:** | Bob Zangrillo ███████████ |
| **Sent:** | 6/26/2018 12:08:50 PM |
| **Subject:** | Fwd: USC!!! |

See below - one more email about fall coming.

Sent from my iPhone

Begin forwarded message:

**From:** Donna Heinel ███████████
**Date:** June 26, 2018 at 11:56:53 AM EDT
**To:** Rick Singer ███████████
**Subject: Re: USC!!!**

Yes

Sent from my iPhone

On Jun 26, 2018, at 7:39 AM, Rick Singer ███████████ wrote:

Was ████ accepted through athletics

Sent from my iPhone

Begin forwarded message:

**From:** Bob Zangrillo ███████████
**Date:** June 26, 2018 at 9:09:19 AM EDT
**To:** Rick Singer ███████████
**Subject: Fwd: USC!!!**

FYI

**DRAGON** | GLOBAL
**Robert Zangrillo**
*Chairman & CEO*



NOTICE TO RECIPIENT: This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation

Begin forwarded message:

**From:** █████████████████████████████

**Date:** June 17, 2018 at 2:53:49 PM EDT

**To:** Bob Zangrillo ████████████████

**Subject: USC!!!**

# Exhibit PP

**From:** Rick Singer ██████████████
**To:** ██████████████████
**CC:** ██████████████████████
**Sent:** 9/20/2018 2:16:32 PM
**Subject:** Re: Invoices

Reference Women's Athletics Donation

Sent from my iPhone

On Sep 20, 2018, at 10:58 AM, ████████████████████████ wrote:

Hi Rick, do I need to referenece anything for the check to USC or just write donation on it? I am sending today and also wire for 200K

████

**From:** Rick Singer ████████████████████
**Sent:** Monday, September 17, 2018 3:39 PM
**To:** ██████████████████ ██████████████████████
**Subject:** Re: Invoices

████ did you send an invoice for 200K donation to Bob Zangrillo through ████ ?

████ also a check for 50K goes to

USC Women's Athletics
c/o of Sr Women's Administrator Donna Heinel
████████████
████████████

On Mon, Sep 17, 2018 at 3:02 PM ████ ████ ████████████████ > wrote:
Hi Rick, Bob mentioned an invoice you were going to send me, Only have one, he mentioned another
Thx
████

# Exhibit PP-1

**From:** ████████████████████████████████
**To:** Bob Zangrillo
**Sent:** 9/5/2018 11:13:46 AM
**Subject:** Re: Invoice for The Key Worldwide Foundation

If it is donation, can it be deductible and go directly to USC?

On Sep 5, 2018, at 8:10 AM, Bob Zangrillo ███████████████> wrote:

Let discuss

**DRAGON** | GLOBAL
**Robert Zangrillo**
*Chairman & CEO*

████████████████
████████████████████

NOTICE TO RECIPIENT: This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation

Begin forwarded message:

**From:** ████████████████████████████
**Date:** August 29, 2018 at 12:55:28 PM PDT
**To:** "████████████████████████
**Cc:** ████████████████████████
**Subject: Invoice for The Key Worldwide Foundation**

Bob,
Please see attached invoice from The Key Worldwide Foundation.  Feel free to contact us with any questions.
Thanks!

████████████████

<image001.jpg>

████████████████████████████████████
████████████████████████████████████

<KeyWWF-BobZangrilloDonationInv-082918.pdf>

# Exhibit QQ



USC-00008636

USC-00008636

# Exhibit RR

```
PAGEBREAKINSERT

<<< TRN: ███████████  >>>
**** MESSAGE ENVELOPE ****              ( Bank : 121 )
                                             SND DATE: 18/09/20
SRC:FED CALLER:                         EXT:
RPT#   AMT:200,000.00          CUR:USD RATE: 1.              TRDR#
TEST: VAL:                 TYP:FTR/      FNDS:S CHG:DB:W CD:A COM:N
CBL:N
DBT ███████████                     CDT ███████████████
ADV:LTR
DEBIT VAL: 18/09/20 CTYP         CREDIT VAL: 18/09/20 CTYP
AMT:200,000.00 CUR:USD           AMT:200,000.00 CUR:USD
GL RECON:███████                 GL RECON:██████
DEPT:███                         DEPT:███
JPMORGAN CHASE BANK, N.A.        THE KEY WORLDWIDE FOUNDATION
████████████████                 ████████████████████████████
████████  ██ ██
                                 COUNTRY OF RESIDENCY: US
COUNTRY OF RESIDENCY: US         BNF:/███████████            CHG:
BK?N
SPECIAL INSTRUCTIONS:            THE KEY WORLDWIDE FOUNDATION
IF INVALID SWIFT IN ORDER BNK FIELD
*REMOVE S. EXAMPLES SBARNSHR,
*FIDLNFSC, PRUSECUR, FCNBDLS2003  ORIG TO BNF INFO:
SNDR REF NUM:1██████████         DONATION
ORIG:/███████████
ROBERT L.  ZANGRILLO
████████████████████████
REF NUM:OS1 OF 18/09/20
```

# Exhibit SS

| | |
|---|---|
| **From**: | Marci Palatella [/O=FIRST ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MARCI] |
| **Sent**: | 3/14/2016 7:20:31 AM |
| **To**: | Rick Singer |
| **BCC**: | Marci Palatella |
| **Subject**: | Re: Have you seen this? My cousin's wife's family. |

This is a conversation I'd really like to have with you. We need to get our chess board set up now... He says he wants to go away but doesn't realize he would not see us more being closer, like at Santa Clara. But Santa Clara has no football. Rick, his dr tells
me ███ won't get bigger. I worry as a guard he'll get hurt at a big D1 school.
(Jewish mom).  He works twice as hard to get grades. Right now he has
4 B+, a C+, and a D+ in math which he will bring up.

Money, for the right environment,
Yes. But he can never know. We'd do it anonymously. What would that look like and where would be his options? We have friends who underwrite an athletic year or a chair. What schools can we look at?

Do you have any time to talk today?

Marci Palatella

On Mar 14, 2016, at 7:07 AM, Rick Singer █████████████ wrote:

All of those special and unique things we can grow and embellish for his apps.

The question is where do you want him to go to school?

Do you want him close? Far away? Small school where he has a chance to play football at a D3 school? Do we have ███ attend a D1 school where he is a part of the team as a manager or player but never plays?

Are you willing to make a contribution of several hundred thousand as a donation to get him in as a participant in someone's program?

Sent from my iPhone

On Mar 13, 2016, at 11:44 PM, Marci Palatella ███████████████ wrote:

Yup. He needs a place to shine on applications. ███ has raised money for years for his brother's special needs camp just because he wanted to help them. ( like since he was 10!) He has been passionate about those kids but can't express it well. He's obsessed with and very good at football but not training off season.
We are building a distillery and he's very interested in getting involved in that. And we have vineyards and opportunities there he likes too. But what's his hook for school?? He rarely tests well but gets A's on his homework and class work.  And he has generous parents.  But he needs his own hook.

Rick, I stress daily about this. Need to plan now before next year. Can you help get him positioned? ð??⯑

Marci

On Mar 13, 2016, at 11:35 PM, Rick Singer ███████████████ wrote:

Gotcha- time to strategize

Sent from my iPhone

ALI_0006975

VB-RECORDS-00174073

On Mar 13, 2016, at 8:37 PM, Marci Palatella ███████████████ wrote:

Now itâ??s my turn to agree.  Need you to strategize with me as my husband is not into this at all.  I need guidance and then you will have to help present this and get a commitment.  Momâ?¦is a loser and could not possibly know whatâ??s right!

Let me know, ok?  I need help

**From:** Rick Singer [mailto:███████████████]
**Sent:** Sunday, March 13, 2016 3:44 AM
**To:** Marci Palatella ███████████████
**Subject:** Re: Have you seen this? My cousin's wife's family.

Agreed. Boys are slower that is why pushing into the next growth spot may have to be the strategy instead of allowing he to decide

Sent from my iPhone

On Mar 12, 2016, at 11:16 PM, Marci Palatella ███████████████ wrote:

Rick I worry that he does not yet have that drive unless it's for football; he's young for his age. I think the discipline of Krav Maga would be fabulous!

Marci Palatella

On Mar 12, 2016, at 9:59 PM, Rick Singer ███████████████ wrote:

Krav Maga has levels -1-5. Yes I am a 4–███ would trim down with Krav

Sent from my iPhone

On Mar 12, 2016, at 9:32 PM, Marci Palatella ███████████████ wrote:

I have heard that, but the new facility is in LA.  Heâ??s really â??huskyâ?▯ which worries me to death.  SOMETHING would be great!

I hear from ████ Oâ??███ that youâ??re  a black belt or that equivalent?

**From:** Rick Singer [mailto:███████████████]
**Sent:** Saturday, March 12, 2016 9:16 PM
**To:** Marci Palatella ███████████████
**Subject:** Re: Have you seen this? My cousin's wife's family.

It is awesome training-███ should try it

Sent from my iPhone

On Mar 12, 2016, at 9:12 PM, Marci Palatella ███████████████ wrote:

They have been doing this many years, apparently training military and police forces.
But youâ??d know if they were in the inner circle!  I have no idea but thought of you when I saw this.

ALI_0006976

VB-RECORDS-00174074

Have a great weekend

**From:** Rick Singer [mailto:█████████████]
**Sent:** Saturday, March 12, 2016 9:10 PM
**To:** Marci Palatella █████ ████████
**Subject:** Re: Have you seen this? My cousin's wife's family.

Smart move if they get the master to run it from Santa Monica. He is the Israeli commando

Sent from my iPhone

On Mar 12, 2016, at 9:06 PM, Marci Palatella ████████████████ wrote:

<image001.jpg>

# Exhibit TT

| | |
|---|---|
| **From:** | Marci Palatella █████████████████ |
| **Sent:** | Monday, October 3, 2016 10:43 AM |
| **To:** | Rick Singer █████████████████ |
| **Subject:** | Re: re schools, please reply |



Marci Palatella

On Oct 3, 2016, at 7:32 AM, Rick Singer ████████████████ wrote:

> I got it covered no worries on the story for █████
>
> Sent from my iPhone
>
> On Oct 3, 2016, at 9:31 AM, Marci Palatella ███████████████> wrote:
>
>> Ok, got it.
>>
>> Is it going to hurt that he took this year off? He's played non stop for 6 years. His dad has been ill and overall it's all just been too much for him. He was one of only 4 players moved up to Varsity as a sophomore. Should he go back now this season or can he go back as a senior??
>>
>> Marci Palatella
>>
>> On Oct 3, 2016, at 2:05 AM, Rick Singer ████████████████> wrote:
>>
>>> He needs to get in through Football so my relationship at that level gives ████ a shot since that is the sport with the lowest grades. Notre Dame and Vandy lowest football players are 3.4 and have to be big time players. Cannot hide him there.
>>>
>>> Sent from my iPhone
>>>
>>> On Oct 3, 2016, at 1:59 AM, Marci Palatella <███████████████>
>>> wrote:
>>>
>>>> Yes, ████ being happy and loving school is critical. His high school is so demanding that our head of school told me that ANY school he goes to will be easier than this, and he knows us well.
>>>> Hear you on the ones that are a total NO. Won't ask about those again.
>>>>
>>>> You know that ████ took a year off football this year and says he just needed a break and will play next year. So given that, and they he's not the team's star but a good solid player, would he really still have an athletic edge? ████ is a natural , but he's gotten the message that he is not big enough for college football. I think that's one of the reasons he dropped out. (And his dad pressured him about his weight and ████

was very upset)

How would he have an athletic edge at a bigger name school given the other players are huge?

I'm trying to put together a realistic list and narrow down which schools to see, which to keep in our conversation.

The UCs, really???  UCLA he loved ( half of our family went there it is there) but that's a pipe dream isn't it?

And Notre Dame and Vandy,  average grades and generosity won't do it?   How would a UCLA or Cal take us?

█████s former trainer at home, a wonderful guy, is one of the head football trainers at CAL but how would anyone know about him at any of these schools? He doesn't have a marketing video!

Thanks,
Marci

Marci Palatella

On Oct 2, 2016 at 10:59 PM, Rick Singer
< █████████████ > wrote:

> First and foremost is the health of █████in and out
> of the classroom. The default is ████will have a
> tutor 4 days a week for 2 hours and on Sunday's.

> Several of the school's besides being very
> difficult to get in are a grind and there are no easy
> classes.

> Those schools are - Hopkins, Mellon, Duke.

> No matter the board member you know the
> grades and very good/solid scores will not get
> him in unless you anti in the many millions.

> The only way in is through athletics due to the
> leeway given to athletes.

> Possibilities

> USC, Boston College, U Miami, Tulane, SMU,
> Texas AM, U Washington, UC Berkeley, UC
> Santa Barbara, UC Davis, UCLA, Wake Forest,

Villanova, Indiana, Santa Clara, U San Diego

NotreDame, Vandy- too tough on acceptance of athletes

Sent from my iPhone

On Oct 3, 2016, at 12:16 AM, Marci Palatella
< ██████████████ > wrote:

Hi Rick,

I am starting to plan our early 2016 college trips now.  Some we may be able to hit on a few weekends before then, so I want to make sure and get together a realistic list.
IF ███ had a B average, and SAT scores that you can guess at (I'm assuming fairly accurately).  Which of these would be **actual possibles** for him if we were also "generous"?
And what and where am I missing?

See below:

USC
Boston College
Notre Dame
Vanderbilt
Wake Forest
Johns Hopkins
Carlegie Melon
Duke

Wisconson (one of our dear friends is on the board but he's also very uptight and I don't want to say anything unless

█████ is set on it)
SMU
Santa Clara (we also have some
juice there)
Purdue?

This much be the most insane
part of your job, the neurotic
parents!!  Please just put a
note next to each.

Thanks!!
Marci

Safety Schools:
University of Kentucky (It's one
of the only places he's ever
been so he talks about it!!  But
he needs to see many before
deciding what feels right)
University of Oregon
University of Louisville (No idea
what this is like, but he looked
at it on line)

# Exhibit UU

**From:**
**To:**
**Sent:**     1/2/2018 6:56:38 PM
**Subject:**     Re: gift posted

Thanks

Sent from my iPhone

On Jan 2, 2018, at 3:55 PM, ██████████████████████ wrote:

Hi Donna,

Saw a few more:

Mrs. Marci Palatella posted $100,000 on 12/18/17 to Women's Athletic Board Fund # ██████████
██████████

And

Mossimo Giannulli Trust $50,000 on 12/18/17 to same account
██████████████

██████████████████████
██████████████
██████████

---

**From:** Donna Heinel
**Sent:** Tuesday, January 02, 2018 1:58 PM
**To:** ██████████
**Cc:** ██
**Subject:** Re: gift posted

Thanks!

Sent from my iPhone
On Jan 2, 2018, at 1:56 PM, ██████████████████████ wrote:

Hi Donna,

A gift of $50,000 recently posted on 12/20/17 towards the USC Women's Athletics Fund account # ██████████ from:

██████████████

██████████████████████
██████████████

# Exhibit VV

**From**: Marci Palatella ███████████████
**Sent**: 3/7/2017 8:38:25 AM
**To**: ████████████████████
**Subject**: Donation
**Attachments**: Inv_1131_from_The_Key_Worldwide_Foundation_7144.pdf; ATT00001.txt

███ please discuss with me and pay today.

ALI_0010433

VB-RECORDS-00177531

# *The Key Worldwide Foundation*

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/7/2017 | 1131 |

**Bill To**

Allied Lomar

| Description | Amount |
|-------------|--------|
| Private Contribution - Letter of receipt will be provided upon payment. | 75,000.00 |
| | |
| Wire Instructions .  The Key Worldwide Foundation | |
| Routing #: | |
| Account #: | |
| Swift Code: | |
| Bank Information:  US Bank, | |

| 501c3 FEIN | **Total** | $75,000.00 |
|------------|-----------|------------|

ALI_0010434

VB-RECORDS-00177532

Marci Palatella

ALI_0010435

VB-RECORDS-00177533

# Exhibit WW

| | |
|---|---|
| **From:** | Rick Singer ███████████████ |
| **Sent:** | 3/14/2016 3:02:42 PM |
| **To:** | Marci Palatella ██████████████ |
| **Subject:** | Re: Let me know ASAP if "possibles" |

Georgetown BC may be over 1m others as stated-

Sent from my iPhone

> On Mar 14, 2016, at 2:57 PM, Marci Palatella ████████████████ wrote:
>
> 3 parts:
>
> 1) ████ has to be happy and able to compete while there.  AGREE
> 2) For each school, the approximate number it would take to get in there
> 3) So for each, what's a realistic possible, and what's the number for those
>
> When we spoke, $300-400 was one level,  and the second level was $750-1m
>
> Can you clarify?  He has to be happy and able to be part of a group where he's a fit.
>
> :)  Waiting to hear
>
>
>
>
>
>
>
>
> -----Original Message-----
> From: Rick Singer [mailto█████████████████]
> Sent: Monday, March 14, 2016 1:00 PM
> To: Marci Palatella
> Subject: Re: Let me know ASAP if "possibles"
>
> First issue is competing when he is there which is my first concern.
> Second is the number it would take to get admitted even with the fudging of the scores.
>
> I will reply based on you making the appropriate donation
>
> Sent from my iPhone
>
>> On Mar 14, 2016, at 11:50 AM, Marci Palatella ██████████████████ wrote:
>>
>> Be honest!
>> 1.Good possible
>> 2.Slight chance
>> 3.Smoking crack
>>
>> Villa Nova
>> Texas A&M-75 percent
>> Occidental - 50 percent
>> Georgetown- 75 percent -significant  large donation
>> USC- 75 percent - large but not significant Cornell-zero
>> Vanderbilt- zero
>> Tulane- 75 percent
>> Boston College- significant large donation Old Miss-90 percent
>> SMU- 75 large donation
>> Duke-zero
>> Notre Dame- 50 percent but will send him to ST Marys in Indiana then
>> transfer in with significant donation
>> Rutgers- bad school
>>
>>
>> Marci Palatella

ALI_0000123

VB-RECORDS-00167221

# Exhibit XX

**From:**  ███████████████
**Sent:**  Monday, March 20, 2017 11:48 AM
**To:**  ███████████████
**Subject:**

---

Homa, Rick Singer, please let me know if you want to speak or if you have decision one way or another as I must act quickly. Thx I started to speak with my daughter this morning. She became extremely upset as to why I am pressuring her to make a decision on the spot. I am having a real hard time. I made arrangement to have one of our friends with whom she has great rapport to speak with her today. Right now my daughter is over at her house. I am just having a real hard time. Is there any way to delay the decision for a few days. Kids become rebellious when they are forced and tend to do opposite of what is suggested to them by parents. I advise other people's kids for my living, but with my own kids, they shut down when I try to talk with them. I have never forced them into anything so there is no reason for that. I am just wondering if you can give me a little time so that we can approach my daughter in a way that is more conducive. I really appreciate what you have done. I can ask tomorrow but my guess is the answer will be no. Since the funds have been transmitted I need to cover myself. If they say no then I need to pull the trigger then. Please keep me abreast tonight. It sounds as though USC is not important to her so I would let it go. It will hurt my relationship with my folks but I will beg my way out of it hopefully We had a rough day yesterday with much of going to her room and shutting the door. Her concerns have been feeling that she did not get in on her own merits. I have not shared anything about our arrangement but she somehow senses it. She's concerned that others may view her differently Also because I work there, she's concerned that she is not as independent She has not given a definitive answer but keeps saying that it seems like I have no choice I take it as yes I'm sure you have experience with many teens behaving in this way and many of my colleagues' kids had also refused to go to USC ███ does recognize what an amazing school this is. I will go with our arrangement. However I don't have $100k of cash. You had previously told me that half was now to USC and I was going to put on card and you said half wad in the fall. In our phone conversation, you mentioned that I can pay you over 6 months. If so. I can provide you each month a check Thank you for your response. I am flying home as I write from Chicago. Yes I have seen kids like ███ push back. What she has to come to grips with is that receiving help with USC is a gift because of your dedication and work for many many years. One day when ███ is done with her education she may come to you and your wife or friends of yours to help get a job or interview because of how competitive the marketplace is today. Another aspect of the admission to USC is that she can definitely do the work but the barrier to entry is so difficult. She will compete quite well because of the foundation created and developed at Viewpoint. As for payment- the money will be deposited in the next day or two. My foundation sent the money as requested. Normally the first 50k is sent immediately after acceptance and before the final letter is received. Then the next portion is sent soon after the final letter is provided. Since both are happening on top of each other I sent the monies to my contact as a donation so there is no conflict internally because you are designated as a giver through another department but that was not the group who helped. The group helping wants the credit and funds so it is cleaner through me. Yes I agree that you can make the 100k payment over the next 6 months starting April 1st. You can send to my foundation as a donation/write off or if you have your own company we can invoice you as a business consulting fee from our profit business and you write off as an expense. If you want to complete the transaction by credit card that is fine too. I just need you to designate, which path do you want to be invoiced. Please let me know? Final acceptance will come in the next 10 days or so.

# Exhibit YY

1   **Call Date:** 2018-10-25

2   **Call Duration:** 3:09

3   **Call Begin [ ] Call End [ ]**

4   **Call Participants:**

5        Rick Singer

6        Robert Zangrillo

7   **File Name:** ███████████   2018-10-25 19-48-37 10726-001

8   **Bates No.:**

9

10  SINGER:   [00:00] Bob, how are you?

11  ZANGRILLO:    Hey, Rick, how are you?

12  SINGER:   Good, I just wanted to touch base and see how things

13       are going.

14  ZANGRILLO:    Uh.

15  SINGER:   (inaudible) good?

16  ZANGRILLO:    Uh, you know, work in progress (inaudible).

17  SINGER:   Does it ever end for you?

18  ZANGRILLO:    No, it does not ever end.  As long as you

19       aren't calling me saying there's any drama.  Just make

20       sure that all of, uh, █████'s (sp?) work is getting done

21       (inaudible).

22  SINGER:   Absolutely.

23  ZANGRILLO:    OK, yeah (inaudible).

1   SINGER:   (inaudible) all of the -- all the work we're doing

2        for ██████ right now (inaudible) getting done absolutely

3        (inaudible).

4   ZANGRILLO:   OK, great, that's the only thing I was worried

5        about.   ██████ (sp?) is good, she -- she took a semester

6        off.  She's working here in Miami.  And as she's doing

7        great she's, you know, going to graduate close to 4.0.

8        And (inaudible).

9   SINGER:   Good.

10  ZANGRILLO:   Looking for a place so that she's, uh, ready to

11       start in January.

12  SINGER:   OK, good, because I know that the classes that

13       Mikaela took for her in, uh, uh, d-- at the beginning of

14       the year [01:00] when she left Santa Monica and now these

15       classes, uh, everything will be perfect.  So we'll have

16       no issues.

17  ZANGRILLO:   Awesome.  Awesome.  Is there anything else you

18       need?

19  SINGER:   Yeah.  The only other thing I just want you to know

20       is that so my foundation is being, uh, audited now.

21  ZANGRILLO:   OK.

22  SINGER:   Like every foundation.  And we got hundreds of

23       families that have been through our foundation.

24  ZANGRILLO:   Yeah.

Case 1:19-cr-10080-NMG   Document 1066-1   Filed 04/08/20   Page 203 of 387

```
 1   SINGER:   So I just wanted to make sure that you know that I'm

 2         not going to t--, uh, tell the IRS that essentially we

 3         got ██████ in and -- and essentially paid Donna Heinel

 4         (sp?) at USC to help ██████ get in.  We're not even going

 5         to talk about that.  All I'm going to say to the IRS is

 6         that, uh, essentially the moneys that you paid, uh, all

 7         went to, uh, our foundation.

 8   ZANGRILLO:     Yeah.

 9   SINGER:   And because essentially they're also looking at -- I

10         think we have a total payments of over 500,000 --

11   ZANGRILLO:     Mm-hmm.

12   SINGER:   Which would have -- would have -- would have

13         included, uh, early on with, uh, ██████ and NYU.

14   ZANGRILLO:     Yeah, yeah, yeah.

15   SINGER:   So I'm just going to say that, you know, [02:00] n--

16         nothing really happened, uh, from that perspective.

17         Essentially that she d-- that ██████ didn't get in NYU and

18         no payment was made to my contact at NYU --

19   ZANGRILLO:     Mm-hmm.

20   SINGER:   Which we know it was.

21   ZANGRILLO:     Right.

22   SINGER:   Uh, and then we -- and then ██████'s, I won't say

23         that the, uh, the moneys went to go pay Donna Heinel
```

1       (sp?) for USC to get her in.  And the other part is when

2       (inaudible) audit --

3   ZANGRILLO:     What -- what -- what -- what -- what will be

4       the thing -- what was the ████ payment for?  Just so I

5       know so we have the story straight.

6   SINGER:   So the ████ payment is all the same thing.  All

7       your moneys including the classes that Mikaela took for -

8       -

9   ZANGRILLO:     Yeah, yeah.

10  SINGER:   Uh, ████, all will show they're f-- to our

11      foundation.

12  ZANGRILLO:     Yeah.

13  SINGER:   And will all show that she, uh, that they were given

14      to -- for, uh, our programs that handle underserved kids.

15  ZANGRILLO:     OK, great, perfect.

16  SINGER:   OK?

17  ZANGRILLO:     OK, I got it.

18  SINGER:   I just want to make sure that we're on the same

19      page.  Uh, they may never call but just so you know

20      (inaudible).

21  ZANGRILLO:     Yeah, OK, just in case they do.

22  SINGER:   Yeah, because I'm -- I'm in Boston now.

23  ZANGRILLO:     OK.

1  SINGER:   And I haven't been back to LA for a while so I just

2        want to make sure I [03:00] connected before it got too

3        late.

