UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No.: 19-10080-NMG |
| | ) | |
| DAVID SIDOO, *et. al.*, | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

**GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME, UNTIL MAY 8, 2020, TO FILE AN OMNIBUS RESPONSE TO CERTAIN OF DEFENDANTS' DISPOSITIVE MOTIONS, AND TO FILE AN OVERSIZED BRIEF**

On March 31 and April 1, 2020, the defendants filed the following 18 motions to dismiss parts of the indictment, sever defendants and counts, and suppress evidence:

| No. | Motion | Docket No. |
|---|---|---|
| 1 | Defendant Wilson – Motion to Sever | 992 |
| 2 | Defendant Wilson – Motion to Dismiss | 993 |
| 3 | Defendant Wilson – Motion to Strike | 994 |
| 4 | Defendants' Motion to Suppress Wiretap and for a *Franks* hearing | 1015 |
| 5 | Defendants' Motion to Suppress Wiretap Evidence | 1024 |
| 6 | Defendants' Motion to Sever | 1033 |
| 7 | Defendant Zangrillo – Motion to Dismiss Counts 1 and 4 (in part) | 1043 |
| 8 | Defendant Zangrillo – Motion to Strike or Sever | 1045 |
| 9 | Defendants' Motion to Dismiss for Lack of Venue | 1019 |
| 10 | Defendants' Motion to Dismiss Count 1 (as to conspiracy to defraud testing companies) | 1021 |
| 11 | Defendant McGlashan – Motion to Dismiss Count 7 | 1023 |
| 12 | Defendant Chen – Motion to Dismiss Count 5 | 1026 |
| 13 | Defendants' Motion to Dismiss Pursuant to FRCP 8 and 12(b)(3)(B) | 1031 |
| 14 | Defendant Kimmel – Motion to Dismiss Pursuant to FRCP 12(b)(1) and (b)(3)(B) | 1035 |
| 15 | Defendants' Motion to Dismiss Counts 1 and 2 (conspiracy to commit honest services fraud/federal programs bribery) | 1037 |
| 16 | Defendants' Motion to Dismiss Count 3 | 1039 |
| 17 | Defendants' Motion to Dismiss Count 1 (conspiracy to commit mail/wire fraud) | 1041 |

*Motion allowed, in part, and denied, in part; the governments' omnibus brief will be limited to 65 pages.*

2

*SNMGorton, USDJ  4/30/20*

| 18 | Defendants Amy and Greg Colburn – Motion to Dismiss the Second Superseding Indictment | 341[1] |

The government's responses to all of these motions are due this Thursday, April 30, 2020. The government intends to file four briefs responding to the motions described in numbers 1-8. The government intends to file one additional omnibus brief responding to the motions described in numbers 9-18, as many of the arguments raised in those motions are related and the government believes a consolidated response will be more efficient.

Given the number of briefs filed by the defendants at one time, and the various issues raised in each, the government respectfully requests an additional week and one day, until May 8, 2020, to file its omnibus response to the motions listed in numbers 9-18. The government does not seek additional time to file its responses to the motions listed in numbers 1-8. In addition, since the government intends to respond to 10 briefs (totaling approximately 175 pages) in one, the government seeks permission to file an oversized brief of approximately 85 pages. The defendants assent to both of the government's requests.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/ Karin M. Bell
Eric S. Rosen
Justin D. O'Connell
Leslie A. Wright
Kristen A. Kearney
Karin M. Bell
Stephen E. Frank

Dated: April 29, 2020

---

[1] Defendants Greg and Amy Colburn filed their motion on April 15, 2019 and it remains pending. Thus, there are 18 dispositive motions currently pending.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

/s/ *Karin M. Bell*
Karin M. Bell
Assistant United States Attorney

Dated: April 29, 2020