# Exhibit A

## Federal Criminal Cases Alleging Academic Cheating
## As a Means of Committing Mail and/or Wire Fraud

| Case | Academic Cheating Allegations |
|---|---|
| *United States v. Krystynak*, 18-cr-00196 (S.D. W.Va. 2018)[1] | Parent pled guilty to mail fraud for a scheme that involved changing her child's high school grades that were later transmitted to colleges and universities. |
| *United States v. Barrington et al.*, 4:08-cr-00050-WS-GRJ (N.D. Fla. 2008)[2] | Three students pled or found guilty of conspiracy to commit wire fraud for a scheme that included changing grades for themselves and others, which were later used to apply to graduate school. |
| *United States v. Cross, et al.*, 6:05-cr-10197-MLB & 6:05-cr-10232-34-MLB (D. Kan. 2005)[3] | Four college coaches and athletic director pled or found guilty of mail and wire fraud for a scheme that included taking online classes on behalf of student-athletes to make it appear as if the students were eligible for college degrees. |
| *United States v. García*, 3:11-cr-01830-DB-1 (W.D. Tex. 2011)[4] | School superintendent pled guilty to conspiracy to commit mail fraud for a scheme in which he directed staff to change student grades to avoid students taking a state-run aptitude test. |
| *United States v. Brazil*, CR-02-00882-SVW (C.D. Cal. 2002)[5] | Reverend who founded a program to help minority high school students get into college convicted of mail fraud for advising students to falsely claim that they were, amongst other things, orphans on scholarship forms. |
| *United States v. Henry* 3:14-cr-30039-MGM (D. Mass. 2014)[6] | School principal pled guilty to mail fraud for a scheme that included instructing teachers to give hints, clues, and tips to students during the course of tests and then falsely certifying that the test were administered honestly. |
| *United States v. Littlefair* 19-cr-10463-ADB (D. Mass. 2019)[7] | Parent plead guilty to conspiracy to commit wire fraud for a scheme that solely involved paying William "Rick" Singer's associates to take online classes on behalf of her son. |

---
Header:

Case 1:19-cr-10080-NMG Document 1137-1 Filed 04/30/20 Page 3 of 3

---

[1] "Former High School Counselor Sentenced for Mail Fraud Scheme Inflating Daughter's Grades to Obtain College Scholarships," U.S. DEPT. OF JUSTICE (May 17, 2019, *available at* https://www.justice.gov/usao-sdwv/pr/former-high-school-counselor-sentenced-mail-fraud-scheme-inflating-daughters-grades.

[2] *United States v. Barrington*, 648 F.3d 1178 (11th Cir. 2011); *see also* "FAMU Student Sentenced to 84 Months in Prison in Computer Intrusion, Grade Changing Scam," WCTC.TV (Sept. 22, 2009), *available at* https://www.wctv.tv/home/headlines/60273627.html.

[3] "Former Barton County Track Coach Lance Brauman Sentenced to 12 months and a day in Federal Prison," U.S. DEPT. OF ED. (Oct. 2, 2006), *available at* https://www2.ed.gov/about/offices/list/oig/invtreports/ks102006.html; *see also Four going to jail for fraud at community college*, ASSOCIATED PRESS (Oct. 2, 2006), *available at* https://www.espn.com/college-sports/news/story?id=2611020 (reporting that at sentencing judge marked "Some of the fraudulent conduct occurred in the classroom—this is not the message teachers and coaches should be sending to young students.").

[4] "Former E.P.I.S.D. Superintendent Garcia Sentenced To Federal Prison," U.S. DEPT. OF JUSTICE (Oct. 5, 2012), *available at* https://www.justice.gov/archive/usao/txw/news/2012/EPISD%20Garcia%20sentencing%20final.pdf.

[5] David Rosenzweig, "Minister Is Given Prison Term for Student Aid Fraud," L.A. TIMES (Oct. 21, 2003), *available at* https://www.latimes.com/archives/la-xpm-2003-oct-21-me-scholar21-story.html.

[6] "Former Charter School Principal Sentenced in Connection with MCAS Cheating Scheme," U.S. DEPT. OF ED. (Jan. 9, 2015), *available at* https://www2.ed.gov/about/offices/list/oig/invtreports/ma012015.html.

[7] "California Women Charged and Agrees to Plead Guilty in College Admissions Case: Defendant allegedly paid $9,000 to have online college classes taken on behalf of her son," U.S. DEPT. OF JUSTICE (Dec. 9, 2019), *available at* https://www.justice.gov/usao-ma/pr/california-woman-charged-and-agrees-plead-guilty-college-admissions-case.