# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID SIDOO, *et al.*,<br><br>Defendants. | Crim. No. 19-cr-10080-NMG-MPK |

## FINAL STATUS REPORT

Pursuant to Local Rule 116.5(c), the parties hereby file the following status report prepared in connection with the Final Status Conference on May 5, 2020.

**(1) Whether the Defendants Request Transfer of the Case for a Rule 11 Hearing**

At this time, no defendant is requesting a transfer to the district court for a Rule 11 hearing.

**(2) Whether, Alternatively, the Parties Move for a Pretrial Conference Before the District Court**

A pretrial status conference before the district court is currently scheduled for July 28, 2020 at 3:00 p.m.

(A)   Status of Discovery

On or before May 5, 2020, the government will produce any remaining materials set forth in the status report filed on April 9, 2020 (*see* Dkt. 1071, as modified by the Court during the April 9, 2020 status conference). To the extent the government acquires additional materials after May 5, 2020 that are required to be produced under Local Rule 116.2(b)(2), the government will produce those forthwith. Defendants proceeding to trial commencing on or about September 29, 2020 have agreed to provide reciprocal discovery on or before July 17, 2020 (Dkt. 929).

(B)     Discovery Requests and Motions

On April 17, 2020, Defendant Abdelaziz filed a motion to compel the government to produce (i) all of William "Rick" Singer's telephone calls on or after September 27, 2018; (ii) all of Singer's email communications on or after September 29, 2018; and (iii) all discoverable materials taken from extractions of Singer's Apple iPhone 7+, Dell computer, Mac laptop, LG phone, and Apple Watch. The parties believe that this motion is now moot because the government has indicated that it will produce the requested materials. The government will file a brief response, noting this, by Friday, May 1, 2020.

Defendants have indicated that they may have further discovery motions after reviewing the government's productions through May 5, 2020. The government is committed to resolving any remaining discovery disputes. Per the Court's order at the April 9, 2020 status conference, Defendants will file any remaining discovery motions by May 22, 2020, and the government will have until June 5, 2020 to respond.

(C)     Fed. R. Crim. P. 12(b) Motions

Defendants filed 18 motions under Fed. R. Crim. P. 12(b) on March 31 and April 1, 2020.[1] The government will file its oppositions to eight of those motions on April 30, 2020. The government will file an omnibus response to the remaining motions on or before May 8, 2020. Dkt. 1129. The defendants' replies are due on May 15, 2020. The defendants will seek leave to file replies to the May 8 filing only on or before May 24.

(D)     Excludable Delay

The 70-day period specified in 18 U.S.C. § 3161(c)(1) commenced on April 3, 2019 as to the Colburn Defendants, and April 9, 2019 as to the remaining Defendants. In Orders entered

---

[1] The Colburn motion to dismiss was filed in April 2019.

2

March 18, 2019, April 3, 2019, April 9, 2019, April 29, 2019, June 3, 2019, October 2, 2019, and January 17, 2020, the Court has excluded all time between March 15, 2019 and May 5, 2020 under the Speedy Trial Act. *See* Dkts. 25, 124, 129, 370, 394, 577, & 745.

The parties have conferred and ask that the Court exclude the period of time from the time of the final status conference on May 5, 2020 to the time of the scheduled July 28, 2020 pretrial conference, under 18 U.S.C. § 3161(h)(1)(D), while Defendants' motions to dismiss and suppress are pending, and 18 U.S.C. § 3161(h)(7)(A), to permit Defendants time to review discovery, confer with their respective counsel, and prepare for trial. The ends of justice served by this exclusion outweigh the interests of the public and each Defendant in a speedy trial.

    (E)    <u>Estimated Number of Trial Days</u>

The Government currently estimates that its case-in-chief would take approximately three to six weeks, assuming three-quarter-day sessions.

**(3)    Other Matters Particular to the Case**

    (A)    <u>Whether Any Defendant Intends To Raise a Defense of Insanity or Public Authority</u>

No Defendant intends to raise a defense of insanity or public authority.

    (B)    <u>Timetable Regarding Expert Disclosures</u>

The government will provide any expert witness disclosures 90 days prior to trial, and the Defendants will provide any expert witness disclosures 60 days prior to trial. Rebuttal experts should be noticed 30 days prior to trial.

