# Exhibit 4

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD |
|---|---|---|

## HEADER

**Source ID:** [redacted]
**Date:** 12/09/2019
**Case Agent Name:** CEDRONE, KAITLYN
**Field Office/Division:** Boston
**Squad:** C 10

## SOURCE REPORTING

**Date of Contact:** 12/06/2019

**List all present including yourself (do not include the CHS):**
SAs Kaitlyn Cedrone and Laura Smith
FoA Elizabeth Dupont
AUSAs Eric Rosen, Justin O'Connell, Kristen Kearney and Leslie Wright
Attorney Don Heller

**Type of Contact:** In Person

**Country:** UNITED STATES
**City:** Boston
**State:** Massachusetts

**Date of Report:** 12/06/2019

**Substantive Case File Number**
[redacted]

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
On December 6, 2019, CHS provided the following information. During the interview, CHS was shown several emails for review:

GIANNULLI
The Giannulli girls, [redacted] GIANNULLI ([redacted] and [redacted] GIANNULLI [redacted] knew they were getting into USC through crew. [redacted] knew less than [redacted] Neither [redacted] nor [redacted] knew about the payments. The parents, MOSSIMO GIANNULLI (MOSSIMO) and LORI GIANNULLI (LORI) knew that profiles were being created for crew for both [redacted] and [redacted]

[redacted]
[Exhibit 5 Bates PM1020 email dated Aug 19, [redacted] re [redacted]
MOSSIMO and LORI knew this profile would represent the girls in their application to the University of Southern California (USC).

[Exhibit 6 Bates PM966 email dated Sept 21, [redacted] re [redacted]
MOSSIMO and LORI knew CHS was going to submit the information to USC representing that [redacted] was a coxswain.

[redacted]
[Exhibit 7 Bates PM441 email dated July 16, 2017]
CHS was building a profile for [redacted] S/he was filling the in the information. MOSSIMO and LORI knew [redacted] was going in to USC the same way, representing that she was a coxswain for USC.

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

[Exhibit 8 PM458 email dated July 20, 2017]
MOSSIMO was running the show but LORI got on it because MOSSIMO was not responding.

[Exhibit 9 Singer671638 email dated July 28, 2017]
LAURA JANKE was reminding CHS she needed information to finish the resume. MOSSIMO and LORI were helping to create the profile by sending photos of [redacted] and [redacted] because CHS had asked for photos.

MOSSIMO and LORI knew [redacted] and [redacted] were being accepted to USC through fake athletic profiles depicting them as crew coxswains. MOSSIMO and LORI knew [redacted] and [redacted] admission to USC needed to be concealed because of the school counselor who questioned [redacted] getting in. They had to conceal admissions from friends too. [redacted] and [redacted] were not real recruits and MOSSIMO and LORI knew this. They had to keep quiet about the admissions.

[Exhibit 12 PM293 email dated November 29, 2017]
MOSSIMO and LORI thought their payment of $50,000 went directly to USC's program. They thought their $200,000 payment went to the Foundation. CHS told MOSSIMO and LORI in sum and substance that the $250,000 they paid for each of their daughters was paid to get them into USC. CHS does not recall exactly what s/he said to MOSSIMO and LORI regarding the money. CHS did recall telling MOSSIMO and LORI that the first $50,000 for each girl went to USC. It was CHS' belief that MOSSIMO and LORI knew part of the $200,000 sent to the Foundation was going to USC. They did not specifically discuss the money going to USC out of the $200,000. MOSSIMO and LORI understood the money was part of the deal and it had to be paid in order to get the girls into USC.

[Exhibit 14 Bates Singer387830 re: [redacted] getting in]
PAT HAYDEN (HAYDEN) was not aware of the deal CHS, MOSSIMO, and DONNA HEINEL (HEINEL) had agreed to in order to get the girls in to USC.

CHUCK KENTWORTHY (KENTWORTHY) may have told HAYDEN that HAYDEN should meet CHS.

When CHS met HAYDEN, s/he did not tell HAYDEN about the fraud or the money being paid to get his clients into USC.

[redacted]

[redacted]

[redacted]

[redacted]

UNCLASSIFIED

FD-1023   FEDERAL BUREAU OF INVESTIGATION
CHS REPORTING DOCUMENT   OFFICIAL RECORD

[Page content redacted]

UNCLASSIFIED

FD-1023 | FEDERAL BUREAU OF INVESTIGATION
CHS REPORTING DOCUMENT

**Synopsis:**
CHS proffer 12/6/2019

**SIGNATURE**

| | | |
|---|---|---|
| Submitted By | LCSMITH (SMITH, LAURA) | Wed, 18 Dec 2019 07:55:40 -05:00 |
| First Level Approved By | jpkeelan (Keelan, John) | Mon, 6 Jan 2020 17:55:49 -05:00 |

FD-1023 | Page 4 of 4 | FEDERAL BUREAU OF INVESTIGATION

UNCLASSIFIED

SINGER-REPORTS-000134