```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

                                      )
 UNITED STATES OF AMERICA,            )
                                      )
          Plaintiff,                  )
                                      )
 v.                                   )
                                      )
 GREGORY COLBURN, AMY COLBURN,        )
 GAMAL ABDELAZIZ, DIANE BLAKE,        ) Criminal Action
 TODD BLAKE, I-HSIN CHEN,             ) Nos. 1:19-cr-10080-NMG
 MOSSIMO GIANNULLI, ELISABETH         )
 KIMMEL, LORI LOUGHLIN, WILLIAM       )
 MCGLASHAN, JR., MARCI PALATELLA,     )
 JOHN WILSON, HOMAYOUN ZADEH,         )
 ROBERT ZANGRILLO,                    )
                                      )
          Defendants.                 )
                                      )



          BEFORE THE HONORABLE M. PAGE KELLEY
              UNITED STATES MAGISTRATE JUDGE


                    STATUS CONFERENCE
                       VIA TELEPHONE


                      May 5, 2020
                      11:06 a.m.


         John J. Moakley United States Courthouse
                   One Courthouse Way
              Boston, Massachusetts 02210



                 Linda Walsh, RPR, CRR
                 Official Court Reporter
         John J. Moakley United States Courthouse
            One Courthouse Way, Room 5205
              Boston, Massachusetts 02210
                 lwalshsteno@gmail.com
```

```
 1     APPEARANCES:

 2     On Behalf of the Government:

 3         UNITED STATES ATTORNEY'S OFFICE
           By: AUSA Eric S. Rosen
 4         One Courthouse Way
           Boston, Massachusetts 02210
 5         617-748-3412
           eric.rosen@usdoj.gov
 6
       On Behalf of the Defendants Gregory Colburn and Amy Colburn:
 7
           HOOPER, LUNDY & BOOKMAN, P.C.
 8         By: David S. Schumacher, Esq.
           470 Atlantic Avenue, Suite 1201
 9         Boston, Massachusetts 02210
           617-532-2704
10         dschumacher@health-law.com

11         HOOPER, LUNDY & BOOKMAN, PC
           Patric Hooper, Esq.
12         1875 Century Park East, Suite 1600
           Los Angeles, California 90067
13         310-551-8165
           phooper@health-law.com
14
       On Behalf of the Defendant Gamal Abdelaziz:
15
           NIXON PEABODY LLP
16         By: Brian T. Kelly, Esq.
               Joshua C.H. Sharp, Esq.
17         100 Summer Street
           Boston, Massachusetts 02110
18         617-345-1000
           bkelly@nixonpeabody.com
19         617-345-1135
           jsharp@nixonpeabody.com
20

21

22

23     (Appearances continued on the next page.)

24

25
```

```
 1    APPEARANCES (Continued):

 2        On Behalf of the Defendants Diane Blake and Todd Blake:

 3        TODD & WELD
          By: David E. Meier, Esq.
 4        One Federal Street, 27th Floor
          Boston, Massachusetts 02110
 5        617-720-2626
          dmeier@toddweld.com
 6
          DUANE MORRIS LLP
 7        By: Stephen H. Sutro, Esq.
          Spear Tower
 8        One Market Plaza, Suite 2200
          San Francisco, California 94105-1127
 9        415-957-3000
          shsutro@duanemorris.com
10
      On Behalf of the Defendant I-Hsin Chen:
11
          KELLER/ANDERLE LLP
12        By: Reuben Camper Cahn, Esq.
          18300 Von Karman Avenue, Suite 930
13        Irvine, California 92612
          949-476-8700
14        rcahn@kelleranderle.com

15    On Behalf of the Defendant Mossimo Giannulli and Lori Loughlin:

16        DONNELLY, CONROY & GELHAAR, LLP
          By: George W. Vien, Esq.
17        260 Franklin Street
          Boston, Massachusetts 02110
18        617-720-2880
          gwv@dcglaw.com
19
          LATHAM & WATKINS LLP
20        By: William J. Trach, Esq.
          John Hancock Tower, 27th Floor
21        200 Clarendon Street
          Boston, Massachusetts 02116
22        617-880-4514
          william.trach@lw.com
23

24    (Appearances continued on the next page.)

25
```

```
 1     APPEARANCES (Continued):

 2     On Behalf of the Defendant Mossimo Giannulli and Lori Loughlin
