## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

DAVID SIDOO, *et al.*,

      Defendants.

Case No. 1:19-CR-10080-NMG

## DEFENDANTS' ASSENTED-TO MOTION TO EXTEND BRIEFING SCHEDULE FOR MOTION TO SEVER

The defendants hereby request that the Court extend the deadline for the defendants to file their reply brief in support of their Motion to Sever Pursuant to Federal Rules of Criminal Procedure 12(b)(3)(D) and 14 (ECF No. 1033) (the "Motion to Sever"). As grounds therefore, the defendants state as follows:

1. On February 27, 2020, this Court ordered that all Rule 12 motions and motions to sever based on the trial groupings set by the Court would be due on April 1, 2020; that oppositions to those motions would be due on April 30, 2020; and that replies would be due on May 15, 2020. ECF No. 883.

2. The defendants filed their Motion to Sever on April 1, 2020. ECF No. 1033. On March 31 and April 1, 2020, the defendants cumulatively filed eighteen motions to dismiss, to sever, to strike, and/or to suppress evidence (the "Defendants' Motions"). *See* ECF No. 1122 (listing motions).

*Motion allowed, in part, and denied, in part; defendants shall file their reply in support of their motion to sever on or before Wed., May 20, 2020.*

*SKMorton, USDJ 5/12/20*