UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID SIDOO, *et al.*,<br><br>      Defendants. | Case No. 19-CR-10080-NMG |

**DEFENDANT WILLIAM MCGLASHAN, JR.'S ASSENTED-TO MOTION FOR LEAVE TO FILE PARTIALLY SEALED REPLY TO THE GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO SUPPRESS EVIDENCE DERIVED FROM THE GOVERNMENT'S FOUR WIRETAPS**

Defendant William E. McGlashan, Jr. ("McGlashan"), by and through undersigned counsel, hereby moves for leave to file partially under seal Defendants' Reply to the Government's Response in Opposition (Dkt. 1138) to Defendants' Motion to Suppress Evidence Derived from the Government's Four Wiretaps (Dkt. 1024). As grounds and reasons therefor, McGlashan states that certain portions of the Reply and accompanying exhibits require redaction under the operative Protective Order in this case. *See* Dkt. 377. McGlashan intends to file a redacted copy of the Reply in the public record and deliver a full, unredacted copy of the materials to the Court for filing under seal.

WHEREFORE, McGlashan respectfully requests that the Court permit him to file Defendants' Reply to the Government's Response in Opposition to the Defendants' Motion to Suppress Evidence Derived from the Government's Four Wiretaps partially under seal.

- 2 -

                         Respectfully submitted,

                         */s/ Jack W. Pirozzolo*

| | |
|---|---|
| John C. Hueston (*pro hac vice*) | Jack W. Pirozzolo (BBO # 564879) |
| jhueston@hueston.com | jpirozzolo@sidley.com |
| Marshall Camp (*pro hac vice*) | SIDLEY AUSTIN LLP |
| mcamp@hueston.com | 60 State Street, 36th Floor |
| HUESTON HENNIGAN LLP | Boston, MA 02109 |
| 523 W. 6th Street, Suite 400 | (617) 223-0304 |
| Los Angeles, CA 90014 | |
| (213) 788-4340 | Joan M. Loughnane (*pro hac vice*) |
| | jloughnane@sidley.com |
| | SIDLEY AUSTIN LLP |
| | 787 7th Avenue |
| | New York, NY 10019 |
| | (212) 839-5567 |
| | |
| | *Attorneys for Defendant* |
| | *William McGlashan, Jr.* |

Dated:  May 12, 2020

- 3 -

## **RULE 7.1 CERTIFICATION**

Undersigned counsel certifies that, on May 12, 2020, he conferred with Eric Rosen, counsel for the Government, who stated that the Government does not oppose this Motion.

/s/ *Jack W. Pirozzolo*
Jack W. Pirozzolo

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2020, I filed this document through the CM/ECF system and a copy will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Jack W. Pirozzolo*
Jack W. Pirozzolo