**EXHIBIT 1**

**The Government's Cases Demonstrate That There Is No Precedent
For Charging Pure Academic Dishonesty As A Federal Wire Fraud[1]**

| Case | Allegation | Goal of Scheme Was <u>Not</u> Admission to College | Property at Issue was Traditional Form of Property |
|---|---|---|---|
| *United States v. Krystynak*, 18-cr-00196 (S.D. W.Va. 2018) | *Property theory of wire fraud*: A guidance counselor pled guilty to mail fraud for a scheme where she illegally gained access to the school's computerized grading program and inflated 34 of her daughter's grades, causing her daughter to receive over $20,000 worth of scholarship money. | Goal of the scheme was to secure scholarship money. | Scholarship money<br><br>*See* Exhibit 2 (Indictment) |
| *United States v. Barrington et al.*, 08-cr-00050 (N.D. Fla. 2008) | *Property theory of wire fraud*: College students pled or were found guilty of a conspiracy to commit wire fraud for a scheme in which they illegally installed software on university computers to capture usernames and passwords in order to access the university's grading system and inflate 650 grades and change several students' out-of-state residencies to in-state residencies so that students could obtain financial aid, loans, or tuition benefits. | Goal of the scheme was to secure financial aid in the form of loans, grants, scholarships, and lower in-state tuition. | Lost tuition<br><br>*See* Exhibit 3 (Indictment) |

---

[1] The government's chart also points to *United States v. Littlefair*, 19 Cr. 10465 (D. Mass. 2019). But *Littlefair* was another so-called "Varsity Blues" case that arose out of the same investigation underlying this one. *Littlefair* therefore provides no precedent for the government having ever charged this kind of case before.

1

**EXHIBIT 1**

| Case | Allegation | Goal of Scheme Was <u>Not</u> Admission to College | Property at Issue was Traditional Form of Property |
|---|---|---|---|
| *United States v. Cross et al.*, 05-cr-10197 & 05-cr-10232 (D. Kan. 2005) | *Property theory of wire fraud*: Track coach pled guilty to falsifying Federal Work Study Program records to ensure that track team members were paid for work they did not perform.<br><br>*Honest services theory of wire fraud:* Basketball coach at Chipola Junior College pled guilty to depriving University of Cincinnati the honest services of a potential transfer player, whose academic record coach falsified in order to ensure NCAA transfer eligibility. | Goal of the scheme was to gain money for no-show Federal Work Study Program Jobs<br><br>Goal of the scheme was to obtain college credit and NCAA eligibility | Federally-funded salary, college credit<br><br>*See* Exhibit 4 (Plea Agreement) |
| *United States v. Garcia*, 11-cr-01830 & 12-cr-1362 (W.D. Tex. 2011) | *Property theory of wire fraud*: A school superintendent pled guilty to conspiracy to commit mail fraud for a scheme to change student grades in order to meet the requirements of the No Child Left Behind Act so the district could receive federal funding. | Goal of the scheme was to obtain federal funding. | Federal funding<br><br>*See* Exhibit 5 (Amended Information) |
| *United States v. Brazil*, 02-cr-00882 (C.D. Cal. 2002) | *Property theory of wire fraud*: A reverend was convicted of mail fraud for devising a scheme where students falsely claimed they were orphans or came from broken homes on college applications in order to qualify for federal grants and loans. | Goal of the scheme was to obtain federal grants and loans. | Federal grants and loans<br><br>*See* Exhibit 6 (First Superseding Indictment) |

2

**EXHIBIT 1**

| Case | Allegation | Goal of Scheme Was <u>Not</u> Admission to College | Property at Issue was Traditional Form of Property |
|---|---|---|---|
| *United States v. Henry*, 14-cr-30039 (D. Mass. 2014) | *Property theory of wire fraud*: School principal pled guilty to mail fraud for a scheme that included instructing teachers to give hints to students on state tests in order to meet state standards and receive federal funding. | Goal of the scheme was to receive state funding. | State funding  *See* Exhibit 7 (Information) |

3