# Exhibit 5

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff,** | § | **AMENDED INFORMATION** |
| | § | |
| **v.** | § | |
| | § | **Cause No: EP-12-CR-1362-DB** |
| **LORENZO GARCIA,** | § | |
| **Defendant.** | § | |
| | § | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**
**(18 U.S.C. §§ 1341, 1343 and 1349)**
**(Conspiracy to Commit Mail and Wire Fraud)**

**INTRODUCTION**

At all times relevant to this Information:

1.     Defendant **LORENZO GARCIA** was the Superintendent of the El Paso Independent School District (EPISD).

2.      **TAKS,** the Texas Assessment of Knowledge and Skills Test, was a test administered to children in all Texas public schools to measure performance of all students in reading (English Language Arts); Writing; Social Studies; Mathematics; and Science.

Data from the TAKS tests administered by EPISD was used by the Texas Education Agency (TEA) and the U.S. Department of Education (USDOE) to rate public school campuses, grades K through 12, and determine whether the children enrolled in the EPISD were receiving a high quality education or the district was making significant progress to that end; whether proper use was being made of state and federal funds provided to the school district; and whether the achievement gap between children who typically perform well in school and those who do not, (that is children from minority racial and ethnic groups, children with disabilities, children who lived in poverty and children who did not speak English as their first language), was closing.

3.      **NCLB** (No Child Left Behind) was an extension of the Elementary and Secondary Education Act (ESEA) legislation originally passed by the United States Congress in 1965.  NCLB, enacted in 2002 as an extension of ESEA, provided for funding for K-12 education.

4.      **Title I**- The first part of ESEA, "Improving the Academic Achievement of the Disadvantaged," is commonly referred to as "Title -I." Public schools which educate disadvantaged children receive Title I funds. EPISD educated disadvantaged children and received millions of dollars in Title I funds.

        To qualify for Title -I funds, a school must meet specific NCLB criteria which ensure that America's disadvantaged students, with the most need, are no longer left behind.

5.      **AYP**, Adequate Yearly Progress, is a measurement used annually by the U.S. Department of Education to assess each school's compliance or "accountability" regarding the mandates of NCLB. Each district must truthfully report, for every school campus, certain indicators in Reading, Mathematics and Other Measure (graduation or attendance rates).

6.      "Subgroups" or "federally required student groups" are groups of children classified by special needs, including: Limited English Proficiency (LEP); Special Education; Economically Disadvantaged; Hispanic and African American, among others. Each subgroup has a defined number which the federal and state government set. At EPISD, the primary subgroups were set at fifty (50) students or more for each school. If the subgroup contained 50 students or less, the test scores of the subgroup did not count toward the EPISD's "accountability" score, but were rated separately for AYP. If the subgroup numbered more than 50 students at any campus, the scores of all of the student members of the subgroup must be reported and counted toward "accountability." The larger the subgroup, the more difficult it is for a campus and district to earn a high accountability rating.

7.      **LEP**- Limited English Proficiency (subgroup). EPISD received federal Title I grant money based upon the understanding that every student, including, those classified as members of the LEP subgroup, would take the designated test for accountability, specifically, the tenth grade TAKS test.

8.      **Priority Schools Division** (PSD) -The PSD was created at the end of the 2005-2006 school year at EPISD by defendant **LORENZO GARCIA** to address academic needs at fifteen EPISD campuses which were either academically unacceptable or did not meet AYP and at an additional seven campuses which were labeled borderline and needed serious intervention.

10.     **Campus Directors**- In order to monitor the progress of the campuses in the PSD, the defendant created the position of Associate Superintendent to oversee the PSD. Additionally, the defendant created six positions entitled "Campus Director" and promoted six individuals to each work in a supervisory role at three or four of the PSD campuses.

## THE CONSPIRACY

Beginning on or about February 1, 2006 and continued to and including August 1, 2011, in the Western District of Texas, the District of Columbia and elsewhere, the defendant,

**LORENZO GARCIA**,

knowingly conspired and agreed together with others known, but not charged herein, and others unknown, to commit offenses against the United States, that is to knowingly devise a scheme and artifice to defraud the Texas Education Agency (TEA) and the U.S. Department of Education (USDOE) and to knowingly obtain money and property by means of material false and fraudulent pretenses, representations and promises; that is, the defendant conspired with Unindicted Co-Conspirator-1,(UCC-1), UCC-2, UCC-3, UCC-4, UCC-5, UCC-6 and others known and unknown, to artificially inflate the EPISD state and federal accountability scores for the purpose of causing the campuses in the EPISD Priority School Division (PSD) to appear to meet accountability, thus, to secure No Child Left Behind (NCLB) federal funding, by providing materially false, fictitious and fraudulent data to the TEA and the USDOE regarding the grade classification and demographic make-up of students; and in furtherance of the scheme to obtain money and property by material false and fraudulent pretenses, representations and promises, the defendant and his uncharged co-defendants, on February 23, 2010 and April 26, 2010, sent and caused to be sent and delivered, by commercial interstate carrier, Federal Express, testing materials from Iowa City, Iowa to El Paso, Texas, which testing materials contained false and fraudulent information regarding the true grade level of LEP students, and the defendant and his co-conspirators transmitted and caused the transmission by wire, in interstate and foreign commerce, writings, signs, signals, pictures and

sounds, including EPISD campus ratings from the TEA in Austin, Texas to the USDOE in

Washington, D.C.,  all in violation of Title 18, United States Code, Sections 1349, 1341, and1343.


ROBERT PITMAN
UNITED STATES ATTORNEY

By:  _____/s/_____
Debra P. Kanof
Assistant U.S. Attorney