# Exhibit 6

Case 1:19-cr-10080-NMG   Document 1200-6   Filed 05/15/20   Page 2 of 9

Case 2:02-cr-00882-SVW   Document 129   Filed 04/11/11   Page 11 of 19   Page ID #:283
Case 2:09-cv-02923-SVW   Document 23   Filed 08/04/10   Page 9 of 17   Page ID #:369

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2001 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | CR 02-882(A)-SVW |
| Plaintiff,     ) ) | **F I R S T** |
| v.     ) ) | **S U P E R S E D I N G** **I N D I C T M E N T** |
| OZELL CLIFFORD BRAZIL,     ) ) | [18 U.S.C. § 1341: Mail Fraud; 20 U.S.C. § 1097(a), Federal |
| Defendant.     ) ) ) ) ) ) | Student Financial Assistance Fraud; 18 U.S.C. § 2(a): Aiding and Abetting; 18 U.S.C. § 2(b): Causing An Act To Be Done] |

The Grand Jury charges:

COUNTS ONE THROUGH FOURTEEN

[18 U.S.C. § 1341; 18 U.S.C. § 2(b)]

A.  FEDERAL STUDENT FINANCIAL ASSISTANCE

1.  The United States Department of Education ("DOE") funds and administers several federal student financial assistance programs to assist needy students in obtaining college

PHR:phr

**EXHIBIT A**

Case 1:19-cr-10080-NMG   Document 1200-6   Filed 05/15/20   Page 3 of 9

Case 2:02-cr-00882-SVW   Document 129   Filed 04/11/11   Page 12 of 19   Page ID #:284
Case 2:09-cv-02923-SVW   Document 23   Filed 08/04/10   Page 10 of 17   Page ID #:370

1  educations.  Similar programs also are funded and administered by
2  the States.
3      2.   Students who apply for federal student financial
4  assistance are required to complete and submit a Free Application
5  For Federal Student Aid, known as a FAFSA, to the DOE.  The DOE
6  relies on the FAFSA to determine the student's need and
7  eligibility for federal student financial assistance and to
8  compute the amount of money, known as the Expected Family
9  Contribution, that the student and his or her family is expected
10 to contribute each year to the student's education.  Accordingly,
11 students who live with their parents or who have access to
12 parental support are required on the FAFSA to provide the DOE
13 with accurate information about their parents' assets and
14 incomes.
15     3.   Completed FAFSAs are submitted to the DOE either
16 through the mail or electronically.  If the FAFSA is submitted
17 electronically, the student is required to mail an original
18 signed signature page to DOE within fourteen days after the FAFSA
19 has been submitted, verifying that the information on the FAFSA
20 is accurate.
21     4.   After it receives a FAFSA, the DOE processing center
22 calculates the student's Expected Family Contribution and
23 prepares a Student Aid Report ("SAR").  A hard copy of the SAR is
24 sent to the student.  An electronic form of the SAR, called an
25 Institutional Student Information Record, or ISIR, is transmitted
26 electronically to all of the colleges that the student listed on
27 the FAFSA.  The SAR and ISIR list the student's financial and
28

Case 1:19-cr-10080-NMG   Document 1200-6   Filed 05/15/20   Page 4 of 9

Case 2:02-cr-00882-SVW   Document 129   Filed 04/11/11   Page 13 of 19   Page ID #:285
Case 2:09-cv-02923-SVW   Document 23   Filed 08/04/10   Page 11 of 17   Page ID #:371

1 | family information (as reported on the FAFSA), any schools that
2 | the student designated, and a summary of the student's federal
3 | student aid history.

4 |     5. The DOE, and State and college financial aid personnel
5 | rely on SARs, ISIRs and the Expected Family Contribution figures
6 | in determining whether students are eligible to receive need-
7 | based grants or loans or to participate in need-based work study
8 | programs. The DOE and State and college financial aid personnel
9 | also rely on the SARs, ISIRs and the Expected Family Contribution
10 | Figures to determine the amount and type of aid that the students
11 | are given.

12 | B. <u>THE SCHEME TO DEFRAUD THE DOE, AND STATE AND COLLEGE
13 | FINANCIAL AID PERSONNEL AND UNIVERSITIES</u>

14 |     6. Beginning in or about September 1996 or earlier, and
15 | continuing to at least on or about March 27, 2001, in Los Angeles
16 | County, within the Central District of California, defendant
17 | OZELL CLIFFORD BRAZIL ("BRAZIL") knowingly, and with intent to
18 | defraud, devised and executed a scheme to defraud and to obtain
19 | money and property from the DOE, State student financial aid
20 | programs and colleges and universities by means of material false
21 | and fraudulent pretenses and representations and the concealment
22 | of material facts by assisting college students and prospective
23 | students in submitting FAFSAs to the DOE that: (a) falsely
24 | claimed that the students were orphans or wards of the court; (b)
25 | misrepresented the amounts of the students' families' incomes;
26 | and (c) concealed the students' parents' true income and assets.
27 |
28 |

Case 1:19-cr-10080-NMG   Document 1200-6   Filed 05/15/20   Page 5 of 9

Case 2:02-cr-00882-SVW   Document 129   Filed 04/11/11   Page 14 of 19   Page ID #:286
Case 2:09-cv-02923-SVW   Document 23   Filed 08/04/10   Page 12 of 17   Page ID #:372

C. THE EXECUTION OF THE SCHEME

7. The scheme to defraud was executed, in essence, in the following manner:

8. Beginning in or about September 1996 and continuing to at least February 2000, BRAZIL conducted weekly seminar programs for high school seniors and their parents, under the name "Los Angeles Community Outreach Program." The seminars were conducted at various churches and other locations in Los Angeles County.

