UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAVID SIDOO, et al )<br>Defendants ) | CRIMINAL NO. 19-CR-10080 |

**DEFENDANT ROBERT ZANGRILLO'S MOTION TO WITHDRAW APPEARANCE OF SARA K. WINIK**

Defendant Robert Zangrillo, by and through undersigned counsel, hereby respectfully moves this Honorable Court to enter an Order permitting the withdrawal of Sara K. Winik as his counsel in the above-captioned matter because she is leaving Boies Schiller Flexner LLP on June 19, 2020.  *See* Declaration of Sara K. Winik, attached hereto as Exhibit 1.  Mr. Zangrillo will continue to be represented in this matter by the undersigned.

        Respectfully Submitted,
        Robert Zangrillo
        By His Attorneys,

        **/s/ Martin G. Weinberg**
        Martin G. Weinberg
        Mass. Bar No. 519480
        20 Park Plaza, Suite 1000
        Boston, MA 02116
        (617) 227-3700
        owlmgw@att.net

1

Matthew L. Schwartz<br>
Boies Schiller Flexner<br>
55 Hudson Yards, 20th Floor<br>
New York, NY 10001<br>
(212) 303-3646<br>
mlschwartz@bsfllp.com

Dated: June 18, 2020

## CERTIFICATE OF SERVICE

I, Martin G. Weinberg, hereby certify that on this date, June 18, 2020, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.