UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>ROBERT ZANGRILLO,<br><br>  Defendant. | Case No. 19-cr-10080 |

### DECLARATION OF SARA K. WINIK

I, Sara K. Winik, declare as follows:

1. I am a member of the law firm Boies Schiller Flexner LLP, counsel for Robert Zangrillo in the above-captioned matter. I submit this declaration in compliance with Local Rule 83.5.2 to notify the Court that I am withdrawing as counsel because I am leaving Boies Schiller Flexner LLP on June 19, 2020.

2. Boies Schiller Flexner LLP will continue to represent Mr. Zangrillo in this matter.

3. My withdrawal will not delay the matter or prejudice any party, and I am not retaining or charging a lien. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed:   June 18, 2020
            New York, New York

                                            /s/ Sara K. Winik
                                            Sara K. Winik