UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROBERT ZANGRILLO,<br><br>Defendant. | Case No. 19-cr-10080 |

**PROPOSED ORDER WITHDRAWING AS COUNSEL**

Upon the accompanying declaration of Sara K. Winik, dated June 18, 2020;

**IT IS HEREBY ORDERED** that Sara K. Winik hereby withdraws as counsel for Defendant Robert Zangrillo and shall be removed from the Case Management/ Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Boies Schiller Flexner LLP will continue to represent Mr. Zangrillo in this proceeding.

Dated: _____  _____
United States District Judge