

U.S. Department of Justice

*Andrew E. Lelling*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*       *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

July 16, 2020

Michael Kendall, Esq.
White & Case LLP
75 State Street
Boston, MA 02109-1814

**VIA E-MAIL**

    Re: *United States v. Sidoo et al,* 19-CR-10080-NMG

Counsel:

    On July 2, 2020, the Court issued a Memorandum & Order denying defendant Wilson's Renewed Motion to Compel the Production of Exculpatory Evidence (Docket No. 1227) except to the extent that the Court directed the government to confirm that it has reviewed its records and has produced all *Brady* material with respect to the cancelled meeting on September 23, 2019 and the FaceTime conversation on September 28, 2019.  The government confirms that we have reviewed our records and have produced all *Brady* material with respect to the subject events.  We are aware that our discovery obligations are continuing.  Accordingly, should we obtain *Brady* information regarding these events as we continue to interview witnesses and prepare for trial, we will provide it to you promptly.

    Regards,

    */s/ Karin M. Bell*
    Karin M. Bell

cc:    Honorable Nathaniel M. Gorton, electronically via CM-ECF