# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES,<br><br>          Plaintiff,<br><br>v.<br><br>COLBURN ET AL.<br><br>          Defendants. | No. 1:19-CR-10080-NMG |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned attorney respectfully files this notice of withdrawal of appearance on behalf of the United States. In support of this notice, the undersigned states as follows:

1. The undersigned attorney has resigned his position as an Assistant United States Attorney in order to return to the private sector.

2. The United States will continued to be represented in this matter by the following Assistant United States Attorneys: Justin O'Connell, Kristen Kearney, Leslie Wright, Stephen Frank and Karin Bell.

Respectfully submitted,

Dated: October 25, 2020    By:   /s/ Eric S. Rosen
                                                   ERIC S. ROSEN
                                                   ericsamuelrosen@gmail.com

## CERTIFICATE OF SERVICE

      I certify that, on October 25, 2020 I caused a copy of the foregoing document to be served via the ECF system on all counsel of record.

Dated:  October 25, 2020        By:  <u>/s/ Eric S. Rosen</u>
                                                Eric S. Rosen