UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) | No. 19-10080-NMG |
| COLBURN et al.,<br>　　　　Defendants | ) ) ) ) ) | |

**DEFENDANT ROBERT ZANGRILLO'S MOTION TO PERMIT SPECIFIC AND LIMITED INTERNATIONAL BUSINESS TRAVEL TO CANCUN, PLAYA DEL CARMEN, AND TULUM MEXICO**

Now comes the defendant Robert Zangrillo, by and through undersigned counsel, and hereby respectfully moves this Honorable Court to permit him to attend business and investment-related meetings from November 6-16, 2020 in Mexico.  Mr. Zangrillo would need to travel to Cancun, Playa del Carmen, and Tulum during these dates to both oversee existing investments and have meetings on new investment opportunities. Mr. Zangrillo attended similar meetings in Mexico, the last time with court approval in early 2020, *see* Dkt. 721 (allowing motion to travel to Mexico between January 8 and January 18, 2020).

On March 29, 2019, Mr. Zangrillo appeared in this Court in response to a complaint charging him with one count of conspiracy to commit mail fraud and honest services mail fraud. The Court released Mr. Zangrillo on the $500,000 bond that had been previously set in the Southern District of Florida and set conditions that required that Mr. Zangrillo to surrender  his passport to pretrial services which he has already done and to restrict his travel to the United States with leave to seek international travel for business reasons at the discretion of the Court.

*United States v. Zangrillo*, No. 19-MJ-06087-MPK (DKT 268).  On April 9, 2019 Mr. Zangrillo along with others was the subject of a two-count Superseding Indictment in the above-captioned matter. Subsequent Superseding Indictments issued on October 22, 2019 and January 14, 2020. Since his first appearance, Mr. Zangrillo has fully conformed to the conditions of his pre-trial release.

For the past six or more years, Mr. Zangrillo has been employed by a private investment firm, Dragon Global, which has focused on venture capital and real estate investments that are frequently made through separate partnership entities.  Mr. Zangrillo is currently involved in meetings with current and potential future investors and investment partners and intends, if this Motion is allowed, to check on certain existing investments in Mexico and to explore two new business opportunities in Mexico.  More generally, Mr. Zangrillo, having received financing from investors in his venture capital company, has the obligation to do due diligence and to monitor investments on behalf of his investor partners by personally visiting companies which have received financing from Dragon Global or a related entity, to provide guidance to certain of these companies, and  to seek new investment opportunities some of which are with investors or companies already doing significant business in Mexico.  The proposed planned trip to Mexico involves meetings with existing investors and potential investors and to both visit locations of existing investments and explore opportunities for additional investments in Mexco.  Mr. Zangrillo's personal attendance at these meetings is expected by his investors and is necessary to the continued success of his venture capital business.

Mr. Zangrillo does not present any flight or dangerousness risk.  He has lived in the Miami area since 2010 and currently owns a home in Miami Beach.  Mr. Zangrillo is fifty-four

years old, has three daughters, has had no prior convictions and no interactions with the criminal justice system for more than thirty years, has retained the undersigned and additional co-counsel to contest the current allegations, and is fully aware of his obligations, if this business trip is allowed, to remain at all times accessible to Pretrial Services, to report to Pretrial Services on his specific whereabouts by providing an itinerary of his flights and the specific hotel that he will be staying while in Mexico, and to abide by whatever other conditions are set by this Honorable Court.

Mr. Zangrillo would request leave, if necessary, to advise the Court of the specific identity of the current investments he intends to visit, the current and potential future investors he intends to schedule meetings with if this Motion is allowed and the multiple specific investment opportunities he is doing due diligence on in Mexico Under Seal.

For the foregoing reasons, Mr. Zangrillo respectfully requests that he be permitted to attend business meetings and the review of business opportunities in Tulum, Mexico between November 6 and November 16, 2020. Before doing so, he would need to re-acquire his passport; after doing so, he will return his passport to pre-trial services.

**WHEREFORE**, the defendant respectfully requests that the instant motion be allowed.

### Local Rule 7.1(a)(2) Certification

The undersigned counsel conferred with counsel for the Government and the Government takes no position on this motion. Probation has not yet responded to the defense's request for its position.

                                                            Respectfully submitted,

                                                            Robert Zangrillo
                                                            By his Attorney,

                                                           **/s/ Martin G. Weinberg**
                                                           Martin G. Weinberg
                                                           Mass. Bar No. 519480
                                                           20 Park Plaza, Suite 1000
                                                           Boston, MA 02116
                                                           (617) 227-3700
                                                           owlmgw@att.net

Dated: October 27, 2020

## CERTIFICATE OF SERVICE

     I, Martin G. Weinberg, hereby certify that on this date, October 27, 2020, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

                                                            **/s/ Martin G. Weinberg**
                                                            Martin G. Weinberg