UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>COLBURN et al.,   )<br>Defendants   )   | No. 19-10080-NMG |

### DEFENDANT ROBERT ZANGRILLO'S MOTION TO PERMIT SPECIFIC AND LIMITED INTERNATIONAL BUSINESS TRAVEL TO CANCUN, PLAYA DEL CARMEN, AND TULUM MEXICO

Now comes the defendant Robert Zangrillo, by and through undersigned counsel, and hereby respectfully moves this Honorable Court to permit him to attend business and investment-related meetings from November 6-16, 2020 in Mexico. Mr. Zangrillo would need to travel to Cancun, Playa del Carmen, and Tulum during these dates to both oversee existing investments and have meetings on new investment opportunities. Mr. Zangrillo attended similar meetings in Mexico, the last time with court approval in early 2020, *see* Dkt. 721 (allowing motion to travel to Mexico between January 8 and January 18, 2020).

On March 29, 2019, Mr. Zangrillo appeared in this Court in response to a complaint charging him with one count of conspiracy to commit mail fraud and honest services mail fraud. The Court released Mr. Zangrillo on the $500,000 bond that had been previously set in the Southern District of Florida and set conditions that required that Mr. Zangrillo to surrender his passport to pretrial services which he has already done and to restrict his travel to the United States with leave to seek international travel for business reasons at the discretion of the Court.

1

*Motion allowed.* NMGorton, USDJ 10/29/20