UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN et al.,<br><br>Defendants | No. 1:19-CR-10080-NMG |

**ASSENTED-TO MOTION FOR LEAVE TO FILE**
***EX PARTE* SEALED DECLARATIONS**

Defendants Gamal Abdelaziz, John Wilson, Homayoun Zadeh, and Robert Zangrillo (the "Moving Defendants") respectfully request leave of court to individually file *ex parte*, sealed declarations in support of their response to the Court's November 25, 2020 Notice (Dkt. 1648). As grounds thereof, Moving Defendants state they wish to share confidential personal health information with the Court that is relevant to their response to the Court's Notice. The government assents to this motion.

Dated: December 1, 2020

Respectfully submitted,

*/s/ Brian T. Kelly*
Brian T. Kelly (BBO No. 549566)
Joshua C. Sharp (BBO No. 681439)
Lauren M. Maynard (BBO No. 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
617-345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

Robert Sheketoff (BBO No. 457340)
One McKinley Square
Boston, MA 02109

617-367-3449

*Counsel for Gamal Abdelaziz*

/s/ Martin G. Weinberg
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Matthew L. Schwartz (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Tel.: (212) 446-2300
Fax: (212) 446-2350
E-mail: mlschwartz@bsfllp.com

*Counsel for Robert Zangrillo*

/s/ Michael Kendall
Michael Kendall (BBO # 544866)
Yakov Malkiel (BBO # 689137)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com
yakov.malkiel@whitecase.com

Andrew E. Tomback (*pro hac vice*)
McLAUGHLIN & STERN LLP
260 Madison Ave.
New York, NY 10016
Telephone: (212) 455-0438
atomback@mcloughlinstern.com

*Counsel for John Wilson*

/s/ Tracy A. Miner
Tracy A. Miner (BBO No. 547137)
Megan A. Siddall (BBO No. 568979)
MINER ORKAND SIDDALL LLP
470 Atlantic Ave, 4th Floor

Boston, MA 02110  
Tel.: (617) 273-8377  
Fax: (617) 273-8004  
tminer@mosllp.com  
msiddall@mosllp.com  

*Counsel for Homayoun Zadeh*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing was filed electronically on December 1, 2020, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

 /s/ Joshua C. Sharp          
Joshua C. Sharp