UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(19) ROBERT ZANGRILLO,<br><br>Defendant. | No. 19-cr-10080-NMG-19 |

## DISMISSAL OF ROBERT ZANGRILLO
## FROM THE FOURTH SUPERSEDING INDICTMENT

Pursuant to FED. R. CRIM. P. 48(a), the United States Attorney for the District of Massachusetts hereby dismisses defendant Robert Zangrillo from the Fourth Superseding Indictment in this matter, Dkt. 732. In support of this dismissal, the government states that the former President issued a pardon to Robert Zangrillo, *see* Exhibit A, which he has accepted, *see* Exhibit B. *See United States v. Michael T. Flynn*, 17-cr-00232 (EGS), -- F. Supp. 3d. --, 2020 WL 7230702, at *13-15 (D. D.C. Dec. 8, 2020) ("Once accepted, a full and absolute pardon releases the wrongdoer from punishment[.]"); *see also United States v. Wilson*, 32 U.S. 150, 160 (1833) ("[A] pardon is an act of grace . . . which exempts the individual on whom it is bestowed, from the punishment the law inflicts for a crime he has committed.").

|  |  |
|---|---|
|  | Respectfully submitted,<br>ANDREW E. LELLING<br>United States Attorney |
| Dated: February 9, 2021 | By: */s/ Justin D. O'Connell*<br>JUSTIN D. O'CONNELL<br>KRISTEN A. KEARNEY<br>LESLIE A. WRIGHT<br>KARIN M. BELL |
| Leave to File Granted: | STEPHEN E. FRANK<br>Assistant United States Attorneys |

_____
Nathaniel M. Gorton, Judge
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: February 9, 2021                     */s/ Justin D. O'Connell*
                                                                       Justin D. O'Connell