# DONALD J. TRUMP

## President of the United States of America

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

BE IT KNOWN, THAT THIS DAY THE PRESIDENT HAS GRANTED UNTO

### ROBERT ZANGRILLO

### A FULL AND UNCONDITIONAL PARDON

**FOR OFFENSES CHARGED** in the United States District Court for the District of Massachusetts in a fourth superseding indictment (Docket No. 19-10080-NMG) charging violations of Sections 2, 371, 981(a)(1)(C), 982(a)(1), 1343, 1346, 1349, and 1956(h), Title 18, and Section 2461(c), Title 28, United States Code.

**THE PRESIDENT HAS DESIGNATED**, directed and empowered the Acting Pardon Attorney, as his representative to execute this grant of executive clemency.



*In accordance with these instructions and authority, I have caused the seal of the Department of Justice to be affixed hereto and affirm that this action is the act of the President being performed at his direction.*

*Done at the City of Washington, District of Columbia, on January 29, 2021.*

**BY DIRECTION OF THE PRESIDENT**

Acting Pardon Attorney