# O'Connell, Justin (USAMA)

| | |
|---|---|
| **From:** | Martin G. Weinberg <owlmgw@att.net> |
| **Sent:** | Tuesday, February 9, 2021 12:25 PM |
| **To:** | O'Connell, Justin (USAMA) |
| **Cc:** | owlmgw@att.net |
| **Subject:** | US v Colburn (Zangrillo) |

Dear Mr O'Connell

As I have advised you, Defendant Robert Zangrillo accepts the Warrant of Pardon that we both recently accessed from the Pardon Office (and that I recently received by fedex). Mr Zangrillo has also signed an Acceptance of the Warrant of Pardon which I have transmitted by email to the Acting Pardon Attorney.

Accordingly, we request that the Government dismiss him from the Fourth Superseding Indictment

Thanks

Martin Weinberg

Martin G. Weinberg, Esq.
20 Park Plaza
Suite 1000
Boston, MA 02116
(617) 227-3700 - Office
(617) 901-3472 - Cell

==================================This Electronic Message contains information from the Law Office of Martin G. Weinberg, P.C., and may be privileged. The information is intended for the use of the addressee only. If you are not the addressee, please note that any disclosure, copying, distribution, or use of the contents of this message is prohibited.