UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(19) ROBERT ZANGRILLO,<br><br>Defendant. | No. 19-cr-10080-NMG-19 |

## DISMISSAL OF ROBERT ZANGRILLO
## FROM THE FOURTH SUPERSEDING INDICTMENT

Pursuant to FED. R. CRIM. P. 48(a), the United States Attorney for the District of Massachusetts hereby dismisses defendant Robert Zangrillo from the Fourth Superseding Indictment in this matter, Dkt. 732. In support of this dismissal, the government states that the former President issued a pardon to Robert Zangrillo, *see* Exhibit A, which he has accepted, *see* Exhibit B. *See United States v. Michael T. Flynn*, 17-cr-00232 (EGS), -- F. Supp. 3d. --, 2020 WL 7230702, at *13-15 (D. D.C. Dec. 8, 2020) ("Once accepted, a full and absolute pardon releases the wrongdoer from punishment[.]"); *see also United States v. Wilson*, 32 U.S. 150, 160 (1833) ("[A] pardon is an act of grace . . . which exempts the individual on whom it is bestowed, from the punishment the law inflicts for a crime he has committed.").

Dated: February 9, 2021

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ Justin D. O'Connell*
JUSTIN D. O'CONNELL
KRISTEN A. KEARNEY
LESLIE A. WRIGHT
KARIN M. BELL
STEPHEN E. FRANK
Assistant United States Attorneys

Leave to File Granted:

_____ 02/10/21
Nathaniel M. Gorton, Judge
United States District Court