UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ROBERT ZANGRILLO, )<br>Defendant ) | No. 19-CR-10080-NMG |

### ROBERT ZANGRILLO'S ASSENTED-TO MOTION FOR RELEASE OF BAIL AND RETURN OF PASSPORT

Now comes the Defendant Robert Zangrillo, by and through undersigned counsel, and hereby respectfully moves this Honorable Court for an Order directing the Clerk for the District of Massachusetts to release Mr. Zangrillo's $50,000 cash bond and to return his passport.

On March 11, 2019, Mr. Zangrillo was charged by Criminal Complaint in the instant matter. *See* Dkt. 3.  On March 12, 2019, Mr. Zangrillo was arrested in the Southern District of Florida and released pursuant to a $500,000 appearance bond of which 10% (or $50,000) was to be collateralized with cash.  *See United States v. Zangrillo*, 19-mj-02297-JJO, Dkt. 6.  Consistent with his conditions of release, Mr. Zangrillo deposited $50,000 with the Southern District of Florida and also surrendered his passport. *See id.*  On March 29, 2019, Mr. Zangrillo's appearance bond was adopted by Chief Magistrate Judge Kelley and transferred to the District of Massachusetts. *See* Dkt. 268 and 269.

On January 20, 2021, Mr. Zangrillo was granted a pardon by the former President of the United States.  Pursuant to Fed. R. Crim. P. 48(a), the Government requested this Honorable Court to dismiss the charges pending against Mr. Zangrillo on February 9, 2021. *See* Dkt. 1723.  This

Honorable Court granted leave to dismiss on February 10, 2021. *See* Dkt. 1725. Accordingly, no further bail is necessary to secure Mr. Zangrillo's pretrial release.

**WHEREFORE,** the defense respectfully requests this Honorable Court to issue an Order directing the Clerk for the District of Massachusetts to release Mr. Zangrillo's $50,000 cash bond and to return his passport.

## COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel conferred with counsel for the Government and the Government, by and through AUSA Justin O'Connell, assents to the instant request.

Respectfully Submitted,

**/s/ Martin G. Weinberg**
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Dated: February 10, 2021

## CERTIFICATE OF SERVICE

I, Martin G. Weinberg, hereby certify that on this date, February 10, 2021, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

**/s/ Martin G. Weinberg**
Martin G. Weinberg