UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 19-10080-NMG |
| | ) | |
| AMY COLBURN, *et al*., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## **GOVERNMENT'S MOTION FOR LEAVE TO REPLY**
## **IN SUPPORT OF ITS MOTION FOR RE-CONSOLIDATION**

The government respectfully moves for leave to file a reply brief of approximately three pages in support of its motion for re-consolidation, in order to address certain factual contentions in the opposition briefs of defendants Amy and Gregory Colburn.  A copy of the government's reply is appended to this motion and will be filed separately should the Court grant this motion. Counsel for the Colburns do not assent to the filing of a reply brief.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:     /s/ Stephen E. Frank
JUSTIN D. O'CONNELL
KRISTEN A. KEARNEY
LESLIE A. WRIGHT
STEPHEN E. FRANK
IAN STEARNS
Assistant United States Attorneys

Date: July 6, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

/s/ Stephen E. Frank
Stephen E. Frank
Assistant United States Attorney

Date: July 6, 2021