UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 19-10080-NMG |
| | ) | |
| GAMAL ABDELAZIZ, | ) | |
| | ) | |
| Defendant | ) | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT GAMAL ABDELAZIZ'S MOTION *IN LIMINE* TO EXCLUDE REFERENCE TO STEPHEN WYNN [DKT. 1995]**

The government respectfully submits this response in opposition to defendant Gamal Abdelaziz's motion to exclude any reference to his former employer, Stephen Wynn. Dkt. 1995.

Abdelaziz contends that "it is not clear whether or how the government would attempt to make such reference," and that his motion "seeks to pre-empt" it. *Id*. at 1. That is incorrect. As Abdelaziz later acknowledges in his Rule 7.1 certification, the government has agreed not to reference Wynn. There is, accordingly, no dispute between the parties and no need for a Court order. *See, e.g.*, *United States v. Hart*, No. 01-10314-MLW, 2003 WL 24051690, at *1 (D. Mass. Jan. 14, 2003) (denying motion *in limine* as moot where there was no dispute between the parties because government did not intend to introduce evidence that defendant sought to exclude); *see also RBS Citizens, Nat'l Ass'n v. Aresty,* No. 09-10116-LTS, 2011 WL 13250945, at *2 (D. Mass. Oct. 14, 2011) (same). For that reason, Abdelaziz's motion should be denied as moot.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: /s/ Stephen E. Frank
JUSTIN D. O'CONNELL
KRISTEN A. KEARNEY
LESLIE A. WRIGHT
STEPHEN E. FRANK
IAN J. STEARNS
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: August 6, 2021              /s/ Stephen E. Frank
                                   STEPHEN E. FRANK