

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

8/2/2019

Paralegal Dylan McManus
U.S. DOJ
1 Courthouse Way
Boston, MA 02210

**Re: Search Warrant dated July 01, 2019 (Google Ref. No. 2610712)**
***19-MJ-6310-MPK***

Dear Paralegal McManus:

Pursuant to the Search Warrant issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *HOMAZADEH, 9DHODGE, MJANAVS, ALPERT305, DIANEBLAKE, LGIANNULLI, KYLIE.SCHUYLER, GAMALAZIZ797, AMYCOLBURN1, EKIMMEL8*, as specified in the Search Warrant. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

Please note that Google Pay service data is under the control of Google Payment Corporation. Any request for such data must be specifically addressed to Google Payment Corporation and can be served through the email address googlepayments@google.com.

Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

Regards,

Claire Cole
Google Legal Investigations Support



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

**CERTIFICATE OF AUTHENTICITY**

I hereby certify:

1. I am employed by Google LLC ("Google"), located in Mountain View, California. I am authorized to submit this affidavit on behalf of Google. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3. Google provides Internet-based services.

4. Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *HOMAZADEH, 9DHODGE, MJANAVS, ALPERT305, DIANEBLAKE, LGIANNULLI, KYLIE.SCHUYLER, GAMALAZIZ797, AMYCOLBURN1, EKIMMEL8,* with Google Ref. No. 2610712 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

5. The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6. The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

___/s_Claire Cole_______
(Signature of Records Custodian)

Date: 8/2/2019

Claire Cole
(Name of Records Custodian)



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

**Attachment A: Hash Values for Production Files (Google Ref. No. 2610712)**

9dhodge.938017592116.AccessLogs.Activity.zip:

MD5- 83bbc0971dc6a285881609f775711c92
SHA512-
23d3305a3ba420dcf047c48ab74b694c31b8536d28584cccfb3be9dfb46e7a00ba6f488ba59f78080
03359884e348cec6ade18a4c6c909cb21251753b2f772d7

9dhodge.938017592116.GooglePhotos.PhotoResource_001.zip:

MD5- 7cc697b9726c9fe4f095d74c0ae1ece7
SHA512-
2fd85ab0f889024b21a81c12708f6475bd96a2e2344b8eb1a57ca66dbc147313518568b4bd820cf78
dbdf70a324651d137f9705d58a9b3a49f9da39fda121d0f

9dhodge.938017592116.GooglePhotos.PhotoResource_002.zip:

MD5- 6a3c3dfc04d756c29c500f328d7a6ddc
SHA512-
c9d8b76126de0229259d5984a27e7965d0094adf56a1312c74d2eee80660334635676bfa1c89f7bae
bed6a83b7ce9aa16c3c848141964ffc76415b8f31345128

9dhodge.AccountInfo.txt:

MD5- 10ac8ccac275cc3660a8ee0a0d09f64e
SHA512-
558a4e57ea0fe9ba55c0133e338bb7210b44d4d18b7cb5a169347e78a44cb4f5f986f26b46cc40a29
91d620e5bf866b0f3141628ac9209734e1431e7c7f34b21

9dhodge.Calendar.Events.zip:

MD5- c903dc3efac0bc39186074366588221c
SHA512-
eac484aa64b8c5b54b4d877ea35eb26904878d69f9cdff01c26a53df8a66fe021681b82ba6f729a6ca
613dbde49f98ec93d18f1d1049b6a757f85f2103997b6c

9dhodge.Chats.zip:

MD5- 02fa60d791fecbe6847b37ff40be4c2b
SHA512-
4a061f0c6bb4c0ea9fc2e5de00c2e90f03b196fa57800bb043b9913d0b4060f013cf8087ad68490624
e1da321af9ffce79b714ed1231603b13c13f7d747abe46

9dhodge.Drive.Metadata.zip:



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

MD5- 8b1eaa3681e7be1d1c0cd7fccc0d41f4
SHA512-
74a87c7b4e0383f91ab608f4af44abcd63525f3e7c3481f29aec7bc35419afeae209b2208e69fa8aaaf
9c558ddb92e495484cd9c7b979f8c73d5fe555d81704e

9dhodge.Drive_001.zip:

MD5- 349ca9acde12836c6266fddcda75ab90
SHA512-
85fec4c28669a6a7810d6e4d76ae379612eb222b5599ea5fc7c9572e5c9718f99d29fb46904e0950d
e68783a2c1e38ea4348dcfbd0b39ec361063039fdffdb00

