

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

11/27/2018

Special Agent Kaitlyn Cedrone
Federal Bureau of Investigation
201 Maple Street
Chelsea, MA 02150

       Re: **Search Warrant dated November 20, 2018 (Google Ref. No. 2188467)**
           *M.J./Court No. 18-6475-MPK*

Dear Special Agent Cedrone:

      Pursuant to the Search Warrant issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

      Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *RWSINGER, RICKWSINGER*, as specified in the Search Warrant. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

      Please note that Google Wallet service data is under the control of Google Payment Corporation. Any request for such data must be specifically addressed to Google Payment Corporation and can be served through the email address googlepayments@google.com.

      Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

                        Regards,

                        Nick Temple
                        Google Legal Investigations Support



Google LLC  
1600 Amphitheatre Parkway

USLawEnforcement@google.com  
Mountain View, California 94043

# CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am employed by Google LLC ("Google"), located in Mountain View, California.  I am authorized to submit this affidavit on behalf of Google.  I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *RWSINGER, RICKWSINGER,* with Google Ref. No. 2188467 ("Document").  Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

5.      The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result.  The accuracy of Google's electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Nick Temple_____                    Date: 11/27/2018
(Signature of Records Custodian)


    Nick Temple
(Name of Records Custodian)

USAO-LP-002500



Google LLC  
1600 Amphitheatre Parkway

USLawEnforcement@google.com  
Mountain View, California 94043

**Attachment A: Hash Values for Production Files (Google Ref. No. 2188467)**

rickwsinger.AccountInfo.txt:

MD5- c0c1066dd7adb8baa3de98a92a270ca9  
SHA512- ccf305c9fbab839a76dd917b6ff8058f31fae4ab692e05f8a089fe306f21ca30b86789a6cecdfeb336be1e40f82607d0cc58d2039a2bc89865585531cd907aad

rickwsinger.Calendar.Events.zip:

MD5- 7032335f3bda0fd21e18991a3705c78f  
SHA512- d39b5c395cea887c8e3011106135adf5e5591ea6302286904269bdd507ff4259d7b4921e142e39411ecedafae90b2d4c19ca91a097c6dfbe244e960e4e5b1068

rickwsinger.Chats.zip:

MD5- c721f5b3409d534477abfa0036229bea  
SHA512- 7c744c28f18a1c3f49e13150587bc8bdd0e2cdd4b954cba0170017d5401f3c00ad0e295e1020f90e6a0a6c12bbd4f6e536a21a0e847dc79f5c8891b221b13c60

rickwsinger.Drive.Metadata.zip:

MD5- 9e21c30c9646ab9c7506a94a266ca732  
SHA512- d0d1be07e679ee1d1aa65240d508e9b9f205897561199f47aefb35085b1d24e5ea138b6a4e73aca997acaa6be4d7450771485aaa18000eec1400e7b7af079ec0

rickwsinger.Drive_001.zip:

MD5- d1a37dbd1272d6a11f74d04f7988390a  
SHA512- 9aee86f2a50ba228612ab63d14def809ce5c82e4205d7e67d104e21c9982f0e6cd1b40c841b614c3f941af7a2824bffcfed4913ad30f28cc888f2a801c46845c

rickwsinger.Gmail.Contacts.vcf:

MD5- 281f6b195dfb095e46a6003d7a7b9133  
SHA512- 2b9a2577542689b5ca0b4a900cc4a9cadbd046bd5af6507b0457e3d33c0ca088b6339bdd133da535b3c4c29a3d3b6864af2ded67502b209ff7eeb81c906368e3

rickwsinger@gmail.com.Gmail.Content.mbox:



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

MD5- 29f2ee47b3fb8b0bc852187da03206d3
SHA512-
c6e49206a2f87c13cca41b7002c60c4e462729bf729d72976498e43e7e185459da1679c704688492
5449230d1a7946336c596e065f36855e2407a36fdbb495e0

rwsinger.AccountInfo.txt:

MD5- bfd7987efa94d00c11b77abdc78514db
SHA512-
cc9ea8c2801eb8b06a3f4199952da06ccc4eb4b2180c7768b1344f35acdb39802f5a126c20c423e13
bd0fe291274da50e6daea6e28a207fd50702616a2db0bc8

rwsinger.Calendar.Events.zip:

MD5- 004d20867ee3e89baa5883db29443b6f
SHA512-
dc656aeffca900bc2ef4f7d33065af65581d58fcd3ddd97217d8465010279a525d3a10e0e4e0f17d48
4fd617dfbfd3fd35314b6948e210f6fb98e0d92c7315c6

rwsinger.Chats.zip:

MD5- 7c886d5ae8efe00bea87e6f03de97081
SHA512-
68d33a45cb5686a036eb9c36bd619eaa75ff5152020ca55a7ef5b215b2b1ce6eabceb992a58c2bbb5
afbd991f695431068dcfdcf1b47e08a8f24d3540bab145a

rwsinger.Drive.Metadata.zip:

MD5- 6d815e4f95f2cc122d0f763e14341ff3
SHA512-
cf3688f460cc4b3a6e73d4cb6923b7598cea2c9e1aec370bb75dc92e49258a1835a1acad96c3ba834
19df94e0ec5b39c5bc265a31a6f4c9ae99ac9c2c1480fbb

rwsinger.Drive_001.zip:

MD5- 30f9c2a733b8de3b14985a4009598f51
SHA512-
934d619126519fec553755c8310567f6622f167b9f23070ffa9770d59da37fa344ed256dd90ad3252
5c6da43f84785499e5c9b9e736cc518c05afb75ee98f47c

rwsinger.Gmail.Contacts.vcf:

MD5- 3232d5c425ad108be12f20c5bbc21f1b
SHA512-
d8742bcf9e06937c85fdbd2a1e8cb0a9e94b30658c05446fdf5c4c4a1ae90908515d047b5a9dda7fd7



Google LLC  
1600 Amphitheatre Parkway

USLawEnforcement@google.com  
Mountain View, California 94043

efa2a8c2b79d2694a937af9b8840df366a221d0418f6ca

rwsinger@gmail.com.Gmail.Content.mbox:

MD5- 1ccfb45711673214e6fc6273cbd22056  
SHA512- 3416fc341ba65c1a87f25a97769a66f7c4bcca556a25d17b09b12ec0f02206e281ac6ae998108c4ea90f14c22ef50b3f83d64bfeff24aa66d3f4f9b0a5ce6841