UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>GREGORY COLBURN ET AL.,   )<br>) | No.1:19-CR-10080-NMG |

**MOTION FOR LEAVE TO FILE SEALED OPPOSITION TO MOTION FOR
HEARING ON ASSERTION OF FIFTH AMENDMENT RIGHTS**

Subpoenaed non-parties Ron Orr and Steve Lopes seek leave to file under seal their opposition to the motion of defendants Gamal Abdelaziz and John Wilson for a hearing on assertion of Fifth Amendment rights (DE # 2274). As grounds therefor, Messrs. Orr and Lopes state that their opposition brief and accompanying exhibits contain sensitive, confidential, and personally identifiable information. Accordingly, under Local Rule 7.2, Messrs. Orr and Lopes respectfully request that the Court grant them leave to file under seal: (a) their Opposition to the Motion for Hearing on Assertion of Fifth Amendment Rights, and (b) the exhibits thereto.

Messrs. Orr and Lopes will provide the government and counsel for defendants unredacted copies of their filing, and will file a redacted version in the public record.

        Ron Orr and Steve Lopes,
        By their attorneys,

        /s/ *Payal Salsburg*
        Payal Salsburg, BBO# 568812
        Mark D. Smith, BBO# 542676
        Laredo & Smith, LLP
        101 Federal St., Suite 650
        Boston, MA  02110
        617.443.1100
        salsburg@laredosmith.com
        smith@laredosmith.com

Dated:  September 27, 2021

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants.

                                                  /s/ *Payal Salsburg*
                                                  Payal Salsburg