## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN WILSON,<br><br>        Defendant. | No. 1:19-cr-10080 |

### AFFIDAVIT OF MARCO P. BASILE, ESQ.

I, Marco P. Basile, declare as follows:

    1.      I am an associate of the law firm Jones Day in its Boston, Massachusetts office. I make this declaration in support of the accompanying motion for my admission *pro hac vice*. I have personal knowledge of the facts stated below.

    2.      My business address is 100 High Street, 21st Floor, Boston, Massachusetts 02110. My business telephone number is (617) 449-6878 and my business fax is (617) 449-6999. My email address is mbasile@jonesday.com.

    3.      I am a member of the bar and in good standing in Massachusetts, the United States District Court for the District of Columbia, and the United States Court of Appeals for the First Circuit and Seventh Circuit.

    4.      I am not the subject of any professional disciplinary action, nor do I have complaints or other proceedings pending against me before any disciplinary board, commission, court, or bar association.

    5.      I have not previously had an admission to this Court revoked for misconduct.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 22, 2022         */s/ Marco P. Basile*
                                                            Marco P. Basile

**CERTIFICATE OF SERVICE**

    I, Michael Kendall, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the attorneys of record of each party.

                                                              */s/ Michael Kendall*
                                                              Michael Kendall