UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN WILSON,<br><br>      Defendant. | No. 1:19-cr-10080 |

### AFFIDAVIT OF HARRY S. GRAVER, ESQ.

I, Harry S. Graver, declare as follows:

1. I am an associate of the law firm Jones Day in its Washington, D.C. office. I make this declaration in support of the accompanying motion for my admission *pro hac vice*. I have personal knowledge of the facts stated below.

2. My business address is 51 Louisiana Avenue, N.W., Washington, D.C. 20001. My business telephone number is (202) 879-3492 and my business fax is (202) 626-1700. My email address is hgraver@jonesday.com.

3. I am a member of the bar and in good standing in the District of Columbia and the United States Court of Appeals for the Seventh Circuit.

4. I am not the subject of any professional disciplinary action, nor do I have complaints or other proceedings pending against me before any disciplinary board, commission, court, or bar association.

5. I have not previously had an admission to this Court revoked for misconduct.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

1

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 22, 2022                                  */s/ Harry S. Graver*
                                                                                       Harry S. Graver

## **CERTIFICATE OF SERVICE**

I, Michael Kendall, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the attorneys of record of each party.

*/s/ Michael Kendall*
Michael Kendall