UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>JOHN WILSON,<br><br>      Defendant. | No. 1:19-cr-10080 |

## AFFIDAVIT OF JACOB M. ROTH, ESQ.

I, Jacob M. Roth, declare as follows:

      1.      I am a partner of the law firm Jones Day in its Washington, D.C. office. I make this declaration in support of the accompanying motion for my admission *pro hac vice*. I have personal knowledge of the facts stated below.

      2.      My business address is 51 Louisiana Avenue, N.W., Washington, D.C. 20001. My business telephone number is (202) 879-7658 and my business fax is (202) 626-1700. My email address is yroth@jonesday.com.

      3.      I am a member of the bar and in good standing in the District of Columbia, the United States District Court for the District of Columbia, and the United States Courts of Appeals for the First Circuit, Second Circuit, Third Circuit, Fifth Circuit, Sixth Circuit, Seventh Circuit, Eighth Circuit, Ninth Circuit, Eleventh Circuit, and the District of Columbia, and the United States Supreme Court.

      4.      I am not the subject of any professional disciplinary action, nor do I have complaints or other proceedings pending against me before any disciplinary board, commission, court, or bar association.

5. I have not previously had an admission to this Court revoked for misconduct.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   February 22, 2022                          */s/ Jacob M. Roth*
                                                   Jacob M. Roth

5. I have not previously had an admission to this Court revoked for misconduct.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   February 22, 2022              */s/ Jacob M. Roth*
                                        Jacob M. Roth

## CERTIFICATE OF SERVICE

I, Michael Kendall, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the attorneys of record of each party.

*/s/ Michael Kendall*
Michael Kendall