4  ZANGRILLO:    OK, perfect.  Thank you, Rick.

5  SINGER:   All right, take care.

6  ZANGRILLO:    OK, bye.

7  SINGER:   OK, bye-bye.  [03:09]

8

9                      END OF AUDIO FILE

# Exhibit ZZ

██████████ 2018-10-25 13-17-38 10670-001                    Page 1

1   **Call Date:** 2018-10-25

2   **Call Duration:** 2:13

3   **Call Begin** [     ] **Call End** [     ]

4   **Call Participants:**

5       Mossimo Giannulli

6       Rick Singer

7   **File Name:** ██████████ 2018-10-25 13-17-38 10670-001

8   **Bates No:**

9

10  SINGER:  [00:00] Moss.  How are ya?

11  GIANNULLI:    Uh, good, pal.  How are you doin'?

12  SINGER:  Uh... How's your business?

13  GIANNULLI:    Uh, it's unbelievable.

14  SINGER:  Tell me about it.

15  GIANNULLI:    It's goin' just fantastic.  Uh, I sold half of

16      it to ██████████ And, uh --

17  SINGER:  Oh, did ya?

18  GIANNULLI:    -- yeah -- and it's just -- we're just scaling

19      now.  It's just been fantastic.

20  SINGER:  Well, congratulations.  It's awesome.

21  GIANNULLI:    Thank you.  And the girls are absolutely loving

22      SC.

23  SINGER:  That's what you want, ri--?

24  GIANNULLI:    Yeah.

1   SINGER:   Every dad wants that.

2   GIANNULLI:      Yeah.  So.  And ██████'s is really flourishing

3        too, which is nice.  So I'm really happy for her.

4   SINGER:   No, that's fabulous.  So.  So I'm -- I'm calling,

5        uh, 'cause I just want to make sure you're -- give you a

6        heads-up that...  So my foundation is being audited --

7   GIANNULLI:      OK.

8   SINGER:   -- which, as you know, is normal.

9   GIANNULLI:      Yeah.

10  SINGER:   And so they're looking at all the payments.  So they

11       -- they asked me about your 2 payments of 200,000.

12  GIANNULLI:      [01:00] Uh...

13  SINGER:   And, of course, I'm not gonna say anything about

14       your payments goin' to Donna Heinel at USC to get the

15       girls into USC, through crew.  So --

16  GIANNULLI:      Sure.

17  SINGER:   -- that's for sure.

18  GIANNULLI:      Right.

19  SINGER:   But what's funny...  It's funny.  Because Donna

20       called me couple weeks ago and says, "Hey, uh," you know,

21       "going forward, can you use the same format you used for

22       ████████████████, and the regattas that you put in there,

23       for any girls, going forward, that don't row crew?"  So

24       it's funny how...  I thought I was just makin' stuff up.

```
 1   GIANNULLI:     Uh, right.  Uh...

 2   SINGER:   Uh, but -- but they loved it, love--

 3   GIANNULLI:     Uh, right.  Perfect.

 4   SINGER:   So I just want to make sure our stories are the

 5        same, because --

 6   GIANNULLI:     Yeah.

 7   SINGER:   -- an th-- and that your 400K was paid to our

 8        foundation to help underserved kids.

 9   GIANNULLI:     Uh, perfect.

10   SINGER:   OK?  So I just want to make sure that we're on the

11        same page, in case...

12   GIANNULLI:     Uh...

13   SINGER:   Who knows if they'll call or they [02:00] don't.

14   GIANNULLI:     Perfect.  Got it.

15   SINGER:   OK.

16   GIANNULLI:     Uh...

17   SINGER:   And congratulations to the girls and --

18   GIANNULLI:     Thank you.

19   SINGER:   -- on your business.

20   GIANNULLI:     Thank you.  Thanks, pal.

21   SINGER:   A--

22   GIANNULLI:     We'll talk to you.

23   SINGER:   OK.

24   GIANNULLI:     OK.
```

1   SINGER:   Take care.  Uh...

2   GIANNULLI:     Uh...

3   SINGER:   Buh-bye.  [02:13]

4

5                           END OF AUDIO FILE

# Exhibit AAA

1    **Call Date:**    11/29/2018

2    **Call Duration:** 04:13

3    **Call Begin [] Call End []**

4    **Call Participants:**

5         Rick Singer

6         Laurie

7    **File Name:**    ████████ 2018-11-29 17-39-37 12374-001

8    **Bates No.:**

9

10   LAURIE _: [00:00] Hello?

11   SINGER:   Laurie (sp?), it's Rick Singer.  How are you?

12   LAURIE _: I'm good, Rick, how are you?

13   SINGER:   Good.  The girls good?

14   LAURIE _: They're really good.  They love USC.  They're really

15        happy.

16   SINGER:   And are you on -- onsite, on -- whatev-- whatever --

17        um, filming now?  Are you at home?

18   LAURIE _: I'm at home right now actually.

19   SINGER:   Awesome.  Awesome.

20   LAURIE _: Yeah.  Yeah.

21   SINGER:   So I had -- I had talked to Moss (sp?) a couple, uh,

22        weeks ago that we were getting audited --

23   LAURIE _: Uh-huh.

24   SINGER:   -- our foundation.

1   LAURIE _: Uh-huh.

2   SINGER:   So I -- I just -- and I'm -- I just tried reaching

3          out to -- so what I wanted to try to do is just make sure

4          that you guys know they went through all my -- a bunch of

5          folks and they're going to make calls to several families

6          and it looks like you guys are going to be one of those.

7          There'll probably be 8 or 9 that they're going to call.

8   LAURIE _: [01:00] OK.

9   SINGER:   Because they had this question about why did my

10         foundation get $200,000 2 consecutive years and then

11         nothing after that.  So I just want to make sure that you

12         know that, one, that you're probably going to get a call

13         and that I have not told them anything about the girls

14         going through the side door, through crew, even though

15         they didn't do crew to get into USC.  So I -- that is --

16         all I told them was that you guys made a donation to our

17         foundation to help underserved kids.

18  LAURIE _: Um-hmm.

19  SINGER:   And that's why you guys have done it.  And lots of

20         people don't make successive donations going forward.

21  LAURIE _: OK.  But I-- I'm confused.  But we -- so we made 2

22         donations 2 years in a row and so what are they

23         questioning?

1    SINGER:   They're -- so they're questioning all -- they're

2         looking at all of my donations to my foundation.  [02:00]

3         OK?

4    LAURIE _: OK, uh-huh.

5    SINGER:   And so they went through everybody's and they

6         started looking at everybody and saying, "OK, why these

7         guys?  Why did these guys?  Who did these guys fund?  Why

8         did they do -- why did they do?"  So we went through

9         everybody --

10   LAURIE _: Um-hmm.

11   SINGER:   -- and they just picked out 10, 12 people and said,

12        "Hey, we're just going to follow-up with these folks and

13        ask them why they made a donation to your program," to

14        our foundation.

15   LAURIE _: Right.

16   SINGER:   So I said that's fine.  I said, "Can you give me

17        some idea of who those people are?"

18   LAURIE _: Right.

19   SINGER:   And your -- your guys were one of them.  And I said,

20        "Well, this is very clean.  They made a donation to our

21        foundation for underserved kids.  They're a great family.

22        They've been doing work all over LA.  Their kids are very

23        engaged in LA and I don't know why you guys think that

24        this is weird."  And they said, "It's not that we think

1        it's weird.  We just want to follow-up as part of our

2        audit."  They're driving me crazy so far.  So I --

3    LAURIE _: Who's -- who's auditing you?

4    SINGER:   The IRS.

5    LAURIE _: [03:00]  Oh, OK.

6    SINGER:   Right.  The IRS audits foun-- large foundations and

7        we have so much money in our foundation and we give away

8        so much money they're -- they want to -- you know,

9        they're always worried about things going on in

10       foundations.

11   LAURIE _: I see.

12   SINGER:   So what I -- what I wa-- I told Moss already and I

13       wanted to make sure that you knew, as well, if they

14       happened to call you, is that nothing has been said about

15       the girls, um, your donations helping the girls get into

16       USC to do --

17   LAURIE _: OK.

18   SINGER:   -- crew even though they didn't do crew.  SO nothing

19       like that has been ever mentioned.

20   LAURIE _: (inaudible).

21   SINGER:   If you ever -- ever were to say anything.

22   LAURIE _: So we -- so we just -- so we just have to say we

23       made a donation to your foundation and that's it, end of

24       story.

1    SINGER:   That is correct.

2    LAURIE _: OK.

3    SINGER:   Terrific.

4    LAURIE _: OK.

5    SINGER:   I just wanted to make sure I touched base because I

6         didn't want you --

7    LAURIE _: Yeah.

8    SINGER:   -- to all of a sudden what -- like what's this call

9         coming from.

10   LAURIE _: OK, yeah.  OK.  Totally.  All right.  So -- so

11        that's it.  So it's -- it's the IRS.  It's not anyone

12        from USC, it's the IRS.

13   SINGER:   [04:00] That is correct.

14   LAURIE _: OK.  Very good.

15   SINGER:   OK.

16   LAURIE _: All right.

17   SINGER:   All the best.

18   LAURIE _: All right.  Thank you, Rick.  Happy holidays.

19   SINGER:   You, too.  Take care.

20   LAURIE _: OK, thanks.

21   SINGER:   OK.  Bye-bye.

22   LAURIE _: Bye.  [04:13]

23

24                        END OF AUDIO FILE

# Exhibit BBB

 1  **Call Date:**  2018-10-24

 2  **Call Duration:**  11:17

 3  **Call Begin [    ] Call End [    ]**

 4

 5

 6

 7

 8

 9

10

11

12

13  **File Name:**  10_24_2018 10 28 39

14  **Bates No.:**

15

16  [00:00]

17

18

19

20

21

22

23

24

1

2

3

4 (phone ringing)  [01:00]

5 M1:  Rick, you there?

6 SINGER:   I'm here.  How are ya, Bill?

7 M1:  Oh, hey, sorry about that.  My, my bad cell coverage

8      there for a minute.

9 SINGER:   No problem.

10 M1:  I'm good.

11 SINGER:   No problem.

12 M1:  So what's goin' on?

13 SINGER:   So --

14 M1:  I've been feelin' bad for ya.

15 SINGER:   Well, I wanted to apologize yes-- for, you know,

16      screwin' up our meeting, so I apologize.  I essentially

17      flew up to Sacramento yesterday, and I'm super happy I

18      did, 'cause I got a chance to meet with my old attorney,

19      ███████████  --

20 M1:  Uh-huh.

21 SINGER:   -- a-and he talked me off the ledge, because, as you

22      know -- as you could tell by my call the other day, I was

23      on the ledge.

24 M1:  Yeah.

1    SINGER:   Um, he told me that I was overreacting a little bit

2         because, um...  So I just wanted to make sure that we

3         talked, and, uh, you kinda knew what was goin' on.  And

4         since I respect your opinion, I just wanted to get an --

5         your opinion of kinda what's happened --

6    M1:  Mm-hmm.

7    SINGER:   -- so that, um -- because you have more experience

8         just in the world than I do.  So here --

9    M1:  Mm-hmm.

10   SINGER:   -- so here's kinda what happened: [02:00] uh, Mark

11        Ridell (sp?), who is the -- my expert test-taker, who

12        took the test for ███████ --

13   M1:  Mm-hmm.

14   SINGER:   -- at Igor School, West Hollywood College Prep, um,

15        he called me to meet at ████████████, you know, in

16        West Hollywood.  Have you ever been there?

17   M1:  Never.

18   SINGER:   OK.  Well, it's a really cool place in West

19        Hollywood.  But he calls me, and he kinda comes out to LA

20        every once in a while, and he just had his, his first

21        child, so his in-laws live in LA, so he said, "Let's meet

22        at ████████████."  So anyway, so Mark starts talkin'

23        to me and tells me a story that he, he got interviewed by

24        the -- an IRS agent in Florida, because he lives in

1        Bradenton, about the payments that he received from my

2        foundation.  And, as you know, when families pay for

3        either, either takin' the test or goin' through the side

4        door, all the money goes through my foundation, and then

5        I pay it out to whoever needs to get paid, like I did

6        for, you know, ██████ ████████ [03:00] test when he

7        took the test at West Hollywood College Prep.  So I paid

8        half of it to Mark and half of it to West Hollywood

9        College Prep through my foundation, so that the family

10       essentially has no connection back to what has happened.

11       So I asked Mark what he did with the agent, and what they

12       talked about, and he told me that he hasn't been

13       declaring his payments from my foundation as income for

14       his taxes.  So apparently he's been declaring all this

15       income as a gift, which was stupid.  But the agent said,

16       uh, "I'm really not so focused on Mark and your payments;

17       what I'm focused on is this foundation."  And he kept

18       askin' him questions about the foundation's mission, what

19       they do, um, how they help underserved kids, so on and so

20       forth.  So, you know, since Mark does tutoring for us

21       [04:00] he told the agent that, you know, he works with

22       kids for us, i-- underserved kids in the Bradenton area.

23  M1:  Mm-hmm.

1   SINGER:   So when he gets done speakin', I kinda freak out,

2          right?  Because now I'm thinkin', oh, shit, I'm in a --

3          I'm in a lot of trouble here, and the IRS has me wired.

4          Um, they probably have me -- you know, bugged my house,

5          the whole thing, because he's talkin' all about my

6          foundation, and, you know, he really wants to dive into

7          this.  So when I met with ██, he told me, "Rick, hold

8          on.  Just relax.  Um, for them to get a wiretap on you,

9          it takes a, a bunch of months to happen, and you just

10         need to relax."  So --

11  M1:  Mm-hmm.

12  SINGER:   -- you know, overnight I'm a lot less worried than I

13         was a couple days ago (laughs) when we talked, but I just

14         -- you know, I'm gonna use this phone, which is my son's

15         phone, um, and I did it --

16  M1:  Mm-hmm.

17  SINGER:   -- for us to talk so that there are, you know, no

18         issues, just in case.

19  M1:  Yep, yep.

20  SINGER:   And [05:00] it's, it's real-- to be frank with you,

21         um, Bill, it's really embarrassing, so I hope you'll just

22         keep this between you and I.

23  M1:  Of course.  Well, I think -- I mean, the good news is --

24         I mean, from, from my personal perspective, is, is, uh,

1       you know, we, we s-- sorta haven't done anything yet,

2       which I'd prefer not to do in the context -- just t-till

3       it's all cleared up exactly, you know, what the dynamic

4       is of the foundation.  I'd rather just sorta lay low.

5   SINGER:   OK.  So, so --

6   M1:  I mean, I -- it, it, it seem-- it seems like a better

7       idea, because, I mean, until you're confident that...

8       Uh, m-my, my concern, obviously, is I'm trying to help my

9       son, but I don't want to create a dynamic for him that's,

10      that's impossible --

11  SINGER:   Right.

12  M1:  -- to manage.

13  SINGER:   Right.

14  M1:  Yep.

15  SINGER:   Right, and, and, you know, we have the applications

16      ready.  I mean, I know --

17  M1:  Well, I want -- I want you to keep doing what you do

18      brilliantly, which is coaching my kids and helping them,

19      um -- helping them the way you are.  I -- I'm, [06:00]

20      I'm grateful for what you do, and you're, you're, you're

21      unique at it.  The fact is that side door is a lovely

22      additional de-stresser, but if it doesn't -- if it isn't

23      possible, it isn't possible.

24  SINGER:   OK, gotcha.  Well --

 1   M1:  You know?

 2   SINGER:  -- so I, I will keep you in play, um, and I know --

 3   M1:  Yeah.

 4   SINGER:  -- you got -- you got ███████████████ you got

 5       all those guys helpin' you, and that's cool --

 6   M1:  Yeah.

 7   SINGER:  -- and that's cool.  We just, as you --

 8   M1:  Well, (inaudible), the, the iro-- the irony -- (laughs)

 9       the irony of the whole way the system works, as I've

10       become sort of conscious of it -- I had this call with,

11       with, uh, the -- our -- ████████████ knows █████ is

12       interested in SC, and so he, he just gave 20 million

13       bucks to the school and is on the board, and he called

14       down to this, this guy, who's one of the development

15       folks, that, and just said, "Look, I want you to know who

16       Bill is," and da-da-da.  The irony of the whole thing is

17       that i-it is...  (laughs) The way these schools work,

18       particularly commercial schools like SC, you -- uh, my

19       [07:00] impression -- uh, this may be wrong; you would

20       know -- is it, it is so, um, commercial.  I mean, you

21       know, it, it, it's very clear to me that if they sense

22       that I'm gonna write a check, they're gonna do what they

23       can do to get me in --

24   SINGER:  And --

1  M1:  -- at that school.

2  SINGER:   And you're -- and --

3  M1:  My son in.

4  SINGER:   And you're right, and that's where -- that's, that's

5      --

6  M1:  It's just -- it's just --

7  SINGER:   -- why USC's become the power.

8  M1:  -- it's...  It's just (inaudible)...  Well, and by the

9      way, you flip it around, you say if you've got 5,000

10      kids, effectively, in an undergraduate class, you could

11      have 4,000 of them be 4.0, perfect, you know, test

12      scores, and still let a thousand in that are -- that are,

13      you know, people that are well-connected, that are gonna

14      help you grow your school, and you've got an amazing

15      program --

16  SINGER:  And --

17  M1:  -- you know?

18  SINGER:  And, and that's essentially what USC's done, right?

19  M1:  Yeah, it's brilliant.

20  SINGER:  Right?  You got -- you know, ████████'s given his

21      money, and, uh, you know, everybody else is, is gi-- is

22      doin' their thing.  They're tryin' to hire the president.

23      Everybody who's --

24  M1:  Yeah.

1   SINGER:   -- on the board is anteing up to get the right

2       president in.  It's, you know, it's crazy.

3   M1:  [08:00] Mm-hmm.

4   SINGER:   It's crazy.  So l-- so just so you know, I don't

5       know if you saw ███████ Chapman, the Boulder --

6   M1:  Yeah.

7   SINGER:   -- and --

8   M1:  Uh, well, he was totally excited that there was a green

9       checkbox next to his Chapman electronic submission.

10      (laughs)

11  SINGER:   Uh, uh, absolutely.  So he's done a fabulous --

12  M1:  But (inaudible), I, I have to say, between you doing what

13      you're doin' for him and ███████, with her, you know,

14      c-- tutoring that he's been getting, you know, and just

15      his writing, all that, i-it's, it's been -- it's, it's

16      not been a...  I mean, my memories as a kid is this was

17      totally torturous.  It's felt OK with ██████  I mean, he

18      needs some help on, um -- and he's gonna need your help

19      on getting his pitch in to the Iovine and Young Academy -

20      -

21  SINGER:   Yeah.

22  M1:  -- just 'cause he doesn't man-- as you know, he's -- has

23      a hard time sort of managing his time, but he's growin'

24      up.  I mean, he's, he's doin' a lot better than he was.

1    SINGER:   No, he's, he's been amazing, and he's been on top of

2         stuff.  Like, he hounds me, which is so different,

3         because I was [09:00] hounding him.

4    M1:  Don't you love that?  That's great.

5    SINGER:   Yeah.

6    M1:  Very good sign.

7    SINGER:   No, that's good, and, and --

8    M1:  Yeah.

9    SINGER:   -- and I'll jump on ███ here soon.

10   M1:  Perfect.

11   SINGER:   Um, I just want to get all the applications done,

12        but I --

13   M1:  By the way, I got -- I got, uh, ████ um...  We-- w-

14        weirdly, he did his first, uh -- you know, his PSAT, and

15        then he, at time and a half, ran out of time, and was

16        quite frustrated that he couldn't finish.  And I called

17        the, the assessment -- you know, the neuros--

18        neurospecialist --

19   SINGER:   Yeah.

20   M1:  -- who had done the assessment for both ██ and ████

21        and she said, "Why doesn't he have double time?  I called

22        for double time."  And his, his friggin' school -- his --

23        like, she -- the woman who runs that, ██████, who's a

24        lovely woman, but she sort of feels it's her job to

1        prevent kids from getting, you know, uh, concessions, um,

2        as opposed to being their advocate.  So it -- it's right

3        there in his report, so we've gone back to her this week

4        and said, "You've gotta give him the double time, and you

5        gotta go back to ACT and SAT and pitch him for the double

6        time."

7   SINGER:   Absolutely.

8   M1:  Um, [10:00] so we're on that with ██████ as well --

9   SINGER:   OK.

10  M1:  -- to help him as he gets into his test cycle.

11  SINGER:   OK.  Well, that's great.  So, thanks --

12  M1:  Yeah.

13  SINGER:   -- thanks for takin' the call, and --

14  M1:  By the way, uh, so you know, the, the, uh, the, the...

15       You know, in my experience with a guy like that who isn't

16       paying his taxes, the issue the IRS always has is taxes.

17       They, they -- the IRS doesn't care about anything other

18       than you're paying your taxes.  And, you know, they tend

19       to be aggressive about making sure that organizations are

20       doin' what they're supposed to do from a tax perspective,

21       but they're -- that's all they care about at the end of

22       the day.

23  SINGER:   Gotcha.  Gotcha.  Well, I appre--

1    M1:  And they really -- they really -- that-that's, that's the

2         whole kit and kaboodle is tax.

3    SINGER:   Well, I appreciate that, and thanks for keepin' this

4         between us.  It's just a little --

5    M1:  Of course.

6    SINGER:   -- embarrassing, so thanks.

7    M1:  No, it shouldn't be embarrassing.  It is what it is.

8    SINGER:   OK.  Thanks, Bill.

9    M1:  All right, buddy.  (overlapping dialogue; inaudible).

10   SINGER:   Take care.  OK, bye-bye.

11   M1:  Yeah.

12   SINGER:   Uh...

13   (phone beeps)

14

15

16

17

18

19

20

21

22                     END OF AUDIO FILE



# Exhibit CCC

1   **Call Date:**  2018-09-29

2   **Call Duration:**  13:40

3   **Call Begin [   ] Call End [   ]**

4   **Call Participants:**

5       Rick Singer

6       John Wilson

7   **File Name:**  ██████████ 2018-09-29 15-24-23 09249-001

8   **Bates No.:**

9

10  [00:00:00]

11  WILSON:   Hey, Rick.  How ya doin'?

12  SINGER:   Hey, John.  How are ya?

13  WILSON:   Good.  You feelin' better?

14  SINGER:   Lot better.

15  WILSON:   Oh, (overlapping dialogue; inaudible).

16  SINGER:   You good?  You been out of town?

17  WILSON:   Yeah, I've been out of town.  Been traveling.  I'm

18       goin' to Europe next week, so it'll be easier to connect

19       this week, so...

20  SINGER:   OK, cool.  So the girls --

21  WILSON:   So, yeah --

22  SINGER:   -- were great.

23  WILSON:   Cool.  I, I still didn't get a c-- a f-- a full

24       debrief from 'em, but talked to ██████████.  They, um,

1        they have any clarity on, on where they want to go, what

2        majors, or still (overlapping dialogue; inaudible)?

3   SINGER:   Yeah.  Yeah, well, I mean, you have done a great job

4        of, uh -- (laughs) it's so funny -- influencing 'em on

5        what is the appropriate path to go down.  What do you

6        think they both said?  (overlapping dialogue; inaudible)

7        --

8   WILSON:   What, all the Ivy League schools?

9   SINGER:   No, no, I mean --

10  WILSON:   (overlapping dialogue; inaudible).

11  SINGER:   -- uh, uh, uh, they want to be business and

12       engineering.  (laughter) I said, "So do..."  I said,

13       "Does that come from your dad?"  And, of course, "Well,

14       my dad -- they pr-- my dad's programmed us," right?

15       (laughter) [00:01:00] So I said, "That's cool.  So we can

16       make all that happen."  I said, "You think you might like

17       that?"  They said, "Well, my dad (inaudible), so..."

18  WILSON:   (laughter) Come on!  I thought they actually liked

19       science and engineering.  They (overlapping dialogue;

20       inaudible) --

21  SINGER:   No, I'm sure they --

22  WILSON:   -- science.

23  SINGER:   -- I -- but you're -- you've influenced them, right?

24       (overlapping dialogue; inaudible) --

1   WILSON:   Yeah, I've influenced 'em, but I want 'em to pick

2          what they like.

3   SINGER:   No, definitely they get it, they get it, right?  And

4          it's just --

5   WILSON:   OK.

6   SINGER:   -- it's just funny, 'cause then when ██████ kinda

7          interjected they're like, "Mom, stay out of it.  Mom,

8          stay out of it."  Right?  It was funny.  Um, but they're

9          both obviously great girls.  They want -- in a lot of

10         ways, they want to have kind of the same kinds of things

11         from the school.  We, um -- I have a huge list of schools

12         for them.  Um, you know, and, and I said, "You guys gotta

13         send me dates, because you both go to 2 separate schools,

14         and ██████ and then -- and ██████, different dates of

15         days off.  So ██████'s gonna be runnin' all over the

16         place tryin' to figure out [00:02:00] how to get 1 over

17         here for a day, and over here."

18  WILSON:   Yeah.

19  SINGER:   But, uh, that's why I need to know your dates, so I

20         can figure out where to go visit that would be best

21         suited.

22  WILSON:   Right.  Now, would they go on weekends, or gotta go

23         during school days (overlapping dialogue; inaudible)?

1    SINGER:   You gotta go on a school day, or, or a day when it's

2         a school day but they're off of school.

3    WILSON:   Yeah, OK.

4    SINGER:   That's the ideal situation, 'cause --

5    WILSON:   That's gonna be tougher, yeah.  But the ideal isn't

6         just seeing the campus on a weekend?