Respectfully Submitted,

| | |
|---|---|
| **ANDREW E. LELLING**<br>**UNITED STATES ATTORNEY**<br><br>*/s/ Eric S. Rosen*<br>ERIC S. ROSEN<br>JUSTIN D. O'CONNELL<br>LESLIE A. WRIGHT<br>KRISTEN A. KEARNEY<br>Assistant United States Attorneys<br>John Joseph Moakley Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210<br>Tel: (617)-748-3100<br>Eric.Rosen@usdoj.gov<br>Justin.O'Connell@usdoj.gov<br>Leslie.Wright@usdoj.gov<br>Kristen.Kearney@usdoj.gov | **GAMAL ABDELAZIZ**<br><br>By his attorneys,<br><br>*/s/ Brian T. Kelly*<br>Brian T. Kelly (BBO # 549556)<br>Joshua C. Sharp (BBO # 681439)<br>Nixon Peabody LLP<br>53 State Street<br>Boston, MA 02109<br>Tel: (617) 345-1000<br>bkelly@nixonpeabody.com<br>jsharp@nixonpeabody.com |
| **DIANE BLAKE AND TODD BLAKE**<br><br>By their attorneys,<br><br>*/s/ David E. Meier*<br>David E. Meier (BBO #341710)<br>Todd & Weld LLP<br>One Federal Street, 27th Floor<br>Boston, MA 02110<br>Tel: (617) 624-4732<br>dmeier@toddweld.com<br><br>Stephen H. Sutro, Esq.<br>Duane Morris LLP<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105-1127<br>Tel: (415) 957-3008<br>shsutro@duanemorris.com | **I-HSIN "JOEY" CHEN**<br><br>By his attorneys,<br><br>*/s/ Reuben Camper Cahn*<br>Reuben Camper Cahn (*pro hac vice*)<br>Jennifer L. Keller (*pro hac vice*)<br>Chase A. Scolnick (*pro hac vice*)<br>KELLER/ANDERLE LLP<br>18300 Von Karman Avenue, Suite 930<br>Irvine, CA 92612<br>Tel: (949) 476-8700<br>rcahn@kelleranderle.com |
| **AMY COLBURN AND GREGORY COLBURN**<br><br>By their attorneys,<br><br>*/s/ David S. Schumacher*<br>David S. Schumacher (BBO # 647917) | **MOSSIMO GIANNULLI**<br><br>By his attorneys,<br><br>*/s/ Sean M. Berkowitz* |

HOOPER, LUNDY & BOOKMAN, P.C.
470 Atlantic Avenue, Suite 1201
Boston, MA  02210
(617) 532-2700
dschumacher@health-law.com

Patric Hooper (*Pro Hac Vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
1875 Century Park East, Suite 1600
Los Angeles, California  90067-2517
(310) 551-8111
phooper@health-law.com

Jordan Kearney (*Pro Hac Vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
575 Market Street, Suite 2300
San Francisco, CA  94105
(415) 875-8500
jkearney@health-law.com

Sean M. Berkowitz (*admitted pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Phone: 312.777.7700
Fax: 312.993.9767
sean.berkowitz@lw.com

William J. Trach (BBO #661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Phone: 617.948.6000
william.trach@lw.com

Perry J. Viscounty (*admitted pro hac vice*)
LATHAM & WATKINS LLP
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626
Phone: 714.540.1235
perry.viscounty@lw.com

Roman Martinez (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Phone: 202.637.2200
roman.martinez@lw.com

*/s/ George W. Vien*
George W. Vien (BBO #547411)
Joshua N. Ruby (BBO #679113)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street
Suite 1600
Boston, MA 02110
Phone: 617.720.2880

Fax: 617.720.3554
gwv@dcglaw.com
jnr@dcglaw.com

*/s/ Mark E. Beck*
Mark E. Beck  (*admitted pro hac vice*)
Mark Beck Law, A Professional Corporation
350 West Colorado Boulevard
Suite 200
Pasadena, CA 91105
Phone: 213.596.7828
mbeck@markbecklaw.com

**ELISABETH KIMMEL**

By her attorneys,

*/s/ Eóin P. Beirne*
R. Robert Popeo (BBO # 403360)
Mark E. Robinson (BBO # 423080)
Eóin P. Beirne (BBO # 660885)
Cory S. Flashner (BBO # 629205)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C.
One Financial Center
Boston, MA  02111
(617) 348-1707 (telephone)
(617) 542-2241 (fax)
rpopeo@mintz.com
mrobinson@mintz.com
ebeirne@mintz.com
cflashner@mintz.com