       (Continued):
 3
           LATHAM & WATKINS LLP
 4         By: Sean M. Berkowitz, Esq.
           330 North Wabash Avenue, Suite 2800
 5         Chicago, Illinois 60611
           312-777-7016
 6         sean.berkowitz@lw.com

 7     On Behalf of the Defendant Elisabeth Kimmel:

 8         MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC
           By: Eoin P. Beirne, Esq.
 9             Cory S. Flashner, Esq.
           One Financial Center, 42nd Floor
10         Boston, Massachusetts 02111
           617-348-1707
11         ebeirne@mintz.com
           csflashner@mintz.com
12
       On Behalf of the Defendant William McGlashan, Jr.:
13
           HUESTON HENNIGAN
14         By: John C. Hueston, Esq.
           620 Newport Center Drive, Suite 1300
15         Newport Beach, California 90014
           949-226-6740
16         jhueston@hueston.com

17         SIDLEY AUSTIN LLP
           By: Jack W. Pirozzolo, Esq.
18         60 State Street, 34th Floor
           Boston, Massachusetts 02109
19         617-223-0304
           jpirozzolo@sidley.com
20
       On Behalf of the Defendant Marci Palatella:
21
           SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
22         By: Michael K. Loucks, Esq.
           500 Boylston Street
23         Boston, Massachusetts 02116
           617-573-4840
24         michael.loucks@skadden.com

25     (Appearances continued on the next page.)
```

```
 1    APPEARANCES (Continued):

 2    On Behalf of the Defendant John Wilson:

 3        WHITE & CASE, LLP
          By: Michael Kendall, Esq.
 4            Yakov Malkiel, Esq.
          75 State Street
 5        Boston, Massachusetts 02109
          617-939-9310
 6        michael.kendall@whitecase.com
          617-407-0117
 7        yakov.malkiel@whitecase.com

 8        WHITE & CASE LLP
          By: Andrew E. Tomback, Esq.
 9        1221 Avenue of the Americas
          New York, New York 10020
10        212-819-8428
          andrew.tomback@whitecase.com
11
      On Behalf of the Defendant Homayoun Zadeh:
12
          MINER ORKAND SIDDALL LLP
13        By: Tracy A. Miner, Esq.
          470 Atlantic Avenue, 4th Floor
14        Boston, Massachusetts 02210
          617-273-8421
15        tminer@mosllp.com

16    On Behalf of the Defendant Robert Zangrillo:

17        MARTIN G. WEINBERG, PC
          By: Martin G. Weinberg, Esq.
18        20 Park Plaza, Suite 1000
          Boston, Massachusetts 02116
19        617-227-3700
          owlmcb@att.net

20

21

22                Proceedings reported and produced
                   by computer-aided stenography.
23

24

25
```

```
 1                    P R O C E E D I N G S
 2              THE CLERK:  Okay.  It looks like we have everyone
 3    here.
 4              So I am going to just read a warning that I need to
 5    read for having this by telephone.
 6              So persons granted remote access to proceedings are
 7    reminded of the general prohibition against photographing,
 8    recording, and rebroadcasting the court proceedings.
 9    Violations of these prohibitions may result in sanctions,
10    including removal of court-issued media credentials, restricted
11    entry to future hearings, or denial of entry to future
12    hearings, and such other sanctions, including contempt of
13    court, as may deemed appropriate or necessary by the Court.
14              So we are going to have this recorded by a court
15    reporter.  So if you are going to address the Court, I just ask
16    if you could state your name for the record before you speak,
17    just so we have a clear record of who is speaking each time.
18    And if at all possible, if everyone could just mute themselves
19    just so we don't have the background noise.
20              And, like I said, when I call the case, I'm just going
21    to go through each defendant to have everyone state their name
22    on the record, just to make it easier that way.  So we'll get
23    started momentarily.
24              Thank you all for being able to appear by phone.  I
25    appreciate it.
```