9. At the seminars, BRAZIL provided the students and their parents with information about college admissions and financial assistance, including various strategies by which the students could obtain financial assistance in excess of that to which they were legally entitled, by making false representations about their families and their families' incomes.

10. In conjunction with the seminars, BRAZIL also conducted private meetings with students and their parents.

11. BRAZIL charged the students and their parents between approximately $75 and $250 to attend the seminars and private meetings.

12. During the seminars and the private meetings, BRAZIL assisted the students in preparing and submitting FAFSA's to the DOE that concealed the amount of the students' parents' assets and income and that: (1) falsely stated that the students were orphans or wards of the court; (2) falsely stated that the students were dependent upon a single parent or a grandparent; and/or (3) misrepresented the amount of the students' family income.

4

Case 1:19-cr-10080-NMG   Document 1200-6   Filed 05/15/20   Page 6 of 9

Case 2:02-cr-00882-SVW   Document 129   Filed 04/11/11   Page 15 of 19   Page ID #:287
Case 2:09-cv-02923-SVW   Document 23   Filed 08/04/10   Page 13 of 17   Page ID #:373

13. In addition, BRAZIL frequently provided the students with letters, directed to college financial aid personnel, that falsely stated that the students did not receive any financial support from their parents, because the parents had abandoned them or their whereabouts were unknown.

D. USE OF THE UNITED STATES MAILS

14. On or about the following dates, in Los Angeles County, within the Central District of California, defendant BRAZIL, for the purpose of carrying out the above-described scheme to defraud, knowingly caused the following items to be placed in an authorized depository for mail matter and delivered by the United States Postal Service according to the directions thereon:

| COUNT | ITEM | APPROXIMATE MAILING DATE |
|---|---|---|
| ONE | FAFSA Signature Page in the name of A. T. | 1/14/98 |
| THREE | FAFSA Signature Page in the name of S. A. | 1/21/98 |
| FOUR | FAFSA Signature Page in the name of K. P. | 1/22/98 |
| FIVE | FAFSA Signature Page in the name of L. D. | 1/26/98 |
| EIGHT | FAFSA Signature Page in the name of K. G. | 2/23/98 |

5

Case 1:19-cr-10080-NMG   Document 1200-6   Filed 05/15/20   Page 7 of 9
Case 2:02-cr-00882-SVW   Document 129   Filed 04/11/11   Page 16 of 19   Page ID #:288
Case 2:09-cv-02923-SVW   Document 23   Filed 08/04/10   Page 14 of 17   Page ID #:374

| COUNT | ITEM | APPROXIMATE MAILING DATE |
|---|---|---|
| ELEVEN | FAFSA in the name of G. M. | 1/29/99 |
| TWELVE | FAFSA Signature Page in the name of B. M. | 2/20/00 |
| THIRTEEN | FAFSA Signature Page in the name of J. W. | 3/1/2000 |
| FOURTEEN | FAFSA Signature Page in the name of A. A. | 1/14/2001 |

Case 1:19-cr-10080-NMG   Document 1200-6   Filed 05/15/20   Page 8 of 9

Case 2:02-cr-00882-SVW   Document 129   Filed 04/11/11   Page 17 of 19   Page ID #:289
Case 2:09-cv-02923-SVW   Document 23   Filed 08/04/10   Page 15 of 17   Page ID #:375

COUNTS FIFTEEN THROUGH TWENTY-TWO

[20 U.S.C. § 1097(a); 18 U.S.C. § 2(a)]

15. On or about the following dates, in Los Angeles County, within the Central District of California, defendant OZELL CLIFFORD BRAZIL knowingly and willfully aided and abetted the following individuals in attempting to obtain and in obtaining funds and property provided by the United States Department of Education, that is Pell Grants and Supplemental Education Opportunity Grants, by fraud and false statements, by providing the individuals with letters directed to college financial aid personnel that falsely stated that the individuals did not receive any financial support from their parents because their parents were estranged, had abandoned them, or could not be located.

| COUNT | DATE OF LETTER | INDIVIDUAL ON WHOSE BEHALF THE LETTER WAS WRITTEN |
|---|---|---|
| SIXTEEN | 12/8/97 | G. M. |
| SEVENTEEN | 5/14/98 | R. D. |
| EIGHTEEN | 5/25/98 | S. A. |
| NINETEEN | 6/3/98 | K. P. |

Case 1:19-cr-10080-NMG   Document 1200-6   Filed 05/15/20   Page 9 of 9

Case 2:02-cr-00882-SVW   Document 129   Filed 04/11/11   Page 18 of 19   Page ID #:290
Case 2:09-cv-02923-SVW   Document 23   Filed 08/04/10   Page 16 of 17   Page ID #:376

| COUNT | DATE OF LETTER | INDIVIDUAL ON WHOSE BEHALF THE LETTER WAS WRITTEN |
|---|---|---|
| TWENTY | 8/4/98 | T. P. |
| TWENTY-ONE | 5/12/99 | A. T. |
| TWENTY-TWO | 3/27/01 | A. A. |

A TRUE BILL

_____
Foreperson

DEBRA W. YANG
United States Attorney

JACQUELINE CHOOLJIAN
Assistant United States Attorney
Chief, Criminal Division

LAWRENCE MIDDLETON
Assistant United States Attorney
Chief, Public Corruption and
Government Fraud Section