9dhodge.Gmail.Contacts.vcf:

MD5- d86bce192b676f397f9fbdcdcea5a0a5
SHA512-
5735cbc6ee81510e7c4ccfb09014356ddb940fe02d4961c1bb4fcf02a8fe22d6cb40d0c04af96e2b39
43eef7cbe90cf101286255a7dc7337653b93790f3553ad

9dhodge@gmail.com.Gmail.Content.mbox:

MD5- 84ecea063f402842a895e259cb6f37b5
SHA512-
aef95ff03c05b7b3cb73de040bc9c3b48fa5c4e026eaecb60ff72e45d47b86591a43acbe6115b0946e
684153b161bd455981915a2dd9b716ab031b263309ad0a

alpert305.1032025566401.AccessLogs.Activity.zip:

MD5- a632d04832f0120b469e8d173f407354
SHA512-
acc4030abdcd9db30eb65fc18da8d46ebcf96dafcd65ba861c933838cf74fd02ae3b1f3f1c162f3b3ee
7e61c3e977f30f5594572c514c8ba9facaa23b5661c8e

alpert305.1032025566401.GooglePhotos.PhotoResource_001.zip:

MD5- d7ab495f78daab73fd27f2cf56c684a0
SHA512-
fdd529f0f510c8a290377f53258287165dd9189fa8fd03344f518266a7784f3eb7b0cec10a06a6917a
111a97563248102fd60b6db6f67a137d55317556c58fdb

alpert305.AccountInfo.txt:

MD5- 24f172c9ef21b5a996c7c313ad096cfd
SHA512-
fb487a262733f0b205542cc5f7ecc4631234bf3f4c236cf502021c3e1982306ac4ed7f8af6577a3401



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

2d255ccd79dba4de7edae8fec4bf68d65344c11fb9606f

alpert305.Calendar.Events.zip:

MD5- 16f547d133242df6f41ccce5e36d28c0
SHA512-
a92329a3f55c2d28d86fa322b22c8a9abe6e148db5fca066ac261809d0161276dd42d2bf46487ca57f87726940fed70a00cf986b6fcc2918776a952a5ccb98a3

alpert305.Chats.zip:

MD5- d5d2430addb14ff66054c0ebcd772f47
SHA512-
ace6caacb5c8842df47cc709b2f070d0d4013fe0e2f050f7a5dc4335c6d26bae26c11b000fe1bf2e045cd4892ff1e8dd057f67413a21db1b1a24b0f8e977781f

alpert305.Drive.Metadata.zip:

MD5- 2b6c543bb4be355660eaf7296d6402e5
SHA512-
35b7bbf512be9febbfbc39cb1a823e510a00a69b4518af968f645288668f4854dd28fa2c850aa76bb19d30cc66825df12d101c0d5e175f85ca6aae6ff8b80e68

alpert305.Drive_001.zip:

MD5- 2ed027c969a4a6c0d96d88add8da6ea9
SHA512-
8930c1a41a16fdaa5a1840d4af316fe0347398773f37682ee955fa0ab53a4aa5c4803031575e7fec05616fd2062a3bde1f7ab57037600d4a871b1eb9739255fe

alpert305.Gmail.Contacts.vcf:

MD5- 7702728cbd544aad9b880e5630996a05
SHA512-
66f6475a52ba4f997c6c9bfb88179bf303e3d3155c1e492e2e931a6e392cfc5665a75a5f0d1a0206a9429762cfd42826dad70bcf2a797682f89e1b8e023ea0ed

alpert305@gmail.com.Gmail.Content.mbox:

MD5- 0a59e962c55f57d14c5a4c90d8474b87
SHA512-
671c4d950a464700000d9a52da8ecf435faa5ca49c95a87bb0026da886b85f3a3a3d63763087fdb11e5df37d0a0efc758316a5a7d5e141c8946671abe29edcad

amycolburn1.148144309382.AccessLogs.Activity.zip:



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

MD5- d889a2cb28b375967b9a99d3af3a9c33
SHA512-
8e2051028a442111bd25540da4d07b3432df6ed9f3b44a95f5afee7341df59ba889d635d5b66f7231
4df720d6cdee6198e1d806a7d557108a854d7488bfce3a9

amycolburn1.148144309382.GooglePhotos.PhotoResource_001.zip:

MD5- 263862ae68f70c37e483058b7f52fbc4
SHA512-
98b1796e1864ef42d4e2963b18fb3d5cec50f675045aee916ba103a9304f5430db50a5a1aef4ef2550
816a672b25d211dcdca8e7e2b123a40de2e8e7ea59254a

amycolburn1.AccountInfo.Preserved.txt:

MD5- 54dbe631fb549beab77ed6f8bad910a3
SHA512-
72bcedc0cbb9243a62b8d0454f029ec2eeb46fe747ecad765ba53528861336d504cfd06a756c77aa9
6521d739753d08e667779279029e242dcb900b647fff611

amycolburn1.AccountInfo.txt:

MD5- d39a98042a39ddda4f3a049bda30f504
SHA512-
1c739abde068256e99c34d0c31e1ec246d771bf41a311a375c1207b769b494309253c48a887c7866
e221821efb825ba3f2980db919e05f53dcab3482c49e9723

amycolburn1.Calendar.Events.zip:

MD5- 342bdee855cbfd92b9c63212f8d97a25
SHA512-
7918194cf36c5abfb5de309f8ea771330b3a4257d894ba5079bd6e0a02ceb7f7f2cf4b7aad80bdf3a6
1928c3d8102bc1fa3b15a37b85bf49354ceba4a709f1b0

amycolburn1.Chats.Preserved.zip:

MD5- b9106770f5b04a17fa29dbc12a2cf3a7
SHA512-
ce5589ab51b03c4a772a8e4b65fbfb6ecc3eb6cf04b50c33a94aa958dca2972d04a95d340d427382e
a5bd090255ab597483359343e7a993f6bb80efb36ca477b

amycolburn1.Chats.zip:

MD5- fe96a32d83297ab8c69b5eaa5c124df7
SHA512-
3a49383b3730aa663f75de8144bc6c029777e72e5e9e21dc24bc135ed318c1561a5f62bbd045b49ab
ce3388eed6ab9d49f09e5386168a8841a796347eb062aec



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

amycolburn1.Drive.Metadata.Preserved.zip:

MD5- 1e6a420600152b8d07067c5c830aa5b7
SHA512-
5f69e2c27fbc9881e8f92de66f7a7b40a5ac2768b1522bd3e758e0689e72f8baeb9ef9984ae090e766
e5cabc603ab4aba24696c8f651237f772a8bdbb15faad8

amycolburn1.Drive.Metadata.zip:

MD5- 36f9ae25fd03b517dd6990f9d8ebb309
SHA512-
2b74fc553cc681ec53e400a20e937c1ecaa566156615512c49f7651164a382418025491df6e8d85ac
382d5a71521677179585f7369ce89753ff9a9298431d26b

amycolburn1.Drive_001.Preserved.zip:

MD5- 2ca0fc49d06f16bc5bded0329f841508
SHA512-
51b8e913f632c6c9bb9ad67079ebfe5d09217d3fde4f20e00b93ba8618b8441ae6f59c4b8c3335288
8e09f2f24fcc15639bbde8beecfbce1bbe80d38ce8990bb

amycolburn1.Drive_001.zip:

MD5- f25bb316286c26ed295bc52c52714b16
SHA512-
989ada6df4e159b4817922e34635fe45526cc254d315062b58c5f806313d1383ad96be66ae70b5d5a
c5a96fb30f6e08421a4ba0f3506344c8682041178861a45

amycolburn1.Gmail.Contacts.vcf:

MD5- 5be59c0aacb0ac11df02c9a381929eac
SHA512-
5b6b79d2cd1a969353440dea2cdbe45eb4bd784c860c609f894713d4d9bdb9224616a786bdde5c81
27cbe94c8a536bd0a9d9e5314146b383d3bd8efe4b324196

amycolburn1@gmail.com.Gmail.Content..Preserved.mbox:

MD5- 9bd327cf3d98314ba4cd3a7a0bc339eb
SHA512-
3d03b291d2c7f080a757e78d300aaa5c22886e5ea24f2aac1bee70d334acbbcf5e47fd867bcac5308c
0cf0a34ea0af65c279afc90308b14a6660e13200750f9c

amycolburn1@gmail.com.Gmail.Content.mbox:

MD5- e8c501a1cebcb0e66bbfdd26e30a9eb4



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
0d8b0a96456b1c873229b42e1733d7b40e7e3b58d56bcbcc9b9a3d30f512ff0d54bc420ccc345e911
ad5a14c56d4a979fd9648957563b58363d242ce08ee2185

dianeblake.63586676264.AccessLogs.Activity.zip:

MD5- 05bd8f6219f998925bd9e670a381922c
SHA512-
f0a3c20100d0f1211073d73c695b2a4976399b2989718200e38365c30d99c88ddb540f42aa4bd531
b63634577da195f0d83548cacce0bc0525683c696aafa526

dianeblake.63586676264.GooglePhotos.PhotoResource_001.zip:

MD5- a3f65bb67ffb32aff4c1fbbb2f8ec152
SHA512-
ba9b8afeae3f114cec45a8eb7b4a7d4bd24cb815863c84c3f580af9b4a693bfa1cddc5d9911bd8ef14
0c7d07b32aebb5176cef9c4f5320b5091bc67bacf4413c

dianeblake.AccountInfo.txt:

MD5- 59b7d9e00ef7157c853374c6e1535919
SHA512-
91624684fbf7a680001ea1ae1cc3989ab5ef001f89d5567898f2be35b4246e74752860a52a1c8ea1ca
c5b1b6f796119db746a9aa6df69ed4925ad6b3863f00cc

dianeblake.Calendar.Events.zip:

MD5- 740e81eeaa592e9445a1358a1157d613
SHA512-
f90764afcd0a9cf26628ed0c94aaec1e05cf4c70eb74aba83838e5cc5219c6b0fa4a13b26026fd64410
43d3ae320d339c6169f26774d30e2cdd80092d697f2ba

dianeblake.Chats.zip:

MD5- 674033531bdbf587be2226f0517a2495
SHA512-
0d2063e8ac8977c137e0d04849197c73e6d63c31511f6acf03b3ec5cea50a6e33dde2f29ba902b8cce
909be2c07fab460efa498a15158b077b2ba7dcc5b882c5

dianeblake.Drive.Metadata.zip:

MD5- aab78849f29042ee04030b58d54a062f
SHA512-
343b293e7a3e2997bcd51dc160465e97088a26f8aca89494edeec260112d0d1d3c0fe24dddd5c74b0
7951ed61530ede32bccc3e504341b1a783cb47b2cb0119a



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

dianeblake.Drive_001.zip:

MD5- f95724ca35b25b91be3f182dd0a7ffb9
SHA512-
43ffa09859f4fab78251c8c04fd047ac102be89a17270a20478d52375f1eab338587e605ea422e6b69
bcd441b59c01d6f3e38578e0fc213844acacdada20dd07

dianeblake.Gmail.Contacts.vcf:

MD5- 204cf6f49369c24150e8b56a5e1a3663
SHA512-
570359213a5fdd6bd8cc1731bfa18a89911fa3a811cd480376d2226e4ca7300df0e06733bacda3394
d76a865f5bcf2747c5f26421b82aa6559390bb9c1799ea4

dianeblake@gmail.com.Gmail.Content.mbox:

MD5- e6480c074c1c44c4261e54eb111a9002
SHA512-
7a4ec77663915820a5a92f2aed4cab697d4dcead5af976762c7a4aa0af26d31f2dbbd30f239134679e
07960febb2589250db7f11e124ce6fdd1c21890d62d560

ekimmel8.682445536808.AccessLogs.Activity.zip:

MD5- 0a962a0951d2b7f64ddcc9c196135d6c
SHA512-
0ec160fb73d8ed7a3ba329353790ffa08ff1a2d06d5f74a15bd160fa5795e033319b1ef27f1af2b43fd
12c70c00afc9da0f0e0b248be3bb1992d9687d87ce23f

ekimmel8.682445536808.GooglePhotos.PhotoResource.zip:

MD5- c4e232bac4f5b8c0a36a5a4efc7dfc39
SHA512-
1c3631ed80eeebcc9920c3a1c9e18bdb92a55284ce0d7c9a701b59fcdd822ffe4336b4c99862e5e2c2
e4330d765b6bacf380ed8dccce8246d85a7893dd55be82

gamalaziz797.1045412380265.AccessLogs.Activity.zip:

MD5- 799f78db5d30486491d91c47f06b5eef
SHA512-
fbcb5d0f9cdd399aa8038635361726e58289f9dc93e450510be20d6bedf7dcd164fd2d11e6473141b
7a498919e38c52482b8d168a6149a60410c6e8687ab5c7f

gamalaziz797.1045412380265.GooglePhotos.PhotoResource_001.zip:

MD5- c671844a26121bdf2c812d4274243fb2
SHA512-



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

b8d1598ff31037bc4b0b37d03bce789da9695e56d1b1c1ff1a9a2e30e74a9f36ae98cf4208e3a0a056
02d8cb9fa265dc31851c86945f37fc5b14e077ccc41f6e

gamalaziz797.AccountInfo.txt:

MD5- a48ac271cf1e1356cd09a9262f473d84
SHA512-
ca38a40bfd6733ed8c8dca9315cda4f876a0b05390eb9d2ffaf917c41ef29e82ca24cdbe50ff39e60be
0e5b46d2493431d6d90922c070b01407a8fc5927129f8

gamalaziz797.Calendar.Events.zip:

MD5- f6db1df6f01db153ba16d5f83bb47823
SHA512-
76b37185310797616382802ee371d8958a2a4dee907b32f4204ee24ccd3413cacf0a25bfa5413647b
77a62c1ed8a5c036cb30a38e960efa63460ba492b800cda

gamalaziz797.Chats.zip:

MD5- 653dcf8c9b25f05eb4386190bba625ac
SHA512-
d262066dcea1fc772783716691e24d2baaee156207ee3160798fe4d9a23d369627df37680398fd557
dd73bf13538b8be486d1de91a6281c8201c2d4691ce9f42

gamalaziz797.Drive.Metadata.txt:

MD5- 28682e2ea0c0627e528afc9f57cb877c
SHA512-
a7b026a78e66da3021b4932bdf4180fe8cc4acfb42ddffe2b2287ab9e101ffb64137dbcf24c5200a81
3d6dd1687a5bd76927a7870ebe790358b629ce129363f4

gamalaziz797.Drive.txt:

MD5- f580175fa3dfefc73ebde2ee31fbf036
SHA512-
8e368128f4bc198bd09a8ad32f1d715cb467aff41c8ba9b80f6c72e534064ab530949361d587fb6bff
2c6feb9b0d22fb23325f00afb376fcaab89559f45c07ce

gamalaziz797.Gmail.Contacts.vcf:

MD5- 25b6133d418f5d88617a81675d7de84e
SHA512-
ac02ca78bb2aa8b9f9de75f6007d40ed61ab0dc829cd515901e01eb5106facbcd2c9fa6c52736ceba8
f32435cd6e3bcaf6f9390be6497d88273a7b0a0575547a

gamalaziz797@gmail.com.Gmail.Content.mbox:



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

MD5- ec62e696ab9ca827e18505ed760d2338
SHA512-
6063218eb1133882d287f116adc99d553bfe9cccecac0ec97b6609aaabaa15f115dea7e8df0b735fd1
70bd5f0be134b4edcb2d30647e9c02883fb93d9df0fc7b

homazadeh.281966149661.AccessLogs.Activity.zip:

MD5- 140b688619dd9f5cfa99999f3e82dc6d
SHA512-
cdc3d96bb0cfacfb9950577a2bc46118dbdce331fa635865086b98b348b8ee4a8b91a65f587c2686c
47e3a6f99a745b8dd55050a65e84229a48a8cfc4ad9de1c

homazadeh.281966149661.GooglePhotos.PhotoResource_001.zip:

MD5- 5278f4d3a27a05d36638da215bae1600
SHA512-
e0f05ed8a483cccb623af0c0ed1824ce6216e783280a216aa4a31cfc407436fab1a0a71807e7bf0385
15b9411b9071f3062b9e82a8ac06c8b3aee3a36b6262d7

homazadeh.AccountInfo.txt:

MD5- 3641618b9a4843178e3d30b68f9546b0
SHA512-
a8accb155daab6b534952ef48cf0206a1bfb702956a699661feab6592873daa2838b89b24ce8a2802f
c9131a7323a2d4202609a97a1f7ddecb91fa8c516feddb

homazadeh.Calendar.Events.zip:

MD5- 7dc0844aeb43697b583f6513aff410b7
SHA512-
5487ab557823c65d000c4f77e3e26356f63494e0910c9884b0a799b8c4f4c7dea8f15b58cea77d034
08cfb4ddb22496f6463a28d984cd39d305d542fdec6017d

homazadeh.Chats.zip:

MD5- 58b9afc4eb2fc86ab2c0f5c81c40bb10
SHA512-
d33cbf3a0ab3829dcdf1762f22d12105bbac4d90f3c73fc5417b9439dcec55ad56f19467f8f3afc1a56
f7ac3fb6515a91613887f9a9590519c2eae96a092533e

homazadeh.Drive.Metadata.zip:

MD5- 6b44f4a826cbd1065ac3e940afc4d289
SHA512-
c1abc534ee5029767e2d4c3c741c86c0765fd46c6bb02686169e8dc05a2607838483752f6e07bf3a1



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

b666d3b55ab7e451298bea5333668701cb5fce4a99d7199

homazadeh.Drive_001.zip:

MD5- 97ab7f2d169f4eb6e4d0b190183b02cd
SHA512-
6b2eaefcba9901ee92bafd78657954a754e37314fd530fe8368984a88101e365f43887614daf282650
8a504c6e5ae36c2bf2e7fecb2565e59a5afde8a51c1012

homazadeh.Drive_002.zip:

MD5- 6905e619c7c02025ad7e55fdb833bf30
SHA512-
5076f6a78fa95b6a6bf251fde9a925e37440a5f3d9f8284173a1426f2d4c98b47d733f3064d3262808
c745c35cbc68ff80d02eab312d6ada071eb77b879e4f5b

homazadeh.Gmail.Contacts.vcf:

MD5- 300786b7ce7b73cb481428584bc235ab
SHA512-
5a0d4b4491ed0a741f9a7ab2bfc03ea29ad8b8534331307636cf883c483ec5fc048b69f91f098c56d3
ca249e9ff0ef9629d2ee63d195f86b48fbf208379173cb

homazadeh@gmail.com.Gmail.Content.mbox:

MD5- 0b2504f96f7151bc3b2e9dae96387cfb
SHA512-
b23a16addc52d425d68d64de5221769677994aae9c12b59a988d26957d161bd5b0d77a13c148839
ca5cb6833c81aeb8ff62208f9b66e9ca00e5ecfb08f48bbf1

kylie.schuyler.45522097912.AccessLogs.Activity.zip:

MD5- ee29f3431e5ece2090ad631d848e5f73
SHA512-
9acd17e71a2c898667d8947f67c5011a374ded94cd37b4093cc1135e059bf36ea77d3810cca12062e
128c3af87dde7284ac081a7b72457d6718f5aefc51d1328

kylie.schuyler.45522097912.GooglePhotos.PhotoResource_001.zip:

MD5- 6126400a15f43c799a1bcb2d2dedc27d
SHA512-
ebf96acfb26f896a417207f7010675fb4cda860ba49ab8546b2e8500573a41f36ba7369c0781ceeba3
d5fdc0d6af71161b65fbdb735de8b01147bac433ece136

kylie.schuyler.45522097912.GooglePhotos.PhotoResource_002.zip:



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

MD5- 18397c5fe46c82a66e3fafbf6754b07f
SHA512-
43e0aa44d1e02f06b88739a514cae79a59c5c631bfb3834c8b63850cc450a006a33cd4b0bcd37739e
5ce72fd0e2fa6d518aa95fb41de35c5c007ed28ddb5ddb9

kylie.schuyler.45522097912.GooglePhotos.PhotoResource_003.zip:

MD5- f06ac96e2429e9218f38224667d1172a
SHA512-
a69fbeaec4c2be30f57f9754b819a33915be90f978933140227fb5c87d59558087ff52a2c795a202c6
2120dc5bf394d139b3104bbedeb49b84ba51a9c6f36d95

kylie.schuyler.45522097912.GooglePhotos.PhotoResource_004.zip:

MD5- 5b1f0af22e980b3c700e8b0bea2d55d5
SHA512-
5e23d9f5206377e57fe0eb32daeaec07568428b2681898de7a408c5a43ad66f447de370d9cd90fa17
3e19ce10636ae639e1efe2d60d737da44933227119cdac7

kylie.schuyler.45522097912.GooglePhotos.PhotoResource_005.zip:

MD5- 9276ff644e3c6315919b01a6f9f154d0
SHA512-
0ce454d1709bcc1d05a67630b8758b8823641f17e35944986597410afe1ac5b8c826c0ad9ad693c1
424b01e80edd16838e729398497569c50460077063dc2071

kylie.schuyler.45522097912.GooglePhotos.PhotoResource_006.zip:

MD5- 435e01972cffe0f8a8cfa848818b7969
SHA512-
fbd49deed16a3c084d10375c31a9303e39ae37c8ec464c52785a7f4bf51d102bfe86e05da122b799cc
7e7433093a58517e7a20b9c5ff2d8e6416efaffdf81add

kylie.schuyler.45522097912.GooglePhotos.PhotoResource_007.zip:

MD5- 5dcb387a869d236a04ad09e23484ee5c
SHA512-
88864faa98dc2cb964d01a419a39b91211368232faeff8cbdea6f2e288cf5bbfebb56790b57373cd47
9fabb7d01a6374ab8ba24544c657d2c4ba87e13be90e21

kylie.schuyler.45522097912.GooglePhotos.PhotoResource_008.zip:

MD5- 71b1179a1b5d09f4911bdde2dcefc1af
SHA512-
43650f787645e4d36ec2b83435f282c5e3445e75124b90ed075b2f82704cf05c1af952967349d9020
0bc8bfbb095409cc88682d4cdb6f0dad12449d7f47ea915



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

kylie.schuyler.AccountInfo.Preserved.txt:

MD5- 60dacb00af2087207cac2294886322fa
SHA512-
42032c5e60f0cc7ffd1259a816bf59750bad9181a9131a6d724e0bc2c9ea9a6a37631b4e26616d5c7
d374f3efa2bc1864a725103ed8ad30b946f91169e66e24c

kylie.schuyler.AccountInfo.txt:

MD5- 7b9c575e7523d17bf91b5741b948cb46
SHA512-
1a766270271351d11286a895a6478906ce67b274dbf2ff35202f152d907562767f6ec46ca333026df
d81f74b7bc298ac57db0a6a9d3ddd4d3bb6b87ca06bb902

kylie.schuyler.Chats.Preserved.zip:

MD5- 499ffd897745a8635e992e29d11a859a
SHA512-
d649d2a8c093ea7e7db8f3789f159f59d2cbfcd16f036cce94a9d3f95e7918c40f1db5d020256a6a2e
ea259faa601ce64ce95b292e098071cde116cb19055abe

kylie.schuyler.Drive.Metadata.Preserved.zip:

MD5- 72ab08d313357b2bb7135aba19e4ecfb
SHA512-
82346ddd57b03a57901e8e9b040f897cc303281c693b8e7642d5578ab629dbe183483e53ae9b1829
d79d0f10bb270e85b76adbed2767b802200b77eb80106c2e

kylie.schuyler.Drive_001.Preserved.zip:

MD5- 475a7b39dff9e5758a1bc1519061f03d
SHA512-
ef57e870ebc3fc56b50f0cdc48bd7b0e9844b6a6aeb4d892f9d69abc1e975132241414ca339b68c0b
52f09e276da00f581f570529642d22665aadc24004fc9ec

kylie.schuyler.Drive_002.Preserved.zip:

MD5- 8d166f574f0de2b39d684f9f365d036d
SHA512-
2fa6fb207baeaa6afff7fcbd8b4546ed330ebaff766a8e30ac1a0fb1f8dbdf71cf4bb0014546ebc972c9
e885eb0d05c7974866c87ddccce35d5a844750289025

kylie.schuyler.Drive_003.Preserved.zip:

MD5- 2d0cddc38920a7e535e7c6ebf61cc0cd



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
e3e7c75329d60311bbd8a038abf0f3e46f58679321423ff72b79d5b924b29442863366ebeaed68a47
78d2249ab6a56b06bb316d96f47b1876a97ce3077c06f55

kylie.schuyler@gmail.com.Gmail.Content.Preserved.mbox:

MD5- 4f651cffa65da0683adfc6b3eab0f126
SHA512-
3af3060f67eff3ceee9e54a5602ed223583b5e3c44adcd6edc7f06d38c6e8f1f89b541c7039b2770a4c
c070e02d3075a5f6f198bdac271cc9c5fda1d8de9434c

kylie.schuyler@gmail.com.Gmail.Content.mbox:

MD5- aa73059cb21338646359bde0f9c46cbd
SHA512-
411981414f998a57aa94513ad201bdd3b3b7ba9414c8eb956a56638bc6adebd95376ac270d143560
f30a88046405321e75feb85c294a3d432b56aa2c2768ee64

lgiannulli.422696199229.AccessLogs.Activity.zip:

MD5- d18683652dfd1394532199c2e9348274
SHA512-
3b3fc82525959cc725502e9df00204ce82171d35d9b1dff79041e487c4cab00cf40be4bd8919ebf7ba
a92979acfe41f2e4e59a94b106a5beda5b1b8be3728a40

lgiannulli.422696199229.GooglePhotos.PhotoResource.zip:

MD5- ccc663d928f3dacfcf45ecbf916d1bd4
SHA512-
b6d83a0936839947c123ac2cd3a7bd095928aee69a64a5fafea336e10f5b29979de22eaa99cc47da40
1f1c7b80e3ad36ce7fc50adf5b79ab33fc749683dab49d

lgiannulli.AccountInfo.txt:

MD5- f0fa10560ebde2cf869a121efaf2bacc
SHA512-
014891f002cf3aa2dfb1c81d97451ac8f89a96db648be5368789642db9df6268792d8d7e19b196804
89f4ba2c1ee192a2d5537e63c130c285d5fb207724785b9

lgiannulli@gmail.com.Gmail.Content.mbox:

MD5- abb184611992cdd4172993f761755dce
SHA512-
055353d9ca619dc26ada60a40193c4bf855fca7c3bab3df06fd896046d6fdd950cec06048c7b4184f9
e6cddf68e1a563ea12436e036c4c614129f5ba2422a602


Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

mjanavs.192792690423.AccessLogs.Activity.zip:

MD5- 4f39684fa89ab9976711bdcc36b3054b
SHA512-
1f43430a2e4a5c6d3d655ebf9778cd273589bb64357642586e63d3d70166aba1edc749bd359b2abfc
be9f6d9fff1c94abf9e7215efe803d8a09e0eda5a575929

mjanavs.192792690423.GooglePhotos.PhotoResource.zip:

MD5- 7027eee3e6f9ec745e8b9055ed06300e
SHA512-
5260831e0a29980be81f8077013d1ecce64635b27a28d4ad0117d565ff76fdcf5d1857aaf27f7ef560
43cd2244de1f6fcf29101fdf1ec08b5871399130ddd5c7

mjanavs.AccountInfo.txt:

MD5- 21dd3ad470ba77701d9ef86460ee752e
SHA512-
d5f2275477da75f3e9f9c41fc4858381b3d23d216a23009cb6dc694c607b86f7450add785999bd22c
4d1a64d3ac5fc58b590126dd9510dabf7708589a4c0b033

mjanavs.Calendar.Events.zip:

MD5- 9b5fddbb3ba29528582d7aa4b4f494ae
SHA512-
ffdf91e2bd45b9876784103cd1f48dcb279f31e4e3d98305b312b371fb8bf20c4d77e89e055a0268e9
29254418da25e04412f4c22d61b896508e8d79ff1f1cbc

mjanavs.Chats.zip:

MD5- 585e09f60af0a7d9ddcf755f6b157a49
SHA512-
44eb52e31ceb254228459840fb9e432f570e41b78291594fbe0892f51e09a5e771a5bdec4e2510bfd
a241d1554e3083b752be5ab2ff6cf6e6ec884d68e41a00f

mjanavs.Drive.Metadata.txt:

MD5- 28682e2ea0c0627e528afc9f57cb877c
SHA512-
a7b026a78e66da3021b4932bdf4180fe8cc4acfb42ddffe2b2287ab9e101ffb64137dbcf24c5200a81
3d6dd1687a5bd76927a7870ebe790358b629ce129363f4

mjanavs.Drive.txt:

MD5- f580175fa3dfefc73ebde2ee31fbf036
SHA512-



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

8e368128f4bc198bd09a8ad32f1d715cb467aff41c8ba9b80f6c72e534064ab530949361d587fb6bff
2c6feb9b0d22fb23325f00afb376fcaab89559f45c07ce

mjanavs.Gmail.Contacts.vcf:

MD5- 6def8986e2a7a46008e47d79dbc46d26
SHA512-
bd2e59fdf168a81416799d2a57a0e54183c55e18007008590e9711ad1b0f45c20699e322197b1220
48225f2a1d265e1963ddcd4b5d46a8e5178985f5d1c9203c

mjanavs@gmail.com.Gmail.Content.mbox:

MD5- a0fd0abb3bebf33ab39772353c01ab17
SHA512-
6f7597f62ee74f2ce73902a6b3bd6ea798977c355f230e0129c98c41a3cd7354452eab5aeebe2d35f9
9dafb110a1c8eee72ef27a12f0cc9b169658b75ef24bf1