7    SINGER:   Yeah, 'cause I gotta get to a point where we know if

8         we're applyin' ED or where we're goin', what we want,

9         'cause you're gonna want to know first choice, second

10        choice, all that stuff.

11   WILSON:   Yeah, no, exactly.  And just so I'm, I'm clear on

12        the, the kinda pecking order schools, and UCLAs and all

13        that stuff versus -- uh, I think you said UCLAs mostly

14        are in the, the bracket of, um, like, uh, Stanford -- or

15        not Stanford, but like, uh, USC and so forth.  And what

16        were the schools in that, if you did the side door?  And

17        I'm interested about the side door and that stuff, um --

18   SINGER:   So the side door is gonna be -- gonna happen where

19        you want 'em to happen.  (overlapping dialogue;

20        inaudible) --

21   WILSON:   It can happen anywhere?  Does it have to be

22        [00:03:00] a sports side door?  I wasn't clear on that.

23   SINGER:   Well, so that's the -- that's the easiest way to

24        approach it, right --

1   WILSON:   Yeah.

2   SINGER:   -- because all of the coaches have...  You know,

3            they have guaranteed spots, and you've done a good job,

4            you got athletic girls who got great size, they're in the

5            right sports, so, you know, potentially there's a sailing

6            option, and potentially there's a crew option.  I mean, I

7            don't know how good of athletes they are.  They may be

8            good enough to be able to compete at some of these

9            schools, and then who knows what we have to do, depending

10           on where, where the spots (inaudible).

11  WILSON:   Mm-hmm.  Yeah, so they --

12  SINGER:   So you have --

13  WILSON:   -- have to get that sports.  Uh, what if they're not

14           really that good?  I mean, they can do some crew, but I

15           don't know they're gonna be good.  ███████████████  not

16           even that good competitively at sailing.  She just taught

17           sailing and did sailing in, you know, (overlapping

18           dialogue; inaudible) --

19  SINGER:   Right, so --

20  WILSON:   -- Yacht Club.

21  SINGER:   But at the end of the day, by the side door, I may

22           be able to go to the sailing coach and say, "Hey, this

23           family's willing to make the contributions.  She could be

24           on your team.  She is a sailor.  She may not be up to the

1      level you are, but she can con-- you know, you're gonna

2      get a benefit, [00:04:00] and the family's gonna get

3      benefit.  So are you will-- are you interested in doing

4      that?"

5   WILSON:   Yeah.  OK.  And just -- but -- and what's the other

6      side?  If it's not a sport, what is it?  Is there any

7      other side doors in --

8   SINGER:   Then I have to go to -- then I have to go to

9      department chairs, and, and, and get...  Some schools

10     have a VIP list at the department chair level, so we

11     could go that route, and then you can help their

12     (inaudible) -- their, their program.  It just depends on

13     which school you want to go to.

14  WILSON:   OK, you know, I have this friend -- you know, one of

15     the things I wanted to talk to you about, too, is I -- I

16     don't know how -- I remember last time I did this, you

17     didn't really make any money on this, on the side, this

18     stuff.  You just charge, and then you make a donation to

19     the school, and that's it?

20  SINGER:   Well, uh, so it depends in different ways.  So

21     what's happened in the grown-up world of my world now,

22     compared to when, you know, we did ███████, was that

23     essentially now the money goes into my foundation, as a

24     donation, (overlapping dialogue; inaudible) --

1   WILSON:   Oh, to your foundation, not to the schools.

2   SINGER:   Yeah, then that way the kids don't know it happens,

3        right?

4   WILSON:   Yeah.

5   SINGER:   So -- and then the other part [00:05:00] of that is

6        they don't chase you all the time for money.  'Cause once

7        you -- you know, once you're -- they know you gave money,

8        that's a different story.  And then what I can -- what

9        I'll do is I'll split the money potentially to the coach

10        or other pl-- parties that are out that school that need

11        the money, right?

12   WILSON:   Mm-hmm.

13   SINGER:   So...  Or it may go right to the coach, um, that's

14        helping us.  It ju-- it just depends on the school.

15   WILSON:   Right.  OK, so you don't actually get credit for a

16        donation to the school, or get hounded for that.  You

17        get, uh --

18   SINGER:   (overlapping dialogue; inaudible)

19   WILSON:   -- your donation to you, or your foundation, the Key

20        or whatever --

21   SINGER:   Right, and you get --

22   WILSON:   -- that, uh -- and --

23   SINGER:   -- your write-off, and then you do your thing.

24   WILSON:   OK.

1   SINGER:   And then the kids get in the school.

2   WILSON:   So my colleagues -- so, so you c-- you, you

3          (inaudible) I assume take a share of that or something.

4          If it's all going to your foundation, you can't take a

5          share if it goes to your foundation.  You don't get a fee

6          on that, then?

7   SINGER:   Um, I just do my fee for what I take when I do your

8          normal applications.

9   WILSON:   Yeah, that's, like, terrible.  I, I think, from a

10          business model point of view, again, I advised you last

11          time, (laughter) I still advise you, this is worth a lot

12          to people, and so, you know, to the extent you [00:06:00]

13          want to make more money, I would think you would have

14          some kind of fee for that.  (inaudible) it's 350 to the

15          foundation, plus another 20% for me for using my leverage

16          and my relationships --

17   SINGER:   Yeah.

18   WILSON:   -- or something, no?

19   SINGER:   Well, I'm, I'm gonna use your business model going

20          forward.

21   WILSON:   I think you should.  I, I really would advise you...

22          But anyway, I -- so then I have this, uh, close friend of

23          mine here who works at, uh, ███████ with me, and he's

24          very well off.  He's the head of, uh, one of these big

1        areas in ██████ for a lot of years.  And his daughter's

2        -- wants to go to Brown next year.  His concern -- I

3        said, "Well, have you thought about...?"  It may be too

4        late, 1.  I don't know.  Um, she's going through her

5        senior year right now.

6    SINGER:   Well, what's the relationship that that person would

7        have...?  I mean, is that g-- is that person big enough

8        in ██████ that people would know who that person is?

9    WILSON:   Uh, yeah, probably.

10   SINGER:   OK, so then here would be my suggestion, to be frank

11       with you --

12   WILSON:   OK.

13   SINGER:   -- and I'd love to help -- you know, it is late and

14       all of that.  The president takes meetings all the time

15       from influential people.  She's a good gal.  And she--

16   WILSON:   Of Brown?  Yeah, I don't know.

17   SINGER:   Yeah, at Brown.  So what I would suggest is that,

18       [00:07:00] um, he calls up her office -- they have a

19       scheduling person for the president -- and he sets up a

20       meeting for he and his daughter to go meet, and she kinda

21       meets with them, and then she'll give an indication, and

22       he'll get an idea of what it's gonna need -- what's gonna

23       need to be done to, to have her to go to Brown.  That's -

24       -

1   WILSON:   (overlapping dialogue; inaudible) the front door --

2   SINGER:   -- that's the path I would go.

3   WILSON:   -- like, like, $10,000,000 kind of thing?  Or that'd

4       be the (overlapping dialogue; inaudible) --

5   SINGER:  No, no, no, I think it's a lot less than that.  I

6       think it's a lot less than that.  But, um, but it's first

7       getting the meeting with the president, and just talkin'

8       about -- and then also what he could do for the

9       university, not only financially but, you know, just in -

10      - he could be a, a guest lecturer.  He could do, you

11      know, lots of different things.

12  WILSON:   Uh-huh.

13  SINGER:   That would be my suggestion.  (overlapping dialogue;

14      inaudible) --

15  WILSON:  He wanted to do it -- so the, the other thing he had

16      a concern was he wanted to do it in a way his daughter

17      wouldn't know.  His daughter's already said, "Dad, don't

18      help me with this, don't help me with that."  She's very

19      kind of, uh --

20  SINGER:  Well, then that's a different path, and then -- then

21      I may have to get involved in that.  Um --

22  WILSON:   Right, so that's --

23  SINGER:   -- but, but it's really --

24  WILSON:   -- the only thing he's sensitive to.

```
 1   SINGER:   -- it's --

 2   WILSON:   [00:08:00] His daughter's, like, really independent

 3        that way.

 4   SINGER:   Right.

 5   WILSON:   And she's very smart.  She got a 35 or 31 below

 6        perfect --

 7   SINGER:   But, but --

 8   WILSON:   -- on the ACTs --

 9   SINGER:   -- I --

10   WILSON:   -- and all that, but...

11   SINGER:   No, I get it, but it -- what I would do is I would

12        still -- because him goin' to meet the president isn't --

13        doesn't mean that she's gonna help him, but that's a good

14        starting point.

15   WILSON:   Mm-hmm.  Well, maybe I'll just connect you 2 by an

16        email, and (inaudible) somethin' like that?

17   SINGER:   So --

18   WILSON:   Does that make sense?

19   SINGER:   So I can make the -- I can call the office, and then

20        what they normally...  So I just had a family do that,

21        and essentially what they told me to do was just, um,

22        have, have my family call the scheduling coordinator for

23        a time --

24   WILSON:   Mm-hmm.
```

```
1    SINGER:   -- and, and -- with the background of the

2         candidates, and then they'll, they'll usually set up the

3         meeting.  Sounds like this person's well -- high enough

4         up that it makes sense for (overlapping dialogue;

5         inaudible) --

6    WILSON:   Yeah, he's one of the top, let's say, 12 people.

7         He's on the Executive Board and all that stuff like that,

8         so...

9    SINGER:   Yeah, yeah, so then that makes sense.

10   WILSON:   Now, he's, um...  [00:09:00] Let's see, what else?

11        Uh, that's her f-- uh, what do you call it, early

12        decision school, I think, and all that stuff?

13   SINGER:   Yeah.

14   WILSON:   So she's got all that --

15   SINGER:   Yeah.

16   WILSON:   -- stuff goin' for her.  She really loves it, wants

17        to get there and all that stuff, and he's willin' to pay

18        a million, 2 million.  He didn't care.  Um, so it's that

19        -- it's his last daughter, and he's, you know, pretty

20        well off that way.  I don't know what -- um, is Brown one

21        of those 350 or million...?

22   SINGER:   Oh, it's in the millions.  Yeah, yeah, yeah.  No,

23        there's no --

24   WILSON:   2 million (overlapping dialogue; inaudible)?
```

1    SINGER:   -- 350 (inaudible)...  Yeah, there's no -- there's

2        no (laughs) 350...  I'll -- I would have a (overlapping

3        dialogue; inaudible) --

4    WILSON:   I thought that Stanford -- not Stanford -- I thought

5        that UCLA and USC and stuff like that was (overlapping

6        dialogue; inaudible) --

7    SINGER:   Yeah, that's a different story.  They're not Brown.

8    WILSON:   No, no, that's what I meant.  The, the -- there's

9        the 350 schools, or...  (laughter)

10   SINGER:   Yeah.  Yeah, exactly.

11   WILSON:   And everybody else jumps up to the million

12       (inaudible), yeah?

13   SINGER:   Yeah, you gotta ante way up.  Yeah, absolutely.

14   WILSON:   There's not much, uh -- not much in between.  Uh,

15       because (inaudible), too, like, (inaudible) is just -- a,

16       a bunch of them are 350s, the second tier or whatever you

17       want to call 'em, and then everything else just jumped

18       immediately to --

19   SINGER:   That's correct.

20   WILSON:   -- (inaudible) 1, 2.

21   SINGER:   W-- yeah.

22   WILSON:   There's no, like, 500 or 700 (overlapping dialogue;

23       inaudible) --

24   SINGER:   No, no.

1   WILSON:   -- or...?

2   SINGER:   No.  No, because it makes no sense for them to get

3          involved at those schools unless they're gonna really get

4          after.  But in [00:10:00] your case, with the girls, I

5          may be able to negotiate, knock it down so that, you

6          know, (inaudible) for 2 and figure it out.

7   WILSON:   L-let's say, let's say they both wanted to go to a

8          Harvard or a Stanford, right?  Obviously -- is it much

9          more difficult in Stanford versus Harvard, or Princeton?

10  SINGER:   No, same -- no, but it's the same --

11  WILSON:   Are they all the same?

12  SINGER:   They're all the same.

13  WILSON:   Yeah.  If you wanted to do 2 at Harvard or 2 at

14         Stanford...?  Now, I'm an alumni at Harvard.  I've given

15         some money, but not a lot.  I've given, you know, a few

16         hundred grand or (overlapping dialogue; inaudible).

17  SINGER:   Uh, well, uh, so we just need to strategize on how

18         we're gonna -- where we're gonna go, where we wanna go,

19         right?  'Cause I don't think the girls have any, any idea

20         right now.

21  WILSON:   Yeah, no, I don't think...  They would love to go to

22         Stanford or Harvard.  (inaudible) --

23  SINGER:   Sure.

```
 1   WILSON:  -- she loves the school there, and loves the thought

 2        of it.  Uh, █████████ loves Harvard, just from the thought

 3        of it.  I know she's said to her friends...  Uh, I just

 4        listen to 'em talkin' to their friends, you know?

 5   SINGER:  Right.

 6   WILSON:  "Where would you like to go?"  You hear that stuff.

 7        It doesn't have my influence...  It has my influence

 8        indirectly, and, of course, they have these big, you know

 9        -- oh, that's a great school, just the, the brand name in

10        their minds, you know.

11   SINGER:  Well, and, again, most people don't think they can

12        get into Stanford so they don't even [00:11:00] bring up

13        that name.

14   WILSON:  Yeah, but they lived out there and they went --

15   SINGER:  I know.

16   WILSON:  -- swimming in the waterfalls.

17   SINGER:  Right.

18   WILSON:  They know that --

19   SINGER:  No, no, I totally get it.  (laughs) I totally get

20        it.  No, I get it.

21   WILSON:  (inaudible) lived there.

22   SINGER:  Yeah.
```

1    WILSON:   So those are the 2 that are on the top.  I-it's,

2        it's the strategy to try to get into those 2.  Um, is

3        Harvard easier 'cause I'm --

4    SINGER:   No, it's not that.

5    WILSON:   -- legacy?

6    SINGER:   But --

7    WILSON:   That doesn't mean shit?

8    SINGER:   Your legacy means 0, because...  (laughter)

9    WILSON:   (inaudible) my life, you know.

10   SINGER:   John, (overlapping dialogue; inaudible) --

11   WILSON:   Unless you're donating a building, huh?

12   SINGER:   You've done quite well for yourself, so for a guy

13       that has no legacy, you're OK.  (laughter)

14   WILSON:   Oh, shit.  So legacy doesn't help at all, huh?

15   SINGER:   Unless you're a big legacy, but you --

16   WILSON:   Especially a big donor legacy, huh?  OK.

17   SINGER:   -- you haven't -- you haven't done that yet.

18   WILSON:   OK, I see.  That's interesting.  So that doesn't

19       matter.  Um --

20   SINGER:   Like, what's your -- like, how much do you give to

21       Harvard?

22   WILSON:   Nothing.  Like, a couple hundred grand over the

23       years, so...

24   SINGER:   OK.  (laughter)

1  WILSON:  So they have too much money.  It pisses me off every

2       time they ask for money.  I say, sure, I'll give you 10

3       grand, you know.  Stop botherin' me.

4  SINGER:  No, I get it.  I get it.

5  WILSON:  [00:12:00] The fuckin' endowment's $30,000,000,000.

6       Like, are you shitting me?  (laughter)

7  SINGER:  I know.  I know, I know, I know.  I know, I get it.

8       I get it.

9  WILSON:  (inaudible) give to, you know, other charities.  But

10      anyway, that's a -- that's a whole different story.  But

11      i-is it --

12 SINGER:  So --

13 WILSON:  -- a better strategy to try and split 'em across the

14      2 --

15 SINGER:  Oh, yeah, I got (inaudible) strategies --

16 WILSON:  -- try to get 'em to go to 1.

17 SINGER:  -- I'm gonna...  No, I'm gonna use athletics to help

18      you, because that's the easiest way.

19 WILSON:  'Cause they're pretty tall and strong, and I think

20      they could actually...  I mean, when I saw ██████████

21      rowing --

22 SINGER:  No, they're good athletes.

23 WILSON:  When I saw ██████████ --

24 SINGER:  Yeah.

```
 1   WILSON:   -- row on fuckin' that crew machine, I thought she

 2             was gonna break the machine, she was goin' so hard.

 3   SINGER:   No, she -- no, th-they en-- they, they may end up

 4             gettin' in without even a donation, but, but you --

 5             you'll know at least this route, we got an --

 6   WILSON:   They gotta get (overlapping dialogue; inaudible) --

 7   SINGER:   -- we got the side door route, too.

 8   WILSON:   -- though, right?

 9   SINGER:   Yeah, yeah.

10   WILSON:   But they're not really playing crew much.  They're

11             not doing crew, running crew.

12   SINGER:   Right.

13   WILSON:   So you gotta (overlapping dialogue; inaudible).

14   SINGER:   So we'll, we'll, we'll figure it out.  So --

15   WILSON:   But what would it be, if they wanted to go to one...

16             Uh, is that -- it's gonna be 2 and a half (overlapping

17             dialogue; inaudible) --

18   SINGER:   It's gonna be 1 -- it -- normally it's 1, 2 each,

19             right?  So I would have to make a deal if you wanted 'em

20             both at the same school, and if they could even take 'em

21             at the same school, and it would cost you -- it'd cost

22             you a couple million dollars.  Big guy like you,

23             [00:13:00] (laughs) that's easy.
```

1   WILSON:   Yeah.  Not so easy on liquidity, but yeah,

2          (laughter) (inaudible).  You got the installment plan?

3          (inaudible).

4   SINGER:   (inaudible).  Listen, I gotta go to an a-- another

5          appointment.  I just wanted to make sure I got back to

6          you.  I'm gonna be spending some time in Boston, because

7          I'm gonna be reading in Harvard this year, so I'll be

8          able to get together with you.

9   WILSON:   Oh, I'd love that.  That'd be great.  And I'm gonna

10         connect you -- I'll just (inaudible) -- I'll send an

11         email to you, and the guy's name is ████████████, and --

12  SINGER:   OK.

13  WILSON:   -- he could become a client and do whatever, and

14         I'll let the 2 of you kinda email back and forth and

15         stuff.  He'd love to do something not known to his

16         daughter at Brown.

17  SINGER:   Got it.

18  WILSON:   (laughs) And he's got money.

19  SINGER:   I gotcha.  I gotcha.

20  WILSON:   OK.

21  SINGER:   All right.  Take care.

22  WILSON:   All right, take care.  Bye.

23  SINGER:   OK, bye-bye.

24  [00:13:40]

1

2                        END OF AUDIO FILE

# Exhibit DDD

1   **Call Date:**     2018-10-15

2   **Call Duration:** 11:18

3   **Call Begin [] Call End []**

4   **Call Participants:**

5       Rick Singer

6       John Wilson

7   **File Name:**      ██████████  2018-10-15 17-45-46 10126-001

8   **Bates No.:**

9

10  SINGER: [00:00] John.  How are ya?

11  WILSON: Hey, Rick.  Doin' well.  And yourself?

12  SINGER: It's ki-- you're goin' in and out.  Sorry.

13  WILSON: I got a -- I got a bad, uh, (inaudible).  It's just a

14          --

15  SINGER: Where is tha--?

16  WILSON: -- (inaudible) they got a big thunderstorm goin'

17          through.  Can you hear me better here?

18  SINGER: Yeah, I can hear you better.

19  WILSON: Uh...

20  SINGER: That's much better.

21  WILSON: Uh, you're pr-- busy these days, huh?

22  SINGER: Yeah.  We got early decision comin' up.

23  WILSON: Sh--

1    SINGER: Uh, you're gonna be goin' through the same thing,

2            so...

3    WILSON: Oh, I know, next year, exactly.  So, hey, uh, there

4            were a couple topics.  One was, ya kno-- my

5            daughter's, and, uh, making some donations now,

6            whatever -- how that can work.  And then, second, I do

7            want to give some time, uh, to, uh, talk a bit about

8            your overall, uh, pricing strategy and your economic

9            model, if you want.

10   __:     Uh...

11   WILSON: I don't want to force it on you.  But I just think --

12   SINGER: No, no.  Uh, yeah.  So le--

13   WILSON: -- could be helpful.

14   SINGER: -- well, let's -- let's start with number one.  So

15           what would be great is... You know, w-- I have a

16           bunch of schools that we work with directly.  And, you

17           know, it's kind of a first serve-- firs-first come,

18           first [01:00] served.  Right?  So like I have

19           opportunity with Stanford in sailing.  And I can do

20           other Stanford sports potentially too.  And we have

21           Yale and we have Harvard.  And then I can go after all

22           these other schools too.  But, of course, I don't know

23           what the girls want.

1   WILSON: Right.  Well, help me understand where you have first

2           come, first serve and, uh...  So, uh, you have, as you

3           said, Stanford, sailing.

4   SINGER: Stanford, sailing.  Got Yale, soccer, um, Harvard...

5   WILSON: They probably wouldn't want Yale.  Harvard?  What, uh

6           -- what do you have at Harvard?

7   SINGER: Harvard, we could do multiple sports.  I just need to

8           go to them.  I could actually even go to Y-- uh, you

9           don't want Yale, because you thought that they were

10          too what?  Too conservative or they were too liberal?

11  WILSON: Too liberal.

12  SINGER: OK.  I don't know which -- I don't know which side of

13          the room, uh, you know, you -- you come from.  So.

14          Uh, you know, we could do Stanford.  We can do,

15          obviousl-- USC with anything.  Right?  So that's an

16          easy one.

17  WILSON: How about UCLA?

18  SINGER: UCLA, I could do the same thing.

19  WILSON: And [02:00] what about, uh...?  Got, uh, multiple

20          there.  And what about the, um -- uh, Georgetown?

21  SINGER: Uh, for where?

22  WILSON: Georgetown?

23  SINGER: Georgetown, we could do the same thing.  Yeah.

24  WILSON: Lots of mul--ple options.

1   SINGER: Yeah.

2   WILSON: So Stanford only has 1 or 2.  Just sailing?  Is that

3          about it?

4   SINGER: Um, so, uh, usually I can go t-- sailing, I can go to

5          the crew coach, 'cause I'm friendly with her, um, and

6          we can, you know, d-- always do women's lacrosse.  And

7          again, ya know, they don't have to play.  They just --

8          I j-- that's the path I'm gonna get 'em in on.

9   WILSON: Gotcha.  And what about Harvard?  Crew, sailing.

10         Anything else?

11  SINGER: Um, sailing, crew, sometimes tennis.  The key to here

12         is that, if I were to get a deposit, l-- you know,

13         like, uh, uh, half a million dollars in the bank, then

14         it's --

15  WILSON: Uh...

16  SINGER: -- ya know, we can figure out where they wanna go.  So

17         what I'd like to do is...  I'm gonna be in town on

18         November 1st and 2nd.  If you can start probin' with

19         the girls as [03:00] to potentially their -- what

20         they're thinking, then we -- you and I could -- if

21         you're -- if you can be in town one of those days -- I

22         think it's a Thursday, Friday -- and we could talk

23         face-to-face, then we could figure out, OK, what are

24         we gonna go after.  So if anybody asks me for like a

1               Stanford spot and we're not sure yet, then I can call

2               you and say, "Hey, somebody wants that spot and I only

3               have 1," or "I'm gonna get a second one," or whatever.

4               But having the money already, in advance, makes it

5               much easier.  Because I gotta go with whoever's gonna

6               ante up.

7   WILSON: Yeah.  And who do we make these, uh, checks out to?

8               And, uh, what's, uh -- uh, what's your foundation?  Do

9               you have a whole wiring -- send me an email with all

10              your wiring and all, uh...?

11  SINGER: Yeah.  I can send ya a email with all the wiring

12              instructions.  And then g-- uh, uh, your check will be

13              -- to into our foundation's account.

14  WILSON: Ri-- goes to your foundation, right.

15  SINGER: Yeah.

16  WILSON: Uh, uh, do you have mul--?  So you have multiples, uh,

17              at Harvard and Stanford and, uh...

18  SINGER: Correct.

19  WILSON: You have mul--ples everywhere, it sounds like.

20  SINGER: Correct.

21  WILSON: And they don't actually have to do that sport, you're

22              saying.  They could just go in and --

23  SINGER: Correct.

24  WILSON: -- be like the, uh -- the [04:00] scorekeeper or --

1   SINGER: Corre--

2   WILSON: -- water boy, water girl.

3   SINGER: Manager or whatever you want to call 'em.  Yeah.

4   WILSON: Uh, manager, those things.  OK.  And you can do 2 at 1

5           school, as well.  You could do 2 at, uh...?

6   SINGER: It's more difficult to do.

7   WILSON: Uh...

8   SINGER: That's why it depends on where it is.  And the earlier

9           I know, then that gives me a chance to go after it.

10          'Cause I'll have to solicit, uh...

11  WILSON: Uh, let's say it's 2 at either Stanford or Harvard.

12  SINGER: So then, uh...

13  WILSON: Are those impossible or...?

14  SINGER: No, it's not impossible, absolutely not.  It's just a

15          matter of I just need to know that I go-- I gotta

16          start doin' my work now on that.  So by you makin' the

17          deposit, it makes it easier for me, because I know I

18          g-- uh, because what they're gonna first say to me...

19          If I go to them...  And let's say we're doin' 2 girls

20          in 1 place.  Then they're gonna say to me, uh, "We're

21          gonna give up a spot for you.  Are you --"

22  WILSON: Uh...

23  SINGER: "-- are you guaranteeing me that's she's comin'?  And

24          is the family guaranteeing me that they're gonna ante

1                up and they're gonna make a payment?"  Because they

2                don't want to give up a spot.  And the earlier I do

3                it, the better.