**LORI LOUGHLIN**

By her attorneys,

*/s/ Sean M. Berkowitz*
Sean M. Berkowitz (*admitted pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Phone: 312.777.7700
Fax: 312.993.9767
sean.berkowitz@lw.com

William J. Trach (BBO #661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Phone: 617.948.6000
william.trach@lw.com

Perry J. Viscounty (*admitted pro hac vice*)
LATHAM & WATKINS LLP
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626
Phone: 714.540.1235
perry.viscounty@lw.com

6

Roman Martinez (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Phone: 202.637.2200
roman.martinez@lw.com

*/s/ David C. Scheper*
David C. Scheper (*admitted pro hac vice*)
SCHEPER KIM & HARRIS LLP
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071
Phone: 213.613.4655
Fax: 213.613.4656
dscheper@scheperkim.com

**WILLIAM McGLASHAN, JR.**

By his attorneys,

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO #564879)
jpirozzolo@sidley.com
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA  02109
Tel: (617) 223-0304

Joan M. Loughnane (*pro hac vice*)
jloughnane@sidley.com
SIDLEY AUSTIN LLP
787 7th Avenue
New York, NY  10019
Tel: (212) 839-5567

*/s/ John C. Hueston*
John C. Hueston (*pro hac vice*)
Marshall Camp (*pro hac vice*)
HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400

**MARCI PALATELLA**

By her attorneys,

*/s/ Michael K. Loucks*
Michael K. Loucks (BBO # 305520)
Skadden, Arps, Slate, Meagher & Flom LLP
500 Boylston Street
Boston, MA  02116
617-573-4840
michael.loucks@skadden.com

Jack P. DiCanio (*pro hac vice*)
Allen J. Ruby (*pro hac vice*)
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Palo Alto, CA  94301
650-470-4500
allen.ruby@skadden.com
jack.dicanio@skadden.com

Los Angeles, CA  90014
Tel: (213) 788-4340
jhueston@hueston.com
mcamp@hueston.com

**DAVID SIDOO**

By his attorneys,

/s/ Martin G. Weinberg
Martin G. Weinberg, Esq. (BBO # 519480)
Martin G. Weinberg, PC
20 Park Plaza
Suite 1000
Boston, MA 02116
617-227-3700
Fax: 617-338-9538
owlmcb@att.net

/s/ David Z. Chesnoff (*Pro Hac Vice)*
David Z. Chesnoff, Esq.
Chesnoff & Schonfeld
520 S. 4th Street
Las Vegas, NV 89101
702-384-5563
dzchesnoff@cslawoffice.net

/s/ Richard A. Schonfeld (*Pro Hac Vice)*
Richard A. Schonfeld
Chesnoff & Schonfeld
520 South Fourth Street
Las Vegas, NV 89101
702-384-5563
rschonfeld@cslawoffice.net

**DR. HOMAYOUN ZADEH**

By his attorneys,

*/s/ Tracy A. Miner*
Tracy A. Miner (BBO # 547137)
Megan A. Siddall (BBO # 568979)
Seth B. Orkand (BBO # 669810)
Miner Orkand Siddall LLP
470 Atlantic Ave, 4th Floor
Boston, MA  02110
Tel.: (617) 273-83 77

**JOHN WILSON**

By his attorneys,

*/s/ Michael Kendall*
Michael Kendall (BBO #544866)
Yakov Malkiel (BBO #689137)
WHITE & CASE LLP
75 State Street
Boston, MA  02109-1814
Tel: (617) 979-9310
michael.kendall@whitecase.com

Andrew E. Tombak (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020
Tel: (212) 819-8428
Andrew.tomback@whitecase.com

**ROBERT ZANGRILLO**

By his attorneys,

*/s/ Nicholas Theodorou*
Nicholas Theodorou (BBO # 495730)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA  02210
Tel: (617) 832-1163
ntheodorou@foleyhoag.com

tminer@mosllp.com
msiddall@mosllp.com
sorkand@mosllp.com

Martin G. Weinberg, Esq. (BBO # 519480)
20 Park Plaza, Suite 1000
Boston, MA  02116
Tel: (617) 227-3700
owlmgw@att.net

Matthew L. Schwartz
Boies Schiller Flexner
55 Hudson Yards, 20th Floor
New York, NY  10001
Tel: (212) 303-3646
mlschwartz@bsfllp.com

**CERTIFICATE OF SERVICE**

 I, Eric Rosen, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 1, 2020.

            /s/ *Eric S. Rosen*
            ERIC S. ROSEN
            Assistant United States Attorney