1          (Court enters.)

2          THE COURT:  Hi.  This is Judge Kelley.

3          THE CLERK:  Hi, Judge Kelley.

4          So it's Kellyann.  I'm going to call the case and

5 we'll get started.  Okay?

6          THE COURT:  Okay.  Thank you very much.

7          THE CLERK:  Of course.

8          Today is Tuesday, May 5th, 2020, and we are on the

9 record in Criminal Case Number 19-10080, the *United States*

10 *versus David Sidoo, et al.*

11         Would counsel for the government please identify

12 themselves for the record.

13         MR. ROSEN:  Good morning, Your Honor.  Eric Rosen for

14 the government.

15         THE CLERK:  And would counsel for Gregory Colburn and

16 Amy Colburn please identify themselves for the record.

17         MR. SCHUMACHER:  Hi.  David Schumacher, along with Pat

18 Hooper, for the Colburns.

19         THE CLERK:  And would counsel for Gamal Abdelaziz

20 please identify themselves for the record.

21         MR. KELLY:  Yes.  Good morning.  Brian Kelly and Josh

22 Sharp for Mr. Abdelaziz.

23         THE CLERK:  Counsel for Diane Blake and Todd Blake.

24         MR. MEIER:  Good morning.  David Meier and Stephen

25 Sutro for Diane and Todd Blake.

1           THE CLERK:  And counsel for I-Hsin Chen.
2           MR. CAHN:  Good morning.  Reuben Cahn on behalf of
3    Mr. Chen.
4           THE CLERK:  And counsel for Mossimo Giannulli and Lori
5    Loughlin.
6           MR. TRACH:  Hi, Your Honor.  BJ Trach from Latham &
7    Watkins, along with Sean Berkowitz and George Vien.
8           THE CLERK:  And counsel for Elisabeth Kimmel.
9           MR. FLASHNER:  Good morning, Your Honor.  Cory
10   Flashner and Eoin Beirne from Mintz Levin on behalf of
11   Elisabeth Kimmel.
12          THE CLERK:  Counsel for William McGlashan, Jr.
13          MR. HUESTON:  Good morning, Your Honor.  John Hueston
14   and Jack Pirozzolo for William McGlashan.
15          THE CLERK:  And counsel for Marci Palatella.
16          MR. LOUCKS:  Good morning.  Mike Loucks here for Marci
17   Palatella.
18          THE CLERK:  And counsel for John Wilson.
19          MR. KENDALL:  Good morning, Your Honor.  I'm Mike
20   Kendall, and along with me is Yakov Malkiel and Andy Tomback.
21          THE CLERK:  And counsel for Homayoun Zadeh.
22          MS. MINER:  Tracy Miner for Dr. Zadeh.
23          THE CLERK:  And counsel for Robert Zangrillo.
24          MR. WEINBERG:  Martin Weinberg for Mr. Zangrillo.
25   Good morning, Judge.

```
 1              THE COURT:  Okay.  So good morning, everyone.
 2              And I'd just ask you if you're not speaking to mute
 3   your phone, if you're able to do that.
 4              I've got the parties' final status report, which is
 5   Document 1140 on the docket.  Thank you very much.  That is
 6   very helpful.
 7              And, as you know, this is the final status conference.
 8   The case, per Judge Gorton's order, will now go up to the
 9   District Court.  I'll just inform counsel that if you file
10   motions for discovery or other motions that would typically be
11   handled by a magistrate judge, Judge Gorton may well refer them
12   back to me, but that will be obviously at his prerogative.
13              So with regard to the final status report, I'm going
14   to just ask the government, did the May 5th production that you
15   talk about in Part A there happen?  Has that been completed?
16              MR. ROSEN:  Your Honor, this is Eric Rosen.  It's
17   going out today.  They should -- part of it will be uploaded to
18   USA effective today, and the rest will be FedExed out so
19   they'll have it, I guess, first thing in the morning.
20              THE COURT:  Okay.  And I understand that the parties,
21   once they get that, according to the joint final status report
22   and also according to common sense, may have some additional
23   discovery requests.  And I'll just ask the parties to confer
24   with the government and make a good effort to resolve those
25   before you file further discovery motions.
```