4     WILSON: Gotcha.  So, uh, what about Princeton?  They have

5                multiples [05:00] too?

6     SINGER: 1.  Usually, I could try to get a second, but it's

7                more difficul--

8     WILSON: Only 1 at Princeton.  OK.

9     SINGER: Yeah.

10    WILSON: And same kinda deal, any spor--?  You don't have to

11               really play the sport?

12    SINGER: That's correct.

13    WILSON: And you can do that -- you can also get some kinda

14               chair things too, if you don't do the sport?

15    SINGER: Uh...

16    WILSON: Or, uh, sport mostly is your...?

17    SINGER: Um, yeah, the...  It jus-- well, like it depends on

18               the school.  To go after a dean is a little more

19               difficult.  With your girls, because they're athletic

20               and they're big and all of that, I can sell to anybody

21               that they're athletic enough to be able to take 'em

22               and there'll be no question.

23    WILSON: Yeah.  Their size and, uh...  So they...  Yeah.

24    SINGER: Correct.

1    WILSON: Even though they wouldn't play.  OK.

2    SINGER: R--

3    WILSON: And Brown?  Is, uh, Brown also 2?  Or wh--?

4    SINGER: Brown's an option too.  Yeah, sure.

5    WILSON: A couple of 'em.  OK.

6    SINGER: Yeah.

7    WILSON: Uh, and those are all -- except for like UCLA and

8             USC...?  Those are like the 350 and the other ones are

9             gonna be like 1,000,000, whatever?

10   SINGER: Yeah.  The -- the big boys are gonna cost you over

11            1,000,000.  And, uh, probably -- if I know early

12            enough, I could probably get it done at 1.5 for both

13            girls.  Uh, I just need to -- [06:00] I need to push

14            now.

15   WILSON: OK.  So, yeah, I can get ya more now, if that helps

16            you and makes everything certain.  Uh, yeah.  So I'll

17            give you at least half.  Maybe I can get ya ¾ of a

18            million now, if that makes it like, you know, more

19            certain and you're gonna say --

20   SINGER: OK.

21   WILSON: -- (inaudible) done, that's a better way to do it, for

22            you.

23   SINGER: Uh...

```
 1    WILSON: It makes it better -- you're saying better with the
 2            schools, everything, it's much better to get it --
 3    SINGER: We-- uh, th-the --
 4    WILSON: -- as a guarantee.
 5    SINGER: -- the amount, uh, that doesn't ma-matter right now.
 6            It matters you're committed.  And you putting down
 7            some money, th-that I know...  John, I kn-- known you
 8            for years.  So I know, when, uh, we get the girls in,
 9            it's a done deal and you're gonna take care of your
10            part of it, you're gonna make the payments to the
11            schools and the -- to the coaches.  And that's what I
12            need -- that's -- tha-- so I'm not worried about that.
13    WILSON: Uh, uh, help me understand the logistics?  I thought I
14            make the payment to you and you make the payment to
15            the school.
16    SINGER: Correct.  That's correct.
17    WILSON: Oh, you said I make the payment to the schools.
18    SINGER: Well, no, no.
19    WILSON: You're (inaudible)...
20    SINGER: Uh, essentially, uh, it's gonna come to my
21            foundation...  That's correct.
22    WILSON: And you pay.  Uh, r-- OK.
23    SINGER: That's correct.
```

1   WILSON: Now, um, uh, how does that actually wor--?  What if

2          they don't actually get in?  Uh, it's not a b-- uh...

3   SINGER: Oh, no, no, no.  Y-you don't have to [07:00] worry

4          about it.  They're -- it's g-- it's a done deal.  And

5          I'll know beforehand if it's gonna be done or not.

6   WILSON: Uh...

7   SINGER: But, uh --

8   WILSON: When will you know --

9   SINGER: -- see, uh --

10  WILSON: -- in the summer of next year?

11  SINGER: -- I need a score.  See?  That's why I need their

12          grades and scores.  And that's wh--

13  WILSON: Yeah.  They get PSATs.  And they just took the PSATs.

14  SINGER: Correct.  And then I need the real scores.  That would

15          be -- that's gonna -- that's gonna be able to tell me

16          how easy it is to -- to flow it through or no-- and

17          I'm hopefu-- both girls get the same or something

18          similar to each other.

19  WILSON: They've gotten pretty similar scores all along, plus

20          and minus math and English, that kinda stuff.

21  SINGER: Right.

22  WILSON: Yeah.

23  SINGER: Right.

1    WILSON: As long as, you know, like you can -- 1300 or so, is

2            that OK --

3    SINGER: Correct.

4    WILSON: -- is it --

5    SINGER: Yes.  Yeah.

6    WILSON: -- 1300 plus?  OK.

7    SINGER: Yeah.

8    WILSON: Now, do you ha-- when you say you need to know, we

9            have to actually have picked a school by when too,

10           that it's -- OK, it's 2 to Stanford, 2 at Harvard, or

11           1 in each --

12   SINGER: Well, uh, late --

13   WILSON: -- 1 in USC, or...?

14   SINGER: -- so I need that late spring.

15   WILSON: So late spring only.  OK.

16   SINGER: Right.  And you guys are gonna visit the schools by

17           then.  You'll have so much fun, uh.

18   WILSON: Yeah, yeah.  They're g-- they haven't gone to these

19           place-- they've been to some of them.

20   SINGER: Correct.

21   WILSON: But they didn't go to them, look at 'em.  Uh, does it

22           matter if they go to them and look at the -- an-and

23           have this whole tour, with the [08:00] school knowing,

24           or just go and look at themselves?

1   SINGER: No, uh.  It's a --

2   WILSON: Want to suck up to the dean?

3   SINGER: -- uh, a regular tour -- regular -- regular tour.

4   WILSON: OK.  Do those have to be done durin' the week too?

5           They can't do 'em --

6   SINGER: Yeah.

7   WILSON: -- on a weekend really?

8   SINGER: Yeah.  The weekends -- you know, because they don't

9           have the same energy.

10  WILSON: No, no.  I understand that.  But I meant for the

11          school, to meet with the whatever, faculty -- or not

12          the facu-- but the...

13  SINGER: Well, they d-- they're just gonna go on a regular

14          tour.  They're not gonna meet, uh, faculty anyways.

15  WILSON: I mean, see the class, I mean-- not meet the faculty

16          but see the classrooms.

17  SINGER: Well, if we have kids that go there.  We can set it up

18          with 'em.  If I don't kids that go, they don't go see

19          classes.  People do--

20  WILSON: Oh, they do not.  They just go on a tour --

21  SINGER: No.  People are worried --

22  WILSON: -- of campus by --

23  SINGER: -- about all that.  Yes.

1   WILSON: -- admissions?  OK.  So it's admissions tour, not like

2          a classroom tour.

3   SINGER: Correct.

4   WILSON: OK.  Uh...

5   SINGER: Correct.  Unless I have kids there.

6   WILSON: Uh, gotcha.  OK.  So if I do it early on, you might

7          even get, you said, 2 -- uh, 2 (inaudible) the top

8          ones (inaudible) 1 (inaudible).

9   SINGER: Correct.

10  WILSON: And does it really matter, though, if it's 2 at 1 or,

11         uh, not?

12  SINGER: It d--

13  WILSON: Ho-how much did you...?

14  SINGER: It makes it ea-- it makes it easier, if it isn't, but

15         it can be done.

16  WILSON: It could be done.  OK.  And you're pretty confident

17         right now, a-and all those top schools, you could get

18         something done, as long as they get --

19  SINGER: Yeah.

20  WILSON: -- a test score of [09:00] 1300.

21  SINGER: Because I'm -- I'm usin' up my spot now.  And then you

22         have the ne-- you're early.

23  WILSON: OK.  Great.  And then, uh...  You only have like 1 or

24         2 spots in each of these place, though, you're saying.

 1  SINGER: Correct.

 2  WILSON: Or, y-- uh, you have several, depending on the sport,

 3          you were s-- uh, 'cause like --

 4  SINGER: Well, it depends.

 5  WILSON: -- Harvard, you can a couple --

 6  SINGER: Uh, uh...

 7  WILSON: -- both crew and saili--

 8  SINGER: Well, John, it, uh -- it depends on boy or girl, all

 9          of that, right?  Because --

10  WILSON: But I'm saying 2 girls.

11  SINGER: -- (inaudible).  Yeah, usually 2 girls.

12  WILSON: So my t-- you can get a couple girls in each year, to

13          these places.  And they may --

14  SINGER: Correct.

15  WILSON: -- take both of those spots.

16  SINGER: Correct.

17  WILSON: OK.  Sound like you got 20 spots.  You may only have

18          2.

19  SINGER: No.  Uh, right.  You're crazy.

20  WILSON: No.  It's why you need to charge a bigger premium, my

21          friend.

22  SINGER: I got it.  Well, we'll have that discussion in --

23  WILSON: Uh...

24  SINGER: -- in, uh, November.  How's that?

```
 1   WILSON: OK.  And that sounds great.  So I w-- I will get

 2           you...  Send me an email with where you need to send

 3           these funds.  And so you don't care.  Half a million,

 4           whatever, is good, ¾ of a million, doesn't really

 5           matter, you're saying, just send something to you.

 6   SINGER: Correct.

 7   WILSON: And then, uh -- uh, then you know we're locked in for

 8           2.  We don't know where yet.

 9   SINGER: R--

10   WILSON: We'll determine that a little bit later in the year,

11           maybe November.  [10:00] So you have your dates?  Is

12           it 1 and 2, for sure?  What is your schedule?

13   SINGER: Excuse me?

14   WILSON: The dates (inaudible) --

15   SINGER: Yeah.  November --

16   WILSON: -- come back to Boston, uh.

17   SINGER: -- 1st and 2nd.  Yeah.  November 1st and 2nd -- it's a

18           Thursday, Friday -- I'll be...

19   WILSON: OK.  Yeah.  Right now we were plannin' on being out of

20           town, damn it.  We're gonna be in Europe.  Uh, when's

21           the next time you're in, uh, Boston, uh?

22   SINGER: Uh, I'll have to figure that out.  I'll let you know,

23           though.
```

```
 1   WILSON: OK.  My girls'll be in town.  But w-- Leslie and I

 2           will be out, yeah.

 3   SINGER: OK.  Gotcha.

 4   WILSON: All right.  Oh, by the way, you should mark your

 5           calendar for next Ju-July, if you want, in, uh, Paris.

 6           Got a big birthday, July, uh, 19.

 7   SINGER: OK.

 8   WILSON: I rented out Versailles.

 9   SINGER: Oh, my God.  You're crazy.

10   WILSON: I know.  A black-tie party there.  So you'll have to

11           come.

12   SINGER: Uh...

13   WILSON: Anyway.  Uh, I will -- I'll get you -- uh, I'll parti-

14           -

15   SINGER: I'll send you the -- I'll send you the w-- uh,

16           information about the bank and the wiring stuff, uh,

17           probably in the next day or so.

18   WILSON: OK.  That's great.  It's good to hear that earlier is

19           better.

20   SINGER: Yeah.

21   WILSON: I'm glad we had this conversation.  And then I'll have

22           the girls run a filter, over the next few weeks.  Uh,

23           they could meet with you in November without us.  Is

24           that [11:00] OK?  Or would you --
```

1   SINGER: Sure.

2   WILSON: -- want (inaudible) with us?

3   SINGER: Absolutely.

4   WILSON: OK.

5   SINGER: Absol--

6   WILSON: So I'll have the girls plan on meeting you sometime

7           November 1 and 2.  Let me know the next time you're on

8           (inaudible).

9   SINGER: Will do.

10  WILSON: Yeah.  I'd be happy to help you with your business

11          model.  So I think you're leaving a lotta money on the

12          table.

13  SINGER: I know y-- I know that.  We'll have that discussion.

14  WILSON: OK.  So the g--

15  SINGER: All right, John.

16  WILSON: Uh...

17  SINGER: Thanks.

18  WILSON: Take, uh...

19  SINGER: OK.  Buh-bye.  [11:18]

20

21                        END OF AUDIO FILE

# Exhibit EEE



**Bank of America** 🇺🇸

**Your checking account**

THE KEY WORLDWIDE FOUNDATION  |  Account #▆▆▆▆▆▆  |  October 1, 2018 to October 31, 2018

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| | | |
| 10/17/18 | WIRE TYPE:WIRE IN DATE: 181017 TIME:1616 ET TRN▆▆▆▆▆▆<br>SEQ▆▆▆▆▆▆ ORIG:HYANNIS PORT CAPITAL INC ID▆▆▆▆▆▆<br>BK:FIRST REPUBLIC BANK ID▆▆▆▆▆▆ | 500,000.00 |

**Total deposits and other credits**

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| | | |

**Total withdrawals and other debits**



**Bank of America**

<span style="color:maroon">**Your checking account**</span>

THE KEY WORLDWIDE FOUNDATION   |   Account #⬛⬛⬛⬛⬛   |   December 1, 2018 to December 31, 2018

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 12/11/18 | WIRE TYPE:WIRE IN DATE: 181211  TIME:1323 ET TRN⬛⬛⬛⬛⬛<br>SEC⬛⬛⬛⬛⬛        ORIG:HYANNIS PORT CAPITAL INC ID⬛⬛⬛⬛<br>BK:FIRST REPUBLIC BANK ID⬛⬛⬛        PMT DET:RE :DONATION | 500,000.00 |

**Total deposits and other credits**

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|

**Total withdrawals and other debits**

# Exhibit FFF

**From:** John Wilson
**To:**
**Sent:** 10/17/2018 2:15:45 PM
**Subject:** Re: The Key Worldwide FOundation

Yes

John B Wilson

President and CEO,
Hyannis Port Capital Inc.

On Oct 17, 2018, at 13:13, ██████████████████████ wrote:

Ok, so I'm assuming you will let me know when this is to be wired, so I'll wait for further direction.

**From:** John Wilson
**Sent:** Wednesday, October 17, 2018 11:09 AM
**To:** █████████
**Subject:** Re: The Key Worldwide FOundation

It's a $500k donation I am going to make this year.  Tax write off and help getting into colleges.

John B Wilson

President and CEO,
Hyannis Port Capital Inc.

On Oct 17, 2018, at 11:58, ██████████████████████ wrote:

I just received a text with Bank info for The Key Worldwide Foundation, what is this for?

# Exhibit GGG

1  **Call Date:**    10/27/2018

2  **Call Duration:** 05:23

3  **Call Begin [ ] Call End [ ]**

4  **Call Participants:**

5       John Wilson

6       Rick Singer

7  **File Name:**        ██████████   2018-10-27 17-13-18 10823-001

8  **Bates No.:**

9

10  SINGER:   [00:00] John, how are you?

11  WILSON:   Hey, Rick, I'm OK.  I'm here in a big rainstorm in

12       Saudi Arabia.  [laughter]

13  SINGER:   In Saudi Arabia.

14  WILSON:   Unusual.  Yeah, I'm in Dubai.

15  SINGER:   I didn't -- I didn't know that they, uh, had storms

16       like that in the desert.

17  WILSON:   I know.  It's very unusual.  Very strange, yeah.

18       (inaudible) all this lightning.  It was crazy.  Anyway,

19       now I'm in the car.  We're heading out so I had a little

20       free time.

21  SINGER:   OK.

22  WILSON:   What's happening?

23  SINGER:   So I had a conversation with the Stanford sailing

24       coach and, um, so I just gave the Stanford sailing coach

1       160,000 for his program and while we were having that

2       conversation I said, "Hey, I'm hoping that this 160 that

3       I'm helping you with helps secure, um, a spot for next

4       year.  Can I be guaranteed a spot for next year?"

5       [01:00] And he said, um, "Yes."

6    WILSON:   (inaudible) all it takes?

7    SINGER:   So... Uh, no, no, no, no.  That's not all it takes.

8    WILSON:   OK.  [laughter]

9    SINGER:   This is not TJ Maxx or Marshall's or something like

10       that.  So, um...

11   WILSON:   Right.

12   SINGER:   So essentially if you're -- um, I want you to have

13       first dibs, like I told you.  So if you want I can

14       provide John Vandemoer, um, -- which I'm going to

15       essentially send John directly the check, to the coach.

16       I can send him your 500,000 that you hired into my

17       account to secure the spot for one of your girls.  Um, I

18       asked him for a second spot in sailing and he said he

19       can't do that because he has to actually recruit some

20       real sailors so that Stanford doesn't --

21   WILSON:   [laughter]

22   SINGER:   -- [02:00] catch on.

23   WILSON:   Right.

24   SINGER:   OK.  So --

1   WILSON:   Yeah, no.  He's got to --

2   SINGER:   -- Stanford --

3   WILSON:   -- actually have some sailors. Yeah.

4   SINGER:   Yeah.  So that Stanford doesn't catch on to what

5          he's doing.

6   WILSON:   Right.

7   SINGER:   So...  Um, and I -- that doesn't mean I'm not going

8          to pursue other Stanford coaches, um, and to be frank

9          with you, it doesn't matter if, um, it's one of the girls

10         who's not a sailor.  I can still put her as a sailor.

11         Or, obviously, the one that is, I can -- I'll mark that

12         she's a sailor because she is, but not at the level in

13         which she can sail at Stanford.

14  WILSON:   Right, right.

15  SINGER:   I just need to know if you want me to go forward and

16         secure that spot.

17  WILSON:   Yeah, that's what I need to think.  I know the girls

18         were looking at, you know, Harvard and Stanford, are

19         their two -- you know, two tops.  Anything on Harvard?

20         So if we did that, we're then precluded -- you know,

21         you've gone (inaudible) already.

22  SINGER:   So we're not --

23  WILSON:   You're saying once you do this you're (inaudible)

24         down that path?

1   SINGER:   Well, that's what I'm trying [03:00] to get.  I'm

2         trying to get -- that you got one and then I'm going to

3         go after the other one, others at Stanford.  I don't --

4         you know, obviously I just started here because I already

5         have that relationship with the sailing coach and I've

6         already --

7   WILSON:   Yeah.

8   SINGER:   -- given him 160,000.  That doesn't mean I'm not

9         going to go after Harvard, as well, and I probably am

10        going to go after Harvard for one spot or two spots but I

11        just haven't been there yet because it's too early.

12  WILSON:   Right.  So what -- uh, (inaudible) so is it, uh,

13        you're committed once you make this call, you're saying?

14  SINGER:   Excuse me?

15  WILSON:   Would we be committed?  Because I don't even -- you

16        know, the girls haven't been out there yet to look at it

17        yet.  How does that work?

18  SINGER:   No, so...  No.  So let -- I'll -- let -- you know,

19        let me have a discussion with the coach to say when I

20        have to have the commitment from you guys.

21  WILSON:   OK.

22  SINGER:   Because that would tell you if you guys needed to be

23        out there to visit or are you just going to [04:00] take

24        the spot now or do we have time.  I'll get back to you on

```
 1        that.  I just want to make sure, you know, I'm working on

 2        it for you and that I got the spot.  I just need to know

 3        if that's what you want me to do and I'll -- and I'll

 4        work on the rest of it over the next day or two to figure

 5        out what the next parameters are.  And then I'll text you

 6        and you can call me from, you know, the Nile with Moses

 7        and Cleopatra and whatever you want.

 8   WILSON:   [laughter]  OK.  I'll be here, then I'll be in Abu

 9        Dhabi and Dubai later in the week and then (inaudible)

10        after that.  All right.  Um -- you know, what about the

11        timing?  Anything -- any news on the Harvard side?

12   SINGER:   I'm just working on the Harvard side now.

13   WILSON:   Is that likely to be in the next few weeks, too.

14        Because I thought we had until spring on some of that.

15   SINGER:   We do, we do.  But I -- but I -- you know, I first

16        got to worry about my kids for this year.  But because

17        you --

18   WILSON:   Yeah.

19   SINGER:   -- provided me the money and I already was on the

20        phone with them, I'm thinking about you guys first.

21   WILSON:   Oh, OK, great.  [05:00]  That's always nice of you.

22        I appreciate that.

23   SINGER:   OK.  So I will --

24   WILSON:   All right.
```

1    SINGER:    -- get back to you on the questions you had but I

2          just wanted to pose this to you now.

3    WILSON:    Right.  Oh, it sounds great.  Appreciate it.

4    SINGER:    OK.  So I'll get back to you --

5    WILSON:    All right.

6    SINGER:    -- or I'll text you.

7    WILSON:    OK, super.

8    SINGER:    OK, John.

9    WILSON:    Thank you.

10   SINGER:    Take care.

11   WILSON:    Take care.

12   SINGER:    OK, bye-bye. [05:23]

13

14                         END OF AUDIO FILE

# Exhibit HHH

1  **Call Date:**    11/29/2018

2  **Call Duration:** 04:02

3  **Call Begin [] Call End []**

4  **Call Participants:**

5      Rick Singer

6      John

7  **File Name:**      ███████████   2018-11-29 15-25-36 12347-001

8  **Bates No.:**

9

10 JOHN  _:   [00:00]  Hello, Rick.

11 SINGER:   John, how are you?

12 JOHN  _:   Not too bad.  How about you?  You coming up for air

13     yet?

14 SINGER:   We're coming up for air.  Where are you at?  Where

15     are you at today?

16 JOHN  _:   I'm in, uh, Houston today.  Yeah.

17 SINGER:   OK, cool.  Well, I'm in Boston working on your pet

18     project, Harvard.

19 JOHN  _:   [laughter] OK.

20 SINGER:   OK.  So, um --

21 JOHN  _:   How long are you in Boston for?  I'm supposed to be

22     back there tonight.

23 SINGER:   About 10 minutes.

24 JOHN  _:   [laughter]

1    SINGER:   I came here because I wanted to make sure I get this

2          thing taken care of for you so that my phone doesn't have

3          the all-time record of most texts.

4    JOHN _:   [laughter]  Oh, come on.  I'm -- I'm being calm.

5    SINGER:   I know.  You're -- you're calm compared to some.  I

6          get it.  So here's what we got.  I'm just leaving Harvard

7          now.  I'm going to go to the airport and essentially we -

8          - we got a spot if -- if that's what you're saying, that

9          ████████████ wants to go to Harvard.

10   JOHN _:   Yeah.

11   SINGER:   So I got [01:00] the senior women's administrator at

12         Harvard is going to give us a spot.  What we have to do

13         is we'll have to give, um, her, um, $500,000.  That

14         money, obviously, like the others, will go through my

15         foundation and then I will fund the senior women's

16         administrator at Harvard.  And then in the spring, since

17         I've already paid ████████████ (sp?) the 500 and now

18         we'll give the senior women's administrator 500, so I got

19         another deal for you.  Is -- your total's going to be

20         1.5.  250 will come in the spring for Stanford and 250

21         for Harvard in the spring and we'll ha-- and we'll be

22         solid.  We'll be done.  We'll apply like a normal student

23         but we'll, um, know that we're getting in in the late

24         fall of next year.

1   JOHN  _:   OK, great.  So what is that going to be?  This is

2        the senior women's -- what does [02:00] she have, no team

3        or anything like that or...?

4   SINGER:   She'll figure it out.  Um, so it won't mean -- it

5        doesn't matter the sport at this point.  She will figure

6        it out and get it done.  Um, so -- and the same thing for

7        -- maybe she won't have to sail but we're going to put

8        her through sailing and John Van de Moore.  This is

9        actually a better play at Harvard because she will, um,

10        just get her in through at-- um, athletics in one of the

11        sports but it won't matter.  It won't matter at all.

12   JOHN  _:   She (inaudible) sail actually so sailing's actually

13        a logical thing.  She could be even the mascot, whatever,

14        but she knows sailing.

15   SINGER:   OK, the mascot.  OK.

16   JOHN  _:   [laughter]

17   SINGER:   (inaudible) the mascot.  I love it.  I love that

18        one.

19   JOHN  _:   So do you need 500 now or what's the (inaudible)?

20        What do you think?

21   SINGER:   Yeah.  I -- I think --

22   JOHN  _:   How quickly do you need the 500?

23   SINGER:   By next week or so.

24   JOHN  _:   Next week.  OK.  Um...

1    SINGER:   You have to liquidate?  Is that what you have to do?

2    JOHN _:   To do it in the next week or so, yeah.  I wasn't --

3         do you know what my -- do -- I've been doing a lot of tax

4         planning, (inaudible), and paying stuff, and all that.

5         Um...

6    SINGER:   What is --

7    JOHN _:   It has to be before year end, right?

8    SINGER:   (inaudible).  [03:00] Uh, before year end, yes.

9    JOHN _:   All right.  Let me, uh, let me try and pull some --

10        pull some leverage.  But that sounds fantastic.

11   SINGER:   OK.  So --

12   JOHN _:   All right.

13   SINGER:   Um --

14   JOHN _:   That's great news.

15   SINGER:   You just -- yeah.  It's great news and you got a

16        discount and we got both settled.  I mean, life is good

17        over at the Wilson house.

18   JOHN _:   Yeah.  Well, hopefully it's settled, right?  I mean,

19        I always -- I'm -- I'm on pins and needles here, I know,

20        because it's like, OK, they got to still get good test

21        grades, of course, all that stuff.

22   SINGER:   No, they got to be -- they got to be good.  They

23        don't have to be over the top.

24   JOHN _:   OK.

1   SINGER:   So if they get their -- they get their 30s, you

2         know, in the low 30s, we're good.

3   JOHN _:   OK.

4   SINGER:   █████████████████████████████████████████,

5         ███████████████████████████████████████

6         ████████.

7   JOHN _:   Right.

8   SINGER:   And if we can perform the same level we're great.

9   JOHN _:   Yeah, I think that's a good -- PSAT.  And they

10        haven't taken the ACT yet.  They take that (inaudible).