1            And per Judge Gorton's order, defendants are to file
2    any remaining discovery motions by May 22nd, and the government
3    will have until June 5th to respond.
4            Okay.  So any comments from anyone about the status of
5    the discovery?
6            (No response.)
7            THE COURT:  No comments.  Okay.
8            And I noticed that the defendants have agreed to
9    provide reciprocal discovery on or before July 17th.  So I'm
10   going to put that in my order.
11           So I think Mr. Abdelaziz's motion on the docket, the
12   latest motion to compel so-called privileged materials
13   pertaining to Mr. Singer is moot.
14           And is that correct?  I'll just ask Mr. Abdelaziz's
15   counsel.
16           MR. KELLY:  Yes, Your Honor.  They've indicated they
17   would provide those materials.  And assuming they do, it would
18   be moot.  And if they don't, we'll comply with the 5/22
19   deadline as well.
20           THE COURT:  All right.  Just for the record, that's
21   Brian Kelly.
22           MR. KELLY:  Yes.  I'm sorry.  Brian Kelly, yes.
23           THE COURT:  So I don't really see any other particular
24   matters in the joint status report.  Anything else from anyone?
25   I'm happy to hear from you.

1          MR. WEINBERG:  Judge, Martin Weinberg.  When I drafted
2    this report with Mr. Rosen, I mistakenly put May 25 as a date
3    for filing responses to the government's opposition to the
4    omnibus motions to dismiss.  That's a Sunday.  So I would ask
5    the Court in its discretion to change that to May 26th.
6          THE COURT:  Sure.  No problem.  Okay.  I'll do that.
7          And what else?
8          (No response.)
9          THE COURT:  Okay.  Well, if there's nothing else, I'm
10   going to exclude the time until the July pretrial conference
11   before Judge Gorton.
12         I will just tell the parties, you know, the Court --
13   if you're not on mute, could you put yourself on mute, please.
14         But I will just tell the parties, the Court is working
15   on reopening, and we're obviously not there yet.  I mean, we've
16   never actually really closed, but we're not having trials now,
17   as you know.  But I think at this time, the hope is that by the
18   trial date in this case, we would be having trials.  So
19   obviously we'll try to keep you and everyone else informed
20   about that as the summer goes on.
21         Okay.  Anything else from anyone?
22         (No response.)
23         THE COURT:  All right.  So I think that's it for
24   today.  And thank you very much, everyone.
25         (Adjourned at 11:16 a.m.)

```
 1                CERTIFICATE OF OFFICIAL REPORTER
 2
 3          I, Linda Walsh, Registered Professional Reporter
 4   and Certified Realtime Reporter, in and for the United States
 5   District Court for the District of Massachusetts, do hereby
 6   certify that the foregoing transcript is a true and correct
 7   transcript of the stenographically reported proceedings held in
 8   the above-entitled matter, to the best of my skill and ability.
 9               Dated this 5th day of May, 2020.
10
11
12               /s/ Linda Walsh_____
13               Linda Walsh, RPR, CRR
14               Official Court Reporter
15
16
17
18
19
20
21
22
23
24
25
```