11        OK, so it's just that kind of level.  OK, that sounds

12        (inaudible).

13  SINGER:   That's correct.  That's correct.

14  JOHN _:   And then -- all right.  Well, I really appreciate

15        your help on this.  Definitely.  That's great news.

16  SINGER:   No problem.

17  JOHN _:   Thanks for sharing.

18  SINGER:   All right.

19  JOHN _:   All right.

20  SINGER:   Enjoy.  I'll --

21  JOHN _:   Thanks.

22  SINGER:   I'll wait to hear back from you.

23  JOHN _:   OK, great.  Thank you.

24  SINGER:   OK, thanks [04:00].  Bye-bye.  [04:02]

1

2                          END OF AUDIO FILE

# Exhibit III

| # | Time | Note | Deleted |
|---|------|------|---------|
| 1 | **Created:**<br>3/7/2019<br>11:47(UTC-5)<br>**Modified:**<br>3/7/2019<br>11:48(UTC-5) | | |
| 2 | **Created:**<br>2/25/2019<br>19:46(UTC-5)<br>**Modified:**<br>2/28/2019<br>16:37(UTC-5) | | |
| 3 | **Created:**<br>2/21/2019<br>02:07(UTC-5)<br>**Modified:**<br>3/7/2019<br>14:38(UTC-5) | | |
| 4 | **Created:**<br>2/16/2019<br>16:02(UTC-5)<br>**Modified:**<br>2/17/2019<br>10:36(UTC-5) | | |
| 5 | **Created:**<br>2/7/2019<br>17:06(UTC-5)<br>**Modified:**<br>2/7/2019<br>17:06(UTC-5) | | Yes |
| 6 | **Created:**<br>2/7/2019<br>15:01(UTC-5)<br>**Modified:**<br>2/7/2019<br>15:01(UTC-5) | | |
| 7 | **Created:**<br>2/6/2019<br>15:53(UTC-5)<br>**Modified:**<br>2/6/2019<br>16:01(UTC-5) | **Title:** USC is investigating Donna Heinel to s<br>**Summary:** No record of you paying USC anything<br>**Source:** Notes<br>**Body:** USC is investigating Donna Heinel to s<br><br>No record of you paying USC anything<br><br>So you are clean<br><br>Prepare you if someone calls you<br><br>Focused on Donna and no incentive to move this forward. It is all about Donna.<br><br>Do not disclose this to anyone as Donna told me in confidence<br><br>Acknowledge money paid for Michael and payment went to my foundation so you are in the clear. | |
| 8 | **Created:**<br>2/2/2019<br>01:00(UTC-5)<br>**Modified:**<br>2/2/2019<br>01:10(UTC-5) | | |
| 9 | **Created:**<br>2/1/2019<br>14:52(UTC-5)<br>**Modified:**<br>2/1/2019<br>14:52(UTC-5) | | |

| 10 | **Created:**<br>2/1/2019<br>14:51(UTC-5)<br>**Modified:**<br>2/1/2019<br>14:51(UTC-5) | | <span style="color:red">Yes</span> |
| 11 | **Created:**<br>2/1/2019<br>14:50(UTC-5)<br>**Modified:**<br>2/1/2019<br>14:50(UTC-5) | | <span style="color:red">Yes</span> |
| 12 | **Created:**<br>1/31/2019<br>22:24(UTC-5)<br>**Modified:**<br>2/7/2019<br>17:34(UTC-5) | | |
| 13 | **Created:**<br>1/30/2019<br>23:52(UTC-5)<br>**Modified:**<br>1/30/2019<br>23:54(UTC-5) | | |

| 14 | Created: 1/30/2019 22:26(UTC-5) Modified: 1/30/2019 22:39(UTC-5) | **Summary:** up twice <br> **Source:** Notes <br> **Body:** Peter Sartorio In 2014total 15k did not work with them in 2014 - shows up twice <br><br> Manuel Henriquez 15k twice why <br><br> ██████ paid for help guidance off waitlist <br><br> ██████ just help with younger daughter pulling out of regular school ████ ████ <br><br> Sidoo investment 99,990 twice <br><br> ████ 75 in and 72,350 taken out?? <br><br> John Wilson 20k nothing to do with USC plus donation to USC program for real polo player <br> Joey chen twice on list <br><br> ████ ████ 50k never went or got into Gtown - why 50 should be 300k <br><br> ████ ████ 50k no testing or college bribe <br><br> ████ ████ water polo player to USC polo <br><br> ████ 250k Gtown manager great grades scores 2.5 years manageraaaw | |
| 15 | Created: 1/30/2019 18:30(UTC-5) Modified: 1/30/2019 18:30(UTC-5) | ██████████████████████ | Yes |
| 16 | Created: 1/30/2019 10:58(UTC-5) Modified: 1/30/2019 18:31(UTC-5) | ██████████████████████ | |
| 17 | Created: 1/30/2019 10:19(UTC-5) Modified: 1/30/2019 10:20(UTC-5) | ██████████████████████ | |
| 18 | Created: 1/29/2019 14:47(UTC-5) Modified: 1/29/2019 14:49(UTC-5) | ██████████████████████ | |
| 19 | Created: 1/29/2019 14:45(UTC-5) Modified: 1/29/2019 15:01(UTC-5) | ██████████████████████ | |
| 20 | Created: 1/27/2019 23:44(UTC-5) Modified: 1/27/2019 23:59(UTC-5) | ██████████████████████ | |
| 21 | Created: 1/23/2019 01:06(UTC-5) Modified: 1/23/2019 01:07(UTC-5) | ██████████████████████ | |
| 22 | Created: 1/22/2019 00:17(UTC-5) Modified: 1/22/2019 00:17(UTC-5) | ██████████████████████ | |
| 23 | Created: 1/16/2019 23:45(UTC-5) Modified: 1/16/2019 23:52(UTC-5) | ██████████████████████ | |

| 24 | **Created:** 1/13/2019 10:43(UTC-5) **Modified:** 1/20/2019 22:35(UTC-5) | | |
| --- | --- | --- | --- |
| 25 | **Created:** 1/9/2019 15:28(UTC-5) **Modified:** 1/9/2019 15:37(UTC-5) | | |
| 26 | **Created:** 1/5/2019 15:57(UTC-5) **Modified:** 1/5/2019 16:02(UTC-5) | | |
| 27 | **Created:** 1/4/2019 13:22(UTC-5) **Modified:** 1/4/2019 13:23(UTC-5) | | |
| 28 | **Created:** 1/2/2019 16:43(UTC-5) **Modified:** 1/2/2019 17:14(UTC-5) | | |
| 29 | **Created:** 1/1/2019 16:55(UTC-5) **Modified:** 1/1/2019 16:56(UTC-5) | | |
| 30 | **Created:** 12/31/2018 12:56(UTC-5) **Modified:** 12/31/2018 12:57(UTC-5) | **Title:** Donna confirming 400 we paid 120 **Summary:** Jovan tuition at Loyola for help that has happen **Source:** Notes **Body:** Donna confirming 400 we paid 120 <br><br> Jovan tuition at Loyola for help that has happen | |
| 31 | **Created:** 12/30/2018 15:16(UTC-5) **Modified:** 12/30/2018 15:17(UTC-5) | | |

| 32 | Created:<br>12/27/2018<br>23:46(UTC-5)<br>Modified:<br>12/28/2018<br>00:00(UTC-5) | |
|----|----|----|
| 33 | Created:<br>12/24/2018<br>19:07(UTC-5)<br>Modified:<br>12/24/2018<br>19:11(UTC-5) | |
| 34 | Created:<br>12/21/2018<br>17:30(UTC-5)<br>Modified:<br>12/21/2018<br>17:34(UTC-5) | |
| 35 | Created:<br>12/19/2018<br>22:40(UTC-5)<br>Modified:<br>12/27/2018<br>10:31(UTC-5) | |
| 36 | Created:<br>12/16/2018<br>19:24(UTC-5)<br>Modified:<br>12/16/2018<br>19:24(UTC-5) | |
| 37 | Created:<br>12/16/2018<br>17:17(UTC-5)<br>Modified:<br>12/16/2018<br>17:21(UTC-5) | |
| 38 | Created:<br>12/14/2018<br>16:11(UTC-5)<br>Modified:<br>12/14/2018<br>16:11(UTC-5) | |

| 39 | **Created:** 12/14/2018 16:10(UTC-5) **Modified:** 12/14/2018 16:11(UTC-5) | |
| 40 | **Created:** 12/12/2018 20:11(UTC-5) **Modified:** 12/12/2018 23:21(UTC-5) | |
| 41 | **Created:** 12/6/2018 17:15(UTC-5) **Modified:** 12/11/2018 15:10(UTC-5) | |
| 42 | **Created:** 12/5/2018 22:08(UTC-5) **Modified:** 12/5/2018 22:12(UTC-5) | |
| 43 | **Created:** 12/3/2018 16:15(UTC-5) **Modified:** 12/3/2018 16:18(UTC-5) | |
| 44 | **Created:** 12/2/2018 21:59(UTC-5) **Modified:** 12/2/2018 22:37(UTC-5) | |

| 45 | **Created:** 11/30/2018 10:52(UTC-5) **Modified:** 11/30/2018 15:35(UTC-5) | **Summary:** ▮ Macfarlane **Source:** Notes **Body:** Laura Janke<br><br>▮ Macfarlane<br>Hodge ▮<br>▮ Feiwell<br>▮ Hodge - memo Laura<br>Gordon Caplan call<br>— | |
| 46 | **Created:** 11/28/2018 19:26(UTC-5) **Modified:** 11/28/2018 19:27(UTC-5) | | |
| 47 | **Created:** 11/28/2018 15:08(UTC-5) **Modified:** 11/28/2018 18:50(UTC-5) | | |
| 48 | **Created:** 11/27/2018 12:05(UTC-5) **Modified:** 11/27/2018 12:06(UTC-5) | | |
| 49 | **Created:** 11/17/2018 14:06(UTC-5) **Modified:** 11/17/2018 14:06(UTC-5) | | |
| 50 | **Created:** 11/14/2018 16:44(UTC-5) **Modified:** 11/14/2018 16:45(UTC-5) | | |
| 51 | **Created:** 11/10/2018 20:53(UTC-5) **Modified:** 11/10/2018 20:53(UTC-5) | | Yes |
| 52 | **Created:** 11/5/2018 15:06(UTC-5) **Modified:** 11/5/2018 15:07(UTC-5) | | |
| 53 | **Created:** 10/30/2018 15:38(UTC-4) **Modified:** 10/30/2018 17:20(UTC-4) | | |

| 54 | **Created:** 10/23/2018 08:02(UTC-4) **Modified:** 10/23/2018 08:06(UTC-4) | Bill McGlashan | |
| 55 | **Created:** 10/21/2018 13:04(UTC-4) **Modified:** 10/21/2018 14:08(UTC-4) | | |
| 56 | **Created:** 10/21/2018 00:27(UTC-4) **Modified:** 10/21/2018 00:37(UTC-4) | | |
| 57 | **Created:** 10/20/2018 18:30(UTC-4) **Modified:** 10/23/2018 07:40(UTC-4) | | |
| 58 | **Created:** 10/11/2018 12:51(UTC-4) **Modified:** 10/11/2018 12:51(UTC-4) | | |
| 59 | **Created:** 10/11/2018 12:50(UTC-4) **Modified:** 10/11/2018 12:50(UTC-4) | | |
| 60 | **Created:** 10/11/2018 12:49(UTC-4) **Modified:** 10/11/2018 12:49(UTC-4) | | Yes |
| 61 | **Created:** 10/6/2018 11:10(UTC-4) **Modified:** 10/6/2018 11:23(UTC-4) | | |



| 62 | **Created:** 10/5/2018 22:03(UTC-4) **Modified:** 10/6/2018 00:18(UTC-4) | |
|----|----|----|
| 63 | **Created:** 10/1/2018 12:27(UTC-4) **Modified:** 10/11/2018 19:41(UTC-4) | **Title:** Sept 29 **Summary:** Call with John Wilson about the side door plus intro to his friend about helping at Brown for 2019 **Source:** Notes **Body:** Sept 29 |

Call with John Wilson about the side door plus intro to his friend about helping at Brown for 2019

Oct 1

Called Laura - update on weekend text and call with John Wilson on side door

Called Michelle Janavs confirmed ▇▇▇ going through subco and 50k payment made once she gets her initial letter of acceptance and the rest of the process

Requested expenses from Oct 1 till Oct 4 for ▇▇ ▇▇▇ and went to get a copy of cashier check to Niki Williams

Called ▇▇▇ ▇▇▇ explained USC acceptance and 50k payment once conditional Letter sent

Oct 2

Loud and abrasive call with agents. They continue to ask me to tell a fib and not restate what I told my clients as to where there money was going -to the program not the coach and that it was a donation and they want it to be a payment.
I asked for a script if they want me to ask questions and retrieve responses that are not accurate to the way I should be asking the questions. Essentially they are asking me to bend the truth which is what they asked me not to do when working with the agents and ▇▇ ▇▇▇

▇ raised her voice to me like she did in the hotel room about agreeing with her that everyone Bribed the schools. This time about asking each person to agree to a lie I was telling them.

Spoke to ▇▇▇ which is a referral from Gordon Caplon. They want to nail Gordon at all costs. ▇▇▇ told me his daughter is a good runner 19 minute 3 mile good enough for recruited walk on or walk on to Wash U and Cornell. Explained the side door but very late and I probably could not do it at this stage.

The agents told me to get him to take another school I had a relationship just to entrap him never asking for any other school.

When I told them Gordon texted me that ▇▇▇ did not get extended time and the reasons why they still wanted me to ask him for a payment to take the SAT through WHCP even when he was not approved just to nail him. I said that is ludicrous as he will not entertain because she was not approved.

Spoke with John Vandemoor Stanford Sailing- explained ▇▇▇ out but I would provide 100-200k to him as requested by the agents instead of the program as I would say normally and reiterated that I have him 500k for Molly.

Spoke to Igor and confirmed receipt of Subject Tests and followed agents request to confirm Mark's time to show up- where he finishes the test- where Igor would be and the 10k payment to Igor and addressed to WHCP

Spoke to Agustin- he wanted to know I was backing ▇▇▇ as hard as anyone else. I confirmed I spoke to Donna Heinel and ▇▇▇▇ will be admitted by the 2nd week of Nov- spoke about the fake photo I put on her profile.

Spoke to Donna Heinel about ▇▇▇ and ▇▇▇ going through Subco on Thursday which is now tomorrow- asked about Agustina and she said by 2nd week of Nov. also as requested by agents asked her to put detail on her 20k invoices being sent to the foundation

Oct 3

Call with ▇▇▇ and ▇ - told not to call Donna Heinel till Friday. Asked to wire 300k to Bank America in Boston so I can pay John Vandemoor 100k on Friday and Igor and WHCP 10k based on my calls from Oct 2.

█████████████ █████████ but I reaffirmed █████ and I will offer ███████████ of the testing scam.

Told ████ and ██ - ████ ██████ would call me at 3:10. FBI wants me to offer other schools if he asks despite there not being a chance at this time

Spoke to █████ ██████ - either Cornell or Wash U are top choices- I explained what I can do at this point including side door and maybe other schools

Oct 4

Call with the agents. Discussed my in person wire with █████ ██████

Went to the bank to wire 300k - routing number wrong but called agents to get the right one.

Recorded █████████ or I hope it recorded - dad ████ and I spoke after volatile session with ████████ Went back over process with SC and paying 50k to Donna and Women's Athletic sand other200 for the Program after final letter.

He balked and is going to go forward with schools █████ can start at or play for right now- TCU, SMU, Santa Clara LMU USD etc... dad Mike thinks █████ may get in on his own to USC since parents legacy and new test score if he gets 33+

Asked for start time of 9:30-10 since I am flying overnight to work out since I am taking the last flight to SFO. But. O they balked

Oct 5

Went to BofA with ██ and █████ - got two 10k cashiers checks made out to Mark Riddell and West Hollywood College Prep c/o or Igor

Then walked to the Post Office from the bank and addressed the envelopes to insert the checks, the agents took pictures of the envelopes and checks. I paid for postage and mailed through the mail person behind the desk.

Met with ███████████████████

Explained I believe I had Mark take the SAT for both Sidoo kids in Canada

Made a series of successful phone calls

ALL CALLS stated I was in Boston to set the stage

Michael Center UT Tennis coach

Per ███ created a fictional tennis player that was a 2-3 star with a 3.7 and 1300 SAT

Asked about our last arrangement- gave about 90k - 15-30k to Men's Tennis and 60k I brought to him in cash. Asked how the Bar Mitzvah was that part of cash was paying for which he reiterated. Asked for something similar to the past financially for an upcoming junior. We agreed to get back to each other soon.

Greg Abbott

Left a voicemail thanking him for the 75k and that we will achieve 750+ on the Subject Tests tomorrow in LA.

Marcia Abbott

Called to check in and make sure she got in ok. Explained Mark the Proctor and Igor the test administrator are ready to go. She said she would be there at 7:45 and be over in 4 hours.

Mark Riddell

Checked in and Mark informed me all is good. He will score over 750 and go for perfect on the Math and Lit Tests and that I sent the 10k today.

Igor Divorskiy

Connected and checked in while letting him know the 10k check was on its way.

John Vandemoor

Left a voicemail to say call me to discuss his request for 160k to pay coaches. Asked for a phone call back.

John texted later in the day when I was on the plane to say he was available to speak.

I reaffirmed that the 160k wire to him could be a down payment on a kid the following year. Reaffirmed with his ok that we would only pay 340 next year for a sailor.

Donna Heinel

Called her back based on her text she sent after the Sub Committee meeting on Wednesday

Dona stated that both █████ █████ and Isabel █████ were admitted. She agreed for the 50k payments to come at a later date.

We spoke about the difficulty of getting Isabel in but her SAT score and her learning disabilities helped persuade the committee.

Michelle Merage

Called her and explained █████ got into USC via Beach VB. Spoke about having taken the SAT the way we did was the best investment made because that helped her get over the top with her grades being low but scores high and learning differences sold it

██████ █████

Let █████ know that █████ got in as a soccer player. Told to keep things quiet because of the jealousy from others and payment will occur in a while not right away

█████

Explained that we have Williams, Amherst, Georgetown in the mix. Asked her if she would go over a million dollar investment. She thought I meant 1.5-2 million. I told her 1.1 and she fine no problem and that she has the money available now.

Spoke about next steps internally with █████ and ██████  Timing of Letter of Intent for a 25 percent scholarship on Nov 14. Soon thereafter we could get some of the money.

I would call Ali and or Jorge to make sure all is set - 100k to Jorge, 25k to Ali and 50k to ████████

Ali K

Called and left a message to get an update on the ██ ███ process

███ ████

Called to ask for the address where I could send the 50k check for a referral. Spoke about Williams and Amherst for ████ ███ and mom willing to go a million dollars.

███ ███

Returned his called about his daughter. Reaffirmed the side door for ████ and ██████ desire for his daughter to attend USC.

███ ███ █████ with ███ and █████

I explained that ████ got approval from ███ ██████ to give his spot to ████ Because Gtown is Early Action you cannot apply to Gtown early and Yale early.

They want to push to get money out of ███ early before acceptance to Yale. I said no way as he will not have an acceptance till April 1 at Yale why would he pay now?

Bill McGlashan

Spoke about the SAT but want █████ the son for side door which I explained is no longer as Bill's friends are helping not only to get █████ into the Dr Dri program but now helping get into USC. So nothing her but SAT.

Gordon Caplon - keep going back to him and daughter ██████ on the Testing. I explained again ████ is not eligible but they want to get money now as a deposit.

Oct 7 - Martin Fox texted he wanted me to know that Michael Center called him and wanted to know why I did not call him first to set up the next deal

Oct 8

Conference Call with █████████ and FBI and ███████████ - asked to call Mark Riddell and Igor
Ask to have a wire for Huneeus family.

Call Mark and Igor to confirm test with Abbot went well

Told █████████ about Martin Fox text

Brought the wire into the Huneeus home. Spent time with Agustin- we spoke about admission to USC and the SAT

Agustina came in later and we rehashed my conversation about attending and getting into USC.

Oct 9

Called the agents and reported back on Huneeus wiring conversation

Was asked to make 4 calls ████████████████ , Marci Palatella and ████████████ .

Called █████████ and spoke about getting new introductions of Chinese families - rehashed ███ 's enrollment and happiness at Stanford using Sailing and a fake profile for 6.5 million

Felicity Huffman called me - I confirmed Monday's meeting with █████ and family to do applications

Spoke with ██████████ who was the facilitator for █████████ to work with us and get into Yale. She acknowledged not a strong soccer player and not playing- not a client of her firm.

Spoke to Marci Palatella about ████ Doing great lucky we did SAT and made a payment to get in. Worth the money she said.

Called ██████████ left a vm

Oct 10

Call with ███ and team

Asked to call Bill Ferguson and Martin Fox

Call

Oct 11

Asked to call ████ Gordon Caplon

Tried ███ by phone and text- sounds by the ring he is in China

Spoke to Gordon and he told me theyappealed again for 100 percent time. We spoke about if █████ could get into CMC USC and Wash U if she got 27-29 ACT - I said yes because of ability. He stated he was going to donate to whatever school she goes to so why not side door to confirm acceptance.

Got a text from Felicity Huffman - Monday does not work so I have to drive an extra day up and back to appt at 11:30 Tuesday so the agents can wire me for Felicity and ███ Called the agents and got approval that they could be there too.

Texted ███ and got a reply that he will be in China for another 2 weeks.

| 64 | **Created:**<br>9/30/2018<br>22:52(UTC-4)<br>**Modified:**<br>9/30/2018<br>22:52(UTC-4) | |

| | | | |
|---|---|---|---|
| 65 | **Created:**<br>9/23/2018<br>04:20(UTC-4)<br>**Modified:**<br>9/23/2018<br>04:26(UTC-4) | | |
| 66 | **Created:**<br>9/22/2018<br>10:57(UTC-4)<br>**Modified:**<br>9/22/2018<br>10:59(UTC-4) | **Title:** Jorge Salcedo - ▮▮▮▮<br>**Summary:** ▮▮▮ ▮▮ ▮▮ about Yale<br>**Source:** Notes<br>**Body:** Jorge Salcedo - ▮▮▮▮<br><br>▮▮▮▮▮▮ about Yale | |
| 67 | **Created:**<br>9/21/2018<br>05:43(UTC-4)<br>**Modified:**<br>9/21/2018<br>05:43(UTC-4) | | Yes |
| 68 | **Created:**<br>9/15/2018<br>16:48(UTC-4)<br>**Modified:**<br>9/15/2018<br>16:48(UTC-4) | | |
| 69 | **Created:**<br>9/12/2018<br>08:41(UTC-4)<br>**Modified:**<br>9/12/2018<br>08:42(UTC-4) | | |
| 70 | **Created:**<br>9/7/2018<br>18:01(UTC-4)<br>**Modified:**<br>9/7/2018<br>18:30(UTC-4) | | |
| 71 | **Created:**<br>8/30/2018<br>18:39(UTC-4)<br>**Modified:**<br>8/30/2018<br>19:26(UTC-4) | | |
| 72 | **Created:**<br>8/28/2018<br>00:40(UTC-4)<br>**Modified:**<br>8/28/2018<br>00:41(UTC-4) | | |
| 73 | **Created:**<br>8/27/2018<br>20:51(UTC-4)<br>**Modified:**<br>8/29/2018<br>10:22(UTC-4) | | |



74 | **Created:**
8/26/2018
12:55(UTC-4)
**Modified:**
8/26/2018
12:58(UTC-4)

| 75 | **Created:** 8/26/2018 12:55(UTC-4) **Modified:** 8/26/2018 12:55(UTC-4) | | Yes |
| 76 | **Created:** 8/16/2018 22:11(UTC-4) **Modified:** 9/10/2018 00:08(UTC-4) | | |
| 77 | **Created:** 8/16/2018 22:08(UTC-4) **Modified:** 8/16/2018 22:08(UTC-4) | | Yes |
| 78 | **Created:** 8/16/2018 22:08(UTC-4) **Modified:** 8/16/2018 22:08(UTC-4) | | Yes |
| 79 | **Created:** 8/13/2018 17:38(UTC-4) **Modified:** 8/13/2018 17:38(UTC-4) | | Yes |
| 80 | **Created:** 8/11/2018 11:49(UTC-4) **Modified:** 8/27/2018 19:13(UTC-4) | | |
| 81 | **Created:** 8/9/2018 21:11(UTC-4) **Modified:** 10/13/2018 12:26(UTC-4) | | |

| 82 | **Created:**<br>8/5/2018<br>10:42(UTC-4)<br>**Modified:**<br>8/6/2018<br>12:28(UTC-4) | |
| --- | --- | --- |
| 83 | **Created:**<br>8/2/2018<br>15:46(UTC-4)<br>**Modified:**<br>8/2/2018<br>17:57(UTC-4) | |
| 84 | **Created:**<br>8/2/2018<br>15:34(UTC-4)<br>**Modified:**<br>8/2/2018<br>15:43(UTC-4) | |
| 85 | **Created:**<br>7/26/2018<br>14:07(UTC-4)<br>**Modified:**<br>7/26/2018<br>14:16(UTC-4) | |
| 86 | **Created:**<br>7/23/2018<br>10:47(UTC-4)<br>**Modified:**<br>7/26/2018<br>12:37(UTC-4) | |

| 87 | **Created:** 7/18/2018 17:01(UTC-4) **Modified:** 7/19/2018 09:38(UTC-4) | |
| 88 | **Created:** 7/16/2018 12:20(UTC-4) **Modified:** 7/16/2018 12:20(UTC-4) | |
| 89 | **Created:** 7/12/2018 23:42(UTC-4) **Modified:** 7/13/2018 10:23(UTC-4) | |
| 90 | **Created:** 7/6/2018 11:54(UTC-4) **Modified:** 7/6/2018 11:54(UTC-4) | |

| 91 | **Created:**<br>7/5/2018<br>08:59(UTC-4)<br>**Modified:**<br>7/5/2018<br>09:06(UTC-4) | |
| 92 | **Created:**<br>7/4/2018<br>00:57(UTC-4)<br>**Modified:**<br>7/4/2018<br>14:11(UTC-4) | |
| 93 | **Created:**<br>6/28/2018<br>10:07(UTC-4)<br>**Modified:**<br>6/28/2018<br>16:47(UTC-4) | |

| 94 | **Created:** 6/28/2018 10:07(UTC-4) **Modified:** 6/28/2018 10:27(UTC-4) | |
| 95 | **Created:** 6/20/2018 19:12(UTC-4) **Modified:** 6/20/2018 19:12(UTC-4) | |
| 96 | **Created:** 6/17/2018 23:22(UTC-4) **Modified:** 6/18/2018 17:12(UTC-4) | |
| 97 | **Created:** 6/17/2018 01:14(UTC-4) **Modified:** 6/17/2018 09:50(UTC-4) | |
| 98 | **Created:** 6/11/2018 11:42(UTC-4) **Modified:** 6/11/2018 11:43(UTC-4) | |

| | | | |
|---|---|---|---|
| 99 | **Created:** 6/8/2018 15:25(UTC-4) **Modified:** 6/8/2018 15:33(UTC-4) | | |
| 100 | **Created:** 6/7/2018 23:45(UTC-4) **Modified:** 7/5/2018 20:45(UTC-4) | | |
| 101 | **Created:** 6/5/2018 14:14(UTC-4) **Modified:** 6/5/2018 14:14(UTC-4) | | Yes |
| 102 | **Created:** 5/25/2018 12:20(UTC-4) **Modified:** 6/11/2018 12:35(UTC-4) | | |

| 103 | **Created:**<br>5/19/2018<br>06:34(UTC-4)<br>**Modified:**<br>5/19/2018<br>07:36(UTC-4) | |
| 104 | **Created:**<br>5/17/2018<br>20:17(UTC-4)<br>**Modified:**<br>5/17/2018<br>20:26(UTC-4) | |
| 105 | **Created:**<br>4/27/2018<br>22:31(UTC-4)<br>**Modified:**<br>4/27/2018<br>22:46(UTC-4) | |
| 106 | **Created:**<br>4/19/2018<br>17:17(UTC-4)<br>**Modified:**<br>4/19/2018<br>17:18(UTC-4) | |

| 107 | **Created:** 4/18/2018 21:31(UTC-4) **Modified:** 4/19/2018 12:13(UTC-4) | | |
|---|---|---|---|
| 108 | **Created:** 4/18/2018 11:20(UTC-4) **Modified:** 4/18/2018 11:20(UTC-4) | | Yes |
| 109 | **Created:** 4/14/2018 19:33(UTC-4) **Modified:** 4/14/2018 19:33(UTC-4) | | Yes |
| 110 | **Created:** 4/14/2018 14:15(UTC-4) **Modified:** 4/14/2018 14:15(UTC-4) | | |

| 111 | **Created:** 4/9/2018 20:30(UTC-4) **Modified:** 4/11/2018 22:20(UTC-4) | | |
|-----|-----|-----|-----|
| 112 | **Created:** 3/5/2018 21:22(UTC-5) **Modified:** 3/5/2018 21:22(UTC-5) | | Yes |
| 113 | **Created:** 3/5/2018 21:21(UTC-5) **Modified:** 3/5/2018 21:21(UTC-5) | | Yes |
| 114 | **Created:** 3/2/2018 13:17(UTC-5) **Modified:** 12/8/2018 01:16(UTC-5) | | |
| 115 | **Created:** 3/1/2018 15:11(UTC-5) **Modified:** 3/4/2018 20:44(UTC-5) | | |
| 116 | **Created:** 2/25/2018 14:26(UTC-5) **Modified:** 2/25/2018 14:26(UTC-5) | | |

| 117 | **Created:** 2/22/2018 14:58(UTC-5) **Modified:** 3/20/2018 13:33(UTC-4) | | |
|---|---|---|---|
| 118 | **Created:** 2/21/2018 19:10(UTC-5) **Modified:** 2/21/2018 19:10(UTC-5) | | |
| 119 | **Created:** 2/19/2018 14:48(UTC-5) **Modified:** 2/19/2018 14:49(UTC-5) | | |
| 120 | **Created:** 2/17/2018 15:35(UTC-5) **Modified:** 2/17/2018 15:35(UTC-5) | | Yes |
| 121 | **Created:** 2/12/2018 23:50(UTC-5) **Modified:** 2/12/2018 23:50(UTC-5) | | Yes |
| 122 | **Created:** 2/11/2018 14:43(UTC-5) **Modified:** 2/11/2018 14:43(UTC-5) | | Yes |
| 123 | **Created:** 2/11/2018 12:49(UTC-5) **Modified:** 2/11/2018 13:10(UTC-5) | | |
| 124 | **Created:** 2/5/2018 23:56(UTC-5) **Modified:** 2/5/2018 23:56(UTC-5) | | Yes |

Case 1:19-cr-10080-

| | | | |
|---|---|---|---|
| 125 | **Created:** 2/2/2018 08:37(UTC-5) **Modified:** 2/5/2018 23:55(UTC-5) | | |
| 126 | **Created:** 2/1/2018 14:57(UTC-5) **Modified:** 2/1/2018 14:59(UTC-5) | | |
| 127 | **Created:** 1/13/2018 23:47(UTC-5) **Modified:** 1/13/2018 23:47(UTC-5) | | Yes |
| 128 | **Created:** 1/1/2018 22:42(UTC-5) **Modified:** 1/1/2018 22:42(UTC-5) | | Yes |
| 129 | **Created:** 12/22/2017 01:19(UTC-5) **Modified:** 12/22/2017 01:20(UTC-5) | | |
| 130 | **Created:** 12/6/2017 14:30(UTC-5) **Modified:** 12/6/2017 15:58(UTC-5) | | |
| 131 | **Created:** 12/1/2017 18:57(UTC-5) **Modified:** 12/17/2017 20:02(UTC-5) | | |

| 132 | **Created:**<br>12/1/2017<br>08:47(UTC-5)<br>**Modified:**<br>12/12/2017<br>17:07(UTC-5) | |
| 133 | **Created:**<br>11/19/2017<br>15:16(UTC-5)<br>**Modified:**<br>11/22/2017<br>12:36(UTC-5) | |
| 134 | **Created:**<br>11/18/2017<br>12:55(UTC-5)<br>**Modified:**<br>11/18/2017<br>12:56(UTC-5) | |
| 135 | **Created:**<br>10/29/2017<br>23:25(UTC-4)<br>**Modified:**<br>10/29/2017<br>23:31(UTC-4) | |
| 136 | **Created:**<br>10/24/2017<br>20:50(UTC-4)<br>**Modified:**<br>10/24/2017<br>20:50(UTC-4) | |
| 137 | **Created:**<br>10/23/2017<br>08:58(UTC-4)<br>**Modified:**<br>10/23/2017<br>08:58(UTC-4) | |

| 138 | Created:<br>10/14/2017<br>17:21(UTC-4)<br>Modified:<br>10/14/2017<br>18:08(UTC-4) | |
| 139 | Created:<br>10/11/2017<br>10:46(UTC-4)<br>Modified:<br>10/14/2017<br>15:43(UTC-4) | |
| 140 | Created:<br>9/24/2017<br>07:22(UTC-4)<br>Modified:<br>9/24/2017<br>07:23(UTC-4) | |
| 141 | Created:<br>9/21/2017<br>13:51(UTC-4)<br>Modified:<br>9/21/2017<br>14:58(UTC-4) | |
| 142 | Created:<br>9/4/2017<br>21:58(UTC-4)<br>Modified:<br>9/4/2017<br>21:59(UTC-4) | |
| 143 | Created:<br>8/5/2017<br>21:33(UTC-4)<br>Modified:<br>8/5/2017<br>21:34(UTC-4) | |



| 144 | **Created:**<br>8/5/2017<br>17:20(UTC-4)<br>**Modified:**<br>8/5/2017<br>17:21(UTC-4) | | |
| 145 | **Created:**<br>7/31/2017<br>15:14(UTC-4)<br>**Modified:**<br>8/5/2017<br>20:36(UTC-4) | | |
| 146 | **Created:**<br>7/15/2017<br>17:08(UTC-4)<br>**Modified:**<br>7/22/2017<br>18:50(UTC-4) | | |
| 147 | **Created:**<br>7/4/2017<br>17:05(UTC-4)<br>**Modified:**<br>7/4/2017<br>17:15(UTC-4) | | |
| 148 | **Created:**<br>7/2/2017<br>20:16(UTC-4)<br>**Modified:**<br>12/4/2018<br>15:57(UTC-5) | | |
| 149 | **Created:**<br>6/30/2017<br>11:49(UTC-4)<br>**Modified:**<br>6/30/2017<br>11:59(UTC-4) | **Title:** Donna - 300<br>**Body:** Donna - 300 <br><br>----------<br>1,410 million  minus ▮▮ ▮▮ and ▮ and Mark ▮▮ | |

| 150 | Created:<br>6/17/2017<br>13:25(UTC-4)<br>Modified:<br>6/17/2017<br>14:08(UTC-4) | |
| 151 | Created:<br>6/8/2017<br>20:27(UTC-4)<br>Modified:<br>6/12/2017<br>20:27(UTC-4) | |

| 152 | **Created:** 6/8/2017 20:07(UTC-4) **Modified:** 7/7/2017 08:41(UTC-4) |  |
|---|---|---|
| 153 | **Created:** 6/6/2017 22:02(UTC-4) **Modified:** 6/6/2017 22:10(UTC-4) | **Title:** Attn colon- documentary<br>**Body:** Attn colon- documentary<br><br>I mentor<br><br>Tuesday and Thursday 4-6 ████ McClashan and ████ - August 20 |
| 154 | **Created:** 6/5/2017 00:25(UTC-4) **Modified:** 12/15/2017 23:07(UTC-5) | **Title:** USC with Donna<br>**Body:** USC with Donna<br><br>████ - 250 -50<br>████ 250 -50<br>alatella-500 -100<br>Guinnuli 250 -50<br>████ 350 ████ 1460-4.1 HW -300-50<br>████Blake- 250-50<br>████<br>████ - LMU 200 -50<br>████ -150-50<br>████ 250 -50<br>Bizzack 250 50<br>████ Aziz 300 -200<br>Kimmel 250 -50<br><br>████ 1.2 -400<br>████ 1.2 - 400<br><br>████ -400 -200<br><br>████ 250 -150<br><br>████ Zangrillo - ask for transfer<br><br>████ - USC<br>████ 1-1.2 -<br><br>4,250 done<br><br>800k - Game On<br>500 - Pro Sports<br>250 - Versitile<br><br>4250<br>1550<br>‾‾‾‾‾‾<br>2700 tahoe house with furniture |

Body: USC with Donna



- 250

250
Palatella-500
Guinnuli 250
350     1460-4.1 HW -300
Blake- 250

LMU 200
Kimmel -250
250
Isackson-250
250

-250?????

Zangrillo -
Bizzack-250-

Aziz - Gamel daughter- Trojan Transfer 300

- Georgetown USC 400 or 250

- Stanford 1 mil USC 250

- Brazil 250 NYU - 75

LMU- 150

-500 Rice

W -200 -50 to

- Chapman 250

1.2

- 1.2 Yale

| 156 | Created:<br>6/5/2017<br>00:25(UTC-4)<br>Modified:<br>12/15/2017<br>23:04(UTC-5) | **Body:** USC with Donna | | |
|---|---|---|---|---|



250 -50
Palatella-500 -100
Guinnuli 250 -50
250      1460-4.1 HW -300-50
Blake- 250-50
tennis transfer
LMU 200 -50
150-50
250 -50
Bizzack 250 50
Aziz 300 -200
Kimmel 250 -50

1.2 -400
1.2 - 400

-400 -200

250 -150

Zangrillo - ask for transfer

- USC
1-1.2 -

4,250 done

800k - Game On
500 - Pro Sports
250 - Versitile

4250
1550
————

| 157 | Created:<br>5/19/2017<br>21:36(UTC-4)<br>Modified:<br>9/6/2017<br>00:03(UTC-4) | | | |
|---|---|---|---|---|
| 158 | Created:<br>5/8/2017<br>12:37(UTC-4)<br>Modified:<br>5/8/2017<br>12:40(UTC-4) | | | |
| 159 | Created:<br>5/6/2017<br>17:00(UTC-4)<br>Modified:<br>5/6/2017<br>17:03(UTC-4) | | | |

| 160 | **Created:** 4/18/2017 19:36(UTC-4) **Modified:** 4/29/2017 17:08(UTC-4) | |
| 161 | **Created:** 4/11/2017 00:57(UTC-4) **Modified:** 4/27/2017 12:54(UTC-4) | |
| 162 | **Created:** 3/25/2017 12:41(UTC-4) **Modified:** 3/25/2017 22:23(UTC-4) | |
| 163 | **Created:** 3/23/2017 17:31(UTC-4) **Modified:** 3/23/2017 18:11(UTC-4) | |

| 164 | **Created:**<br>3/13/2017<br>19:36(UTC-4)<br>**Modified:**<br>4/9/2017<br>12:14(UTC-4) | |
| 165 | **Created:**<br>3/4/2017<br>16:33(UTC-5)<br>**Modified:**<br>3/4/2017<br>17:02(UTC-5) | |
| 166 | **Created:**<br>3/3/2017<br>14:54(UTC-5)<br>**Modified:**<br>3/10/2017<br>12:08(UTC-5) | |

| 167 | **Created:** 2/14/2017 20:28(UTC-5) **Modified:** 2/21/2018 00:12(UTC-5) | |
| 168 | **Created:** 2/11/2017 19:05(UTC-5) **Modified:** 2/12/2017 17:59(UTC-5) | |
| 169 | **Created:** 2/8/2017 23:19(UTC-5) **Modified:** 3/1/2017 00:07(UTC-5) | |
| 170 | **Created:** 1/13/2017 11:55(UTC-5) **Modified:** 1/13/2017 21:39(UTC-5) | |



| 171 | **Created:**<br>12/15/2016<br>23:45(UTC-5)<br>**Modified:**<br>12/15/2016<br>23:56(UTC-5) | |  |
|---|---|---|---|
| 172 | **Created:**<br>12/15/2016<br>01:08(UTC-5)<br>**Modified:**<br>12/15/2016<br>01:11(UTC-5) | **Title:** 240 Donna<br>**Body:** 240 Donna30k<br>40k<br>30<br>---------<br><br>---------- | |
| 173 | **Created:**<br>12/5/2016<br>09:50(UTC-5)<br>**Modified:**<br>12/5/2016<br>09:51(UTC-5) | | |
| 174 | **Created:**<br>12/3/2016<br>17:24(UTC-5)<br>**Modified:**<br>12/5/2016<br>09:50(UTC-5) | | |

Case 1:19-cr-10080-

| 175 | **Created:**<br>11/27/2016<br>21:50(UTC-5)<br>**Modified:**<br>11/27/2016<br>22:34(UTC-5) | |
| --- | --- | --- |
| 176 | **Created:**<br>11/14/2016<br>17:17(UTC-5)<br>**Modified:**<br>11/14/2016<br>17:18(UTC-5) | |
| 177 | **Created:**<br>11/12/2016<br>18:27(UTC-5)<br>**Modified:**<br>11/12/2016<br>18:27(UTC-5) | |





| | | | |
|---|---|---|---|
| 178 | **Created:** 10/8/2016 21:45(UTC-4)<br>**Modified:** 1/20/2017 00:52(UTC-5) | **Body:** [redacted] 1 million- 400 [redacted]<br>[redacted] Semprevivo 550 - 200 [redacted]<br>[redacted] Nielson - 250 -300- 100 [redacted]<br>[redacted] Ginunnuli- 250 - 50 Donna<br>[redacted] MacFarlane -USC 250 -50 Donna<br>[redacted] 200Chapman -100Chapman<br>[redacted] -50k<br>[redacted] -400-200 Gordie<br>[redacted] Harris- 300 100 bob [redacted] 50 [redacted]<br>[redacted] Flaxman- 250 - 100 [redacted] and [redacted]<br>[redacted] 350 200Gordie<br>[redacted] ri- 300- 100? 250<br>[redacted] 50 -100 [redacted]<br>[redacted] Georgia Tech 250 mark 100<br>[redacted] 100k- NYU<br>[redacted] Berkeley-700 - Stanford - 7 million- 4 Stanford- 500k [redacted]<br>[redacted] 1 million 400 [redacted]<br>[redacted] Janus - 400- 200 Gordie<br><br>100k [redacted] 150 [redacted] - 50 [redacted] 250 [redacted] and [redacted] 250<br>[redacted] - | |
| 179 | **Created:** 9/26/2016 00:13(UTC-4)<br>**Modified:** 1/8/2019 23:55(UTC-5) | [redacted] | |
| 180 | **Created:** 7/13/2016 19:06(UTC-4)<br>**Modified:** 5/27/2018 13:18(UTC-4) | [redacted] | |
| 181 | **Created:** 7/2/2016 08:39(UTC-4)<br>**Modified:** 1/6/2017 23:16(UTC-5) | [redacted] | |

Created:
5/27/2016
20:11(UTC-4)
Modified:
5/27/2016
20:24(UTC-4)

Case 1:19-cr-10080-



| 183 | Created:<br>5/15/2016<br>07:12(UTC-4)<br>Modified:<br>5/18/2016<br>00:29(UTC-4) | |
| --- | --- | --- |
| 184 | Created:<br>5/11/2016<br>15:33(UTC-4)<br>Modified:<br>5/11/2016<br>15:36(UTC-4) | |

| 185 | **Created:**<br>5/11/2016<br>00:11(UTC-4)<br>**Modified:**<br>5/11/2016<br>00:15(UTC-4) | |  |
| 186 | **Created:**<br>4/27/2016<br>22:20(UTC-4)<br>**Modified:**<br>4/28/2016<br>21:52(UTC-4) | |  |
| 187 | **Created:**<br>4/27/2016<br>00:59(UTC-4)<br>**Modified:**<br>4/27/2016<br>01:21(UTC-4) | |  |
| 188 | **Created:**<br>4/17/2016<br>07:35(UTC-4)<br>**Modified:**<br>4/17/2016<br>09:58(UTC-4) | |  |

| 189 | **Created:**<br>3/31/2016<br>16:11(UTC-4)<br>**Modified:**<br>3/31/2016<br>16:41(UTC-4) | |
| --- | --- | --- |
| 190 | **Created:**<br>3/31/2016<br>14:54(UTC-4)<br>**Modified:**<br>3/31/2016<br>14:56(UTC-4) | |
| 191 | **Created:**<br>3/18/2016<br>10:57(UTC-4)<br>**Modified:**<br>3/18/2016<br>10:59(UTC-4) | |

| 192 | **Created:** 11/13/2015 14:39(UTC-5) **Modified:** 11/14/2015 14:18(UTC-5) |
|---|---|

| 193 | **Created:** 9/21/2015 00:33(UTC-4) **Modified:** 9/21/2015 00:35(UTC-4) |
|---|---|



| 194 | **Created:** 8/26/2015 00:54(UTC-4) **Modified:** 4/28/2016 23:09(UTC-4) | Body: -200k chapmanHenriquez 400 Gtown<br> 300 Gtown<br>Semprevivo 400 Gtown<br> 300 Gtown<br> - 250- 100<br><br><br>Feiwell 150 USC<br>Isackson 250UCSB- 100 20 track<br><br> 400 each- Berkeley Gtown - 100 Sailing 50 Gordie - 100<br>Flaxman 250 USD- 100<br><br> 250 USC-<br> -300- Georgetown<br> 200 USC 50 donna<br><br> - 1 mil Columbia- 250 NYU- 100<br> -50 USC |
| 195 | **Created:** 8/26/2015 00:54(UTC-4) **Modified:** 4/29/2016 12:48(UTC-4) | **Title:** 2,575,000 + 300 or 200 - money possible 2.72<br>**Body:** 2,575,000 + 300 or 200 - money possible 2.725= 500 1.1 house<br><br>200 house<br>50<br>25<br>2<br>2,500<br>5 for<br><br>300k plus 1.6= 1.9. = 825k<br><br> -200k chapmanHenriquez 400 Gtown<br> 300 Gtown<br>Semprevivo 400 Gtown<br>Dameris 300 Gtown<br> - 250- 100<br><br>Feiwell 150 USC<br>Isackson 250UCSB- 100 mark 20 track<br><br> 400 each- Berkeley Gtown - 100 Sailing 50 Gordie - 100<br>Flaxman 250 USD- 100<br><br> 250<br> -300- Georgetown<br> 200 USC 50 donna<br><br> NYU- 100 -300<br> 250 UNC- 50 USC<br> -250 50 to CU |
| 196 | **Created:** 7/13/2015 10:41(UTC-4) **Modified:** 11/14/2016 12:04(UTC-5) | |

| 197 | **Created:** 7/8/2015 17:06(UTC-4) **Modified:** 7/13/2015 10:44(UTC-4) | |
| 198 | **Created:** 6/24/2015 11:22(UTC-4) **Modified:** 7/7/2015 20:10(UTC-4) | |
| 199 | **Created:** 6/9/2015 18:40(UTC-4) **Modified:** 11/27/2016 19:37(UTC-5) | |

| 200 | **Created:** 5/7/2015 17:10(UTC-4) **Modified:** 8/2/2018 15:33(UTC-4) | |
| 201 | **Created:** 1/8/2015 01:36(UTC-5) **Modified:** 1/8/2015 01:39(UTC-5) | |
| 202 | **Created:** 8/23/2014 21:59(UTC-4) **Modified:** 4/29/2016 23:04(UTC-4) | |
| 203 | **Created:** 7/26/2014 18:33(UTC-4) **Modified:** 7/26/2014 18:49(UTC-4) | |
| 204 | **Created:** 7/26/2014 18:33(UTC-4) **Modified:** 7/26/2014 18:49(UTC-4) | |

| 205 | **Created:**<br>1/31/2013<br>10:53(UTC-5)<br>**Modified:**<br>6/25/2016<br>18:32(UTC-4) | |
| 206 | **Created:**<br>11/7/2012<br>09:58(UTC-5)<br>**Modified:**<br>11/7/2012<br>11:26(UTC-5) | |
| 207 | **Created:**<br>2/21/2012<br>13:27(UTC-5)<br>**Modified:**<br>6/11/2017<br>16:12(UTC-4) | |



# Exhibit JJJ

Oct 5

Don't delete texts — download image phone. next weekend.

o

# Exhibit KKK

```
 1                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MASSACHUSETTS
 2
                                      )
 3    UNITED STATES OF AMERICA,        )
                                      )
 4            Plaintiff,               )
                                      )
 5    v.                               )
                                      )
 6    DAVID SIDOO, GREGORY COLBURN,    )
      AMY COLBURN, GAMAL ABDELAZIZ,    )
 7    DIANE BLAKE, TODD BLAKE,         )
      I-HSIN CHEN, MOSSIMO GIANNULI,   ) Criminal Action
 8    ELIZABETH HENRIQUEZ, MANUEL      ) No. 1:19-cr-10080-NMG
      HENRIQUEZ, DOUGLAS HODGE,        )
 9    MICHELLE JANAVS, ELISABETH       )
      KIMMEL, LORI LOUGHLIN, WILLIAM   )
10    McGLASHAN, JR., MARCI PALATELLA, )
      JOHN WILSON, HOMAYOUN ZADEH,     )
11    ROBERT ZANGRILLO,                )
                                      )
12            Defendants.              )
                                      )
13

14            BEFORE THE HONORABLE M. PAGE KELLEY
                 UNITED STATES MAGISTRATE JUDGE
15

16                 INITIAL STATUS CONFERENCE

17
                        June 3, 2019
18

19         John J. Moakley United States Courthouse
                     Courtroom No. 24
20                   One Courthouse Way
                 Boston, Massachusetts 02210
21

22
                   Linda Walsh, RPR, CRR
23                 Official Court Reporter
           John J. Moakley United States Courthouse
24              One Courthouse Way, Room 5205
                 Boston, Massachusetts 02210
25                  lwalshsteno@gmail.com
```

```
 1    APPEARANCES:

 2    On Behalf of the Government:

 3          UNITED STATES ATTORNEY'S OFFICE
            By: AUSA Eric S. Rosen
 4              AUSA Justin D. O'Connell
                AUSA Leslie Wright
 5          One Courthouse Way
            Boston, Massachusetts 02210
 6          617-748-3412
            eric.rosen@usdoj.gov
 7
      On Behalf of the Defendant Robert Zangrillo and David Sidoo:
 8
            MARTIN G. WEINBERG, PC
 9          By: Martin G. Weinberg, Esq.
            20 Park Plaza, Suite 1000
10          Boston, Massachusetts 02116
            617-227-3700
11          owlmcb@att.net

12    On Behalf of the Defendants Gregory Colburn and Amy Colburn:

13          HOOPER, LUNDY & BOOKMAN, P.C.
            By: David S. Schumacher, Esq.
14          470 Atlantic Avenue, Suite 1201
            Boston, Massachusetts 02210
15          617-532-2704
            dschumacher@health-law.com
16
      On Behalf of the Defendant Gamal Abdelaziz:
17
            NIXON PEABODY LLP
18          By: Joshua C.H. Sharp, Esq.
                Brian T. Kelly, Esq.
19          Exchange Place
            53 State Street
20          Boston, Massachusetts 02109-2835
            617-345-1135
21          jsharp@nixonpeabody.com

22

23

24

25
```

```
 1    APPEARANCES (Continued):

 2    On Behalf of the Defendants Diane Blake and Todd Blake:

 3         DUANE MORRIS LLP
           By: Stephen H. Sutro, Esq.
 4         Spear Tower
           One Market Plaza, Suite 2200
 5         San Francisco, California 94105-1127
           415-957-3000
 6         shsutro@duanemorris.com

 7         TODD & WELD
           By David E. Meier, Esq.
 8         One Federal Street, 27th Floor
           Boston, Massachusetts 02110
 9         617-720-2626
           dmeier@toddweld.com

10    On Behalf of the Defendant I-Hsin Chen:

11         KELLER/ANDERLE LLP
12         By: Reuben Camper Cahn, Esq.
                Jennifer L. Keller, Esq.
13         18300 Von Karman Avenue, Suite 930
           Irvine, California 92612
14         949-476-8700
           rcahn@kelleranderle.com
15
      On Behalf of the Defendant Mossimo Giannulli:
16
           DONNELLY, CONROY & GELHAAR, LLP
17         By: Joshua N. Ruby, Esq.
                George W. Vien, Esq.
18         260 Franklin Street
           Boston, Massachusetts 02110
19         617-720-2880
           jnr@dcglaw.com
20
      On Behalf of the Defendant Elizabeth Henriquez:
21
           ROPES & GRAY LLP
22         By: Aaron M. Katz, Esq.
           Prudential Tower
23         800 Boylston Street
           Boston, Massachusetts 02199-3600
24         617-951-7117
           aaron.katz@ropesgray.com
25
```

```
 1   APPEARANCES (Continued):

 2   On Behalf of the Defendant Manuel Henriquez:

 3        ORRICK, HERRINGTON & SUTCLIFFE LLP
          By: Walter Brown, Esq.
 4        405 Howard Street
          San Francisco, California 94105
 5        415-773-5995
          wbrown@orrick.com
 6
     On Behalf of the Defendant Douglas Hodge:
 7
          ROPES & GRAY
 8        By: Brien T. O'Connor, Esq.
          Prudential Tower
 9        800 Boylston Street
          Boston, Massachusetts 02199-3600
10        617-951-7385
          boconnor@ropesgray.com
11
          PEPPER HAMILTON LLP
12        By: Miranda Hooker, Esq.
          125 High Street, 19th Floor
13        High Street Tower
          Boston, Massachusetts 02110
14        617-204-5160
          hookerm@pepperlaw.com
15
     On Behalf of the Defendant Michelle Janavs:
16
          NUTTER, MCCLENNEN & FISH, LLP
17        By: Jonathan L. Kotlier, Esq.
          Seaport West
18        155 Seaport Boulevard
          Boston, Massachusetts 02210-2604
19        617-439-2000
          jkotlier@nutter.com
20
          BIENERT KATZMAN PLC
21        By: John L. Littrell, Esq.
          903 Calle Amanecer, Suite 350
22        San Clemente, California 92673
          949-369-3700
23        jlittrell@bienertkatzman.com

24

25
```

```
 1    APPEARANCES (Continued):

 2    On Behalf of the Defendant Elisabeth Kimmel:

 3         MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC
           By: Eoin P. Beirne, Esq.
 4              Cory Flashner, Esq.
           One Financial Center, 42nd Floor
 5         Boston, Massachusetts 02111
           617-348-1707
 6         ebeirne@mintz.com

 7    On Behalf of the Defendant Lori Loughlin:

 8         LATHAM & WATKINS LLP
           By: William J. Trach, Esq.
 9         John Hancock Tower, 27th Floor
           200 Clarendon Street
10         Boston, Massachusetts 02116
           617-880-4514
11         william.trach@lw.com

12    On Behalf of the Defendant William McGlashan, Jr.:

13         SIDLEY AUSTIN LLP
           By: Jack W. Pirozzolo, Esq.
14         60 State Street, 34th Floor
           Boston, Massachusetts 02109
15         617-223-0304
           jpirozzolo@sidley.com
16
      On Behalf of the Defendant Marci Palatella:
17
           SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
18         By: Michael K. Loucks, Esq.
           500 Boylston Street
19         Boston, Massachusetts 02116
           617-573-4840
20         michael.loucks@skadden.com

21    On Behalf of the Defendant John Wilson:

22         WHITE & CASE, LLP
           By: Michael Kendall, Esq.
23         75 State Street
           Boston, Massachusetts 02109
24         617-939-9310
           michael.kendall@whitecase.com
25
```

```
 1   APPEARANCES (Continued):

 2   On Behalf of the Defendant Homayoun Zadeh:

 3        MINER ORKAND SIDDALL LLP
          By: Megan A. Siddall, Esq.
 4        470 Atlantic Avenue, 4th Floor
          Boston, Massachusetts 02210
 5        617-273-8406
          msiddall@mosllp.com
 6
     On Behalf of the Defendant Robert Zangrillo:
 7
          FOLEY HOAG LLP
 8        By: Nicholas C. Theodorou, Esq.
          155 Seaport Boulevard
 9        Seaport World Trade Center West
          Boston, Massachusetts 02210
10        617-832-1163
          ntheodorou@foleyhoag.com
11
          BOIES SCHILLER FLEXNER
12        By: Matthew L. Schwartz, Esq.
          55 Hudson Yards, 20th Floor
13        New York, New York 10001
          212-303-3646
14        mlschwartz@bsfllp.com

15

16

17             Proceedings recorded by sound recording and
                  produced by computer-aided stenography
18

19

20

21

22

23

24

25
```

```
1           THE COURT:  Good morning.  Okay.  That's everyone.

2           All right.  So I have the parties' joint initial

3   status report, which is 388 on the docket, and I've read it.

4   And what I think I'll do is just go through the matters that

5   are here, and if anyone wants to be heard on any particular

6   issue, just try to stand up and start talking.

7           So with regard to the pending discovery requests, I

8   understand the parties are conferring on more comprehensive

9   indices, and I think I'll just leave it up to the parties to

10  keep talking about that.

11          Anyone want to say anything about that?

12          (No response.)

13          THE COURT:  Okay.  So with regard to number two,

14  additional discovery, I know the Government has its Brady

15  obligations, and I think they understand those.  If someone

16  would like to be heard on why they think a certification is

17  necessary, I'm happy to hear you.

18          Yes?

19          MR. KATZ:  Good morning, Your Honor.

20          THE COURT:  If we could just have everyone identify

21  themselves just for the record.

22          MR. KATZ:  Sure.  Aaron Katz for Elizabeth Henriquez.

23  I think I probably speak for many of the defendants, if not all

24  of them here.

25          I think the issue is that the Government may have a
```

1    different conception of what constitutes Brady in this case as

2    the Defendants.  Normally, you know, you get 302s.  You see the

3    interview reports.  We can make the call on our own about

4    whether certain information is exculpatory both as to guilt or

5    punishment and sentencing, which also comes within the

6    definition of Brady.

7            Here during the meet and confer, and, Mr. Rosen, I

8    apologize if I am misstating anything, but part of our

9    conversation was about interviews the Government may have had

10   with other parents that were clients of Rick Singer that have

11   not been charged in this case, and particularly whether any of

12   those parents told investigators, told the prosecutors that

13   Rick Singer essentially told them that their money was going to

14   be going to athletic programs or to schools and not in them --

15   in the pocket of a coach who had been bribed and corrupted.

16           If Rick Singer was telling other parents that the

17   money that they were giving to Key Worldwide was going to go to

18   the athletic programs, we think that's exculpatory.  I think

19   that goes to the heart of one of the critical elements of the

20   honest services fraud charge, which is whether someone has

21   actually been bribed in exchange for breaching his or her

22   fiduciary duty.

23           We have seen already some e-mails from Rick Singer

24   that did make such representations to certain parents who have

25   not been charged in this case, but we think that there's going

1    to be more of that in 302s.  And the new policy at the office
2    apparently is that we are not going to get 302s unless the
3    Government determines if there is Brady in them.  Again, I
4    don't question that the prosecutors understand their Brady
5    obligations.  If there's something that's exculpatory, they
6    have to produce it.  Mr. Rosen represented that they are not
7    going to be sitting on Brady until we get 30 days out from
8    trial; they are going to produce it on a rolling basis.  And we
9    appreciate that very much.  But I do think that there is going
10   to be a difference of opinion, a significant one, about what is
11   Brady and what is not.  And a good faith disagreement but one
12   that's critically important.
13        THE COURT:  I'm still not sure -- I guess this is the
14   reference including the Government's policy regarding FBI
15   reports on the first page?
16        MR. KATZ:  Correct.
17        THE COURT:  Okay.  I'm still not sure why, if the
18   Government doesn't think certain materials are Brady, why
19   having them certify that they have given you all the Brady
20   would really cured that.  I mean, I think I'll address your
21   point, but I still don't know that the certification is
22   necessary, but --
23        MR. KATZ:  You know, it may not be.  It certainly
24   won't be sufficient to resolve this disagreement.  I mean, this
25   may be something where the future discovery requests that go to

1    Your Honor are going to actually tease out what's Brady.  What

2    also makes this case a little bit unique, as I read the

3    indictment, it's a three or a four object conspiracy count, and

4    so I think the prosecutors may feel like, well, we have got

5    powerful evidence on one of the objects, and this exculpatory

6    evidence only goes to another object that doesn't really affect

7    guilt on the charge.  But it does go to certainly sentencing,

8    you know, if there were a conviction.  But also there are

9    certain legal and sort of legal infirmities arguably of certain

10   of the objects, and those are different, right?  And so all of

11   the exculpatory evidence on any of the objects is critically

12   important to have.  But if Your Honor would like to deal with

13   that with the discovery requests after we set deadlines, that

14   may make more sense.  That may be what we have to do.

15        THE COURT:  Okay.  Does anyone else want to be heard

16   on this point that Mr. Katz was just raising?

17        Okay.  Mr. Rosen?

18        MR. ROSEN:  Just briefly, Your Honor.  The Government

19   is aware of its obligations and will continue to review and

20   disclose our discovery as a trigger for a massive amount of

21   discovery, I think approximately 3 million pages of discovery,

22   along with the wiretap calls, consensual calls, you know,

23   millions of e-mails, lots of documents, applications and

24   everything like that.

25        First of all, a certification is completely unworkable

1   in terms of, you know, the nature of discovery can change as
2   the case progresses as more is discovered.  We are aware of our
3   obligations.  We are working through them.  It's good enough in
4   every other case.  There's no, I don't think, any rule that
5   requires some type of Government certification.  Even there,
6   defense counsel, although there's different opinions on what
7   constitutes a bribe or not, has not identified any exculpatory
8   evidence.  It doesn't -- it simply doesn't matter whether the
9   money went to a coach's program or whether it went to a -- the
10  coach's pocket directly.  A bribe is simply a quid pro quo with
11  the intent to defraud, and all the Defendants have been charged
12  with that.
13          I think the best practice is for Defendants first to
14  review the discovery and then we can meet, confer.  We are very
15  good about getting back to Defendants.  And if they have, you
16  know, an issue later on, we can address that, but we're not
17  going to hand over all of our 302s willy-nilly because the
18  Defendants feel like they have some theory about why certain
19  things could be exculpatory to them or not.
20          MR. WEINBERG:  I think Mr. Rosen has just put his
21  finger on one of the chasms between the Government's
22  understanding of Brady and the defense.  If money went to a
23  school, whatever the discussions, it's not a bribe, at least
24  not a bribe within the ambit of the Government's allegations in
25  this case that there were bribes paid to specific people for

 1   specific performance or a breach of services.  So we would want

 2   to reserve for a time that Your Honor felt it was appropriate

 3   to tee up and crystallize this issue where we claim that is

 4   exculpatory evidence and the Government has just said it's not.

 5        THE COURT:  Okay.  That was Mr. Weinberg speaking.

 6        Since we don't have a stenographer here, we have just

 7   got to identify yourself.

 8        MR. WEINBERG:  Sorry, Judge.

 9        THE COURT:  Okay.  I hear you all, and I think it's a

10   good idea what everyone is saying, that we wait and let this

11   issue kind of develop, and then I'm happy to take it up.  And

12   it may be we want to take it up before the next status hearing,

13   but I think -- you know, I would just urge the Government if

14   the Defendants can show you any arguable reason why they think

15   something is exculpatory, you might as well turn it over if you

16   can bring yourself to do that, but otherwise, I'm happy to hear

17   it.

18        So -- okay.  So let's just get into the discovery and

19   if you want to try to further persuade the Government, if that

20   doesn't work, then come back.  Okay?

21        MR. WEINBERG:  Thank you.

22        THE COURT:  Okay.  I'm not going to require the

23   Government to certify at this time.

24        With regard to the timing issues, I know the rules set

25   pretty firm deadlines on discovery motions, but I'm just not

1  going to do that because there's so much discovery, and I know

2  the Government is producing it on a rolling basis here.  And I

3  think as issues arise and you want to be heard on them, I'm

4  happy for you to request it from the Government and then file a

5  motion as the rules require.  I do really think I'm going to

6  strictly enforce the rule that says you have to confer before

7  filing motions, so please do that.

8         And I agree with the proposal at the bottom of Page 2

9  that Defendants can confer and exchange letter requests, and

10  there are no deadlines on that at this time.  I think at the

11  next status hearing, if discovery is substantially complete, I

12  will set some deadlines for making additional discovery

13  requests, but I'm not going to do that now.  So I will not set

14  a pretrial motion schedule at this time and perhaps, depending

15  on people's progress in making their way through the discovery

16  and the Government's giving over all the discovery, perhaps it

17  will be appropriate for everyone to provide a proposed briefing

18  schedule when you file your next status conference report prior

19  to the interim status conference.

20         With Mr. Schumacher's agreement, I will request the

21  resolution of the motion to dismiss be stayed as requested, and

22  I'm going to suspend the Government's deadline for responding.

23         MR. SCHUMACHER:  Thank you, Your Honor.

24         THE COURT:  Okay.  That was Mr. Schumacher

25  saying -- okay.

```
 1                    CERTIFICATE OF OFFICIAL REPORTER

 2

 3              I, Linda Walsh, Registered Professional Reporter

 4    and Certified Realtime Reporter, in and for the United States

 5    District Court for the District of Massachusetts, do hereby

 6    certify that the foregoing transcript is a true and correct

 7    transcript of the stenographically reported proceedings held in

 8    the above-entitled matter to the best of my skill and ability.

 9                    Dated this 5th day of June, 2019.

10

11

12              /s/ Linda Walsh_____

13              Linda Walsh, RPR, CRR

14              Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25
```

# Exhibit LLL

```
 1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          )
 3   UNITED STATES OF AMERICA,            )
                                          )
 4          Plaintiff,                    )
                                          )
 5   v.                                   )
                                          )
 6   DAVID SIDOO, GREGORY COLBURN,        )
     AMY COLBURN, GAMAL ABDELAZIZ,        )
 7   DIANE BLAKE, TODD BLAKE,             )  Criminal Action
     I-HSIN CHEN, MOSSIMO GIANNULLI,      )  Nos. 1:19-cr-10080-NMG
 8   ELIZABETH HENRIQUEZ,                 )
     MANUEL HENRIQUEZ, DOUGLAS HODGE,     )
 9   MICHELLE JANAVS, ELISABETH           )
     KIMMEL, LORI LOUGHLIN, WILLIAM       )
10   MCGLASHAN, JR., MARCI PALATELLA,     )
     JOHN WILSON, HOMAYOUN ZADEH,         )
11   ROBERT ZANGRILLO,                    )
                                          )
12          Defendants.                   )
                                          )
13

14            BEFORE THE HONORABLE M. PAGE KELLEY
                 UNITED STATES MAGISTRATE JUDGE
15

16                 INTERIM STATUS CONFERENCE

17

18                      October 2, 2019

19        John J. Moakley United States Courthouse
                     Courtroom No. 24
20                    One Courthouse Way
                 Boston, Massachusetts 02210
21

22
                  Linda Walsh, RPR, CRR
23                Official Court Reporter
          John J. Moakley United States Courthouse
24            One Courthouse Way, Room 5205
                 Boston, Massachusetts 02210
25                 lwalshsteno@gmail.com
```

```
1    APPEARANCES:

2    On Behalf of the Government:

3        UNITED STATES ATTORNEY'S OFFICE
         By: AUSA Eric S. Rosen
4            AUSA Justin D. O'Connell
         One Courthouse Way
5        Boston, Massachusetts 02210
         617-748-3412
6        eric.rosen@usdoj.gov

7    On Behalf of the Defendant David Sidoo:

8        MARTIN G. WEINBERG, PC
         By: Martin G. Weinberg, Esq.
9        20 Park Plaza, Suite 1000
         Boston, Massachusetts 02116
10       617-227-3700
         owlmcb@att.net
11
     On Behalf of the Defendants Gregory Colburn and Amy Colburn:
12
         HOOPER, LUNDY & BOOKMAN, P.C.
13       By: David S. Schumacher, Esq.
         470 Atlantic Avenue, Suite 1201
14       Boston, Massachusetts 02210
         617-532-2704
15       dschumacher@health-law.com

16   On Behalf of the Defendant Gamal Abdelaziz:

17       NIXON PEABODY LLP
         By: Brian T. Kelly, Esq.
18           Joshua C.H. Sharp, Esq.
         100 Summer Street
19       Boston, Massachusetts 02110
         617-345-1000
20       bkelly@nixonpeabody.com
         617-345-1135
21       jsharp@nixonpeabody.com

22

23
     (Appearances continued on the next page)
24

25
```

```
 1   APPEARANCES (Continued):

 2   On Behalf of the Defendants Diane Blake and Todd Blake:

 3        TODD & WELD
          By: David E. Meier, Esq.
 4        One Federal Street, 27th Floor
          Boston, Massachusetts 02110
 5        617-720-2626
          dmeier@toddweld.com
 6
     On Behalf of the Defendant I-Hsin Chen:
 7
          KELLER/ANDERLE LLP
 8        By: Reuben Camper Cahn, Esq.
          18300 Von Karman Avenue, Suite 930
 9        Irvine, California 92612
          949-476-8700
10        rcahn@kelleranderle.com

11   On Behalf of the Defendant Mossimo Giannulli:

12        DONNELLY, CONROY & GELHAAR, LLP
          By: George W. Vien, Esq.
13        260 Franklin Street
          Boston, Massachusetts 02110
14        617-720-2880
          gwv@dcglaw.com
15
          LATHAM & WATKINS LLP
16        By: William J. Trach, Esq.
          John Hancock Tower, 27th Floor
17        200 Clarendon Street
          Boston, Massachusetts 02116
18        617-880-4514
          William.trach@lw.com
19
     On Behalf of the Defendant Elizabeth Henriquez:
20
          ROPES & GRAY LLP
21        By: Aaron M. Katz, Esq.
          Prudential Tower
22        800 Boylston Street
          Boston, Massachusetts 02199-3600
23        617-951-7117
          aaron.katz@ropesgray.com
24
     (Appearances continued on the next page)
25
```

```
 1   APPEARANCES (Continued):

 2   On Behalf of the Defendant Douglas Hodge:

 3        ROPES & GRAY
          By: Brien T. O'Connor, Esq.
 4            Joan McPhee, Esq.
          Prudential Tower
 5        800 Boylston Street
          Boston, Massachusetts 02199-3600
 6        617-951-7385
          boconnor@ropesgray.com
 7        617-951-7535
          jmcphee@ropesgray.com
 8
     On Behalf of the Defendant Michelle Janavs:
 9
          BIENERT KATZMAN PLC
10        By:  John L. Littrell, Esq.
          903 Calle Amanecer, Suite 350
11        San Clemente, California 92673
          949-369-3700
12        jlittrell@bienertkatzman.com

13        NUTTER, MCCLENNEN & FISH, LLP
          By: Jonathan L. Kotlier, Esq.
14        Seaport West
          155 Seaport Boulevard
15        Boston, Massachusetts 02210-2604
          617-439-2000
16        jkotlier@nutter.com

17   On Behalf of the Defendant Elisabeth Kimmel:

18        MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC
          By: Eoin P. Beirne, Esq.
19            Cory S. Flashner, Esq.
          One Financial Center, 42nd Floor
20        Boston, Massachusetts 02111
          617-348-1707
21        ebeirne@mintz.com
          csflashner@mintz.com
22

23
     (Appearances continued on the next page)
24

25
```

```
 1    APPEARANCES (Continued):

 2    On Behalf of the Defendant William McGlashan, Jr.:
           HUESTON HENNIGAN
 3         By: John C. Hueston, Esq.
           620 Newport Center Drive, Suite 1300
 4         Newport Beach, California 90014
           949-226-6740
 5         jhueston@hueston.com

 6         SIDLEY AUSTIN LLP
           By: Jack W. Pirozzolo, Esq.
 7         60 State Street, 34th Floor
           Boston, Massachusetts 02109
 8         617-223-0304
           jpirozzolo@sidley.com

 9
      On Behalf of the Defendant Marci Palatella:
10         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
           By: Michael K. Loucks, Esq.
11         500 Boylston Street
           Boston, Massachusetts 02116
12         617-573-4840
           michael.loucks@skadden.com
13
      On Behalf of the Defendant John Wilson:
14         WHITE & CASE, LLP
           By: Michael Kendall, Esq.
15             Yakov Malkiel, Esq.
           75 State Street
16         Boston, Massachusetts 02109
           617-939-9310
17         michael.kendall@whitecase.com
           617-407-0117
18         yakov.malkiel@whitecase.com

19    On Behalf of the Defendant Homayoun Zadeh:
           MINER ORKAND SIDDALL LLP
20         By: Tracy A. Miner, Esq.
           470 Atlantic Avenue, 4th Floor
21         Boston, Massachusetts 02210
           617-273-8421
22         tminer@mosllp.com

23

24              Proceedings recorded by sound recording and
                  produced by computer-aided stenography
25
```

1  speaking with Judge Gorton, two things:  Judge Gorton has a

2  strong preference that the case be tried in 2020.  So just to

3  give you some idea of the schedule that he has in mind, he

4  would like the trial or trials to be in the coming year.

5  And, secondly, like Judge Talwani, he is amenable to

6  the defendants filing a dispositive motion on the scope of the

7  conspiracy prior to the filing of other dispositive motions,

8  and what I think we'll do is give defendants time to digest the

9  discovery sufficiently so that you feel that you can file such

10 a motion, but then we'll go ahead and file the motions, get

11 them up to him, and he will rule on those before the case goes

12 up for trial.

13 So -- and another thing you should just be thinking

14 about, which this may be somewhat premature, is for those who

15 are going to trial, whether such a motion is allowed or not,

16 there will probably not be only one trial.  So you might just

17 want to be thinking in your planning for the case about the

18 grouping of the defendants for trial.

19 Okay.  So with that having been said, I think I'll

20 hear from the Government concerning the status of the

21 production of discovery.

22 MR. ROSEN:  Judge, I think we've made a lot of

23 progress in terms of producing discovery.  The last production

24 was at the end of August.  We're continuing to make

25 productions.  We're at a very sort of limited -- the amounts

```
 1   have been getting, you know, much smaller since the initial
 2   tranche.  You know, we do anticipate producing limited amounts
 3   more.  We did a series of search warrants back in July.  We're
 4   currently processing this evidence and working with the
 5   defendants on privilege and things like that, and we anticipate
 6   having it done in the next two months.  I do note that, though,
 7   you know, given that it was defendants' own e-mail accounts for
 8   the parents, that they do have access to what we have seized.
 9   So there shouldn't be any surprises for them, at least within
10   that discovery.
11        We've produced about two million documents, I think
12   just under two million documents thus far, and we've had
13   continued discussions with multiple defense counsel.  I know I
14   received a general discovery letter from the defendants
15   next -- last -- earlier this week, or I think at the end of
16   last week.  And, you know, we'll respond sort of in due course.
17        I did meet with counsel for Mr. McGlashan just before
18   this meeting.  We did have, I think, a very productive meeting,
19   and I do think it's helpful when, you know, going through these
20   discovery exercises that counsel at least set up a time so we
21   can meet together and discuss, meet and confer in person, as
22   it, I think, can alleviate a lot of issues in the sort of
23   back-and-forth communication amongst the parties.
24        Pursuant to our meeting, I said we would respond to
25   the various things we agreed upon, and we will do that in due
```

1  course, hopefully fairly soon.

2         So that's about it from my perspective.  I don't know

3  if the Court has any additional questions on that?

4         THE COURT:  So with regard to the e-mail accounts that

5  were seized, do the defendants -- the affected defendants know

6  precisely what was seized?

7         MR. ROSEN:  Well, they should know that their e-mail

8  address -- that their e-mail address was seized by the

9  Government because we've produced the affidavit and everything

10  in discovery.

11         THE COURT:  Okay.

12         MR. ROSEN:  They actually get notice from the service

13  provider where there's no nondisclosure order, and we have

14  since been reached out to every defendant who this has

15  affected, and we have gotten from them a list of potential

16  privileged e-mail addresses, and we sort of wiped all those

17  away from any type of review or anything like that to avoid any

18  type of privileged review, and then we're -- we have

19  contractors that are beginning to sort through the

20  nonprivileged e-mails to comply with Attachment B, which is

21  what we're trying to do now, just to make sure we only turn

22  over and retain stuff related to the criminal activity.

23         THE COURT:  Okay.  So thank you.  And anything from

24  defense counsel concerning the issue of discovery?  Yes?

25         MR. WEINBERG:  No criticisms of discovery, but just an

1   alert, if I can, you know, that we would request that all of

2   the deadlines that the Government has proposed be deferred for

3   discussion on January 17.  I think I speak for defense counsel

4   to say that although we appreciate Judge Gorton's, you know,

5   receiving, you know, some takeout motions or motions that

6   comprehensively challenge the cornerstones of the Government's

7   theory of prosecution and whether or not facially they charge

8   properly the different criminal statutes that they've alleged,

9   we'd like Your Honor to set a date on January 17 for the filing

10  of that motion as well as the filing of discovery motions.

11          I have told Mr. Rosen we'll try to get letters to the

12  Government about open discovery issues before the January 17

13  status conference so that we can at least identify for the

14  court on that date, you know, what issues remain between the

15  defense, you know, counsel and the Government.

16          But the search warrants are quite important because

17  they were our clients' own statements by e-mail, and I'd like

18  to, you know, work with the Government.  Perhaps if they would

19  give us their search terms, then we can do the same search

20  terms on our clients' e-mails because otherwise we're dealing

21  with just dozens of thousands of e-mails, and to review our

22  clients' e-mails if the Government is only going to search and

23  download a subset, along with all of the other

24  responsibilities, with over 2,000 audios and that three million

25  pages of discovery, make it hard even by January 17th for us to

1  finish the first-level job of reviewing the whole universe of

2  materials that the Government has provided us in their rolling

3  discovery.

4         THE COURT:  Okay.  So stop right there.  You can still

5  talk but -- so does anyone have a problem, any of the

6  defendants, with filing the motion concerning the conspiracy by

7  January 17th or does anyone feel that that's too far in the

8  future?

9         DEFENSE COUNSEL:  Your Honor, I think I may be wrong,

10  but I thought he suggested not setting a date for the motion to

11  be filed January 17th.

12         MR. WEINBERG:  That's right.  What I would ask Your

13  Honor --

14         THE COURT:  Oh, until the 17th.  I see.

15         MR. WEINBERG:  Give us to the 17th to continue --

16  we've only had literally four and a half months to go through

17  three million pages of materials and thousands of audios.  Give

18  us to January 17th so that when we make our challenges that

19  Judge Gorton is inviting, you know, we'll make them shortly

20  after the 17th.  Your Honor will set a date for the pleadings

21  that will not jeopardize the desire to have the trials, in the

22  plural, occur in the last part of 2020.

23         THE COURT:  So I'm kind of fascinated that, you know,

24  we had another group in yesterday who want to file that motion

25  this month because they're -- I think what counsel stated, it's

1  not dependent on discovery.  So -- which seemed like a curious

2  thing to me, but okay.  But you say it is dependent on the

3  discovery, so you would like to review the millions of pages of

4  discovery in the next three months and then set a date for

5  filing the motion concerning the conspiracy?

6          MR. WEINBERG:  And here's why, Judge.  You know,

7  there's two levels of challenge to the Government's theory of

8  prosecution.  You know, one is strictly facial, and we all know

9  that with the Government not stipulating to facts, the courts

10  are disinclined to dismiss indictments if there's any

11  hypothetical factual scenario that would legitimize the

12  Government's pleading.  They take the pleading at face value,

13  and if the Government says fraud or bribery or property crime

14  or obtaining money, it ordinarily survives the facial

15  challenge, and they've charged a single conspiracy, or at least

16  they've attempted to.

17          What we're trying to do, or at least I'm trying to do,

18  is represent in a pleading that goes one level below the facial

19  allegations that there's simply no evidence that, for instance,

20  my client knows this gentlemen's client or any of our clients

21  know each other.  It is the absolute classic, going back to the

22  old drug cases, you know, I started with in the 1970s, you have

23  a hub, Mr. Singer; you have spokes, the parents; and you have

24  an absolute absence of evidence of a rim, a rim being defined

25  as interdependence.  But I can't -- I can make that argument

 1   better if I could represent that I have examined the evidence
 2   and the interdependence of Mr. Zangrillo and any of the other
 3   co-counsel's clients doesn't exist, and if they can do the same
 4   with me, hopefully the Government will at least agree to that
 5   level of fact.  And they will argue, well, we have Singer and
 6   Singer's team, and that's enough to make everybody a single
 7   conspiracy, and then we can present to Judge Gorton a motion
 8   that can't be simply adjudged on the face of it, which has
 9   problems, but we can really address to Judge Gorton in this
10   first pleading a pleading that will raise the issues that are
11   of pivotal significance to all of us as we go forward.
12        THE COURT:  Okay.  So I don't know what your view is,
13   Mr. Rosen?
14        MR. ROSEN:  My view is that there's, you know, there's
15   no summary judgment motions in criminal practice.  It would
16   just simply be a jury issue.  So I don't think it's relevant
17   to -- I don't think it's relevant to look beneath the facts,
18   especially when they're skewed in a particular direction.  I'm
19   not going to address that now, Judge, but I'm happy with the
20   January date or whatever.  We don't need that, that's fine.
21   Whether the motion improperly incorporates facts that
22   cherry-pick from discovery, that's another issue that Judge
23   Gorton will deal with.
24        THE COURT:  Okay.  So I will not set a date for the
25   filing of that particular motion until January 17th.  But it

1   would be very helpful if on the 17th counsel have some idea of

2   by what date they want to file the motion, and if you could

3   work on a date together.  And if you have an outlier, you

4   could -- and you're filing a separate motion, you could just

5   propose your separate dates.

6           I do think it's in your interest to consolidate as

7   much as possible, although I know it may not be possible for

8   everyone.  And also on the 17th, absent some really good

9   reasons, I think those dates will be set in fairly short order.

10  I wouldn't expect more than 45 to 60 days to file those motions

11  by then, although I'll hear you on that.

12          So, okay, so what about -- I guess the Government was

13  asking for a briefing schedule for discovery motions, and I

14  think I won't do that at this time, but I would really urge

15  counsel, as you are going through the discovery, to send

16  letters to the Government periodically and not hold off until

17  you have all your discovery requests at once, because I do

18  think on the 17th we will also shorten up those dates, and

19  you'll need to have reviewed the discovery.  I know it's very

20  voluminous, but if you're going to go to trial soon after that,

21  you're going to need to have reviewed it.  So you need to have

22  reviewed the discovery and know what it is that you want from

23  the Government, and we'll set dates at that time, too, to try

24  to get you to a motions date, if you need one.

25          So I'm not going -- I'm not going to enforce a strict

1    deadline for the letters, but let's get them rolling so the

2    Government isn't deluged with them at the end.  And I don't

3    want to see that as a tactic either.  So when things occur to

4    you, send them a letter.

5            Yes, sir?

6            MR. HUESTON:  John Hueston on behalf of William

7    McGlashan.  So the letters have been coming.  There's been one

8    that's been sent collectively and then there has been some

9    individual letters and there has been some meet and conferring

10   happening along those lines.

11           I guess what I want to prepare Your Honor for is I

12   think the Government has been working, from my perspective, in

13   good faith to try to resolve issues, but as of today, a *Brady*

14   review is not complete, they've acknowledged.  It's not just a

15   matter of getting out a couple of final productions, and

16   there's going to be additional meet and confers necessary.  And

17   then we're going to be relying on them producing the remainder

18   of discovery far enough in advance of that January 17th hearing

19   so that everything is teed up and we can then have a better

20   sense of how we can actually schedule any necessary discovery

21   motions.

22           So my point being, maybe an urging of the Government

23   to complete its process both in meeting with us, and we have

24   not let grass grow under our feet.  There's no tactic here.

25   There are millions of pages of documents.  People are working

```
 1              CERTIFICATE OF OFFICIAL REPORTER

 2

 3              I, Linda Walsh, Registered Professional Reporter

 4    and Certified Realtime Reporter, in and for the United States

 5    District Court for the District of Massachusetts, do hereby

 6    certify that the foregoing transcript is a true and correct

 7    transcript of the stenographically reported proceedings held in

 8    the above-entitled matter to the best of my skill and ability.

 9              Dated this 6th day of October, 2019.

10

11

12              /s/ Linda Walsh_____

13              Linda Walsh, RPR, CRR

14              Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25
```

# Exhibit MMM

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

****************************

UNITED STATES OF AMERICA,
        Plaintiff

vs.                                Case No. 1:19-cr-10080-NMG

DAVID SIDOO ET AL,
        Defendants

****************************


TRANSCRIPT OF INTERIM STATUS CONFERENCE
BEFORE THE HONORABLE M. PAGE KELLEY
AT BOSTON, MASSACHUSETTS
ON JANUARY 17, 2020


APPEARANCES:

For the Government:
Eric S. Rosen, Assistant United States Attorney
Justin D. O'Connell, Assistant United States Attorney
Kristen A. Kearney, Assistant United States Attorney
Leslie Wright, Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210
617-748-3412



Prepared by:  Karen M. Aveyard,
              Approved Federal Court Transcriber

        ----------------------------------------------------

                        **TRANSCRIPTION PLUS**
                         **1334 ELM STREET**
                 **LEOMINSTER, MASSACHUSETTS 01453**
                         **(978) 466-9383**
                      **k.aveyard@comcast.net**

APPEARANCES (continued):

For Defendant David Sidoo:
Martin G. Weinberg, Esquire
20 Park Plaza, Suite 1000
Boston, Massachusetts 02116
617-227-3700

For Defendant Amy and Gregory Colburn:
David S. Schumacher, Esquire
Hooper Lundy & Bookman, PC
470 Atlantic Avenue, Suite 1201
Boston, Massachusetts 02210
617-532-2704

For Defendant Gamal Abdelaziz:
Brian T. Kelly, Esquire
Nixon Peabody, LLP
100 Summer Street
Boston, Massachusetts 02110
617-345-1000

Joshua C.H. Sharp, Esquire
Nixon Peabody, LLP
53 State Street,
Boston, Massachusetts 02109
617-345-1135

For Defendant Diane Blake:
David E. Meier, Esquire
Todd & Weld
1 Federal Street, 27th Floor
Boston, Massachusetts 02110
617-720-2626

Stephen H. Sutro, Esquire
Duane Morris, LLP
1 Market Plaza, Suite 2200
San Francisco, California 94105
415-957-3000

For Defendant I-Hsin Chen:
Janice Bassil, Esquire
Bassil & Budreau
20 Park Plaza, Suite 1005
Boston, Massachusetts 02116
617-366-2200

APPEARANCES (continued):

For Defendants Lori Loughlin and Mossimo Giannulli:
George W. Vien, Esquire
Donnelly Conroy & Gelhaar, LLP
260 Franklin Street
Boston, Massachusetts 02110
617-720-2880

Sean M. Berkowitz, Esquire
Latham & Watkins, LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
312-777-7016

For Defendant Elisabeth Kimmel:
Cory S. Flashner, Esquire
R. Robert Popeo, Esquire
Eoin P. Beirne, Esquire
Mark E. Robinson, Esquire
Mintz Levin Cohn Ferris Glovsky & Popeo, PC
1 Financial Center, 42nd Floor
Boston, Massachusetts 02111
617-542-6000

For Defendant William McGlashan, Jr.:
John C. Hueston, Esquire
Hueston Hennigan
620 Newport Center Drive, Suite 1300
Newport Beach, California 90014
949-226-6740

Jack W. Pirozzolo, Esquire
Sidley Austin, LLP
60 State Street, 34th Floor
Boston, Massachusetts 02109
617-223-0304

For Defendant Marci Palatella:
Michael K. Loucks, Esquire
Skadden Arps Slate Meagher & Flom, LLP
500 Boylston Street
Boston, Massachusetts 02116
617-573-4840

APPEARANCES (continued):

<u>For Defendant John Wilson:</u>
Michael Kendall, Esquire
Yakov Malkiel, Esquire
White & Case, LLP
75 State Street
Boston, Massachusetts 02109
617-939-9310

<u>For Defendant Homayoun Zadeh:</u>
Tracy A. Miner, Esquire
Miner Orkand Siddall, LLP
470 Atlantic Avenue, 4th Floor
Boston, Massachusetts 02210
617-273-8421

```
 1                    P R O C E E D I N G S
 2
 3          THE CLERK:  Today is Friday, January 17, 2020, and we
 4    are on the record in Criminal Case No. 19-10080, the United
 5    States versus David Sidoo et al, the Honorable M. Page Kelley
 6    presiding.
 7          Would counsel please identify themselves for the
 8    record.
 9          MR. ROSEN:  Good morning, your Honor.  Eric Rosen,
10    Kristen Kearney, Leslie Wright and Justin O'Connell for the
11    Government.
12          THE COURT:  Good morning.
13          MR. WEINBERG:  Good morning, your Honor.  Martin
14    Weinberg on behalf of both David Sidoo and Robert Zangrillo.
15          THE COURT:  Good morning.
16          MR. HUESTON:  Good morning, your Honor.  John Hueston
17    on behalf of William McGlashan.
18          MR. POPEO:  Good morning, your Honor.  Robert Popeo on
19    behalf of Elisabeth Kimmel, and I'm here with Corey Flashner
20    and Eoin Beirne.
21          THE COURT:  Okay.  Good morning to everyone.
22          MS. MINER:  Good morning, your Honor.  Tracy Miner for
23    Homayoun Zadeh.
24          MR. KELLY:  Good morning, your Honor.  Brian Kelly and
25    Josh Sharp on behalf of Mr. Gamal Abdelaziz.
```

```
 1              THE COURT:  Good morning.
 2              MR. BERKOWITZ:  Good morning, your Honor.  Sean
 3   Berkowitz on behalf of Lori Loughlin and Mossimo Giannulli.
 4              THE COURT:  Good morning.
 5              MR. PIROZZOLO:  Good morning, your Honor.  Jack
 6   Pirozzolo on behalf of Bill McGlashan.
 7              MR. VIEN:  Good afternoon, your Honor.  George Vien on
 8   behalf of Mossimo Giannulli.
 9              MS. BASSIL:  Good morning, your Honor.  Janice Bassil
10   standing in for Ruben Cahn for I-Hsin Chen.
11              THE COURT:  Okay.
12              MR. ROBINSON:  Mark Robinson, Mintz Levin, for
13   Elisabeth Kimmel.
14              THE COURT:  Good morning.
15              MR. KENDALL:  Good morning, your Honor.  Mike Kendall
16   and Yakov Malkiel for John Wilson.
17              MR. SCHUMACHER:  Good morning, your Honor.  David
18   Schumacher on behalf of Amy and Gregory Colburn.
19              THE COURT:  Good morning.
20              MR. LOUCKS:  Good morning.  Mike Loucks for Marci
21   Palatella.
22              THE COURT:  Good morning.
23              Okay, that's everyone.  That's enough.
24              So I have a few housekeeping matters and then I'm
25   going to go over the Joint Status Report that the parties
```

1    confer on a date.  I'm going to exclude the time between now

2    and the next date under the Speedy Trial Act.

3              So what else can I do for you?

4              Wow, no one has any complaint?

5              MR. WEINBERG:  I guess I would say one thing.  I think

6    it's probably more a subject for a later status conference or

7    even more a status conference with Judge Gorton, but we have

8    received an enormous amount of discovery.  It's almost

9    unquantifiable between the audio tapes, the document discovery,

10   the e-mail discovery, the discovery that comes in from third

11   parties.  We received on January 9 another rather significant

12   production of both new and old discovery, and we will be asking

13   the Court to consider requiring the Government to file a real

14   exhibit list well before any trial is scheduled by Judge

15   Gorton.  It's simply impossible for us to put our hands around,

16   you know, literally millions of e-mails, millions of documents,

17   thousands of audios, and prepare a meaningful targeted defense

18   without the Government being required at a time that's more in

19   advance than usual in a narrower case with less discovery.  We

20   simply need to know what the Government is choosing from this,

21   you know, I hate to say millions of pages of discovery, so that

22   we can respond and target our defenses, and have a manageable

23   trial and a manageable multi-defendant trial.

24             So we will be asking the Court at the May conference

25   to consider asking the Government, whether it's 90 days or 120

1    days before trial, to be required to give us their exhibit

2    list.  Obviously, it's not fixed in stone if they change

3    strategies.  They could supplement the list.  But at least we

4    can begin to zero in on the documents, e-mails and audios that

5    we need to master to be able to crystalize a defense to give

6    them responsive discovery that is not their discovery, but our

7    discovery, and will they prepare for a streamline trial that's

8    not, you know, completely chaotic.

9              THE COURT:  Okay.  Mr. Rosen, do you want to respond

10   to that?

11             MR. ROSEN:  I mean, Judge, we will of course provide

12   an exhibit list, you know, prior to trial.  We obviously change

13   the exhibits significantly as you approach trial, figure out

14   who is pleading guilty, who is not pleading guilty, who is

15   going forward and we streamline our case.  I think 90 or 120

16   days would be impossible to do, but we're open to a resolution,

17   provided that the defendants of course provide reciprocity to

18   that in their own exhibit list and we get some -- we get what

19   we believe is deserved to us as well, including the Rule 16(b)

20   reciprocal discovery.

21             So we're hoping to a resolution.  I think we can work

22   together with the parties to come up with a date for an exhibit

23   list, but I do want it to be reciprocal.

24             THE COURT:  Okay.  So I'll just table that for now and

25   it seems like there's some room for the parties to negotiate

C E R T I F I C A T I O N

      I, Karen M. Aveyard, Approved Federal Court Transcriber, do hereby certify that the foregoing transcript, consisting of 20 pages, is a correct transcript prepared to the best of my skill, knowledge and ability from the official digital sound recording of the proceedings in the above-entitled matter.

/s/ Karen M. Aveyard

Karen M. Aveyard

February 9, 2020

Date

# Exhibit NNN

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF MASSACHUSETTS

 3


 4
      * * * * * * * * * * * *    19CR10080-NMG
 5    UNITED STATES OF AMERICA*
                              *
 6    VS.                     *    SEPTEMBER 18, 2019
                              *    2:23 P.M.
 7    ROBERT ZANGRILLO        *
                              *
 8    * * * * * * * * * * * *    BOSTON, MA

 9


10            BEFORE THE HONORABLE M. PAGE KELLEY

11                     MAGISTRATE JUDGE

12                    (Motion Hearing)

13


14    APPEARANCES:

15
      FOR THE GOVERNMENT:     ERIC S. ROSEN, AUSA;
16                            KRISTEN A. KEARNEY, AUSA
                              JUSTIN D. O'CONNELL, AUSA
17                            United States Attorney's Office
                              1 Courthouse Way
18                            Suite 9200
                              Boston, MA 02210
19
      FOR THE DEFENDANT:      MARTIN G. WEINBERG, ESQ.
20                            Martin G. Weinberg, PC
                              20 Park Plaza
21                            Suite 1000
                              Boston, MA 02116
22
                              MICHAEL PABIAN, ESQ.
23                            Michael Pabian Law Office, LLC
                              20 Park Plaza
24                            Suite 1000
                              Boston, MA  02116
25
```

APPEARANCES (Cont'd):

FOR THE MOVANT:              DOUGLAS FUCHS, ESQ.
                             Gibson, Dunn & Crutcher LLP
                             333 South Grand Avenue
                             Los Angeles, CA  90071

                             ANTHONY E. FULLER, ESQ.
                             Hogan Lovells US LLP
                             125 High Street
                             Suite 2010
                             Boston, MA  02110


Court Reporter:              Debra D. Lajoie, RPR-FCRR-CRI-RMR
                             One Courthouse Way
                             Boston, MA  02210


              Proceeding reported and produced
               by computer-aided stenography

1    18 SEPTEMBER 2019 -- 2:23 P.M.

2              THE CLERK:  Today is Wednesday, September 18th,

3    2019, and we are on the record in Criminal Case

4    No. 19-10080, the United States v. Robert Zangrillo,

5    the Honorable M. Page Kelley presiding.

6              Will counsel please identify themselves for

7    record.

8              MR. FUCHS:  Yes.  Good afternoon, Your Honor.

9              Doug Fuchs from Gibson, Dunn & Crutcher on

10   behalf of third party University of Southern

11   California.  And with me at counsel table is

12   Anthony Fuller who I'm sure you know well.

13             THE COURT:  Yes.  Good afternoon.

14             MR. WEINBERG:  Good afternoon, Your Honor.

15   Martin Weinberg with Michael Pabian who filed a notice

16   of appearance today as my co-counsel on behalf of

17   Defendant, Robert Zangrillo.

18             THE COURT:  Okay.  And good afternoon to you.

19             We're starting a few minutes early, but I was

20   just standing out there and you're just sitting in

21   here, so I thought we might as well get going.

22             So I did ask the Government to join us because I

23   noticed in the pleadings there are some representations

24   about the Government's position on certain matters, and

25   I didn't know if we might want them to chime in or not.

1    So that's why they're sitting there.

2          So we're here for oral argument on No. 532 on

3    the docket, which is USC's motion to quash Defendant

4    Zangrillo's subpoena.  And this matter has its origins

5    in No. 432, which was Defendant Zangrillo's motion for

6    a Rule 17(c) subpoena.  That was filed under seal, but

7    I think it was subsequently unsealed, at least some --

8    I think it's still redacted, parts of it, on the

9    docket in which Defendant set out parts of his defense,

10   but that should be on the docket now.  So I allowed

11   that motion, and USC moved to quash, and then the

12   parties have filed several responsive and opposing

13   pleadings since that time.

14         And one thing I want to make clear before I hear

15   argument is that I allowed the Defendant's motion for a

16   subpoena, but I did so with the understanding that USC

17   would have the opportunity to confer with Mr. Weinberg

18   and to file a motion to quash if they were not able to

19   reach an agreement, and both of those things were

20   obviously done.  So that's why we're here.  But I don't

21   think there is a presumption that, because I originally

22   allowed the subpoena, that I'm not open to USC's

23   arguments.  There was some suggestion of that I think

24   in the pleadings.

25         So okay.  I think I would first really like to

1     nothing to do with their case, as charged.

2         MR. ROSEN: I'll be brief. I know we want to

3     get out of here.

4         Judge, Mr. Fuchs is exactly right. The VIP

5     process has absolutely nothing to do with this case

6     because he's been charged with conspiracy to commit

7     wire fraud and mail fraud, and that relies solely on

8     his intent and his good faith. He had no --

9     Mr. Zangrillo had no idea at all his daughter,

10     Amber Zangrillo, was getting tagged as a VIP applicant.

11         The only thing that he believed was that there

12     was phony crew credentials being made up and put on the

13     application, and by the way, that's on the application.

14     The very first activity is that     Amber Zangrillo

15     spent 44 hours a week doing crew at  the LA Rowing

16     Club, which is patently false. And then he was never

17     told at all during the case that Amber Zangrillo was

18     admitted as a VIP or anything like that or a special

19     interest.

20         I think -- and we haven't heard any evidence to

21     the contrary -- that the only time Mr. Zangrillo

22     actually learned about that was after his arrest when

23     he figured it out, and now he's trying to back-door and

24     cobble together a defense of good faith based on

25     information and emails he was not on, he had no

1    knowledge of, and there's nothing showing any

2    communications between himself, Rick Singer,

3    Donna Heinel or anyone else showing that this is how he

4    thought she was going to get in.

5         There's been a lot of time spent on the USC

6    admissions process and everything like that. There's

7    been no time spent on his state of mind. All we've

8    seen is one email or one document that's been provided

9    solely to the Court, not to the Government, despite our

10   request for Rule 16(b) discovery, that they claim he

11   was aware, aware generally of the VIP process,

12   nothing to say he was aware of it in the context of

13   Amber Zangrillo's admission.

14        The entirety of Amber Zangrillo's admission was

15   a complete fraud. There were classes that

16   Mr. Zangrillo was paying Michaela Sanford from The Key

17   Worldwide to take and then put and submit it to USC so

18   that she could go to Europe. He wanted Rick Singer to

19   fix an F.

20        Mr. Weinberg brought up about how some parents

21   were brought in kicking and screaming into this. Not

22   Mr. Zangrillo. Mr. Zangrillo encouraged, aided,

23   abetted and paid for that fraud on multiple, multiple

24   occasions. Even after he was admitted into -- even

25   after Ms. Amber Zangrillo was admitted into USC,

1    Mr. Zangrillo, in an October 25th, 2018, call admitted

2    he had no idea why the $200,000 payment to KWF, The Key

3    Worldwide Foundation was made.  He said -- he's asking

4    Rick to come up with a story for why that payment was

5    made.  He says, "Rick, what was the Amber payment for,

6    just so I know we have the story straight?"

7         This isn't a guy acting in good faith about the

8    VIP program; he's getting his story straight to lie to

9    the IRS about the $200,000 funneled through the -- for

10   the charity.  They talked about the $50,000 to USC.

11   What about the $200,000 that he paid out to Rick

12   Singer?  Where was that going?  We'd have to believe

13   that USC, one of the largest research institutions

14   on the planet, set up some secret agreement with

15   Rick Singer and his fake charity to funnel donations

16   through that charity that served underserved kids in

17   order to legitimize anything good faith about

18   Zangrillo's actions.

19        It's ridiculous.  This is a complete side show,

20   completely unrelated to the issues at hand, and we

21   intend fully, if any of the documents are gotten, to

22   file a motion in limine to admit.

23        The sole question is:  Did Mr. Zangrillo know

24   about that?  And there's been -- know about this

25   process of getting in?  And there's been absolutely no

1

2          C E R T I F I C A T I O N

3

4

5

6

7

8

9          I, Debra D. Lajoie, RPR-FCRR-CRI-RMR, do

10   hereby certify that the foregoing pages are a true and

11   accurate transcription of my stenographic notes in the

12   above-entitled case.

13

14

15

16

17

18          /s/ Debra D. Lajoie

19

20

21

22

23          9/23/19

24

25